UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**William C. Toth Jr.**; **William J. Hall**; **James Bognet**; **Alan M. Hall**,

        Plaintiffs,

v.

**Lehigh M. Chapman**, in her official capacity as Acting Secretary of the Commonwealth; **Jessica Mathis**, in her official capacity as Director for the Pennsylvania Bureau of Election Services and Notaries; **Tom Wolf**, in his official capacity as Governor of Pennsylvania,

        Defendants

Case No. 1:22-cv-00208-JPW

## REQUEST TO CONVENE A THREE-JUDGE DISTRICT COURT UNDER 28 U.S.C. § 2284(a)

The plaintiffs respectfully request that a district court of three judges be convened, as the plaintiffs are challenging the constitutionality of the apportionment of Pennsylvania's congressional districts. *See* 28 U.S.C. § 2284(a). The plaintiffs further request that this Court immediately notify the chief judge of the U.S. Court of Appeals for the Third Circuit, so that he may designate the two other judges as required by 28 U.S.C. § 2284(b)(1).

Respectfully submitted.

|  |  |
|---|---|
| Walter S. Zimolong III | /s/ Jonathan F. Mitchell |
| Pennsylvania Bar No. 89151 | Jonathan F. Mitchell |
| Zimolong LLC | Pennsylvania Bar No. 91505 |
| Post Office Box 552 | Mitchell Law PLLC |
| Villanova, Pennsylvania 19085 | 111 Congress Avenue, Suite 400 |
| (215) 665-0842 | Austin, Texas 78701 |
| wally@zimolonglaw.com | (512) 686-3940 (phone) |
|  | (512) 686-3941 (fax) |
|  | jonathan@mitchell.law |
|  |  |
| Dated: February 11, 2022 | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I certify that this document will be hand served on each of the defendants, along with the complaint and summons, later today.

Dated: February 11, 2022

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs*