# UNITED STATES DISTRICT COURT

for the

MIDDLE DISTRICT OF PENNSYLVANIA WILLIAMSPORT DIVISION

| | |
|---|---|
| **William C. Toth Jr.; William J. Hall; James Bognet; Alan M. Hall** | )<br>)<br>) |
| *Plaintiff* | ) |
| v. | )<br>) |
| **Lehigh M. Chapman, in her official capacity as Acting Secretary of the Commonwealth; Jessica Mathis, in her official capacity as Director for the Pennsylvania Bureau of Election Services and Notaries; Tom Wolf, in his official capacity as Governor of Pennsylvania,** | ) Civil Action No. 1:22−CV−00208−JPW<br>)<br>)<br>)<br>)<br>) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, James Ennis, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Office of Secretary in Dauphin County, PA on February 14, 2022 at 1:06 pm at Pennsylvania Department of State Office of Secretary, 302 North Office Building, 401 North Street, Harrisburg, PA 17120 by leaving the following documents with Martha Brown who as Assistant Counsel is authorized by appointment or by law to receive service of process for Office of Secretary.

Writ of Summons
Request to Convene Three Judge Panel
Complaint

Additional Description:
Martha Brown Took direct service

White Female, est. age 60, glasses: Y, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=40.26572108,-76.88594518
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  York County ,
 PA  on  2/14/2022 .

*/s/ James Ennis*

Signature
James Ennis
(717) 324-2798

# Exhibit 1

Exhibit 1a)

