# UNITED STATES DISTRICT COURT

for the

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM C. TOTH JR., ET AL** | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 1:22−CV−00208−JPW |
| **LEHIGH M. CHAPMAN, ET AL** | ) ) |
| *Defendant* | ) ) |

## AFFIDAVIT OF SERVICE

I, James Ennis, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Pennsylvania Department of State, Bureau of Elections and Notaries in Dauphin County, PA on February 14, 2022 at 1:10 pm at 210 North Office Building, 401 North Street, Harrisburg, PA 17120 by leaving the following documents with Martha Brown who as Assistant Councel is authorized by appointment or by law to receive service of process for Pennsylvania Department of State, Bureau of Elections and Notaries.

Writ of Summons
Notice of Hearing
Request to Convene Three Judge Panel
Complaint

Additional Description:
Martha Brown Took direct service on behalf of the department.

White Female, est. age 60, glasses: Y, Brown hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=40.26572108,-76.88594518
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   York County   ,

  PA   on   2/14/2022  .

/s/ *James Ennis*
_____

Signature
James Ennis
(717) 324-2798

# Exhibit 1

Exhibit 1a)

