# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM C. TOTH JR., ET AL** <br> *Plaintiff* <br><br> v. <br><br> **LEHIGH M. CHAPMAN, ET AL** <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:22−CV−00208−JPW <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, James Ennis, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Office of General Counsel in Dauphin County, PA on February 14, 2022 at 1:48 pm at 333 Market Street, 17th Floor, Harrisburg, PA 17120 by leaving the following documents with Brandon Gilbert who as Legal office admin is authorized by appointment or by law to receive service of process for Office of General Counsel.

Writ of Summons
Notice of Hearing
Request to Convene Three Judge Panel
Complaint

Additional Description:
Met me in the lobby and took direct service on behalf of Gov. Wolfe

White Male, est. age 45, glasses: N, No Hair hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=40.26171946,-76.88014119
Photograph: See Exhibit 1


I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  York County ,
 PA  on  2/14/2022 .

*/s/ James Ennis*

Signature
James Ennis
(717) 324-2798

# Exhibit 1

Exhibit 1a)

