UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH, et al., | : |
| Plaintiffs, | : NO. 1:22-cv-00208-JPW |
| v. | : |
| LEHIGH M. CHAPMAN, et al., | : |
| Defendants. | : |

**ENTRY OF APPEARANCE**

**TO THE CLERK:**

Kindly enter my appearance in this case as counsel on behalf of Defendants Lehigh M. Chapman, in her official capacity as Acting Secretary of the Commonwealth; Jessica Mathis, in her official capacity as Director for the Pennsylvania Bureau of Election Services and Notaries; and Tom Wolf, in his official capacity as Governor of Pennsylvania, in the above-captioned matter.

HANGLEY ARONCHICK SEGAL |
PUDLIN & SCHILLER

Dated: February 22, 2022    By:   */s/ Robert A. Wiygul*
Robert A. Wiygul
(Pa. I.D. No. 310760)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
Email: rwiygul@hangley.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I Robert A. Wiygul hereby certify that on the 22nd day of February 2022, a copy of the foregoing Entry of Appearance was served by ECF filing on all counsel.

                                                 */s/ Robert A. Wiygul*
                                                 Robert A. Wiygul