IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM C. TOTH, JR., ET. AL. | : | No. 1:22-cv-00208-JPW |
| Plaintiffs | : | |
| v. | : | |
| LEHIGH M. CHAPMAN, ET. AL. | : | |
| Defendants | : | |

## PROOF OF SERVICE

I certify that I caused to be served a copy of this Court's Order dated February 21, 2022 (ECF No. 9) on counsel defendants, Robert Wiygul, Esquire, by email on February 21, 2022 at 11:15 a.m. and on February 21, 2022 at 12:18 p.m.

I certify that I caused to be served a copy of this Court's Order dated February 21, 2022 (ECF No. 9) by personal service on defendant, Governor Thomas W. Wolf, at 9:15 a.m. on February 22, 2022. Service was accepted by Brandon Gilbert of the Office of General Counsel. An affidavit of service will follow.

I certify that I caused to be served a copy of this Court's Order dated February 21, 2022 (ECF No. 9) by personal service on defendant, Jessica Mathis, at 9:59 a.m. on February 22, 2022. Service was accepted Ms. Mathis, personally. An affidavit of service will follow.

I certify that I caused to be served a copy of this Court's Order dated February 21, 2022 (ECF No. 9) by personal service on defendant, Secretary Lehigh M.

Chapman, at 10:11 a.m. on February 22, 2022. Service was accepted by John M. Hartzell, deputy chief counsel. An affidavit of service will follow.

                                                Respectfully submitted,

Dated: February 22, 2022                BY: */s/ Walter S. Zimolong*
                                                Walter S. Zimolong, Esquire
                                                Zimolong, LLC
                                                Attorney I.D. 89151
                                                wally@zimolonglaw.com
                                                PO Box 552
                                                Villanova, PA 19085-0552
                                                Tele: 215-665-0842