IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, <br> *Plaintiffs,* <br> v. <br> LEIGH M. CHAPMAN, *et al.*, <br> *Defendants.* | No. 1:22-cv-00208-JPW <br><br> Honorable Jennifer P. Wilson |

**ORDER GRANTING CARTER PETITIONERS'**
**MOTION TO INTERVENE**

AND NOW, on this ____ day of _____, 2022, upon consideration of the Motion to Intervene by Proposed Intervenors Carol Ann Carter, Monica Parrilla, Rebecca Poyourow, William Tung, Roseanne Milazzo, Burt Siegel, Susan Cassanelli, Lee Cassanelli, Lynn Wachman, Michael Guttman, Maya Fonkeu, Brady Hill, Mary Ellen Balchunis, Tom Dewall, and Stephanie McNulty (the "Carter Petitioners") and the Memorandum of Law in support thereof, IT IS HEREBY ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
Hon. Jennifer P. Wilson, U.S.D.J.