# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, <br> *Plaintiffs,* <br> v. <br> LEIGH M. CHAPMAN, *et al.*, <br> *Defendants.* | No. 1:22-cv-00208-JPW <br> Honorable Jennifer P. Wilson |

## CARTER PETITIONERS' PROPOSED MOTION TO DISMISS
## THE FIRST AMENDED COMPLAINT

Carol Ann Carter, Monica Parrilla, Rebecca Poyourow, William Tung, Roseanne Milazzo, Burt Siegel, Susan Cassanelli, Lee Cassanelli, Lynn Wachman, Michael Guttman, Maya Fonkeu, Brady Hill, Mary Ellen Balchunis, Tom Dewall, and Stephanie McNulty (the "Carter Petitioners") hereby move, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss the First Amended Complaint of William C. Toth Jr., William J. Hall, James Bognet, Aaron Bashir, and Alan M. Hall, ECF No. 7, with prejudice for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. In support of this Motion, the Carter Petitioners state as follows:

1. This Court should abstain in deference to ongoing state court proceedings.

2. Dismissal is appropriate under Rule 12(b)(1) because Plaintiffs do not have standing to sue and they assert unripe claims, and therefore this Court lacks

subject matter jurisdiction to resolve this dispute.

3. Dismissal is appropriate under Rule 12(b)(6) because, *inter alia*, Plaintiffs' allegations do not make out plausible claims for relief.

4. The Carter Petitioners shall submit a memorandum of law in support of this Motion as set forth in Local Rule 7.5 or as otherwise ordered by this Court.

WHEREFORE, the Carter Petitioners respectfully request that this Court enter an order granting this Motion to Dismiss and dismissing the First Amended Complaint with prejudice.

Dated: February 22, 2022.   Respectfully submitted,

*/s/ Elizabeth V. Wingfield*
Timothy D. Katsiff (PA 75490)
Elizabeth V. Wingfield (PA 32477)
Edward D. Rogers (PA 69337)*
Marcel S. Pratt (PA 307483)*
Robert J. Clark (PA 308105)*
Michael R. McDonald (PA 326873)*
Paul K. Ort (PA 326044)*
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
KatsiffT@ballardspahr.com
WingfieldE@ballardspahr.com
RogersE@ballardspahr.com
PrattM@ballardspahr.com
ClarkR@ballardspahr.com
McDonaldM@ballardspahr.com
OrtP@ballardspahr.com
T: (215) 665-8500
F: (215) 864-8999

Abha Khanna*
Elias Law Group LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
akhanna@elias.law
T: (206) 656-0177

Lalitha D. Madduri*
Jyoti Jasrasaria*
Tina Meng*
Elias Law Group LLP
10 G St. NE, Suite 600
Washington, D.C. 20002
lmadduri@elias.law
jjasrasaria@elias.law
tmeng@elias.law
T: (202) 968-4490

Matthew Gordon*
Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101
MGordon@perkinscoie.com
T: (206) 359-3552

*Counsel for Proposed Intervenors*

*\*Motions for Pro Hac Vice Forthcoming*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM C. TOTH JR., *et al.*,

    *Plaintiffs,*

v.

LEIGH M. CHAPMAN, *et al.*,

    *Defendants.*

No. 1:22-cv-00208-JPW

Honorable Jennifer P. Wilson

## ORDER

AND NOW, on this ____ day of _____, 2022, upon consideration of the Carter Petitioners' Motion to Dismiss Plaintiffs' First Amended Complaint, and any responses thereto, IT IS HEREBY ORDERED that the Carter Petitioners' Motion is GRANTED and the First Amended Complaint is DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
Hon. Jennifer P. Wilson, U.S.D.J.