IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOH JR., et al., <br><br> Plaintiffs <br> v. <br><br> LEHIGH M. CHAPMAN, in her official Capacity as Acting Secretary for the Commonwealth, et al., <br><br> Defendants | Civil No. 1:22-CV-00208 |

## AFFIDAVIT OF SERVICE

I, Sherri Summerford, being duly sworn, states as follows: I am 18 years or older, am not a party to the action, nor an employee or a relative of a party and that I was authorized by law to make service of the documents and informed said person of the contents herein.

On February 22, 2022, at 9:15am, I personally served the Office of General Counsel by handing a true and correct copy of the Order in the above referenced case dated February 21, 2022, to Brandon Gilbert, Administrative Officer, at the Office of General Counsel, 333 Market Street, 17th Floor, Harrisburg PA 17120.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are subject to penalties relating to unsworn falsification to authorities.

2-22-22
(Date)

Sherri Summerford, Process Server
4900 Carlisle Pike Suite 113
Mechanicsburg, PA 17050
717-458-7904