IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM C. TOH JR., et al.,

              Plaintiffs

    v.

LEHIGH M. CHAPMAN, in her official
Capacity as Acting Secretary for the
Commonwealth, et al.,

              Defendants

Civil No. 1:22-CV-00208

## **AFFIDAVIT OF SERVICE**

I, Sherri Summerford, being duly sworn, states as follows: I am 18 years or older, am not a party to the action, nor an employee or a relative of a party and that I was authorized by law to make service of the documents and informed said person of the contents herein.

On February 22, 2022, at 10:11am, I personally served the Office of the Secretary by handing a true and correct copy of the Order in the above referenced case dated February 21, 2022, to John M. Hartzell, Deputy Chief Counsel, at the Pennsylvania Department of State, Office of Secretary, 302 North Office Building, 401 North Street, Harrisburg, PA 17120.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are subject to penalties relating to unsworn falsification to authorities.

2-22-22
(Date)

Sherri Summerford, Process Server
4900 Carlisle Pike Suite 113
Mechanicsburg, PA 17050
717-458-7904