## A. Khanna Admissions

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York State Bar | 6/18/2008 | 4585493 |
| Washington State Bar | 6/16/2010 | 42612 |
| United States District Court of Washington, Western District | 8/03/2010 | |
| United States District Court of Washington, Eastern District | 2/27/2013 | |
| United States Court of Appeals, Fourth Circuit | 5/06/2016 | |
| United States Court of Appeals, Eighth Circuit | 10/15/2020 | |
| United States Court of Appeals, Ninth Circuit | 10/15/2010 | |
| United States Court of Appeals, Eleventh Circuit | 11/27/2018 | |
| United States Supreme Court | 3/26/2018 | |