## Jasrasaria Admissions

| Jurisdiction | Date Admitted | Bar. No. |
|---|---|---|
| Massachusetts | 11/28/2018 | 703527 |
| District of Columbia | 12/13/2019 | 1671527 |
| U.S. Court of Appeals for the First Circuit | 12/9/2020 | 1184633 |
| U.S. Court of Appeals for the Fourth Circuit | 10/9/2020 | N/A |
| U.S. Court of Appeals for the Fifth Circuit | 9/11/2020 | N/A |
| U.S. Court of Appeals for the Sixth Circuit | 4/13/2021 | N/A |
| U.S. Court of Appeals for the Ninth Circuit | 2/17/2021 | N/A |
| U.S. District Court for the District of Massachusetts | 12/2/2019 | N/A |
| U.S. District Court for the Western District of Michigan | 10/8/2020 | N/A |
| U.S. District Court for the Eastern District of Michigan | 6/15/2021 | N/A |