IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, | Civil No. 1:22-CV-00208 |
| Plaintiffs, | |
| v. | |
| LEHIGH M. CHAPMAN, in her official capacity as Acting Secretary for the Commonwealth, *et al.*, | |
| Defendants. | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 23rd day of February, 2022, following review of the motion to intervene and brief in support, Docs. 14 & 15, and noting that Plaintiffs oppose the motion, **IT IS ORDERED AS FOLLOWS**:

1) Plaintiffs may file an expedited brief in opposition to the motion to intervene, Doc. 14, by **5:00 p.m. on Thursday, February 24, 2022.** If no response is filed, the court will deem the request unopposed.

2) If a brief in opposition is filed, the "Carter Petitioners," the intervenors, may file an expedited reply brief in support of the motion to intervene, Doc. 14, by **12:00 p.m. on Friday, February 25, 2022.**

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania