UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT :

### PETITION

I, _____Abha Khanna_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:      _____Elias Law Group LLP_____

_____1700 Seventh Ave, Suite 2100_____

_____Seattle, WA 98101_____

Office Telephone:      ___(206) 656-0177_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See attachment.

My attorney Identification number is: __WA No. 42612_____

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__SPECIAL ADMISSION:

GRANTED BY THE COURT _____*J.P.W.*_____    Date:__2/23/2022_____