## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT :

## **PETITION**

   I, _____Jyoti Jasrasaria_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   _____Elias Law Group LLP_____

       _____10 G Street NE, Suite 600_____

       _____Washington, DC 20002_____

  Office Telephone: _____(202) 968-4552_____

   I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

_____

 See attachment._____

_____

My attorney Identification number is: __DC No. 1671527_____

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____ Date: _____

 X____SPECIAL ADMISSION:

GRANTED BY THE COURT _____ Date:__2/23/2022_____