UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, _____Tina Meng_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:     _____Elias Law Group LLP_____

_____10 G Street NE, Suite 600_____

_____Washington, DC 20002_____

Office Telephone:     _____(202) 968-4592_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York (2/3/20); District of Columbia (7/23/21); US District Court for the Southern District of NY

(3/27/20); US District Court for District of MD (6/4/21); US Court of Appeals for the Fourth Circuit (6/4/21)

My attorney Identification number is: __DC No. 1741090__

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT ___[signature]___     Date: __2/23/2022__