**Madduri Admissions**

| Jurisdiction | Date Admitted | Bar. No. |
|---|---|---|
| California | 12/02/2014 | 301236 |
| District of Columbia | 08/10/2020 | 1659412 |
| Supreme Court of the United States | 03/01/2021 | 314160 |
| U.S. Court of Appeals for the Third Circuit | 11/24/2020 | N/A |
| U.S. Court of Appeals for the Fourth Circuit | 10/13/2020 | N/A |
| U.S. Court of Appeals for the Fifth Circuit | 10/14/2020 | N/A |
| U.S. Court of Appeals for the Eleventh Circuit | 04/17/2019 | N/A |
| U.S. District Court for the Central District of California | 12/02/2014 | N/A |
| U.S. District Court for the District of Columbia | 02/01/2021 | 1659412 |