UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

**PETITION**

I, __Matthew Gordon__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: __Perkins Coie LLP__

__1201 Third Avenue, Suite 4900__

__Seattle, WA 98101__

Office Telephone: __206.359.3552__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

USDC for the District of Idaho (9-30-2010); USDC for the Western District of Washington (2-19-2013); US Court of

Appeals, 9th Circuit (4-25-2013); USDC for the Western District of New York (8-22-2019); USDC for the District of

Montana (8-12-2020); USDC for the District of Colorado (10-13-2020); US Supreme Court (9-10-2021);

Washington (2-5-2009); Idaho (9-30-2010); Montana (2-12-2019)

My attorney Identification number is: __WA No. 41128__

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT _/s/ J.P.W._____     Date: __2/23/2022__

Court of Appeals, 9th Circuit (4-25-2013); United States Court for the Western District of New York (8-22-2019); United

States Court for the District of Montana (8-12-2020); United States Court for the District of Colorado (10-13-2020)