UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

**William C. Toth Jr.**, et al.

    Plaintiffs,

v.

**Leigh M. Chapman**, et al.,

    Defendants

Case No. 1:22-cv-00208-JPW

## NOTICE TO THE COURT AND RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Earlier today, the Supreme Court of Pennsylvania entered an order that purports to "adopt" a congressional map for the 2022 elections. *See* Exhibit 1. The map chosen by the state supreme court is known as the "Carter plan," which was proposed by litigants represented by the Elias Law Group. Three justices dissented from the decision to adopt the Carter plan.

The state supreme court's order instructs state election officials to "prepare textual language that describes the Carter Plan and submit the same to the Secretary of the Commonwealth without delay," and to "publish notice of the Congressional Districts in the Pennsylvania Bulletin." *Id*. The state supreme court also "modified" the statutory deadlines in General Primary Election calendar to accommodate its decision to impose a map for the 2022 congressional elections, and it commanded that its "modified" schedule "shall be

implemented by the Secretary of the Commonwealth and all election officers within the Commonwealth." *Id.* It also directed the Secretary of the Commonwealth to "notify this Court by 4:00 p.m. on February 25, 2022, should it foresee any technical issues." *Id.*

The state supreme court's order is a flagrant violation of the Elections Clause and 2 U.S.C. § 2a(c)(5), and the plaintiffs respectfully ask the Court to immediately issue a TRO that restrains the defendants from implementing this unconstitutional order while the Court considers the plaintiffs' request for preliminary-injunctive relief. If the Court does not grant the requested TRO by midnight tonight, the plaintiffs will deem the request denied and seek emergency relief from Justice Alito.

The accompanying brief contains our arguments and authorities, as well as a proposed order.

|  | Respectfully submitted. |
|---|---|
|  | /s/ Jonathan F. Mitchell |
| Walter S. Zimolong III | Jonathan F. Mitchell |
| Pennsylvania Bar No. 89151 | Pennsylvania Bar No. 91505 |
| Zimolong LLC | Mitchell Law PLLC |
| Post Office Box 552 | 111 Congress Avenue, Suite 400 |
| Villanova, Pennsylvania 19085 | Austin, Texas 78701 |
| (215) 665-0842 | (512) 686-3940 (phone) |
| wally@zimolonglaw.com | (512) 686-3941 (fax) |
|  | jonathan@mitchell.law |
|  |  |
| Dated: February 23, 2022 | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I certify that on February 23, 2022, I filed this document through CM/ECF, which will effectuate service on all counsel of record in this case. I also certify that I will serve this document by e-mail upon the following counsel, who represent the defendants in the state-court redistricting litigation:

Robert A. Wiygul
Cary L. Rice
John B. Hill
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103-6933
(215) 568-6200
rwiygul@hangley.com
crice@hangley.com
jhill@hangley.com

Joe H. Tucker Jr.
Dimitri Mavroudis
Jessica Rickabaugh
Tucker Law Group
Ten Penn Center
1801 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
(215) 875-0609
jtucker@tlgattorneys.com
dmavroudis@tlgattorneys.com
jrickabaugh@tlgattorneys.com

Caleb Curtis Enerson
Office Of Attorney General
15th Floor, Strawberry Square
Harrisburg, Pennsylvania 17120
1600 Arch Street, Suite 300
Philadelphia, Pennsylvania 19103
(717) 787-2717
cenerson@attorneygeneral.gov

Gregory G. Schwab
Office of General Counsel
333 Market Street
Harrisburg, Pennsylvania 17101
gschwab@ogc.pa.gov

   /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs*