**[J-20-2022]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CAROL ANN CARTER, MONICA PARRILLA, REBECCA POYOUROW, WILLIAM TUNG, ROSEANNE MILAZZO, BURT SIEGEL, SUSAN CASSANELLI, LEE CASSANELLI, LYNN WACHMAN, MICHAEL GUTTMAN, MAYA FONKEU, BRADY HILL, MARY ELLEN BALCHUNIS, TOM DEWALL, STEPHANIE MCNULTY AND JANET TEMIN, | : | No. 7 MM 2022 |
| | : | |
| | : | ARGUED:  February 18, 2022 |
| Petitioners | : | |
| | : | |
| v. | : | |
| | : | |
| LEIGH M. CHAPMAN, IN HER OFFICIAL CAPACITY AS THE ACTING SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA; JESSICA MATHIS, IN HER OFFICIAL CAPACITY AS DIRECTOR FOR THE PENNSYLVANIA BUREAU OF ELECTION SERVICES AND NOTARIES, | : | |
| | : | |
| Respondents | : | |
| ------------------------------------------------------- | : | |
| PHILIP T. GRESSMAN; RON Y. DONAGI; KRISTOPHER R. TAPP; PAMELA GORKIN; DAVID P. MARSH; JAMES L. ROSENBERGER; AMY MYERS; EUGENE BOMAN; GARY GORDON; LIZ MCMAHON; TIMOTHY G. FEEMAN; AND GARTH ISAAK, | : | |
| | : | |
| Petitioners | : | |
| | : | |
| v. | : | |
| | : | |
| LEIGH M. CHAPMAN, IN HER OFFICIAL CAPACITY AS THE ACTING SECRETARY OF THE COMMONWEALTH OF | : | |

RETRIEVED FROM DEMOCRACYDOCKET.COM

PENNSYLVANIA; JESSICA MATHIS, IN        :
HER OFFICIAL CAPACITY AS DIRECTOR       :
FOR THE PENNSYLVANIA BUREAU OF          :
ELECTION SERVICES AND NOTARIES,         :
                                        :
            Respondents                 :

## ORDER

**PER CURIAM**

    **AND NOW,** this 23rd day of February, 2022, this Court, following full deliberation and consideration, hereby orders as follows:

    First, the Pennsylvania primary and general elections for seats in the United States House of Representatives commencing in the year 2022 shall be conducted in accordance with the "Carter Plan" submitted in the record before the Special Master and as described by 2020 Census block equivalency (denominated the "Carter Plan – Block Assignments") and ESRI shape files (denominated "Carter Plan – Shape Files") uploaded to this Court's website at https://www.pacourts.us/2022-redistricting-opinions.[1]   The Carter Plan, in its constituent parts, is hereby made part of this Order, and is hereby **ADOPTED** as the division of this Commonwealth into seventeen congressional districts, unless and until the same shall be lawfully changed.  For reference, images of the Carter Plan, submitted to the Court, are attached at Appendix A, and are available at the above website.

    Second, Executive Respondents together with the General Assembly's Legislative Data Processing Center (LDPC),[2] shall prepare textual language that describes the Carter Plan and submit the same to the Secretary of the Commonwealth without delay. The Secretary of the Commonwealth shall thereafter file with this Court's Prothonotary a

---

[1]    As noted, we adopt the "Carter Plan" submitted in the record before the Special Master as opposed to the additional plan submitted by Petitioner Carter in Exhibit A to the brief in support of exceptions to the Special Master's Report.

[2]    The LDPC was established by the Act of Dec. 10, 1968, P.L. 1158, No. 365, and routinely provides technical services relating to congressional and legislative redistricting.

certification of compliance of the preparation of the textual description of the Carter Plan, along with a copy of the textual description.

Third, Respondent Secretary of the Commonwealth shall, without delay, following the preparation of the textual description of the Carter Plan, publish notice of the Congressional Districts in the Pennsylvania Bulletin.

Fourth, this Court's February 9, 2022 order, that temporarily suspended the General Primary Election calendar, is **VACATED**.  To provide for an orderly election process, the schedule for the primary election to be held May 17, 2022, for the election of Representatives to the United States Congress and statewide elections is **MODIFIED** only in the following respects:

| | |
|---|---|
| First day to circulate and file nomination petitions | February 25, 2022 |
| Last day to circulate and file nomination petitions | March 15, 2022 |
| First day to circulate and file nomination papers | March 16, 2022 |
| Deadline to file objections to nomination petitions | March 22, 2022 |
| Last day that may be fixed by the Commonwealth Court for hearing on objections that have been filed to nomination petitions | March 25, 2022 |
| Last day for the Commonwealth Court to render decisions in cases involving objections to nomination petitions | March 29, 2022 |
| Last day for the County Boards of Elections to send remote military-overseas absentee ballots.  *See* 25 Pa.C.S. §3508; 52 U.S.C. §20302(a)(8)(A) | April 2, 2022 |

In all other respects, the dates under the 2022 General Election Primary calendar for Congressional and statewide offices are not modified by this Order.  Along these lines, it is **NOTED** that, with respect to Congressional and statewide offices, the appeal period set forth in Rule of Appellate Procedure 903(c)(1)(ii) (relating to appeals arising under the Election Code) remains in effect.  This schedule shall be implemented by the Secretary of the Commonwealth and all election officers within the Commonwealth in accordance

with this Court's Order.  By separate Order, this Court has temporarily suspended the General Primary Election calendar relative to seats in the Pennsylvania General Assembly.  *See In re Petitions for Review Challenging the Final 2021 Legislative Reapportionment Plan*, 569 Judicial Administration docket (order dated February 23, 2022).

Fifth, should there be any congressional vacancies existing now or occurring after the entry of this Order, but prior to the commencement of the terms of the members to be elected in the General Election of 2022, the districts prescribed in the Remedial Plan adopted by this Court by Order dated February 19, 2018, shall control.

Sixth, the Secretary of the Commonwealth is directed to notify this Court by 4:00 p.m. on February 25, 2022, should it foresee any technical issues concerning the implementation of the Carter Plan.

So Ordered.

Jurisdiction retained.

Opinions to follow.


Justices Todd, Mundy, and Brobson dissent as to the selection of the Carter Plan as the congressional redistricting plan.

4



Proposed Plan

Districts:

| | | | |
|---|---|---|---|
| 1 | | 14 | |
| 10 | | 15 | |
| 11 | | 16 | |
| 12 | | 17 | |
| 13 | | 2 | |
| | | 3 | |
| | | 4 | |
| | | 5 | |
| | | 6 | |
| | | 7 | |
| | | 8 | |
| | | 9 | |
| | | County boundaries | |