# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I, __Joshua Matz__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Kaplan Hecker & Fink

1050 K Street NW Suite 1040

Washington, DC 20001

Office Telephone:   929-294-2537

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State of New York (1/13/2016); District of Columbia (2/16/2017); U.S. District Court for the Southern District of New York (S.D.N.Y.), (10/16/2018); U.S. District Court for the Eastern District of New York (E.D.N.Y.), (07/16/2020); U.S. District Court for the Eastern District of Wisconsin (E. D. Wisc.), (12/08/2020); U.S. District Court for the Western District of Michigan (W.D. Mich.), (06/10/2020); U.S. District Court - District of Columbia (09/09/2019); U.S. District Court for the District of Colorado (D. Colo.), (03/04/2021); U.S. Court of Appeals for the Second Circuit (2d Cir.), (04/18/2018); U.S. Court of Appeals for the Third Circuit (3d Cir.), (10/03/2018); U.S. Court of Appeals for the Fourth Circuit (4th Cir.), (04/19/2017); U.S. Court of Appeals for the Fifth Circuit (5th Cir.), (11/15/2016); U.S. Court of Appeals for the Ninth Circuit (9th Cir.), (02/03/2016); U.S. Court of Appeals for the District of Columbia Circuit, (08/30/2019); U.S. Supreme Court (3/18/2019)

My attorney Identification number is:   NY. No.  5388962

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  _[signature]_   Date: 2/24/2022