IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM C. TOTH JR., *et al.*,

    *Plaintiffs,*

v.

LEIGH M. CHAPMAN, *et al.*,

    *Defendants.*

No. 1:22-cv-00208-JPW

Honorable Jennifer P. Wilson

**PROPOSED INTERVENOR-DEFENDANTS' MOTION FOR LEAVE TO FILE A BRIEF, OR, IN THE ALTERNATIVE, AN AMICUS BRIEF, IN OPPOSITION TO PLAINTIFFS' REQUEST TO CONVENE A THREE-JUDGE DISTRICT COURT**

Proposed Intervenor-Defendants Carol Ann Carter, Monica Parrilla, Rebecca Poyourow, William Tung, Roseanne Milazzo, Burt Siegel, Susan Cassanelli, Lee Cassanelli, Lynn Wachman, Michael Guttman, Maya Fonkeu, Brady Hill, Mary Ellen Balchunis, Tom Dewall, and Stephanie McNulty (the "Carter Petitioners") respectfully request leave of Court to file a letter brief in response to Plaintiffs' request to convene a three-judge district court under 28 U.S.C. § 2284(a), attached as Exhibit A hereto.

Given the urgency of this matter, the Carter Petitioners are filing this motion for leave and proposed letter brief prior to the Court's decision on their motion to intervene, so as to comply with the Court's February 21, 2022 scheduling order. The Carter Petitioners also seek to protect their significant interests in this case, which have only sharpened since they moved to intervene

1

two days ago, as the Pennsylvania Supreme Court yesterday ordered the adoption of the congressional district map that the Carter Petitioners proposed in the state court impasse litigation. *Carter v. Chapman*, No. 7 MM 2022, 2022 WL 549106 (Pa. Feb. 23, 2022).

Counsel for the Carter Petitioners have consulted with Plaintiffs' and Defendants' counsel regarding this Motion. Counsel for Plaintiffs have indicated that they are unopposed to the Motion. Counsel for Defendants indicated that they take no position as to this Motion.

WHEREFORE, the Carter Petitioners request that the Court grant them leave to file the attached letter brief in the above-captioned matter.

Dated: February 24, 2022.

Respectfully submitted,

*/s/ Elizabeth V. Wingfield*
Timothy D. Katsiff (PA 75490)
Elizabeth V. Wingfield (PA 32477)
Edward D. Rogers (PA 69337)*
Marcel S. Pratt (PA 307483)*
Robert J. Clark (PA 308105)*
Michael R. McDonald (PA 326873)*
Paul K. Ort (PA 326044)*
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
KatsiffT@ballardspahr.com
WingfieldE@ballardspahr.com
RogersE@ballardspahr.com
PrattM@ballardspahr.com
ClarkR@ballardspahr.com

2

3

McDonaldM@ballardspahr.com
OrtP@ballardspahr.com
T: (215) 665-8500
F: (215) 864-8999

Abha Khanna**
Elias Law Group LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
akhanna@elias.law
T: (206) 656-0177

Lalitha D. Madduri**
Jyoti Jasrasaria**
Tina Meng**
Elias Law Group LLP
10 G St. NE, Suite 600
Washington, D.C. 20002
lmadduri@elias.law
jjasrasaria@elias.law
tmeng@elias.law
T: (202) 968-4490

Matthew Gordon**
Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101
MGordon@perkinscoie.com
T: (206) 359-3552

*Counsel for Proposed Intervenors*

*\*Motions for Pro Hac Vice Forthcoming*
*\*\*Admitted Pro Hac Vice*