# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOB CORMAN**, in his official capacity as Majority Leader of the Pennsylvania Senate, *et al.*, | CIVIL ACTION NO. 1:18-CV-443 |
| | Three Judge Panel Convened Pursuant to 28 U.S.C. § 2284(a) |
| Plaintiff | |
| v. | |
| **ROBERT TORRES**, in his official capacity as Acting Secretary of the Commonwealth, *et al.*, | |
| Defendants | |
| v. | |
| **CARMEN FEBO SAN MIGUEL**, *et al.*, | |
| Intervenor-Defendants | |

## ORDER

**BEFORE:** Jordan, Circuit Judge; Conner, Chief District Judge; Simandle, District Judge.

**AND NOW**, this 2nd day of March, 2018, upon consideration of the motion (Doc. 5) to intervene filed by the League of Women Voters of Pennsylvania and eighteen individual Pennsylvania voters, and the motion (Doc. 12) to intervene filed by the National Democratic Redistricting Committee, wherein each movant requests leave to intervene in the above-captioned action as of right under Federal Rule of Civil Procedure 24(a), and, in the alternative, requests leave for permissive intervention under Federal Rule of Civil Procedure 24(b)(1), and the court having

considered the respective briefs in support of and in opposition to said motions, and having heard oral argument from the parties and proposed intervenors during a hearing on March 1, 2018, and for the purpose of memorializing the court's rulings as set forth on the record at the close of said hearing, it is hereby ORDERED that:

1. The motion (Doc. 5) to intervene filed by the League of Women Voters of Pennsylvania and eighteen individual Pennsylvania voters is GRANTED in part and DENIED in part as follows:

    a. The motion (Doc. 5) is GRANTED as to the eighteen individual Pennsylvania voters.

    b. The motion (Doc. 5) is DENIED as to the League of Women Voters of Pennsylvania.

2. The motion (Doc. 12) to intervene filed by the National Democratic Redistricting Committee is DENIED.

3. Both the League of Women Voters of Pennsylvania and the National Democratic Redistricting Committee are granted leave to file *amici curiae* briefs stating their respective positions on the matters raised *sub judice*.

4. Any *amici curiae* briefs submitted pursuant to paragraph 3 shall be filed no later than **12:00 p.m. on Wednesday, March 7, 2018**.

5. The Clerk of Court is DIRECTED to add the following individuals as intervenor-defendants in the above-captioned action: Carmen Febo San Miguel; James Solomon; John Greiner; John Capowski; Gretchen Brandt; Thomas Rentschler; Mary Elizabeth Lawn; Lisa Isaacs; Don Lancaster; Jordi Comas; Robert Smith; William Marx; Richard Mantell; Priscilla McNulty; Thomas Ulrich; Robert McKinstry; Mark Lichty; and Lorraine Petrosky.

**FOR THE COURT:**

/S/ KENT A. JORDAN
Kent A. Jordan, Circuit Judge
*United States Court of Appeals*
*for the Third Circuit*

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief District Judge
*United States District Court*
*for the Middle District of Pennsylvania*

/S/ JEROME B. SIMANDLE
Jerome B. Simandle, District Judge
*United States District Court*
*for the District of New Jersey*