# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, | : Civil No. 1:22-CV-00208 |
| Plaintiffs, | : |
| v. | : |
| LEHIGH M. CHAPMAN, in her official capacity as Acting Secretary for the Commonwealth, *et al.*, | : |
| Defendants. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 25th day of February, 2022, following review of the proposed intervenor-defendants' motion for leave to file a brief, or, in the alternative, an amicus brief, in opposition to Plaintiffs' request to convene a three-judge district court, Doc. 37, and noting that Plaintiffs do not oppose this request and Defendants take no position, **IT IS ORDERED THAT** the motion is **GRANTED**, and the letter brief, Doc. 37-1, is deemed filed.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania