UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **William C. Toth Jr.**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**Leigh M. Chapman**, et al.,<br><br>Defendants | Case No. 1:22-cv-00208-JPW |

## MOTION FOR LEAVE TO FILE
## SECOND AMENDED COMPLAINT

The plaintiffs respectfully ask for leave to file a second amended complaint. The plaintiffs' first amended complaint was filed before the Supreme Court of Pennsylvania issued its order of February 23, 2022, which purports to adopt the Carter Plan as the state's congressional map. The second amended complaint will ask the Court to declare the Carter Plan unconstitutional and enjoin the defendants from implementing or enforcing it. The second amended complaint will also allege that the Carter Plan violates the equal-population rule established in *Wesberry v. Sanders*, 376 U.S. 1 (1964), because it contains two-person deviations among congressional districts.

Rule 15(b) allows a party to seek leave to amend "at any time, even after judgment . . . to conform [the pleadings] to the evidence and to raise an unpleaded issue." Fed. R. Civ. P. 15(b). And a court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). Leave to amend is

appropriate and consistent with justice because the circumstances of this case have changed now that the Supreme Court of Pennsylvania has issued an order purporting to adopt the Carter Plan, and the defendants intend to implement the Carter Plan as the state's congressional map.

We have attached a proposed order to this motion, and we will file a copy of the proposed second amended complaint (along with its exhibits) as a separate ECF filing.

## CONCLUSION

The plaintiffs' motion for leave to file a second amended complaint should be granted.

Respectfully submitted.

Walter S. Zimolong III
Pennsylvania Bar No. 89151
Zimolong LLC
Post Office Box 552
Villanova, Pennsylvania 19085
(215) 665-0842
wally@zimolonglaw.com


Dated: February 26, 2022

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Pennsylvania Bar No. 91505
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)

(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Robert A. Wiygul, counsel for the defendants, and he informed me that the defendants oppose this motion.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on February 26, 2022, I filed this document on CM/ECF, which will effectuate service upon the following counsel of record:

Robert A. Wiygul
Cary L. Rice
John B. Hill
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103-6933
(215) 568-6200
rwiygul@hangley.com
crice@hangley.com
jhill@hangley.com

Joshua A. Matz
Kaplan, Hecker & Fink
1050 K Street NW, Suite 1040
Washington, DC 20001
(929) 294-2537
jmatz@kaplanhecker.com

*Counsel for Defendants*

Abha Khanna
Lalitha D. Madduri
Jyoti Jasrasaria
Tina Y. Meng
Elias Law Group LLP
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
(206) 656-0177
akhanna@elias.law
lmadduri@elias.law
jjasrasaria@elias.law
tmeng@elias.law

Elizabeth Wingfield
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
(215) 665-8500 (phone)
(215) 864-8999 (fax)
wingfielde@ballardspahr.com

*Counsel for Proposed Intervenors*

  /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs*