UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **William C. Toth Jr.**, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>**Leigh M. Chapman**, et al.,<br><br>    Defendants | Case No. 1:22-cv-00208-JPW |

### ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

The plaintiffs' motion for leave to file second amended complaint is GRANTED. The proposed second amended complaint that the plaintiffs filed as Docket Entry No. 49 shall be accepted and regarding as the active pleading in this litigation.

_____
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES DISTRICT JUDGE

_____
Dated: _____, 2022     UNITED STATES DISTRICT JUDGE