IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM C. TOTH JR., ET. AL. | : | No. 1:22-cv-00208-JPW |
| Plaintiffs | : | |
| v. | : | |
| LEIGH M. CHAPMAN, ET. AL. | : | |
| Defendant | : | |

# DECLARATION OF HOWARD GARTLAND

Under 28 U.S.C. § 1746, I, Howard Gartland, make this declaration as follows:

1. I am a registered voter residing in the Fifth Congressional District of Pennsylvania as defined in the Carter Plan that the Pennsylvania Supreme Court "adopted" in its order of February 23, 2022.

2. I intend to vote in the 2022 Republican primary and general Congressional election and all Congressional elections thereafter.

3. I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Howard Gartland*
_____
HOWARD GARTLAND

Date: __Feb 26, 2022_____