UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **William C. Toth Jr.**, et al.<br><br>          Plaintiffs,<br><br>v.<br><br>**Leigh M. Chapman**, et al.,<br><br>          Defendants | Case No. 1:22-cv-00208-JPW |

## NOTICE OF APPEAL

William C. Toth Jr., William J. Hall, Howard Gartland, James Bognet, Aaron Bashir, and Alan M. Hall appeal to the Supreme Court of the United States from this Court's order of February 25, 2022, denying the plaintiffs' request for immediate injunctive relief (ECF No. 43).

                                        Respectfully submitted.

|  |  |
|---|---|
| | /s/ Jonathan F. Mitchell |
| Walter S. Zimolong III | Jonathan F. Mitchell |
| Pennsylvania Bar No. 89151 | Pennsylvania Bar No. 91505 |
| Zimolong LLC | Mitchell Law PLLC |
| Post Office Box 552 | 111 Congress Avenue, Suite 400 |
| Villanova, Pennsylvania 19085 | Austin, Texas 78701 |
| (215) 665-0842 | (512) 686-3940 (phone) |
| wally@zimolonglaw.com | (512) 686-3941 (fax) |
| | jonathan@mitchell.law |
| | |
| Dated: February 28, 2022 | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I certify that on February 28, 2022, I filed this document on CM/ECF, which will effectuate service upon the following counsel of record:

Robert A. Wiygul
Cary L. Rice
John B. Hill
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103-6933
(215) 568-6200
rwiygul@hangley.com
crice@hangley.com
jhill@hangley.com

Joshua A. Matz
Kaplan, Hecker & Fink
1050 K Street NW, Suite 1040
Washington, DC 20001
(929) 294-2537
jmatz@kaplanhecker.com

*Counsel for Defendants*

Abha Khanna
Lalitha D. Madduri
Jyoti Jasrasaria
Tina Y. Meng
Elias Law Group LLP
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
(206) 656-0177
akhanna@elias.law
lmadduri@elias.law
jjasrasaria@elias.law
tmeng@elias.law

Elizabeth Wingfield
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
(215) 665-8500 (phone)
(215) 864-8999 (fax)
wingfielde@ballardspahr.com

*Counsel for Proposed Intervenors*

  /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs*