UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, Cary L. Rice, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   HANGLEY ARONCHICK SEGAL |
                        PUDLIN & SCHILLER
                        One Logan Square, 27th Floor
                        Philadelphia, PA 19103

Office Telephone:   (215) 496-7032

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York (11/26/2012); District of Columbia (9/6/2013); U.S. District Court for the District of Maryland (10/7/2013); Commonwealth of Pennsylvania (4/30/18); New Jersey (5/31/18); U.S. District Court for the District of Pennsylvania (11/11/19); and U.S. Court of Appeals for the Third Circuit (1/7/20).

My attorney Identification number is:  Pa. No. 325227

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

  X   SPECIAL ADMISSION:

GRANTED BY THE COURT   s/ Jennifer P. Wilson     Date: 2/28/2022