UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT  :

### PETITION

I, __Christine P. Sun__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    States United Democracy Center

1101 17th St. NW

Washington, DC  20036

Office Telephone:    (615) 574-9108

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

U.S. District Court, Northern District of California (05/31/2002); U.S. District Court, Central District of California (01/21/2005); U.S. District Court, Eastern Disctict of California (10/2015); U.S. District Court, Middle District of Tennessee (06/19/2009); U.S. District Court, Eastern District of Tennessee (10/03/2008);  U.S. District Court, District of Colorado (09/17/2012); U.S. Court of Appeals for the Ninth Circuit (01/22/2014); U.S. Supreme Court (04/01/2013). California (02/04/2002); New York (04/18/2001).

My attorney Identification number is:  __CA # 218701__

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

  X   SPECIAL ADMISSION:

GRANTED BY THE COURT   __s/ Jennifer P. Wilson__     Date: __2/28/2022__