**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**


IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT  :


**PETITION**

I, _Marina Eisner_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:      States United Democracy Center_____

1101 17th St. NW_____

Washington, DC  20036_____

Office Telephone:  (240) 600-1316_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.
District of Columbia (11/16/2012); Maryland (12/13/2011)_____

_____

_____

My attorney Identification number is: _DC # 1005593_____

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

_X___SPECIAL ADMISSION:

GRANTED BY THE COURT  _s/ Jennifer P. Wilson_____   Date:_2/28/2022_____ _