# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT    :

## PETITION

I, __Michael R. McDonald__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Ballard Spahr LLP

1735 Market St., 51st Floor

Philadelphia, PA 19103-7599

Office Telephone:   (215) 864-8425

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Penn. (07/22/2019); N.Y. (09/21/2016); U.S.D.C. Colo. (09/09/2020); U.S.D.C. E.D. Pa. (09/11/2019); U.S.D.C. N.D.N.Y. (12/17/2018); U.S.D.C. S.D.N.Y. (06/12/2018); U.S.C.A. 3d Cir. (06/07/2017)

My attorney Identification number is: PA No. 326873

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   s/ Jennifer P. Wilson   Date: 2/28/2022