## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, | : |
| *Plaintiffs,* | : |
| v. | : |
| LEIGH M. CHAPMAN, *et al.*, | : No. 1:22-cv-00208-JPW |
| *Defendants.* | : Honorable Jennifer P. Wilson |
| v. | : |
| CAROL ANN CARTER, *et al.*, | : |
| *Intervenor-Defendants.* | : |

## CARTER PETITIONERS' MOTION TO DISMISS
## THE SECOND AMENDED COMPLAINT

Carol Ann Carter, Monica Parrilla, Rebecca Poyourow, William Tung, Roseanne Milazzo, Burt Siegel, Susan Cassanelli, Lee Cassanelli, Lynn Wachman, Michael Guttman, Maya Fonkeu, Brady Hill, Mary Ellen Balchunis, Tom Dewall, and Stephanie Mcnulty, ("Carter Petitioners") hereby move, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss Claim 1 and Claim 2 of the Second Amended Complaint of William C. Toth Jr., William J. Hall, James Bognet, Aaron Bashir, and Alan M. Hall (ECF No. 49) with prejudice for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted, for all the reasons set forth in the accompanying Brief.

WHEREFORE, the Carter Petitioners respectfully request that this Court enter an order granting this Motion to Dismiss and dismissing Claim 1 and Claim 2

of the Second Amended Complaint with prejudice.


Dated: March 1, 2022                              Respectfully submitted,

                                                  */s/ Elizabeth V. Wingfield*
                                                  Timothy D. Katsiff (PA 75490)
                                                  Elizabeth V. Wingfield (PA 32477)
                                                  Edward D. Rogers (PA 69337)*
                                                  Marcel S. Pratt (PA 307483)*
                                                  Robert J. Clark (PA 308105)*
                                                  Michael R. McDonald (PA 326873)**
                                                  Paul K. Ort (PA 326044)*
                                                  Ballard Spahr LLP
                                                  1735 Market Street, 51st Floor
                                                  Philadelphia, PA 19103
                                                  KatsiffT@ballardspahr.com
                                                  WingfieldE@ballardspahr.com
                                                  RogersE@ballardspahr.com
                                                  PrattM@ballardspahr.com
                                                  ClarkR@ballardspahr.com
                                                  McDonaldM@ballardspahr.com
                                                  OrtP@ballardspahr.com
                                                  T: (215) 665-8500
                                                  F: (215) 864-8999

                                                  Abha Khanna**
                                                  Elias Law Group LLP
                                                  1700 Seventh Ave, Suite 2100
                                                  Seattle, WA 98101
                                                  akhanna@elias.law
                                                  T: (206) 656-0177

                                                  Lalitha D. Madduri**
                                                  Jyoti Jasrasaria**
                                                  Tina Meng**
                                                  Elias Law Group LLP
                                                  10 G St. NE, Suite 600
                                                  Washington, D.C. 20002

lmadduri@elias.law
jjasrasaria@elias.law
tmeng@elias.law
T: (202) 968-4490
Matthew Gordon**
Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101
MGordon@perkinscoie.com
T: (206) 359-3552

*Counsel for Carter Petitioners*

*\*Motions for Pro Hac Vice
Forthcoming
\*\*Admitted Pro Hac Vice*