# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, | |
| *Plaintiffs,* | |
| v. | |
| LEIGH M. CHAPMAN, *et al.*, | No. 1:22-cv-00208-JPW |
| *Defendants.* | Honorable Jennifer P. Wilson |
| v. | |
| CAROL ANN CARTER, *et al.*, | |
| *Intervenor-Defendants.* | |

## ORDER

AND NOW, on this ____ day of _____, 2022, upon consideration of the Carter Petitioners' Motion to Dismiss Claim 1 and Claim 2 of Plaintiffs' Second Amended Complaint, and any responses thereto, IT IS HEREBY ORDERED that the Carter Petitioners' Motion is GRANTED and Claim 1 and Claim 2 of the Second Amended Complaint are DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
Hon. Jennifer P. Wilson, U.S.D.J.