# Exhibit A

Received 2/25/2022 3:57:21 PM Supreme Court Middle District

Filed 2/25/2022 3:57:00 PM Supreme Court Middle District
7 MM 2022

# IN THE SUPREME COURT OF PENNSYLVANIA

## No. 7 MM 2022

## CAROL ANN CARTER *et al.*,
### *Petitioners*,

## v.

## LEIGH M. CHAPMAN, *et al.,*
### *Respondents.*

## RESPONDENTS' CERTIFICATION OF COMPLIANCE PURSUANT TO ORDER DATED FEBRUARY 23, 2022

On Review of the Special Master's Proposed Findings of Fact and Conclusions of Law, Nos. 464 M.D. 2021 and 465 M.D. 2021 (February 7, 2022)

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
Robert A. Wiygul (I.D. No. 310760)
Cary L. Rice (I.D. No. 325227)
John B. Hill (I.D. No. 328340)
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200

OFFICE OF ATTORNEY GENERAL
Caleb Curtis Enerson (I.D. No. 313832)
15th Floor, Strawberry Square
Harrisburg, PA 17120
1600 Arch St., Suite 300
Philadelphia, PA  19103
(717) 787-2717

*(additional counsel on signature pages)*

Respondents, the Acting Secretary of the Commonwealth and Director of the Bureau of Election Services and Notaries, respectfully submit this Certification in response to the Court's Order dated February 23, 2022 (the "Order").

The Order directed that "the Pennsylvania primary and general elections for seats in the United States House of Representatives commencing in the year 2022 shall be conducted in accordance with the 'Carter Plan' submitted in the record before the Special Master and as described by 2020 Census block equivalency … and ESRI shape files uploaded to th[e] Court's website."  The Order further directed "Executive Respondents together with the General Assembly's Legislative Data Processing Center (LDPC)" to "prepare textual language that describes the Carter Plan and submit the same to the Secretary of the Commonwealth without delay."  The Order directed the Acting Secretary of the Commonwealth thereafter to "file with th[e] Court's Prothonotary a certification of compliance of the preparation of the textual description of the Carter Plan, along with a copy of the textual description."

Respondents, including the Acting Secretary of the Commonwealth, hereby certify that, in compliance with the Court's Order, the General Assembly's Legislative Data Processing Center has prepared a textual description of the Carter Plan, and that a true and correct copy of that textual description is attached as Exhibit A hereto.

Respondents further state that they do not foresee any technical issues concerning the implementation of the Carter Plan.

Respectfully submitted,

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

Dated: February 25, 2022     By:   */s/ Robert A Wiygul*     
           Robert A. Wiygul (I.D. No. 310760)
           Cary L. Rice (I.D. No. 325227)
           John B. Hill (I.D. No. 328340)
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel: (215) 568-6200
Fax: (215) 568-0300

OFFICE OF ATTORNEY GENERAL
Caleb Curtis Enerson (I.D. No. 313832)
15th Floor, Strawberry Square
Harrisburg, PA 17120
1600 Arch St., Suite 300
Philadelphia, PA  19103
(717) 787-2717

TUCKER LAW GROUP
Joe H. Tucker, Jr. (I.D. No. 56617)
Dimitrios Mavroudis (I.D. No. 93773)
Jessica Rickabaugh (I.D. No. 200189)
Ten Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 875-0609

*Counsel for Respondents*

## CERTIFICATION REGARDING PUBLIC ACCESS POLICY

I certify that this filing complies with the provisions of the Public Access

Policy of the Unified Judicial System of Pennsylvania: Case Records of the

Appellate and Trial Courts that require filing confidential information and

documents differently than non–confidential information and documents.


Dated: February 25, 2022                    _/s/ *Robert A. Wiygul*_____
                                            Robert A. Wiygul

# EXHIBIT "A"

LEGISLATIVE DATA PROCESSING CENTER

COMPOSITE LISTING

OF

CONGRESSIONAL DISTRICTS

DISTRICT NUMBER                    DESCRIPTION

Dist. 01     BUCKS and MONTGOMERY Counties.
             All of BUCKS County and Part of MONTGOMERY County
             consisting of the TOWNSHIPS of Franconia, Hatfield,
             Horsham (PART, Districts 01, 02 [PART, Divisions 01,
             02 and 03], 03 [PART, Divisions 01, 02, 04 and 05]
             and 04 [PART, Divisions 01 (only blocks 3006, 3007,
             3008, 3010, 3011 and 3020 of tract 200505), 02, 03
             and 04]), Marlborough, Montgomery, Salford and Upper
             Hanover and the BOROUGHS of East Greenville, Hatfield,
             Pennsburg, Red Hill, Souderton and Telford (Montgomery
             County Portion).
             Total population: 764,866


Dist. 02     PHILADELPHIA County.
             Part of PHILADELPHIA County consisting of the CITY of
             Philadelphia (PART, Wards 05 [PART, Divisions 01, 02,
             03, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14, 15, 16,
             17, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31,
             32, 33, 34, 35, 36 and 37], 07, 14, 16 [PART, Division
             05], 18, 19, 20, 23, 25, 31, 33, 35, 37, 41, 42, 43,
             45, 49, 53, 54, 55, 56, 57, 58, 61, 62, 63, 64, 65
             and 66).
             Total population: 764,865

<u>CONGRESSIONAL DISTRICTS</u>

Dist. 03       PHILADELPHIA County.
               Part of PHILADELPHIA County consisting of the CITY of
               Philadelphia (PART, Wards 01, 02, 03 [PART, Divisions
               01, 02, 03, 04, 05, 06, 07, 08, 09, 10, 11, 12, 13,
               14, 15, 16, 17, 18, 19 and 20], 04, 05 [PART,
               Divisions 04, 18 and 19], 06, 08, 09, 10, 11, 12, 13,
               15, 16 [PART, Divisions 01, 02, 03, 04, 06, 07, 08,
               09, 10, 11, 12, 13, 14, 15, 16, 17 and 18], 17, 21,
               22, 24, 26 [PART, Divisions 08, 10, 11, 12, 16, 17,
               19, 21 and 22], 27, 28, 29, 30, 32, 34, 36, 38, 39
               [PART, Divisions 01, 03, 04, 05, 06, 07, 08, 09, 10,
               11, 12, 15, 16, 18, 19, 20, 21, 22, 23, 25, 26, 27,
               28, 30, 31, 32, 34, 35, 37, 38, 40, 42, 43, 45 and
               46], 44, 46, 47, 48, 50, 51 [PART, Divisions 01, 02,
               03, 04, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14, 15,
               16, 17, 18, 19, 20, 22, 23, 26 and 28], 52, 59 and
               60).
               Total population: 764,864

Dist. 04    BERKS and MONTGOMERY Counties.
            Part of BERKS County consisting of the TOWNSHIPS of
            Alsace, Amity, Bern, Colebrookdale, District,
            Douglass, Earl, Exeter (PART, Precinct 10 (all blocks
            except 1008, 1011, 1014 and 1024 of tract 012103 and
            blocks 3000, 3001, 3003, 3004, 3005, 3006, 3007, 3008,
            3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017,
            3018 and 3019 of tract 012106)), Greenwich, Hereford,
            Longswamp, Lower Heidelberg (PART, Precincts 02 and
            03), Maidencreek, Maxatawny, Muhlenberg, Oley,
            Ontelaunee, Perry (all blocks except 1003, 1008, 1009,
            1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018,
            1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027,
            1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036,
            1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045,
            1046, 1050, 1051, 1052 and 3022 of tract 013702),
            Pike, Richmond, Rockland, Ruscombmanor and Washington
            and the BOROUGHS of Bally, Bechtelsville, Boyertown,
            Fleetwood, Kutztown, Laureldale, Leesport,
            Lenhartsville, Lyons and Topton and Part of MONTGOMERY
            County consisting of the TOWNSHIPS of Abington,
            Cheltenham, Douglass, East Norriton, Horsham (PART,
            Districts 02 [PART, Division 04], 03 [PART, Division
            03] and 04 [PART, Division 01 (all blocks except 3006,
            3007, 3008, 3010, 3011 and 3020 of tract 200505)]),
            Limerick, Lower Frederick, Lower Gwynedd, Lower Merion
            (PART, Wards 01, 02, 03, 06 [PART, Division 03], 09,
            11 [PART, Division 03 (all blocks except 3011B of
            tract 204900)], 12 [PART, Division 03 (only blocks
            2000, 2001, 2025 and 2028 of tract 204500)] and 13),
            Lower Moreland, Lower Pottsgrove, Lower Providence,
            Lower Salford, New Hanover, Perkiomen, Plymouth,
            Skippack, Springfield, Towamencin, Upper Dublin, Upper
            Frederick, Upper Gwynedd, Upper Merion (PART, District
            Belmont [PART, Division 05]), Upper Moreland, Upper
            Pottsgrove, Upper Providence, Upper Salford, West
            Norriton, West Pottsgrove, Whitemarsh, Whitpain and
            Worcester and the BOROUGHS of Ambler, Bryn Athyn,
            Collegeville, Conshohocken, Green Lane, Hatboro,
            Jenkintown, Lansdale, North Wales, Pottstown,
            Rockledge, Royersford, Schwenksville, Trappe and West
            Conshohocken.
            Total population: 764,865

