UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH, JR., et al,<br>*Plaintiffs,*<br><br>v.<br><br>LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth; JESSICA MATHIS, in her official capacity as Director for the Pennsylvania Bureau of Election Services and Notaries; and TOM WOLF, in his official capacity as Governor of Pennsylvania,<br><br>*Defendants.* | No. 1:22 Civ. 208 (JPW) |

## DEFENDANTS' MOTION TO DISMISS THE ELECTIONS CLAUSE CLAIMS IN THE SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)

Defendants respectfully move this Court to dismiss the Elections Clause claims asserted by Plaintiffs in their Second Amended Complaint. In support of this Motion, Defendants rely upon the accompanying Memorandum of Law.

Plaintiffs oppose this Motion.

| | |
|---|---|
| ROBERT A. WIYGUL (Pa. I.D. No. 310760)<br>CARY L. RICE (Pa. I.D. No. 325227)<br>JOHN B. HILL (Pa. I.D. No. 328340)<br>(admitted pro hac vice)<br>Hangley Aronchick Segal Pudlin & Schiller<br>One Logan Square, 27th Floor<br>Philadelphia, Pennsylvania 19103-6933<br>(215) 568-6200<br>rwiygul@hangley.com<br>crice@hangley.com<br>jhill@hangley.com | /s/ Joshua A. Matz<br><br>JOSHUA A. MATZ (admitted pro hac vice)<br>Kaplan Hecker & Fink LLP<br>1050 K Street NW, Suite 1040<br>Washington, DC 20001<br>(929) 294-2537<br>jmatz@kaplanhecker.com<br><br>Marina Eisner<br>(admitted pro hac vice)<br>Christine P. Sun<br>(admitted pro hac vice)<br>States United Democracy Center<br>1101 17th Street, NW<br>Washington, DC 20036<br>(240) 600-1316<br>marina@statesuniteddemocracy.org<br>(615) 574-9108<br>christine@statesuniteddemocracy.org<br>Michael J. Fischer (Pa. I.D. No. 322311)<br>(application for admission forthcoming)<br>Aimee D. Thomson (Pa. I.D. No. 326328)<br>(application for admission forthcoming)<br>PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>mfischer@attorneygeneral.gov<br>(215) 560-2171<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March 2022, a true and correct copy of the foregoing was served upon all counsel of record via the court's CM/ECF electronic filing system.

/s/Joshua Matz