UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH, JR., et al, <br><br> *Plaintiffs*, <br><br> v. <br><br> LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth; JESSICA MATHIS, in her official capacity as Director for the Pennsylvania Bureau of Election Services and Notaries; and TOM WOLF, in his official capacity as Governor of Pennsylvania, <br><br> *Defendants*. | No. 1:22 Civ. 208 (JPW) |

## ORDER

Upon consideration of Defendants' Motion to Dismiss the Elections Clause claims in Plaintiffs' Second Amended Complaint and the Memorandum of Law in support thereof, it is hereby ORDERED that the Motion is GRANTED and Plaintiffs' Election Clause claims are DISMISSED.

**BY THE COURT**:


_____

Jennifer P. Wilson
United States District Judge