

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
RONALD REAGAN FEDERAL BUILDING & U.S. COURTHOUSE
228 WALNUT STREET, P.O. BOX 11469
HARRISBURG, PA 17101

JENNIFER P. WILSON
JUDGE

TEL (717) 221-3970

March 2, 2022

The Honorable Michael A. Chagares, Chief Judge
United States Court of Appeals for the Third Circuit
Via CM/ECF and Email

Re: *Toth, Jr., et al. v. Chapman, et al.*, 1:22-CV-00208

Dear Chief Judge Chagares:

    I am writing to request that you designate two other judges to convene a three-judge district court in the above-captioned action pursuant to 28 U.S.C. § 2284 because this action challenges "the constitutionality of the apportionment of congressional districts" in Pennsylvania. (*See* Docs. 3, 49.) Thank you.

Sincerely,

Jennifer P. Wilson
United States District Court Judge