IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM C. TOTH JR., ET. AL. | : | No. 1:22-cv-00208-JPW |
| Plaintiffs | : | |
| v. | : | |
| LEHIGH M. CHAPMAN, ET. AL. | : | |
| Defendant | : | |

# ORDER

**AND NOW,** this _____ day of March 2022, upon consideration of plaintiffs' motion for a two-hour extension of time to file their response to defendants' motions to dismiss (ECF No. 58 and 60), it is hereby ORDERED that the Motion is GRANTED and plaintiffs response to those motions shall be due on or before 7:00 p.m. on March 4, 2022.

BY THE COURT:

_____

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM C. TOTH JR., ET. AL. | : | No. 1:22-cv-00208-JPW |
| Plaintiffs | : | |
| v. | : | |
| LEHIGH M. CHAPMAN, ET. AL. | : | |
| Defendant | : | |

MOTION FOR EXTENSION

Plaintiffs respectfully request that this Court extend the time for them to file their response to the respective motion to dismiss of defendants (ECF No. 58 and 60) by two-hours. The current deadline is 5:00 p.m. on March 4, 2022. An extension of two hours will not prejudice any party. The extension will not impact the Court's schedule. Although consent to an extension has been sought of defendants, they have thus far withheld consent.

                                                                             Respectfully submitted,

Dated: March 4, 2022                             BY:*/s/ Walter S. Zimolong*
                                                                             Walter S. Zimolong, Esquire
                                                                             Zimolong, LLC
                                                                             Attorney I.D. 89151
                                                                             wally@zimolonglaw.com
                                                                             PO Box 552
                                                                             Villanova, PA 19085-0552
                                                                             Tele: 215-665-0842