IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM C. TOTH JR., ET. AL. | : | No. 1:22-cv-00208-JPW |
| Plaintiffs | : | |
| v. | : | |
| LEHIGH M. CHAPMAN, ET. AL. | : | |
| Defendant | : | |

ORDER

**AND NOW,** this ____4th____ day of March 2022, upon consideration of plaintiffs' motion for a two-hour extension of time to file their response to defendants' motions to dismiss (ECF No. 58 and 60), it is hereby ORDERED that the Motion is GRANTED and plaintiffs response to those motions shall be due on or before 7:00 p.m. on March 4, 2022. Further, it is ORDERED that the deadline for any reply briefs is extended, in kind, to 7:00 p.m. on March 5, 2022.

                                              BY THE COURT:

                                              ____s/Jennifer P. Wilson____

                                              United States District Court Judge
                                              Middle District of Pennsylvania