UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH, JR., et al, <br><br> *Plaintiffs*, <br><br> v. <br><br> LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth; JESSICA MATHIS, in her official capacity as Director for the Pennsylvania Bureau of Election Services and Notaries; and TOM WOLF, in his official capacity as Governor of Pennsylvania, <br><br> *Defendants*. | No. 1:22 Civ. 208 (JPW) |

## [PROPOSED] ORDER

AND NOW, this ____ day of March, 2022, upon consideration of Defendants' Unopposed Motion for Enlargement of Word Limit for Their Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction (the "Motion"), IT IS HEREBY ORDERED that:

1. Defendants' Motion is GRANTED.

2. Defendants may file a brief of no more than 10,000 words in opposition to Plaintiffs' motion for a preliminary injunction.

**BY THE COURT**:

_____