# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LEIGH M. CHAPMAN, *et al.*, <br><br> *Defendants.* <br><br> v. <br><br> CAROL ANN CARTER, *et al.*, <br><br> *Intervenor-Defendants.* | No. 1:22-cv-00208-JPW-KAJ-PS <br><br> Honorable Kent A Jordan <br> Honorable Patty Shwartz <br> Honorable Jennifer P. Wilson |

## CARTER INTERVENORS MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF 15 PAGES

Carter Intervenors, by and through their undersigned attorneys, respectfully submit this Motion for Leave to file a Memorandum in excess of fifteen (15) pages and 5,000 words, pursuant to L.R. 7.8, and in support thereof aver as follows:

1. Carter Intervenors intend to file a memorandum in opposition to Plaintiffs' Motion for Preliminary Injunction.

2. While Carter Intervenors intend to keep their Memorandum as concise as possible, due to the number of issues that need to be addressed, which are discussed in more detail in Defendants' Motion for Enlargement of the Word Limit for their Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction, *see*

Motion ¶¶ 3-9, ECF No. 66, Carter Intervenors respectfully request leave to file a Memorandum that does not exceed 10,000 words.

3. Granting this Motion will not delay this matter.

4. This Motion has been filed more than two (2) business days before the date on which said Opposition to the Motion for Preliminary Injunction is due.

5. Counsel for Carter Intervenors have consulted with Plaintiffs' and Defendants' counsel regarding this Motion. Counsel for Defendants have indicated that they do not oppose the Motion.

6. In response to an identical request from Defendants' counsel regarding an enlargement of the word limit for their opposition to Plaintiffs' Motion for Preliminary Injunction, counsel for Plaintiffs communicated that they would consent to such a request conditioned on Defendants not objecting to a similar request regarding the word limit on Plaintiffs' reply. Defendants consented.

7. Shortly after Defendants sought Plaintiffs' position on their motion for additional words, Carter Intervenors made an identical request for enlargement and sought Plaintiffs' position. Carter Intervenors also communicated that they did not object to Plaintiffs' request for enlargement of the word limit for their reply.

8. Plaintiffs subsequently requested an extension of two hours to file their opposition to Defendants' and Carter Intervenors' Motions to Dismiss, and stated that they conditioned consent to Carter Intervenors' request for an enlargement of

the word limit on Carter Intervenors' consent to Plaintiffs' request for a time extension. Carter Intervenors took no position as to the motion for extension of time.

WHEREFORE, Carter Intervenors respectfully request that the Court grant this Motion for Leave to File an Opposition to Plaintiffs' Motion for Preliminary Injunction that does not exceed 10,000 words in length.

Dated: March 4, 2022                    Respectfully submitted,

                                        */s/ Elizabeth V. Wingfield*
                                        Timothy D. Katsiff (PA 75490)
                                        Elizabeth V. Wingfield (PA 32477)
                                        Edward D. Rogers (PA 69337)*
                                        Marcel S. Pratt (PA 307483)*
                                        Robert J. Clark (PA 308105)*
                                        Michael R. McDonald (PA 326873)**
                                        Paul K. Ort (PA 326044)*
                                        Ballard Spahr LLP
                                        1735 Market Street, 51st Floor
                                        Philadelphia, PA 19103
                                        KatsiffT@ballardspahr.com
                                        WingfieldE@ballardspahr.com
                                        RogersE@ballardspahr.com
                                        PrattM@ballardspahr.com
                                        ClarkR@ballardspahr.com
                                        McDonaldM@ballardspahr.com
                                        OrtP@ballardspahr.com
                                        T: (215) 665-8500
                                        F: (215) 864-8999

                                        Abha Khanna**
                                        Elias Law Group LLP
                                        1700 Seventh Ave, Suite 2100
                                        Seattle, WA 98101
                                        akhanna@elias.law

T: (206) 656-0177

Lalitha D. Madduri\*\*
Jyoti Jasrasaria\*\*
Tina Meng\*\*
Elias Law Group LLP
10 G St. NE, Suite 600
Washington, D.C. 20002
lmadduri@elias.law
jjasrasaria@elias.law
tmeng@elias.law
T: (202) 968-4490

Matthew Gordon\*\*
Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101
MGordon@perkinscoie.com
T: (206) 359-3552

*Counsel for Carter Intervenors*

*\*Motions for Pro Hac Vice Forthcoming*
*\*\*Admitted Pro Hac Vice*