IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, *Plaintiffs,* v. LEIGH M. CHAPMAN, *et al.*, *Defendants.* v. CAROL ANN CARTER, *et al.*, *Intervenor-Defendants.* | No. 1:22-cv-00208-JPW-KAJ-PS<br><br>Honorable Kent A Jordan<br>Honorable Patty Shwartz<br>Honorable Jennifer P. Wilson |

**ORDER**

AND NOW, on this ____ day of _____, 2022, upon consideration of Carter Intervenors' Motion for Leave to File a Memorandum in Excess of 15 Pages, and any responses thereto, IT IS HEREBY ORDERED that Carter Intervenors' Motion is GRANTED. Carter Intervenors may file a Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction that does not exceed 10,000 words.

BY THE COURT:

_____
Hon. Jennifer P. Wilson, U.S.D.J.