IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM C. TOTH JR., *et al.*, | : | Civil No. 1:22-CV-00208 |
| Plaintiffs, | : | Three Judge Panel Convened Pursuant to 28 U.S.C. § 2284(a) |
| v. | : | |
| LEIGH M. CHAPMAN, *et al.*, | : | |
| Defendants. | : | |
| v. | : | |
| CAROL ANN CARTER, *et al.*, | : | |
| v. | : | |
| Intervenor-Defendants. | : | |

# ORDER

**BEFORE**: Kent A. Jordan, Circuit Judge, *United States Court of Appeals for the Third Circuit*; Patty Shwartz, Circuit Judge, *United States Court of Appeals for the Third Circuit*; Jennifer P. Wilson, District Judge, *United States District Court for the Middle District of Pennsylvania*

**AND NOW**, on this 7th day of March, 2022, following review of the motions to exceed page limits for briefs in opposition to Plaintiffs' motion for preliminary injunction, Docs. 66 & 68, **IT IS ORDERED THAT** the motions are **DENIED**. The court reminds counsel that all briefs shall comply with the Middle District of Pennsylvania's Local Rules.

On behalf of the three-judge district court:

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania