(ORDER LIST: 595 U.S.)

MONDAY, MARCH 7, 2022

ORDER IN PENDING CASE

21A457    TOTH, WILLIAM, ET AL. V. CHAPMAN, LEIGH, ET AL.

The application for writ of injunction presented to Justice Alito and by him referred to the Court in No. 21A457 is denied. This case has now been referred to a three-judge court, and the parties may exercise their right to appeal from an order of that court granting or denying interlocutory injunctive relief.