UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT  :

### PETITION

I, _____Christina Ford_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   _____Elias Law Group LLP_____

_____10 G Street NE, Suite 600_____

_____Washington, DC 20002_____

Office Telephone:   _____(202) 968-4558_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See attached.

My attorney Identification number is:  _FL No. 1011634_____

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

_X___SPECIAL ADMISSION:

GRANTED BY THE COURT   __s/ Jennifer P. Wilson_____    Date:_3/9/2022_____