# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I, _____Joseph N. Posimato_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:        _____Elias Law Group LLP_____

_____10 G Street NE, Suite 600_____

_____Washington, DC 20002_____

Office Telephone:  _____(202) 968-4591_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York (6/18/18); US District Court for the District of MD (6/13/18); US District Court for the

Southern District of NY (4/14/20); US Court of Appeals for the Fourth Circuit (7/19/19)

My attorney Identification number is:  _NY No. 5648225_____

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____  Date: _____

_X___SPECIAL ADMISSION:

GRANTED BY THE COURT  __s/ Jennifer P. Wilson_____  Date:_3/9/2022_____