# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, | : |
| *Plaintiffs*, | : |
| v. | : |
| LEIGH M. CHAPMAN, *et al.*, | : No. 1:22-cv-00208-JPW-KAJ-PS |
| *Defendants.* | : Three Judge Panel Convened |
| v. | : Pursuant to 28 U.S.C. § 2284(a) |
| CAROL ANN CARTER, *et al.*, | : |
| *Intervenor-Defendants.* | : |

**CARTER INTERVENORS' NOTICE OF SUPPLEMENTAL AUTHORITY**

The Carter Intervenors respectfuly submit this Notice to inform the Court of the Pennsylvania Supreme Court's majority opinion in *Carter v. Chapman*, No. 7 MM 2022 (Pa. Mar. 9, 2022) (attached as Exhibit A), issued today. This opinion is relevant to the Court's consideration of the Carter Intervenors' Motion to Dismiss Plaintiffs' Second Amended Complaint and Plaintiffs' Motion for Preliminary Injunction, specifically with respect to Plaintiffs' claims that (1) the Carter Plan is unconstitutionally malapportioned and (2) the Pennsylvania Supreme Court did not follow Pennsylvania's "policies and preferences" in choosing a congressional map. *See, e.g.*, ECF No. 67 at 21.

| | |
|---|---|
| Dated: March 9, 2022 | Respectfully submitted, |
| | |
| Abha Khanna** | */s/ Elizabeth V. Wingfield* |
| Elias Law Group LLP | Timothy D. Katsiff (PA 75490) |
| 1700 Seventh Ave, Suite 2100 | Elizabeth V. Wingfield (PA 32477) |
| Seattle, WA 98101 | Edward D. Rogers (PA 69337)* |
| akhanna@elias.law | Marcel S. Pratt (PA 307483)* |
| T: (206) 656-0177 | Robert J. Clark (PA 308105)* |
| | Michael R. McDonald (PA 326873)** |
| Lalitha D. Madduri** | Paul K. Ort (PA 326044)* |
| Jyoti Jasrasaria** | Ballard Spahr LLP |
| Christina Ford** | 1735 Market Street, 51st Floor |
| Joseph Posimato** | Philadelphia, PA 19103 |
| Tina Meng** | KatsiffT@ballardspahr.com |
| Elias Law Group LLP | WingfieldE@ballardspahr.com |
| 10 G St. NE, Suite 600 | RogersE@ballardspahr.com |
| Washington, D.C. 20002 | PrattM@ballardspahr.com |
| lmadduri@elias.law | ClarkR@ballardspahr.com |
| jjasrasaria@elias.law | McDonaldM@ballardspahr.com |
| tmeng@elias.law | OrtP@ballardspahr.com |
| T: (202) 968-4490 | T: (215) 665-8500 |
| | F: (215) 864-8999 |
| Matthew Gordon** | |
| Perkins Coie LLP | *Counsel for Carter Petitioners* |
| 1201 Third Avenue Suite 4900 | |
| Seattle, WA 98101 | *Motions for Pro Hac Vice |
| MGordon@perkinscoie.com | Forthcoming |
| T: (206) 359-3552 | **Admitted Pro Hac Vice* |

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Opposition to Plaintiffs' Preliminary Injunction contains 100 words, based on the word count of the word processing system used to prepare this brief, and thereby complies with the Local Civil Rule 7.36.

Dated: March 9, 2022                                        */s/ Elizabeth V. Wingfield*