### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, | Civil No. 1:22-CV-00208 |
| Plaintiffs, | Three Judge Panel Convened Pursuant to 28 U.S.C. § 2284(a) |
| v. | |
| LEIGH M. CHAPMAN, *et al.*, | |
| Defendants. | |
| v. | |
| CAROL ANN CARTER, *et al.*, | |
| Intervenor-Defendants. | |

## ORDER

**BEFORE**: Kent A. Jordan, Circuit Judge, *United States Court of Appeals for the Third Circuit*; Patty Shwartz, Circuit Judge, *United States Court of Appeals for the Third Circuit*; Jennifer P. Wilson, District Judge, *United States District Court for the Middle District of Pennsylvania*

**AND NOW**, on this 11th day of March, 2022, **IT IS ORDERED THAT** a scheduling conference will be convened on **Thursday, March, 17, 2022, at 3:00 p.m.** via Zoom. A link will be circulated to counsel via email.

                                  **On behalf of the three-judge district court:**

                                  s/Jennifer P. Wilson
                                  JENNIFER P. WILSON
                                  United States District Court Judge
                                  Middle District of Pennsylvania