UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH, JR., et al,<br>        *Plaintiffs,*<br><br>       v.<br><br>LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth; JESSICA MATHIS, in her official capacity as Director for the Pennsylvania Bureau of Election Services and Notaries; and TOM WOLF, in his official capacity as Governor of Pennsylvania,<br><br>        *Defendants.* | No. 1:22 Civ. 208<br>(Jordan, Shwartz, Wilson, JJ.)<br><br>Electronically Filed |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel on behalf of Leigh M. Chapman, in her official capacity as Acting Secretary of the Commonwealth; Jessica Mathis, in her official capacity as Director for the Pennsylvania Bureau of Election Services and Notaries; and Tom Wolf, in his official capacity as Governor of Pennsylvania in the above-captioned matter. I certify that I was admitted to practice in this court on March 11, 2022.

Respectfully submitted,

By:  /s/ *Aimee D. Thomson*

1

                                                          Aimee D. Thomson
                                                          (PA 326328)
                                                          *Deputy Attorney General*
                                                          PENNSYLVANIA OFFICE OF
                                                          ATTORNEY GENERAL
                                                          1600 Arch Street | Suite 300
                                                          Philadelphia, PA 19103
                                                          (267) 374-2787
                                                          athomson@attorneygeneral.gov
                                                          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March 2022, a true and correct copy of the foregoing Entry of Appearance was served upon all counsel of record via the court's CM/ECF electronic filing system.

By:    */s/ Aimee D. Thomson*
Aimee D. Thomson
Deputy Attorney General
