# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LEIGH M. CHAPMAN, *et al.*, <br><br> *Defendants,* <br><br> v. <br><br> CAROL ANN CARTER, *et al.*, <br><br> *Intervenor-Defendants.* | No. 1:22-cv-00208-JPW-KAJ-PS <br><br> Three Judge Panel Convened Pursuant to 28 U.S.C. § 2284(a) |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

      Kindly enter the appearance of Edward D. Rogers of the law firm Ballard Spahr LLP as counsel for Intervenor-Defendants, Carol Ann Carter, *et al.*, in the above-captioned matter.

Dated: March 11, 2022

Respectfully submitted,

*/s/ Edward D. Rogers*
Edward D. Rogers
PA Attorney ID No. 69337
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
T: 215.665-8500
F: 215.864.8999

*Attorney for Intervenor-Defendants*