# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, <br>    *Plaintiffs,* <br> v. <br> LEIGH M. CHAPMAN, *et al.*, <br>    *Defendants,* <br> v. <br> CAROL ANN CARTER, *et al.*, <br>    *Intervenor-Defendants.* | No. 1:22-cv-00208-JPW-KAJ-PS <br><br> Three Judge Panel Convened Pursuant to 28 U.S.C. § 2284(a) |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

      Kindly enter the appearance of Paul K. Ort of the law firm Ballard Spahr LLP as counsel for Intervenor-Defendants, Carol Ann Carter, *et al.*, in the above-captioned matter.

Dated: March 11, 2022                      Respectfully submitted,

                                         */s/ Paul K. Ort*
                                         Paul K. Ort
                                         PA Attorney ID No. 326044
                                         BALLARD SPAHR LLP
                                         1735 Market Street, 51st Floor
                                         Philadelphia, PA  19103-7599
                                         T: 215.665.8500
                                         F: 215.864.8999

                                         *Attorney for Intervenor-Defendants*