UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH, JR., et al.,<br>　　*Plaintiffs,*<br><br>　　v.<br><br>LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth; JESSICA MATHIS, in her official capacity as Director for the Pennsylvania Bureau of Election Services and Notaries; and TOM WOLF, in his official capacity as Governor of Pennsylvania,<br><br>　　*Defendants.* | No. 1:22 Civ. 208<br>(Jordan, Shwartz, Wilson, JJ.)<br><br>Electronically Filed |

## DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)

Defendants respectfully move this Court to dismiss the Second Amended Complaint in its entirety. In accordance with Local Rule 7.5, Defendants will submit a brief in support of this motion within 14 days, or at such time as the Court may direct at the scheduling conference that will be convened on March 17, 2022.

Plaintiffs oppose this motion.

Michael J. Fischer (Pa. I.D. No. 322311)
   *Chief Counsel and*
   *Executive Deputy Attorney General*
Aimee D. Thomson (Pa. I.D. No. 326328)
   *Deputy Attorney General*
PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL
1600 Arch Street | Suite 300
Philadelphia, PA 19103
(215) 560-2171
mfischer@attorneygeneral.gov

Joshua Matz*
Raymond P. Tolentino**
KAPLAN HECKER & FINK LLP
1050 K Street NW | Suite 1040
Washington, DC 20001
(929) 294-2537
jmatz@kaplanhecker.com
rtolentino@kaplanhecker.com

Christine P. Sun*
Marina Eisner*
STATES UNITED DEMOCRACY
CENTER
1101 17th Street NW
Washington, DC 20036
(240) 600-1316
christine@statesuniteddemocracy.org
marina@statesuniteddemocracy.org

Robert A. Wiygul (Pa. I.D. No. 310760)
Cary L. Rice* (Pa. I.D. No. 325227)
John B. Hill* (Pa. I.D. No. 328340)
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
rwiygul@hangley.com

*Counsel for Defendants*

*\*Admitted Pro Hac Vice*
*\*\*Motions for Pro Hac Vice Forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2022, a true and correct copy of the foregoing was served upon all counsel of record via the court's CM/ECF electronic filing system.

Dated:       March 14, 2022                                          /s/ Joshua Matz
                                                                     Joshua Matz