# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM C. TOTH, JR., et al.,
*Plaintiffs,*

v.

No. 1:22 Civ. 208
(Jordan, Shwartz, Wilson, JJ.)

LEIGH M. CHAPMAN, in her official
capacity as Acting Secretary of the
Commonwealth; JESSICA MATHIS, in
her official capacity as Director for the
Pennsylvania Bureau of Election Services
and Notaries; and TOM WOLF, in his
official capacity as Governor of
Pennsylvania,

*Defendants.*

## ORDER

Upon consideration of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint and the Memorandum of Law in support thereof, it is hereby ORDERED that the Motion is GRANTED and Plaintiffs' Second Amended Complaint is DISMISSED in its entirety.

**BY THE COURT**:

_____

Kent A. Jordan
United States Circuit Judge