# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, | : |
| *Plaintiffs,* | : |
| v. | : |
| LEIGH M. CHAPMAN, *et al.*, | : No. 1:22-cv-00208-JPW-KAJ-PS |
| *Defendants.* | : Three Judge Panel Convened |
| v. | : Pursuant to 28 U.S.C. § 2284(a) |
| CAROL ANN CARTER, *et al.*, | : |
| *Intervenor-Defendants.* | : |

## **ORDER**

AND NOW, on this ____ day of _____, 2022, upon consideration of the Carter Petitioners' Motion to Dismiss Claim 3 of Plaintiffs' Second Amended Complaint, and any responses thereto, IT IS HEREBY ORDERED that the Carter Petitioners' Motion is GRANTED and Claim 3 of the Second Amended Complaint is DISMISSED WITH PREJUDICE.

BY THE COURT:

_____