UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH, JR., et al, <br> *Plaintiffs,* <br><br> v. <br><br> LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth; JESSICA MATHIS, in her official capacity as Director for the Pennsylvania Bureau of Election Services and Notaries; and TOM WOLF, in his official capacity as Governor of Pennsylvania, <br><br> *Defendants.* | No. 1:22 Civ. 208 <br> (Jordan, Shwartz, Wilson, JJ.) <br><br> Electronically Filed |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel on behalf of Leigh M. Chapman, in her official capacity as Acting Secretary of the Commonwealth; Jessica Mathis, in her official capacity as Director for the Pennsylvania Bureau of Election Services and Notaries; and Tom Wolf, in his official capacity as Governor of Pennsylvania in the above-captioned matter. I certify that I was admitted to practice in this court on March 11, 2022.

Respectfully submitted,

By: /s/ *Michael J. Fischer*

1

Michael J. Fischer
(PA 322311)
*Chief Counsel and Executive Deputy Attorney General*
PENNSYLVANIA OFFICE OF ATTORNEY GENERAL
1600 Arch Street | Suite 300
Philadelphia, PA 19103
(215) 560-2171
mfischer@attorneygeneral.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March 2022, a true and correct copy of the foregoing Entry of Appearance was served upon all counsel of record via the court's CM/ECF electronic filing system.

By: */s/ Michael J. Fischer*
Michael J. Fischer
Chief Counsel and Executive
Deputy Attorney General