# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, | |
| *Plaintiffs,* | |
| v. | No. 1:22-cv-00208-JPW |
| LEIGH M. CHAPMAN, *et al.*, | |
| *Defendants.* | Three Judge Panel Convened Pursuant to 28 U.S.C. § 2284(a) |
| v. | |
| CAROL ANN CARTER, *et al.*, | |
| *Intervenor-Defendants.* | |

## UNOPPOSED MOTION TO WITHDRAW ELIZABETH V. WINGFIELD AS COUNSEL

Pursuant to Local Rule 83.15, Elizabeth V. Wingfield of Ballard Spahr LLP hereby notifies the Court that she is withdrawing her appearance as counsel for the Intervenor-Defendants. Her withdrawal will not prejudice Intervenor-Defendants as other able counsel have entered their appearances on Intervenor-Defendants' behalf, including Edward D. Rogers, Michael R. McDonald, and Paul Ort — all of whom are generally admitted to practice in this District.

All parties to this action do not oppose this Motion.

WHEREFORE, Elizabeth V. Wingfield respectfully requests that this Court grant the motion to withdraw her appearance as counsel for the Intervenor-Defendants in the above-captioned case.

Dated: March 16, 2022                                   Respectfully submitted,

                                                        */s/ Elizabeth V. Wingfield*
                                                        Elizabeth V. Wingfield (PA 32477)

                                                        *Counsel for Intervenor-Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, | |
| *Plaintiffs,* | |
| v. | No. 1:22-cv-00208-JPW |
| LEIGH M. CHAPMAN, *et al.*, | |
| *Defendants.* | Three Judge Panel Convened Pursuant to 28 U.S.C. § 2284(a) |
| v. | |
| CAROL ANN CARTER, *et al.*, | |
| *Intervenor-Defendants.* | |

## CERTIFICATE OF CONCURRENCE

I hereby certify that I have sought concurrence from all parties to the above-captioned action, and no parties object to this Motion.

Dated: March 16, 2022

*/s/ Elizabeth V. Wingfield*
Elizabeth V. Wingfield (PA 32477)
*Counsel for Intervenor-Defendants*

3

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, | |
| *Plaintiffs*, | |
| v. | |
| LEIGH M. CHAPMAN, *et al.*, | No. 1:22-cv-00208-JPW |
| *Defendants.* | Three Judge Panel Convened Pursuant to 28 U.S.C. § 2284(a) |
| v. | |
| CAROL ANN CARTER, *et al.*, | |
| *Intervenor-Defendants.* | |

### ORDER

AND NOW, on this ____ day of _____, 2022, upon consideration of the Unopposed Motion to Withdraw Elizabeth V. Wingfield as Counsel (the "Motion"), IT IS HEREBY ORDERED that the Motion is GRANTED and Elizabeth V. Wingfield is WITHDRAWN AS COUNSEL FOR INTERVENOR-DEFENDANTS.

BY THE COURT:

_____
J.