UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, __Raymond P. Tolentino__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Kaplan Hecker & Fink LLP

1050 K Street NW Suite 1040

Washington, DC 20001

Office Telephone: 332-910-7189

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

District of Columbia (10/05/2015); State of New York (07/16/2015); U.S. District Court for the Western District of Michigan (W.D. Mich.), (6/10/2020); U.S. District Court for the Southern District of New York (S.D.N.Y.), (07/07/2020); U.S. District Court for the Eastern District of New York (E.D.N.Y.), (01/23/2015); U.S. District Court for the District of Columbia (D.D.C.), (12/07/2020); U.S. Court of International Trade (06/18/2019); U.S. Court of Appeals for the Federal Circuit (Fed. Cir.), (02/14/2017); U.S. Court of Appeals for the District of Columbia Circuit (05/15/2015); U.S. Court of Appeals for the Second Circuit (2d Cir.), (01/30/2015); U.S. Court of Appeals for the Third Circuit (3d Cir.), (12/03/2016); U.S. Court of Appeals for the Fourth Circuit (4th Cir.), (01/05/2015); U.S. Court of Appeals for the Fifth Circuit (5th Cir.), (01/05/2015); U.S. Court of Appeals for the Sixth Circuit (6th Cir.), (11/06/2014); U.S. Court of Appeals for the Seventh Circuit (7th Cir.), (06/26/2020); U.S. Court of Appeals for the Ninth Circuit (9th Cir.), (12/17/2014); U.S. Court of Appeals for the Eleventh Circuit (11th Cir.), (06/03/2015).

My attorney Identification number is: __NY. No. 5162425__

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X___SPECIAL ADMISSION:

GRANTED BY THE COURT __J.P.W.__   Date: __March 16, 2022__