# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH JR., *et al.*, | Civil No. 1:22-CV-00208 |
| Plaintiffs, | Three Judge Panel Convened Pursuant to 28 U.S.C. § 2284(a) |
| v. | |
| LEIGH M. CHAPMAN, *et al.*, | |
| Defendants. | |
| v. | |
| CAROL ANN CARTER, *et al.*, | |
| Intervenor-Defendants. | |

# ORDER

**BEFORE**: Kent A. Jordan, Circuit Judge, *United States Court of Appeals for the Third Circuit*; Patty Shwartz, Circuit Judge, *United States Court of Appeals for the Third Circuit*; Jennifer P. Wilson, District Judge, *United States District Court for the Middle District of Pennsylvania*

**AND NOW**, on this 16th day of March, 2022, upon consideration of the unopposed motion to withdraw Elizabeth V. Wingfield as counsel, Doc. 91, **IT IS ORDERED** that the motion is **GRANTED** and Elizabeth V. Wingfield is withdrawn as counsel for Intervenor-Defendants.

**On behalf of the three-judge district court:**

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania