# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM C. TOTH JR., *et al.*, | : | Civil No. 1:22-CV-00208 |
| Plaintiffs, | : | Three Judge Panel Convened Pursuant to 28 U.S.C. § 2284(a) |
| v. | : | |
| LEIGH M. CHAPMAN, *et al.*, | : | |
| Defendants. | : | |
| v. | : | |
| CAROL ANN CARTER, *et al.*, | : | |
| Intervenor-Defendants. | : | |

## ORDER

**BEFORE**: Kent A. Jordan, Circuit Judge, *United States Court of Appeals for the Third Circuit*; Patty Shwartz, Circuit Judge, *United States Court of Appeals for the Third Circuit*; Jennifer P. Wilson, District Judge, *United States District Court for the Middle District of Pennsylvania*

**AND NOW**, on this 16th day of March, 2022, in accordance with the accompany memorandum opinion, **IT IS ORDERED AS FOLLOWS**:

1) Defendants' motion to dismiss, Doc. 60, and Intervenor-Defendants' motion to dismiss, Doc. 58, are **GRANTED**.

2) Claims One and Two of the second amended complaint, Doc. 49, are **DISMISSED**.

                                **FOR THE COURT:**

                                s/Kent A. Jordan
                                Kent A. Jordan, Circuit Judge
                                *United States Court of Appeals*
                                *for the Third Circuit*

                                s/Patty Shwartz
                                Patty Shwartz, Circuit Judge
                                *United States Court of Appeals*
                                *for the Third Circuit*

                                s/Jennifer P. Wilson
                                Jennifer P. Wilson, District Judge
                                *United States District Court*
                                *Middle District of Pennsylvania*