# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Paul Ort
Tel: 215.864.8287
Fax: 215.864.8999
ortp@ballardspahr.com

March 18, 2022

Three Judge Panel Convened Pursuant to 28 U.S.C. § 2284(a)
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17101

Re:   Toth v. Chapman, No. 1:22-CV-00208, Substitution of Associate Counsel

Dear Judges Jordan, Shwartz, and Wilson:

    This firm represents the Carter Intervenor-Defendants. On February 22, 2022, the appearance of Attorney Elizabeth Wingfield of Ballard Spahr LLP was entered in this action.

    On February 23, 2022, the Court granted special admission for Attorneys Abha Khanna, Jyoti Jasrasaria, Tina Meng, Lalitha Madduri, and Matthew Gordon. On February 28, 2022, the Court granted special admission for Attorney Michael McDonald of Ballard Spahr LLP. On March 9, 2022, the Court granted special admission for Attorneys Christina Ford and Joseph Posimato. Each attorneys' Petition for Special Admission had listed Attorney Wingfield as associate counsel to be entered of record in the case.

    On May 11, 2022, Attorney McDonald and Attorneys Edward Rogers and Paul Ort, also of Ballard Spahr LLP, were granted general admission to the United States District Court, Middle District of Pennsylvania pursuant to Local Rule 83.8.1, Judge Matthew W. Brann presiding. Attorney Wingfield acted as sponsor.

    On March 16, 2022, this Court granted the Motion to Withdraw of Attorney Wingfield, wherein Attorney Wingfield stated that her withdrawal would not prejudice the Carter Intervenor-Defendants as Attorneys McDonald, Rogers, and Ort were generally admitted to practice in this Court.

Three Judge Panel Convened Pursuant to 28 U.S.C. § 2284(a)
March 18, 2022
Page 2

      In light of the foregoing, we respectfully request that Attorneys McDonald, Rogers, and Ort be substituted as associate counsel of record for Attorneys Khanna, Jasrasaria, Meng, Madduri, Gordon, Ford, and Posimato in this action.

Respectfully submitted,

Paul Ort, PA No. 326044
*Counsel for Carter Intervenor-Defendants*

Cc: All counsel of record (via e-filing)