# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL        929.294.2537
DIRECT EMAIL    jmatz@kaplanhecker.com

March 18, 2022

**BY CM/ECF**

Judges Jordan, Shwartz, and Wilson
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17101

                Re:    *Toth v. Chapman*, No. 1:22 Civ. 208 (M.D. Pa)

Dear Judges Jordan, Shwartz, and Wilson,

      I represent the Commonwealth Defendants and write on behalf of all parties to respectfully submit a proposed briefing schedule as directed by the Court on March 17, 2022:

      **March 28, 2022**: Plaintiffs file a brief in support of their motion for summary judgment.

      **April 6, 2022**: Defendants and Intervenors file briefs in support of their motions for summary judgment and in opposition to Plaintiffs' motion for summary judgment.

      **April 12, 2022**: Plaintiffs file a reply brief in support of their motion for summary judgment and in opposition to Defendants' and Intervenors' motions for summary judgment.

      **April 18, 2022**: Defendants and Intervenors file reply briefs in support of their motions for summary judgment.

      In addition, the parties jointly propose a limit of 7,500 words for each brief.

                                                    Very truly yours,

                                                    Joshua Matz

JAM: