# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TOTH, JR., et al., *Plaintiffs,* <br><br> v. <br><br> LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth; JESSICA MATHIS, in her official capacity as Director for the Pennsylvania Bureau of Election Services and Notaries; and TOM WOLF, in his official capacity as Governor of Pennsylvania, <br><br> *Defendants.* | No. 1:22 Civ. 208 <br> (Jordan, Shwartz, Wilson, JJ.) <br><br> Electronically Filed |

## SUMMARY JUDGMENT JOINT APPENDIX

Application for Leave to Intervene by Bryan Cutler, Speaker of the Pennsylvania House of Representatives; Kerry Benninghoff, Majority Leader of the Pennsylvania House Of Representatives; Jake Corman, President Pro Tempore of the Pennsylvania Senate; and Kim Ward, Majority Leader of the Pennsylvania Senate (Pa. Commw. Ct. Nos. 464, 465 MD 2021) ...........................................................................................A1

Expert Report of Jonathan Rodden, Ph.D. (Pa. Commw. Ct. Nos. 464, 465 MD 2021) ...........................................................................................A54

Corrected Opening Brief of House Republican Intervenors Kerry
  Benninghoff, Majority Leader, and Bryan Cutler, Speaker, of the
  Pennsylvania House of Representatives in Support of Proposed
  Congressional Redistricting Map (Pa. Commw. Ct. Nos. 464, 465 MD
  2021) ..................................................................................................................A79

Report on Proposed Congressional Redistricting Plan from the
  Pennsylvania House Republican Caucus (Pa. Commw. Ct. Nos. 464,
  465 MD 2021) ...................................................................................................A236

Responsive Expert Report of Jonathan Rodden, Ph.D. (Pa. Commw. Ct.
  Nos. 464, 465 MD 2021)....................................................................................A287

January 27, 2022 Hearing Transcript of Proceedings before Special
  Master (Pa. Commw. Ct. Nos. 464, 465 MD 2021).........................................A299

January 28, 2022 Hearing Transcript of Proceedings before Special
  Master (Pa. Commw. Ct. Nos. 464, 465 MD 2021).........................................A971

Report Containing Special Master's Proposed Findings of Fact and
  Conclusions of Law Supporting Recommendation of Congressional
  Redistricting Plan and Proposed Revision to the 2022 Election
  Calendar/Schedule (Pa. Commw. Ct. Nos. 464, 465 MD 2021) ....................A1421

Carter Petitioners' Exceptions to the Special Master's Report and Brief in
  Support Thereof (Pa. No. 7 MM 2022)...........................................................A1649

Gressman Math/Science Petitioners' Exceptions to Special Master's
  Report and Brief in Support Thereof (Pa. No. 7 MM 2022)..........................A1719

Respondents' Exceptions Regarding the Special Master's Proposed
  Revision to the 2022 Election Calendar/Schedule and Incorporated Brief
  in Support Thereof (Pa. No. 7 MM 2022).......................................................A1825

Intervenor-Respondent Governor Thomas W. Wolf's Exceptions to the
  Special Master's Proposed Findings of Fact and Conclusions of Law and
  Incorporated Brief in Support Thereof (Pa. No. 7 MM 2022).......................A1849

Exceptions of Senator Jay Costa and the Senate Democratic Caucus to the
  February 7, 2022 Report of the Special Master and Brief in Support
  Thereof (Pa. No. 7 MM 2022)..........................................................................A1975

Brief of Intervenor, Representative Joanna E. McClinton, Leader of the Democratic Caucus of the Pennsylvania House of Representatives in Support of Her Exceptions to the February 7, 2022 Report of the Special Master (Pa. No. 7 MM 2022) ...................................................................A2082

Senate Republican Intervenors' Brief in Support of Report and Recommendation of Special Master (Pa. No. 7 MM 2022) ..........................A2119

Brief of Intervenors Bryan Cutler, Speaker of the Pennsylvania House of Representatives, and Kerry Benninghoff, Majority Leader of the Pennsylvania House of Representatives, in Support of Judge McCullough's Report and Recommendation (Pa. No. 7 MM 2022).............A2138

Exceptions to Special Master's Report by Guy Reschenthaler, Jeffrey Varner, Ryan Costello, Tom Marino, and Bud Shuster and Brief in Support Thereof (Pa. No. 7 MM 2022)..........................................................A2201

Exceptions to Report of Special Master of Amici Khalif Ali, Maryn Formley, Richard Rafferty, Patrick Beaty, Susan Gobreski, Barbara Hill, Judy Hines, Jodi Greene, John Thompson, Cynthia Alvarado, and Timothy L. Kauffman and Brief in Support Thereof (Pa. No. 7 MM 2022)..................................................................................................A2278

Exceptions of Draw the Lines PA Amicus Participants to the February 7, 2022 Report and Recommendation and Brief in Support Thereof (Pa. No. 7 MM 2022)..................................................................................................A2324

Amicus Participants' ("Citizen-Voters") Exceptions to Report Containing Proposed Findings of Fact and Conclusions of Law and Brief in Support Thereof (Pa. No. 7 MM 2022)..................................................................A2361

Brief of Amici Curiae Voters of the Commonwealth of Pennsylvania in Support of Special Master's Report (Pa. No. 7 MM 2022) ..........................A2403

Brief of Amici Curiae Concerned Citizens for Democracy in Support of Petitioners (Pa. No. 7 MM 2022) ..................................................................A2478

Brief for Amicus Curiae Philadelphia County Board of Elections in Support of Neither Party (Pa. No. 7 MM 2022).............................................A2537

