200

03:21:42  1    on the 2020 census results?

03:21:44  2    A.       Yes.

03:21:44  3    Q.       And have you evaluated the map

03:21:47  4    prepared by the Gressman Math Science

03:21:50  5    Petitioners?

03:21:51  6    A.       I have, yes.

03:21:51  7    Q.       And on the screen is a map, do

03:21:57  8    you recognize it?

03:21:59  9    A.       Yes.

03:21:59  10   Q.       And what is it?

03:22:01  11   A.       This is the map proposed by the

03:22:01  12   mathematician and scientist

03:22:09  13   petitioners.

03:22:09  14   Q.       Okay.

03:22:10  15           And you are here and have been

03:22:11  16   stipulated as an expert in

03:22:13  17   redistricting and data analysis.  Are

03:22:14  18   you an expert on Pennsylvania

03:22:16  19   geography itself?

03:22:17  20   A.       No, I'm not.

03:22:18  21   Q.       And did you actually draw this

03:22:19  22   map?

03:22:20  23   A.       No, I did not.

03:22:21  24   Q.       Could you just briefly explain

03:22:22  25   for the Court your understanding of

201

03:22:24    1    how the map was prepared?

03:22:28    2    A.      So my understanding is that

03:22:29    3    sort of principles of computational

03:22:32    4    redistricting were applied, so the

03:22:34    5    idea was that there were sort of a ---

03:22:37    6    you know, there are several

03:22:38    7    traditional districting criteria and

03:22:40    8    so this was formulated as a sort of

03:22:42    9    multi objective optimization problem,

03:22:45    10   and so the computer generated sort of

03:22:48    11   many plans intended to optimize for

03:22:50    12   those traditional criteria.

03:22:52    13   Q.      And did you prepare some

03:22:53    14   reports in this case?

03:22:54    15   A.      I did, yes.

03:22:55    16   Q.      And do you have those sitting

03:22:56    17   goes in front of you, Doctor DeFord?

03:22:59    18   A.      Yes, I do.

03:22:59    19   Q.      And what analysis did the

03:23:07    20   Gressman Math and Science Petitioners

03:23:07    21   ask you to perform with respect to

03:23:09    22   their map?

03:23:10    23   A.      So I was asked to analyze the

03:23:12    24   map in terms of sort of traditional

03:23:25    25   districting criteria, criteria drawn

202

| | | |
|---|---|---|
| 03:23:25 | 1 | from the --- traditional districting |
| 03:23:28 | 2 | criteria as well as criteria derived |
| 03:23:32 | 3 | from the Pennsylvania Commonwealth |
| 03:23:34 | 4 | Constitution, and sort of responsive |
| 03:23:37 | 5 | to the orders in the League of Women's |
| 03:23:43 | 6 | Voters case. |
| 03:23:43 | 7 | Q.      Okay. |
| 03:23:43 | 8 | And how many criteria did you |
| 03:23:44 | 9 | evaluate? |
| 03:23:45 | 10 | A.      Six. |
| 03:23:45 | 11 | Q.      Could you list those for the |
| 03:23:47 | 12 | Court, please? |
| 03:23:49 | 13 | A.      So population balance, |
| 03:23:51 | 14 | contiguity, compactness, the |
| 03:23:55 | 15 | preservation of municipal boundaries, |
| 03:23:57 | 16 | the existence and number of minority |
| 03:24:06 | 17 | election opportunity districts and |
| 03:24:06 | 18 | partisan fairness. |
| 03:24:06 | 19 | Q.      And I think you mentioned |
| 03:24:09 | 20 | municipal boundaries.  Were there any |
| 03:24:10 | 21 | other boundaries that you evaluated |
| 03:24:12 | 22 | the map for? |
| 03:24:13 | 23 | A.      Yes, I --- yes, I evaluated the |
| 03:24:15 | 24 | six types of boundaries that are |
| 03:24:22 | 25 | explicitly listed in the Constitution. |

203

| | | |
|---|---|---|
| 03:24:22 | 1 | Q.      Okay. |
| 03:24:22 | 2 | And can you start by |
| 03:24:23 | 3 | summarizing your conclusions about how |
| 03:24:25 | 4 | the Gressman Math and Science map |
| 03:24:27 | 5 | performed on all of these criteria |
| 03:24:30 | 6 | together? |
| 03:24:31 | 7 | A.      So my report concludes that the |
| 03:24:35 | 8 | mathematicians and scientist map |
| 03:24:37 | 9 | performs very well on these criteria |
| 03:24:40 | 10 | and use the best possible population |
| 03:24:44 | 11 | balance.  It sort of undoes remarkably |
| 03:24:48 | 12 | well in terms of partisan fairness, it |
| 03:24:51 | 13 | preserves sort of the many --- sort of |
| 03:24:58 | 14 | a high degree, the counties, municipal |
| 03:25:02 | 15 | boundaries and wards in the state, and |
| 03:25:12 | 16 | also it constructs three voting age |
| 03:25:12 | 17 | minority/majority districts. |
| 03:25:13 | 18 | Q.      So let's start with population |
| 03:25:13 | 19 | balance.  Did you evaluate how the |
| 03:25:14 | 20 | math and science map performs with |
| 03:25:14 | 21 | respect to population balance? |
| 03:25:15 | 22 | A.      Yes, I did. |
| 03:25:16 | 23 | Q.      And how did it perform? |
| 03:25:21 | 24 | A.      So I just use the best possible |
| 03:25:25 | 25 | population balance of a deviation of |

204

03:25:25  1    one person between the largest
03:25:27  2    district and the smallest district in
03:25:29  3    the plan.
03:25:30  4    Q.    And did you evaluate how the
03:25:32  5    other maps submitted to the Court
03:25:35  6    perform with respect to population
03:25:36  7    balance?
03:25:36  8    A.    Yes, I did.
03:25:36  9    Q.    Did any of those maps have more
03:25:39  10   than a one person deviation?
03:25:41  11   A.    Yes.
03:25:41  12   Q.    Which ones?
03:25:46  13   A.    So two of the maps the Carter
03:25:46  14   map and the map submitted by the House
03:25:50  15   Democratic Caucus had at least one
03:25:53  16   district with sort of one person over
03:25:55  17   the ideal value, and so a maximum
03:25:58  18   population deviation of two people
03:26:00  19   between the largest district and the
03:26:01  20   smallest district.
03:26:02  21   Q.    And in your experience
03:26:04  22   evaluating maps, is it standard for a
03:26:07  23   congressional map to be drawn with
03:26:08  24   more than one person deviation?
03:26:10  25   A.    No.

205

| | | |
|---|---|---|
| 03:26:11 | 1 | Q.      Let's move on to discussing |
| 03:26:20 | 2 | political boundary subdivisions. |
| 03:26:21 | 3 | Can you describe your understanding of |
| 03:26:22 | 4 | the Pennsylvania requirements |
| 03:26:22 | 5 | regarding boundary preservation? |
| 03:26:25 | 6 | A.      So the requirement, at least in |
| 03:26:25 | 7 | the Constitution, with respect to |
| 03:26:25 | 8 | state legislative districts uses very |
| 03:26:31 | 9 | strong language about preserving those |
| 03:26:36 | 10 | boundaries.  And in particular with |
| 03:26:39 | 11 | respect to counties, cities, |
| 03:26:43 | 12 | incorporated towns, boroughs and |
| 03:26:46 | 13 | townships and wards. |
| 03:26:46 | 14 | Q.      And did you evaluate the math |
| 03:26:48 | 15 | and science map and the other maps |
| 03:26:51 | 16 | submitted to the Court to see how they |
| 03:26:55 | 17 | performed with respect to each of |
| 03:26:56 | 18 | those boundary preservations? |
| 03:26:57 | 19 | A.      Yes, I did. |
| 03:26:59 | 20 | Q.      Okay. |
| 03:26:59 | 21 |        And how many metrics did you |
| 03:27:00 | 22 | use to evaluate how those maps |
| 03:27:02 | 23 | performed with respect to boundary |
| 03:27:04 | 24 | preservation? |
| 03:27:06 | 25 | A.      Four. |

206

03:27:06   1   Q.      Could you list them for the

03:27:08   2   Court, please?

03:27:09   3   A.      Sure.  So we computed the total

03:27:12   4   number of splits in the counties ---

03:27:15   5   sorry, split units, the number of

03:27:17   6   split units beyond those required for

03:27:19   7   population reasons, the number of

03:27:24   8   cases, which I think we referred to as

03:27:25   9   segments earlier today, as well as the

03:27:27   10  number of segments beyond those

03:27:33   11  required for population or to preserve

03:27:36   12  another larger boundary.

03:27:36   13  Q.      Okay.

03:27:37   14          And starting with counties,

03:27:38   15  what did you conclude about how the

03:27:40   16  math and science map performed with

03:27:43   17  respect to maintaining political

03:27:44   18  boundaries of counties?

03:27:45   19  A.      It did well on that measure.

03:27:49   20  Q.      And did you evaluate the other

03:27:51   21  maps as well for that same metric?

03:27:53   22  A.      I did, yes.

03:27:54   23  Q.      And let's turn to your

03:28:00   24  responsive brief, to the top of page

03:28:03   25  five, to Table 2.

207

03:28:36  1          All right.  Do you see this
03:28:36  2   table?
03:28:37  3   A.       Yes.
03:28:37  4   Q.       Okay.
03:28:37  5          And can you please summarize
03:28:40  6   for the Court what this table shows?
03:28:42  7   A.       So this table shows three of
03:28:45  8   those measures that I just mentioned,
03:28:46  9   so the top row is just the number of
03:28:48  10  counties that were split by the
03:28:51  11  various plans submitted by the
03:28:52  12  parties.  So this is just the number
03:28:54  13  of counties that intersected at least
03:29:01  14  two districts.  The second row shows
03:29:02  15  the number of sort of what we call
03:29:04  16  non-intact counties, which are those
03:29:05  17  split more times than is required by
03:29:07  18  their population total.  And then, the
03:29:09  19  final row shows the number of pieces
03:29:12  20  with the number of times the districts
03:29:15  21  intersect those counties, again
03:29:18  22  accounting for pieces that must exist
03:29:20  23  because of population balance.
03:29:22  24  Q.       Okay.
03:29:23  25          Can you explain to the Court

208

03:29:24  1   what you mean by the number of county

03:29:25  2   pieces beyond those required for

03:29:27  3   population?

03:29:28  4   A.      Sure.  So for example,

03:29:33  5   Philadelphia County has a population

03:29:34  6   that's equal to about 2.1

03:29:37  7   Congressional Districts, and so in a

03:29:38  8   population balance plan there must be

03:29:40  9   at least three districts that touch

03:29:44  10  that plan --- or that county.

03:29:45  11      Similarly Allegheny and

03:29:47  12  Montgomery Counties each have more

03:29:48  13  population than a single district, and

03:29:51  14  so have to be split into at least two

03:29:53  15  pieces, and so this measure accounts

03:29:55  16  for that by not sort of counting it

03:30:01  17  against the map for splitting those

03:30:03  18  units, as required by population

03:30:05  19  reasons.

03:30:05  20  Q.      And what are the types of

03:30:07  21  municipalities moving on from counties

03:30:10  22  that the Pennsylvania Constitution

03:30:11  23  says should not be split unless

03:30:14  24  absolutely necessary?

03:30:16  25  A.      So it specifically mentions

03:30:16 1   cities, incorporated towns, boroughs
03:30:19 2   and townships.
03:30:22 3   Q.      Okay.
03:30:22 4           And how did the math and
03:30:24 5   science map perform in terms of
03:30:26 6   municipality splits?
03:30:27 7   A.      So --- sorry --- it performed
03:30:32 8   very well in that measure.  So it
03:30:32 9   split cities, sort of the minimum
03:30:36 10  amount possible.  That's also true for
03:30:38 11  the sole incorporated town.  It split
03:30:41 12  very few boroughs and following the
03:30:42 13  example of the 2018 plan, only split
03:30:45 14  boroughs in places where the borough
03:30:45 15  itself overlapped with a county
03:30:55 16  boundary and split fewer than the one
03:30:55 17  percent of the townships in the state.
03:30:57 18  Q.      And what I put on the screen is
03:30:59 19  page six of your rebuttal report,
03:31:01 20  contains Table 3.  Could you summarize
03:31:04 21  for the Court how the Gressman Math
03:31:08 22  and Science map, which is denoted as
03:31:10 23  GMS here, performs with respect to
03:31:13 24  municipality splits?
03:31:15 25  A.      So across those four listed

210

| | | |
|---|---|---|
| 03:31:18 | 1 | types of municipalities in terms of |
| 03:31:21 | 2 | total splits, the mathematicians and |
| 03:31:24 | 3 | scientist plan splits fewer than any |
| 03:31:27 | 4 | of the other maps, and in particular |
| 03:31:29 | 5 | sort of achieves the lowest possible |
| 03:31:31 | 6 | value for cities.  So Philadelphia, |
| 03:31:33 | 7 | the --- you know, city and county are |
| 03:31:37 | 8 | co-terminus, and it has a population |
| 03:31:39 | 9 | larger than two districts, so it has |
| 03:31:40 | 10 | to be split, but no other cities are |
| 03:31:42 | 11 | split in this plan.  And so overall in |
| 03:31:45 | 12 | terms of the total number of splits |
| 03:31:51 | 13 | it's very small. |
| 03:31:51 | 14 | Q.     Okay. |
| 03:31:51 | 15 |        And did you also analyze the |
| 03:31:52 | 16 | performance of the max in terms of |
| 03:31:56 | 17 | ward splits? |
| 03:31:57 | 18 | A.     I did, yes. |
| 03:31:57 | 19 | Q.     And how did the math and |
| 03:31:59 | 20 | science map perform in terms of ward |
| 03:32:03 | 21 | splits? |
| 03:32:03 | 22 | A.     The math and sciences plan |
| 03:32:07 | 23 | splits only 15 wards, which is the |
| 03:32:10 | 24 | smallest out of any of the plans |
| 03:32:12 | 25 | proposed by parties. |

211

03:32:14    1    Q.      Okay.

03:32:23    2            And did you then analyze the

03:32:25    3    total number of split political

03:32:29    4    subdivisions in each of the maps?

03:32:31    5    A.      I did, yes.

03:32:31    6    Q.      Okay.

03:32:35    7            And is that what is reflected

03:32:36    8    in Table 6 of your report?

03:32:39    9    A.      That's correct.

03:32:40   10    Q.      Okay.

03:32:41   11            So there's going to be a number

03:32:43   12    of witnesses testifying about

03:32:44   13    political subdivision splits in the

03:32:46   14    different maps, what, in your opinion,

03:32:50   15    are the most salient metrics that will

03:32:52   16    help the Court understand how the maps

03:32:55   17    perform relative to each other in

03:32:57   18    terms of protecting and preserving

03:32:59   19    political subdivisions?

03:33:01   20    A.      So I think it's very helpful to

03:33:04   21    sort of look at the sort of sum of the

03:33:06   22    splits across the six classes that are

03:33:08   23    specifically listed in the

03:33:10   24    Constitution.  Particularly because

03:33:11   25    you can see the potential for, you

212

| | | |
|---|---|---|
| 03:33:12 | 1 | know, perhaps trade-offs between |
| 03:33:14 | 2 | those, splitting fewer counties with |
| 03:33:16 | 3 | being forced to split, more |
| 03:33:18 | 4 | municipalities in order to achieve |
| 03:33:20 | 5 | population balance.  And so looking at |
| 03:33:23 | 6 | sort of all those splits together, |
| 03:33:24 | 7 | which is done in the bottom row of |
| 03:33:28 | 8 | this table allows you to sort of |
| 03:33:29 | 9 | account for those trade-offs. |
| 03:33:31 | 10 | Q.      And just for the record, are |
| 03:33:32 | 11 | you referring to Table 6 of your |
| 03:33:34 | 12 | rebuttal report? |
| 03:33:35 | 13 | A.      Yes, I am. |
| 03:33:37 | 14 | Q.      Okay. |
| 03:33:41 | 15 | And can I ask you to explain to |
| 03:33:44 | 16 | the Court what is reflected in Table 7 |
| 03:33:47 | 17 | of your rebuttal report? |
| 03:33:49 | 18 | A.      So in addition to looking at |
| 03:33:51 | 19 | just the number of splits of the |
| 03:33:52 | 20 | units, as mentioned before it's also |
| 03:33:55 | 21 | helpful to look at the number of |
| 03:33:56 | 22 | pieces to make sure that it's not the |
| 03:33:59 | 23 | case --- for example, you know, a |
| 03:34:00 | 24 | single unit is getting split a whole |
| 03:34:02 | 25 | bunch of times, but only counting once |

213

| | | |
|---|---|---|
| 03:34:05 | 1 | under the splits measurement, and so |
| 03:34:05 | 2 | this table reports on those values |
| 03:34:08 | 3 | across, again, the sort of six listed |
| 03:34:11 | 4 | types of political boundaries, and |
| 03:34:15 | 5 | again, computes sort of the total |
| 03:34:15 | 6 | number of pieces beyond those required |
| 03:34:19 | 7 | before. |
| 03:34:19 | 8 | Q.      And how does the Gressman Math |
| 03:34:21 | 9 | and Science map perform with respect |
| 03:34:25 | 10 | to pieces relative to the other maps? |
| 03:34:27 | 11 | A.      Very well.  So it's tied for |
| 03:34:33 | 12 | first on this measure. |
| 03:34:33 | 13 | Q.      Okay. |
| 03:34:34 | 14 |         Can you --- let's talk about |
| 03:34:35 | 15 | compactness.  Did you evaluate how the |
| 03:34:38 | 16 | Gressman Math and Science map performs |
| 03:34:41 | 17 | relative to the other maps with |
| 03:34:43 | 18 | respect to compactness? |
| 03:34:44 | 19 | A.      Yes, I did. |
| 03:34:44 | 20 | Q.      Okay. |
| 03:34:44 | 21 |         And were you here earlier when |
| 03:34:47 | 22 | Doctor Rodden testified about his |
| 03:34:49 | 23 | metrics for compactness? |
| 03:34:51 | 24 | A.      Yes, I was. |
| 03:34:51 | 25 | Q.      And did you agree with his |

214

| | | |
|---|---|---|
| 03:34:53 | 1 | definitions as to those metrics? |
| 03:34:55 | 2 | A.      Yes. |
| 03:34:56 | 3 | Q.      And did you also evaluate the |
| 03:35:00 | 4 | different maps using multiple |
| 03:35:03 | 5 | different metrics to evaluate |
| 03:35:05 | 6 | compactness? |
| 03:35:05 | 7 | A.      Yes, that's correct.  Like |
| 03:35:07 | 8 | Doctor Rodden --- sorry. |
| 03:35:07 | 9 | Q.      Why did you do that? |
| 03:35:12 | 10 | A.      Yes.  So I think it's --- it's |
| 03:35:12 | 11 | important to note that single measure |
| 03:35:14 | 12 | of compactness captures everything |
| 03:35:14 | 13 | that is sort of meant by that, that |
| 03:35:19 | 14 | word in terms of geographic regularity |
| 03:35:20 | 15 | of the districts, and so it's |
| 03:35:20 | 16 | important to look at a variety of |
| 03:35:23 | 17 | measures. |
| 03:35:23 | 18 | Q.      Okay. |
| 03:35:24 | 19 |         And based on the measures that |
| 03:35:25 | 20 | you used, how did the Gressman Math |
| 03:35:28 | 21 | and Science map perform in terms of |
| 03:35:30 | 22 | compactness? |
| 03:35:31 | 23 | A.      So it performs well as sort of |
| 03:35:33 | 24 | across the measures. |
| 03:35:35 | 25 | Q.      Okay. |

215

03:35:36  1          And if you know, how did the
03:35:37  2      Gressman Math Science map compare to
03:35:44  3      the compactness scores of the map that
03:35:44  4      was adopted by the Supreme Court of
03:35:47  5      Pennsylvania in 2018?
03:35:48  6      A.       So on three of the four metrics
03:35:48  7      that I computed, it outperforms the
03:35:51  8      2018 map, so that's the Polsby-Popper
03:35:54  9      score, the mean Convex Hull and the
03:35:59  10     cut edges measure.  And it's sort of
03:36:02  11     got a slightly smaller value to a .03
03:36:03  12     on the mean REOC score.
03:36:06  13     Q.       Could you explain to the Court
03:36:09  14     how compactness relates to the other
03:36:11  15     redistricting criteria, for example,
03:36:14  16     political boundary subdivisions?
03:36:17  17     A.       So in redistricting there's
03:36:19  18     lots of examples of potential
03:36:21  19     trade-offs between the metrics and
03:36:23  20     between the criteria.  And in a
03:36:25  21     situation like this one where many of
03:36:28  22     the plans are preserving lots of
03:36:30  23     political boundaries, the compactness
03:36:33  24     measures that are measuring sort of
03:36:35  25     the external perimeters of those

216

| 03:36:38 | 1 | boundaries are to a large extent sort |
| 03:36:39 | 2 | of controlled by the municipal |
| 03:36:41 | 3 | boundaries themselves, because they |
| 03:36:42 | 4 | perform the outer boundaries of the |
| 03:36:46 | 5 | districts.  And so given that, there |
| 03:36:47 | 6 | can be some tension between these, |
| 03:36:50 | 7 | depending on the shapes of the |
| 03:36:51 | 8 | municipal boundaries that are |
| 03:36:54 | 9 | preserved. |
| 03:37:04 | 10 | Q.    So what I put on the screen is |
| 03:37:15 | 11 | from your opening report on page 21, |
| 03:37:16 | 12 | it's Figure 6.  What is this image? |
| 03:37:17 | 13 | A.    So this image is showing |
| 03:37:19 | 14 | Allegheny County, which I mentioned |
| 03:37:21 | 15 | has to be touched by at least two |
| 03:37:23 | 16 | districts in all of the plans, and |
| 03:37:25 | 17 | also has the boundary of Pittsburgh, |
| 03:37:28 | 18 | which is sort of the center of |
| 03:37:29 | 19 | Allegheny County and also the second |
| 03:37:30 | 20 | largest city in the state highlighted. |
| 03:37:33 | 21 | And the overlays here, the colors |
| 03:37:36 | 22 | represent two of the maps and sort of |
| 03:37:38 | 23 | how they interact with Allegheny |
| 03:37:38 | 24 | County. |
| 03:37:40 | 25 | So the left shows the |

217

| | | |
|---|---|---|
| 03:37:41 | 1 | mathematician and scientist plan, |
| 03:37:48 | 2 | which preserves Pittsburgh, and in |
| 03:37:48 | 3 | particular with respect to compactness |
| 03:37:48 | 4 | then, also preserves all of its sort |
| 03:37:51 | 5 | of legally boundary components.  The |
| 03:37:56 | 6 | right panel shows the map proposed by |
| 03:38:00 | 7 | the Governor overlaid here that splits |
| 03:38:00 | 8 | Pittsburgh and has a much smoother |
| 03:38:03 | 9 | boundary in that region. |
| 03:38:05 | 10 | Q.     Okay. |
| 03:38:06 | 11 |        So how were the maps that are |
| 03:38:07 | 12 | before the Court that keep Pittsburgh |
| 03:38:09 | 13 | whole affected in their compactness |
| 03:38:12 | 14 | score by keeping Pittsburgh whole? |
| 03:38:15 | 15 | A.     So if you look at, for example, |
| 03:38:16 | 16 | the Polsby-Popper scores of the two |
| 03:38:21 | 17 | districts that intersect Allegheny |
| 03:38:23 | 18 | County across all of the plans there's |
| 03:38:25 | 19 | a large difference between those |
| 03:38:27 | 20 | scores on plans that keep Pittsburgh |
| 03:38:32 | 21 | whole and hence sort of include those |
| 03:38:34 | 22 | boundary components that are a little |
| 03:38:36 | 23 | irregular and plans that split |
| 03:38:39 | 24 | Pittsburgh and have higher |
| 03:38:45 | 25 | Polsby-Popper scores. |

218

| | | |
|---|---|---|
| 03:38:46 | 1 | Q.      And notwithstanding that the |
| 03:38:46 | 2 | mathematicians and scientists keep |
| 03:38:47 | 3 | Pittsburgh whole, what is your bottom |
| 03:38:48 | 4 | line conclusion about their map's |
| 03:38:51 | 5 | compactness scores? |
| 03:38:52 | 6 | A.      That it is compact and that the |
| 03:38:53 | 7 | scores themselves are quite good. |
| 03:38:56 | 8 | Q.      Okay. |
| 03:38:57 | 9 | Now, at the outset of your |
| 03:38:58 | 10 | testimony, I think, one of the six |
| 03:38:59 | 11 | factors you evaluated you listed |
| 03:39:02 | 12 | partisan fairness. |
| 03:39:03 | 13 | Can you explain how you define |
| 03:39:06 | 14 | partisan fairness from a mathematical |
| 03:39:10 | 15 | perspective? |
| 03:39:10 | 16 | A.      So the measures of partisan |
| 03:39:12 | 17 | fairness that I looked at are rooted |
| 03:39:15 | 18 | in trying to model and understand ways |
| 03:39:17 | 19 | in which a particular plan treats |
| 03:39:20 | 20 | voters from the two major parties, and |
| 03:39:20 | 21 | particularly trying to show that they |
| 03:39:20 | 22 | are treated the same, that they're |
| 03:39:29 | 23 | treated fairly. |
| 03:39:29 | 24 | Q.      Okay. |
| 03:39:30 | 25 | And is there any one metric |

219

03:39:32   1   that allows you to fully assess a map

03:39:35   2   partisan fairness?

03:39:37   3   A.      No.

03:39:37   4   Q.      So what kinds of metrics did

03:39:39   5   you use to assess the map's respective

03:39:42   6   partisan fairness?

03:39:43   7   A.      So I took two and broad

03:39:46   8   perspectives.  One was to analyze just

03:39:48   9   sort of majoritarian translation or

03:39:56   10   responsiveness so the ability of

03:39:57   11   voters from each party to translate a

03:39:58   12   majorities of the votes to majorities

03:39:59   13   of the seats.  I also looked at

03:40:02   14   expected measures of partisanship

03:40:02   15   symmetry, which, again, you're

03:40:08   16   supposed to measure at the extent to

03:40:09   17   which a plan is treating the voters

03:40:09   18   from each party fairly.

03:40:09   19   Q.      Okay.

03:40:12   20           And how did you begin that

03:40:14   21   analysis?

03:40:14   22   A.      So to start with, we needed

03:40:16   23   some election data to evaluate and so

03:40:19   24   I selected statewide general

03:40:23   25   elections.

220

| | | |
|---|---|---|
| 03:40:24 | 1 | Q.      And why did you select |
| 03:40:28 | 2 | statewide general elections? |
| 03:40:30 | 3 | A.      So as we're considering various |
| 03:40:31 | 4 | different types of boundaries, we need |
| 03:40:33 | 5 | to have sort of a way to compare them |
| 03:40:36 | 6 | effectively, and so because everybody |
| 03:40:38 | 7 | was voting for the same candidates in |
| 03:40:41 | 8 | those elections, using those statewide |
| 03:40:44 | 9 | results allows us to sort of |
| 03:40:45 | 10 | investigate what happens as we vary |
| 03:40:49 | 11 | the boundaries. |
| 03:40:49 | 12 | Q.      Okay. |
| 03:40:49 | 13 | And can you explain to the |
| 03:40:51 | 14 | Court which elections you used? |
| 03:40:53 | 15 | A.      Yes.  So I looked at in general |
| 03:40:56 | 16 | elections over the last decades, so |
| 03:40:59 | 17 | starting in 2012 and going up through |
| 03:41:01 | 18 | 2020, I took the Presidential |
| 03:41:05 | 19 | Gubernatorial, senatorial races as |
| 03:41:11 | 20 | well as the State Auditor, State |
| 03:41:12 | 21 | Attorney General and one State Supreme |
| 03:41:15 | 22 | Court race from 2017. |
| 03:41:15 | 23 | Q.      Why did you include the State |
| 03:41:17 | 24 | Supreme Court race from 2017 in your |
| 03:41:20 | 25 | approach? |

221

03:41:21  1   A.      So one of the reasons for
03:41:22  2   looking at lots of different elections
03:41:24  3   is to get a sense for how the voters
03:41:27  4   actually sort of act in different
03:41:29  5   situations, and across that set of
03:41:31  6   elections, not including the State
03:41:34  7   Supreme Court race, you have a more
03:41:38  8   Democratic favoring elections than
03:41:40  9   Republican ones.  And the Republican
03:41:42  10  wins themselves are pretty close, so
03:41:44  11  they're all fairly narrow wins.  The
03:41:47  12  State Supreme Court race was one that
03:41:48  13  had sort of a larger Republican wins
03:41:51  14  with over five percent margin that was
03:41:53  15  used to investigate the effects of
03:41:58  16  just sort of different distribution of
03:41:58  17  voters than the other elections.
03:42:00  18  Q.      Okay.
03:42:00  19          And so you take the results of
03:42:01  20  these 18 statewide elections and what
03:42:04  21  do you do with the data?
03:42:06  22  A.      So you have this data, the
03:42:09  23  level of sort of voting districts
03:42:11  24  where it's initially aggregated, and
03:42:12  25  then you sort of add that up within

222

| | | |
|---|---|---|
| 03:42:15 | 1 | the district boundaries themselves to |
| 03:42:16 | 2 | get within each of those districts, |
| 03:42:19 | 3 | how many people voted for each of the |
| 03:42:23 | 4 | two major party candidates in each |
| 03:42:24 | 5 | election. |
| 03:42:25 | 6 | Q.     Okay. |
| 03:42:25 | 7 | And so how do you know that |
| 03:42:27 | 8 | because people in a particular area |
| 03:42:29 | 9 | voted Democrat for Attorney General or |
| 03:42:32 | 10 | for Governor that they would also vote |
| 03:42:36 | 11 | Democrat in a congressional election? |
| 03:42:40 | 12 | A.     So you definitely don't |
| 03:42:41 | 13 | perfectly.  It's not a case that this |
| 03:42:42 | 14 | is some sort of magic crystal ball |
| 03:42:46 | 15 | that lets you see in the future, but |
| 03:42:46 | 16 | this is a good representation of that, |
| 03:42:46 | 17 | so this is a commonly used method in |
| 03:42:52 | 18 | the field, it's one that's been, you |
| 03:42:55 | 19 | know, validated in various ways.  And |
| 03:42:57 | 20 | like I said, allows us to do this |
| 03:42:59 | 21 | comparison in using the actual votes |
| 03:43:01 | 22 | of actual Pennsylvania residents where |
| 03:43:08 | 23 | they live to try to understand how |
| 03:43:08 | 24 | they're distributed around the state. |
| 03:43:08 | 25 | Q.     Okay. |

223

| | | |
|---|---|---|
| 03:43:08 | 1 | And so you take the collection |
| 03:43:10 | 2 | of data from these 18 statewide |
| 03:43:12 | 3 | elections and you map it onto the map |
| 03:43:15 | 4 | that you are assessing. |
| 03:43:16 | 5 | Is that correct? |
| 03:43:17 | 6 | A.    Yes, that is correct. |
| 03:43:18 | 7 | Q.    Okay. |
| 03:43:18 | 8 | And what are you looking for? |
| 03:43:21 | 9 | A.    So to start with, you know, the |
| 03:43:23 | 10 | first thing that we're going to |
| 03:43:25 | 11 | compute is just the sort of the |
| 03:43:27 | 12 | percentage of Democratic voters in |
| 03:43:30 | 13 | each of those regions --- or each of |
| 03:43:32 | 14 | those districts and so that's going to |
| 03:43:33 | 15 | get us a set of 17 percentages per |
| 03:43:37 | 16 | election, one for each district.  And |
| 03:43:37 | 17 | then from those, we'll say the ones |
| 03:43:40 | 18 | where the Democratic party got more |
| 03:43:42 | 19 | than 50 percent of the votes, you |
| 03:43:42 | 20 | know, we're going to count those as |
| 03:43:47 | 21 | wins for the Democratic party.  Ones |
| 03:43:48 | 22 | that got less than 50 percent of the |
| 03:43:50 | 23 | votes, we're going to count those as |
| 03:43:52 | 24 | wins for the Republican party, and so |
| 03:43:54 | 25 | then for each election we can measure |

224

03:43:58  1   the number of seats in a specific plan

03:44:03  2   that would have been won by each

03:44:03  3   party.

03:44:03  4   Q.      And what would you expect to

03:44:05  5   see from a map that treats voters from

03:44:08  6   each political party fairly?

03:44:09  7   A.      So the first criterion and sort

03:44:09  8   of the starting place for all of the

9   measures of partisan fairness is this

10   idea of majority representation that

11   even small majorities, hopefully, in

12   terms of the votes should be able to

13   converted into majorities of the seats

14   of the representation.

15   Q.      Okay.

03:44:33  16   And did you use this approach

03:44:35  17   to analyze the Gressman Math and

03:44:40  18   Science map and the other maps for

03:44:44  19   their partisan fairness?

03:44:45  20   A.      Yes.

03:44:45  21   Q.      And how did the Gressman Math

03:44:45  22   and Science map perform when you used

03:44:47  23   this approach to measure for partisan

03:44:53  24   fairness?