CONGRESSIONAL DISTRICTS

Dist. 05    CHESTER, DELAWARE, MONTGOMERY and PHILADELPHIA
            Counties.
            Part of CHESTER County consisting of the TOWNSHIP of
            Birmingham (PART, Precinct 02 (only blocks 2021 and
            2022 of tract 303100)); All of DELAWARE County; Part
            of MONTGOMERY County consisting of the TOWNSHIPS of
            Lower Merion (PART, Wards 04, 05, 06 [PART, Divisions
            01 and 02], 07, 08, 10, 11 [PART, Divisions 01, 02
            and 03 (only block 3011B of tract 204900)], 12 [PART,
            Divisions 01, 02 and 03 (all blocks except 2000, 2001,
            2025 and 2028 of tract 204500)] and 14) and Upper
            Merion (PART, Districts Belmont [PART, Divisions 01,
            02, 03 and 04], Candlebrook, Gulph, King, Roberts,
            Swedeland, Swedesburg and Town Center) and the
            BOROUGHS of Bridgeport, Narberth and Norristown and
            Part of PHILADELPHIA County consisting of the CITY of
            Philadelphia (PART, Wards 03 [PART, Divisions 21 and
            22], 26 [PART, Divisions 01, 02, 03, 04, 05, 06, 07,
            09, 13, 14, 15, 18, 20 and 23], 39 [PART, Divisions
            02, 13, 14, 17, 24, 29, 33, 36, 39, 41 and 44], 40
            and 51 [PART, Divisions 21, 24, 25 and 27]).
            Total population: 764,866

**CONGRESSIONAL DISTRICTS**

Dist. 06    BERKS and CHESTER Counties.
            Part of BERKS County consisting of the CITY of Reading
            and the TOWNSHIPS of Brecknock, Caernarvon, Cumru,
            Exeter (PART, Precincts 01, 02, 03, 04, 05, 06, 07,
            08, 09, 10 (only blocks 1008, 1011, 1014 and 1024 of
            tract 012103 and blocks 3000, 3001, 3003, 3004, 3005,
            3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014,
            3015, 3016, 3017, 3018 and 3019 of tract 012106) and
            11), Lower Alsace, Robeson, Spring and Union and the
            BOROUGHS of Adamstown (Berks County Portion),
            Birdsboro, Kenhorst, Mohnton, Mount Penn, New Morgan,
            Shillington, Sinking Spring, St. Lawrence, West
            Reading and Wyomissing and Part of CHESTER County
            consisting of the CITY of Coatesville and the
            TOWNSHIPS of Birmingham (PART, Precincts 01 and 02
            (all blocks except 2021 and 2022 of tract 303100)),
            Caln, Charlestown, East Bradford, East Brandywine,
            East Caln, East Coventry, East Fallowfield, East
            Goshen, East Marlborough, East Nantmeal, East
            Nottingham, East Pikeland, East Vincent, East
            Whiteland, Easttown, Elk, Franklin, Highland, Honey
            Brook, Kennett, London Britain, London Grove,
            Londonderry, Lower Oxford, New Garden, New London,
            Newlin, North Coventry, Penn, Pennsbury, Pocopson,
            Sadsbury, Schuylkill, South Coventry, Thornbury,
            Tredyffrin, Upper Oxford, Upper Uwchlan, Uwchlan,
            Valley, Wallace, Warwick, West Bradford, West
            Brandywine, West Caln, West Fallowfield, West Goshen,
            West Marlborough, West Nantmeal, West Nottingham, West
            Pikeland, West Sadsbury, West Vincent, West Whiteland,
            Westtown and Willistown and the BOROUGHS of Atglen,
            Avondale, Downingtown, Elverson, Honey Brook, Kennett
            Square, Malvern, Modena, Oxford, Parkesburg,
            Phoenixville, South Coatesville, Spring City, West
            Chester and West Grove.
            Total population: 764,864

**CONGRESSIONAL DISTRICTS**

Dist. 07    CARBON, LEHIGH, MONROE and NORTHAMPTON Counties.
All of CARBON County; All of LEHIGH County; Part of
MONROE County consisting of the TOWNSHIPS of Eldred,
Polk and Ross (all blocks except 1000, 1001, 1002,
1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020,
1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 2000, 2001, 2002, 2003,
2021, 3001, 3003, 3004, 3005, 4000, 4001, 4002, 4003,
4004, 4005, 4006, 4007, 4009, 4010 and 4011 of tract
301203) and All of NORTHAMPTON County.
Total population: 764,865

CONGRESSIONAL DISTRICTS

Dist. 08    LACKAWANNA, LUZERNE, MONROE, PIKE and WAYNE Counties.
            All of LACKAWANNA County; Part of LUZERNE County
            consisting of the CITIES of Hazleton, Nanticoke,
            Pittston and Wilkes-Barre and the TOWNSHIPS of Bear
            Creek, Buck, Butler (PART, Districts 01, 02, 03, 04
            and 05 (only blocks 1024, 1025, 2013, 2014, 2015 and
            2020 of tract 216601 and blocks 1016, 1017, 1024,
            1046, 1047, 1049, 1050, 1058, 1059, 1060, 1061, 1062,
            1063 and 1064 of tract 216602)), Dallas, Dennison,
            Exeter, Fairview, Foster, Franklin, Hanover, Hazle,
            Jackson, Jenkins, Kingston, Newport (PART, Ward 02),
            Pittston, Plains, Plymouth, Rice, Wilkes-Barre and
            Wright and the BOROUGHS of Ashley, Avoca, Bear Creek
            Village, Courtdale, Dupont, Duryea, Edwardsville,
            Exeter, Forty Fort, Freeland, Harveys Lake,
            Hughestown, Jeddo, Kingston, Laflin, Larksville,
            Laurel Run, Luzerne, Nuangola, Penn Lake Park,
            Plymouth, Pringle, Sugar Notch, Swoyersville, Warrior
            Run, West Hazleton, West Pittston, West Wyoming, White
            Haven, Wyoming and Yatesville; Part of MONROE County
            consisting of the TOWNSHIPS of Barrett, Chestnuthill,
            Coolbaugh, Hamilton, Jackson, Middle Smithfield,
            Paradise, Pocono, Price, Ross (only blocks 1000, 1001,
            1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,
            1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,
            1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028,
            1029, 1030, 1031, 1032, 1033, 1034, 2000, 2001, 2002,
            2003, 2021, 3001, 3003, 3004, 3005, 4000, 4001, 4002,
            4003, 4004, 4005, 4006, 4007, 4009, 4010 and 4011 of
            tract 301203), Smithfield, Stroud, Tobyhanna and
            Tunkhannock and the BOROUGHS of Delaware Water Gap,
            East Stroudsburg, Mount Pocono and Stroudsburg; All
            of PIKE County and All of WAYNE County.
            Total population: 764,866