Amicus Brief Submitted by Washington County Public Officials (Pa. No. 7 MM 2022)..................................................................................................A2548

Brief of Amicus Curiae Williamsport/Lycoming Chamber of Commerce and Greater Susquehanna Valley Chamber of Commerce Urging this Court to Adopt with One Modification the Special Master's Report Containing Proposed Findings of Fact and Conclusions of Law Supporting Recommendation of Congressional Redistricting Plan and Proposed Revision to the 2022 Election Calendar/Schedule ......................... A2556

February 23, 2022 Order Adopting Congressional Redistricting Plan, *Carter, et al. v. Chapman, et al.*, (Pa. No. 7 MM 2022) ................................ A2599

Majority Opinion, *Carter, et al. v. Chapman, et al.*, (Pa. No. 7 MM 2022) .... A2608

Concurring Opinion of Donohue, J., *Carter, et al. v. Chapman, et al.*, (Pa. No. 7 MM 2022) ................................................................................. A2647

Concurring Opinion of Dougherty, J., *Carter, et al. v. Chapman, et al.*, (Pa. No. 7 MM 2022) ............................................................................... A2657

Concurring Opinion of Wecht, J., *Carter, et al. v. Chapman, et al.*, (Pa. No. 7 MM 2022) ................................................................................. A2662

Dissenting Opinion of Brobson, J., *Carter, et al. v. Chapman, et al.*, (Pa. No. 7 MM 2022) ................................................................................. A2682

Dissenting Opinion of Mundy, J., *Carter, et al. v. Chapman, et al.*, (Pa. No. 7 MM 2022) ................................................................................. A2692

Dissenting Opinion of Todd, J., *Carter, et al. v. Chapman, et al.*, (Pa. No. 7 MM 2022) ................................................................................. A2713

| | |
|---|---|
| Walter S. Zimolong III | Jonathan F. Mitchell |
| Pennsylvania Bar No. 89151 | Pennsylvania Bar No. 91505 |
| Zimolong LLC | Mitchell Law PLLC |
| Post Office Box 552 | 111 Congress Avenue, Suite 400 |
| Villanova, Pennsylvania 19085 | Austin, Texas 78701 |
| (215) 665-0842 | (512) 686-3940 (phone) |
| wally@zimolonglaw.com | (512) 686-3941 (fax) |
| | jonathan@mitchell.law |

*Counsel for Plaintiffs*

| | |
|---|---|
| Michael J. Fischer* (Pa. I.D. No. 322311) | Joshua Matz* |
|    *Chief Counsel and* | Raymond P. Tolentino* |
|    *Executive Deputy Attorney General* | KAPLAN HECKER & FINK LLP |
| Aimee D. Thomson* (Pa. I.D. No. 326328) | 1050 K Street NW \| Suite 1040 |
|    *Deputy Attorney General* | Washington, DC 20001 |
| PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | (929) 294-2537 |
| 1600 Arch Street \| Suite 300 | jmatz@kaplanhecker.com |
| Philadelphia, PA 19103 | rtolentino@kaplanhecker.com |
| (215) 560-2171 | |
| mfischer@attorneygeneral.gov | |

| | |
|---|---|
| Christine P. Sun* | Robert A. Wiygul (Pa. I.D. No. 310760) |
| Marina Eisner* | Cary L. Rice* (Pa. I.D. No. 325227) |
| STATES UNITED DEMOCRACY CENTER | John B. Hill* (Pa. I.D. No. 328340) |
| 1101 17th Street NW | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| Washington, DC 20036 | One Logan Square, 27th Floor |
| (240) 600-1316 | Philadelphia, PA 19103 |
| christine@statesuniteddemocracy.org | (215) 568-6200 |
| marina@statesuniteddemocracy.org | rwiygul@hangley.com |

*Counsel for Defendants*

*Admitted Pro Hac Vice

| | |
|---|---|
| Abha Khanna* | Timothy D. Katsiff (PA 75490) |
| Elias Law Group LLP | Edward D. Rogers (PA 69337)* |
| 1700 Seventh Ave, Suite 2100 | Marcel S. Pratt (PA 307483)* |
| Seattle, WA 98101 | Robert J. Clark (PA 308105)* |
| akhanna@elias.law | Michael R. McDonald (PA 326873)* |
| T: (206) 656-0177 | Paul K. Ort (PA 326044) |
| | Ballard Spahr LLP |
| Lalitha D. Madduri* | 1735 Market Street, 51st Floor |
| Jyoti Jasrasaria* | Philadelphia, PA 19103 |
| Christina Ford* | KatsiffT@ballardspahr.com |
| Joseph Posimato* | RogersE@ballardspahr.com |
| Tina Meng* | PrattM@ballardspahr.com |
| Elias Law Group LLP | ClarkR@ballardspahr.com |
| 10 G St. NE, Suite 600 | McDonaldM@ballardspahr.com |
| Washington, D.C. 20002 | OrtP@ballardspahr.com |
| lmadduri@elias.law | T: (215) 665-8500 |
| jjasrasaria@elias.law | F: (215) 864-8999 |
| tmeng@elias.law | |
| T: (202) 968-4490 | |

Matthew Gordon*
Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101
MGordon@perkinscoie.com
T: (206) 359-3552

*Counsel for Carter Intervenors*

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of March 2022, a true and correct copy of the foregoing was served upon all counsel of record via the court's CM/ECF electronic filing system.

| | |
|---|---|
| Dated:    March 25, 2022 | /s/ John B. Hill<br>John B. Hill |