03:44:53  25   A.      So of the 18 elections that I

225

| | | |
|---|---|---|
| 03:44:55 | 1 | considered, the Gressman Math and |
| 03:44:56 | 2 | Science's map achieved a majoritarian |
| 03:44:59 | 3 | result in 15 of the 18 elections, |
| 03:45:02 | 4 | which is quite a good score, |
| 03:45:03 | 5 | particularly because there are several |
| 03:45:05 | 6 | very close elections in the data set, |
| 03:45:08 | 7 | particularly in recent years, and the |
| 03:45:12 | 8 | map performs effectively at allowing |
| 03:45:14 | 9 | majorities of voters to sort of |
| 03:45:16 | 10 | convert that into a majority of the |
| 03:45:20 | 11 | seats. |
| 03:45:20 | 12 | Q.    And what happened in the three |
| 03:45:22 | 13 | elections where a majority of the |
| 03:45:23 | 14 | votes didn't translate into a majority |
| 03:45:26 | 15 | of the seats? |
| 03:45:27 | 16 | A.    So there were two cases the |
| 03:45:29 | 17 | auditors race in 2012 and the |
| 03:45:32 | 18 | auditor's race in 2016, or the |
| 03:45:35 | 19 | statewide candidate, the one was a |
| 03:45:38 | 20 | Democrat, but that under the Gressman |
| 03:45:39 | 21 | Math and Sciences plan, the |
| 03:45:41 | 22 | Republicans would have won a majority |
| 03:45:44 | 23 | of the Districts.  And there was also |
| 03:45:45 | 24 | one plan or one election, the senate |
| 03:45:50 | 25 | election in 2016 where the Republican |

226

| | | |
|---|---|---|
| 03:45:52 | 1 | candidate won the statewide vote, but |
| 03:45:55 | 2 | the Democrats would have gotten a |
| 03:45:58 | 3 | majority of the seats under the |
| 03:45:59 | 4 | Gressman map. |
| 03:46:01 | 5 | Q.      And how did the other maps you |
| 03:46:03 | 6 | evaluated perform using this approach? |
| 03:46:09 | 7 | A.      So the Gressman map was tied |
| 03:46:11 | 8 | for the best in terms of the total |
| 03:46:12 | 9 | number of outcomes of 15 out of 18, |
| 03:46:15 | 10 | and also, you know, had this sort of |
| 03:46:17 | 11 | good sign that it treated the parties |
| 03:46:18 | 12 | as equally as possible in deviations |
| 03:46:21 | 13 | from that, so having some were |
| 03:46:24 | 14 | deviated for the Republican, some were |
| 03:46:26 | 15 | deviated for the Democrats, and that |
| 03:46:29 | 16 | was not a case across all of the maps. |
| 03:46:31 | 17 | So in particular, I think, four of the |
| 03:46:36 | 18 | plans had cases where all of the |
| 03:46:38 | 19 | deviations favored one party. |
| 03:46:41 | 20 | Q.      Which of the maps performed the |
| 03:46:43 | 21 | worst in terms of partisan fairness |
| 03:46:48 | 22 | when using this approach to test for |
| 03:46:52 | 23 | partisan fairness? |
| 03:46:52 | 24 | A.      So under this approach, those |
| 03:46:56 | 25 | were the two Reschenthaler maps, each |

227

| | | |
|---|---|---|
| 03:46:57 | 1 | of which had six elections where the |
| 03:47:01 | 2 | Democratic candidate won the statewide |
| 03:47:01 | 3 | majority, but the sort of Republican |
| 03:47:05 | 4 | party would have won a majority of the |
| 03:47:06 | 5 | seats. |
| 03:47:06 | 6 | Q.     And how did the House |
| 03:47:08 | 7 | Republicans map perform using this |
| 03:47:11 | 8 | approach? |
| 03:47:11 | 9 | A.     So it was a similar approach to |
| 03:47:15 | 10 | the Reschenthaler maps, in that it --- |
| 03:47:15 | 11 | there were five elections where it |
| 03:47:17 | 12 | failed to convert majorities from the |
| 03:47:20 | 13 | Democratic party and no elections |
| 03:47:25 | 14 | where a Republican candidate won the |
| 03:47:27 | 15 | statewide race, but the Democrats |
| 03:47:30 | 16 | would have gotten the majority of the |
| 03:47:33 | 17 | seats. |
| 03:47:33 | 18 | Q.     At the beginning of your |
| 03:47:34 | 19 | testimony you mentioned --- or on |
| 03:47:35 | 20 | partisan fairness you mentioned |
| 03:47:35 | 21 | partisan symmetry. Can you explain to |
| 03:47:35 | 22 | the Court what you mean by partisan |
| 03:47:42 | 23 | symmetry? |
| 03:47:42 | 24 | A.     Yeah. So the idea here sort of |
| 03:47:43 | 25 | extends the original idea of |

228

| | | |
|---|---|---|
| 03:47:47 | 1 | majoritarianism to try to evaluate how |
| 03:47:50 | 2 | the plans treat voters from each party |
| 03:47:54 | 3 | symmetrically, perhaps under sort of |
| 03:47:55 | 4 | shifts of the underlying voting data. |
| 03:47:58 | 5 | Q.    What was the first technique |
| 03:48:00 | 6 | that you used to evaluate the partisan |
| 03:48:03 | 7 | symmetry of the different maps? |
| 03:48:08 | 8 | A.    As with the previous expert I |
| 03:48:10 | 9 | evaluated the difference between the |
| 03:48:13 | 10 | mean and median score. |
| 03:48:14 | 11 | Q.    Okay. |
| 03:48:25 | 12 | I'm displaying on the screen, |
| 03:48:27 | 13 | from your rebuttal report, on page 13, |
| 03:48:30 | 14 | Figure 1, and I think it might be |
| 03:48:31 | 15 | helpful to just walk through it for |
| 03:48:33 | 16 | the Court. |
| 03:48:33 | 17 | So what do - what do the dots |
| 03:48:35 | 18 | on this figure represent? |
| 03:48:40 | 19 | A.    So each row of dots is |
| 03:48:43 | 20 | associated to one of the proposed |
| 03:48:48 | 21 | plans by the parties and then each |
| 03:48:51 | 22 | individual dot corresponds to that |
| 03:48:51 | 23 | mean median difference for one of the |
| 03:48:53 | 24 | 18 elections.  So there's 18 dots in |
| 03:48:55 | 25 | each row here.  And the new median |

229

03:48:59  1   score is signed, so here positive

03:49:01  2   values that are colored blue indicate

03:49:04  3   elections under that particular map

03:49:06  4   that would have had favorable values

03:49:08  5   for the Democratic party under the

03:49:14  6   score, whereas the red values indicate

03:49:16  7   elections that would have had a

03:49:16  8   favorable value for the Republican

03:49:20  9   party for the score.

03:49:20  10  Q.      And what does the purple line

03:49:24  11  down the middle represent?

03:49:24  12  A.      So the purple line is centered

03:49:25  13  at zero, which is the ideal value

03:49:27  14  under this measure, so the idea being

03:49:32  15  that there's sort of a transition in

03:49:33  16  sort of majority of the representation

03:49:38  17  right at zero.

03:49:43  18  Q.      Okay.

03:49:43  19          And so what does that show you

03:49:44  20  about the partisan fairness of the

03:49:46  21  various maps that are under

03:49:48  22  consideration?

03:49:49  23  A.      So there's two things we're

03:49:50  24  looking for here.  The first is that

03:49:53  25  because we have this ideal value of

230

| | | |
|---|---|---|
| 03:49:55 | 1 | zero, and it's sort of the best score |
| 03:49:57 | 2 | you can achieve on this metric, we |
| 03:49:59 | 3 | want to see points that are close to |
| 03:50:01 | 4 | zero and being representing sort of |
| 03:50:03 | 5 | results that are more fair.  And so |
| 03:50:05 | 6 | the idea there is that values on |
| 03:50:09 | 7 | either side that are closer to zero |
| 03:50:13 | 8 | treat --- are better at treating the |
| 03:50:14 | 9 | voters from each party equally. |
| 03:50:16 | 10 | So in corresponding the values |
| 03:50:18 | 11 | that are further away on either side |
| 03:50:20 | 12 | correspond to sort of less fair |
| 03:50:20 | 13 | elections under this metric. |
| 03:50:25 | 14 | The other thing we sort of |
| 03:50:26 | 15 | expect to see in a reasonably fair |
| 03:50:28 | 16 | plan is values on both sides of zero, |
| 03:50:31 | 17 | sort of representing that under some |
| 03:50:34 | 18 | of those elections that favored one |
| 03:50:34 | 19 | party on other elections favoring |
| 03:50:40 | 20 | another party. |
| 03:50:40 | 21 | Q.      Okay. |
| 03:50:40 | 22 | And how did the Gressman Math |
| 03:50:42 | 23 | and Science map perform in your |
| 03:50:43 | 24 | evaluation of mean median scores? |
| 03:50:46 | 25 | A.      So it performs very well.  So |

231

| | | |
|---|---|---|
| 03:50:48 | 1 | absolutely as well as in relation to |
| 03:50:48 | 2 | the other parties, so it has some |
| 03:50:51 | 3 | values, some elections that favor both |
| 03:50:56 | 4 | parties, and it has sort of the small |
| 03:50:58 | 5 | range of values from the smallest |
| 03:51:01 | 6 | value that it observes across these |
| 03:51:03 | 7 | elections up to the largest ones. |
| 03:51:05 | 8 | Q.      And which maps performed the |
| 03:51:07 | 9 | most poorly on mean median score? |
| 03:51:10 | 10 | A.      So there's, you know, a couple |
| 03:51:12 | 11 | of ways to measure this, as I said. |
| 03:51:14 | 12 | The first one is we can see that the |
| 03:51:17 | 13 | two Reschenthaler maps and the House |
| 03:51:25 | 14 | Republicans map over all of the |
| 03:51:25 | 15 | elections have Republican favoring |
| 03:51:26 | 16 | values, so there weren't sort of |
| 03:51:26 | 17 | differences between the two there. |
| 03:51:27 | 18 | They also had fairly large ranges, |
| 03:51:31 | 19 | which are reported in the next table, |
| 03:51:32 | 20 | I think, in the report. |
| 03:51:34 | 21 | Q.      Okay. |
| 03:51:35 | 22 | What other techniques did you |
| 03:51:36 | 23 | use to assess partisan symmetry? |
| 03:51:39 | 24 | A.      The final technique --- and |
| 03:51:42 | 25 | like the mean median score, this was |

232

| | | |
|---|---|---|
| 03:51:44 | 1 | one that was sort of referenced |
| 03:51:45 | 2 | explicitly in the discussion the |
| 03:51:48 | 3 | League of Women Voters was the |
| 03:51:48 | 4 | efficiency gap measure. |
| 03:51:52 | 5 | Q.      Okay. |
| 03:51:52 | 6 | What does the efficiency gap |
| 03:51:56 | 7 | measure? |
| 03:51:56 | 8 | A.      So the efficiency gap is |
| 03:51:58 | 9 | designed to sort of capture the |
| 03:51:58 | 10 | difference in the number of wasted |
| 03:52:03 | 11 | votes between the two parties in a |
| 03:52:05 | 12 | given election. |
| 03:52:06 | 13 | Q.      Can you explain to the Court, |
| 03:52:08 | 14 | please, what it means for votes to be |
| 03:52:10 | 15 | wasted? |
| 03:52:11 | 16 | A.      So it's defined in the sort of |
| 03:52:14 | 17 | original paper that introduced the |
| 03:52:16 | 18 | efficiency gap.  There's two ways that |
| 03:52:17 | 19 | a vote can count as wasted in a |
| 03:52:17 | 20 | particular election.  So the first is |
| 03:52:21 | 21 | it counts any vote that goes towards a |
| 03:52:23 | 22 | candidate that lost in a particular |
| 03:52:23 | 23 | district as wasted, because it didn't |
| 03:52:27 | 24 | go for a winning candidate.  The other |
| 03:52:28 | 25 | way a vote can be wasted if it's for a |

233

03:52:31   1   winning candidate, somebody who won

03:52:35   2   the district but was beyond those that

03:52:35   3   were actually needed to win a

03:52:39   4   district.

03:52:39   5   Q.      And if there are a lot of

03:52:43   6   wasted votes for one party but not the

03:52:48   7   other, what does that tell you about a

03:52:49   8   map's partisan fairness?

03:52:49   9   A.      So that's a sign or at least a

03:52:49   10   measure that's capturing something

03:52:49   11   about unequal treatment that voters

03:52:54   12   from parties are sort of wasting votes

03:52:57   13   in different quantities.

03:52:59   14   Q.      I'm now displaying on the

03:53:01   15   screen, from your rebuttal report,

03:53:03   16   Figure 2, which appears on page 14.

03:53:06   17   Again, can you just explain for the

03:53:07   18   Court what the dots represent on this

03:53:09   19   figure?

03:53:10   20   A.      So here the dots represent the

03:53:12   21   efficiency gap scores.  Again, the

03:53:14   22   rows correspond to the proposed plans

03:53:16   23   by the parties and each dot

03:53:16   24   corresponds to the efficiency gap

03:53:22   25   score for that proposed plan in one of

234

| | | |
|---|---|---|
| 03:53:26 | 1 | the 18 elections. |
| 03:53:26 | 2 | Q.      And what does the line down the |
| 03:53:28 | 3 | middle on this chart represent? |
| 03:53:33 | 4 | A.      So again, that line is posted |
| 03:53:33 | 5 | zero, which is the ideal value under |
| 03:53:34 | 6 | this measure that would have sort of |
| 03:53:35 | 7 | exactly the same number of wasted |
| 03:53:36 | 8 | votes for both parties. |
| 03:53:38 | 9 | Q.      Okay. |
| 03:53:39 | 10 | And what does this figure |
| 03:53:41 | 11 | demonstrate about the relative |
| 03:53:42 | 12 | partisan fairness of the maps under |
| 03:53:45 | 13 | consideration? |
| 03:53:46 | 14 | A.      So the same two criteria to try |
| 03:53:50 | 15 | to understand how the maps are |
| 03:53:54 | 16 | performing here are true from the mean |
| 03:53:54 | 17 | median score.  So we'd like to see in |
| 03:53:56 | 18 | maps that are fair, lots of values |
| 03:53:58 | 19 | that are closer and closer around zero |
| 03:54:00 | 20 | as well as sort of a small overall |
| 03:54:05 | 21 | range of values that are observed |
| 03:54:05 | 22 | across the maps. |
| 03:54:06 | 23 | Q.      Okay. |
| 03:54:06 | 24 | And how did the math and |
| 03:54:08 | 25 | science map perform with respect to |

235

03:54:10   1    its efficiency gap score?

03:54:12   2    A.      So as with the median score it

03:54:16   3    performs very well.  It has values for

03:54:18   4    both parties as a sort of small range

03:54:20   5    of overall values, and the values

03:54:22   6    themselves are sort of clustered near

03:54:25   7    zero, particularly relative to the

03:54:30   8    other collection of maps.

03:54:30   9    Q.      Okay.

03:54:31   10          Are you aware that several

03:54:33   11   experts have evaluated maps using a

03:54:35   12   website called Plan Score?

03:54:37   13   A.      Yes, I am.

03:54:39   14   Q.      And can you tell the Court what

03:54:41   15   Plan Score is?

03:54:42   16   A.      Plan Score is a website that's

03:54:47   17   designed to make it easy to evaluate,

03:54:49   18   at least some aspects of the expected

03:54:50   19   partisan performance of districting

03:54:52   20   plans.  So you upload a shape file to

03:54:54   21   the website, it has a collection of

03:54:55   22   historical data as well as sort of a

03:54:58   23   very clever statistical model that it

03:55:01   24   uses to evaluate a collection of

03:55:07   25   partisan symmetry measures for that

236

03:55:09    1    proposed plan.

03:55:09    2    Q.      And after reviewing the other

03:55:09    3    expert reports, did you do anything to

03:55:11    4    test their conclusions about how maps

03:55:17    5    performed on Plan Score?

03:55:19    6    A.      Yes, I did.

03:55:19    7    Q.      And can you tell the Court what

03:55:21    8    you did?

03:55:22    9    A.      So I took each of the shape

03:55:23    10   files for the proposed maps of the

03:55:27    11   parties and put them up on Plan Score

03:55:31    12   to get it sort of report evaluations

03:55:34    13   of the four person metrics that it

03:55:35    14   reports.

03:55:35    15   Q.      And what did that show you?

03:55:37    16   A.      So across all of the four

03:55:41    17   metrics and across all of the plans,

03:55:44    18   the mathematicians and scientists map

03:55:50    19   performed the best with exactly one

03:55:50    20   exception.  So the efficiency gap

03:55:52    21   measure of the House Democratic map

03:55:55    22   was --- had a score of 1.2 compared to

03:55:58    23   a score of 1.4 and mathematicians and

03:56:01    24   scientists plan, but for every other

03:56:02    25   plan and on every other measure, the

237

| | | |
|---|---|---|
| 03:56:02 | 1 | mathematician and scientist plan got |
| 03:56:13 | 2 | the best score. |
| 03:56:13 | 3 | Q.    Okay. |
| 03:56:13 | 4 | So if you were evaluating all |
| 03:56:16 | 5 | of these metrics together together, |
| 03:56:16 | 6 | what bottom line conclusions did you |
| 03:56:16 | 7 | draw about the partisan fairness of |
| 03:56:20 | 8 | the math and science map? |
| 03:56:20 | 9 | A.    So that the math and sciences |
| 03:56:24 | 10 | map performs remarkably well on these |
| 03:56:26 | 11 | measures, and in particular its |
| 03:56:29 | 12 | ability to translate even small |
| 03:56:32 | 13 | majorities for both parties into sort |
| 03:56:32 | 14 | of electoral majorities is, you know, |
| 03:56:34 | 15 | a very good sign about its fairness. |
| 03:56:38 | 16 | You know, the plan score results |
| 03:56:38 | 17 | themselves are very strong and |
| 03:56:40 | 18 | demonstrate that, you know, the map |
| 03:56:40 | 19 | under a broad collection of symmetry |
| 03:56:40 | 20 | measures performs very close to the |
| 03:56:50 | 21 | ideal values and better than the other |
| 03:56:50 | 22 | proposed maps, and the same is true |
| 03:56:55 | 23 | for the specific details in my report. |
| 03:56:57 | 24 | Q.    And so taking all of the |
| 03:56:58 | 25 | metrics together is there any map that |

238

| | | |
|---|---|---|
| 03:57:01 | 1 | performs better than the Gressman Math |
| 03:57:06 | 2 | Science map with respect to partisan |
| 03:57:08 | 3 | fairness? |
| 03:57:08 | 4 | A.      No, there's not. |
| 03:57:09 | 5 | Q.      Did you perform an ensemble |
| 03:57:09 | 6 | analysis to test the map's partisan |
| 03:57:17 | 7 | fairness? |
| 03:57:17 | 8 | A.      No, I did not. |
| 03:57:17 | 9 | Q.      Why not? |
| 03:57:18 | 10 | A.      So I didn't think it was |
| 03:57:20 | 11 | necessary here. You know, ensemble |
| 03:57:25 | 12 | analyses are great for determining |
| 03:57:28 | 13 | facts about, you know, expected values |
| 03:57:28 | 14 | of distributions based on modeling |
| 03:57:29 | 15 | decisions over the state, but what we |
| 03:57:32 | 16 | have here, and particularly in my |
| 03:57:34 | 17 | initial analysis of the mathematician |
| 03:57:36 | 18 | and scientist map, it achieves, you |
| 03:57:41 | 19 | know, very good values on the absolute |
| 03:57:43 | 20 | scorers. And given they're |
| 03:57:43 | 21 | interpretations as actual measurements |
| 03:57:45 | 22 | of partisan fairness, the fact that |
| 03:57:47 | 23 | they achieve those values doesn't need |
| 03:57:50 | 24 | to be excused by trying to understand |
| 03:57:56 | 25 | a different distribution. |

239

| | | |
|---|---|---|
| 03:57:56 | 1 | Q.      Did you review an expert report |
| 03:57:59 | 2 | prepared by Professor Barber? |
| 03:58:00 | 3 | A.      Yes, I did. |
| 03:58:01 | 4 | Q.      And did you evaluate his |
| 03:58:07 | 5 | ensemble analysis? |
| 03:58:07 | 6 | A.      To the extent it was possible |
| 03:58:10 | 7 | from the information provided in the |
| 03:58:13 | 8 | report. |
| 03:58:13 | 9 | Q.      Do you agree with his |
| 03:58:14 | 10 | conclusion about what his ensemble |
| 03:58:17 | 11 | analysis shows? |
| 03:58:18 | 12 | A.      No, I do not. |
| 03:58:18 | 13 | Q.      So for the reason that I just |
| 03:58:21 | 14 | mentioned that, you know, looking at |
| 03:58:23 | 15 | this plan you can see that it achieves |
| 03:58:27 | 16 | excellent scores on the partisan |
| 03:58:29 | 17 | fairness measures.  And so the fact |
| 03:58:34 | 18 | that you can draw lots of plans that |
| 03:58:37 | 19 | get poor scores on those measures, |
| 03:58:39 | 20 | doesn't mean that a plan that gets |
| 03:58:41 | 21 | better scores should be, you know, |
| 03:58:47 | 22 | discarded. |
| 03:58:47 | 23 | Q.      Okay. |
| 03:58:48 | 24 |         Did you evaluate how the |
| 03:58:49 | 25 | different maps performed with respect |

240

| | | |
|---|---|---|
| 03:58:51 | 1 | to pairing of incumbents? |
| 03:58:57 | 2 | A.      Yes, I did. |
| 03:58:58 | 3 | Q.      And why did you evaluate that? |
| 03:58:59 | 4 | A.      So this is, again, one of these |
| 03:59:01 | 5 | features of sort of complexity of |
| 03:59:04 | 6 | redistricting analysis that it's |
| 03:59:04 | 7 | certainly possible that by choosing |
| 03:59:07 | 8 | which incumbents are paired in which |
| 03:59:10 | 9 | districts and which party they come |
| 03:59:12 | 10 | from, that there can be, you know, |
| 03:59:14 | 11 | unequally distributed harms from those |
| 03:59:22 | 12 | pairings in the proposed plans. |
| 03:59:22 | 13 | Q.      Okay. |
| 03:59:22 | 14 |       And how did the Gressman Math |
| 03:59:28 | 15 | and Science map perform with respect |
| 03:59:28 | 16 | to the pairing of incumbents? |
| 03:59:29 | 17 | A.      So it does the best possible, |
| 03:59:30 | 18 | so because Pennsylvania is moving from |
| 03:59:32 | 19 | 18 to 17 districts, there has to be at |
| 03:59:36 | 20 | least one repairing in each of the |
| 03:59:40 | 21 | plans.  But there are two current |
| 03:59:41 | 22 | representatives who are not running |
| 03:59:42 | 23 | for re-election this year, and one of |
| 03:59:44 | 24 | those is one of the two in a paired |
| 03:59:47 | 25 | district in the mathematicians and |

241

03:59:48  1   scientist plan.

03:59:49  2   Q.      And how did that compare to the

03:59:51  3   other maps that you looked at?

03:59:53  4   A.      So all of the other maps had at

03:59:56  5   least one district to where there are

03:59:57  6   two current representatives who are

04:00:00  7   seeking re-election that are paired.

04:00:06  8   Q.      And was this, in your view, a

04:00:09  9   potential sign of partisan unfairness

04:00:11  10  in any of the maps?

04:00:12  11  A.      There are some imbalances in

04:00:12  12  terms of the numbers of candidates

04:00:15  13  from each party that are paired in

04:00:17  14  some of the maps.

04:00:18  15  Q.      Can you provide the Court with

04:00:19  16  some examples?

04:00:20  17  A.      Yeah, sure.  Sorry.  So for

04:00:22  18  example, in the Senate Democratic's

04:00:26  19  map two among the sort of paired

04:00:30  20  candidates there are three Republicans

04:00:31  21  and one Democrat.  A similar thing is

04:00:33  22  the true for the Rechenthaler first

04:00:37  23  map, but in reverse so there's three

04:00:38  24  Democrats and one Republican paired

04:00:41  25  there.

242

| | | |
|---|---|---|
| 04:00:41 | 1 | Q.      Okay. |
| 04:00:44 | 2 | Let's talk now about minority |
| 04:00:45 | 3 | electoral opportunity.  Why did you |
| 04:00:49 | 4 | evaluate that? |
| 04:00:50 | 5 | A.      So I evaluated that to, you |
| 04:00:54 | 6 | know, understand sort of compliance |
| 04:00:57 | 7 | with the Voting Rights Act as well as |
| 04:00:59 | 8 | to sort of understand it is a |
| 04:01:01 | 9 | traditional redistricting principle. |
| 04:01:06 | 10 | Q.      Okay. |
| 04:01:06 | 11 | In Pennsylvania what is the |
| 04:01:10 | 12 | minority citizen voting age population |
| 04:01:16 | 13 | as of the latest census? |
| 04:01:17 | 14 | A.      It's about one-fifth or 20 |
| 04:01:18 | 15 | percent. |
| 04:01:18 | 16 | Q.      So in a 17 district map, how |
| 04:01:21 | 17 | many reasonably compact majority, |
| 04:01:26 | 18 | minority electoral --- minority |
| 04:01:28 | 19 | opportunity districts would you expect |
| 04:01:30 | 20 | to see? |
| 04:01:31 | 21 | A.      So you know .2 times 17 is a |
| 04:01:34 | 22 | little over 3, so about 3. |
| 04:01:36 | 23 | Q.      And your report discusses an |
| 04:01:39 | 24 | analysis that you performed of |
| 04:01:41 | 25 | minority electoral opportunity in the |

243

| | | |
|---|---|---|
| 04:01:45 | 1 | math and science map, what did you |
| 04:01:47 | 2 | conclude about its creation of |
| 04:01:49 | 3 | effective minority districts? |
| 04:01:51 | 4 | A.    I concluded that the three |
| 04:01:55 | 5 | districts in the plan, which are |
| 04:01:57 | 6 | Districts 2, 3 and 5 are all sort of |
| 04:02:00 | 7 | minority effective. |
| 04:02:01 | 8 | Q.    Have you reviewed briefs from |
| 04:02:03 | 9 | the Republican intervenors suggesting |
| 04:02:05 | 10 | that the math and science map is a |
| 04:02:08 | 11 | racial gerrymander? |
| 04:02:11 | 12 | A.    Yes. |
| 04:02:11 | 13 | Q.    And did you see any evidence of |
| 04:02:13 | 14 | racial gerrymandering in the data |
| 04:02:16 | 15 | that's reflected in the math and |
| 04:02:17 | 16 | science map? |
| 04:02:19 | 17 | A.    No, I did not. |
| 04:02:20 | 18 | Q.    What would you expect to see in |
| 04:02:22 | 19 | a racial gerrymandering situation? |
| 04:02:26 | 20 | A.    So you might expect to see |
| 04:02:28 | 21 | things like failures of compactness or |
| 04:02:28 | 22 | if the tentacles and claws reaching |
| 04:02:33 | 23 | out to grab, you know, particularly in |
| 04:02:36 | 24 | densely populated regions of minority |
| 04:02:39 | 25 | voters.  You might also expect to see, |

244

| | | |
|---|---|---|
| 04:02:39 | 1 | you know, particular numerical targets |
| 04:02:43 | 2 | that are drawn, and I didn't observe |
| 04:02:44 | 3 | any of that in those three districts. |
| 04:02:49 | 4 | Q.      Okay. |
| 04:02:50 | 5 | And based on your expertise and |
| 04:02:53 | 6 | your analyses of all of the different |
| 04:02:55 | 7 | maps, which map in your view best |
| 04:02:58 | 8 | complies with Pennsylvania's |
| 04:03:00 | 9 | constitutional and also the federal |
| 04:03:02 | 10 | criteria for redistricting? |
| 04:03:05 | 11 | A.      The mathematician and science |
| 04:03:11 | 12 | map. |
| 04:03:11 | 13 | ATTORNEY RING-AMUNSON: |
| 04:03:12 | 14 | Thank you. |
| 04:03:16 | 15 | ATTORNEY SENOFF: |
| 04:03:17 | 16 | Your Honor, David |
| 04:03:17 | 17 | Senoff.  I'd just object to the last |
| 04:03:17 | 18 | question and answer as being --- |
| 04:03:18 | 19 | calling for this witness to opine on |
| 04:03:20 | 20 | the law. |
| 04:03:21 | 21 | ATTORNEY RING-AMUNSON: |
| 04:03:21 | 22 | Your Honor, my response |
| 04:03:22 | 23 | is that I asked him in his expert |
| 04:03:24 | 24 | opinion.  He's been offered and |
| 04:03:29 | 25 | stipulated as an expert in |

245

04:03:31     1    redistricting.

04:03:31     2              ATTORNEY SENOFF:

04:03:31     3              But the question was

04:03:32     4    whether or not the constitutional

04:03:35     5    requirements as set forth in

04:03:40     6    particular Pennsylvania case law, not

04:03:42     7    whether it meets the standard in the

04:03:43     8    industry, for example, or standards by

04:03:46     9    which other redistricting plans are

04:03:54    10    judged.  It specifically asks a

04:03:55    11    comparison to the Pennsylvania

04:03:57    12    Constitution and the Supreme Court's

04:03:58    13    decision of League of Women Voters.

04:04:00    14              JUDGE McCULLOUGH:

04:04:00    15              Counsel, either I need

04:04:02    16    to have the question read back or you

04:04:04    17    can restate the question.

04:04:05    18              ATTORNEY RING-AMUNSON:

04:04:05    19              I'm happy to restate the

04:04:07    20    question, Your Honor.

04:04:08    21              JUDGE McCULLOUGH:

04:04:08    22              Okay.

04:04:09    23    BY ATTORNEY RING-AMUNSON:

04:04:09    24    Q.        With respect to your evaluation

04:04:10    25    of equal population, compactness,

246

04:04:13   1   contiguity, respecting political

04:04:17   2   subdivisions where unless absolutely

04:04:20   3   necessary, partisan fairness and

04:04:25   4   compliance with the Voting Rights Act,

04:04:27   5   which map performed the best in your

04:04:29   6   opinion as a redistricting expert?

04:04:30   7   A.      The mathematician and scientist

04:04:32   8   map.

04:04:34   9                    ATTORNEY RING-AMUNSON:

04:04:34   10                   Thank you.

04:04:35   11                   JUDGE McCULLOUGH:

04:04:35   12                   Thank you.  So we'll

04:04:36   13   proceed to Cross, and as we discussed

04:04:38   14   we're just going to keep going back up

04:04:40   15   to the top of the list.  So Petitioner

04:05:16   16   Carter.

04:05:16   17                   ATTORNEY GORDON:

04:05:16   18                   Matthew Gordon for the

04:05:16   19   Carter Petitioners.

04:05:16   20                        - - -

04:05:16   21            CROSS EXAMINATION

04:05:18   22                        - - -

04:05:18   23   BY ATTORNEY GORDON:

04:05:18   24   Q.      Good afternoon, Doctor DeFord.

04:05:18   25   A.      Hi.