<u>CONGRESSIONAL DISTRICTS</u>

Dist. 09      BERKS, BRADFORD, COLUMBIA, LEBANON, LUZERNE, LYCOMING, MONTOUR, NORTHUMBERLAND, SCHUYLKILL, SULLIVAN, SUSQUEHANNA and WYOMING Counties.
Part of BERKS County consisting of the TOWNSHIPS of Albany, Bethel, Centre, Heidelberg, Jefferson, Lower Heidelberg (PART, Precinct 01), Marion, North Heidelberg, Penn, Perry (only blocks 1003, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1050, 1051, 1052 and 3022 of tract 013702), South Heidelberg, Tilden, Tulpehocken, Upper Bern, Upper Tulpehocken and Windsor and the BOROUGHS of Bernville, Centerport, Hamburg, Robesonia, Shoemakersville, Wernersville and Womelsdorf; All of BRADFORD County; All of COLUMBIA County; All of LEBANON County; Part of LUZERNE County consisting of the TOWNSHIPS of Black Creek, Butler (PART, District 05 (all blocks except 1024, 1025, 2013, 2014, 2015 and 2020 of tract 216601 and blocks 1016, 1017, 1024, 1046, 1047, 1049, 1050, 1058, 1059, 1060, 1061, 1062, 1063 and 1064 of tract 216602)), Conyngham, Dorrance, Fairmount, Hollenback, Hunlock, Huntington, Lake, Lehman, Nescopeck, Newport (PART, Ward 01), Ross, Salem, Slocum, Sugarloaf and Union and the BOROUGHS of Conyngham, Dallas, Nescopeck, New Columbus and Shickshinny; Part of LYCOMING County consisting of the CITY of Williamsport (PART, Wards 01, 02, 03, 04, 05 (all blocks except 1034, 1035, 1036, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1055, 1056, 1057, 2073, 2074, 2075, 2076, 2077, 2078, 2079, 2080, 2081, 2082, 2083, 2084, 2085, 2086, 2087, 2088 and 2089 of tract 000900), 06, 07, 08, 09, 10, 11, 12 and 13) and the TOWNSHIPS of Clinton, Eldred, Fairfield, Franklin, Jordan, Loyalsock, Mill Creek, Moreland, Muncy, Muncy Creek, Penn, Plunketts Creek, Shrewsbury, Upper Fairfield and Wolf and the BOROUGHS of Hughesville, Montgomery, Montoursville, Muncy and Picture Rocks; All of MONTOUR County; All of NORTHUMBERLAND County; All of SCHUYLKILL County; All of SULLIVAN County; All of SUSQUEHANNA County and All of WYOMING County.
Total population: 764,864

**CONGRESSIONAL DISTRICTS**

Dist. 10    CUMBERLAND, DAUPHIN and YORK Counties.
            Part of CUMBERLAND County consisting of the TOWNSHIPS
            of Cooke, Dickinson, East Pennsboro, Hampden, Lower
            Allen, Lower Frankford, Middlesex, Monroe, North
            Middleton, North Newton (only blocks 1000, 1001, 1002,
            1003, 1004, 1005, 1006, 1007, 1009, 1010, 1011, 1012,
            1013, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1033,
            1034, 1035, 1037, 1038, 1039, 1040, 1041, 1042, 1043,
            1045, 1066, 1067, 1070 and 1071 of tract 012802),
            Penn, Silver Spring, South Middleton, South Newton,
            Upper Allen and West Pennsboro and the BOROUGHS of
            Camp Hill, Carlisle, Lemoyne, Mechanicsburg, Mount
            Holly Springs, New Cumberland, Newville, Shiremanstown
            and Wormleysburg; All of DAUPHIN County and Part of
            YORK County consisting of the CITY of York and the
            TOWNSHIPS of Carroll, Conewago, Dover, East
            Manchester, Fairview, Franklin, Jackson (PART,
            Precincts 01 (all blocks except 2019, 2020, 2021,
            2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 3008,
            3009, 3015, 3016, 3019, 3020, 3021, 3022, 3023, 3024,
            3025, 3026, 3027, 3028, 3029, 3030 and 3031 of tract
            020522 and blocks 2031 and 2032 of tract 020524) and
            02), Manchester, Monaghan, Newberry, Spring Garden,
            Springettsbury, Warrington, Washington and West
            Manchester and the BOROUGHS of Dillsburg, Dover,
            Franklintown, Goldsboro, Lewisberry, Manchester, Mount
            Wolf, North York, Wellsville, West York and York
            Haven.
            Total population: 764,864

**CONGRESSIONAL DISTRICTS**

Dist. 11      LANCASTER and YORK Counties.
              All of LANCASTER County and Part of YORK County
              consisting of the TOWNSHIPS of Chanceford, Codorus,
              East Hopewell, Fawn, Heidelberg, Hellam, Hopewell,
              Jackson (PART, Precinct 01 (only blocks 2019, 2020,
              2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029,
              3008, 3009, 3015, 3016, 3019, 3020, 3021, 3022, 3023,
              3024, 3025, 3026, 3027, 3028, 3029, 3030 and 3031 of
              tract 020522 and blocks 2031 and 2032 of tract
              020524)), Lower Chanceford, Lower Windsor, Manheim,
              North Codorus, North Hopewell, Paradise, Peach Bottom,
              Penn, Shrewsbury, Springfield, West Manheim, Windsor
              and York and the BOROUGHS of Cross Roads, Dallastown,
              Delta, East Prospect, Fawn Grove, Felton, Glen Rock,
              Hallam, Hanover, Jacobus, Jefferson, Loganville, New
              Freedom, New Salem, Railroad, Red Lion, Seven Valleys,
              Shrewsbury, Spring Grove, Stewartstown, Windsor,
              Winterstown, Wrightsville, Yoe and Yorkana.
              Total population: 764,864

Dist. 12    ALLEGHENY and WESTMORELAND Counties.
            Part of ALLEGHENY County consisting of the CITIES of
            Clairton, Duquesne, McKeesport and Pittsburgh and the
            TOWNSHIPS of Elizabeth, Forward, North Versailles,
            South Park, South Versailles, Upper St. Clair and
            Wilkins and the BOROUGHS of Baldwin, Bethel Park,
            Braddock, Brentwood, Bridgeville, Chalfant,
            Dravosburg, East McKeesport, East Pittsburgh,
            Elizabeth, Glassport, Homestead, Jefferson Hills,
            Liberty, Lincoln, Monroeville, Mount Oliver, Munhall,
            North Braddock, Pitcairn, Pleasant Hills, Plum, Port
            Vue, Rankin, Swissvale (PART, Districts 01, 02 (only
            blocks 2014, 2015, 3007, 3008, 3009 and 3010 of tract
            515100), 06, 07, 08, 09, 10 and 11), Trafford
            (Allegheny County Portion), Turtle Creek, Versailles,
            Wall, West Elizabeth, West Homestead, West Mifflin,
            Whitaker, White Oak, Whitehall and Wilmerding and Part
            of WESTMORELAND County consisting of the CITY of
            Jeannette and the TOWNSHIPS of Hempfield (PART,
            Districts East Adamsburg, High Park, Lincoln Heights
            West, Middletown (all blocks except 1000, 1001, 1004,
            1009, 1010, 1011, 1020, 1021, 1022, 1026, 1027 and
            1055 of tract 804701, blocks 1015, 2018 and 2019 of
            tract 804804 and blocks 2000, 2002, 2003 and 2004 of
            tract 804901), Wegley, Wendel Herm and West
            Hempfield), North Huntingdon, Penn, Sewickley and
            South Huntingdon (PART, District Yukon) and the
            BOROUGHS of Adamsburg, Arona, Export, Irwin, Madison,
            Manor, Murrysville, North Irwin, Penn, Sutersville
            and Trafford (Westmoreland County Portion).
            Total population: 764,864