247

| | | |
|---|---|---|
| 04:05:22 | 1 | Q.      Doctor DeFord, if I understand |
| 04:05:23 | 2 | you correctly, you did not perform an |
| 04:05:25 | 3 | evaluation of the core of retention |
| 04:05:29 | 4 | vis-a-vis the 2018 plan. |
| 04:05:31 | 5 | Is that correct? |
| 04:05:31 | 6 | A.      That's correct. |
| 04:05:32 | 7 | Q.      So you didn't do any analysis |
| 04:05:34 | 8 | of how much deviation the various |
| 04:05:36 | 9 | plans had from the 2018 plan? |
| 04:05:39 | 10 | A.      That's correct. |
| 04:05:40 | 11 | Q.      But you expressed some support |
| 04:05:43 | 12 | for the 2018 plan in your report |
| 04:05:45 | 13 | saying that it served as an effective |
| 04:05:47 | 14 | baseline for considering plans. |
| 04:05:50 | 15 | Correct? |
| 04:05:51 | 16 | A.      That's correct.  In particular |
| 04:05:52 | 17 | with respect to some of the decisions |
| 04:05:54 | 18 | that were made, you know, |
| 04:05:58 | 19 | prioritizing, say, borough splits over |
| 04:05:58 | 20 | county lines and things like that as |
| 04:06:01 | 21 | well. |
| 04:06:01 | 22 | Q.      And you also opined in your |
| 04:06:05 | 23 | report, or you noted in your report |
| 04:06:07 | 24 | that the 2018 map was extensively |
| 04:06:07 | 25 | vetted and analyzed according to legal |

248

| | | |
|---|---|---|
| 04:06:12 | 1 | and traditional redistricting |
| 04:06:12 | 2 | criteria. |
| 04:06:12 | 3 | Correct? |
| 04:06:13 | 4 | A.      That's correct. |
| 04:06:14 | 5 | Q.      And you said, and thus its |
| 04:06:16 | 6 | performance on metrics evaluating this |
| 04:06:18 | 7 | criteria can serve as a starting point |
| 04:06:20 | 8 | or baseline for identifying |
| 04:06:22 | 9 | potentially reasonable values for |
| 04:06:24 | 10 | plans created now. |
| 04:06:25 | 11 | Correct? |
| 04:06:25 | 12 | A.      Yes, that's correct. |
| 04:06:29 | 13 | Q.      I want to ask you a couple of |
| 04:06:31 | 14 | questions about subdivision splits. |
| 04:06:33 | 15 | If I understand correctly, you did not |
| 04:06:35 | 16 | evaluate precinct splits or VTD |
| 04:06:40 | 17 | splits. |
| 04:06:40 | 18 | Is that correct? |
| 04:06:41 | 19 | A.      Yes, that's correct. |
| 04:06:41 | 20 | Q.      You did evaluate the number of |
| 04:06:48 | 21 | borough splits. |
| 04:06:49 | 22 | Correct? |
| 04:06:49 | 23 | A.      Yes. |
| 04:06:50 | 24 | Q.      And I believe --- I want to |
| 04:06:52 | 25 | draw your attention to page 14 of your |

249

04:06:54  1    initial report where you discussed the
04:06:56  2    borough splits.  And at paragraph 42
04:06:56  3    here you first note that there are 955
04:06:56  4    boroughs in the state.
04:07:09  5         Correct?
04:07:09  6    A.    Yes.
04:07:09  7    Q.    And the GSM plan splits three
04:07:09  8    boroughs.
04:07:09  9         Correct?
04:07:11  10   A.    Yes.
04:07:11  11   Q.    And then you go on later in the
04:07:13  12   report on the next page, page 15,
04:07:15  13   paragraph 45, you say that the GSM map
04:07:21  14   split those three boroughs because it
04:07:23  15   was necessary to do so to preserve
04:07:26  16   county boundaries.
04:07:27  17        Do I have that right?
04:07:28  18   A.    Yes, the borough boundary there
04:07:30  19   crosses the county boundary, and so if
04:07:33  20   those two counties are assigned in
04:07:35  21   different plans you have to make
04:07:36  22   decision to either split the borough
04:07:39  23   or split the county.
04:07:40  24   Q.    And the GSM map made the
04:07:42  25   decision to split the borough instead

250

| | | |
|---|---|---|
| 04:07:45 | 1 | of the county? |
| 04:07:46 | 2 | A.      That's correct.  Following the |
| 04:07:46 | 3 | choice made in the 2018 plan, which |
| 04:07:48 | 4 | splits six boroughs but all for the |
| 04:07:51 | 5 | same reason. |
| 04:07:51 | 6 | Q.      I'm sorry, I didn't hear |
| 04:07:51 | 7 | the ---. |
| 04:07:52 | 8 | A.      I'm sorry all along --- all for |
| 04:07:55 | 9 | the same reason.  They all sort of |
| 04:07:57 | 10 | cross the county line. |
| 04:07:57 | 11 | Q.      And you said that you decided |
| 04:08:00 | 12 | in your analysis to not count these |
| 04:08:05 | 13 | three borough splits against the GSM |
| 04:08:05 | 14 | plan because they occurred along |
| 04:08:05 | 15 | county lines. |
| 04:08:09 | 16 |        Correct? |
| 04:08:09 | 17 | A.      That's correct. |
| 04:08:10 | 18 | Q.      And you also noted that |
| 04:08:11 | 19 | counties are considered to be a more |
| 04:08:13 | 20 | fundamental political unit than |
| 04:08:15 | 21 | boroughs. |
| 04:08:15 | 22 |        Correct? |
| 04:08:16 | 23 | A.      That's correct. |
| 04:08:16 | 24 | Q.      In other words, in your view |
| 04:08:18 | 25 | it's more important to avoid a county |

251

| | | |
|---|---|---|
| 04:08:22 | 1 | split than a borough split. |
| 04:08:22 | 2 | Correct? |
| 04:08:24 | 3 | A.    That's correct. |
| 04:08:24 | 4 | Q.    I want to ask you a couple of |
| 04:08:26 | 5 | questions about your compactness |
| 04:08:28 | 6 | analysis. |
| 04:08:28 | 7 | A.    Okay. |
| 04:08:28 | 8 | Q.    I think you said in both your |
| 04:08:30 | 9 | report and on Direct Exam from Counsel |
| 04:08:34 | 10 | there are a number of different |
| 04:08:36 | 11 | compactness measures. |
| 04:08:38 | 12 | Right? |
| 04:08:38 | 13 | A.    Yes. |
| 04:08:38 | 14 | Q.    And each one accounts for a |
| 04:08:40 | 15 | slightly different piece of |
| 04:08:42 | 16 | information. |
| 04:08:43 | 17 | Correct? |
| 04:08:43 | 18 | A.    That's correct. |
| 04:08:43 | 19 | Q.    And I think you said in your |
| 04:08:45 | 20 | report that --- or maybe you didn't, |
| 04:08:46 | 21 | but do you have an opinion about |
| 04:08:47 | 22 | whether one of those compactness |
| 04:08:48 | 23 | measures is better than another? |
| 04:08:52 | 24 | A.    I mean, I really do think that |
| 04:08:53 | 25 | they each capture something different |

252

04:08:56    1    and so you certainly can construct

04:08:58    2    examples, where one of them would be

04:09:00    3    sort of appropriate for flagging the

04:09:03    4    failure of regularity of a boundary

04:09:03    5    but it would sort of pass a test based

04:09:09    6    on another metric.

04:09:09    7    Q.      And in this particular case,

04:09:09    8    did you come to an opinion about which

04:09:11    9    of the compactness scores was more ---

04:09:13    10    was better to use in this particular

04:09:18    11    case for this map analysis than

04:09:20    12    others?

04:09:21    13    A.      No, I didn't.

04:09:21    14    Q.      And that's why you chose to

04:09:23    15    look at them all or four of them

04:09:26    16    together?

04:09:26    17    A.      That's correct.

04:09:27    18    Q.      And I think similarly ---

04:09:29    19    actually, I'll come back to that.  I

04:09:31    20    wanted to ask you about your

04:09:32    21    discussion about the City of

04:09:33    22    Pittsburgh.

04:09:34    23    A.      Yeah.

04:09:35    24    Q.      And I think you mentioned that

04:09:38    25    you discussed the City of Pittsburgh,

253

04:09:41    1    if I understand correctly, to
04:09:43    2    illustrate that map makers had a
04:09:45    3    choice between keeping Pittsburgh
04:09:47    4    whole and by doing so, sacrificing
04:09:50    5    something on the Polsby-Popper
04:09:54    6    compactness score for splitting
04:09:55    7    Pittsburgh up and getting a better
04:10:01    8    Polsby-Popper Compactness score.
04:10:01    9         Is that accurate?
04:10:02    10   A.    I'm not sure how to quite
04:10:05    11   process the question.
04:10:06    12   Q.    Let me ask a different
04:10:08    13   question.  I don't want to ask a
04:10:09    14   confusing question.
04:10:11    15        My understanding is that your
04:10:13    16   testimony indicated that if the map
04:10:15    17   kept Pittsburgh whole that would
04:10:17    18   necessarily result in a decrease of in
04:10:25    19   the Polsby-Popper compactness score.
04:10:26    20        Is that correct?
04:10:27    21   A.    I think that it did in the
04:10:29    22   proposed plans at least.
04:10:29    23   Q.    In the proposed plans that you
04:10:32    24   reviewed, keeping Pittsburgh whole was
04:10:32    25   a choice that resulted in a lower

254

| 04:10:37 | 1 | Polsby-Popper compactness score? |
| 04:10:40 | 2 | A.      Yes. |
| 04:10:41 | 3 | Q.      And you would agree with me |
| 04:10:44 | 4 | that the Carter map kept the City of |
| 04:10:45 | 5 | Pittsburgh whole. |
| 04:10:45 | 6 |         Correct? |
| 04:10:46 | 7 | A.      Can I look at my report? |
| 04:10:46 | 8 | Sorry.  I'm thinking about a lot of |
| 04:10:47 | 9 | maps here. |
| 04:10:47 | 10 | Q.      Certainly.  What page would you |
| 04:10:49 | 11 | like to look at? |
| 04:10:50 | 12 | A.      There's a table on page seven |
| 04:10:50 | 13 | of the response report, Table 4.  Yes. |
| 04:11:06 | 14 | Sorry, in answer to your question. |
| 04:11:06 | 15 | Q.      Page seven of the response |
| 04:11:08 | 16 | report Table 4? |
| 04:11:09 | 17 | A.      Yes, that's correct. |
| 04:11:11 | 18 | Q.      Okay. |
| 04:11:16 | 19 |         And does that confirm that the |
| 04:11:20 | 20 | Carter map kept Pittsburgh whole? |
| 04:11:22 | 21 | A.      That's correct.  Yeah. |
| 04:11:22 | 22 | Q.      And so as a result of keeping |
| 04:11:22 | 23 | Pittsburgh Whole, the Carter map would |
| 04:11:23 | 24 | have necessarily scored lower on the |
| 04:11:27 | 25 | Polsby-Popper compactness score than |

255

04:11:29   1   it otherwise would have had it chose

04:11:31   2   to split Pittsburgh?

04:11:31   3   A.      I think that requires me to

04:11:34   4   draw conclusions of what would have

04:11:34   5   been done instead, but at least with

04:11:38   6   respect to the proposed maps that I

04:11:40   7   looked at, it was true that the ones

04:11:43   8   that split Pittsburgh had

04:11:47   9   Polsby-Popper scores than the ones

04:11:47  10   that didn't.

04:11:47  11   Q.      And I think you testified

04:11:48  12   earlier that if you included

04:11:50  13   Pittsburgh that would result in a ---

04:11:52  14   if Pittsburgh was a whole District

04:11:57  15   that would result in a lower

04:11:59  16   Polsby-Popper score for these maps?

04:12:03  17   A.      Right.

04:12:06  18   Q.      Keeping on the rebuttal report,

04:12:09  19   Doctor DeFord, I'd like to turn to

04:12:12  20   page five, Table 2 of your rebuttal

04:12:14  21   report, please.  If I understand

04:12:18  22   correctly, here you're looking at the

04:12:19  23   number of county splits.

04:12:21  24        Is that accurate?

04:12:22  25   A.      Yes, in the top row.

256

| | | |
|---|---|---|
| 04:12:23 | 1 | Q.      In the top row.  And then you |
| 04:12:26 | 2 | also have number on non-intact |
| 04:12:29 | 3 | counties, number of pieces, correct. |
| 04:12:30 | 4 | And you would agree with me on this |
| 04:12:33 | 5 | metric the Carter map was slightly |
| 04:12:36 | 6 | better than the GMS map on county |
| 04:12:38 | 7 | splits? |
| 04:12:38 | 8 | A.      That's correct. |
| 04:12:38 | 9 | Q.      And in fact, it was one of the |
| 04:12:40 | 10 | --- it did better than most other maps |
| 04:12:41 | 11 | with respect to county splits, would |
| 04:12:43 | 12 | you agree with that? |
| 04:12:44 | 13 | A.      That's correct. |
| 04:12:44 | 14 | Q.      I want to ask you about |
| 04:12:47 | 15 | partisan fairness in your map --- I'm |
| 04:12:51 | 16 | sorry in your report.  And you start |
| 04:12:57 | 17 | --- you start and you have some |
| 04:13:00 | 18 | metrics that you choose here to |
| 04:13:01 | 19 | evaluate partisan fairness.  The first |
| 04:13:03 | 20 | one --- well, I'm sorry.  Let me just |
| 04:13:05 | 21 | ask you a general question.  Do you |
| 04:13:07 | 22 | recall generally how the Carter map |
| 04:13:09 | 23 | did on the partisan fairness criteria? |
| 04:13:12 | 24 | A.      Can I look it up in the report. |
| 04:13:13 | 25 | Q.      Well, let's go through --- I'll |

257

04:13:15  1   ask you specific questions and then we

04:13:17  2   can circle back if you don't recall.

04:13:18  3   On page ten, paragraph 30, you're

04:13:24  4   discussing your metric that I believe

04:13:26  5   you called direct majority

04:13:29  6   responsiveness.

04:13:29  7         Do you recall that?

04:13:30  8   A.    Yes.

04:13:30  9   Q.        And in here you said that the

04:13:30  10  GSM tied for the fewest

04:13:30  11  anti-majoritiarian outcomes, and you

04:13:30  12  identified three as reflected in the

04:13:30  13  Table 9 on the next page.

04:13:41  14        Correct?

04:13:42  15  A.    Yes.

04:13:42  16  Q.        And in fact, it tied with the

04:13:44  17  Carter map for the fewest

04:13:46  18  anti-majoritarian outcomes.

04:13:49  19        Correct?

04:13:50  20  A.    Yes.

04:13:50  21  Q.        And according to Table 9 here,

04:13:53  22  the Carter map had deviations, more

04:13:59  23  deviations that actually favored

04:14:02  24  Republicans than Democrats, two for

04:14:05  25  Republicans, one for Democrats.

258

04:14:06   1          Correct?

04:14:07   2   A.      That's correct.

04:14:07   3   Q.      And the fact that it had

04:14:08   4   deviations on both sides of the aisle

04:14:11   5   is a hallmark of --- or another

04:14:14   6   indicator of partisan fairness.

04:14:17   7          Correct?

04:14:17   8   A.      Yes.

04:14:18   9   Q.      I want to talk to you about

04:14:19   10  your mean median analysis that you

04:14:21   11  used to evaluate partisan symmetry.

04:14:26   12  If we could go to page 13, figure one.

04:14:32   13  Am I correct that the mean median

04:14:34   14  analysis was used to evaluate --- was

04:14:34   15  one of two measures to evaluate

04:14:40   16  partisan symmetry?

04:14:41   17  A.      Yes.

04:14:41   18  Q.      And I just wanted to ask you a

04:14:43   19  couple questions about the table or

04:14:45   20  the figure one here.  Counsel asked

04:14:47   21  you about whether there were any plans

04:14:49   22  that did --- that faired poorly under

04:14:52   23  this, and I think you identified the

04:14:55   24  Republican Congressional Map 2 and 1

04:14:57   25  as performing particularly poorly

259

04:15:01    1    because all of the --- all of the
04:15:02    2    outcomes were on one side of the
04:15:03    3    aisle?
04:15:04    4    A.      That's correct.
04:15:05    5    Q.      And I want to draw your
04:15:05    6    attention to the House Republicans Map
04:15:11    7    showed a similar feature, all outcomes
04:15:11    8    favoring Republicans.
04:15:12    9           Correct?
04:15:13   10    A.      That's also correct.  Yes.
04:15:15   11    Q.      So would you --- would you
04:15:15   12    agree with me that the House
04:15:17   13    Republicans map also fared
04:15:19   14    particularly poorly under this
04:15:21   15    analysis?
04:15:22   16    A.      Yes, that's correct.
04:15:23   17    Q.      Your efficiency gap analysis,
04:15:27   18    turning to the next page of your
04:15:29   19    report, Figure 2, you evaluate ---
04:15:31   20    this is another measure to evaluate
04:15:36   21    partisan symmetry.
04:15:37   22           Correct?
04:15:37   23    A.      Yes.
04:15:38   24    Q.      And you have, again, a similar
04:15:41   25    plot there.  And then if we could go

260

| | | |
|---|---|---|
| 04:15:43 | 1 | to Table 13 on the next page you |
| 04:15:45 | 2 | calculate some mean scores for |
| 04:15:46 | 3 | efficiency gaps. |
| 04:15:48 | 4 | A.      Yes. |
| 04:15:49 | 5 | Q.      Do you see that? |
| 04:15:50 | 6 | A.      Yes, that's correct. |
| 04:15:54 | 7 | Q.      Now, if I understand correctly, |
| 04:15:55 | 8 | closest to zero here is an indication |
| 04:15:55 | 9 | of treating voters from each party |
| 04:15:59 | 10 | equally? |
| 04:16:00 | 11 | A.      That's right. |
| 04:16:00 | 12 | Q.      And farthest from zero is an |
| 04:16:02 | 13 | indication of less partisan symmetry, |
| 04:16:07 | 14 | i.e. favoring one party more than the |
| 04:16:09 | 15 | other. |
| 04:16:09 | 16 |         Correct? |
| 04:16:10 | 17 | A.      Yes. |
| 04:16:10 | 18 | Q.      And the sign here negative |
| 04:16:10 | 19 | favors Republicans, positive favors |
| 04:16:13 | 20 | Democrats. |
| 04:16:14 | 21 |         Correct? |
| 04:16:14 | 22 | A.      That's correct. |
| 04:16:15 | 23 | Q.      Under this metric, if we look |
| 04:16:17 | 24 | at the mean score, the Carter map had |
| 04:16:19 | 25 | the mean score closest to zero. |

261

| | | |
|---|---|---|
| 04:16:22 | 1 | Correct? |
| 04:16:22 | 2 | A.      That's correct. |
| 04:16:23 | 3 | Q.      Indicating that under this |
| 04:16:25 | 4 | metric the Carter map performed best |
| 04:16:27 | 5 | in treating voters from each party |
| 04:16:29 | 6 | equally. |
| 04:16:30 | 7 | Correct? |
| 04:16:31 | 8 | A.      With respect to the mean.  It |
| 04:16:32 | 9 | has a slightly larger range of values |
| 04:16:37 | 10 | that are seen. |
| 04:16:37 | 11 | Q.      Sure.  And then with respect to |
| 04:16:39 | 12 | the mean also, the maps that do most |
| 04:16:45 | 13 | poorly under your analysis here are |
| 04:16:47 | 14 | the House Republicans map and the |
| 04:16:49 | 15 | Republican Congressional Maps 1 and 2. |
| 04:16:55 | 16 | Correct? |
| 04:16:55 | 17 | A.      That's correct. |
| 04:16:56 | 18 | Q.      And when you analyzed the |
| 04:16:57 | 19 | efficiency gap under more recent |
| 04:17:00 | 20 | elections, and I'd like to turn to |
| 04:17:02 | 21 | page 19 of your report, Figure 6, here |
| 04:17:05 | 22 | you calculate the average efficiency |
| 04:17:08 | 23 | gap from more recent elections, if I |
| 04:17:10 | 24 | understand that correctly, and here |
| 04:17:11 | 25 | again the Carter plan was closest to |

262

04:17:13    1    zero on that one as well.

04:17:16    2            Is that correct?  I'm sorry.

04:17:17    3    Did I pull --- I pulled up the wrong

04:17:19    4    one.  Page 18, figure 4.  My

04:17:22    5    apologies, Doctor.

04:17:23    6    A.       But anyway, yes, that's

04:17:24    7    correct.

04:17:24    8    Q.       Okay.

04:17:25    9            And you can see that reflected

04:17:26   10    in this correct figure now.

04:17:37   11                    ATTORNEY GORDON:

04:17:37   12                    No further questions.

04:17:38   13    Thank you for your time, Doctor

04:17:40   14    DeFord.

04:17:40   15                    JUDGE McCULLOUGH:

04:17:40   16                    Thank you, Counsel.

04:17:41   17                    ATTORNEY GORDON:

04:17:41   18                    Thank you, Your Honor.

04:17:42   19                    JUDGE McCULLOUGH:

04:17:43   20                    Counsel for Secretary

04:17:45   21    Chapman or Governor Wolf, whomever

04:17:51   22    you're coming up for.

04:17:51   23                    ATTORNEY WIYGUL:

04:18:06   24                    Thank you, Your Honor.

04:18:06   25    I'm appearing again in my role as

263

| 04:18:08 | 1 | counsel for the Governor. |
| 04:18:08 | 2 | --- |
| 04:18:08 | 3 | CROSS EXAMINATION |
| 04:18:08 | 4 | --- |
| 04:18:08 | 5 | BY ATTORNEY WIYGUL: |
| 04:18:12 | 6 | Q.      Good afternoon, Doctor DeFord. |
| 04:18:13 | 7 | A.      Good afternoon. |
| 04:18:14 | 8 | Q.      Could I start by also asking |
| 04:18:14 | 9 | you to review a portion of your |
| 04:18:14 | 10 | report. |
| 04:18:14 | 11 | ATTORNEY WIYGUL: |
| 04:18:21 | 12 | And if Ms. Frye would |
| 04:18:21 | 13 | please pull up Table 8 on page nine of |
| 04:18:25 | 14 | your rebuttal report. |
| 04:18:25 | 15 | BY ATTORNEY WIYGUL: |
| 04:18:30 | 16 | Q.      These are the measures of |
| 04:18:33 | 17 | compactness that you've been talking |
| 04:18:34 | 18 | about. |
| 04:18:34 | 19 | Correct? |
| 04:18:35 | 20 | A.      That's correct. |
| 04:18:35 | 21 | Q.      And could you just tell us |
| 04:18:36 | 22 | which map under your calculation has |
| 04:18:38 | 23 | the best Polsby-Popper score? |
| 04:18:42 | 24 | A.      That's the map proposed by the |
| 04:18:44 | 25 | Governor. |

264

04:18:44   1    Q.       And if we look at the mean

04:18:44   2    convex hull, which two maps there

04:18:50   3    score best?

04:18:50   4    A.       The map proposed by the

04:18:53   5    Governor and the first Reschenthaler

04:18:54   6    map.

04:18:54   7    Q.       And those two maps also score

04:18:56   8    the best under the cut edges metric.

04:18:59   9            Is that correct?

04:19:10   10   A.       Yes, that's correct.

04:19:11   11   Q.       And if we could go --- also a

04:19:11   12   table we've looked at already, but

04:19:13   13   Table 9 on page 11 of your --- of the

04:19:16   14   same report, please.  And this is the

04:19:18   15   table that counsel's already discussed

04:19:20   16   shows deviations in each --- for each

04:19:22   17   plan under the various elections.

04:19:27   18            Correct?

04:19:27   19   A.       Yes, that's correct.

04:19:27   20   Q.       And is it true there's only one

04:19:30   21   plan listed here that has perfect

04:19:32   22   balance in the number of Democrat and

04:19:34   23   Republican favoring deviations?

04:19:34   24   A.       Yes, although there are several

04:19:34   25   that are as good as possible given

265

| | | |
|---|---|---|
| 04:19:43 | 1 | they have an odd number of |
| 04:19:44 | 2 | anti-majoritarian results. |
| 04:19:44 | 3 | Q.      Okay. |
| 04:19:45 | 4 | But you would agree with me the |
| 04:19:46 | 5 | Governor's map has an equal number of |
| 04:19:49 | 6 | Democrat versus Republican favoring |
| 04:19:50 | 7 | deviations? |
| 04:19:51 | 8 | A.      Yes, that's correct. |
| 04:19:52 | 9 | Q.      And could we look at Table 12 |
| 04:19:58 | 10 | on page 15 of the same report, please? |
| 04:20:01 | 11 | This is the mean median scores table. |
| 04:20:11 | 12 | Correct? |
| 04:20:12 | 13 | A.      Yes. |
| 04:20:12 | 14 | Q.      And if we look at the mean |
| 04:20:14 | 15 | score row there, would you agree with |
| 04:20:18 | 16 | me that the Carter map and the |
| 04:20:20 | 17 | Governor's map score best under that |
| 04:20:22 | 18 | metric? |
| 04:20:35 | 19 | A.      For the means score? |
| 04:20:35 | 20 | Q.      For the mean score, yeah. |
| 04:20:35 | 21 | A.      No. |
| 04:20:40 | 22 | Q.      Am I wrong that you want to be |
| 04:20:40 | 23 | closer to zero? |
| 04:20:41 | 24 | A.      That's correct. |
| 04:20:42 | 25 | Q.      Okay. |

266

| | | |
|---|---|---|
| 04:20:42 | 1 | So sorry. Maybe I'm misreading |
| 04:20:44 | 2 | it. Carter is .004. |
| 04:20:47 | 3 | Correct? |
| 04:20:47 | 4 | A. That's the maximum score. |
| 04:20:50 | 5 | Q. Are we looking at the wrong |
| 04:20:51 | 6 | table? I'm sorry my mistake. |
| 04:20:54 | 7 | Table 13. |
| 04:20:59 | 8 | A. So we're talking about the |
| 04:21:00 | 9 | efficiency gap now? |
| 04:21:02 | 10 | Q. Yes. I'm sorry. I was reading |
| 04:21:04 | 11 | the wrong label and the wrong table. |
| 04:21:04 | 12 | A. No worries. |
| 04:21:06 | 13 | Q. Okay. |
| 04:21:07 | 14 | Efficiency gap, now we can see |
| 04:21:09 | 15 | what I'm referring to. Would you |
| 04:21:11 | 16 | agree with me there that for mean |
| 04:21:13 | 17 | score the best performing maps by your |
| 04:21:15 | 18 | metric are the Governor's map and the |
| 04:21:17 | 19 | Carter map? |
| 04:21:18 | 20 | A. Yes, although again for the |
| 04:21:26 | 21 | mean score, not necessarily the range. |
| 04:21:26 | 22 | Q. Well, let's look at the range |
| 04:21:28 | 23 | as well. Would you agree with me that |
| 04:21:29 | 24 | the Governor's map scores well by that |
| 04:21:32 | 25 | metric? |

267

| 04:21:34 | 1 | A.        Yes. |
| 04:21:34 | 2 | Q.        When you were talking about |
| 04:21:35 | 3 | partisan fairness you mentioned using |
| 04:21:38 | 4 | Plan Score. |
| 04:21:38 | 5 | Do you recall that? |
| 04:21:39 | 6 | A.        Yes. |
| 04:21:39 | 7 | Q.        Okay. |
| 04:21:40 | 8 | And am I right that plan score |
| 04:21:44 | 9 | uses an election index that is blended |
| 04:21:46 | 10 | from a list of elections? |
| 04:21:48 | 11 | A.        That's correct. |
| 04:21:48 | 12 | Q.        Is this use of a blended |
| 04:21:50 | 13 | election index, in your professional |
| 04:21:53 | 14 | opinion, a superior approach to |
| 04:21:55 | 15 | looking at individual actual |
| 04:21:56 | 16 | elections? |
| 04:21:57 | 17 | A.        No. |
| 04:21:58 | 18 | ATTORNEY WIYGUL: |
| 04:21:58 | 19 | Thank you.  I have |
| 04:21:59 | 20 | nothing further. |
| 04:22:05 | 21 | JUDGE McCULLOUGH: |
| 04:22:05 | 22 | Thank you, Counsel.  Now |
| 04:22:07 | 23 | Republican Intervenors, Senator |
| 04:22:07 | 24 | Cutler. |
| 04:22:07 | 25 | - - - |

268

| | | |
|---|---|---|
| 04:22:07 | 1 | CROSS EXAMINATION |
| 04:22:11 | 2 | --- |
| 04:22:11 | 3 | BY ATTORNEY LEWIS: |
| 04:22:43 | 4 | Q.      Doctor DeFord, good afternoon. |
| 04:22:44 | 5 | My name is Patrick Lewis.  I represent |
| 04:22:44 | 6 | the Republican House Intervenors, |
| 04:22:44 | 7 | Brian Cutler and Kerry Benninghoff. |
| 04:22:44 | 8 | A.      Good afternoon. |
| 04:22:44 | 9 | Q.      Doctor DeFord, would you agree |
| 04:22:54 | 10 | that House Bill 2146 ---? |
| 04:22:54 | 11 | JUDGE McCULLOUGH: |
| 04:22:54 | 12 | Counsel, you can take |
| 04:22:56 | 13 | your mask off. |
| 04:22:58 | 14 | ATTORNEY LEWIS: |
| 04:22:58 | 15 | Sorry. |
| 04:22:59 | 16 | JUDGE McCULLOUGH: |
| 04:22:59 | 17 | That is fine. |
| 04:23:00 | 18 | BY ATTORNEY LEWIS: |
| 04:23:01 | 19 | Q.      Would you agree, Doctor DeFord, |
| 04:23:03 | 20 | that House Bill 2146 broadly performs |
| 04:23:07 | 21 | in the same range as the other plans |
| 04:23:09 | 22 | with respect to equal population, |
| 04:23:13 | 23 | contiguity, respect for keeping |
| 04:23:16 | 24 | political subdivisions whole and |
| 04:23:18 | 25 | compactness? |

269

04:23:21    1    A.        Broadly.

04:23:21    2    Q.        Okay.

04:23:22    3              I'd like to turn to page eight

04:23:27    4    of your rebuttal report and

04:23:35    5    specifically Table 6.  So you would

04:23:37    6    agree with me that --- would you agree

04:23:39    7    with me that House Bill 2146, which

04:23:42    8    you have as House Republicans on here,

04:23:45    9    splits the third least pieces of any

04:23:49   10    of the plans you studied?

04:23:52   11    A.        Table 7?

04:23:56   12    Q.        I apologize.  You know what,

04:23:58   13    we'll go with Table 7 I'm fine with

04:24:01   14    that.  Table 7

04:24:02   15    A.        I'm sorry.  Can you repeat the

04:24:03   16    question then?

04:24:04   17    Q.        Yes, absolutely.  So would you

04:24:06   18    agree with me that House Bill 2146

04:24:08   19    splits the third least pieces of any

04:24:11   20    of the plans you studied on Table 7?

04:24:13   21    A.        That's correct.

04:24:14   22    Q.        Okay.

04:24:15   23              Now, is there a reason that you

04:24:17   24    didn't provide a similar calculation

04:24:19   25    for precinct splits?

270

04:24:22  1    A.       Precinct splits sort of weren't

04:24:25  2    listed in the six --- in the State

04:24:25  3    Constitution, and so I didn't consider

04:24:29  4    them here

04:24:29  5    Q.       All right.

04:24:30  6             And would you agree, Doctor

04:24:32  7    DeFord, that it is not absolutely

04:24:34  8    necessary to split the City of

04:24:37  9    Pittsburgh in a plan?

04:24:42  10   A.       Yes.

04:24:42  11   Q.       Okay.

04:24:42  12            And Doctor DeFord, I'd like to

04:24:52  13   turn now to your analysis of --- you

04:24:52  14   have safe and responsive districts.

04:24:57  15   This was in page 32, Table 8, of your

04:24:58  16   opening report.  All right.  Let me

04:25:15  17   know when you're there?

04:25:16  18   A.       Yes.

04:25:16  19   Q.       Great.  Now, here you show ---

04:25:17  20   I assume the house map, that's House

04:25:21  21   Bill 2146?

04:25:22  22   A.       That's correct.

04:25:23  23   Q.       Okay.

04:25:24  24            So here --- and my

04:25:25  25   understanding of your page 34, I've

271

| | | |
|---|---|---|
| 04:25:27 | 1 | got it up on the screen here, that you |
| 04:25:28 | 2 | would consider a district potentially |
| 04:25:31 | 3 | responsive if it elected at least, if |
| 04:25:35 | 4 | I understand this correctly, that the |
| 04:25:38 | 5 | district elects at least one R and one |
| 04:25:40 | 6 | D? |
| 04:25:40 | 7 | Is that right? |
| 04:25:41 | 8 | A. That's correct. This is a very |
| 04:25:46 | 9 | weak measure of responsiveness. |
| 04:25:46 | 10 | Q. Okay. |
| 04:25:46 | 11 | And on this measure the House |
| 04:25:49 | 12 | plan has the most responsive districts |
| 04:25:53 | 13 | of the three that you studied. |
| 04:25:57 | 14 | Right? |
| 04:25:57 | 15 | A. That's correct. |
| 04:26:03 | 16 | Q. Would you agree with me as well |
| 04:26:04 | 17 | that Governor Wolf's plan has the most |
| 04:26:11 | 18 | number of safe Democratic districts of |
| 04:26:13 | 19 | the three that you looked at? |
| 04:26:14 | 20 | A. That's correct. |
| 04:26:14 | 21 | Q. I'm going to turn to page 11 of |
| 04:26:23 | 22 | your report. We've all looked at this |
| 04:26:27 | 23 | table already. This is Table 9, your |
| 04:26:29 | 24 | majority responsiveness metric. I |
| 04:26:33 | 25 | just have a few questions for you on |

272

| | |
|---|---|
| 04:26:34 | 1 |
| 04:26:37 | 2 |
| 04:26:39 | 3 |
| 04:26:43 | 4 |
| 04:26:43 | 5 |
| 04:26:46 | 6 |
| 04:26:46 | 7 |
| 04:26:46 | 8 |
| 04:26:48 | 9 |
| 04:26:54 | 10 |
| 04:26:59 | 11 |
| 04:26:59 | 12 |
| 04:27:03 | 13 |
| 04:27:03 | 14 |
| 04:27:03 | 15 |
| 04:27:11 | 16 |
| 04:27:12 | 17 |
| 04:27:12 | 18 |
| 04:27:12 | 19 |
| 04:27:15 | 20 |
| 04:27:18 | 21 |
| 04:27:20 | 22 |
| 04:27:21 | 23 |
| 04:27:22 | 24 |
| 04:27:26 | 25 |

1  that.  Now, here you criticize House

2  Bill 2146 for having, page 11, I

3  believe you were describing as

4  anti-majoritarian outcomes.  And those

5  are the shaded boxes on the chart.

6        Correct?

7  A.      Yes.

8  Q.      Now, it's fairly obvious here

9  that, you know, we have what, five you

10  believe are anti-majoritarian here?

11  A.      Yes.  That's right.

12  Q.      But at least two of them,

13  auditor of 2012, auditor of 2016,

14  virtually every plan produces an

15  anti-majoritarian outcome.

16        Right?

17  A.      That's true.

18  Q.      So is it fair to say what we're

19  really focused on then would be the

20  other three races, Treasure 12;

21  Governor, 12; and President, 20.

22        Right?

23  A.      I think it's Treasurer, 12;

24  Attorney General, 16; and President,

25  20.