CONGRESSIONAL DISTRICTS

Dist. 13    ADAMS, BEDFORD, BLAIR, CAMBRIA, CUMBERLAND, FRANKLIN,
            FULTON, HUNTINGDON, JUNIATA, MIFFLIN, PERRY and
            SOMERSET Counties.
            All of ADAMS County; All of BEDFORD County; All of
            BLAIR County; All of CAMBRIA County; Part of
            CUMBERLAND County consisting of the TOWNSHIPS of
            Hopewell, Lower Mifflin, North Newton (all blocks
            except 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,
            1009, 1010, 1011, 1012, 1013, 1025, 1026, 1027, 1028,
            1029, 1030, 1031, 1033, 1034, 1035, 1037, 1038, 1039,
            1040, 1041, 1042, 1043, 1045, 1066, 1067, 1070 and
            1071 of tract 012802), Shippensburg, Southampton,
            Upper Frankford and Upper Mifflin and the BOROUGHS of
            Newburg and Shippensburg (Cumberland County Portion);
            All of FRANKLIN County; All of FULTON County; All of
            HUNTINGDON County; All of JUNIATA County; All of
            MIFFLIN County; All of PERRY County and Part of
            SOMERSET County consisting of the TOWNSHIP of
            Conemaugh (PART, District 02 (all blocks except 1026
            of tract 020101)).
            Total population: 764,864

Dist. 14      FAYETTE, GREENE, INDIANA, SOMERSET, WASHINGTON and
              WESTMORELAND Counties.
              All of FAYETTE County; All of GREENE County; Part of
              INDIANA County consisting of the TOWNSHIPS of
              Armstrong, Blacklick, Brush Valley, Buffington,
              Burrell, Center, Cherryhill, Conemaugh, East
              Wheatfield, Green, Pine, Rayne, South Mahoning (PART,
              District 01 (all blocks except 2000, 2001, 2002, 2003,
              2004, 2005, 2006, 2007, 2008, 2010, 2011, 2012, 2013,
              2014, 2015, 2042, 2043, 2044, 3000 and 3001 of tract
              960200)), Washington, West Wheatfield, White and Young
              and the BOROUGHS of Armagh, Blairsville, Cherry Tree,
              Clymer, Creekside, Ernest, Homer City, Indiana,
              Plumville, Saltsburg and Shelocta; Part of SOMERSET
              County consisting of the TOWNSHIPS of Addison,
              Allegheny, Black, Brothersvalley, Conemaugh (PART,
              Districts 01, 02 (only block 1026 of tract 020101),
              03, 04 and 05), Elk Lick, Fairhope, Greenville,
              Jefferson, Jenner, Larimer, Lincoln, Lower Turkeyfoot,
              Middlecreek, Milford, Northampton, Ogle, Paint,
              Quemahoning, Shade, Somerset, Southampton, Stonycreek,
              Summit and Upper Turkeyfoot and the BOROUGHS of
              Addison, Benson, Berlin, Boswell, Callimont,
              Casselman, Central City, Confluence, Garrett,
              Hooversville, Indian Lake, Jennerstown, Meyersdale,
              New Baltimore, New Centerville, Paint, Rockwood,
              Salisbury, Seven Springs (Somerset County Portion),
              Shanksville, Somerset, Stoystown, Ursina, Wellersburg
              and Windber; All of WASHINGTON County and Part of
              WESTMORELAND County consisting of the CITIES of
              Arnold, Greensburg, Latrobe, Lower Burrell, Monessen
              and New Kensington and the TOWNSHIPS of Allegheny,
              Bell, Cook, Derry, Donegal, East Huntingdon,
              Fairfield, Hempfield (PART, Districts Alwine, Bovard,
              Carbon, Eastview, Fort Allen, Foxhill, Gayville,
              Grapeville, Hannastown, Haydenville, Lincoln Heights,
              Luxor, Maplewood, Middletown (only blocks 1000, 1001,
              1004, 1009, 1010, 1011, 1020, 1021, 1022, 1026, 1027
              and 1055 of tract 804701, blocks 1015, 2018 and 2019
              of tract 804804 and blocks 2000, 2002, 2003 and 2004
              of tract 804901), New Stanton, North Carbon, Sibel,
              Todd, University, Valley, Weavers Old Stand and West
              Point), Ligonier, Loyalhanna, Mount Pleasant,
              Rostraver, Salem, South Huntingdon (PART, Districts

Hixon, Jacobs Creek, Mineral, Port Royal, South
Huntingdon, Wayne and Wyano), St. Clair, Unity, Upper
Burrell and Washington and the BOROUGHS of Avonmore,
Bolivar, Delmont, Derry, Donegal, East Vandergrift,
Hunker, Hyde Park, Laurel Mountain, Ligonier, Mount
Pleasant, New Alexandria, New Florence, New Stanton,
North Belle Vernon, Oklahoma, Scottdale, Seward,
Smithton, South Greensburg, Southwest Greensburg,
Vandergrift, West Leechburg, West Newton, Youngstown
and Youngwood.
Total population: 764,866

<u>CONGRESSIONAL DISTRICTS</u>

Dist. 15      ARMSTRONG, CAMERON, CENTRE, CLARION, CLEARFIELD,
              CLINTON, ELK, FOREST, INDIANA, JEFFERSON, LYCOMING,
              MCKEAN, POTTER, SNYDER, TIOGA, UNION, VENANGO and
              WARREN Counties.
              All of ARMSTRONG County; All of CAMERON County; All
              of CENTRE County; All of CLARION County; All of
              CLEARFIELD County; All of CLINTON County; All of ELK
              County; All of FOREST County; Part of INDIANA County
              consisting of the TOWNSHIPS of Banks, Canoe, East
              Mahoning, Grant, Montgomery, North Mahoning, South
              Mahoning (PART, District 01 (only blocks 2000, 2001,
              2002, 2003, 2004, 2005, 2006, 2007, 2008, 2010, 2011,
              2012, 2013, 2014, 2015, 2042, 2043, 2044, 3000 and
              3001 of tract 960200)) and West Mahoning and the
              BOROUGHS of Glen Campbell, Marion Center and
              Smicksburg; All of JEFFERSON County; Part of LYCOMING
              County consisting of the CITY of Williamsport (PART,
              Ward 05 (only blocks 1034, 1035, 1036, 1042, 1043,
              1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052,
              1053, 1055, 1056, 1057, 2073, 2074, 2075, 2076, 2077,
              2078, 2079, 2080, 2081, 2082, 2083, 2084, 2085, 2086,
              2087, 2088 and 2089 of tract 000900)) and the
              TOWNSHIPS of Anthony, Armstrong, Bastress, Brady,
              Brown, Cascade, Cogan House, Cummings, Gamble,
              Hepburn, Jackson, Lewis, Limestone, Lycoming, McHenry,
              McIntyre, McNett, Mifflin, Nippenose, Old Lycoming,
              Piatt, Pine, Porter, Susquehanna, Washington, Watson
              and Woodward and the BOROUGHS of Duboistown, Jersey
              Shore, Salladasburg and South Williamsport; All of
              MCKEAN County; All of POTTER County; All of SNYDER
              County; All of TIOGA County; All of UNION County; Part
              of VENANGO County consisting of the CITY of Oil City
              and the TOWNSHIPS of Allegheny, Cherrytree, Clinton,
              Cornplanter, Cranberry, Oakland, Oil Creek, Pinegrove,
              Plum, President, Richland, Rockland, Scrubgrass and
              Victory (only blocks 1045, 1046, 1047, 1048, 1050,
              1051, 1053, 1058, 1059 and 1060 of tract 201400) and
              the BOROUGHS of Clintonville, Emlenton (Venango County
              Portion), Pleasantville and Rouseville and All of
              WARREN County.
              Total population: 764,864

CONGRESSIONAL DISTRICTS

Dist. 16     BUTLER, CRAWFORD, ERIE, LAWRENCE, MERCER and VENANGO
             Counties.
             All of BUTLER County; All of CRAWFORD County; All of
             ERIE County; All of LAWRENCE County; All of MERCER
             County and Part of VENANGO County consisting of the
             CITY of Franklin and the TOWNSHIPS of Canal,
             Frenchcreek, Irwin, Jackson, Mineral, Sandycreek and
             Victory (all blocks except 1045, 1046, 1047, 1048,
             1050, 1051, 1053, 1058, 1059 and 1060 of tract 201400)
             and the BOROUGHS of Barkeyville, Cooperstown, Polk,
             Sugarcreek and Utica.
             Total population: 764,865