273

| | | |
|---|---|---|
| 04:27:26 | 1 | Q.      I apologize.  I had read the |
| 04:27:27 | 2 | wrong column. |
| 04:27:30 | 3 |         Okay. |
| 04:27:30 | 4 |         But as an example, in the 2012 |
| 04:27:35 | 5 | elections, you have the same voters |
| 04:27:42 | 6 | voted in the 2012 general election for |
| 04:27:45 | 7 | all five races. |
| 04:27:50 | 8 |         Right? |
| 04:27:50 | 9 | A.      The same --- yes, that's |
| 04:27:51 | 10 | correct. |
| 04:27:51 | 11 | Q.      Okay. |
| 04:27:52 | 12 |         And so, in the same voters, |
| 04:27:53 | 13 | same elections, you've got - for the |
| 04:27:57 | 14 | House Republican plan you've got three |
| 04:28:00 | 15 | that are producing majoritarian |
| 04:28:03 | 16 | outcomes and two that are producing |
| 04:28:04 | 17 | anti-majoritarian outcomes. |
| 04:28:06 | 18 |         Is that right? |
| 04:28:07 | 19 | A.      That's correct. |
| 04:28:08 | 20 | Q.      Actually, it's six.  I |
| 04:28:10 | 21 | overlooked Attorney General. |
| 04:28:10 | 22 |         Right? |
| 04:28:11 | 23 |         Okay. |
| 04:28:11 | 24 |         So we're doing --- we've got |
| 04:28:12 | 25 | four out of six.  Aren't those |

274

04:28:15    1    differences telling us that electoral

04:28:19    2    outcomes are being driven by voter

04:28:23    3    preferences and not the map itself?

04:28:23    4    A.      Well it's a combination, right.

04:28:24    5    The position of the voters in sort of

04:28:24    6    they're, you know, voting in different

04:28:24    7    quantities and different regions

04:28:24    8    intersections with the map, because

04:28:24    9    the map sort of splits up those voters

04:28:39   10    based on their positions.

04:28:40   11    Q.      It splits them up in the same

04:28:42   12    way for all six elections that you

04:28:42   13    studied that year.

04:28:42   14            Right?

04:28:43   15    A.      It does, but there's --- you

04:28:44   16    know, the voters themselves could have

04:28:46   17    voted differently on those between

04:28:48   18    those candidates.

04:28:51   19    Q.      I see.  Now, I believe you

04:28:54   20    testified on Direct Examination that

04:28:57   21    you did not believe that an ensemble

04:29:05   22    analysis would have been informative

04:29:05   23    for your work in this case.

04:29:07   24            Is that right?

04:29:08   25    A.      I believe I said it wasn't

275

| | | |
|---|---|---|
| 04:29:10 | 1 | necessary. |
| 04:29:11 | 2 | Q.      We'll go with aren't necessary. |
| 04:29:11 | 3 | That's fair.  And if I use the term |
| 04:29:16 | 4 | simulations, would you understand that |
| 04:29:16 | 5 | is being similar to ensemble? |
| 04:29:22 | 6 | A.      Yes. |
| 04:29:22 | 7 | Q.      Okay.  All right. |
| 04:29:22 | 8 |        Now, you were --- you did some |
| 04:29:23 | 9 | work for the Colorado Independent |
| 04:29:29 | 10 | Redistricting Commission this --- |
| 04:29:29 | 11 | 2021, did you not? |
| 04:29:30 | 12 | A.      Yes. |
| 04:29:30 | 13 | Q.      And in fact, you used an |
| 04:29:37 | 14 | ensemble analysis in that case to |
| 04:29:37 | 15 | analyze multiple different proposals |
| 04:29:40 | 16 | for congressional districts in that |
| 04:29:41 | 17 | state, did you not? |
| 04:29:42 | 18 | A.      That's correct. |
| 04:29:43 | 19 | Q.      You did?  Okay. |
| 04:29:45 | 20 |        And you could have performed a |
| 04:29:46 | 21 | very similar analysis in this case, |
| 04:29:49 | 22 | couldn't you have? |
| 04:29:51 | 23 | A.      The Carter analysis was really |
| 04:29:55 | 24 | tuned to something different that I |
| 04:29:55 | 25 | think is a meaningful distinction with |

276

04:29:57   1   this case.  So there our comparison

04:30:01   2   was to try to understand sort of what

04:30:01   3   was possible in terms of a collection

04:30:07   4   of metrics based on decisions that the

04:30:07   5   Commission was making in terms of

04:30:10   6   communities of interest it wanted to

04:30:11   7   preserve and sort of other aspects of

04:30:14   8   its deliberative process.

04:30:17   9         And so there the question was

04:30:19   10   sort of what is possible.  And you

04:30:23   11   know, the Commission then wanted to

04:30:23   12   use that to help evaluate some of its

04:30:28   13   decision making.  Here we have plenty

04:30:32   14   of examples of plans that are proposed

04:30:32   15   that perform really well under the

04:30:36   16   partisan fairness measures.

04:30:36   17   Q.      Now, I believe you testified

04:30:46   18   that you were not sure of the --- let

04:30:49   19   me just ask it this way.  You

04:30:53   20   understand that the GMS plan was

04:30:58   21   prepared using a computer algorithmic

04:30:58   22   technique.

04:31:07   23         Right?

04:31:08   24   A.      Yes, they were used to assist

04:31:10   25   in that metric is my understanding.

277

| | |
|---|---|
| 04:31:11 | 1 |
| 04:31:13 | 2 |
| 04:31:15 | 3 |
| 04:31:15 | 4 |
| 04:31:16 | 5 |
| 04:31:17 | 6 |
| 04:31:22 | 7 |
| 04:31:25 | 8 |
| 04:31:27 | 9 |
| 04:31:28 | 10 |
| 04:31:29 | 11 |
| 04:31:30 | 12 |
| 04:31:32 | 13 |
| 04:31:37 | 14 |
| 04:31:40 | 15 |
| 04:31:43 | 16 |
| 04:32:04 | 17 |
| 04:32:06 | 18 |
| 04:32:10 | 19 |
| 04:32:14 | 20 |
| 04:32:15 | 21 |
| 04:32:15 | 22 |
| 04:32:18 | 23 |
| 04:32:19 | 24 |
| 04:32:23 | 25 |

Q.        But you don't know exactly what
technique was used.

Right?

A.        I do not.

Q.        But did you understand that
that algorithm was looking to optimize
on partisan fairness and Voting Rights
Act compliance as well as traditional
districting principles?

A.        I do not.

Q.        Would it surprise you to learn
that that's how it's described on
page 14 of the Gressman Petitioner's
opening brief in this case?

A.        Can you show me the page?

Q.        Absolutely.  So you see where
it says at the bottom of page 14 the
GMS plan remedies the malapportionment
now present in the 2018 plan while
also optimizing compliance with all
state and federal legal requirements.
Those legal requirements and those
metrics are set forth below.

Do you see that?

A.        I do.

278

| | | |
|---|---|---|
| 04:32:23 | 1 | Q. So you see first we have equal |
| 04:32:26 | 2 | population. Right. I'm on page 15. |
| 04:32:26 | 3 | A. So sorry. Can I ask a question |
| 04:32:29 | 4 | about your question? |
| 04:32:30 | 5 | Q. Sure. |
| 04:32:35 | 6 | A. Can you go back up to the |
| 04:32:37 | 7 | previous quote? |
| 04:32:38 | 8 | Q. Absolutely. |
| 04:32:39 | 9 | A. So this is talking about the |
| 04:32:41 | 10 | plan itself, right, not the |
| 04:32:43 | 11 | methodology? |
| 04:32:44 | 12 | Q. That's correct. |
| 04:32:47 | 13 | A. Okay. Sorry. I can't draw any |
| 04:32:49 | 14 | conclusions from this about what |
| 04:32:51 | 15 | computational techniques were used. |
| 04:32:52 | 16 | Q. But it's possible that this |
| 04:32:55 | 17 | algorithm could have been attempting |
| 04:32:57 | 18 | to optimize for partisan fairness, you |
| 04:32:58 | 19 | know, using whatever metrics you |
| 04:33:04 | 20 | choose. |
| 04:33:04 | 21 | Right? |
| 04:33:04 | 22 | A. I don't have any knowledge of |
| 04:33:05 | 23 | that. |
| 04:33:06 | 24 | Q. Now, if a plan were being drawn |
| 04:33:08 | 25 | to, for example, try to find the |

279

| | | |
|---|---|---|
| 04:33:10 | 1 | fairest plan using, for example, |
| 04:33:14 | 2 | mean-median, it would do so by drawing |
| 04:33:16 | 3 | districts that place voters into |
| 04:33:19 | 4 | districts in order to generate that |
| 04:33:23 | 5 | outcome. |
| 04:33:26 | 6 | Right? |
| 04:33:27 | 7 | A.      If you're asking me to |
| 04:33:29 | 8 | speculate about an algorithm that I'm |
| 04:33:35 | 9 | not sure about. |
| 04:33:35 | 10 | Q.      But the way you would draw --- |
| 04:33:38 | 11 | the point is that a map drawn to have |
| 04:33:41 | 12 | a zero mean-median gap, right, is |
| 04:33:43 | 13 | going --- by necessity, it's going to |
| 04:33:45 | 14 | be --- you're going to have to place |
| 04:33:45 | 15 | voters in the districts on the basis |
| 04:33:47 | 16 | of their partisanship. |
| 04:33:50 | 17 | Right? |
| 04:33:53 | 18 | A.      I'm sorry.  Again, I'm |
| 04:33:55 | 19 | struggling to figure out how I can |
| 04:33:58 | 20 | answer your question helpfully.  So |
| 04:34:04 | 21 | are you asking across like any |
| 04:34:06 | 22 | possible algorithm for generating a |
| 04:34:09 | 23 | map?  Is this ---? |
| 04:34:09 | 24 | Q.      I'm just asking for any drawing |
| 04:34:09 | 25 | of a map at all.  Sit down and draw a |

280

| | | |
|---|---|---|
| 04:34:09 | 1 | map, I want a zero mean-median gap.  I |
| 04:34:09 | 2 | have to --- if I'm going to achieve |
| 04:34:17 | 3 | that, don't I have to draw it and |
| 04:34:19 | 4 | place voters in  basis on their |
| 04:34:24 | 5 | partisanship? |
| 04:34:24 | 6 | A.      Well, not necessarily, right. |
| 04:34:24 | 7 | You could sort of generate a whole |
| 04:34:26 | 8 | bunch of maps just according to the |
| 04:34:26 | 9 | criteria and then look for those that |
| 04:34:26 | 10 | had that property, even if it didn't |
| 04:34:26 | 11 | have sort of partisan data available |
| 04:34:40 | 12 | to the algorithm. |
| 04:34:41 | 13 | Q.      All right. |
| 04:34:41 | 14 | I would like to turn briefly to |
| 04:34:43 | 15 | your discussion then, Doctor DeFord, |
| 04:34:45 | 16 | of race, on the use of race in the |
| 04:34:51 | 17 | generation of --- your evaluation of |
| 04:34:53 | 18 | race in this particular plan.  Did I |
| 04:34:55 | 19 | hear you correctly on Direct |
| 04:34:57 | 20 | Examination that you believed that if |
| 04:34:59 | 21 | the minority voting age population in |
| 04:35:06 | 22 | the Commonwealth of Pennsylvania is |
| 04:35:07 | 23 | about 20 percent, you'd expect there |
| 04:35:08 | 24 | to be about 20-percent |
| 04:35:11 | 25 | majority/minority districts? |

281

| | | |
|---|---|---|
| 04:35:12 | 1 | A.       Minority effective districts. |
| 04:35:12 | 2 | Q.       And in this particular case, |
| 04:35:14 | 3 | the districts that you characterized |
| 04:35:16 | 4 | in your plan as minority effective |
| 04:35:19 | 5 | were all majority/minority. |
| 04:35:21 | 6 | Is that correct? |
| 04:35:21 | 7 | A.       That's correct. |
| 04:35:22 | 8 | Q.       Okay. |
| 04:35:23 | 9 | A.       But they don't have to be to |
| 04:35:25 | 10 | satisfy that criteria. |
| 04:35:26 | 11 | Q.       And in fact, would you agree |
| 04:35:27 | 12 | with me that in House Bill 2146 that |
| 04:35:30 | 13 | you studied, that District 5 was a |
| 04:35:34 | 14 | majority performing --- or a minority |
| 04:35:37 | 15 | performing --- excuse me, a minority |
| 04:35:37 | 16 | effective district? |
| 04:35:39 | 17 | A.       Yes, that's correct. |
| 04:35:39 | 18 | Q.       Okay. |
| 04:35:42 | 19 | And District 5 in the House |
| 04:35:43 | 20 | Bill plan had less than 50 percent |
| 04:35:46 | 21 | minority voting age population. |
| 04:35:52 | 22 | Isn't that right? |
| 04:35:53 | 23 | A.       Can I look at the table or the |
| 04:35:54 | 24 | report?  I'm sorry. |
| 04:35:54 | 25 | Q.       Absolutely.  We'll go there |

282

| | | |
|---|---|---|
| 04:35:58 | 1 | together.  What page? |
| 04:35:59 | 2 | A.       Let me find it for you.  We're |
| 04:35:59 | 3 | talking about District 5. |
| 04:36:01 | 4 |          Is that correct? |
| 04:36:03 | 5 | Q.       Yes.  That's right.  I had you |
| 04:36:12 | 6 | at page 50 --- around 51 of your |
| 04:36:12 | 7 | rebuttal report --- initial report. |
| 04:36:12 | 8 | Excuse me. |
| 04:36:48 | 9 | A.       So I may not have reported that |
| 04:36:50 | 10 | number in my report. |
| 04:36:51 | 11 | Q.       All right. |
| 04:36:52 | 12 |          But you would agree with me |
| 04:36:54 | 13 | that House Bill 2146 drew only two |
| 04:36:58 | 14 | majority/minority districts in the |
| 04:36:59 | 15 | greater Philadelphia area, not three. |
| 04:37:00 | 16 |          Right? |
| 04:37:00 | 17 | A.       That's correct. |
| 04:37:01 | 18 | Q.       Okay. |
| 04:37:05 | 19 |          And we could use any statistics |
| 04:37:07 | 20 | we want to calculate the percentage of |
| 04:37:10 | 21 | minority voting population in District |
| 04:37:10 | 22 | 5 in the House Bill plan. |
| 04:37:14 | 23 |          Right? |
| 04:37:14 | 24 | A.       In terms of like being |
| 04:37:15 | 25 | effective, is that ---? |

283

| | | |
|---|---|---|
| 04:37:15 | 1 | Q.      In terms of the ---. |
| 04:37:17 | 2 | A.      Yes. |
| 04:37:18 | 3 | Q.      Okay. |
| 04:37:19 | 4 |         Percentage, perfect.  Okay. |
| 04:37:21 | 5 |         So now you're not giving an |
| 04:37:22 | 6 | opinion in this case as to whether |
| 04:37:25 | 7 | there's legally significant racially |
| 04:37:25 | 8 | polarized voting in Pennsylvania, are |
| 04:37:35 | 9 | you? |
| 04:37:35 | 10 | A.      That's correct, in |
| 04:37:36 | 11 | Philadelphia, yeah. |
| 04:37:36 | 12 | Q.      All right. |
| 04:37:36 | 13 |         And in fact, your win rates |
| 04:37:36 | 14 | being over 50 percent means it can't |
| 04:37:36 | 15 | be said that minority-preferred |
| 04:37:39 | 16 | candidates of choice are usually being |
| 04:37:41 | 17 | defeated at polls by white block |
| 04:37:51 | 18 | voting. |
| 04:37:52 | 19 |         Right? |
| 04:37:52 | 20 | A.      Yes. |
| 04:37:57 | 21 |                     ATTORNEY LEWIS: |
| 04:37:57 | 22 |                     Nothing further, Your |
| 04:37:58 | 23 | Honor |
| 04:37:58 | 24 |                     JUDGE McCULLOUGH: |
| 04:37:58 | 25 |                     Okay. |

284

| | |
|---|---|
| 04:37:58 | 1 |
| 04:37:59 | 2 |

1    Thank you.  You beat the

2  clock by six seconds.  The next party.

3  Congressional Intervenors, Congressman

4  Reschenthaler.

5                    ATTORNEY VANCE:

6         Thank you, Your Honor.

7  Shohin Vance on behalf of the

8  Congressional Intervenors.

9                    - - -

10              CROSS EXAMINATION

11                    - - -

12  BY ATTORNEY VANCE:

13  Q.      Good afternoon, Doctor DeFord.

14  A.      Good afternoon.

15  Q.      I'll start by asking you the

16  same question my colleague did.  Which

17  one's the best map?

18  A.       The mathematicians and

19  scientists map.

20  Q.       Okay.

21         Let's go through some of the

22  basic criteria first.  Based on your

23  assessment, you would agree with me

24  that all of the submissions with the

25  exception of the House Democratic

285

04:38:47  1    Caucus's submission meets the zero

04:38:49  2    balance requirement?

04:38:49  3    A.      The Carter map also has a

04:38:55  4    two-person deviation.

04:38:55  5    Q.      Okay.

04:38:55  6            So all the other ones meet your

04:38:58  7    zero balance test?

04:39:01  8    A.      Yes, that's correct.

04:39:02  9    Q.      And with regard to contiguity,

04:39:05  10   you would agree with me that they're

04:39:07  11   all contiguous?

04:39:09  12   A.      Yes.

04:39:09  13   Q.      And on compactness I believe

04:39:11  14   the Reschenthaler 1 and 2, which I

04:39:15  15   believe in your table is Republican

04:39:17  16   Congressman 1 and 2, they have either

04:39:22  17   better or equal compactness scores on

04:39:28  18   every measure as compared to the GMS

04:39:33  19   map.

04:39:33  20           Is that correct?

04:39:34  21   A.      That's correct, yeah, better or

04:39:36  22   equal.

04:39:36  23   Q.      And then with regard to

04:39:40  24   splitting counties, you would agree

04:39:41  25   with me that the Reschenthaler 1 and 2

286

| | | |
|---|---|---|
| 04:39:44 | 1 | maps split less counties than the GMS |
| 04:39:49 | 2 | map? |
| 04:39:49 | 3 | A.      Yes, that's correct. |
| 04:39:50 | 4 | Q.      Okay. |
| 04:39:50 | 5 | And same is true with regard to |
| 04:39:56 | 6 | the number of segments or pieces as |
| 04:39:59 | 7 | you put it? |
| 04:40:00 | 8 | A.      Yes. |
| 04:40:00 | 9 | Q.      And same --- and as it pertains |
| 04:40:04 | 10 | to the number of municipal splits, |
| 04:40:07 | 11 | excluding counties, it's the same |
| 04:40:10 | 12 | between GMS and the Reschenthaler map. |
| 04:40:13 | 13 | Correct? |
| 04:40:15 | 14 | A.      Ones here account for borough |
| 04:40:17 | 15 | splits along county lines and the |
| 04:40:20 | 16 | population of Pittsburgh.  So there |
| 04:40:21 | 17 | are --- there's one more split |
| 04:40:22 | 18 | municipality in the Reschenthaler |
| 04:40:22 | 19 | maps, once you account for this.  So |
| 04:40:22 | 20 | if you look at the number of split |
| 04:40:22 | 21 | municipalities not adjusted for those |
| 04:40:22 | 22 | things, then I believe there's one |
| 04:40:42 | 23 | more split for the Reschenthaler maps. |
| 04:40:42 | 24 | Q.      And for all of those municipal |
| 04:40:45 | 25 | splits, county and non-county |

287

04:40:48   1   municipal, again, with your reasonable

04:40:52   2   criteria, which I understand that you

04:40:53   3   exclude those that are along county

04:40:56   4   boundaries, the Reschenthaler maps

04:40:59   5   perform the best with regard to that

04:40:59   6   metric.

04:41:01   7           Right?

04:41:01   8   A.       Tied with the mathematicians

04:41:04   9   and scientists map, yeah.

04:41:04   10   Q.       Okay.

04:41:08   11           So you would agree then that it

04:41:09   12   is possible to produce a map and it is

04:41:13   13   not absolutely necessary to produce a

04:41:17   14   congressional districting map that

04:41:19   15   satisfies all of the basic criteria

04:41:22   16   that has less county splits than the

04:41:25   17   GSM map?

04:41:27   18   A.       Oh, I see. Yes, as long as

04:41:33   19   I've got the right number of negatives

04:41:35   20   in that sentence, I think.

04:41:35   21   Q.       I apologize. I want to ask you

04:41:37   22   about something you said about the

04:41:40   23   racial gerrymandering question. So is

04:41:46   24   it your testimony that, in your

04:41:48   25   professional view, based on your

288

| | | |
|---|---|---|
| 04:41:51 | 1 | experience in this field, the GMS map |
| 04:41:55 | 2 | was not drawn with racial |
| 04:41:58 | 3 | considerations in mind? |
| 04:42:07 | 4 | A.    Well, I can't comment on what |
| 04:42:08 | 5 | sort of considerations were in mind |
| 04:42:10 | 6 | for the line drawers. |
| 04:42:10 | 7 | Q.    But does it --- is it your view |
| 04:42:11 | 8 | --- again, I mean this is --- you're |
| 04:42:12 | 9 | --- you're the professional.  So based |
| 04:42:13 | 10 | on your view and having reviewed the |
| 04:42:15 | 11 | map, you're testifying that you do not |
| 04:42:19 | 12 | believe that it was drawn to achieve |
| 04:42:23 | 13 | any type of minority composition and a |
| 04:42:30 | 14 | certain percentage of votes --- excuse |
| 04:42:35 | 15 | me, population? |
| 04:42:35 | 16 | A.    And so I don't think --- I |
| 04:42:38 | 17 | concluded that it was not a racial |
| 04:42:40 | 18 | gerrymander. |
| 04:42:45 | 19 | Q.    Okay. |
| 04:42:46 | 20 | So --- all right  We'll move |
| 04:42:46 | 21 | on. |
| 04:42:48 | 22 | With regard to your fairness |
| 04:42:51 | 23 | metrics, let me start with the |
| 04:43:03 | 24 | majority responsiveness.  Now, you --- |
| 04:43:11 | 25 | in analyzing majority responsiveness |

289

| | | |
|---|---|---|
| 04:43:15 | 1 | the basic sort of principle, right, is |
| 04:43:19 | 2 | that people vote the same way based on |
| 04:43:21 | 3 | party.  If one party wins statewide, |
| 04:43:27 | 4 | then more likely than not that is who |
| 04:43:29 | 5 | the person would vote for for |
| 04:43:33 | 6 | Congress? |
| 04:43:36 | 7 | A.     Or at least an approximation of |
| 04:43:38 | 8 | that, yes. |
| 04:43:39 | 9 | Q.     Okay. |
| 04:43:39 | 10 | And so based on that, you |
| 04:43:41 | 11 | calculated the majority |
| 04:43:45 | 12 | responsiveness.  And that calculation |
| 04:43:47 | 13 | doesn't take into account fundraising, |
| 04:43:51 | 14 | incumbency, any of those other |
| 04:43:53 | 15 | considerations? |
| 04:43:54 | 16 | A.     It does not. |
| 04:43:56 | 17 | Q.     Okay. |
| 04:43:56 | 18 | Does it account for candidate |
| 04:44:00 | 19 | preference? |
| 04:44:05 | 20 | A.     No, it does not, except to the |
| 04:44:05 | 21 | extent that that's sort of expressed |
| 04:44:05 | 22 | in the elections that are there |
| 04:44:08 | 23 | already. |
| 04:44:08 | 24 | Q.     And does it account for |
| 04:44:13 | 25 | split-ticket voting? |

290

04:44:18    1    A.        Well ---.

04:44:18    2    Q.        If you would like, I can

04:44:20    3    explain.  People who vote for a

04:44:23    4    candidate of one party for one office

04:44:25    5    and a candidate of another party for

04:44:28    6    another office.

04:44:29    7    A.        Well, sir, looking at the ---

           8    you know, different elections on the

           9    same ballot captured some of that.  We

          10    have --- we just talked about the

          11    example in 2012 where you had very

          12    similar overall statewide percentages

          13    that --- different performance on some

04:44:43   14    of the maps because ---.

04:44:43   15    Q.        But they're all statewide?

04:44:47   16    A.        That's correct.

04:44:48   17    Q.        So it doesn't measure, for

04:44:49   18    example, whether people prefer ---

04:44:51   19    whether people, for example, vote at

04:44:54   20    higher rates for different parties on

04:44:57   21    a local level?

04:45:00   22    A.        That's correct I think.

04:45:01   23    Q.        And so having analyzed the 2016

04:45:04   24    election for purposes of this measure,

04:45:10   25    would it surprise you to learn that of

291

| | | |
|---|---|---|
| 04:45:13 | 1 | the 18 congressional districts that |
| 04:45:21 | 2 | voted for the opposite party for |
| 04:45:23 | 3 | President than they did for Congress? |
| 04:45:25 | 4 | A.      I don't have that in front of |
| 04:45:27 | 5 | me. |
| 04:45:27 | 6 | Q.      Okay. |
| 04:45:31 | 7 |        Also you --- in paragraph 104 |
| 04:45:38 | 8 | you discuss the political geography of |
| 04:45:42 | 9 | the Commonwealth and there --- I |
| 04:45:51 | 10 | apologize |
| 04:45:52 | 11 | A.      I'm sorry.  Of the initial |
| 04:45:52 | 12 | report? |
| 04:45:53 | 13 | Q.      Yes.  You make the point that |
| 04:45:55 | 14 | there is a partisan --- and I'm |
| 04:45:57 | 15 | quoting, partisan advantage to |
| 04:45:59 | 16 | Republicans based on the political |
| 04:46:02 | 17 | geography of the state.  So it is not |
| 04:46:04 | 18 | necessarily a surprise to see a slight |
| 04:46:08 | 19 | tilt favoring Republicans on these two |
| 04:46:12 | 20 | metrics, which were the metrics you |
| 04:46:15 | 21 | discussed. |
| 04:46:17 | 22 |        Is that accurate? |
| 04:46:18 | 23 | A.      Yes, that's correct. |
| 04:46:18 | 24 | Q.      And in fact, you say --- I |
| 04:46:29 | 25 | apologize.  In the Philadelphia --- |

292

| | |
|---|---|
| 04:46:30 | 1 |

for example, there were over 1,000
voting districts that supported the
Democratic candidate in the 2020
Presidential Election by 90 percent or
more, mostly in the Philadelphia and
Pittsburgh areas.  By contrast, there
were fewer than 50 voting districts in
the Commonwealth that had a similar
level of support for the Republican
candidate.  Meaning that there is not
a part of the state where Republican
voters are as heavily concentrated as
Democratic voters are in the
Philadelphia and Pittsburgh areas.

        Did I read that right?

A.      Yes.

Q.      Okay.

        Now, also when you're doing the
--- I believe it was the mean-median
analysis, you make the point that more
recent elections are more --- and this
is paragraph 101, are more likely to
be reflective of the current political
geography.

        Is that right?

293

| Time | Line | |
|---|---|---|
| 04:47:29 | 1 | A.      Yes. |
| 04:47:29 | 2 | Q.      Okay. |
| 04:47:30 | 3 | But --- and you --- and you |
| 04:47:30 | 4 | point out in your mean-median and |
| 04:47:34 | 5 | efficiency gap analysis the difference |
| 04:47:34 | 6 | based on year breakdown, but you don't |
| 04:47:35 | 7 | do that with the majority |
| 04:47:38 | 8 | responsiveness measurement, do you? |
| 04:47:40 | 9 | A.      That's correct, although you |
| 04:47:41 | 10 | can read it off the table. |
| 04:47:41 | 11 | Q.      So turning back to that, if we |
| 04:47:43 | 12 | look at the elections after 2016, so |
| 04:47:45 | 13 | 2017 on down to 2020, the majority |
| 04:47:50 | 14 | responsiveness of the Reschenthaler |
| 04:47:54 | 15 | maps are the exact same as the GMS |
| 04:47:59 | 16 | ones, are they not? |
| 04:48:01 | 17 | A.      Sorry.  We're back to the other |
| 04:48:03 | 18 | report now. |
| 04:48:03 | 19 | Q.      Sorry. |
| 04:48:09 | 20 | A.      Let's see here.  So you said |
| 04:48:09 | 21 | from 2016 forward? |
| 04:48:12 | 22 | Q.      Correct.  So Supreme Court |
| 04:48:13 | 23 | 2017; United States Senate, 2018; |
| 04:48:20 | 24 | Governor, 2018 and then four different |
| 04:48:23 | 25 | elections in 2020? |

294

| | | |
|---|---|---|
| 04:48:24 | 1 | A.      And sorry, what was the |
| 04:48:26 | 2 | question about those elections? |
| 04:48:26 | 3 | Q.      So the majority responsiveness |
| 04:48:29 | 4 | by your calculation would be the exact |
| 04:48:33 | 5 | same for the GSM map and the |
| 04:48:35 | 6 | Reschenthaler maps? |
| 04:48:36 | 7 | A.      No, that's not correct. |
| 04:48:38 | 8 | Q.      For those ---? |
| 04:48:39 | 9 | A.      The President Election in 2020 |
| 04:48:41 | 10 | I believe is anti-majoritarian for the |
| 04:48:41 | 11 | Reschenthaler maps. |
| 04:48:42 | 12 | Q.      Oh, excuse me.  It would be one |
| 04:48:45 | 13 | off. |
| 04:48:46 | 14 | Is that right? |
| 04:48:47 | 15 | A.      Right.  So across those |
| 04:48:48 | 16 | elections, the math and scientists map |
| 04:48:54 | 17 | has no anti-majoritarian results.  The |
| 04:48:54 | 18 | Reschenthaler map has one. |
| 04:48:54 | 19 | Q.      Has one? |
| 04:48:54 | 20 | A.      That's correct. |
| 04:48:55 | 21 | Q.      And that's based on this |
| 04:48:59 | 22 | measurement, which again you said |
| 04:49:00 | 23 | doesn't account for the other --- for |
| 04:49:02 | 24 | any factor than what you've stated? |
| 04:49:05 | 25 | A.      That's correct. |

295

| | | |
|---|---|---|
| 04:49:05 | 1 | Q.      And are there other --- you |
| 04:49:10 | 2 | mentioned a winner's bonus, but |
| 04:49:12 | 3 | there's no further discussion of that, |
| 04:49:13 | 4 | nor is it --- I don't see it as being |
| 04:49:15 | 5 | part of the calculation. |
| 04:49:18 | 6 | A.      Is there a question I can |
| 04:49:20 | 7 | answer? |
| 04:49:21 | 8 | Q.      Yeah.  Is there --- is there a |
| 04:49:22 | 9 | reason why you left that out? |
| 04:49:24 | 10 | A.      So the winner's bonus is a |
| 04:49:24 | 11 | concept --- and I think Professor |
| 04:49:24 | 12 | Rodden mentioned this as well, that |
| 04:49:32 | 13 | for --- you know, the winning party |
| 04:49:32 | 14 | might expect to get some larger number |
| 04:49:34 | 15 | of seats than its vote percentage, you |
| 04:49:37 | 16 | know, in terms of its difference from |
| 04:49:39 | 17 | 50 percent.  But there isn't certain |
| 04:49:42 | 18 | broad agreement over what makes for a |
| 04:49:44 | 19 | good amount of winner's bonus. |
| 04:49:48 | 20 | Theres's just sort of an agreement |
| 04:49:51 | 21 | that tends to exist in these types of |
| 04:49:51 | 22 | elections.  So in my initial report I |
| 04:49:51 | 23 | highlighted regions --- plan that |
| 04:49:55 | 24 | would have corresponded to points that |
| 04:50:01 | 25 | would have failed to have a winner's |

296

| 04:50:02 | 1 | bonus, but there were no ---. |
| 04:50:03 | 2 | Q.      I'm sorry.  I don't mean to |
| 04:50:05 | 3 | interrupt, and your counsel can |
| 04:50:05 | 4 | Redirect if necessary, but we're on a |
| 04:50:08 | 5 | clock, so ---. |
| 04:50:08 | 6 | ATTORNEY ATTISANO: |
| 04:50:09 | 7 | Objection, Your Honor. |
| 04:50:09 | 8 | I ask that the witness be allowed to |
| 04:50:15 | 9 | finish his answer. |
| 04:50:15 | 10 | ATTORNEY VANCE: |
| 04:50:15 | 11 | I got the answer as to |
| 04:50:16 | 12 | why he didn't include it in his report |
| 04:50:18 | 13 | so I appreciate that.  I think if his |
| 04:50:21 | 14 | --- if they wish to further elaborate |
| 04:50:23 | 15 | on that on Redirect, I'm sure they |
| 04:50:25 | 16 | will do so. |
| 04:50:27 | 17 | ATTORNEY ATTISANO: |
| 04:50:27 | 18 | It's the witness's |
| 04:50:28 | 19 | answer, not the attorney's answer. |
| 04:50:29 | 20 | JUDGE McCULLOUGH: |
| 04:50:30 | 21 | Counsel, I think the |
| 04:50:31 | 22 | attorney said he got the answer.  And |
| 04:50:32 | 23 | we are on a time limitation, so --- |
| 04:50:34 | 24 | ATTORNEY ATTISANO: |
| 04:50:34 | 25 | Yes, Your Honor. |

297

| | | |
|---|---|---|
| 04:50:35 | 1 | JUDGE McCULLOUGH: |
| 04:50:35 | 2 | --- you can ask about it |
| 04:50:36 | 3 | if you would like. |
| 04:50:43 | 4 | BY ATTORNEY VANCE: |
| 04:50:43 | 5 | Q.      And with regard to that, the |
| 04:50:45 | 6 | fact that there can be differences, |
| 04:50:47 | 7 | your table doesn't --- or your |
| 04:50:48 | 8 | measurement doesn't account for how |
| 04:50:50 | 9 | much of a, so to speak or to use your |
| 04:50:54 | 10 | phrase, majoritarian nonresponsiveness |
| 04:51:00 | 11 | or responsiveness in that path, right, |
| 04:51:01 | 12 | so it's essentially binary? |
| 04:51:02 | 13 | A.      That's correct. |
| 04:51:03 | 14 | Q.      Okay. |
| 04:51:04 | 15 | So as long as one map yields |
| 04:51:11 | 16 | the same --- or as long as the |
| 04:51:14 | 17 | majority of the seats under --- as |
| 04:51:17 | 18 | measured against one election go to |
| 04:51:19 | 19 | that party, that's it, there's no |
| 04:51:22 | 20 | other addition for whether the |
| 04:51:26 | 21 | difference, the gap is maybe 30 |
| 04:51:31 | 22 | percent or 10 percent or whatever the |
| 04:51:33 | 23 | case may be? |
| 04:51:33 | 24 | A.      Yes, that's correct. |
| 04:51:34 | 25 | Q.      Okay. |

298

| | | |
|---|---|---|
| 04:51:41 | 1 | Now, you started out by |
| 04:51:50 | 2 | describing --- by explaining that the |
| 04:51:51 | 3 | goal here is in measuring with some of |
| 04:51:54 | 4 | these measurements is fairness, but |
| 04:52:00 | 5 | --- and you use obviously the majority |
| 04:52:05 | 6 | responsiveness as a criterion.  But |
| 04:52:06 | 7 | you don't quite explain and provide |
| 04:52:09 | 8 | any literature,  and I think in |
| 04:52:11 | 9 | paragraph 73, on whether this has |
| 04:52:15 | 10 | actually been an accurate predictor? |
| 04:52:19 | 11 | A.     So majoritarianism, this idea |
| 04:52:19 | 12 | that, you know, a majority of the |
| 04:52:25 | 13 | votes should translate to a majority |
| 04:52:25 | 14 | of the seats is usually sort of the |
| 04:52:29 | 15 | starting point for and just kind of |
| 04:52:30 | 16 | the baseline for the parties ---. |
| 04:52:30 | 17 | Q.     So it's just part of the |
| 04:52:32 | 18 | analysis and it's s potentially |
| 04:52:35 | 19 | flawed? |
| 04:52:36 | 20 | A.     It's useful certainly. |
| 04:52:38 | 21 | Q.     Okay. |
| 04:52:42 | 22 | So --- and you also, I believe, |
| 04:52:48 | 23 | acknowledge that, given the multitude |
| 04:52:51 | 24 | of variables that must be balanced, it |
| 04:52:56 | 25 | is not easy to produce a map that is |

299

| | | |
|---|---|---|
| 04:52:59 | 1 | perfectly compact and that has the |
| 04:53:03 | 2 | highest compactness score. |
| 04:53:05 | 3 | Right? |
| 04:53:06 | 4 | A.      Yes, that's correct. |
| 04:53:06 | 5 | Q.      So that, to your mind, is not |
| 04:53:09 | 6 | the most important measure? |
| 04:53:10 | 7 | A.      That's correct. |
| 04:53:11 | 8 | Q.      Okay. |
| 04:53:13 | 9 | And is it correct that, based |
| 04:53:16 | 10 | on the efficiency gap analysis, |
| 04:53:23 | 11 | Table 12 of your response brief --- |
| 04:53:26 | 12 | A.      Table 13 maybe? |
| 04:53:28 | 13 | Q.      --- correct --- the most --- I |
| 04:53:37 | 14 | apologize, Table 12.  So I'm looking |
| 04:53:43 | 15 | at the mean-median.  The most |
| 04:53:45 | 16 | politically gerrymandered map is the |
| 04:53:50 | 17 | Governor's with the biggest range |
| 04:53:51 | 18 | under Table 12? |
| 04:53:53 | 19 | A.      Well, I don't think that I |
| 04:53:56 | 20 | would characterize that as proving |
| 04:53:58 | 21 | anything about gerrymandering. |
| 04:53:58 | 22 | Q.      But it has the largest range? |
| 04:54:00 | 23 | A.      That's correct. |
| 04:54:01 | 24 | Q.      And so in that regard it is the |
| 04:54:04 | 25 | least responsive to the political |

300

04:54:10  1   leanings of the state?