Dist. 17     ALLEGHENY and BEAVER Counties.
             Part of ALLEGHENY County consisting of the TOWNSHIPS
             of Aleppo, Baldwin, Collier, Crescent, East Deer,
             Fawn, Findlay, Frazer, Hampton, Harmar, Harrison,
             Indiana, Kennedy, Kilbuck, Leet, Marshall, McCandless,
             Moon, Mount Lebanon, Neville, North Fayette, O'Hara,
             Ohio, Penn Hills, Pine, Reserve, Richland, Robinson,
             Ross, Scott, Shaler, South Fayette, Springdale, Stowe
             and West Deer and the BOROUGHS of Aspinwall, Avalon,
             Bell Acres, Bellevue, Ben Avon, Ben Avon Heights,
             Blawnox, Brackenridge, Braddock Hills, Bradford Woods,
             Carnegie, Castle Shannon, Cheswick, Churchill,
             Coraopolis, Crafton, Dormont, Edgewood, Edgeworth,
             Emsworth, Etna, Forest Hills, Fox Chapel, Franklin
             Park, Glen Osborne, Glenfield, Green Tree, Haysville,
             Heidelberg, Ingram, Leetsdale, McDonald (Allegheny
             County Portion), McKees Rocks, Millvale, Oakdale,
             Oakmont, Pennsbury Village, Rosslyn Farms, Sewickley,
             Sewickley Heights, Sewickley Hills, Sharpsburg,
             Springdale, Swissvale (PART, Districts 02 (all blocks
             except 2014, 2015, 3007, 3008, 3009 and 3010 of tract
             515100), 03, 04 and 05), Tarentum, Thornburg, Verona,
             West View and Wilkinsburg and All of BEAVER County.
             Total population: 764,864


                    Population of all districts: 13,002,700

| The Statewide population = 13,002,700 | | |
|---|---|---|
| The Average population per district = 764,865 | | |
| **DISTRICT** | **POPULATION** | **DEVIATION** |
| 1 | 764,866 | +1 (0.00%) |
| 2 | 764,865 | +0 (0.00%) |
| 3 | 764,864 | -1 (0.00%) |
| 4 | 764,865 | +0 (0.00%) |
| 5 | 764,866 | +1 (0.00%) |
| 6 | 764,864 | -1 (0.00%) |
| 7 | 764,865 | +0 (0.00%) |
| 8 | 764,866 | +1 (0.00%) |
| 9 | 764,864 | -1 (0.00%) |
| 10 | 764,864 | -1 (0.00%) |
| 11 | 764,864 | -1 (0.00%) |
| 12 | 764,864 | -1 (0.00%) |
| 13 | 764,864 | -1 (0.00%) |
| 14 | 764,866 | +1 (0.00%) |
| 15 | 764,864 | -1 (0.00%) |
| 16 | 764,865 | +0 (0.00%) |
| 17 | 764,864 | -1 (0.00%) |

```
         LEGISLATIVE DATA PROCESSING CENTER        02/25/2022
                                                    PAGE 1
         COUNTIES SPLIT BY CONGRESSIONAL DISTRICTS

14 TOTAL COUNTIES                      17 TOTAL SPLITS

ALLEGHENY                              012 017

BERKS                                  004 006 009

CHESTER                                005 006

CUMBERLAND                             010 013

INDIANA                                014 015

LUZERNE                                008 009

LYCOMING                               009 015

MONROE                                 007 008

MONTGOMERY                             001 004 005

PHILADELPHIA                           002 003 005

SOMERSET                               013 014

VENANGO                                015 016

WESTMORELAND                           012 014

YORK                                   010 011
```

```
               LEGISLATIVE DATA PROCESSING CENTER      02/25/2022
                                                            PAGE 1
             PLACES SPLIT BY CONGRESSIONAL DISTRICTS

20 TOTAL PLACES                                   21 TOTAL SPLITS


ALLEGHENY COUNTY
   SWISSVALE              BOROUGH              012 017


BERKS COUNTY
   EXETER                 TOWNSHIP             004 006
   LOWER HEIDELBERG       TOWNSHIP             004 009
   PERRY                  TOWNSHIP             004 009


CHESTER COUNTY
   BIRMINGHAM             TOWNSHIP             005 006


CUMBERLAND COUNTY
   NORTH NEWTON           TOWNSHIP             010 013


INDIANA COUNTY
   SOUTH MAHONING         TOWNSHIP             014 015


LUZERNE COUNTY
   BUTLER                 TOWNSHIP             008 009
   NEWPORT                TOWNSHIP             008 009


LYCOMING COUNTY
   WILLIAMSPORT           CITY                 009 015


MONROE COUNTY
   ROSS                   TOWNSHIP             007 008


MONTGOMERY COUNTY
   HORSHAM                TOWNSHIP             001 004
   LOWER MERION           TOWNSHIP             004 005
   UPPER MERION           TOWNSHIP             004 005


PHILADELPHIA COUNTY
   PHILADELPHIA           CITY                 002 003 005


SOMERSET COUNTY
   CONEMAUGH              TOWNSHIP             013 014


VENANGO COUNTY
   VICTORY                TOWNSHIP             015 016
```

PENNSYLVANIA REDISTRICTING CENTER

PLACES SPLIT BY CONGRESSIONAL DISTRICTS

WESTMORELAND COUNTY
  HEMPFIELD            TOWNSHIP            012 014
  SOUTH HUNTINGDON     TOWNSHIP            012 014

YORK COUNTY
  JACKSON              TOWNSHIP            010 011

```
          LEGISLATIVE DATA PROCESSING CENTER     02/25/2022
                                                 PAGE 1
          WARDS SPLIT BY CONGRESSIONAL DISTRICTS

22 TOTAL WARDS                                22 TOTAL SPLITS


ALLEGHENY COUNTY
   SWISSVALE                    BOROUGH
        WARD 02                                 012 017


BERKS COUNTY
   EXETER                       TOWNSHIP
        WARD 10                                 004 006


CHESTER COUNTY
   BIRMINGHAM                   TOWNSHIP
        WARD 02                                 005 006


INDIANA COUNTY
   SOUTH MAHONING               TOWNSHIP
        WARD 01                                 014 015


LUZERNE COUNTY
   BUTLER                       TOWNSHIP
        WARD 05                                 008 009


LYCOMING COUNTY
   WILLIAMSPORT                 CITY
        WARD 05                                 009 015


MONTGOMERY COUNTY
   HORSHAM                      TOWNSHIP
        WARD 02                                 001 004
        WARD 03                                 001 004
        WARD 04                                 001 004
   LOWER MERION                 TOWNSHIP
        WARD 06                                 004 005
        WARD 11                                 004 005
        WARD 12                                 004 005
   UPPER MERION                 TOWNSHIP
        WARD BELMONT                            004 005


PHILADELPHIA COUNTY
   PHILADELPHIA                 CITY
        WARD 03                                 003 005
        WARD 05                                 002 003
```

WARDS SPLIT BY CONGRESSIONAL DISTRICTS

```
            WARD 16                                    002 003
            WARD 26                                    003 005
            WARD 39                                    003 005
            WARD 51                                    003 005


SOMERSET COUNTY
   CONEMAUGH                        TOWNSHIP
            WARD 02                                    013 014


WESTMORELAND COUNTY
   HEMPFIELD                        TOWNSHIP
            WARD MIDDLETOWN                            012 014


YORK COUNTY
   JACKSON                          TOWNSHIP
            WARD 01                                    010 011
```