04:54:12  2   A.      No.  So the range here is

04:54:13  3   capturing the sort of distance between

04:54:14  4   the sort of most Republican favoring

04:54:14  5   value that was observed and the most

04:54:17  6   Democratic favoring value.

04:54:17  7   Q.      So it's polarizing then?

04:54:23  8   A.      It has the largest --- or the

04:54:23  9   largest gap between those two.

04:54:23  10  Q.      The largest polarity?

04:54:27  11  A.      Yes.

04:54:29  12  Q.      Okay.  Thank you.

04:54:29  13              ATTORNEY VANCE:

04:54:30  14              I have no further

04:54:30  15  questions.

04:54:31  16              JUDGE McCULLOUGH:

04:54:31  17              Thank you, Counsel.

04:54:38  18  Okay.  Next is Representative

04:54:38  19  McClinton.

04:54:58  20              ATTORNEY SENOFF:

04:55:00  21              Your Honor, good

04:55:02  22  afternoon.

04:55:02  23              ---

04:55:02  24          CROSS EXAMINATION

04:55:02  25              ---

301

04:55:02  1   BY ATTORNEY SENOFF:

04:55:03  2   Q.      Just because I brought my

04:55:05  3   computer and some more papers up, I

04:55:08  4   still only have a few questions for

04:55:09  5   you, Doctor, hopefully.

04:55:13  6   Doctor, you said in response to

04:55:16  7   somebody's --- one of the counsels'

04:55:18  8   questions that the GMS map performed

04:55:20  9   remarkably well for these metrics.  Do

04:55:24  10  you remember that testimony?

04:55:25  11  A.      Yes.

04:55:25  12  Q.      Can you just remind me what

04:55:27  13  those metrics were?

04:55:29  14  A.      Sure.  So the majoritarian

04:55:33  15  responsiveness or the ability to

04:55:34  16  convert, you know, majorities into,

04:55:34  17  you know, votes into majorities of

04:55:34  18  seats as well as sort of the partisan

04:55:34  19  symmetry measures and everything

04:55:43  20  measured on plan score.

04:55:43  21  Q.      Okay.

04:55:44  22          And those metrics, were you ---

04:55:47  23  did you independently arrive at them

04:55:50  24  to analyze or were they given to you?

04:55:52  25  A.      So they were my decision.  The

302

| | | |
|---|---|---|
| 04:55:55 | 1 | mean-median and efficiency gap were |
| 04:55:55 | 2 | sort of testified about heavily in |
| 04:56:01 | 3 | League of Women Voters by experts, so |
| 04:56:01 | 4 | that's why I picked those.  And the |
| 04:56:01 | 5 | majority responsiveness, like I said |
| 04:56:01 | 6 | recently, really is a starting place |
| 04:56:13 | 7 | for thinking about partisan fairness. |
| 04:56:13 | 8 | Q.      And the factors that you |
| 04:56:14 | 9 | testified are contained or, you know, |
| 04:56:18 | 10 | in your opinion are contained within |
| 04:56:19 | 11 | the Pennsylvania Constitution, how did |
| 04:56:23 | 12 | those factors factor into your general |
| 04:56:31 | 13 | metrics that you said the GMS map |
| 04:56:33 | 14 | performed remarkably well under? |
| 04:56:35 | 15 | A.      So they are, you know, intended |
| 04:56:35 | 16 | to be sort of responsive to the free |
| 04:56:38 | 17 | and fair elections clause in terms of |
| 04:56:39 | 18 | treating voters from both parties |
| 04:56:43 | 19 | equally. |
| 04:56:43 | 20 | Q.      And so were you aware of those |
| 04:56:46 | 21 | metrics in the Pennsylvania |
| 04:56:48 | 22 | Constitution before you were retained |
| 04:56:51 | 23 | for this case? |
| 04:56:55 | 24 | A.      Well, so --- sorry.  Let me --- |
| 04:56:55 | 25 | I don't think the metrics are in |

303

04:56:55    1    the ---.

04:56:55    2    Q.      I'm sorry.  Not the metrics,

04:56:57    3    the factors.  You selected the

04:57:01    4    metrics.  I'm just talking about the

04:57:04    5    elements, let's call them, within the

04:57:07    6    constitutional structure in

04:57:08    7    Pennsylvania.

04:57:08    8    A.      I mean, so I had read the

04:57:14    9    League of Women Voters ruling as it

04:57:14   10    came out.

04:57:14   11    Q.      Now, turning more specifically

04:57:17   12    to the maps, would you agree with me

04:57:20   13    that within a certain relatively

04:57:21   14    narrow band all of the maps based on

04:57:25   15    these metrics are relatively close

04:57:29   16    together?

04:57:33   17    A.      I'm not sure that's true for

04:57:34   18    all of the metrics.  I think there's a

04:57:38   19    range of values, for example, on

04:57:41   20    splits.

04:57:41   21    Q.      But in terms of the results,

04:57:43   22    there are certainly no map that you

04:57:46   23    reviewed for this case that would

04:57:49   24    produce a result like 15

04:57:52   25    Representatives for one party and

304

04:57:54   1    three Representatives for another in

04:57:56   2    an 18-Representative state?

04:58:04   3    A.      Sorry.  None of the maps had 18

04:58:07   4    districts.  I'm not sure ---.

04:58:07   5    Q.      Well, okay.  But in terms of

04:58:08   6    being lopsided, right, I mean 15 to 3

04:58:13   7    out of 18, you know, there's no map

04:58:14   8    that you've reviewed for this case

04:58:16   9    that has that same kind of lopsided

04:58:19   10   result.

04:58:19   11           Right?

04:58:23   12   A.      Not across the elections I

04:58:24   13   looked at, that's right.

04:58:24   14   Q.      Now, there was a lot of

04:58:26   15   discussion about the 2016 election and

04:58:33   16   your rebuttal report, and I believe

04:58:35   17   it's Table 9 of that report.  Do you

04:58:37   18   have that?

04:58:38   19   A.      Yes.

04:58:38   20   Q.      So --- actually, I'm glad

04:58:41   21   you're here because I've always wanted

04:58:43   22   to ask somebody about the results of

04:58:45   23   this election.  So do you know what is

04:58:49   24   meant when people refer to as row

04:58:51   25   offices?

305

| | | |
|---|---|---|
| 04:58:52 | 1 | A.      No, I don't. |
| 04:58:53 | 2 | Q.      Okay. |
| 04:58:55 | 3 | So those are statewide.  Just |
| 04:58:56 | 4 | so we're clear, I'm going to refer to |
| 04:58:58 | 5 | the row offices as the Auditor, the |
| 04:59:03 | 6 | Attorney General, and the Treasurer? |
| 04:59:10 | 7 | A.      Okay. |
| 04:59:10 | 8 | Q.      And in this case, in 2016, you |
| 04:59:12 | 9 | showed us that in comparison to the |
| 04:59:16 | 10 | Presidential Election, which was also |
| 04:59:18 | 11 | a statewide election, correct --- |
| 04:59:20 | 12 | A.      Yes. |
| 04:59:21 | 13 | Q.      --- that President Trump we |
| 04:59:26 | 14 | know defeated Secretary Clinton at |
| 04:59:28 | 15 | that time. |
| 04:59:28 | 16 | Right? |
| 04:59:32 | 17 | A.      That's correct. |
| 04:59:33 | 18 | Q.      And we know that the row |
| 04:59:34 | 19 | offices were Democrat --- resulted in |
| 04:59:39 | 20 | a Democratic sweep? |
| 04:59:42 | 21 | A.      Yes. |
| 04:59:42 | 22 | Q.      So given that, did you --- I |
| 04:59:45 | 23 | know you've showed us the percentages, |
| 04:59:47 | 24 | but did you consider the raw votes?  I |
| 04:59:50 | 25 | mean, obviously, you had to calculate |

306

| | | |
|---|---|---|
| 04:59:52 | 1 | the percentage, but did you consider |
| 04:59:53 | 2 | the raw votes in those elections? |
| 04:59:56 | 3 | A.      I used them to compute the |
| 04:59:58 | 4 | percentages. |
| 04:59:59 | 5 | Q.      So the Secretary's, the |
| 05:00:03 | 6 | Secretary of the Commonwealth's |
| 05:00:05 | 7 | website still has the raw votes up and |
| 05:00:08 | 8 | the raw votes show that President |
| 05:00:11 | 9 | Trump defeated Secretary Clinton by |
| 05:00:13 | 10 | approximately 14,292 votes.  Does that |
| 05:00:20 | 11 | comport with your recollection? |
| 05:00:22 | 12 | A.      It was certainly close, yeah. |
| 05:00:22 | 13 | Q.      Okay. |
| 05:00:23 | 14 | And in the Attorney General's |
| 05:00:25 | 15 | race, which was a race where there was |
| 05:00:30 | 16 | no incumbent, the Republican candidate |
| 05:00:30 | 17 | was a State Senator, Senator Rafferty, |
| 05:00:30 | 18 | Democratic candidate is the current |
| 05:00:38 | 19 | Attorney General, Josh Shapiro, who |
| 05:00:39 | 20 | was a former State Representative, |
| 05:00:41 | 21 | Attorney General Shapiro garnered just |
| 05:00:47 | 22 | over 3 million votes and Senator |
| 05:00:47 | 23 | Rafferty garnered about 2. --- almost |
| 05:00:55 | 24 | 2.9 million votes. |
| 05:00:55 | 25 | Now, Attorney General Shapiro |

307

| | | |
|---|---|---|
| 05:00:57 | 1 | was the highest statewide vote getter |
| 05:00:58 | 2 | that year.  Do you recall that when |
| 05:00:59 | 3 | you put this table together? |
| 05:01:01 | 4 | A.     I'm not sure. |
| 05:01:02 | 5 | Q.     And is there a reason why or do |
| 05:01:10 | 6 | you take into account in terms of |
| 05:01:12 | 7 | putting this chart together these |
| 05:01:14 | 8 | kinds of anomalous results where, for |
| 05:01:18 | 9 | example, both federal races that were |
| 05:01:22 | 10 | on the ballot that year were won by |
| 05:01:25 | 11 | Republicans, President Trump and |
| 05:01:28 | 12 | Senator Toomey, whereas the row |
| 05:01:29 | 13 | offices were won by Democrats.  Do you |
| 05:01:31 | 14 | --- is there an explanation for that, |
| 05:01:32 | 15 | that's applicable to the districting |
| 05:01:37 | 16 | that we're talking about here? |
| 05:01:38 | 17 | A.     Well, that's one of the reasons |
| 05:01:40 | 18 | to look at sort of a broad collection |
| 05:01:42 | 19 | of elections.  Even on the same ballot |
| 05:01:43 | 20 | the distribution of voters can be |
| 05:01:45 | 21 | different as you're pointing out.  And |
| 05:01:47 | 22 | it was also true in 2020 here in |
| 05:01:49 | 23 | Pennsylvania as well, you know, at the |
| 05:01:51 | 24 | statewide level.  And that's why it's |
| 05:01:52 | 25 | sort of informative to look at those |

308

| | | |
|---|---|---|
| 05:01:55 | 1 | separately and try to understand how |
| 05:01:57 | 2 | the distribution of voters in those |
| 05:02:00 | 3 | elections differed under the maps. |
| 05:02:00 | 4 | Q.     So would you agree with me, |
| 05:02:02 | 5 | though, that the distribution of |
| 05:02:03 | 6 | voters across the State can vary like |
| 05:02:06 | 7 | we see in the 2016 and the 2020 |
| 05:02:09 | 8 | results? |
| 05:02:09 | 9 | A.     Yes. |
| 05:02:10 | 10 | Q.     And similarly, they can vary at |
| 05:02:12 | 11 | the local level. |
| 05:02:14 | 12 |        Correct? |
| 05:02:15 | 13 | A.     Yes. |
| 05:02:15 | 14 | Q.     And is there --- there's no |
| 05:02:18 | 15 | correlation from one election --- in |
| 05:02:20 | 16 | one election cycle to the distribution |
| 05:02:23 | 17 | of votes at, for example, the federal |
| 05:02:26 | 18 | level versus the state row office |
| 05:02:31 | 19 | level versus the district level. |
| 05:02:32 | 20 |        Is that fair to say? |
| 05:02:33 | 21 | A.     No, I wouldn't say there's no |
| 05:02:34 | 22 | correlation. |
| 05:02:34 | 23 | Q.     But the correlation, you would |
| 05:02:35 | 24 | agree with me, certainly you couldn't |
| 05:02:37 | 25 | look at these four elections or five |

309

| | | |
|---|---|---|
| 05:02:40 | 1 | elections in 2016 and look at a |
| 05:02:43 | 2 | specific congressional district and be |
| 05:02:46 | 3 | able to, you know, put a blindfold on |
| 05:02:49 | 4 | and figure out who won that |
| 05:02:53 | 5 | congressional District. |
| 05:02:54 | 6 | Right? |
| 05:02:54 | 7 | A.      That's correct, although I |
| 05:02:55 | 8 | think you can make an informed |
| 05:02:58 | 9 | inference. |
| 05:02:58 | 10 | Q.      Now, just talking briefly about |
| 05:03:01 | 11 | your role here today and what brought |
| 05:03:04 | 12 | you here, your role was not to offer |
| 05:03:07 | 13 | an opinion on the constitutionality |
| 05:03:09 | 14 | broadly of those maps, of any of these |
| 05:03:12 | 15 | maps. |
| 05:03:13 | 16 | Right? |
| 05:03:13 | 17 | A.      That's right. |
| 05:03:15 | 18 | Q.      And in creating your plan and |
| 05:03:18 | 19 | developing your metrics, did you |
| 05:03:22 | 20 | consider an overall statewide voter |
| 05:03:26 | 21 | registration as it relates to party |
| 05:03:28 | 22 | affiliation? |
| 05:03:29 | 23 | A.      To be fair, I didn't create the |
| 05:03:31 | 24 | plan.  I didn't have anything to do |
| 05:03:33 | 25 | with that process. |

310

| | | |
|---|---|---|
| 05:03:33 | 1 | Q.      I'm sorry.  In your metrics, |
| 05:03:35 | 2 | when you tested the plan did you |
| 05:03:37 | 3 | consider that? |
| 05:03:37 | 4 | A.      No, I did not. |
| 05:03:38 | 5 | Q.      And in reaching your |
| 05:03:40 | 6 | conclusions that you have testified |
| 05:03:44 | 7 | about here today, and I won't go |
| 05:03:47 | 8 | through them all again with you, but |
| 05:03:49 | 9 | in reaching those conclusions, did you |
| 05:03:52 | 10 | consider a voter dilution or |
| 05:04:01 | 11 | disenfranchisement at all within your |
| 05:04:07 | 12 | --- the metrics you testified about |
| 05:04:08 | 13 | that you created? |
| 05:04:10 | 14 | A.      Can you define what you mean by |
| 05:04:11 | 15 | those terms? |
| 05:04:11 | 16 | Q.      Well, I mean, in --- you said |
| 05:04:11 | 17 | you read the League of Women Voters |
| 05:04:15 | 18 | case. |
| 05:04:15 | 19 | Correct? |
| 05:04:16 | 20 | A.      Yes. |
| 05:04:16 | 21 | Q.      Okay. |
| 05:04:17 | 22 | So in the League of Women |
| 05:04:19 | 23 | Voters case the Supreme Court said |
| 05:04:21 | 24 | that one of the overarching principles |
| 05:04:24 | 25 | of the Pennsylvania Constitution was |

311

05:04:26    1    to prevent dilution of an individual's

05:04:29    2    vote. So with that in mind, can you

05:04:32    3    tell me, is there something in one of

05:04:34    4    your metrics that captures that?

05:04:36    5    A.      Yes. So I think the measures

05:04:40    6    of partisan fairness that I evaluated

05:04:43    7    are relevant to that question.

05:04:43    8    Q.      And is it fair to say that of

05:04:47    9    all the maps you reviewed, and I'm not

05:04:49    10   going to ask you which one was better,

05:04:51    11   but were there some maps that didn't

05:04:54    12   consider partisan fairness and some

05:04:56    13   maps that did?

05:04:59    14   A.      I'm not sure what you mean by

05:05:00    15   consider?

05:05:01    16   Q.      In other words, were there some

05:05:03    17   plans that considered what you just

05:05:05    18   referred to as partisan fairness as

05:05:07    19   opposed to other maps that did not

05:05:09    20   consider partisan fairness?

05:05:12    21   A.      I'm sorry. Who's doing the

05:05:13    22   considering?

05:05:14    23   Q.      You. In other words, in your

05:05:16    24   review --- in your review of the other

05:05:19    25   reports, did you find any other

312

| | | |
|---|---|---|
| 05:05:21 | 1 | reports, for example, that did not |
| 05:05:23 | 2 | consider partisan fairness? |
| 05:05:29 | 3 | A.      I think at least one report was |
| 05:05:33 | 4 | filed that only reported on splits, |
| 05:05:36 | 5 | for example.  I'd have to sort of look |
| 05:05:42 | 6 | back through them to recall the rest. |
| 05:05:42 | 7 | Q.      And as you used the term |
| 05:05:43 | 8 | partisan fairness, what metric would |
| 05:05:45 | 9 | you expect that to be reflected in? |
| 05:05:49 | 10 | A.      So a broad collection of |
| 05:05:55 | 11 | metrics, including the ones that I |
| 05:05:57 | 12 | analyzed in this report and the ones |
| 05:05:57 | 13 | reported on plan score and, you know, |
| 05:06:00 | 14 | other measures of majoritarianism. |
| 05:06:02 | 15 | Q.      So does that include |
| 05:06:06 | 16 | compactness? |
| 05:06:06 | 17 | A.      So --- sorry.  Can you repeat |
| 05:06:09 | 18 | the question? |
| 05:06:10 | 19 | Q.      Yeah.  In other words, can you |
| 05:06:12 | 20 | establish partisan fairness by looking |
| 05:06:13 | 21 | at the compactness element? |
| 05:06:20 | 22 | A.      I mean, the compactness doesn't |
| 05:06:25 | 23 | measure anything about partisanship |
| 05:06:26 | 24 | directly. |
| 05:06:26 | 25 | Q.      Does contiguity measure |

313

| | | |
|---|---|---|
| 05:06:31 | 1 | anything about partisan fairness |
| 05:06:32 | 2 | directly? |
| 05:06:32 | 3 | A.     No. |
| 05:06:33 | 4 | Q.     Is there one factor that you |
| 05:06:34 | 5 | can point to that specifically or in |
| 05:06:36 | 6 | part measures partisan fairness? |
| 05:06:42 | 7 | A.     I mean, the partisan fairness |
| 05:06:45 | 8 | measures themselves. |
| 05:06:45 | 9 | Q.     Right.  And what --- what I'm |
| 05:06:46 | 10 | getting at --- |
| 05:06:46 | 11 | A.     Sorry. |
| 05:06:48 | 12 | Q.     --- and I'm not trying to be |
| 05:06:50 | 13 | difficult here, is just what --- you |
| 05:06:50 | 14 | know, in all these reports these |
| 05:06:55 | 15 | factors, metrics, are referred to by |
| 05:06:56 | 16 | different names, right, and so I'm |
| 05:06:57 | 17 | trying to find out if there's a common |
| 05:06:59 | 18 | word that's used across all of these, |
| 05:07:02 | 19 | for example --- all of these reports |
| 05:07:02 | 20 | that would reflect partisan fairness. |
| 05:07:05 | 21 | A.     I mean I would use partisan |
| 05:07:07 | 22 | fairness. |
| 05:07:08 | 23 | Q.     I understand. |
| 05:07:09 | 24 | A.     I think it was sort of listed |
| 05:07:11 | 25 | in different subheadings in probably |

314

| | | |
|---|---|---|
| 05:07:13 | 1 | each of the reports, partisan |
| 05:07:13 | 2 | performance or vote dilution and |
| 05:07:22 | 3 | things like that. |
| 05:07:22 | 4 | Q.     But you would expect to see the |
| 05:07:23 | 5 | word partisan something in those |
| 05:07:23 | 6 | reports. |
| 05:07:25 | 7 | Is that right? |
| 05:07:25 | 8 | A.     I see, yes. |
| 05:07:28 | 9 | ATTORNEY SENOFF: |
| 05:07:28 | 10 | Thank you.  I don't have |
| 05:07:29 | 11 | any other questions. |
| 05:07:30 | 12 | JUDGE MCCULLOUGH: |
| 05:07:30 | 13 | Then the Counsel for |
| 05:07:31 | 14 | Senator Costa, is that Mr. Attisano. |
| 05:07:57 | 15 | ATTORNEY ATTISANO: |
| 05:07:57 | 16 | Thank you. |
| 05:07:57 | 17 | - - - |
| 05:07:57 | 18 | CROSS EXAMINATION |
| 05:08:05 | 19 | - - - |
| 05:08:05 | 20 | BY ATTORNEY ATTISANO: |
| 05:08:06 | 21 | Q.     Doctor DeFord, did you take |
| 05:08:07 | 22 | into consideration any communities of |
| 05:08:09 | 23 | interest in your evaluation? |
| 05:08:13 | 24 | A.     Just the --- the municipal |
| 05:08:13 | 25 | boundaries that are supposed to be |

315

05:08:17   1   preserved.

05:08:17   2   Q.      You were asked a question about

05:08:19   3   Pittsburgh being split earlier.  Do

05:08:21   4   you remember being asked about that?

05:08:22   5   A.      Yes.

05:08:23   6   Q.      Did you do any analysis with

05:08:26   7   respect to the communities of interest

05:08:27   8   related to the City of Pittsburgh?

05:08:31   9   A.      I did not.

05:08:32   10   Q.      Did you read what has been

05:08:33   11   titled the Lamb Report authored by

05:08:35   12   Pittsburgh City Controller and

05:08:38   13   lifelong resident of the City of

05:08:43   14   Pittsburgh, Michael Lamb, that was in

05:08:48   15   the brief filed by the Senate

05:08:51   16   Democratic Caucus?

05:08:51   17   A.      No, I did not.

05:08:52   18   Q.      Okay.

05:08:54   19   When you look at population deviation

05:08:56   20   and you just look at that number

05:08:58   21   related to a map, can it tell you

05:09:01   22   anything about whether that map has

05:09:07   23   been optimized for partisanship?

05:09:13   24   A.      No.

05:09:14   25   Q.      When you look at contiguity of

316

05:09:15  1   a map, can it tell you anything about

05:09:16  2   whether that map as been optimized for

05:09:19  3   partisanship?

05:09:21  4   A.      No.

05:09:21  5   Q.      When you look at compactness of

05:09:24  6   a map, can it tell you anything about

05:09:25  7   whether that map has been optimized

05:09:29  8   for partisanship?

05:09:29  9   A.      It sometimes has been used that

05:09:32  10  way in the past in the sense of, you

05:09:37  11  know, very poor compactness scores

05:09:38  12  reflecting some sort of intention.

05:09:38  13  Q.      So it --- so it's been used as

05:09:40  14  --- compactness has been used as a

05:09:45  15  tool in the past to achieve partisan

05:09:45  16  optimization.

05:09:47  17          Is that fair?

05:09:47  18  A.      The lack of compactness, I

05:09:51  19  guess, yes.

05:09:52  20  Q.      But you agree that simply

05:09:56  21  looking at a compactness score, you

05:09:58  22  don't know, unless you look at other

05:10:00  23  factors, whether the map is being

05:10:01  24  optimized for partisanship?

05:10:06  25  A.      That's correct.

317

| | | |
|---|---|---|
| 05:10:06 | 1 | Q.      And looking at splits, just by |
| 05:10:17 | 2 | looking at splits you can't tell if |
| 05:10:21 | 3 | those splits have been used in a way |
| 05:10:23 | 4 | to optimize partisanship or not. |
| 05:10:29 | 5 | Correct? |
| 05:10:29 | 6 | A.      That's correct. |
| 05:10:35 | 7 | Q.      I'm referring you to Table 9. |
| 05:10:37 | 8 | I believe this is your reply report. |
| 05:10:41 | 9 | Just correct me if I'm mistaken about |
| 05:10:42 | 10 | that.  It is on page 11 of the report. |
| 05:10:44 | 11 | A.      That's correct. |
| 05:10:45 | 12 | Q.      When we look at this, can we |
| 05:10:47 | 13 | learn anything about whether a map has |
| 05:10:50 | 14 | been optimized for partisanship? |
| 05:10:53 | 15 | A.      I don't know about the word |
| 05:10:56 | 16 | optimized. |
| 05:10:56 | 17 | Q.      So when we look at this, you |
| 05:10:57 | 18 | agree that some maps score higher on |
| 05:11:07 | 19 | the anti-majoritarian metric than |
| 05:11:07 | 20 | others. |
| 05:11:18 | 21 | Correct? |
| 05:11:18 | 22 | A.      That's correct. |
| 05:11:19 | 23 | Q.      And you agree that the |
| 05:11:19 | 24 | anti-majoritarian metric is a tool |
| 05:11:19 | 25 | used to understand the partisanship of |

318

05:11:22    1    a map.

05:11:23    2            Correct?

05:11:24    3    A.      That's correct.

05:11:24    4    Q.      And you agree the Senate

05:11:26    5    Democratic Map Number 1 up there, it's

05:11:28    6    got three highlighted blocks showing

05:11:31    7    anti-majoritarian factors.

05:11:34    8            Correct?

05:11:35    9    A.      That's correct.

05:11:36    10   Q.      And why are they highlighted

05:11:38    11   red rather than highlighted blue?

05:11:40    12   A.      So each of those examples is an

05:11:42    13   election where the Democratic

05:11:45    14   candidate won the statewide vote.  But

05:11:48    15   under the --- sorry, the first Senate

05:11:51    16   Democratic map, the Republicans would

05:11:53    17   have won the majority of the

05:11:56    18   districts.

05:11:56    19   Q.      So with respect to the Senate

05:11:58    20   Democratic map, the indicators of

05:12:02    21   ant----majoritarianis that you've

05:12:07    22   highlighted do not cut in the

05:12:20    23   direction of a Democratic advantage.

05:12:20    24           Correct?

05:12:20    25   A.      That's correct.

319

05:12:27  1    Q.      Is it possible that a map can

05:12:29  2    comply with the traditional

05:12:30  3    redistricting principles we discussed

05:12:33  4    and still be optimized for

05:12:40  5    partisanship?

05:12:40  6    A.      I mean, if you --- meaning

05:12:40  7    actually you have core values on the

05:12:45  8    scores, the answer is yes.

05:12:49  9    Q.      Thank you.

05:12:49  10                   ATTORNEY ATTISANO:

05:12:49  11                   No further questions.

05:12:49  12                   JUDGE MCCULLOUGH:

05:12:54  13                   Thank you, Mr. Attisano.

05:12:54  14   Petitioner Gressman, do you have

05:12:57  15   Redirect?

05:13:09  16                   ATTORNEY RING-AMUNSON:

05:13:09  17                   Thank you, Your Honor.

05:13:09  18                       ---

05:13:09  19             REDIRECT EXAMINATION

05:13:10  20                       ---

05:13:10  21   BY ATTORNEY RING-AMUNSON:

05:13:11  22   Q.      Doctor DeFord, is it true that

05:13:12  23   you, in your reports, attempted to

05:13:15  24   report all metrics for all maps?

05:13:18  25   A.      To the extent I could, yes.

320

05:13:18   1   Q.       And does that mean that each
05:13:21   2   party can find its favorite nugget
05:13:21   3   somewhere in your report to point out
05:13:31   4   to the Judge?
05:13:31   5   A.       That's correct.
05:13:31   6   Q.       And some of the metrics on a
05:13:35   7   particular line item might favor maps
05:13:36   8   submitted by Democratic parties?
05:13:37   9   A.       That's correct.
05:13:38   10  Q.       And some of the metrics on a
05:13:39   11  particular line item might favor
05:13:41   12  Republican parties?
05:13:42   13  A.       That's correct.
05:13:43   14  Q.       So why did you not cherry pick
05:13:45   15  your presentation to focus only on the
05:13:47   16  metrics that favored the Gressman Math
05:13:52   17  and Science Petitioners map?
05:13:53   18  A.       You know, I sort of of was
05:13:55   19  asked to analyze initially the
05:13:57   20  Gressman plan and then, you know, all
05:13:58   21  of the plans across sort of all the
05:14:01   22  metrics that I deemed responsive to
05:14:04   23  the criteria, and so that's what I did
05:14:06   24  and I reported the results for all of
05:14:08   25  those analyses.