Received 2/25/2022 3:57:21 PM Supreme Court Middle District

Filed 2/25/2022 3:57:00 PM Supreme Court Middle District
7 MM 2022

# IN THE SUPREME COURT OF PENNSYLVANIA

Carol Ann Carter, Monica Parrilla, Rebecca     :     7 MM 2022
Poyourow, William Tung, Roseanne Milazzo, Burt    :
Siegel, Susan Cassanelli, Lee Cassanelli, Lynn     :
Wachman, Michael Guttman, Maya Fonkeu, Brady
Hill, Mary Ellen Balchunis, Tom DeWall, Stephanie
McNulty and Janet Temin, Petitioners
                 v.
Leigh M. Chapman, in her official capacity as the
Acting Secretary of the Commonwealth of
Pennsylvania; Jessica Mathis, in her official capacity
as Director for the Pennsylvania Bureau of Election
Services and Notaries, Respondents
-------------------------------------------------------------------------
Philip T. Gressman; Ron Y. Donagi; Kristopher R.
Tapp; Pamela Gorkin; David P. Marsh; James L.
Rosenberger; Amy Myers; Eugene Boman; Gary
Gordon; Liz McMahon; Timothy G. Feeman; and
Garth Isaak, Petitioners
                 v.
Leigh M. Chapman, in her official capacity as the
Acting Secretary of the Commonwealth of
Pennsylvania; Jessica Mathis, in her official capacity
as Director for the Pennsylvania Bureau of Election
Services and Notaries, Respondents

## <u>PROOF OF SERVICE</u>

    I hereby certify that this 25th day of February, 2022, I have served the attached document(s) to the persons on the

date(s) and in the manner(s) stated below, which service satisfies the requirements of Pa.R.A.P. 121:

# IN THE SUPREME COURT OF PENNSYLVANIA

## <u>PROOF OF SERVICE</u>

*(Continued)*

**Service**

| | |
|---|---|
| Served: | Anthony Michael Pratt |
| Service Method: | eService |
| Email: | prattam@pepperlaw.com |
| Service Date: | 2/25/2022 |
| Address: | Pepper Hamilton LLP |
| | 3000 Two Logan Square |
| | Philadelphia, PA 19103 |
| Phone: | 215-981-4386 |
| Representing: | Respondent   Jay Costa, et al. & Senate Democratic Caucus |

| | |
|---|---|
| Served: | Anthony Richard Holtzman |
| Service Method: | eService |
| Email: | anthony.holtzman@klgates.com |
| Service Date: | 2/25/2022 |
| Address: | K&L Gates LLP |
| | 17 N. Second Street, 18th Floor |
| | Harrisburg, PA 17101 |
| Phone: | 717--23-1-4500 |
| Representing: | Respondent   Jake Corman |
| | Respondent   Kim Ward |

| | |
|---|---|
| Served: | Clifford B. Levine |
| Service Method: | eService |
| Email: | clifford.levine@dentons.com |
| Service Date: | 2/25/2022 |
| Address: | Dentons Cohen & Grigsby P.C. |
| | 625 Liberty Avenue |
| | Pittsburgh, PA 15222-3152 |
| Phone: | 412-297-4998 |
| Representing: | Respondent   Jay Costa, et al. & Senate Democratic Caucus |

| | |
|---|---|
| Served: | Corrie Allen Woods |
| Service Method: | eService |
| Email: | cwoods@woodslawoffices.com |
| Service Date: | 2/25/2022 |
| Address: | One Oxford Centre, Suite 4300 |
| | 301 Grant Street |
| | Coraopolis, PA 15219 |
| Phone: | 412-345-3198 |
| Representing: | Respondent   Jay Costa, et al. & Senate Democratic Caucus |

**IN THE SUPREME COURT OF PENNSYLVANIA**

## <u>PROOF OF SERVICE</u>

*(Continued)*

| | |
|---|---|
| Served: | Daniel Thomas Brier |
| Service Method: | eService |
| Email: | dbrier@mbklaw.com |
| Service Date: | 2/25/2022 |
| Address: | 425 Spruce Street |
| | Scranton, PA 18503 |
| Phone: | 570--34-2-6100 |
| Representing: | Respondent   Joanna McClinton |

| | |
|---|---|
| Served: | David Samuel Senoff |
| Service Method: | eService |
| Email: | dsenoff@firstlawstrategy.com |
| Service Date: | 2/25/2022 |
| Address: | 121 S. Broad Street |
| | Suite 300 |
| | Philadelphia, PA 19107 |
| Phone: | 215--25-8-4700 |
| Representing: | Respondent   Joanna McClinton |

| | |
|---|---|
| Served: | Devin Michael Misour |
| Service Method: | eService |
| Email: | dmisour@reedsmith.com |
| Service Date: | 2/25/2022 |
| Address: | Reed Smith LLP |
| | 225 Fifth Avenue |
| | Pittsburgh, PA 15222 |
| Phone: | 412-288-3091 |
| Representing: | Petitioner   Philip T. Gressman, et al. |

| | |
|---|---|
| Served: | Edward David Rogers |
| Service Method: | eService |
| Email: | rogerse@ballardspahr.com |
| Service Date: | 2/25/2022 |
| Address: | 1735 Market Street |
| | 51st Floor |
| | Philadelphia, PA 19103 |
| Phone: | 215-864-8144 |
| Representing: | Petitioner   Carol Ann Carter, et al. |

**IN THE SUPREME COURT OF PENNSYLVANIA**

**<u>PROOF OF SERVICE</u>**

*(Continued)*

| | |
|---|---|
| Served: | Emma Frances Elizabeth Shoucair |
| Service Method: | eService |
| Email: | emma.shoucair@dentons.com |
| Service Date: | 2/25/2022 |
| Address: | 625 Liberty Ave |
| | Pittsburgh, PA 15222 |
| Phone: | 412-417-1889 |
| Representing: | Respondent   Jay Costa, et al. & Senate Democratic Caucus |

| | |
|---|---|
| Served: | James Guthrie Mann |
| Service Method: | eService |
| Email: | jmann@pahousegop.com |
| Service Date: | 2/25/2022 |
| Address: | B-6 Main Capitol |
| | P.O. Box 202228 |
| | Harrisburg, PA 17120 |
| Phone: | 717--78-3-1510 |
| Representing: | Respondent   Bryan Cutler |
| | Respondent   Kerry Benninghoff |

| | |
|---|---|
| Served: | Jeffry William Duffy |
| Service Method: | eService |
| Email: | jduffy@bakerlaw.com |
| Service Date: | 2/25/2022 |
| Address: | Baker & Hostetler LLP |
| | 2929 Arch St., 12th Floor |
| | Philadelphia, PA 19104 |
| Phone: | 215--56-4-2916 |
| Representing: | Respondent   Bryan Cutler |
| | Respondent   Kerry Benninghoff |

| | |
|---|---|
| Served: | Jonathan Richard Vaitl |
| Service Method: | eService |
| Email: | jon.vaitl@klgates.com |
| Service Date: | 2/25/2022 |
| Address: | 17 N. 2nd Street |
| | 18th Floor |
| | Harrisburg, PA 17101 |
| Phone: | 717--23-1-4500 |
| Representing: | Respondent   Jake Corman |
| | Respondent   Kim Ward |

**IN THE SUPREME COURT OF PENNSYLVANIA**

**<u>PROOF OF SERVICE</u>**

*(Continued)*

| | |
|---|---|
| Served: | Joshua John Voss |
| Service Method: | eService |
| Email: | jvoss@kleinbard.com |
| Service Date: | 2/25/2022 |
| Address: | Three Logan Sqaure, 5th Floor |
| | 1717 Arch Street |
| | Philadelphia, PA 19103 |
| Phone: | 267--44-3-4114 |
| Representing: | Respondent   Guy Reschenthaler, Jeffrey Varner, Tom Marino, Ryan Costello, Bud Shuster (Congressio |

| | |
|---|---|
| Served: | Kathleen Marie Kotula |
| Service Method: | eService |
| Email: | kkotula@pa.gov |
| Service Date: | 2/25/2022 |
| Address: | Room 306 North Office Building |
| | 401 North Street |
| | Harrisburg, PA 17120-0500 |
| Phone: | (71-7) -783-0736 |
| Representing: | Respondent   Bureau of Elections |

| | |
|---|---|
| Served: | Kevin Michael Greenberg |
| Service Method: | eService |
| Email: | greenbergk@gtlaw.com |
| Service Date: | 2/25/2022 |
| Address: | 1717 Arch Street |
| | Suite 400 |
| | Philadelphia, PA 19103 |
| Phone: | 215--98-8-7800 |
| Representing: | Respondent   Jay Costa, et al. & Senate Democratic Caucus |

| | |
|---|---|
| Served: | Kim M. Watterson |
| Service Method: | eService |
| Email: | kwatterson@reedsmith.com |
| Service Date: | 2/25/2022 |
| Address: | 225 Fifth Avenue |
| | Pittsburgh, PA 15222 |
| Phone: | 412--28-8-7996 |
| Representing: | Petitioner   Philip T. Gressman, et al. |