321

05:14:10    1    Q.      And if every party can pick one
05:14:13    2    specific line item or another where
05:14:16    3    they perform the best, why is it and
05:14:19    4    how were you able to develop a view
05:14:21    5    that the Gressman Math and Science
05:14:23    6    Petitioners map performs the best when
05:14:29    7    accounting for all of the criteria
05:14:31    8    together?
05:14:31    9    A.      Yeah, so in particular, looking
05:14:33    10   across the criteria and observing, you
05:14:35    11   know, the best possible performance on
05:14:37    12   --- or the best performance across the
05:14:39    13   maps on splits, you know, this is
05:14:41    14   really sort of a remarkable
05:14:42    15   performance compared to the other
05:14:45    16   plans on the partisanship measures,
05:14:47    17   you know, exact population balance,
05:14:50    18   you know, sort of taken together, you
05:14:52    19   know, in my expert opinion,  make the
05:14:52    20   mathematicians and scientists map the
05:14:57    21   best one.
05:14:57    22                    ATTORNEY RING-AMUNSON:
05:14:57    23                    Thank you.  No more
05:14:58    24   questions.
05:14:58    25                    JUDGE MCCULLOUGH:

322

| | | |
|---|---|---|
| 05:15:00 | 1 | Thank you.  You may step |
| 05:15:01 | 2 | down and thank you very much, |
| 05:15:03 | 3 | Professor. |
| 05:15:03 | 4 | THE WITNESS: |
| 05:15:04 | 5 | Thank you. |
| 05:15:04 | 6 | JUDGE MCCULLOUGH: |
| 05:15:04 | 7 | Unless there was any |
| 05:15:05 | 8 | Recross.  I'm sorry I didn't --- is |
| 05:15:07 | 9 | there. |
| 05:15:07 | 10 | ATTORNEY VANCE: |
| 05:15:08 | 11 | No. |
| 05:15:08 | 12 | JUDGE MCCULLOUGH: |
| 05:15:08 | 13 | Okay. |
| 05:15:09 | 14 | Then we will move on. |
| 05:15:11 | 15 | Thank you.  We will move on.  Now, |
| 05:15:25 | 16 | Respondent, Secretary Chapman I do not |
| 05:15:26 | 17 | believe has an expert for today or |
| 05:15:33 | 18 | does ---? |
| 05:15:33 | 19 | ATTORNEY WIYGUL: |
| 05:15:34 | 20 | Your Honor, so the |
| 05:15:34 | 21 | Respondents don't have a map expert |
| 05:15:34 | 22 | because they haven't submitted a map. |
| 05:15:34 | 23 | The Governor has a map expert that |
| 05:15:35 | 24 | he'd like to call.  And I know there's |
| 05:15:35 | 25 | a separate issue which we discussed, |

323

05:15:37  1    and I understand there was a

05:15:38  2    conference this morning I missed, I

05:15:38  3    apologize for that, about the

05:15:43  4    Respondents possibly calling a witness

05:15:44  5    on --- just on calendar issues.  My

05:15:46  6    thought was that that might happen

05:15:49  7    tomorrow, if at all, and not at this

05:15:52  8    moment.

05:15:52  9                    JUDGE MCCULLOUGH:

05:15:52  10                   Right.  We may not --- I

05:15:52  11   don't --- I don't think we're going to

05:15:56  12   need that, but we will talk about that

05:15:57  13   later.

05:16:00  14                   ATTORNEY WIYGUL:

05:16:00  15                   Okay.

05:16:00  16                   JUDGE MCCULLOUGH:

05:16:01  17                   You may proceed to call

05:16:01  18   your witness on behalf of Governor

05:16:03  19   Wolf.

05:16:03  20                   ATTORNEY WIYGUL:

05:16:03  21                   Thank you, Your Honor.

05:16:05  22   Governor Wolf calls Professor Moon

05:16:12  23   Duchin to the stand, please.

05:16:15  24                   COURT CRIER TURNER:

05:16:16  25                   Please raise your right

324

1    hand.

2                       - - -

3          P R O F E S S O R   M O O N   D U C H I N,

4    CALLED AS A WITNESS IN THE FOLLOWING

5    PROCEEDINGS, HAVING FIRST BEEN DULY

6    SWORN, TESTIFIED AND SAID AS FOLLOWS:

05:16:25    7                       - - -

05:16:25    8                  A T T O R N E Y   W I Y G U L:

05:16:25    9                  And Your Honor, may I

05:16:27   10    just provide the witness with a

05:16:28   11    binder, if that's all right?

05:16:28   12                  J U D G E   M C C U L L O U G H:

05:16:28   13                  Is that the witness's

05:16:30   14    report?

05:16:30   15                  A T T O R N E Y   W I Y G U L:

05:16:30   16                  I understand it's the

05:16:30   17    witness's report and other reports as

05:16:33   18    well.

05:16:33   19                  J U D G E   M C C U L L O U G H:

05:16:34   20                  Yes.

05:16:34   21                       - - -

05:16:34   22            D I R E C T   E X A M I N A T I O N

05:16:45   23                       - - -

05:16:45   24    BY ATTORNEY WIYGUL:

05:16:45   25    Q.        Good afternoon, Professor

325

05:16:47  1    Duchin.  Could you please start by
05:16:48  2    just introducing yourself to the
05:16:50  3    Court, please?
05:16:50  4    A.      Yes.  My name is Moon Duchin.
05:16:53  5    Q.      And what's your current
05:16:54  6    position?
05:16:55  7    A.      I'm a professor of mathematics
05:16:57  8    and Senior Fellow in the College of
05:17:01  9    Civic Life at Tufts University.
05:17:01  10   Q.      And do you have any experience
05:17:02  11   in any areas of research that are
05:17:04  12   relevant to the two reports you
05:17:06  13   prepared in this matter?
05:17:07  14   A.      Yes.  The main focus of my
05:17:10  15   research in recent years has been on
05:17:10  16   techniques to analyze redistricting
05:17:18  17   and systems of election.
05:17:18  18   Q.      And have you published in
05:17:19  19   peer-reviewed articles in the area of
05:17:21  20   redistricting?
05:17:21  21   A.      Yes, quite a few at this point
05:17:23  22   appearing in places like the Election
05:17:27  23   Law Journal, Political Analysis,
05:17:32  24   Statistics in Public Policy and so on.
05:17:32  25   Q.      Outside of that strictly

326

05:17:35    1    academic work, do you have any other
05:17:37    2    experience where you assess the
05:17:39    3    characteristics --- characteristics of
05:17:40    4    district maps?
05:17:41    5    A.      I do.  In this cycle I have
05:17:44    6    worked with various line-drawing
05:17:47    7    bodies such as redistricting
05:17:47    8    commissions, independent and
05:17:51    9    bipartisan commissions around the
05:17:52   10    country which have brought me into
05:17:56   11    call balls and strikes as I see it and
05:17:59   12    try to put plans in the context in
05:18:01   13    terms of metrics trying to understand
05:18:03   14    the alternatives and the political
05:18:06   15    geography.
05:18:07   16    Q.      I would like to turn now to the
05:18:09   17    reports in this matter.  Generally
05:18:10   18    speaking, what were you asked to do?
05:18:11   19    A.      I was asked in this matter to
05:18:13   20    look at a collection of congressional
05:18:17   21    plans for Pennsylvania, to compare
05:18:20   22    them.  Ultimately I compared 13 plans,
05:18:24   23    but also performed what has been
05:18:27   24    called an ensemble analysis, what I
05:18:30   25    call an ensemble analysis.  My main

327

| 05:18:34 | 1 | ensemble consists of 100,000 |
| 05:18:38 | 2 | alternative plans that follow the --- |
| 05:18:39 | 3 | the rules and priorities of |
| 05:18:41 | 4 | Pennsylvania redistricting, so I |
| 05:18:43 | 5 | suppose you could say I compared |
| 05:18:52 | 6 | 100,013 plans. |
| 05:18:53 | 7 | Q.     And we've heard a lot in this |
| 05:18:53 | 8 | case so far about traditional or |
| 05:18:53 | 9 | neutral redistricting principles. |
| 05:18:53 | 10 | You heard that testimony? |
| 05:18:53 | 11 | A.     Yes. |
| 05:18:54 | 12 | Q.     Did you evaluate the maps in |
| 05:18:55 | 13 | this case under those principles? |
| 05:18:56 | 14 | A.     I did. |
| 05:18:57 | 15 | Q.     Okay. |
| 05:18:57 | 16 | And what do you understand the |
| 05:19:00 | 17 | term traditional districting |
| 05:19:03 | 18 | principles to mean? |
| 05:19:05 | 19 | A.     So in my view, usually there's |
| 05:19:07 | 20 | a sort big six.  So we talk about |
| 05:19:09 | 21 | population equality under one person, |
| 05:19:12 | 22 | one vote, we talk about minority |
| 05:19:14 | 23 | opportunity to elect under the Voting |
| 05:19:17 | 24 | Rights Act of 1965 and the |
| 05:19:20 | 25 | Constitution. |

328

| | | |
|---|---|---|
| 05:19:20 | 1 | There are compactness and |
| 05:19:22 | 2 | contiguity, there's respect for |
| 05:19:24 | 3 | political boundaries and also respect |
| 05:19:27 | 4 | for communities of interest.  Those |
| 05:19:29 | 5 | round out the most important of the |
| 05:19:31 | 6 | most typically considered six, and |
| 05:19:34 | 7 | there are others such as least change |
| 05:19:36 | 8 | and incumbency considerations and so |
| 05:19:40 | 9 | on that are often in play. |
| 05:19:43 | 10 | Q.     We've also heard quite a bit |
| 05:19:44 | 11 | today about the conduct of |
| 05:19:46 | 12 | partisanship fairness.  Did you |
| 05:19:46 | 13 | evaluate the maps at issue in this |
| 05:19:47 | 14 | case for partisan fairness? |
| 05:19:47 | 15 | A.     I did.  And I took that to be a |
| 05:19:47 | 16 | major area of interest in comparing |
| 05:19:48 | 17 | the maps. |
| 05:19:48 | 18 | Q.     And what do you understand the |
| 05:19:50 | 19 | term partisan fairness to mean? |
| 05:19:50 | 20 | A.     Broadly, in terms of partisan |
| 05:19:50 | 21 | fairness, I've been talking about |
| 05:20:07 | 22 | concepts like vote dilution.  The idea |
| 05:20:11 | 23 | is that votes should weigh as much, |
| 05:20:11 | 24 | they should have as much weight, power |
| 05:20:14 | 25 | and value, regardless of how they're |

329

05:20:16    1    aligned or how they're placed.  And

05:20:17    2    that includes, in particular, votes

05:20:19    3    cast for members of different parties.

05:20:21    4    So the partisan fairness broadly is

05:20:24    5    about giving votes equal weight,

05:20:31    6    irrespective of their party limit.

05:20:33    7    Q.      And you said you analyzed the

05:20:34    8    13 maps that were submitted in this

05:20:36    9    case.  Is it true in your opening

05:20:38   10    report you focused on three, the

05:20:39   11    Governor's plan, HB-2146 or the plan

05:20:44   12    passed out at Pennsylvania House and

05:20:46   13    what your report referred to as the

05:20:48   14    Citizens plan?

05:20:49   15    A.      That's correct.

05:20:49   16    Q.      And just to be clear, by

05:20:51   17    Citizens plan because of the

05:20:52   18    nomenclature you're referring to the

05:20:56   19    draw of the lines in the Amicus plan.

05:20:58   20            Is that correct?

05:20:58   21    A.      That's right.  I would like to

05:20:59   22    point out, it was noted in one of the

05:21:00   23    --- at least one of the response

05:21:03   24    briefs that their plan had been

05:21:05   25    updated several times in January, and

330

| | | |
|---|---|---|
| 05:21:10 | 1 | so in the report I look at, a January |
| 05:21:13 | 2 | draw of the lines plan, but I'm also |
| 05:21:14 | 3 | prepared to discuss the update.  I |
| 05:21:19 | 4 | compared them. |
| 05:21:19 | 5 | Q.      Okay. |
| 05:21:20 | 6 |        Great.  Great? |
| 05:21:20 | 7 |        And so you looked at those |
| 05:21:22 | 8 | three plans initially and then your |
| 05:21:23 | 9 | response report looked at the balance |
| 05:21:24 | 10 | of the plans. |
| 05:21:24 | 11 |        Is that right? |
| 05:21:25 | 12 | A.      That's right. |
| 05:21:25 | 13 | Q.      So after conducting your |
| 05:21:28 | 14 | analysis did you reach any conclusions |
| 05:21:29 | 15 | to a reasonable degree of professional |
| 05:21:31 | 16 | certainty about the various maps |
| 05:21:33 | 17 | conformance to what we called the |
| 05:21:35 | 18 | traditional redistricting principles? |
| 05:21:38 | 19 | A.      I --- I did.  I analyzed that |
| 05:21:40 | 20 | in some detail. |
| 05:21:41 | 21 | Q.      And --- and generally speaking, |
| 05:21:42 | 22 | what were those conclusions? |
| 05:21:43 | 23 | A.      In general, the plans submitted |
| 05:21:45 | 24 | that are in consideration for the |
| 05:21:49 | 25 | Court form quite well across a range |

331

| | | |
|---|---|---|
| 05:21:51 | 1 | of different metrics, but that's not |
| 05:21:52 | 2 | to say that you can't make some |
| 05:21:55 | 3 | distinctions if you're looking to make |
| 05:21:59 | 4 | tiers of adherence to the traditional |
| 05:22:02 | 5 | principles. |
| 05:22:03 | 6 | Q.      And let's --- can we pull up |
| 05:22:05 | 7 | Exhibit 1 to your opening report, |
| 05:22:06 | 8 | please.  That's page eight, Table 1. |
| 05:22:09 | 9 | And this addresses the principle |
| 05:22:10 | 10 | population balance. |
| 05:22:12 | 11 |         Is that correct? |
| 05:22:12 | 12 | A.      That's right. |
| 05:22:13 | 13 | Q.      What conclusions did you reach |
| 05:22:15 | 14 | with regard to this principle? |
| 05:22:17 | 15 | A.      That all plans --- in this |
| 05:22:22 | 16 | case, the initial three --- but |
| 05:22:24 | 17 | ultimately all 13 plans are quite |
| 05:22:27 | 18 | tightly population balanced with |
| 05:22:28 | 19 | respect to their --- to the relevance |
| 05:22:30 | 20 | basis of population that they |
| 05:22:33 | 21 | considered. |
| 05:22:33 | 22 | Q.      And then there's also a table |
| 05:22:35 | 23 | about prisoner adjusted numbers. |
| 05:22:37 | 24 | Can you just explain what that is? |
| 05:22:39 | 25 | A.      Absolutely.  So there are |

332

| | | |
|---|---|---|
| 05:22:40 | 1 | actually three data sets in play, the |
| 05:22:47 | 2 | census PL 94171, as it's called, |
| 05:22:48 | 3 | that's the raw decennial data release. |
| 05:22:54 | 4 | And in the State of Pennsylvania the |
| 05:22:59 | 5 | LRC released two data sets afterwards. |
| 05:22:59 | 6 | One that many people call LRC-1, |
| 05:23:02 | 7 | corrects some boundaries and what you |
| 05:23:04 | 8 | might call some labeling errors from |
| 05:23:07 | 9 | the census bureau, but it's very |
| 05:23:10 | 10 | similar. And a second ORC 2 that |
| 05:23:13 | 11 | reallocates incarcerated people as |
| 05:23:19 | 12 | best as possible to their communities |
| 05:23:21 | 13 | of origin. |
| 05:23:21 | 14 | Most of the plans are balanced |
| 05:23:21 | 15 | with respect to the first data set to |
| 05:23:25 | 16 | the raw census data and LRC-1 which |
| 05:23:25 | 17 | agree. But in particular the plan |
| 05:23:25 | 18 | submitted by Khalif Ali, et al. is |
| 05:23:25 | 19 | balanced with respect to the prisoner |
| 05:23:35 | 20 | adjusted data. |
| 05:23:35 | 21 | Q.    And so you show what the |
| 05:23:36 | 22 | deviation would be for these three |
| 05:23:38 | 23 | plans under that data set. |
| 05:23:39 | 24 | Is that correct? |
| 05:23:40 | 25 | A.    Yes. |

333

| | | |
|---|---|---|
| 05:23:47 | 1 | Q.      Okay. |
| 05:23:47 | 2 |         Now, we've also heard a lot |
| 05:23:47 | 3 | about contiguity, I believe the |
| 05:23:47 | 4 | testimony so far has been all the |
| 05:23:47 | 5 | plans at issue are contiguous? |
| 05:23:47 | 6 |         Do you agree with that? |
| 05:23:53 | 7 | A.      I do. |
| 05:23:53 | 8 | Q.      So let's move on to compactness |
| 05:23:53 | 9 | and can we pull up your opening |
| 05:23:56 | 10 | report, page nine, Table 3, and |
| 05:23:57 | 11 | Exhibit 2 --- excuse me, and your |
| 05:23:58 | 12 | response report, page two.  Maybe |
| 05:23:58 | 13 | juxtapose those, if we can. |
| 05:24:06 | 14 |         We've heard a lot about |
| 05:24:09 | 15 | compactness in this case.  Can you |
| 05:24:11 | 16 | just say generally how you would |
| 05:24:12 | 17 | describe that metric? |
| 05:24:12 | 18 | A.      Sure.  Maybe a family of |
| 05:24:17 | 19 | metrics.  Compactness is one of the |
| 05:24:18 | 20 | areas of my specialization.  It's what |
| 05:24:22 | 21 | got me into thinking about |
| 05:24:24 | 22 | redistricting in the first place.  And |
| 05:24:26 | 23 | here I've concluded the five |
| 05:24:28 | 24 | different, what I call, contour-based |
| 05:24:33 | 25 | measures that were referenced by the |

334

05:24:34    1    Supreme Court in the League of Women

05:24:36    2    Voters case.

05:24:37    3         All the plans in 2018 had to

05:24:39    4    submit the scores of those five

05:24:41    5    metrics.  And then there's another one

05:24:42    6    called block cut edges, which is a

05:24:45    7    discreet measure that takes the units

05:24:48    8    into account, but without going into

05:24:48    9    great depth, rather than choosing a

05:24:53   10    metric, I've  as you'll see in many of

05:24:54   11    the expert treatments, and as you'll

05:24:56   12    see in the way I treat other matters,

05:24:58   13    I've tried to report all the ones I

05:25:01   14    think are of interest.

05:25:02   15    Q.      And what conclusions do you

05:25:04   16    draw about the relative performance of

05:25:07   17    the various maps under these different

05:25:09   18    compactness scores?

05:25:11   19    A.      That the maps are quite good

05:25:15   20    across the board, but that you can

05:25:17   21    still see some that are better.  And

05:25:19   22    the Governor's plan, in particular, is

05:25:22   23    highly compact.  It's the most compact

05:25:26   24    in several of these measures.  It's

05:25:27   25    one of the two or three most compact

335

| | | |
|---|---|---|
| 05:25:30 | 1 | in perhaps most or all of the |
| 05:25:32 | 2 | measures. |
| 05:25:33 | 3 | So broadly speaking, I agree |
| 05:25:35 | 4 | with the experts who have spoken |
| 05:25:37 | 5 | before me, who have said that the |
| 05:25:39 | 6 | different measures capture largely |
| 05:25:41 | 7 | different things, some of them are |
| 05:25:42 | 8 | very similar, but that I feel very |
| 05:25:49 | 9 | comfortable saying the Governor's plan |
| 05:25:52 | 10 | is particularly compact. |
| 05:25:53 | 11 | Q.    And what about the relative |
| 05:25:54 | 12 | performance of the house map or |
| 05:25:54 | 13 | HB-2146 with respect to compactness? |
| 05:25:59 | 14 | A.    It's certainly one of the least |
| 05:26:01 | 15 | compact of these. |
| 05:26:01 | 16 | Q.    Now, we've also spoken about |
| 05:26:05 | 17 | political boundaries today.  And can |
| 05:26:07 | 18 | we pull up the response report, |
| 05:26:11 | 19 | Professor Duchin, page two, Table 1, |
| 05:26:12 | 20 | please? |
| 05:26:12 | 21 | So can you say again, what do |
| 05:26:14 | 22 | you understand respecting political |
| 05:26:16 | 23 | boundaries to mean? |
| 05:26:18 | 24 | A.    So respecting political |
| 05:26:20 | 25 | boundaries means that once you know |

336

05:26:21   1    which the relevant units are, you

05:26:25   2    should try not split them, try to keep

05:26:28   3    them whole.  And when you must split

05:26:31   4    them, you should pay attention to how

05:26:34   5    many pieces you're splitting them

05:26:34   6    into.

05:26:34   7            As you heard from Doctor Rodden

05:26:34   8    --- and I heartily agree, this will

05:26:39   9    depend heavily on which data set you

05:26:40   10   use to define your terms.  So what you

05:26:44   11   see here is the county subdivision

05:26:46   12   data set from the census borough that

05:26:47   13   Doctor Rodden spoke about earlier.

05:26:50   14   That's the basis of my municipality

05:26:57   15   numbers here.  And it includes cities,

05:26:58   16   towns, townships and boroughs.  I did

05:26:59   17   also look at wards, that's not

05:27:00   18   reflected in these numbers.

05:27:03   19   Q.      So is it fair to say to make

05:27:05   20   sure you're comparing apples and

05:27:09   21   apples you have to make sure you know

05:27:09   22   what each party or expert means by

05:27:10   23   political subdivision?

05:27:11   24   A.      Absolutely.  And I think when

05:27:13   25   you compare the reports, it can become

337

05:27:14   1   obvious if you're reading a report of
05:27:16   2   someone who has thought a lot about
05:27:18   3   these different choices and certainly
05:27:20   4   --- certainly I did think about what
05:27:22   5   the best data set was to use for
05:27:25   6   correspondence to the terms of the
05:27:26   7   constitution.
05:27:26   8   Q.       And when you applied your
05:27:28   9   analysis of respect for political
05:27:30   10   subdivisions to the maps in this case,
05:27:32   11   what conclusions do you draw?
05:27:35   12   A.       Really broadly, these are all
05:27:38   13   excellent on this level.  Just the way
05:27:40   14   --- you know, we see so many numbers
05:27:42   15   when we look at analyses like this, so
05:27:45   16   here I would just remind you, if
05:27:47   17   you're trying to make your way around
05:27:49   18   those numbers, we're dealing with 17
05:27:52   19   district plans.  And so if you think
05:27:54   20   about it, plans that split 17 and even
05:27:58   21   fewer than 17 are, you know, in that
05:28:01   22   neighborhood, those should be really
05:28:03   23   considered excellent in the context of
05:28:06   24   trying to balance population finally.
05:28:08   25   And so what you see here is that, you

338

05:28:11   1    know, 13 to 16 county splits is true

05:28:14   2    for most of these, and 16 to 18

05:28:18   3    municipality splits is true for most

05:28:20   4    of these.  And I consider those to be

05:28:23   5    excellent.

05:28:24   6           We've heard people talking

05:28:25   7    today about absolutely minimization of

05:28:28   8    these numbers, and to that I would

05:28:29   9    just remind you it's minimization in

05:28:32   10   view of the other --- the other

05:28:34   11   properties and criteria that must be

05:28:37   12   maintained.  So everyone who thinks

05:28:39   13   about these numbers understands that

05:28:41   14   there are trade-offs, and that perhaps

05:28:43   15   if you split one more county you can

05:28:46   16   get a better compactness score and so

05:28:49   17   on.  So these all reflect decisions

05:28:50   18   about those trade offs.

05:28:52   19   Q.     And you mentioned a range that

05:28:56   20   most of the plans were in, which I

05:28:57   21   think you described as excellent, just

05:28:57   22   to be clear is the Governor's plan

05:29:00   23   within those ranges?

05:29:01   24   A.     It is.  And --- and as is also

05:29:02   25   noted in some of the reports.  Some of

339

| | | |
|---|---|---|
| 05:29:03 | 1 | these county splits are really quite |
| 05:29:06 | 2 | minor, but are listed here nonetheless |
| 05:29:09 | 3 | such as that example of six stray |
| 05:29:16 | 4 | paper in Chester County. |
| 05:29:16 | 5 | Q.      I understand.  Now, are you |
| 05:29:18 | 6 | aware that several other experts in |
| 05:29:19 | 7 | this contact have focused on many |
| 05:29:22 | 8 | criticize the fact that the governor |
| 05:29:24 | 9 | maps splits the City of Pittsburgh? |
| 05:29:26 | 10 | A.      Yes, I did notice that was a |
| 05:29:28 | 11 | theme in a number of the reports. |
| 05:29:28 | 12 | Q.      And did you have any opinions |
| 05:29:30 | 13 | that you want to offer about that |
| 05:29:31 | 14 | focus? |
| 05:29:32 | 15 | A.      Well, just to say that there |
| 05:29:38 | 16 | are many things you're balancing, as |
| 05:29:39 | 17 | I've already said, and particularly |
| 05:29:40 | 18 | when it comes to city splits, I think |
| 05:29:40 | 19 | that --- one thing that's called to |
| 05:29:52 | 20 | mind for me is a story from an |
| 05:29:53 | 21 | interview that I actually conducted |
| 05:29:57 | 22 | for a book that's in press with |
| 05:30:01 | 23 | Professor Nate Persily, who is a |
| 05:30:01 | 24 | longstanding and highly respected |
| 05:30:02 | 25 | redistricting expert.  Indeed he's the |

340

| | | |
|---|---|---|
| 05:30:05 | 1 | line drawer who drew the remedial plan |
| 05:30:09 | 2 | that we've all been praising today. |
| 05:30:09 | 3 | Q.      In 2018? |
| 05:30:12 | 4 | A.      In 2018 in Pennsylvania for the |
| 05:30:15 | 5 | court --- the Supreme Court of |
| 05:30:15 | 6 | Pennsylvania.  So the plan that we're |
| 05:30:17 | 7 | using as the benchmark.  And in this |
| 05:30:22 | 8 | interview Professor Persily talks |
| 05:30:23 | 9 | about having drawn lines for many |
| 05:30:24 | 10 | decades, including the State of New |
| 05:30:26 | 11 | York.  And he gives a colorful example |
| 05:30:33 | 12 | of Buffalo, where he says, you know, |
| 05:30:33 | 13 | he sat down to draw a great plan, he |
| 05:30:33 | 14 | was looking at all the metrics, and he |
| 05:30:35 | 15 | saw that Buffalo had been split and |
| 05:30:36 | 16 | that he didn't have to split it. |
| 05:30:37 | 17 |         And in fact, the way he |
| 05:30:38 | 18 | described it in the interview, he |
| 05:30:40 | 19 | could drive this really nice round |
| 05:30:45 | 20 | district around Buffalo, keeping it |
| 05:30:45 | 21 | whole and getting a great compactness |
| 05:30:45 | 22 | score and he was patting himself on |
| 05:30:45 | 23 | the back over that. |
| 05:30:49 | 24 |         And then when the plan came out |
| 05:30:50 | 25 | to the public the news stories, the |

341

05:30:52   1   headline was Buffalo loses district,

05:30:57   2   because having had two representatives

05:30:59   3   before and now they would have only

05:31:02   4   one.  So what he thought was just a

05:31:04   5   win-win in terms of the metrics

05:31:08   6   actually turned out to be regarded as

05:31:11   7   getting a little bit less

05:31:11   8   representation to Buffalo.

05:31:13   9   That's not to say that you should

05:31:14   10   always split cities, that's to say

11   that there are also community of

12   interest considerations.  And I

13   believe we've just heard about an

14   example in --- please correct me,

15   because there are many parties, but I

16   think it was the senate, Democratic

17   caucus brief of the city of controller

18   from Pittsburgh testifying that a

05:31:15   19   two-district split for Pittsburgh

05:31:18   20   could be a good choice in view of

05:31:18   21   communities of interest.  So that was

05:31:18   22   --- sorry that was a bit of a long

05:31:18   23   answer.

05:31:18   24       But all to say, I think these

05:31:42   25   are all reasonable choices.  Some of

342

05:31:46   1    the reports say that the Governor's

05:31:49   2    plan split of Pittsburgh is an obvious

05:31:52   3    Democratic gerrymandering ploy and

05:31:52   4    some reports say it's an obvious ploy

05:31:54   5    to get better compacting scores.  I

05:31:57   6    just think there are good reasons as

05:31:59   7    well why a city split, particularly

05:32:02   8    into two districts that can comport

05:32:06   9    with the preferences of the City might

05:32:07   10   be the best for --- for

05:32:08   11   representational goals.

05:32:08   12   Q.      Now, in that context of what

05:32:12   13   you just said, you mentioned

05:32:12   14   communities of interest, which you

05:32:14   15   also spoke about earlier.  Could we

05:32:17   16   bring up opening report, page 11,

05:32:21   17   Figure 2, and can you start by

05:32:22   18   explaining about the principle of

05:32:24   19   communities of interest?

05:32:25   20   A.      Yes.  So the idea there in the

05:32:26   21   communities of interest norm is that

05:32:29   22   we should identify geographical areas

05:32:34   23   where the residents have shared

05:32:35   24   interests that are relevant to their

05:32:37   25   representation.  So this could be

343

05:32:38    1    shared history, shared economics,

05:32:40    2    shared culture, many other examples.

05:32:44    3    And the principle says you should be

05:32:48    4    attentive to communities of interest,

05:32:50    5    especially in view of the example I

05:32:52    6    just gave.

05:32:53    7         It doesn't always mean a

05:32:55    8    community should be held whole.

05:32:58    9    Sometimes it's more effectively split.

05:32:58    10   But they should be kind of top of mind

05:33:00    11   for the line drawers, as they draw.

05:33:02    12   And for the plans that I was

05:33:04    13   considering in the initial report, I

05:33:07    14   know that the Governor's plan had a

05:33:09    15   public portal, collected hundreds of

05:33:12    16   submissions from the public about

05:33:15    17   their communities.  The Citizens plan

05:33:17    18   was based on a mapping competition,

05:33:19    19   which ---.

05:33:19    20   Q.       Again, this is the Draw the

05:33:22    21   Lines plan, just to be clear?

05:33:22    22   A.       Yes.  Thank you.  Several of

05:33:23    23   them do use the word citizens.  So the

05:33:28    24   Draw the Lines plan, which I've called

05:33:28    25   Citizens plan was the output of a

344

| | |
|---|---|
| 05:33:31 | 1 |
| 05:33:35 | 2 |
| 05:33:36 | 3 |
| 05:33:38 | 4 |
| 05:33:40 | 5 |

mapping competition that had hundreds
even maybe thousands of entries.
        The House plan has its own
really nice origin story, in my
opinion.  It's derived from a map
drawn from a map drawn Susan Amanda
Holt, engaged --- highly engaged
Pennsylvanian who really has taken a
--- has done a great job and taken a
great interest in mapping.  My
understanding, which is not informed
by any special knowledge, but my
understanding from the coverage is
that that was drawn primarily in
isolation and in view of the metrics.
And I think that's a little bit
reflected.  Here I've compared how the
three plans split up Philadelphia.  So
Philadelphia city and county is
outlined in red in the plans, and I
think that you get divisions of the
City that are more logical from the
point of view of the COI testimony in
the Governor's plan and the Citizens
plan.

345

05:34:27   1          The Holt derived House map, you

05:34:30   2    can see a little sort of chomp into

05:34:34   3    Philadelphia in the north.  What you

05:34:36   4    can't maybe see at this resolution is

05:34:39   5    that towards the south, that District

05:34:40   6    actually enters Philadelphia in two

05:34:43   7    different places.  I don't --- I don't

05:34:46   8    know of any kind of community oriented

05:34:48   9    justification for the way that that

05:34:50   10   split is designed.

05:34:51   11   Q.      I'd like to ask you about

05:34:53   12   another redistricting principle, which

05:34:54   13   is the least change principle.

05:34:56   14          Are you aware of that one?

05:34:58   15   A.      Yes.

05:34:58   16   Q.      And could you describe that for

05:34:59   17   the Court, please?

05:35:00   18   A.      Yes.  So least change and

05:35:05   19   associated metrics look to measure the

05:35:05   20   degree of a plan's resemblance to

05:35:07   21   another another plan.  And in this

05:35:08   22   case to that benchmark plan drawn by

05:35:16   23   Professor Persily that I just

05:35:17   24   mentioned.  And it's more

05:35:18   25   straightforward to measure this when

346

05:35:20    1    you have the same number of districts,

05:35:22    2    but as you heard from Doctor Rodden

05:35:24    3    earlier, you can still do that even

05:35:26    4    though the number of districts has

05:35:29    5    dropped just by looking for the best

05:35:29    6    matching.   And I did look at that

05:35:31    7    metric in my report.

05:35:32    8    Q.      And could we pull up opening

05:35:34    9    report, page ten, Table 4, please.

05:35:39    10   And I'll ask you, Professor Duchin,

05:35:40    11   does this represent the results of

05:35:40    12   your analysis on least change, at

05:35:42    13   least in your initial report?

05:35:43    14   A.      That's right.   This shows the

05:35:44    15   best matching of the new districts to

05:35:47    16   the amount of displacement, which is

05:35:49    17   really quite similar to the metric

05:35:52    18   Doctor Rodden described.