**IN THE SUPREME COURT OF PENNSYLVANIA**

## <u>PROOF OF SERVICE</u>

*(Continued)*

| | |
|---|---|
| Served: | Lam Dang Truong |
| Service Method: | eService |
| Email: | ltruong@pahouse.net |
| Service Date: | 2/25/2022 |
| Address: | 620 Main Capitol Building |
| | Harrisburg, PA 17120 |
| Phone: | 717-787-3002 |
| Representing: | Respondent   Joanna McClinton |

| | |
|---|---|
| Served: | Marcel S. Pratt |
| Service Method: | eService |
| Email: | prattm@ballardspahr.com |
| Service Date: | 2/25/2022 |
| Address: | Ballard Spahr LLP |
| | 1735 Market Street, 51st Floor |
| | PHILADELPHIA, PA 19103 |
| Phone: | 215-864-8506 |
| Representing: | Petitioner   Carol Ann Carter, et al. |

| | |
|---|---|
| Served: | Marco Santino Attisano |
| Service Method: | eService |
| Email: | marco@arlawpitt.com |
| Service Date: | 2/25/2022 |
| Address: | 707 Grant Street |
| | Suite 2750 |
| | Pittsburgh, PA 15219 |
| Phone: | 412-438-8209 |
| Representing: | Respondent   Jay Costa, et al. & Senate Democratic Caucus |

| | |
|---|---|
| Served: | Matthew Hermann Haverstick |
| Service Method: | eService |
| Email: | mhaverstick@kleinbard.com |
| Service Date: | 2/25/2022 |
| Address: | Three Logan Square, 5th Floor |
| | 1717 Arch Street |
| | Philadelphia, PA 19103 |
| Phone: | 215-568-2000 |
| Representing: | Respondent   Guy Reschenthaler, Jeffrey Varner, Tom Marino, Ryan Costello, Bud Shuster (Congressio |

# IN THE SUPREME COURT OF PENNSYLVANIA

## PROOF OF SERVICE

*(Continued)*

| | |
|---|---|
| Served: | Matthew S. Salkowski |
| Service Method: | eService |
| Email: | Msalkowski@pahouse.net |
| Service Date: | 2/25/2022 |
| Address: | Pennsylvania House of Representatives |
| | Democratic Caucus, Office of Chief Counsel |
| | Harrisburg, PA 17111 |
| Phone: | 717--78-7-3002 |
| Representing: | Respondent   Joanna McClinton |

| | |
|---|---|
| Served: | Michael R. McDonald |
| Service Method: | eService |
| Email: | mcdonaldm@ballardspahr.com |
| Service Date: | 2/25/2022 |
| Address: | 1735 Market Street |
| | 51st Floor |
| | Philadelphia, PA 19103 |
| Phone: | 215-864-8425 |
| Representing: | Petitioner   Carol Ann Carter, et al. |

| | |
|---|---|
| Served: | Paul Keller Ort |
| Service Method: | eService |
| Email: | ortp@ballardspahr.com |
| Service Date: | 2/25/2022 |
| Address: | 1735 Market Street 51st Floor |
| | Philadelphia, PA 19103 |
| Phone: | 215-864-8287 |
| Representing: | Petitioner   Carol Ann Carter, et al. |

| | |
|---|---|
| Served: | Robert Joseph Clark |
| Service Method: | eService |
| Email: | clarkr@ballardspahr.com |
| Service Date: | 2/25/2022 |
| Address: | Ballard Spahr |
| | 1735 Market Street, 51st Floor |
| | Philadelphia, PA 19103 |
| Phone: | 215--86-4-8659 |
| Representing: | Petitioner   Carol Ann Carter, et al. |

**IN THE SUPREME COURT OF PENNSYLVANIA**

**PROOF OF SERVICE**

*(Continued)*

| | |
|---|---|
| Served: | Samantha G. Zimmer |
| Service Method: | eService |
| Email: | szimmer@kleinbard.com |
| Service Date: | 2/25/2022 |
| Address: | Three Logan Square, 5th Floor |
| | 1717 Arch Street |
| | Philadelphia, PA 19103 |
| Phone: | 267-443-4143 |
| Representing: | Respondent   Guy Reschenthaler, Jeffrey Varner, Tom Marino, Ryan Costello, Bud Shuster (Congressio |

| | |
|---|---|
| Served: | Shannon Elise McClure |
| Service Method: | eService |
| Email: | smcclure@reedsmith.com |
| Service Date: | 2/25/2022 |
| Address: | 1717 Arch Street |
| | Suite 3100 |
| | Philadelphia, PA 19103 |
| Phone: | 215-241-7977 |
| Representing: | Petitioner   Philip T. Gressman, et al. |

| | |
|---|---|
| Served: | Shohin Hadizadeh Vance |
| Service Method: | eService |
| Email: | svance@kleinbard.com |
| Service Date: | 2/25/2022 |
| Address: | Three Logan Square |
| | 1717 Arch Street, 5th Floor |
| | Philadelphia, PA 19103 |
| Phone: | 267-443-4142 |
| Representing: | Respondent   Guy Reschenthaler, Jeffrey Varner, Tom Marino, Ryan Costello, Bud Shuster (Congressio |

# IN THE SUPREME COURT OF PENNSYLVANIA

## <u>PROOF OF SERVICE</u>

*(Continued)*

**Courtesy Copy**

| | |
|---|---|
| Served: | Adam Craig Bonin |
| Service Method: | eService |
| Email: | adam@boninlaw.com |
| Service Date: | 2/25/2022 |
| Address: | 121 S Broad St, Suite 400 |
| | Phila, PA 19107 |
| Phone: | 267-242-5014 |
| Representing: | Amicus Curiae   et al. Charlene David |

| | |
|---|---|
| Served: | Andrew Michael Rocco |
| Service Method: | eService |
| Email: | andrew.rocco@dechert.com |
| Service Date: | 2/25/2022 |
| Address: | 315 Green St |
| | Apt. C |
| | Philadelphia, PA 19123 |
| Phone: | 856-693-0378 |
| Representing: | Amicus Curiae   Khalif Ali, et al |

| | |
|---|---|
| Served: | Benjamin David Geffen |
| Service Method: | eService |
| Email: | bgeffen@pilcop.org |
| Service Date: | 2/25/2022 |
| Address: | 1709 Benjamin Franklin Parkway, 2nd Floor |
| | Philadelphia, PA 19103 |
| Phone: | 215--62-7-7100 |
| Representing: | Amicus Curiae   Khalif Ali, et al |

| | |
|---|---|
| Served: | Bernard T. Kozykowski Jr. |
| Service Method: | First Class Mail |
| Service Date: | 2/25/2022 |
| Address: | 7237 Standing Stone Rd |
| | Huntingdon, PA 16652 |
| Phone: | 814-667-2034 |
| Pro Se: | Amicus Curiae   Bernard T. Kozykowski Jr. |