05:35:52    19   Q.      And what does that show in

05:35:53    20   terms of the relative performance of

05:35:55    21   these three maps?

05:35:56    22   A.      Of these three, the Governor's

05:35:59    23   plan is the most like the --- the

05:36:00    24   current plan, the remedial plan from

05:36:02    25   2018.   I did later look at the rest of

347

1    the maps and I quickly tried to

2    compare my numbers to Doctor Rodden's

3    when they were on screen, and they ---

4    and they agree.  So it is the case

5    that the Carter plan is the closest to

05:36:18    6    the remedial plan.

05:36:18    7    Q.    And let me just Zoom out here

05:36:20    8    for a moment and ask why is minimizing

05:36:22    9    changes from the old map, in this case

05:36:24    10    the 2018 remedial plan, why is that

05:36:27    11    redistricting value?

05:36:28    12    A.    If you believe that the old

05:36:29    13    plan is a good one, if you believe

05:36:32    14    that the old plan has shown itself to

05:36:36    15    perform in ways that are fair, if you

05:36:38    16    believe that the old plan represents

05:36:41    17    the principles that you're trying to

05:36:44    18    embody, then it does make some sense

05:36:45    19    that you try to look a lot like it.

05:36:47    20    Although I think this would clearly go

05:36:50    21    lower order priority than those

05:36:52    22    traditional principles that we

05:36:54    23    discussed in the first group.

05:36:57    24    Q.    Can we pull up opening report

05:37:00    25    page ten, Table 5, please.  And I want

348

05:37:03    1    to ask you, this --- this table

05:37:03    2    addresses the principal incumbent

05:37:08    3    pairing, and what does that principle

05:37:09    4    focus on?

05:37:09    5    A.      So that looks at the question

05:37:11    6    of whether --- when you take the home

05:37:13    7    addresses of the incumbents for the

05:37:15    8    office that you're analyzing, have you

05:37:15    9    drawn the districts in a way that they

05:37:15    10   contain multiple incumbents.

05:37:15    11          This is sometimes colorfully

05:37:25    12   called double bunking.  I really love

05:37:27    13   that image.  It's like a fight over a

05:37:28    14   bunk bed and the idea these incumbents

05:37:31    15   will have to face each other if they

05:37:34    16   are planning to run for re-election in

05:37:34    17   a state that requires residency in the

05:37:37    18   district.

05:37:37    19   Q.      And what conclusions, if any,

05:37:39    20   did you draw about the various maps

05:37:41    21   under the incumbent pairing principle?

05:37:44    22   A.      Well, just from basic math,

05:37:45    23   we're going to have to compare some

05:37:47    24   incumbents to go down from 18 to 17

05:37:50    25   districts, so you'll need at least one

349

05:37:53   1    district that has multiplicity.  And

05:37:53   2    these three plans all have two such

05:38:00   3    districts.  One thing that I'll note

05:38:01   4    that is that it's my understanding

05:38:03   5    that District 5 and the Governor's

05:38:05   6    plan compares two Democratic

05:38:07   7    incumbents.

05:38:08   8          Just for the record, in my

05:38:10   9    view, when I'm trying to assess

05:38:12   10   whether a plan is a gerrymander for

05:38:15   11   one party, I think it would avoid

05:38:17   12   pairing the incumbents of that party.

05:38:18   13   So to me, this is a sign that this is

05:38:21   14   not a Democratic gerrymander plan.

05:38:24   15   Q.     So if we take all the

05:38:25   16   traditional redistricting principles

05:38:26   17   that you considered, what conclusions

05:38:28   18   overall, did you draw about the

05:38:30   19   Governor's plan in relation to the

05:38:31   20   other plans before the Court?

05:38:32   21   A.     I think it's really an

05:38:34   22   excellent plan on the grounds of the

05:38:35   23   traditional principles.  It's one of

05:38:38   24   the very best.  In my view it's

05:38:43   25   extremely compact.  It is economical

350

05:38:46  1   in terms of political boundary splits

05:38:48  2   and the splits that it is has have a

05:38:51  3   good story.  I find it to do well by

05:38:54  4   the likes of incumbent pairing and

05:38:56  5   lease change across the board.  It's

05:38:57  6   an excellent plan on traditional

05:39:00  7   districting principles.

05:39:00  8   Q.     I want to move on now from

05:39:03  9   traditional districting principles to

05:39:07  10  partisan fairness.  That was one of

05:39:09  11  issues that you covered in your

05:39:10  12  reports.

05:39:10  13         Correct?

05:39:10  14  A.     Yes.

05:39:11  15  Q.     Okay.

05:39:11  16         And you compared the Governor's

05:39:12  17  maps with other maps, and specifically

05:39:12  18  the House map HB-2154 with partisan

05:39:20  19  fairness?

05:39:20  20  A.     2146, I think, if I have that

05:39:20  21  right?  It's like drilled into my head

05:39:22  22  at this point

05:39:22  23  Q.     Thank you.  I will say the

05:39:23  24  House map so I won't get confused.

05:39:25  25  A.     Yes, I did compare those.

351

| | | |
|---|---|---|
| 05:39:28 | 1 | Q.      And I understand there are a |
| 05:39:30 | 2 | lot of different ways to talk about |
| 05:39:30 | 3 | partisan fairness.  I think we've |
| 05:39:31 | 4 | already heard that, but in your report |
| 05:39:33 | 5 | we talked about a close votes, close |
| 05:39:35 | 6 | seats principle. |
| 05:39:36 | 7 | Can you just explain what that |
| 05:39:37 | 8 | means? |
| 05:39:38 | 9 | A.      You're hearing a lot of |
| 05:39:39 | 10 | agreement from the experts for the |
| 05:39:42 | 11 | Court so far, and I think that should |
| 05:39:44 | 12 | be a good sign, that when you are |
| 05:39:46 | 13 | thinking about the small D Democratic |
| 05:39:51 | 14 | functioning of a plan, that is you're |
| 05:39:53 | 15 | thinking about how well it upholds the |
| 05:40:00 | 16 | norms and ideals of representative |
| 05:40:01 | 17 | democracy.  You really want to see |
| 05:40:02 | 18 | that the plan has the ability to |
| 05:40:06 | 19 | translate more votes into more seats. |
| 05:40:08 | 20 | That's just bedrock principle.  And so |
| 05:40:08 | 21 | I think I have a ---. |
| 05:40:10 | 22 | Q.      I'm sorry, can you pull up |
| 05:40:13 | 23 | opening report, page 14, Figure 4, |
| 05:40:14 | 24 | please? |
| 05:40:14 | 25 | A.      So hopefully, this plot isn't |

352

05:40:17   1    too busy, but I think it has a lot of

05:40:20   2    information that I want to help

05:40:22   3    visualize.  I'm a very geometric

05:40:22   4    thinker, so I like pictures.  What I'm

05:40:27   5    saying is that I think we all broadly

05:40:28   6    agree that a plan that consistently

05:40:31   7    converts a majority of votes for one

05:40:39   8    party to a majority of seats for the

05:40:41   9    other party, I think we would agree,

05:40:43   10   broadly that that is unfair.

05:40:44   11          And so I've marked that here

05:40:45   12   with these quadrants and these

05:40:45   13   evocative Xs, because I thought a

05:40:53   14   skull and crossbones might be over the

05:40:53   15   top.  But these are kind of no-go

05:40:55   16   zones in a sense.  If you're spending

05:40:58   17   too much time in these quadrants, then

05:41:01   18   the map should really be scrutinized

05:41:02   19   very closely.  And if it's possible to

05:41:03   20   do better, you should do better.

05:41:06   21          I guess while this is up I will

05:41:09   22   mention, in the other two quadrants,

05:41:13   23   the ones that are conducive to

05:41:15   24   majority rules, you know, reasonable

05:41:17   25   people can advance different norms

353

05:41:20  1    about what would be the best place for
05:41:21  2    data points to fall.
05:41:24  3         Should the vote share roughly
05:41:26  4    equal the C share, that's
05:41:28  5    proportionality, and I've marked that
05:41:31  6    in the reply. Should you have equal
05:41:33  7    numbers of wasted votes within a few
05:41:36  8    percentage points that are assigned,
05:41:37  9    that is the band that I've marked as
05:41:39  10   efficiency gap. Other people have
05:41:43  11   advanced other ideas about curves and
05:41:46  12   symmetry, but this is a zone in which
05:41:49  13   you have a plan that's performing well
05:41:53  14   by the likes of majority rules.
05:41:55  15        And I guess while this is up
05:41:57  16   --- and I'll be brief. I'll say that
05:41:59  17   close votes, close seats, we've also
05:41:59  18   heard about from multiple experts.
05:42:01  19   And that says if you have elections
05:42:03  20   that are close to 50 percent vote
05:42:05  21   share for the parties you like those
05:42:07  22   to give close to equal representation,
05:42:09  23   so if you're near 50 percent
05:42:16  24   horizontally you don't want to
05:42:16  25   consistently miss that bullseye by

354

05:42:18  1   always deviating to the north and
05:42:19  2   south.  That would be a sign that
05:42:21  3   you're converting close voting to
05:42:23  4   consistent partisan advantage.
05:42:23  5   Q.    And did you prepare an
05:42:25  6   animation to illustrate how the
05:42:27  7   analysis you just described would
05:42:28  8   apply to the various maps at issue in
05:42:30  9   this case?
05:42:31  10  A.    I did.  And I --- maybe this
05:42:34  11  will help wake us up at this point.
05:42:34  12              ATTORNEY WIYGUL:
05:42:36  13              And Your Honor, if we
05:42:37  14  could call up what we had pre-marked
05:42:39  15  for our own purposes, Exhibit 17.  I
05:42:40  16  sent this around to other Counsel
05:42:42  17  earlier today.  It's just an animation
05:42:42  18  that derives from the analysis in
05:42:57  19  this --- in Professor Duchin's report.
05:42:57  20              JUDGE MCCULLOUGH:
          21              Okay.  Hold on.
          22              ATTORNEY HIRSCH:
          23              Your Honor, I would like
          24  to lodge a conditional objection here.
          25  We received ---.

355

1          JUDGE MCCULLOUGH:

05:42:58    2          Can you state your name,

05:42:58    3    please.

05:42:58    4          ATTORNEY HIRSCH:

05:43:00    5          Sam Hirsch on behalf of

05:43:01    6    the Gressman Petitioners.  We received

05:43:02    7    a set of exhibits during the course of

05:43:03    8    this afternoon electronically, but

05:43:04    9    they were not part of the five o'clock

05:43:06   10    expert report filed yesterday.  And

05:43:08   11    under the extraordinary time sequence

05:43:10   12    here, I don't know if they had these

05:43:12   13    materials and didn't include them in

05:43:15   14    their five o'clock report or if they

05:43:15   15    developed them after they saw

05:43:17   16    everybody else's five o'clock report.

05:43:19   17          But if these additional

05:43:20   18    exhibits are going to come into

05:43:23   19    evidence, I would ask that we have a

05:43:24   20    chance, the two sets of Petitioners to

05:43:26   21    rebut with our experts anything that

05:43:28   22    comes out that's in these new exhibits

05:43:30   23    that we have not seen or studied at

05:43:35   24    this point.

05:43:35   25          JUDGE MCCULLOUGH:

356

05:43:35   1              Is this being submitted

05:43:37   2    as part of your expert report?

05:43:37   3              ATTORNEY WIYGUL:

05:43:38   4              Your Honor, I think this

05:43:38   5    is a demonstrative type exhibit to

05:43:42   6    further --- to further illustrate for

05:43:43   7    the Court the analysis that the expert

05:43:44   8    has employed and disclosed in her

05:43:46   9    report.  It's a further illustration.

05:43:47   10             JUDGE MCCULLOUGH:

05:43:47   11             Hold on.

05:43:51   12             ATTORNEY MORGAN:

05:43:53   13             Your Honor, Robert

05:43:53   14   Tucker on behalf of House Republican

05:43:54   15   Intervenors, we were going to lodge

05:43:55   16   the same objection to these exhibits,

05:43:56   17   that we don't believe they should come

05:43:58   18   in as exhibits as they were not timely

05:44:01   19   disclosed by the five o'clock deadline

05:44:04   20   yesterday.  Thank you.

05:44:04   21             ATTORNEY WIYGUL:

05:44:04   22             Your Honor, I'm sorry.

05:44:05   23   Would the Court like me to address

05:44:07   24   that.

05:44:07   25             JUDGE MCCULLOUGH:

357

| | | |
|---|---|---|
| 05:44:08 | 1 | Nope.  There's another |
| 05:44:09 | 2 | crier standing. |
| 05:44:09 | 3 | ATTORNEY VOSS: |
| 05:44:11 | 4 | Joshua Voss for the |
| 05:44:11 | 5 | Congressional Intervenors.  Your Honor |
| 05:44:11 | 6 | I've been in court all day with my |
| 05:44:13 | 7 | phone off.  So if this was distributed |
| 05:44:13 | 8 | via email, you know, I'm honoring the |
| 05:44:13 | 9 | Court's rule.  I haven't seen it.  So |
| 05:44:13 | 10 | I have to lodge an objection.  I |
| 05:44:13 | 11 | haven't seen this.  I can't prepare |
| 05:44:21 | 12 | for it.  It's --- it's prejudicial at |
| 05:44:27 | 13 | this point. |
| 05:44:27 | 14 | JUDGE MCCULLOUGH: |
| 05:44:27 | 15 | Okay. |
| 05:44:27 | 16 | Counsel, no one received |
| 05:44:28 | 17 | it by five o'clock yesterday.  I know |
| 05:44:28 | 18 | you're saying it's demonstrative, but |
| 05:44:32 | 19 | Counsel hasn't even had a chance to |
| 05:44:33 | 20 | review it. |
| 05:44:34 | 21 | I'm a little concerned. |
| 05:44:35 | 22 | You may not move it into evidence, but |
| 05:44:37 | 23 | you're going to make it part of the |
| 05:44:39 | 24 | evidentiary record by examining your |
| 05:44:42 | 25 | witness on the basis of it.  And I |

358

05:44:44  1    have three counsels standing up
05:44:47  2    representing three different parties
05:44:48  3    objecting to the fact that they didn't
05:44:50  4    even get a chance to review it.
05:44:53  5            Is this something that is
05:44:55  6    necessary for you to use today since
05:44:59  7    it wasn't produced by five o'clock
05:45:01  8    yesterday?
05:45:02  9            ATTORNEY WIYGUL:
05:45:02  10           Well, I think, Your
05:45:03  11   Honor, it's an animation --- it's kind
05:45:07  12   of an animation over time of a still
05:45:07  13   that we did have in the report.
05:45:10  14           JUDGE MCCULLOUGH:
05:45:10  15           Well, you're making it
05:45:11  16   sound really pretty and fun, but the
05:45:13  17   substance of it can be --- can go to
05:45:16  18   the substance of this case.  And I
05:45:19  19   think that the fact that it wasn't
05:45:20  20   provided to counsel by five o'clock
05:45:23  21   yesterday and you are examining your
05:45:24  22   report on it, if you cannot use it, it
05:45:28  23   would be better to move on.
05:45:31  24           ATTORNEY WIYGUL:
05:45:31  25           Okay.

359

| | | |
|---|---|---|
| 05:45:32 | 1 | JUDGE MCCULLOUGH: |
| 05:45:32 | 2 | I mean, you state your |
| 05:45:33 | 3 | position.  If you feel you must use |
| 05:45:34 | 4 | it, go ahead, but then we're going to |
| 05:45:37 | 5 | lose time for counsel to now review |
| 05:45:39 | 6 | something that they didn't get by |
| 05:45:43 | 7 | five o'clock yesterday, and then we're |
| 05:45:44 | 8 | going to have to wait just, you know, |
| 05:45:45 | 9 | on the Cross Examination.  We can do |
| 05:45:47 | 10 | it if you tell me it's very important |
| 05:45:53 | 11 | to your case. |
| 05:45:54 | 12 | ATTORNEY WIYGUL: |
| 05:45:54 | 13 | Your Honor, let me see |
| 05:45:55 | 14 | if I can rely on other materials. |
| 05:45:57 | 15 | JUDGE MCCULLOUGH: |
| 05:45:57 | 16 | I think that would be |
| 05:45:58 | 17 | great. |
| 05:45:59 | 18 | ATTORNEY WIYGUL: |
| 05:45:59 | 19 | I appreciate the Court's |
| 05:46:01 | 20 | concern. |
| 05:46:01 | 21 | JUDGE MCCULLOUGH: |
| 05:46:01 | 22 | Thank you. |
| 05:46:01 | 23 | THE WITNESS: |
| 05:46:01 | 24 | |
| 05:46:02 | 25 | Would it be helpful to |

360

05:46:04  1   clarify what's in it or not?

05:46:07  2                    ATTORNEY WIYGUL:

05:46:07  3                    We're not going to use

05:46:08  4   the animations at the moment.

05:46:12  5                    JUDGE MCCULLOUGH:

05:46:13  6                    Sure.

05:46:14  7                    ATTORNEY WIYGUL:

05:46:14  8                    If the Court would just

05:46:14  9   give me one second in light of that to

05:46:15  10  find ---.

05:46:15  11                   JUDGE MCCULLOUGH:

05:46:15  12                   Sure.   Take your time.

05:46:15  13  Well, don't take too much time,

05:46:15  14  though.   Whatever you need.

05:46:15  15                   THE WITNESS:

05:46:15  16

05:46:16  17                   This is the same

05:46:17  18  picture.

05:46:20  19  BY ATTORNEY WIYGUL:

05:46:22  20  Q.       Thank you.  This is

05:46:24  21  essentially, is it fair to say, a 2D

05:46:24  22  version of hat the animation was, at

05:46:24  23  least in part?

05:46:24  24  A.       This is the identical picture

05:46:26  25  that is drawn in the animation.

361

| | | |
|---|---|---|
| 05:46:28 | 1 | Q.        And what does this illustrate? |
| 05:46:30 | 2 | A.        Great.  Okay. |
| 05:46:32 | 3 | So let's see.  Actually, could |
| 05:46:38 | 4 | we rewind one moment since we had that |
| 05:46:38 | 5 | intervening discussion and just go |
| 05:46:39 | 6 | back ever so briefly to that last plot |
| 05:46:43 | 7 | of the seats votes space? |
| 05:46:47 | 8 | Great. |
| 05:46:47 | 9 | So this just sets up the next |
| 05:46:49 | 10 | picture.  So this is exactly what |
| 05:46:50 | 11 | you'll see.  So you have the votes for |
| 05:46:53 | 12 | Republicans in the horizontal |
| 05:46:55 | 13 | direction and the seats for |
| 05:46:56 | 14 | Republicans in the vertical direction. |
| 05:47:00 | 15 | And the way that I propose that we |
| 05:47:01 | 16 | understand a plan is we look at how it |
| 05:47:06 | 17 | converts for votes, how it converts |
| 05:47:08 | 18 | votes to seats. |
| 05:47:10 | 19 | And so that means over all the |
| 05:47:10 | 20 | elections in the dataset, which are a |
| 05:47:12 | 21 | series of observations from recent |
| 05:47:14 | 22 | actual elections in Pennsylvania, I'm |
| 05:47:19 | 23 | going to plot one point for every |
| 05:47:19 | 24 | election.  So you should maybe think |
| | 25 | about this like a kind of paint ball |

362

1    plot that shows you aiming at that

2    target for close elections, how do you

3    do?  Do you come close to hitting that

4    target?  Great.

05:47:32    5    So now we can go forward to the

05:47:35    6    still image that compares the plots,

05:47:38    7    and I will tell you --- excellent.

05:47:40    8    Thank you so much.  So these are the

05:47:43    9    two plans that the Court considered in

05:47:46    10    2018.  On the left is the 2011 enacted

05:47:49    11    plan.  So this was passed into law in

05:47:49    12    the usual course of post-dicennial

05:47:57    13    census redistricting.  And these are

05:47:58    14    the dataset of 12 elections that I've

05:48:02    15    considered.  So this is all the

05:48:04    16    statewide non-judicial elections going

05:48:08    17    back to 2014.

05:48:10    18    And for those elections you see

05:48:12    19    a lot of them that have roughly equal

05:48:14    20    vote share for the two major parties.

05:48:16    21    In the horizontal direction, they're

05:48:19    22    pretty close to even.  Not always but

05:48:21    23    much of the time.

05:48:22    24    And what you see about the

05:48:23    25    enacted plan is that it is

363

05:48:26  1   consistently converting even voting to

05:48:28  2   a heavily Republican representational

05:48:32  3   advantage.  And below --- I've just

05:48:34  4   traced that out.  That's all the

05:48:36  5   animation was going to show you is how

05:48:36  6   the picture below traces out the

05:48:36  7   points above, nothing else.

05:48:42  8        So you can see from that shape

05:48:43  9   that if your aim is for the bullseye,

05:48:43  10  you're just missing.  And you're

05:48:50  11  missing in an always Republican

05:48:50  12  direction.

05:48:50  13       By contrast, the remedial plan

05:48:52  14  that the Court ordered and adopted

05:48:54  15  hits the bullseye.  It really does

05:48:57  16  quite well.  And when I've outlined it

05:49:00  17  in the same way that's captured in the

05:49:02  18  picture below.  And so this shows you

05:49:04  19  several things.  It shows you that the

05:49:06  20  remedial plan converts closed votes to

05:49:10  21  closed seats much of the time, not all

05:49:12  22  of the time but much of the time.  And

05:49:16  23  it also shows you something about

05:49:17  24  responsiveness, which is a word that

05:49:20  25  we've heard used by multiple experts.

364

05:49:21    1    Responsiveness has to do with how when
05:49:21    2    electoral conditions change, does the
05:49:21    3    representational outcome go with it.
05:49:28    4    So if the kind of sea level rises and
05:49:29    5    falls with respect to voter
05:49:32    6    preferences, you'd like to see the
05:49:33    7    outcomes change, too. They shouldn't
05:49:35    8    be locked in. They should be able to
05:49:39    9    change.
05:49:40   10    Q.      And can we go to the figure on
05:49:42   11    the next page of that initial report
05:49:44   12    please, page 16? And what does this
05:49:52   13    show? It looks like a similar set of
05:49:52   14    graphs.
05:49:53   15    A.      It's the identical concept now
05:49:54   16    for the House map, HB-2146, the Draw
05:49:55   17    of the Lines, Citizens plan and the
05:49:57   18    Governor's plan across the same
05:50:00   19    dataset of statewide elections since
05:50:02   20    2014. And what I really think it
05:50:06   21    shows you is that the House map
05:50:10   22    behaves very much like the 2011
05:50:13   23    enacted plan in consist --- in missing
05:50:13   24    the bullseye, in consistently
05:50:20   25    converting close elections to heavy

365

05:50:24      1    Republican representational

05:50:25      2    advantages.

05:50:25      3         By contrast, the Citizens plan

05:50:27      4    does cross over that center point

05:50:29      5    right where you'd hope, right at the

05:50:32      6    bullseye, and the Governor's plan does

05:50:34      7    an excellent job of --- you know, if

05:50:38      8    we're playing paint ball, it's does an

05:50:40      9    excellent job of hitting that target.

05:50:40     10    Q.      And just at the risk of beating

05:50:43     11    a dead horse, Citizens plan is Draw

05:50:43     12    the Lines?

05:50:46     13    A.      Yes, that's the Draw the Lines

05:50:48     14    competition derived.

05:50:48     15    Q.      Now, each of these dots here

05:50:51     16    represents the results of a different

05:50:51     17    actual election under these different

05:50:54     18    maps.

05:50:54     19         Correct?

05:50:55     20    A.      Yes, that's right.

05:50:55     21    Q.      Now I think we have heard

05:50:57     22    testimony this morning or we've seen

05:50:57     23    in some of the other expert reports

05:50:59     24    for experts who have not yet testified

05:51:00     25    that not all the experts did this

366

05:51:02   1   analysis on an individual election
05:51:03   2   basis.  Some of them averaged
05:51:05   3   elections.
05:51:06   4         Is that right?
05:51:07   5   A.      Yes, that's right.  I think
05:51:08   6   you'll see that some of the analyses
05:51:12   7   before the Court they don't look at
05:51:13   8   the elections one at a time, and so
05:51:15   9   they're not looking at the fact that
05:51:18   10  there were these razor-thin, you know,
05:51:21   11  presidential and senate races or as,
05:51:21   12  you know, the Governor's race in a few
05:51:26   13  instances was a lot less close, this
05:51:26   14  is showing you something about change
05:51:29   15  over time.  And it's showing you
05:51:30   16  something about different kinds of
05:51:32   17  offices being elected.  When you
05:51:34   18  average those into a single election
05:51:34   19  index, you're losing all that
05:51:41   20  information about durability, about
05:51:42   21  responsiveness.  You're effectively
05:51:44   22  taking all these points that you see
05:51:47   23  here and just collapsing them.  An
05:51:48   24  animation for you not disclosed to the
05:51:50   25  other parties.  But you're taking all

367

05:51:51  1    these points and you're collapsing
05:51:53  2    them to a single data point.  And
05:52:00  3    you're  systematically losing
05:52:01  4    information when you do that, and it
05:52:04  5    can be extremely misleading.
05:52:04  6    Q.     And the information that is
05:52:05  7    represented in these pictures and that
05:52:07  8    could have been represented for the
05:52:09  9    other maps as well, can you
05:52:10  10   reconstruct this picture from the
05:52:10  11   information in any of the other expert
05:52:13  12   reports?
05:52:14  13   A.     Some of the expert reports
05:52:16  14   provide you enough detail to see the
05:52:18  15   results election by election.  Others,
05:52:21  16   and in particular, if I understand
05:52:23  17   right, I have --- I have made a great
05:52:24  18   effort to review all of the expert
05:52:27  19   materials in the time that was
05:52:29  20   available.  And from my review, it's
05:52:31  21   my understanding in particular that
05:52:33  22   Doctor Barber's reports do not.  And
05:52:34  23   so when I was looking --- you know, I
05:52:36  24   think all the experts will look at
05:52:39  25   each other's materials and will try to

368

| | | |
|---|---|---|
| 05:52:41 | 1 | find spot checks and make sure we |
| 05:52:43 | 2 | agree on things.  For instance, I |
| 05:52:45 | 3 | noticed that in one of Doctor DeFord's |
| 05:52:48 | 4 | reports he says why are there only |
| 05:52:49 | 5 | 11 points in these plots when there |
| 05:52:52 | 6 | are 12 elections.  And that's because |
| 05:52:54 | 7 | it turns out that each of these three |
| 05:52:55 | 8 | plans has two points exactly on top of |
| 05:52:59 | 9 | each other, but good observation.  And |
| 05:53:00 | 10 | that's exactly how you want experts to |
| 05:53:00 | 11 | be thinking about each other's work. |
| 05:53:03 | 12 | I will note that it was much |
| 05:53:06 | 13 | harder to audit and spot---check some |
| 05:53:08 | 14 | of Doctor Barber's findings because |
| 05:53:10 | 15 | there's so much averaging happening. |
| 05:53:11 | 16 | But in the instances where I was able |
| 05:53:13 | 17 | to, I found some clear errors of |
| 05:53:16 | 18 | calculation. |
| 05:53:19 | 19 | Q.    And does that matter in terms |
| 05:53:20 | 20 | of, you know, the accuracy of a |
| 05:53:25 | 21 | partisan fairness analysis? |
| 05:53:25 | 22 | A.    If your partisan fairness |
| 05:53:25 | 23 | analysis amounts to averaging and |
| 05:53:26 | 24 | you're systemically off by one seat |
| 05:53:28 | 25 | out of 17, yes, I would call that |

369

05:53:30   1    substantial.

05:53:31   2    Q.        Okay.

05:53:31   3    Can we pull up page four, Table 3, of

05:53:31   4    your response report, please?  And I'm

05:53:42   5    going to ask, Professor Duchin, did

05:53:42   6    you use any other methods to analyze

05:53:46   7    the partisan fairness of the 13 maps?

05:53:54   8    A.        I did.  I used quite a few.  So

05:53:54   9    such a standard technique that it

05:53:54   10   barely needs a name, and I think it's

05:53:54   11   an excellent one.  However, there are

05:54:05   12   also metrics.  There are metrics for

05:54:06   13   everything.  And I think for these I

05:54:12   14   really spend a lot of time thinking

05:54:14   15   about these metrics and what they

05:54:14   16   mean.  I'm intimately familiar with

05:54:16   17   them and how to calculate them and

05:54:18   18   what they do and don't tell you.  And

05:54:20   19   in this case I think they help give us

05:54:22   20   a picture of the partisan fairness

05:54:25   21   landscape.

05:54:26   22           So I've highlighted efficiency

05:54:29   23   gap, which we've already heard about,

05:54:31   24   the mean-median score, which we

05:54:33   25   already heard about, partisan bias,

370

05:54:33  1   which is another symmetry measure that

05:54:33  2   we may have already heard about, and

05:54:33  3   one that we have not yet heard about

05:54:33  4   called the AGIA metric.

05:54:40  5        I'll be super brief.  The AGIA

05:54:43  6   metric basically says I'm going to

05:54:44  7   compare the performance in districts

05:54:49  8   to the performance in another

05:54:50  9   geographical subdivision that isn't

05:54:53  10  gerrymandered, namely counties.  So it

05:54:53  11  compares district performance to

05:54:57  12  county performance and tries to

05:54:57  13  control for the unequal populations in

05:54:59  14  the counties.  It's one of several

05:55:01  15  kinds of metrics like that.

05:55:09  16        There's another one in the

05:55:09  17  literature co-authored by Drs. Rodden

05:55:09  18  and DeFord that uses a similar idea

05:55:12  19  that you should compare districts to

05:55:13  20  just the metric neighborhoods.  Are

05:55:16  21  you like your neighbors?  Is your

05:55:18  22  district like your neighborhood?  I

05:55:19  23  think that's a very interesting metric

05:55:21  24  and I would have concluded it if I had

05:55:24  25  it coded at hand.  The AGIA metric is

371

05:55:28   1    a little bit in the same direction.

05:55:31   2    Q.      So bottom line, what does this

05:55:33   3    --- what does this table show?

05:55:33   4    A.      Well, you're seeing a lot of

05:55:34   5    numbers here, and so I've tried to

05:55:36   6    color code it to be helpful.  And

05:55:37   7    again, I haven't cherry picked the

05:55:39   8    elections at all, so this is across

05:55:41   9    all of the elections.

05:55:42   10           It's worth noting, though,

05:55:44   11   since I just critiqued averaging the

05:55:46   12   elections, performing the scores one

05:55:49   13   at a time and then averaging the

05:55:51   14   scores is not the same as averaging

05:55:52   15   the elections, and I think it gives

05:55:55   16   you a much better picture of the

05:55:57   17   situation.

05:55:58   18           So the color coding here is the

05:56:02   19   palist when the scores are closest to

05:56:02   20   zero, which is where you want to be in

05:56:04   21   all four cases.  The darker reds are

05:56:09   22   more Republican favoring.  The darker

05:56:11   23   blues are more Democratic favoring on

05:56:12   24   these scores.

05:56:12   25   Q.      And what does this show you

372

05:56:14   1   about the relative partisan fairness

05:56:20   2   of the various maps at issue?

05:56:20   3   A.      I think one thing that stands

05:56:22   4   out is that the Governor's plan is

05:56:23   5   excellent across the board, that in

05:56:25   6   all four of these metrics it gives

05:56:28   7   scores that are either the closest or

05:56:31   8   nearly the closest to zero.

05:56:32   9   Q.      And do any of the other experts

05:56:34   10   dispute any of these numbers?

05:56:35   11   A.      Not as far as I could tell.

05:56:38   12   It's not totally clear to me the way

05:56:40   13   all the experts are doing their

05:56:42   14   calculations or whether they're just

05:56:44   15   relying on prepackaged software to do

05:56:46   16   so, but I wasn't able to find any

05:56:50   17   contradictions to these numbers.  I

05:56:54   18   think they're not in dispute.

05:56:54   19   Q.      So I think we've sort of

05:56:56   20   already covered this, but this does

05:56:58   21   look like a bill wall of numbers.  You

05:57:01   22   know, at the end of the day, what does

05:57:03   23   it actually mean?

05:57:04   24   A.      Right.  Walls of numbers can be

05:57:06   25   tough.  You heard the phrase

373

05:57:08   1    multi-objective optimization before.
05:57:11   2    And that's a very mathy way of saying
05:57:13   3    you have multiple things and maybe
05:57:15   4    some things are better at one and some
05:57:17   5    things are better at another. So how
05:57:19   6    should we compare across multiple
05:57:21   7    scores?
05:57:21   8           Well, in mathematical data
05:57:27   9    science we have this concept called
05:57:29   10   the Pareto Frontier, which I think is
05:57:31   11   discussed perhaps in some of the
05:57:33   12   reports. And that's the idea of
05:57:34   13   asking which plans are --- dominate
05:57:37   14   others. So you say a plan dominates
05:57:40   15   another if it's better or equal on all
05:57:43   16   the scores. And what you see here if
05:57:47   17   you do an analysis, if you do a
05:57:49   18   comparison of the plans, in that way
05:57:51   19   is that there are three plans, the
05:57:52   20   Governor's plan, the Carter plan and
           21   House Democratic Caucus. None of
           22   those dominate the others. They're
           23   each best in some of the scores. So
           24   they're in what you might call the
           25   trade-off zone. But the Governor's

374

1   plan dominates every other plan in the

2   grid in that mathematical sense.   I

3   know that sounds a little aggressive,

4   but in that mathematical sense of

5   being superior in all the scores.