**IN THE SUPREME COURT OF PENNSYLVANIA**

**<u>PROOF OF SERVICE</u>**

*(Continued)*

| | |
|---|---|
| Served: | Brian Anthony Gordon |
| Service Method: | eService |
| Email: | Briangordon249@gmail.com |
| Service Date: | 2/25/2022 |
| Address: | One Belmont Avenue |
| | Suite 519 |
| | Bala Cynwyd, PA 19004 |
| Phone: | 610--66-7-4500 |
| Representing: | Amicus Curiae   Concerned Citizens for Democracy |

| | |
|---|---|
| Served: | Christopher D. Carusone |
| Service Method: | eService |
| Email: | ccarusone@cohenseglias.com |
| Service Date: | 2/25/2022 |
| Address: | 240 North 3rd Street |
| | 7th Floor |
| | 240 North Third Street, 5th floor, PA 17101 |
| Phone: | 717--23-4-5530 |
| Representing: | Amicus Curiae   Greater Susquehanna Valley Chamber of Commerce |
| | Amicus Curiae   Williamsport/Lycoming Chamber of Commerce |

| | |
|---|---|
| Served: | James McCune |
| Service Method: | eService |
| Email: | jmccune@bowlesrice.com |
| Service Date: | 2/25/2022 |
| Address: | 62 East Wheeling St |
| | Washington, PA 15301 |
| Phone: | 724--22-8-7000 |
| Representing: | Amicus Curiae   Diana Irey Vaughn, et al. |

| | |
|---|---|
| Served: | John P. Lavelle Jr. |
| Service Method: | eService |
| Email: | john.lavelle@morganlewis.com |
| Service Date: | 2/25/2022 |
| Address: | Morgan, Lewis & Bockius LLP |
| | 1701 Market Street |
| | Philadelphia, PA 19103 |
| Phone: | 215-963-4824 |
| Representing: | Amicus Curiae   Joseph Amodei, et al. |

# IN THE SUPREME COURT OF PENNSYLVANIA

## <u>PROOF OF SERVICE</u>

*(Continued)*

| | |
|---|---|
| Served: | Jonathan Franklin Mitchell |
| Service Method: | eService |
| Email: | jonathan@mitchell.law |
| Service Date: | 2/25/2022 |
| Address: | 111 Congress Avenue, Suite 400 |
| | Austin, TX 78701 |
| Phone: | 512--68-6-3940 |
| Representing: | Possible Intervenor   Teddy Daniels |

| | |
|---|---|
| Served: | Jordan Peter Shuber |
| Service Method: | eService |
| Email: | jshuber@dmkcg.com |
| Service Date: | 2/25/2022 |
| Address: | 128 West Cunningham St |
| | Butler, PA 16001 |
| Phone: | 724-283-2200 |
| Representing: | Amicus Curiae   Leslie Osche, et al. (Citizen-Voter) |

| | |
|---|---|
| Served: | Kathleen A. Gallagher |
| Service Method: | eService |
| Email: | kag@glawfirm.com |
| Service Date: | 2/25/2022 |
| Address: | 436 Seventh Avenue |
| | 31st Floor |
| | Pittsburgh, PA 15219 |
| Phone: | 412-717-1900 |
| Representing: | Amicus Curiae   Haroon Bashir, Valerie Biancaniello, Tegwyn Hughes, and Jeffrey Wenk |

| | |
|---|---|
| Served: | Martin Jay Black |
| Service Method: | eService |
| Email: | martin.black@dechert.com |
| Service Date: | 2/25/2022 |
| Address: | 2929 Arch Street |
| | Philadelphia, PA 19104 |
| Phone: | 215-994-2664 |
| Representing: | Amicus Curiae   Khalif Ali, et al |

**IN THE SUPREME COURT OF PENNSYLVANIA**

## <u>PROOF OF SERVICE</u>

*(Continued)*

| | |
|---|---|
| Served: | Mary M. McKenzie |
| Service Method: | eService |
| Email: | mmckenzie@pubintlaw.org |
| Service Date: | 2/25/2022 |
| Address: | 1709 Benjamin Franklin Parkway |
| | Philadelphia, PA 19103 |
| Phone: | 267--54-6-1319 |
| Representing: | Amicus Curiae   Khalif Ali, et al |

| | |
|---|---|
| Served: | Michael Coard |
| Service Method: | eService |
| Email: | michaelcoard@msn.com |
| Service Date: | 2/25/2022 |
| Address: | 1650 Market Street |
| | 36th Floor |
| | Philadelphia, PA 19103 |
| Phone: | 215--55-2-8714 |
| Representing: | Amicus Curiae   Black Clergy of Philadelphia & Vicinity |
| | Amicus Curiae   NAACP Philadelphia Branch |

| | |
|---|---|
| Served: | Michael Wu-Kung Pfautz |
| Service Method: | eService |
| Email: | michael.pfautz@phila.gov |
| Service Date: | 2/25/2022 |
| Address: | City of Philadelphia Law Department |
| | 1515 Arch Street, 15th Floor |
| | Philadelphia, PA 19102 |
| Phone: | 215-683-5233 |
| Representing: | Amicus Curiae   Philadelphia County Board of Elections |

| | |
|---|---|
| Served: | Nicholas Michael Centrella Jr. |
| Service Method: | eService |
| Email: | NMCentrella@duanemorris.com |
| Service Date: | 2/25/2022 |
| Address: | 30 South 17th St. |
| | 12th Floor |
| | Philadelphia, PA 19103 |
| Phone: | 215--97-9-1850 |
| Representing: | Possible Intervenor   Delaware County Board of Elections |

# IN THE SUPREME COURT OF PENNSYLVANIA

## PROOF OF SERVICE

*(Continued)*

| | |
|---|---|
| Served: | Russell David Giancola |
| Service Method: | eService |
| Email: | rdg@glawfirm.com |
| Service Date: | 2/25/2022 |
| Address: | Gallagher Giancola LLC |
| | 436 Seventh Avenue, 31st Floor |
| | Pittsburgh, PA 15219 |
| Phone: | 412--71-7-1921 |
| Representing: | Amicus Curiae   Haroon Bashir, Valerie Biancaniello, Tegwyn Hughes, and Jeffrey Wenk |

| | |
|---|---|
| Served: | Sean Michael Gresh |
| Service Method: | eService |
| Email: | sgresh@begleycarlin.com |
| Service Date: | 2/25/2022 |
| Address: | 680 Middletown Blvd |
| | Perkasie, PA 19047 |
| Phone: | 215--75-0-0110 |
| Representing: | Amicus Curiae   et al. Michael Brill |

| | |
|---|---|
| Served: | Thomas E. Breth |
| Service Method: | eService |
| Email: | tbreth@dmkcg.com |
| Service Date: | 2/25/2022 |
| Address: | 128 West Cunningham Street |
| | Butler, PA 16001 |
| Phone: | (72-4) -283-2200 |
| Representing: | Amicus Curiae   Leslie Osche, et al. (Citizen-Voter) |

| | |
|---|---|
| Served: | Thomas W. King III |
| Service Method: | eService |
| Email: | tking@dmkcg.com |
| Service Date: | 2/25/2022 |
| Address: | 128 West Cunningham Street |
| | Butler, PA 16001 |
| Phone: | (72-4) -283-2200 |
| Representing: | Amicus Curiae   Leslie Osche, et al. (Citizen-Voter) |

# IN THE SUPREME COURT OF PENNSYLVANIA

## <u>PROOF OF SERVICE</u>

*(Continued)*

| | |
|---|---|
| Served: | Walter S. Zimolong III |
| Service Method: | eService |
| Email: | wally@zimolonglaw.com |
| Service Date: | 2/25/2022 |
| Address: | 1429 Walnut Street |
| | Suite 1201 |
| | Philadelphia, PA 19102 |
| Phone: | 215--66-5-0842 |
| Representing: | Possible Intervenor   Teddy Daniels |

_____
     /s/  Robert Andrew Wiygul

*(Signature of Person Serving)*

| | |
|---|---|
| Person Serving: | Wiygul, Robert Andrew |
| Attorney Registration No: | 310760 |
| Law Firm: | Hangley, Aronchick, Segal, Pudlin & Schiller |
| Address: | 18TH Cherry Sts Fl 27 |
| | Philadelphia, PA 19103 |
| Representing: | Respondent   Chapman, Leigh M. |
| | Respondent   Mathis, Jessica |
| | Respondent   Wolf, Tom |