6   Q.      Now, we've talked about an

7   overlay method that you employed.  Did

8   you use any other methods to evaluate

9   the partisan fairness of the various

10  maps?

11  A.      So this constitutes a method.

12  And I would clarify that on that

13  Pareto Frontier, there's still ways of

14  sort of preferring one plan to the

15  other.  The Governor's plan is the

16  only one that dominates all of the

17  others.  So in that sense it does

18  stand out if you want to use these

19  metrics.  You know, because I really

20  think it's important --- as we heard,

21  I believe, just a moment ago it's

22  important not to cherry pick and just

23  try to make things look the best for

24  you.  And so I'd say this kind of

25  analysis certainly would shift a

375

05:58:59  1    little if you used a larger set of

05:58:59  2    elections or smaller set of elections.

05:59:03  3    But the advantages here of the

05:59:03  4    Governor's plan are fairly substantial

05:59:05  5    and I don't think --- it might not be

05:59:09  6    literally be Pareto dominant, Pareto

05:59:11  7    optimal for a different set of

05:59:12  8    elections, but I think this shows that

05:59:14  9    it would be in a very strong position

05:59:19  10   under any reasonable way of

05:59:21  11   calculating these scores.

05:59:21  12   Q.        We talked about at least, you

05:59:23  13   know, a couple of different methods,

05:59:24  14   maybe more.  We've heard also

05:59:26  15   reference today to something called an

05:59:27  16   ensemble method.  Are you aware of

05:59:29  17   what that is and did you employ that

05:59:31  18   in your analysis here?

05:59:32  19   A.        Absolutely.  So yes, the

05:59:33  20   ensemble method broadly is the use of

05:59:40  21   algorithmic techniques to generate

05:59:40  22   alternative plans.  And I'm a

05:59:44  23   practitioner.  I think maybe my

05:59:48  24   research group is one of the leading

05:59:48  25   groups in developing methods for

376

05:59:51   1    ensemble analysis.

05:59:51   2    Q.      And how did you employ that

05:59:53   3    method here?

05:59:54   4    A.      So as I mentioned earlier, I

05:59:55   5    created a comparison set of 100,000

05:59:59   6    alternative plans.  And I didn't put a

06:00:03   7    great deal of detail about that into

06:00:05   8    these reports, but I'm happy to answer

06:00:07   9    questions.

06:00:07   10   Q.      Can we call up opening report

06:00:10   11   pages 18 and 19, Figures 7 and 8,

06:00:14   12   please?

06:00:14   13   A.      Thank you.  Yeah, if I could

06:00:15   14   just say very briefly these plans were

06:00:18   15   made with a leading method of plan

06:00:22   16   generation that enforces contiguity

06:00:26   17   that has a strong preference for

06:00:29   18   compactness, that enforces the

06:00:31   19   threshold of population balance and

06:00:34   20   that aims to keeps counties and

06:00:40   21   municipalities whole.  So those are

06:00:41   22   all taken into account in the creation

06:00:42   23   of these comparison plans.

06:00:42   24   Q.      And how many different randomly

06:00:44   25   generated plans did you work with

377

| | |
|---|---|
| 06:00:46 | 1 |
| 06:00:46 | 2 |
| 06:00:49 | 3 |
| 06:00:51 | 4 |
| 06:00:54 | 5 |
| 06:00:56 | 6 |
| 06:01:02 | 7 |
| 06:01:03 | 8 |
| 06:01:06 | 9 |
| 06:01:06 | 10 |
| 06:01:09 | 11 |
| 06:01:09 | 12 |
| 06:01:10 | 13 |
| 06:01:11 | 14 |
| 06:01:12 | 15 |
| 06:01:14 | 16 |
| 06:01:18 | 17 |
| 06:01:18 | 18 |
| 06:01:24 | 19 |
| 06:01:25 | 20 |
| 06:01:27 | 21 |
| 06:01:28 | 22 |
| 06:01:31 | 23 |
| 06:01:33 | 24 |
| 06:01:39 | 25 |

here?

A.        So this is 100,000, which I did check and deemed to be enough to get stable results.  It's not hard these days, we --- our leading implementations can get to millions or billions if you want them, but they won't be more informative than what you see here.

Q.        And did you then compare the Governor's map and the other 12 maps in this case with the ensemble to see how the maps would perform across recent elections?

A.        I did.  And I don't know how easy it is to see here, but the kind of violins that you're seeing in gray, those are the --- thank you, those are the values that you see in the 100,000 alternative plans.  And in this case, because it was the initial report, the Governor's plan, the Citizen a/k/a Draw the Lines plan, and the House a/k/a HB-2146 are shown.

Q.        And did you conclude anything

378

06:01:42    1    about the districting landscape of

06:01:45    2    Pennsylvania based on your ensemble

06:01:45    3    analysis?

06:01:46    4    A.      I did.  And I think this is

06:01:47    5    another point on which you will hear

06:01:51    6    broad expert agreement.  The landscape

06:01:52    7    in Pennsylvania as a function of where

06:01:53    8    people live and how they vote in these

06:01:56    9    elections regarded serially or

06:02:00    10   together, the landscape is somewhat

06:02:03    11   tilted towards Republicans.

06:02:05    12          And you can --- this plot shows

06:02:06    13   you  negative scores here indicate a

06:02:06    14   Republican advantage.  And those

06:02:06    15   violins spend a lot of time below

06:02:18    16   zero, right.  That's showing you that

06:02:18    17   if you draw blind, you will get a plan

06:02:23    18   with a significant --- often, not

06:02:23    19   always, you'll get a plan with a

06:02:24    20   significant Republican advantage.

06:02:25    21          And if you look the at red dots

06:02:27    22   you can see the story behind the House

06:02:30    23   map is that it was drawn without

06:02:33    24   partisan data.  That's my

06:02:36    25   understanding.  And you know, that's

379

| | | |
|---|---|---|
| 06:02:37 | 1 | supported by what you see here.  It |
| 06:02:40 | 2 | performs a lot like a typical blind |
| 06:02:40 | 3 | plan. |
| 06:02:41 | 4 | On the other hand, if you look |
| 06:02:42 | 5 | at the purple dots you will see that |
| 06:02:44 | 6 | they tend to deviate, but they deviate |
| 06:02:47 | 7 | in a direction of fairness.  I would |
| 06:02:51 | 8 | call up an analogy to compactness. |
| 06:02:51 | 9 | You know, I'd say that, you know, |
| 06:02:56 | 10 | there's a --- there's a frequent |
| 06:02:57 | 11 | conceptual mistake that people make |
| 06:03:01 | 12 | with ensemble analysis, and that |
| 06:03:04 | 13 | mistake is that typical is best. |
| 06:03:05 | 14 | If you were drawing plans and |
| 06:03:07 | 15 | you looked at a range of compactness |
| 06:03:09 | 16 | scores, you wouldn't want a typical |
| 06:03:11 | 17 | compactness score, you'd want a good |
| 06:03:13 | 18 | one.  And the same principal is |
| 06:03:13 | 19 | operative here. |
| 06:03:17 | 20 | And if we can switch to another |
| 06:03:19 | 21 | one of these plots just to see.  Some |
| 06:03:20 | 22 | of these scores are more chunky and |
| 06:03:23 | 23 | some very in bigger jumps, but we can |
| 06:03:25 | 24 | see, for instance, the partisan bias, |
| 06:03:29 | 25 | which is the last ---. |

380

| | | |
|---|---|---|
| 06:03:29 | 1 | Q.      The bottom right? |
| 06:03:30 | 2 | A.      Thanks.  You know, that line at |
| 06:03:31 | 3 | zero is showing you ideal fairness by |
| 06:03:37 | 4 | the likes of this one metric.  And you |
| 06:03:39 | 5 | can see that the Governor's plan in |
| 06:03:42 | 6 | purple is sometimes above and |
| 06:03:42 | 7 | sometimes below zero, but that it's |
| 06:03:44 | 8 | performing very well at trying to hit |
| 06:03:47 | 9 | that fairness benchmark while the red |
| 06:03:50 | 10 | dots of the House map are often quite |
| 06:03:54 | 11 | far. |
| 06:03:54 | 12 | Q.      And we heard reference in some |
| 06:03:54 | 13 | of the earlier testimony to the |
| 06:03:57 | 14 | concept of human geography.  I've also |
| 06:03:57 | 15 | heard the term political geography.  I |
| 06:03:59 | 16 | want to ask you, does the political or |
| 06:04:01 | 17 | human geography of Pennsylvania |
| 06:04:03 | 18 | prevent the selection of a map that |
| 06:04:08 | 19 | treats Democratic and Republican |
| 06:04:09 | 20 | voters fairly and evenhandedly? |
| 06:04:09 | 21 | A.      It manifestly doesn't prevent |
| 06:04:13 | 22 | you from drawing a fair map.  And I |
| 06:04:14 | 23 | would just, again, briefly contrast |
| 06:04:16 | 24 | this to another situation that I've |
| 06:04:18 | 25 | published about.  I've looked at --- |

381

| | | |
|---|---|---|
| 06:04:22 | 1 | in an article in the Election Law |
| 06:04:26 | 2 | Journal in 2019 I looked at the |
| 06:04:28 | 3 | political geography in my home state |
| 06:04:31 | 4 | in Massachusetts.  And in |
| 06:04:33 | 5 | Massachusetts I observed that even |
| 06:04:34 | 6 | though in Senate and Presidential |
| 06:04:36 | 7 | races, there's a 2 to 1 preference for |
| 06:04:41 | 8 | Democratic candidates.  So you'd think |
| 06:04:42 | 9 | that with a third of the votes, |
| 06:04:42 | 10 | Republicans could get a third of the |
| 06:04:43 | 11 | congressional seats. |
| 06:04:44 | 12 | And what we showed in that |
| 06:04:45 | 13 | analysis is that they're actually |
| 06:04:47 | 14 | locked out.  And that's not a function |
| 06:04:49 | 15 | of gerrymandering.  It's a function of |
| 06:04:53 | 16 | the geography of where people live. |
| 06:04:53 | 17 | Republicans are just spread out too |
| 06:04:59 | 18 | evenly across Massachusetts to ever be |
| 06:05:00 | 19 | the majority of the district.  And |
| 06:05:00 | 20 | that was true --- we looked at a full |
| 06:05:02 | 21 | ten years of elections and found that |
| 06:05:04 | 22 | lockout effect to be present. |
| 06:05:06 | 23 | We even looked at what would |
| 06:05:08 | 24 | happen if you let yourself just |
| 06:05:10 | 25 | sacrifice the traditional principles |

382

06:05:10     1     to various extents.  We even looked at

06:05:10     2     what would happen if you dropped

06:05:10     3     contiguity.  So now you allow your

06:05:17     4     maps to be in many little pieces, and

06:05:18     5     we found that you still cannot draw a

06:05:18     6     Republican district in Massachusetts.

06:05:22     7            That is not the case in

06:05:24     8     Pennsylvania.  You can draw a fairer

06:05:26     9     districts in Pennsylvania.  You can do

06:05:28     10    so at no cost at all to the

06:05:30     11    traditional principles.

06:05:32     12    Q.      That's what I was going to ask

06:05:34     13    you.  I mean, you're saying it's

06:05:34     14    possible to draw fair districts, but

06:05:34     15    do you have to sacrifice the

06:05:38     16    traditional principles in the process?

06:05:38     17    A.      Sorry, didn't mean to

06:05:40     18    anticipate the question, but yes,

06:05:43     19    that's where I'm going with this.  I

06:05:45     20    studied in several ways whether

06:05:49     21    seeking fairness came at a cost.  I

06:05:54     22    have other papers in which I've shown,

06:05:55     23    for instance, in Virginia that if you

06:05:57     24    highlight some principles, it comes at

06:06:01     25    a cost to others.  That is not the

383

06:06:03   1     case here in Pennsylvania today.  You

06:06:03   2     can get to better scores of fairness

06:06:05   3     with no cost at all in terms of

06:06:09   4     compactness, contiguity, political

06:06:10   5     subdivisions and so on.

06:06:12   6     Q.        So I think some of the other

06:06:14   7     expert --- at least one other expert

06:06:14   8     report or brief has characterized the

06:06:16   9     Governor's map under an ensemble

06:06:20   10    analysis as an outlier.  Is that ---

06:06:21   11    is that right or how would you assess

06:06:22   12    that?

06:06:22   13    A.        Sometimes it's an outlier.  And

06:06:24   14    you can see that here by being up, you

06:06:27   15    know, at an end of the violin.  But

06:06:30   16    when it's an outlier, it's an outlier

06:06:32   17    in the direction of fairness.  And I

06:06:34   18    would caution against the conceptual

06:06:38   19    mistake that typical is necessarily

06:06:42   20    fair.  Blind is not necessarily fair.

06:06:47   21    Sometimes we have a benchmark such as

06:06:47   22    with compactness.  You want to be more

06:06:47   23    compact.  And I think with fairness,

06:06:56   24    you want to be more fair.

06:06:56   25    Q.        Can we look at page four,

384

06:06:58   1   Table 3, of your response report, the
06:06:59   2   bottom ensemble line here included,
06:06:59   3   which I don't think we had that bottom
06:06:59   4   line before.  And can you summarize
06:06:59   5   your overall conclusions on the
06:06:59   6   Governor's map versus the other maps
06:07:11   7   you analyzed?
06:07:11   8   A.      Sure.  Absolutely.  What you
06:07:13   9   see here on the bottom is I took those
06:07:15   10   100,000 blind maps and I scored those
06:07:18   11   for fairness.  And you see how those
06:07:20   12   are medium to bright red?  That is
06:07:22   13   another indication that if you draw
06:07:25   14   blind you will not stumble on a fair
06:07:28   15   map, you have to seek a fair map.  You
06:07:30   16   have to take that among --- you take
06:07:32   17   that sort of into consideration.
06:07:34   18   Now, like Professor DeFord, whom you
06:07:39   19   heard from before --- I did not draw
06:07:41   20   this plan, I just assessed it, but I
06:07:44   21   assess it to remediate this tilt of
06:07:46   22   the landscape at no cost to the
06:07:50   23   fundamental principles that gave us
06:07:52   24   our floor for ensuring no vote
06:07:57   25   dilution in Pennsylvania.

385

06:07:58  1    Q.      Is it fair to say you can have

06:07:58  2    your traditional redistricting

06:08:00  3    principles and also have fairness at

06:08:02  4    least in Pennsylvania?

06:08:02  5    A.      That's right.  And once you're

06:08:04  6    in a zone of excellence with the

06:08:05  7    traditional principles, I see it as,

06:08:09  8    in my understanding, in my reading of

06:08:09  9    the League of Woman Voters Supreme

06:08:16  10   Court Decision from 2018, the Court

06:08:16  11   anticipated this and said in the

06:08:18  12   future it may be possible to draw

06:08:20  13   plans that are better, that are more

06:08:22  14   ideal, districts that are more ideal,

06:08:25  15   to harness technology to do better.

06:08:26  16   And I would say that this is just such

06:08:28  17   an example where the Governor's plan

06:08:30  18   upholds excellent neutral criteria and

06:08:34  19   just does better when it comes to

06:08:38  20   partisan fairness.

06:08:40  21   Q.      Thank you.  I want to ask you a

06:08:41  22   bit about the other expert testimony

06:08:43  23   reports that have been entered in this

06:08:44  24   case.  First of all, have you been

06:08:46  25   able to read the other expert reports

386

06:08:46   1    in this case?  I know it's been a

06:08:47   2    condensed timeline.

06:08:47   3    A.       The word read might be

06:08:49   4    overstated, but I have been able to

06:08:51   5    look through and try to assimilate

06:08:54   6    everything in the other expert

06:08:55   7    reports.

06:08:55   8    Q.       And do they generally reach

06:08:58   9    conclusions about whether blind

06:09:01   10   redistricting is the only option?

06:09:05   11   A.       About whether blind

06:09:06   12   redistricting is the only option?  I'm

06:09:08   13   not sure I saw that exactly, but I did

06:09:10   14   see comments in other reports to the

06:09:15   15   effect that we're bound by the

06:09:17   16   properties --- by the properties of a

06:09:20   17   blind process.

06:09:22   18   Q.       And do you agree with that?

06:09:23   19   A.       I don't.  I think that it ---

06:09:27   20   again, it's an example of this idea

06:09:30   21   that I've called in some of my

06:09:31   22   publications the tyranny of the

06:09:33   23   median.  It's just a mistake to think

06:09:37   24   that's what at the top of the hill

06:09:37   25   must be best.  Sometimes you want to

387

| | | |
|---|---|---|
| 06:09:39 | 1 | be an outlier and you want to be an |
| 06:09:41 | 2 | outlier in the direction of better |
| 06:09:43 | 3 | scores and better upholding the |
| 06:09:45 | 4 | principles. |
| 06:09:46 | 5 | Q.      I'd like to ask you some |
| 06:09:47 | 6 | questions about some discreet points |
| 06:09:49 | 7 | in the other expert reports.  I think |
| 06:09:52 | 8 | we heard Doctor Rodden talk about a |
| 06:09:54 | 9 | table that was showing a razor's edge |
| 06:09:59 | 10 | analysis.  Do you remember seeing that |
| 06:10:00 | 11 | with elections that were very close |
| 06:10:03 | 12 | percentage-wise to 50 percent or |
| 06:10:06 | 13 | within 2 percent or so.  Do you |
| 06:10:06 | 14 | remember that? |
| 06:10:07 | 15 | A.      Sure.  I don't suppose it's |
| 06:10:08 | 16 | possible to bring that up. |
| 06:10:09 | 17 | Q.      I don't know.  Can we show |
| 06:10:11 | 18 | that? |
| 06:10:11 | 19 | A.      That's okay.  I do remember the |
| 06:10:13 | 20 | table. |
| 06:10:14 | 21 | Q.      Okay. |
| 06:10:15 | 22 | Did you --- did you agree with |
| 06:10:16 | 23 | that analysis?  Do you have any |
| 06:10:17 | 24 | opinions to offer on that analysis? |
| 06:10:19 | 25 | A.      Well, while saying that I hold |

388

| | | |
|---|---|---|
| 06:10:21 | 1 | Doctor Rodden in the very highest |
| 06:10:24 | 2 | regard, I do think that it is --- it's |
| 06:10:26 | 3 | making that averaging mistake to call |
| 06:10:28 | 4 | those razor's edge or close districts. |
| 06:10:33 | 5 | I would --- I would call to mind --- |
| 06:10:34 | 6 | again, let's think about the example |
| 06:10:40 | 7 | of Massachusetts, where you have |
| 06:10:40 | 8 | Presidential and Senate elections that |
| 06:10:46 | 9 | are heavily Democratic.  We really |
| 06:10:46 | 10 | love our Republican Governors in |
| 06:10:47 | 11 | Massachusetts, and so you could |
| 06:10:48 | 12 | imagine taking an average of two |
| 06:10:50 | 13 | elections that are very blue, two that |
| 06:10:54 | 14 | are very red, and what that gives you |
| 06:10:55 | 15 | is a kind of purple stew that doesn't |
| 06:10:59 | 16 | resemble any election that ever |
| 06:11:00 | 17 | actually occurred.  And so I do think |
| 06:11:01 | 18 | it would be a mistake to call that |
| 06:11:04 | 19 | competitive close coin flip or razor's |
| 06:11:10 | 20 | edge.  It's just an average over |
| 06:11:13 | 21 | things that may never have been close. |
| 06:11:17 | 22 | Q.     Okay.  I understand. |
| 06:11:17 | 23 |        Now, Doctor Barber, who is the |
| 06:11:19 | 24 | expert who submitted a House --- a |
| 06:11:21 | 25 | report for the House Republicans, he |

389

06:11:22   1   relies on an ensemble analysis as

06:11:25   2   well?

06:11:25   3          Is that right?

06:11:26   4   A.      Yes.

06:11:26   5   Q.      And do you have any opinions

06:11:27   6   about his ensemble analysis?

06:11:35   7   A.       Well, there's --- there's not a

06:11:36   8   great deal of information in here

06:11:37   9   about how it was done.  But from what

06:11:39  10   I understand about how it was done, it

06:11:41  11   uses, in fact, a graph algorithm that

06:11:46  12   was developed by my research group but

06:11:49  13   in a manner that has not been peer

06:11:52  14   reviewed.  So I would flag that as an

06:11:55  15   observation.

06:11:55  16          But really I think more

06:11:57  17   saliently I'm just not sure of his

06:11:59  18   handling of election data.  And in a

06:12:00  19   few cases where I was able to check an

06:12:02  20   outcome, I think he may be

06:12:05  21   systematically off by a seat.  And

06:12:08  22   when he's reporting his averages and

06:12:08  23   making a big difference about 9/8

06:12:08  24   versus 8/9, being off by a seat can

06:12:14  25   really matter.

390

| | | |
|---|---|---|
| 06:12:14 | 1 | Q.      And what about his general |
| 06:12:15 | 2 | approach to the concept of partisan |
| 06:12:18 | 3 | fairness, do you have any opinions on |
| 06:12:20 | 4 | that? |
| 06:12:21 | 5 | A.      It is squarely in the top of |
| 06:12:23 | 6 | the hill camp, making what I have just |
| 06:12:25 | 7 | called the conceptual mistake that the |
| 06:12:31 | 8 | properties of the middle of an |
| 06:12:32 | 9 | ensemble are necessarily and |
| 06:12:32 | 10 | normatively desirable. |
| 06:12:32 | 11 |                    ATTORNEY WIYGUL: |
| 06:12:38 | 12 |                    Can we pull up |
| 06:12:39 | 13 | page seven of Doctor Barber's report, |
| 06:12:42 | 14 | the paragraph starting with as a |
| 06:12:43 | 15 | result?  Thank you. |
| 06:12:43 | 16 | BY ATTORNEY WIYGUL: |
| 06:12:43 | 17 | Q.      So Professor Duchin, I want to |
| 06:12:43 | 18 | show you this paragraph and call your |
| 06:12:43 | 19 | attention to a few things that Doctor |
| 06:12:55 | 20 | Barber's rebuttal report says here. |
| 06:12:55 | 21 | He criticizes you for explicitly |
| 06:12:59 | 22 | considering partisanship in the |
| 06:13:02 | 23 | creation of districts.  He says that |
| 06:13:02 | 24 | the previous decade shows us that |
| 06:13:06 | 25 | partisan preferences can be dynamic, |

391

06:13:11  1      and then he exhorts the Court to let

06:13:11  2      the chips fall where they may.

06:13:11  3             Do you see that?

06:13:11  4      A.      Great.

06:13:11  5      Q.      What's your reaction to that?

06:13:13  6      A.      No, this is great because it

06:13:14  7      has a lot all in the same paragraph

06:13:16  8      that I think is worth thinking about

06:13:18  9      together.  So explicitly considering

06:13:24  10     partisanship in the creation of

06:13:27  11     districts, so first of all, again

06:13:27  12     again agreeing with a comment by

06:13:30  13     Doctor DeFord, that's not an accurate

06:13:32  14     description of the ensemble method.

06:13:32  15     Often you use a neutral ensemble that

06:13:36  16     doesn't look at partisan data at all

06:13:36  17     and then you just study the partisan

06:13:39  18     properties of the maps.

06:13:40  19             So however, for a process that

06:13:45  20     does consider partisanship in the

06:13:49  21     creation of districts, I think that

06:13:49  22     that can be a perfectly reasonable way

06:13:49  23     to achieve partisan fairness.  An

06:13:54  24     analogy would be if you would like a

06:13:56  25     districting plan that doesn't split

392

| | | |
|---|---|---|
| 06:13:59 | 1 | counties, no one would propose that |
| 06:13:59 | 2 | you shouldn't know where the counties |
| 06:13:59 | 3 | are.  If you want to do well at |
| 06:14:07 | 4 | something, it helps to have the data. |
| 06:14:07 | 5 | Having said that, you can also create, |
| 06:14:11 | 6 | as my ensembles did create, many |
| 06:14:11 | 7 | thousands, tens of thousands of |
| 06:14:16 | 8 | examples that do well on partisan |
| 06:14:16 | 9 | fairness but were made with no |
| 06:14:18 | 10 | partisan data. |
| 06:14:19 | 11 | Next, the previous decade shows |
| 06:14:20 | 12 | us that partisan preferences can be |
| 06:14:22 | 13 | dynamic.  Yes, it does.  And that's |
| 06:14:24 | 14 | why it's such a good idea to consider |
| 06:14:28 | 15 | the elections serially and not blend |
| 06:14:29 | 16 | them all together into a single stew. |
| 06:14:30 | 17 | So I think my approach does capture |
| 06:14:32 | 18 | the range of electoral preferences and |
| 06:14:32 | 19 | behavior that we've seen in |
| 06:14:32 | 20 | Pennsylvania in the recent cycle. |
| 06:14:32 | 21 | And this is a great place |
| 06:14:46 | 22 | perhaps to close.  As you said, he |
| 06:14:46 | 23 | exhorts the Court to let the chips |
| 06:14:48 | 24 | fall where they may.  And I would just |
| 06:14:49 | 25 | say there's no reason to do that when |

393

06:14:54   1    you can do better, that we've got

06:14:55   2    techniques now that let you create

06:14:59   3    maps that do well by the likes of the

06:15:02   4    traditional principles and improve on

06:15:02   5    the properties of blind plans.

06:15:04   6         And so I'm not sure why we

06:15:07   7    should be bound to the pattern of

06:15:09   8    falling chips when we can create a

06:15:12   9    configuration that literally by the

06:15:15   10   likes of what the Court has called for

06:15:17   11   the Supreme Court has called for us to

06:15:19   12   consider.  Why let the chips fall

06:15:19   13   where they may when we can do better?

06:15:25   14   Q.    And in your view is the

06:15:26   15   Governor's plan among the few plans

06:15:29   16   before the Court that does do better?

06:15:30   17   A.    It is.  And in fact, as you'll

06:15:32   18   see in my report, if you take the

06:15:35   19   first tier of plans in the traditional

06:15:38   20   principles and you intersect them with

06:15:40   21   that Pareto Frontier and the partisan

06:15:43   22   fairness, I didn't know this would

06:15:45   23   happen in advance, but it turns out

06:15:48   24   there's only one map in both sets, and

06:15:51   25   that's the Governor's plan.

394

| 06:15:51 | 1 | Q.      Thank you, Professor Duchin.  I |
| 06:15:52 | 2 | have no further questions. |
| 06:15:53 | 3 | JUDGE MCCULLOUGH: |
| 06:15:53 | 4 | All right.  Thank you, |
| 06:15:53 | 5 | Counsel. |
| 06:15:55 | 6 | Now, we will allow |
| 06:15:56 | 7 | Petitioners Carter Counsel to begin |
| 06:16:18 | 8 | Cross. |
| 06:16:18 | 9 | ATTORNEY POSIMATO: |
| 06:16:19 | 10 | Good afternoon, Your |
|  | 11 | Honor. |
|  | 12 | JUDGE MCCULLOUGH: |
|  | 13 | Good afternoon. |
|  | 14 | ATTORNEY POSIMATO: |
|  | 15 | Joe Posimato on behalf |
|  | 16 | of the Carter Petitioners. |
|  | 17 | JUDGE MCCULLOUGH: |
|  | 18 | Team tagging each other. |
|  | 19 | Okay. |
|  | 20 | - - - |
|  | 21 | CROSS EXAMINATION |
|  | 22 | - - - |
|  | 23 | BY ATTORNEY POSIMATO: |
| 06:16:23 | 24 | Q.      Good afternoon, Doctor Rodden. |
| 06:16:23 | 25 | A.      Hi. |

395

| | | |
|---|---|---|
| 06:16:23 | 1 | Q. Doctor Duchin. I'm sorry. |
| 06:16:23 | 2 | A. That's okay. |
| 06:16:24 | 3 | Q. Doctor Duchin, you produced two |
| 06:16:26 | 4 | reports in this proceeding. |
| 06:16:27 | 5 | Correct? |
| 06:16:27 | 6 | A. Yes. |
| 06:16:28 | 7 | Q. And the first was filed on |
| 06:16:30 | 8 | January 24th, 2022? |
| 06:16:31 | 9 | A. That sounds right, Monday. |
| 06:16:33 | 10 | Q. Monday. It's been a long week. |
| 06:16:37 | 11 | A. Wow. |
| 06:16:40 | 12 | Q. And the second filed January |
| 06:16:41 | 13 | 26th, 2022? |
| 06:16:41 | 14 | A. Yesterday. |
| 06:16:41 | 15 | Q. Yes. So I'm going to focus |
| 06:16:43 | 16 | mostly on your second report start. |
| 06:16:45 | 17 | In your second report you state that |
| 06:16:47 | 18 | all plans are contiguous. |
| 06:16:51 | 19 | Right? |
| 06:16:51 | 20 | A. Yes. |
| 06:16:51 | 21 | Q. And that includes the Carter |
| 06:16:53 | 22 | plan? |
| 06:16:53 | 23 | A. It does. |
| 06:16:53 | 24 | Q. And in your second report that |
| 06:16:56 | 25 | all plans are closely population |

396

| | | |
|---|---|---|
| 06:16:58 | 1 | balanced. |
| 06:16:59 | 2 | Right? |
| 06:17:00 | 3 | A.     Right. |
| 06:17:01 | 4 | Q.     In fact you testified earlier |
| 06:17:03 | 5 | on Direct? |
| 06:17:04 | 6 | A.     I did. |
| 06:17:04 | 7 | Q.     And that includes the Carter |
| 06:17:06 | 8 | plan? |
| 06:17:07 | 9 | A.     It does. |
| 06:17:08 | 10 | Q.     Because all the plans comply |
| 06:17:08 | 11 | with these criteria, including the |
| 06:17:08 | 12 | Carter plan, you focus your second |
| 06:17:11 | 13 | report on the criteria of compactness |
| 06:17:13 | 14 | and county and municipality splits. |
| 06:17:16 | 15 | Correct? |
| 06:17:16 | 16 | A.     Right. |
| 06:17:17 | 17 | Q.     And you state in your report |
| 06:17:19 | 18 | that you evaluate the plans, |
| 06:17:23 | 19 | compliance with these criteria on an |
| 06:17:25 | 20 | excellent standard? |
| 06:17:26 | 21 | A.     That's right. |
| 06:17:29 | 22 | Q.     Is there an objective metric |
| 06:17:31 | 23 | for measuring a plan's compliance with |
| 06:17:33 | 24 | traditional redistricting criteria? |
| 06:17:37 | 25 | A.     I think part of the challenge |

397

| | | |
|---|---|---|
| 06:17:41 | 1 | is that there are so many. |
| 06:17:42 | 2 | Q.     And so is there an objective |
| 06:17:42 | 3 | measure you'd say or ---? |
| 06:17:48 | 4 | A.     Am I right that you're asking |
| 06:17:48 | 5 | if all the metrics can be combined |
| 06:17:50 | 6 | into a single one? |
| 06:17:51 | 7 | Q.     No.  I'm asking whether under |
| 06:17:52 | 8 | any criterion, whether --- you know, |
| 06:17:54 | 9 | today let's take subdivision splits. |
| 06:17:56 | 10 | Is there an objective measure to |
| 06:17:57 | 11 | determine whether a map plan complies |
| 06:17:59 | 12 | with traditional criterion of respect |
| 06:18:02 | 13 | for subdivision splits? |
| 06:18:04 | 14 | A.     Yes.  And I promise I'm not |
| 06:18:04 | 15 | combative when I say there's one, but |
| 06:18:09 | 16 | there are a few different ways of |
| 06:18:12 | 17 | measuring that, but it is objective. |
| 06:18:14 | 18 | Q.     Okay. |
| 06:18:15 | 19 | But compliance --- I understand |
| 06:18:15 | 20 | that there's an objective measure, but |
| 06:18:16 | 21 | is there an objective way to say that |
| 06:18:16 | 22 | one plan's, you know, take, you know, |
| 06:18:16 | 23 | five splits, another plan six splits, |
| 06:18:16 | 24 | follow on one side of a line or the |
| 06:18:25 | 25 | other side of a line, some objective |

398

06:18:26  1    measure?

06:18:27  2    A.      I think I understand now.

06:18:28  3    You're asking is there an objective

06:18:31  4    threshold.

06:18:31  5          Is that right?

06:18:31  6    Q.      That's right.

06:18:33  7    A.      Okay.  Yes.  No.

06:18:33  8          I think that here you can ---

06:18:34  9    you have to look at a plan compared to

06:18:36  10   alternatives.  And then typically

06:18:38  11   there's no great bright line

06:18:40  12   threshold.  I think that's what you're

06:18:42  13   asking.

06:18:42  14   Q.      That's right.  Thank you.

06:18:49  15   In fact, you state in your second

06:18:49  16   report that redistricting is not a

06:18:49  17   literal optimization problem.

06:18:49  18          Correct?

06:18:51  19   A.      Yes I believe that strongly.

06:18:52  20   Q.      And you also state that there

06:18:54  21   is no standard or universal way to

06:18:56  22   optimize universal factors at once?

06:19:00  23   A.      That's right.

06:19:02  24   Q.      And so is it fair to say that

06:19:04  25   complying with traditional or at least