399

06:19:06  1    measuring with traditional is more of

06:19:09  2    a balancing act?

06:19:11  3    A.      Fundamentally.

06:19:14  4    Q.      And so, for example, is it

06:19:16  5    possible for a map drawer to create as

06:19:19  6    part of this balancing act one or two

06:19:22  7    more county splits or subdivision

06:19:24  8    splits to comply better with a

06:19:27  9    different redistricting criteria?

06:19:32  10   A.      Certainly and you heard this by

06:19:34  11   several.

06:19:35  12   Q.      Right. And so is it fair to

06:19:39  13   say a plan may still be excellent

06:19:39  14   overall even if it's not excellent as

06:19:42  15   to any one redistricting criteria?

06:19:49  16   A.      Yes, it will depend on how

06:19:53  17   UCONN instruct and there are judgment

06:20:01  18   calls to make I think that is what you

06:20:03  19   mean.

06:20:03  20   Q.      Sure. And an excellent so

06:20:08  21   plans --- or several --- so plans may

06:20:09  22   be excellent but balance the

06:20:11  23   traditional criterion different ways?

06:20:16  24   A.      They will have to balance the

06:20:17  25   traditional criterion different ways.

400

| | | |
|---|---|---|
| 06:20:17 | 1 | Q.      And so to this point in your |
| 06:20:19 | 2 | report, you state that we are not |
| 06:20:21 | 3 | required to choose by a beauty |
| 06:20:22 | 4 | contest, for example?  Beauty comes |
| 06:20:22 | 5 | with a numerical optimization which |
| 06:20:27 | 6 | plan's best. |
| 06:20:27 | 7 | A.      Yes and I actually think we |
| 06:20:29 | 8 | heard the beauty contest quote, which |
| 06:20:32 | 9 | I think goes back to Sean Marino if I |
| 06:20:36 | 10 | remember right, cited earlier today |
| 06:20:37 | 11 | --- and I think that's right.  It's |
| 06:20:38 | 12 | not simply a matter of focusing on one |
| 06:20:41 | 13 | number and trying to make that very |
| 06:20:43 | 14 | best number we can make it.  We are |
| 06:20:45 | 15 | doing this view in many factors, some |
| 06:20:51 | 16 | holistic. |
| 06:20:51 | 17 | Q.      And you've heard the statement |
| 06:20:52 | 18 | in your second report that rather than |
| 06:20:54 | 19 | this beauty contest measure, a plan |
| 06:20:56 | 20 | should be judged in addition to it's |
| 06:21:00 | 21 | compliance with traditional |
| 06:21:00 | 22 | restructuring criteria whether the |
| 06:21:02 | 23 | ultimate affect of the plan would |
| 06:21:03 | 24 | treat political parties fairly and |
| 06:21:08 | 25 | even handedly? |

401

06:21:08    1    A.      Yes I would say that is

06:21:09    2    expressly a goal at issue here.

06:21:11    3    Q.      And you identify the Carter

06:21:12    4    plan as one of the very few plans

06:21:13    5    dominating the field of partisan

06:21:16    6    fairness.

06:21:16    7            Correct?

06:21:17    8    A.      Let me try to say this

06:21:18    9    precisely because I actually don't

06:21:20   10    think I worded this perfectly in ---

06:21:27   11    in the report.  So the Poreto Frontier

06:21:27   12    consists of plans that are in a kind

06:21:27   13    of trade-off zone against each other.

06:21:29   14    And Carter is one of those, which

06:21:32   15    means that it is not dominated by any

06:21:35   16    plan.  That's a little bit different

06:21:38   17    than saying it dominates all the

06:21:40   18    others.

06:21:41   19            In fact, the Governor's plan is

06:21:42   20    the one that dominates all others that

06:21:44   21    are not on the frontier.  But the

06:21:46   22    Carters plan is very strong.  I want

06:21:49   23    to be clear.  The Carters plan is very

06:21:53   24    strong when it comes to the partisan

06:21:54   25    fairness criteria.

402

| | | |
|---|---|---|
| 06:21:54 | 1 | Q.      Okay. |
| 06:21:54 | 2 | So am I --- is it --- is it |
| 06:21:55 | 3 | right to say that the Carter plan |
| 06:21:57 | 4 | being very strong in this measure is |
| 06:21:59 | 5 | one of the very few that maybe doesn't |
| 06:22:02 | 6 | dominates that particular --- but I |
| 06:22:04 | 7 | mean, does it dominates (sic) the |
| 06:22:05 | 8 | criterion of partisan fairness? |
| 06:22:05 | 9 | A.      It means it was dominated by |
| 06:22:07 | 10 | any other plan. |
| 06:22:08 | 11 | Q.      Fair enough. |
| 06:22:09 | 12 | A.      I just wanted to say this |
| 06:22:10 | 13 | right. |
| 06:22:11 | 14 | Q.      Fair enough. |
| 06:22:12 | 15 | A.      And if I remember right that is |
| 06:22:13 | 16 | because it has especially excellent |
| 06:22:17 | 17 | efficiency gap.  So one of the scores |
| 06:22:22 | 18 | is the best one. |
| 06:22:23 | 19 | Q.      And further to this point, you |
| 06:22:24 | 20 | explain in your second report that the |
| 06:22:26 | 21 | Carter petitioner's expert Doctor |
| 06:22:29 | 22 | Rodden was one of only three |
| 06:22:30 | 23 | responsible monitors of Pennsylvania's |
| 06:22:32 | 24 | voting day? |
| 06:22:33 | 25 | A.      To be clear what I said was |

403

06:22:35   1    that there are a few approaches that I

06:22:37   2    would characterize as responsible

06:22:40   3    modeling.  And I did identify that

06:22:42   4    approach as responsible.  I would not

06:22:44   5    take that to say I reviewed all the

           6    methods of all the experts and found

           7    everyone else to be irresponsible.

           8    Q.      Sure.

           9    A.      I just want to be clear.

          10    Q.      But Doctor Rodden's method was

          11    responsible?

06:22:55  12    A.      Yes.  And what I was referring

06:22:55  13    to there, that I appreciated in his

06:23:04  14    report is that he was the --- the only

06:23:04  15    one that I remember seeing who took an

06:23:05  16    index and compared it to the local

06:23:05  17    races.  And I think that's just a very

06:23:08  18    valuable thing to do if we're going to

06:23:09  19    use statewide elections as we all do

06:23:12  20    to think about how they comport with

06:23:14  21    local races that we're modelling.

06:23:14  22    That's something that I've also done

06:23:20  23    in previous work.

06:23:20  24    Q.      So one of the criterion you

06:23:23  25    analyzed in your report was

404

| | | |
|---|---|---|
| 06:23:23 | 1 | compactness. |
| 06:23:23 | 2 | Correct? |
| 06:23:24 | 3 | A.     Yes. |
| 06:23:24 | 4 | Q.     And I believe you testified |
| 06:23:25 | 5 | earlier that the Carter plan is |
| 06:23:27 | 6 | recently compact? |
| 06:23:32 | 7 | A.     We could pull up the numbers. |
| 06:23:33 | 8 | I don't quite remember the number.  I |
| 06:23:35 | 9 | think --- should we do that?  Should |
| 06:23:36 | 10 | we pull up the numbers? |
| 06:23:37 | 11 | Q.     We can but you testified |
| 06:23:39 | 12 | earlier that all the --- all the plans |
| 06:23:39 | 13 | that you had reviewed are reasonably |
| 06:23:42 | 14 | compact with --- fall within a ---? |
| 06:23:43 | 15 | A.     A few of them are markedly less |
| 06:23:45 | 16 | compact than the others, but by memory |
| 06:23:47 | 17 | I think Carter was --- has a |
| 06:23:55 | 18 | Polsby-Popper score of 32 or 33.  But |
| 06:23:57 | 19 | we --- you know, we could pull them up |
| 06:23:58 | 20 | if we wanted to actually ---. |
| 06:23:58 | 21 | Q.     Sure.  But in your report, youi |
| 06:24:01 | 22 | didn't conclude that the --- the |
| 06:24:01 | 23 | Carter was not compact? |
| 06:24:02 | 24 | A.     It's --- it's less compact. |
| 06:24:04 | 25 | Q.     But to be clear you didn't make |

405

| | | |
|---|---|---|
| 06:24:06 | 1 | a finding that it was not --- like ti |
| 06:24:09 | 2 | didn't comply with the criterion of |
| 06:24:09 | 3 | compactness? |
| 06:24:10 | 4 | A.      That is right.  There is no |
| 06:24:13 | 5 | bright line that it's on the wrong |
| 06:24:14 | 6 | side of. |
| 06:24:14 | 7 | Q.      Sure.  And you also analyzed |
| 06:24:16 | 8 | had proposed plans for the respect of |
| 06:24:19 | 9 | political subdivisions. |
| 06:24:19 | 10 | Correct? |
| 06:24:21 | 11 | A.      I did. |
| 06:24:25 | 12 | Q.      And as part of that you stated |
| 06:24:26 | 13 | that the Carter plan is possibly not |
| 06:24:28 | 14 | excellent when it comes to subdivision |
| 06:24:30 | 15 | splits? |
| 06:24:31 | 16 | A.      To --- to really back that up, |
| 06:24:32 | 17 | I would may need to see the table I'm |
| 06:24:35 | 18 | afraid.  But I believe you. |
| 06:24:36 | 19 | Q.      Can --- I think we can pull |
| 06:24:38 | 20 | that up it is on page two of your |
| 06:24:40 | 21 | second report.  I think there's --- |
| 06:24:47 | 22 | the text --- the text below is where |
| 06:24:50 | 23 | the possibly not excellent --- you |
| 06:24:52 | 24 | know. |
| 06:24:52 | 25 | A.      Okay. |

406

| | | |
|---|---|---|
| 06:24:52 | 1 | So when it comes to splits, I |
| 06:25:00 | 2 | judge all the plans to be excellent. |
| 06:25:00 | 3 | Yes, I see.  Yeah, I think that's on |
| 06:25:02 | 4 | the basis of these split county |
| 06:25:03 | 5 | subdivisions where it has the most |
| 06:25:06 | 6 | splits 20 and the most pieces 41.  So |
| 06:25:10 | 7 | if you are going to draw a line among |
| 06:25:12 | 8 | these plans that on the table it's the |
| 06:25:15 | 9 | least respectful of that particular |
| 06:25:18 | 10 | criteria while being very strong at |
| 06:25:20 | 11 | other things. |
| 06:25:21 | 12 | Q.      Right. |
| 06:25:21 | 13 | So just like compactness, there |
| 06:25:23 | 14 | was no finding that the Carter plan |
| 06:25:25 | 15 | did not comply with the criterion of |
| 06:25:28 | 16 | respect for subdivision splits? |
| 06:25:30 | 17 | A.      There is no bright line there |
| 06:25:33 | 18 | either. |
| 06:25:33 | 19 | Q.      Sure. |
| 06:25:41 | 20 | Q.      And as part of your report, you |
| 06:25:42 | 21 | --- you didn't analyze whether any of |
| 06:25:44 | 22 | splits in Doctor Rodden's map were the |
| 06:25:44 | 23 | result of his balancing other |
| 06:25:53 | 24 | redistricting criteria? |
| 06:25:54 | 25 | A.      I didn't analyze that and I |

407

| | | |
|---|---|---|
| 06:25:58 | 1 | assume they were the result of |
| 06:25:59 | 2 | balancing other priorities. |
| 06:26:02 | 3 | Q.      So ultimately, is it fair to |
| 06:26:02 | 4 | say that the Carter plan is comparable |
| 06:26:04 | 5 | to or matches all other plans on the |
| 06:26:04 | 6 | criteria of contiguity, population |
| 06:26:06 | 7 | deviation, compactness and subdivision |
| 06:26:08 | 8 | splits? |
| 06:26:10 | 9 | A.      I wouldn't go so far as it is |
| 06:26:12 | 10 | comparable to or better on all of |
| 06:26:14 | 11 | those.  But I --- yeah I wouldn't go |
| 06:26:19 | 12 | that far. |
| 06:26:20 | 13 | Q.      Comparable or matches? |
| 06:26:20 | 14 | A.      It is --- it splits the most |
| 06:26:20 | 15 | municipalities of the ones in |
| 06:26:20 | 16 | contention.  So I wouldn't use that |
| 06:26:32 | 17 | sentence.  But I --- I --- I think |
| 06:26:34 | 18 | it's ---if you are asking for my |
| 06:26:35 | 19 | evaluation of the plan overall, I |
| 06:26:37 | 20 | think this should be regarded in view |
| 06:26:37 | 21 | of it's superlative least change |
| 06:26:37 | 22 | score.  And we heard testimony from |
| 06:26:44 | 23 | earlier that that was top of mind in |
| 06:26:46 | 24 | the design of that plan.  It just laps |
| 06:26:50 | 25 | had field when it comes to least |

408

06:26:52    1    change.
06:26:53    2            And so sometimes I like to
06:26:55    3    think about the redistricting
06:26:57    4    principles a little bit like a game of
06:26:59    5    twister.  If you have to put your hand
06:27:00    6    on this dot and this foot over here
06:27:03    7    and that foot over there, the more
06:27:05    8    things you're trying to do, the less
            9    elegant you might look trying to do
           10    it.
           11            Right?
           12            And so these should be viewed
           13    in light of it's --- it's expressed
           14    goal and it's excellent performance in
06:27:15   15    something not pictured, which is least
06:27:16   16    change.
06:27:16   17    Q.      Sure.
06:27:22   18            And circling back to
06:27:23   19    subdivision splits, you didn't analyze
06:27:24   20    VTD splits.
06:27:24   21            Right?
06:27:25   22    A.      I did actually look at split
06:27:27   23    VTDs, but I didn't report on it.
06:27:29   24    Q.      But it is not in the report?
06:27:30   25    Okay.

409

| | | |
|---|---|---|
| 06:27:31 | 1 | Moving onto least change |
| 06:27:35 | 2 | actually.  Are you --- you are |
| 06:27:36 | 3 | familiar with the principal. |
| 06:27:37 | 4 | Correct? |
| 06:27:38 | 5 | A.      Of least change? |
| 06:27:39 | 6 | Q.      Yes? |
| 06:27:41 | 7 | A.      I am. |
| 06:27:41 | 8 | Q.      And can you just explain that |
| 06:27:43 | 9 | principle briefly? |
| 06:27:44 | 10 | A.      Sure.  It's a principal of |
| 06:27:45 | 11 | resemblance to a benchmark.  And it's |
| 06:27:49 | 12 | typically assessed by making a |
| 06:27:51 | 13 | matching of District numbers between |
| 06:27:53 | 14 | two plans and then looking at the |
| 06:27:54 | 15 | number or the percentage of people who |
| 06:27:57 | 16 | are in the same district with respect |
| 06:28:01 | 17 | to an all plan. |
| 06:28:02 | 18 | Q.      Okay. |
| 06:28:02 | 19 | And --- and in your second |
| 06:28:03 | 20 | report, you did not --- you didn't |
| 06:28:04 | 21 | analyze the proposed plans for least |
| 06:28:06 | 22 | change? |
| 06:28:06 | 23 | Correct? |
| 06:28:07 | 24 | A.      I --- I think I mentioned in my |
| 06:28:09 | 25 | testimony that I --- I did compute |

410

06:28:11 1   that.  It's not in the report, but

06:28:15 2   that my findings agreed to the extent

06:28:17 3   that I was able to quickly compare

06:28:22 4   with the findings shown by Doctor

06:28:23 5   Rodden.

06:28:23 6   Q.      Right.  You testified to that

06:28:24 7   earlier.

06:28:24 8           Right?

06:28:25 9           And in your first report, you

06:28:25 10  acknowledge that the Pennsylvania

06:28:27 11  Supreme Court in it's 2018 League of

06:28:27 12  Women Voters' Opinion recognized the

06:28:27 13  principle of least change as a

06:28:27 14  traditional redistricting criterion to

06:28:27 15  be complied with after compliance with

06:28:36 16  the neutral traditional criteria?

06:28:37 17  A.      My recollection is that it is

06:28:39 18  cited that something that can be

06:28:43 19  legitimately considered.

06:28:43 20  Q.      And you also note that based on

21  this opinion in your first report,

22  that it would be reasonable to prefer

23  a plan that is least disruptive to the

24  2018 remedial plan.

25          Is that correct?

411

| | | |
|---|---|---|
| 06:28:50 | 1 | A.      Yes.  On least change, I think |
| 06:28:52 | 2 | it's reasonable to regard less as |
| 06:28:54 | 3 | better in this context. |
| 06:28:55 | 4 | Q.      And you if further explained |
| 06:28:56 | 5 | that it is reasonable to prefer plans |
| 06:28:58 | 6 | with lower displacement from the |
| 06:28:58 | 7 | original plan given that is was put in |
| 06:28:58 | 8 | place by the court as a model of fair |
| 06:29:02 | 9 | districting? |
| 06:29:02 | 10 | A.      Yes. |
| 06:29:03 | 11 | Q.      And you state in your first |
| 06:29:05 | 12 | report that it would be reasonable |
| 06:29:07 | 13 | that --- to prefer plan that performs |
| 06:29:09 | 14 | best on that metric? |
| 06:29:11 | 15 | A.      By the likes of all the others. |
| 06:29:13 | 16 | So if I could give a quick example.  I |
| 06:29:16 | 17 | was recently working in Alabama in the |
| 06:29:21 | 18 | --- in the challenge to the |
| 06:29:22 | 19 | Congressional plan for which we just |
| 06:29:22 | 20 | had a decision last --- some time this |
| 06:29:27 | 21 | week.  An in that case the question |
| 06:29:29 | 22 | was can you make an additional |
| 06:29:32 | 23 | majority/minority District.  Well |
| 06:29:33 | 24 | doing so required quite a lot of |
| 06:29:35 | 25 | change over a map that didn't have |

412

| | | |
|---|---|---|
| 06:29:37 | 1 | such a District.  So it's |
| 06:29:39 | 2 | unquestionable that least change can |
| 06:29:43 | 3 | sometimes have to be sacrificed in |
| 06:29:46 | 4 | order to achieve other things.  So it |
| 06:29:48 | 5 | --- it trades-,off especially with the |
| 06:29:49 | 6 | creation of new kinds of districts. |
| 06:29:55 | 7 | And so it trades-off with other |
| 06:29:57 | 8 | principles. |
| 06:29:57 | 9 | ATTORNEY HOLCUM: |
| 06:29:58 | 10 | Your Honor, I pass the |
| 06:30:03 | 11 | witness. |
| 06:30:03 | 12 | JUDGE MCCULLOUGH: |
| 06:30:03 | 13 | Okay.  Thank you. |
| 06:30:03 | 14 | Now the --- Petitioner |
| | 15 | Gressman. |
| | 16 | ATTORNEY HIRSCH: |
| | 17 | Your Honor, Sam Hirsch |
| | 18 | for the Gressman Math and Science |
| | 19 | Petitioners. |
| | 20 | --- |
| | 21 | CROSS EXAMINATION |
| | 22 | --- |
| | 23 | BY ATTORNEY HIRSCH: |
| | 24 | Q.    Professor Duchin, our map is |
| | 25 | sometimes referred to as the Gressman |

413

```
        1    map or the GMS plan.  Different names.

        2         But anyway, wonderful to see

        3    you.  In --- in the interest of full

        4    disclosure and because I might slip

        5    and actually call you Moon, you and I

        6    have worked together in redistricting

        7    litigation in other states.

        8         Right?

        9    A.    We have and we're also

06:30:59 10    co-authors on a published paper.

06:30:59 11    Q.    Right.  So we've worked

06:31:00 12    together in North Carolina.

06:31:03 13         Yes?

06:31:03 14    A.    We --- we did.

06:31:03 15    Q.    In Wisconsin?

06:31:03 16    A.    Yes.

06:31:03 17    Q.    And we recently co-authored an

06:31:05 18    article on computational redistricting

06:31:07 19    and the Voting Rights Act.

06:31:08 20         Correct?

06:31:09 21    A.    That's the one.

06:31:10 22    Q.    That's the one.

06:31:10 23         Let's start by talking about

06:31:13 24    what you refer to with Mr. Persily who

06:31:17 25    drew the League of Women's Voter's map
```

414

06:31:17    1    for the Pennsylvania Supreme Court.

06:31:18    2            And you told the story about

06:31:20    3    how he kept Buffalo intact and then

06:31:24    4    caught all sorts of grief for it and

06:31:26    5    learned his lesson.

06:31:27    6            Do you know when that took

06:31:28    7    place?

06:31:28    8    A.        If I remember right, and I wish

06:31:31    9    I had this in hand, I think that was

06:31:31   10    the 2000 redistricting.

06:31:33   11    Q.        Yes, I believe that's right.

06:31:34   12    And so that was before --- before the

06:31:36   13    2018 map that he drew in Pennsylvania

06:31:38   14    for sure?

06:31:39   15    A.        Oh, quite a bit before.

06:31:40   16    Q.        And despite having caught all

06:31:42   17    that grief, he kept Pittsburgh in one

06:31:46   18    district in the 2018 map.

06:31:48   19            Correct?

06:31:51   20    A.        Yes, he did.  Definitely.

06:31:52   21    Q.        And --- and are you aware of

06:31:55   22    the fact that there is no provision in

06:31:57   23    the New York State Constitution saying

06:31:59   24    that a city must be preserved intact

06:32:03   25    unless absolutely necessary?

415

| | | |
|---|---|---|
| 06:32:06 | 1 | A.        I'm willing to believe you. |
| 06:32:08 | 2 | Q.        But in the Pennsylvania |
| 06:32:09 | 3 | Constitution there is exactly that |
| 06:32:11 | 4 | provision, a provision that says no |
| 06:32:13 | 5 | county, city incorporated town, |
| 06:32:17 | 6 | borough, township or ward should be |
| 06:32:21 | 7 | divided among districts unless |
| 06:32:24 | 8 | absolutely necessary, something to |
| 06:32:25 | 9 | that effect. |
| 06:32:25 | 10 | Yes? |
| 06:32:25 | 11 | A.        Something to that effect, yes |
| 06:32:26 | 12 | And I think if you take that very |
| 06:32:27 | 13 | literally, that is no individual city. |
| 06:32:32 | 14 | Q.        I'm just asking if you're aware |
| 06:32:34 | 15 | of the provision of the State |
| 06:32:35 | 16 | Constitution? |
| 06:32:36 | 17 | A.        Well I'm trying to describe my |
| 06:32:38 | 18 | understanding of it.  I think it can't |
| 06:32:40 | 19 | be taken literally to say that no city |
| 06:32:43 | 20 | can be divided unless it must, because |
| 06:32:47 | 21 | then --- right, you see what I mean? |
| 06:32:50 | 22 | Q.        Let's turn to your reports now, |
| 06:32:53 | 23 | Professor.  Is it correct you filed a |
| 06:32:55 | 24 | response report yesterday? |
| 06:32:56 | 25 | A.        Yes, I remembered. |

416

| | | |
|---|---|---|
| 06:33:00 | 1 | Q.      And in that report, you looked |
| 06:33:02 | 2 | at 13 plans submitted to the Court. |
| 06:33:04 | 3 | Correct? |
| 06:33:05 | 4 | A.      Yes. |
| 06:33:05 | 5 | Q.      And you wrote primarily about |
| 06:33:07 | 6 | two topics, first was an excellence |
| 06:33:07 | 7 | standard for traditional criteria, |
| 06:33:07 | 8 | like compactness and respect for |
| 06:33:15 | 9 | counties and municipalities? |
| 06:33:16 | 10 | A.      Yes. |
| 06:33:17 | 11 | Q.      And the second one was partisan |
| 06:33:20 | 12 | fairness. |
| 06:33:21 | 13 | Correct? |
| 06:33:21 | 14 | A.      Yes, that is sounds right. |
| 06:33:22 | 15 | Q.      And as the traditional criteria |
| 06:33:24 | 16 | you placed four plans out of the 13. |
| 06:33:29 | 17 | In the top tier plans that meet a high |
| 06:33:31 | 18 | excellent standard followed by two |
| 06:33:34 | 19 | more plans that also meet an |
| 06:33:36 | 20 | excellence standard. |
| 06:33:37 | 21 | Right? |
| 06:33:37 | 22 | A.      I believe that is accurate to |
| 06:33:45 | 23 | how I phrased it. |
| 06:33:45 | 24 | Q.      So out of 13 plans, that's 6 |
| 06:33:46 | 25 | plans that you deemed excellent on |

417

06:33:46  1   traditional criteria.

06:33:48  2          Correct?

06:33:48  3   A.     Yes, I made what I termed

06:33:53  4   tiers.

06:33:53  5   Q.     And turning to the other half,

06:33:57  6   the partisan fairness metrics, you

06:33:57  7   identified three plans as, quote,

06:33:59  8   dominating the field, but you just

06:34:01  9   explained a few minutes ago that you

06:34:02  10  had a very precise idea of what that

06:34:05  11  meant and I accept --- every time I

06:34:07  12  refer to that I'm accepting your

06:34:08  13  understanding of what dominating the

06:34:09  14  field meant.  But it's correct that

06:34:11  15  there were three plans that you cited

06:34:13  16  for that.

06:34:14  17         Correct?

06:34:14  18  A.     Three plans were dominated by

06:34:16  19  no other.  That's correct.

06:34:18  20  Q.     And the phrase dominating the

06:34:19  21  field is the one you used in the your

06:34:21  22  report.  I understand that you may not

06:34:24  23  perfectly love that phraseology.

06:34:28  24         So the Governor's plan was the

06:34:29  25  only one that you deemed both

418

| | | |
|---|---|---|
| 06:34:31 | 1 | excellent on the traditional criteria |
| 06:34:35 | 2 | and dominating the field on the |
| 06:34:37 | 3 | partisan fairness metrics as we |
| 06:34:40 | 4 | described it. |
| 06:34:40 | 5 | Right?  It's that intersection |
| 06:34:42 | 6 | of the two? |
| 06:34:42 | 7 | A.     That's right.  And I don't want |
| 06:34:44 | 8 | to overstate the, you know, perfection |
| 06:34:49 | 9 | of these classifications.  I'd like |
| 06:34:51 | 10 | that to be understood. |
| 06:34:51 | 11 | Q.     Sure. |
| 06:34:51 | 12 | A.     But that --- by the likes of |
| 06:34:54 | 13 | that analysis it was the intersection |
| 06:34:54 | 14 | of those two. |
| 06:34:54 | 15 | Q.     And my clients Gressman |
| 06:35:01 | 16 | Mathematicians and Scientist plan, |
| 06:35:01 | 17 | also known as the GMS plan did not |
| 06:35:03 | 18 | make it on to any of those lists that |
| 06:35:05 | 19 | we just described. |
| 06:35:05 | 20 | Correct? |
| 06:35:06 | 21 | A.     That's correct.  But I would |
| 06:35:08 | 22 | like to  specify if ---. |
| 06:35:09 | 23 | Q.     I'm sorry, I just asked you if |
| 06:35:09 | 24 | it's on any of those lists. |
| 06:35:12 | 25 | Is it on any of those lists? |

419

| | | |
|---|---|---|
| 06:35:15 | 1 | A.       No. |
| 06:35:15 | 2 | Q.       So let's talk about first |
| 06:35:18 | 3 | excellence on the traditional |
| 06:35:19 | 4 | criteria.  The six plans that you |
| 06:35:21 | 5 | deemed excellent included the Citizens |
| 06:35:24 | 6 | plan in the highest tier and the |
| 06:35:27 | 7 | Reschenthaler 2 and Khalif Ali plans |
| 06:35:32 | 8 | in the next tier. |
| 06:35:32 | 9 | Correct? |
| 06:35:34 | 10 | A.       We can pull it up, but I'm |
| 06:35:35 | 11 | willing to believe. |
| 06:35:36 | 12 | Q.       Well, let's pull it up.  Do I |
| 06:35:39 | 13 | need to press this?  I hope that's |
| 06:35:47 | 14 | visible.  We tried to blow that up. |
| 06:35:47 | 15 | This is Table 1 from your report.  The |
| 06:35:50 | 16 | only difference is I drew a line under |
| 06:35:50 | 17 | our Gressman plan just because I'm |
| 06:35:50 | 18 | going to be referring to it, and it's |
| 06:35:55 | 19 | a little easier on the eye if you have |
| 06:35:56 | 20 | a pointer. |
| 06:35:57 | 21 | So turning to this, the first |
| 06:36:01 | 22 | tier excellent Citizens plan, which is |
| 06:36:04 | 23 | second on that list had a worse Convex |
| 06:36:08 | 24 | Hull compactness score than the GMS |
| 06:36:11 | 25 | plan. |

420

| | | |
|---|---|---|
| 06:36:11 | 1 | Right? |
| 06:36:11 | 2 | A.    Convex Hull is an example where |
| 06:36:15 | 3 | higher and better ---. |
| 06:36:15 | 4 | Q.    I'm sorry, I'm just asking you |
| 06:36:16 | 5 | a yes or no question. |
| 06:36:17 | 6 | A.    I'm trying --- I'm trying to |
| 06:36:19 | 7 | work out the answer to your question. |
| 06:36:20 | 8 | So Convex Hull is a score of higher is |
| 06:36:22 | 9 | better, so I agree that Gressman is |
| 06:36:24 | 10 | better than Citizens on that. |
| 06:36:25 | 11 | Q.    And the also excellent |
| 06:36:27 | 12 | Reschenthaler 2 plan did worse than |
| 06:36:31 | 13 | the GMS plan on both the Convex Hull |
| 06:36:36 | 14 | compactness score and the REOC |
| 06:36:38 | 15 | compactness score. |
| 06:36:39 | 16 | Correct? |
| 06:36:39 | 17 | A.    Okay. |
| 06:36:40 | 18 | I will try to make the |
| 06:36:43 | 19 | comparison.  Reschenthaler 2 is worse |
| 06:36:44 | 20 | on Convex Hull.  And what's the second |
| 06:36:49 | 21 | one. |
| 06:36:49 | 22 | Q.    REOC. |
| 06:36:49 | 23 | A.    Let's see.  Reschenthaler 2 is |
| 06:36:54 | 24 | worse on REOC.  That's correct. |
| 06:36:55 | 25 | Q.    And the also excellent Khalif |

421

| | |
|---|---|
| 06:37:01 | 1 |
| 06:37:01 | 2 |
| 06:37:01 | 3 |
| 06:37:01 | 4 |
| 06:37:01 | 5 |

1    Ali plan did worse than the GMS plan

2    on both the Convex Hull compactness

3    score and the population polygon

4    compactness score.

5        Right?

6    A.    So let's try.  So population

7    polygon higher is better, so I agree

8    Gressman beats Khalif Ali.  And remind

9    me the other.

10    Q.    Convex Hull for Khalif Ali.

11    A.    Convex Hull.  I agree, yes.

12    Q.    And that Khalif Ali plan,

13    that's the excellent plan on

14    traditional criteria that has more

15    than an 8,000 person census population

16    deviation.

17        Correct?

18    A.    It depends on your basis for

19    balancing ---.

20    Q.    Census?

21    A.    Census population, yes.

22    Q.    Yes.

23    A.    I think that's the right way to

24    say it.

25    Q.    And in turning to the political

422

| | | |
|---|---|---|
| 06:37:44 | 1 | subdivisions protected by the |
| 06:37:46 | 2 | Pennsylvania Constitution, is it |
| 06:37:48 | 3 | correct that the GMS plan has fewer |
| 06:37:51 | 4 | split counties on table one than the |
| 06:37:55 | 5 | excellent Governor's plan? |
| 06:37:59 | 6 | A.      It does have fewer.  Yes, 15 |
| 06:38:01 | 7 | and 16. |
| 06:38:01 | 8 | Q.      And the GMS plans also has |
| 06:38:04 | 9 | fewer county pieces than the |
| 06:38:05 | 10 | Governor's plan. |
| 06:38:06 | 11 | Right? |
| 06:38:06 | 12 | A.      As you would expect. |
| 06:38:06 | 13 | Q.      That was yes? |
| 06:38:09 | 14 | A.      Yes. |
| 06:38:10 | 15 | Q.      And the GMS plan has fewer |
| 06:38:12 | 16 | split municipalities than the |
| 06:38:15 | 17 | Governor's plan, too; doesn't it? |
| 06:38:21 | 18 | A.      Yes. |
| 06:38:21 | 19 | Q.      In fact the GMS plan ties or |
| 06:38:22 | 20 | beats all six of these standard of |
| 06:38:23 | 21 | excellence plans on split |
| 06:38:26 | 22 | municipalities. |
| 06:38:27 | 23 | Correct? |
| 06:38:28 | 24 | A.      I'm willing to believe you. |
| 06:38:29 | 25 | I'd have to think it through. |

423

| | | |
|---|---|---|
| 06:38:31 | 1 | Q.      And the GMS plan also beats the |
| 06:38:35 | 2 | Governor's plans on municipal pieces. |
| 06:38:37 | 3 | Right? |
| 06:38:38 | 4 | A.      Yeah.  Again, that goes hand in |
| 06:38:41 | 5 | hand with splits. |
| 06:38:41 | 6 | Q.      And the GMS plan ties or beats |
| 06:38:44 | 7 | every one of the six standards of |
| 06:38:46 | 8 | excellence plans on municipal pieces; |
| 06:38:53 | 9 | doesn't it? |
| 06:38:53 | 10 | A.      Yes.  It's tied for best of |
| 06:38:54 | 11 | all. |
| 06:38:54 | 12 | Q.      Professor Duchin does the word |
| 06:38:59 | 13 | ward or the word wards appear anywhere |
| 06:39:00 | 14 | in either of your two expert reports? |
| 06:39:02 | 15 | A.      We would have to search, but I |
| 06:39:05 | 16 | believe it did not make its way into |
| 06:39:08 | 17 | the reports. |
| 06:39:08 | 18 | Q.      Professor Duchin, you're aware, |
| 06:39:11 | 19 | aren't you that the very same sentence |
| 06:39:14 | 20 | in the Pennsylvania Constitution that |
| 06:39:16 | 21 | prohibits the unnecessary splitting of |
| 06:39:18 | 22 | counties and municipalities which you |
| 06:39:20 | 23 | report on, says the exact same things |
| 06:39:22 | 24 | about wards. |
| 06:39:23 | 25 | Correct? |

424

| | | |
|---|---|---|
| 06:39:23 | 1 | A.        Yes. |
| 06:39:23 | 2 | Q.        And Professor Duchin, you did |
| 06:39:27 | 3 | not include in your Table 1, a column |
| 06:39:29 | 4 | for split wards or a column for ward |
| 06:39:33 | 5 | pieces, did you? |
| 06:39:34 | 6 | A.        I did not. |
| 06:39:34 | 7 | Q.        Professor Duchin, at the time |
| 06:39:37 | 8 | you made the decision to omit wards |
| 06:39:44 | 9 | from Table 1, had you --- I want to |
| 06:39:46 | 10 | put this diplomatically --- had you |
| 06:39:48 | 11 | forgotten that the Governor's plan |
| 06:39:52 | 12 | split 25 wards while the GMS plan |
| 06:39:55 | 13 | split only 15? |
| 06:39:55 | 14 | A.        I didn't do a ward computation |
| 06:39:58 | 15 | for the GMS plan.  I did do a ward |
| 06:39:58 | 16 | computation for the original three |
| 06:40:04 | 17 | ---. |
| 06:40:04 | 18 | Q.        So you had not.  Did Counsel |
| 06:40:10 | 19 | for the Governor instruct you not to |
| 06:40:12 | 20 | report on wards? |
| 06:40:13 | 21 | A.        No. |
| 06:40:13 | 22 | Q.        All right. |
| 06:40:14 | 23 | Now that we've discussed your |
| 06:40:15 | 24 | tiers of excellence, I'd like to turn |
| 06:40:21 | 25 | to Table 2 of your response report. |

425

| | | |
|---|---|---|
| 06:40:22 | 1 | Again, I drew a line under the |
| 06:40:26 | 2 | Gressman plan because it's of |
| 06:40:28 | 3 | particular interest here. |
| 06:40:33 | 4 | Now, this is where you analyze |
| 06:40:34 | 5 | partisan outcomes or partisan |
| 06:40:37 | 6 | performance by looking at 12 statewide |
| 06:40:39 | 7 | general elections. |
| 06:40:39 | 8 | Correct? |
| 06:40:41 | 9 | A. Yes. |
| 06:40:41 | 10 | Q. In this table you report how |
| 06:40:43 | 11 | many districts were carried by the |
| 06:40:44 | 12 | Democratic candidate in each of those |
| 06:40:46 | 13 | elections under each plan. |
| 06:40:48 | 14 | Right? |
| 06:40:49 | 15 | A. I wouldn't say carried, I would |
| 06:40:50 | 16 | say how many districts have more |
| 06:40:52 | 17 | Democrat votes, yes. The Democrat |
| 06:40:56 | 18 | wasn't actually running in the |
| 06:40:57 | 19 | District. |
| 06:40:58 | 20 | Q. Fair enough. So the first row |
| 06:41:00 | 21 | in this table shows the numbers for |
| 06:41:04 | 22 | the Governor's plan. |
| 06:41:05 | 23 | Right? |
| 06:41:05 | 24 | A. Yes. |
| 06:41:05 | 25 | Q. And the fifth rows show similar |

426

06:41:06   1    numbers for the GMS --- equivalent

06:41:08   2    numbers for the GMS plan.

06:41:08   3            Right?

06:41:10   4    A.      Yes.

06:41:10   5    Q.      And all other things being

06:41:13   6    equal, an important qualification ---

06:41:14   7    if a plan has higher numbers in its

06:41:17   8    row, it might be more Democratic

06:41:19   9    favoring, and if a plan has lower

06:41:22   10   numbers in its row, it might be more

06:41:24   11   Republican favoring.

06:41:24   12           Fair?

06:41:26   13   A.      You're dealing with a range of

06:41:27   14   numbers, and so typically just as we

06:41:30   15   were talking about before, some will

06:41:31   16   be higher and some will be lower.  But

06:41:33   17   if it were higher in all numbers then,

06:41:36   18   yes, it would be more --- is that what

06:41:36   19   you mean?

06:41:36   20   Q.      All things being equal, higher

06:41:38   21   numbers suggest a more Democratic

06:41:40   22   favoring map and lower maps suggest a

06:41:40   23   more Republican favoring map.

06:41:43   24           Correct?

06:41:43   25   A.      I would go along with that if

427

| | | |
|---|---|---|
| 06:41:45 | 1 | it was higher across the board. |
| 06:41:48 | 2 | Q.      So in the top left cell we see |
| 06:41:48 | 3 | the number ten.  I just want to make |
| 06:41:51 | 4 | sure that means --- that means that |
| 06:41:53 | 5 | the Democratic candidate for Governor |
| 06:41:55 | 6 | in 2014 got more votes than his |
| 06:41:59 | 7 | opponent of ten of the 17 |
| 06:42:01 | 8 | Congressional districts in the |
| 06:42:02 | 9 | Governor's plan. |
| 06:42:04 | 10 | Right? |
| 06:42:04 | 11 | A.      Yes. |
| 06:42:04 | 12 | Q.      Yes. |
| 06:42:05 | 13 | And if you go across that first |
| 06:42:07 | 14 | row, you'll see that each of these 12 |
| 06:42:08 | 15 | elections, anywhere from 6 districts |
| 06:42:11 | 16 | from 11 districts in the Governor's |
| 06:42:13 | 17 | plan were ones that the Democratic |
| 06:42:16 | 18 | candidate out-polled his opponent. |
| 06:42:18 | 19 | Correct? |
| 06:42:18 | 20 | A.      Six to 11 is what I see, yes. |
| 06:42:20 | 21 | Q.      All right. |
| 06:42:21 | 22 | Now, because we work together I |
| 06:42:23 | 23 | know you have one of the fastest, |
| 06:42:31 | 24 | arithmetic brains ever seen, so I'm |
| 06:42:31 | 25 | going to put that to work now.  If we |

428

| | |
|---|---|
| 06:42:31 | 1 |
| 06:42:31 | 2 |
| 06:42:31 | 3 |
| 06:42:35 | 4 |
| 06:42:35 | 5 |

go across that row and total those up

--- and you can take a second and do

this, or we can do it together, and we

add up those numbers, what would be

the sum of those 12 numbers in that

first row of table two that explains

or describes the Governor's plan?

A.      I always say when I teach these

you shouldn't try to do arithmetic in

front of an audience, so I'm not sure.

But if you have that precomputed I

have every reason to believe that

you've done it right.

Q.      Well, if you're willing to

accept my representation, the answer

is 111 across 12 elections, which

sounds about right when you look at

it.

A.      Definitely ---.

Q.      All right.

        I'm not going to ask you to do

it for fifth row either?

A.      I'm sorry, did you say 111.

Q.      111.

A.      Yeah.

429

| | | |
|---|---|---|
| 06:43:12 | 1 | Q.      You accept that? |
| 06:43:12 | 2 | A.       In fact, I remember that, |
| 06:43:13 | 3 | having done that in the past.  That |
| 06:43:14 | 4 | sounds right. |
| 06:43:15 | 5 | Q.      Thank you. |
| 06:43:16 | 6 | Well, it turns out if you do |
| 06:43:18 | 7 | the fifth row, it is also 111.  You're |
| 06:43:22 | 8 | welcome to check that if you'd like? |
| 06:43:26 | 9 | A.      I believe that to be correct. |
| 06:43:27 | 10 | Q.      So the difference between the |
| 06:43:33 | 11 | number of districts where the |
| 06:43:33 | 12 | Democratic statewide candidates in |
| 06:43:34 | 13 | these 12 elections got the most votes |
| 06:43:34 | 14 | in the Governor's plan versus in the |
| 06:43:36 | 15 | GMS plan is 111, minus 111, and |
| 06:43:42 | 16 | although I'm not as good a |
| 06:43:44 | 17 | mathematician as you, that might be a |
| 06:43:46 | 18 | difference of zero. |
| 06:43:47 | 19 | Correct? |
| 06:43:48 | 20 | A.      That sum is what I sometimes |
| 06:43:49 | 21 | call the aggregate proportionality, so |
| 06:43:52 | 22 | yes, they're equal in aggregate. |
| 06:43:54 | 23 | Q.      Thank you.  Let's turn to |
| 06:43:56 | 24 | Table 3 of the same report.  Now |
| 06:44:06 | 25 | Professor, this is your and the total |

430

| | | |
|---|---|---|
| 06:44:07 | 1 | efficiency gap for the Governor's |
| 06:44:09 | 2 | plan. |
| 06:44:09 | 3 | Right? |
| 06:44:10 | 4 | A.    That's right. |
| 06:44:10 | 5 | Q.    And that number is .1007. |
| 06:44:13 | 6 | Right? |
| 06:44:13 | 7 | A.    Yes. |
| 06:44:13 | 8 | Q.    And am I correct that of the |
| 06:44:15 | 9 | other dozen plans listed in this |
| 06:44:17 | 10 | table.  The one with the closest score |
| 06:44:19 | 11 | to that is the Senate Democratic |
| 06:44:24 | 12 | Caucus 2 plan and the second closest |
| 06:44:25 | 13 | is the GMS plan? |
| 06:44:27 | 14 | A.    That looks correct. |
| 06:44:28 | 15 | Q.    And let's go over to the |
| 06:44:29 | 16 | right-hand column which is for total |
| 06:44:34 | 17 | partisan bias, am I correct that the |
| 06:44:35 | 18 | closest score to the Governor's plan |
| 06:44:36 | 19 | in that column is also the GMS plan? |
| 06:44:38 | 20 | A.    It's hard to read, but I trust |
| 06:44:40 | 21 | my coloring so, yes.  Wait.  Hang on. |
| 06:44:44 | 22 | GMS is closest to the Governor's |
| 06:44:48 | 23 | scores? |
| 06:44:51 | 24 | Q.    Yes. |
| 06:44:55 | 25 | A.    Isn't the House Dem caucus .1 |

431

06:44:58    1   --- oh that's positive.

06:45:00    2          Yes.  I agree with you.

06:45:00    3   Q.      Yes.  So and let's now turn to

06:45:03    4   the second column, the total AGIA

06:45:06    5   metric.  And in that one, isn't it the

06:45:08    6   exact same score for the GMS as for

06:45:09    7   the Governor's plan minus 0.0486 our

06:45:13    8   two four decimal places?

06:45:14    9   A.      Yes.  So to this degree of

06:45:15   10   precision they are equal.

06:45:17   11   Q.      But the GMS plan is not one of

06:45:19   12   the three plans that you report

06:45:22   13   dominated the field according to these

06:45:26   14   partisan fairness metrics.

06:45:26   15          Correct?

06:45:26   16   A.      That's just a fact, based on

06:45:27   17   these numbers.

06:45:28   18   Q.      But the Carter plan was one of

06:45:29   19   those three, as was just discussed

06:45:32   20   with the Carter attorney?

06:45:33   21   A.      Yes.

06:45:36   22   Q.      And on all these scores, you

06:45:38   23   already mentioned that being closer to

06:45:39   24   zero is better?

06:45:40   25   A.      Yes.

432

| Time | Line | |
|---|---|---|
| 06:45:40 | 1 | Q.      But the GMS plan has a score |
| 06:45:41 | 2 | closer to zero and thus better than |
| 06:45:46 | 3 | the dominating Carter plan on the |
| 06:45:46 | 4 | total AGIA metric. |
| 06:45:48 | 5 | Correct? |
| 06:45:52 | 6 | A.      Okay.  Hang on. |
| 06:45:52 | 7 | Q.      GMS is closer to zero than the |
| 06:45:57 | 8 | Carter plan on total AGIA. |
| 06:45:57 | 9 | A.      I'm just checking.  Yes, it is. |
| 06:45:59 | 10 | Q.      And the GMS plan is closer to |
| 06:46:00 | 11 | zero than the dominating Carter plan |
| 06:46:02 | 12 | on total mean median. |
| 06:46:03 | 13 | Correct? |
| 06:46:05 | 14 | A.      Yes.  Probably on all, but one. |
| 06:46:08 | 15 | Q.      Indeed, it's closer to zero on |
| 06:46:11 | 16 | total partisan bias as well. |
| 06:46:13 | 17 | Correct? |
| 06:46:14 | 18 | A.      I believe it is. |
| 06:46:15 | 19 | Q.      So as you just mentioned, the |
| 06:46:15 | 20 | GMS plan outperforms the Carter plan, |
| 06:46:15 | 21 | one of the three dominant ones on |
| 06:46:19 | 22 | partisan fairness metrics on three out |
| 06:46:21 | 23 | of the four partisan fairness metrics. |
| 06:46:25 | 24 | Correct?  I think you just said |
| 06:46:26 | 25 | that? |

433

06:46:27   1   A.      Can I explain what dominating

06:46:29   2   means?

06:46:29   3   Q.      No.  You've already talked

06:46:32   4   about that.

06:46:33   5   A.      Okay.

06:46:35   6   Q.      Professor Duchin, I see my time

06:46:35   7   is almost up.  So in the interest of

06:46:35   8   that, in the very last sentence of

06:46:38   9   your last report, did you conclude by

06:46:39   10   saying that the Governor's plan is ---

06:46:39   11   I'm going to quote now from the last

06:46:45   12   sentence of your last report, the

06:46:45   13   Governor's plan is not, not the only

06:46:48   14   reasonable choice as the best plan

06:46:52   15   before the Court?

06:46:53   16   A.      Absolutely.  I'm so glad you

06:46:55   17   gave me a chance to say that.

18   Q.      Thank you.

19   A.      I think the Gressman plan is an

20   excellent plan.

21                  ATTORNEY HIRSCH:

22                  Your Honor, I have no

06:47:03   23   further questions and I pass the

06:47:04   24   witness.

06:47:04   25                  JUDGE MCCULLOUGH:

434

| | | |
|---|---|---|
| 06:47:04 | 1 | Okay. |
| 06:47:04 | 2 | --- |
| 06:47:04 | 3 | CROSS EXAMINATION |
| 06:47:51 | 4 | --- |
| 06:47:51 | 5 | BY ATTORNEY VANCE: |
| | 6 | Q.    Good afternoon, Doctor Duchin. |
| | 7 | A.    Hello. |
| | 8 | Q.    I want to start by just |
| | 9 | confirming a point in your report, |
| | 10 | which is you've opined that the |
| 06:47:52 | 11 | Congressional districting plan passed |
| 06:47:52 | 12 | by the General Assembly or passed by |
| 06:47:52 | 13 | the Pennsylvania House of |
| 06:47:53 | 14 | Representatives, HB-2146 is population |
| 06:47:55 | 15 | balanced and contiguous, shows strong |
| 06:48:00 | 16 | respect for political boundaries, and |
| 06:48:01 | 17 | is reasonably compact. |
| | 18 | Correct? |
| | 19 | A.    You're asking if that's what I |
| | 20 | wrote? |
| | 21 | Q.    Correct. |
| | 22 | A.    We can take a look and I can be |
| | 23 | sure. |
| 06:48:16 | 24 | Q.    Do you have not have a copy of |
| 06:48:18 | 25 | your report? |

435

| | | |
|---|---|---|
| 06:48:18 | 1 | A.        What page are we on? |
| 06:48:18 | 2 | Q.        If you want to look at page two |
| 06:48:18 | 3 | of your report? |
| 06:48:18 | 4 | A.        Sure. |
| 06:48:19 | 5 | Q.        If you look in the very first |
| 06:48:21 | 6 | paragraph? |
| 06:48:24 | 7 | A.        Yes, that is exactly what it |
| 06:48:26 | 8 | says. |
| 06:48:26 | 9 | Q.        But HB-2146 does not meet your |
| 06:48:31 | 10 | quote unquote excellence standard. |
| 06:48:33 | 11 | Correct? |
| 06:48:34 | 12 | A.        That's right. |
| 06:48:34 | 13 | Q.        But, in fact, on splits, and |
| 06:48:38 | 14 | whether you are looking at it by |
| 06:48:40 | 15 | counties, by municipalities, by |
| 06:48:42 | 16 | precincts, and by total splits, |
| 06:48:45 | 17 | HB-2146 is in fact better than the |
| 06:48:49 | 18 | Governor's plan. |
| 06:48:49 | 19 | Correct? |
| 06:48:50 | 20 | A.        On splits it's better. |
| 06:48:52 | 21 | Q.        So the only criteria of what |
| 06:48:54 | 22 | the Governor's plan is better is |
| 06:49:02 | 23 | compactness. |
| 06:49:02 | 24 | Correct? |
| 06:49:02 | 25 | A.        Right.  I think possibly all |

436

| | | |
|---|---|---|
| 06:49:04 | 1 | six metrics of compactness.  We can |
| 06:49:05 | 2 | check. |
| 06:49:05 | 3 | Q.     And part of the reason the |
| 06:49:06 | 4 | Governor's plan can achieve a higher |
| 06:49:09 | 5 | compactness score is because it splits |
| 06:49:11 | 6 | the City of Pittsburgh. |
| 06:49:11 | 7 | Right? |
| 06:49:13 | 8 | A.     It's one of many factors that |
| 06:49:16 | 9 | contributes to the scores. |
| 06:49:19 | 10 | Q.     Does splitting the City of |
| 06:49:22 | 11 | Pittsburgh allow for the creation of |
| 06:49:24 | 12 | two Democratic leaning seats as |
| 06:49:26 | 13 | opposed to one? |
| 06:49:28 | 14 | A.     To answer that, I'd have to |
| 06:49:30 | 15 | look at the seats surrounding it in |
| 06:49:34 | 16 | plans that keep it whole.  And that's |
| 06:49:36 | 17 | not an specific analysis that I've |
| 06:49:38 | 18 | done to say that it's two instead one. |
| 06:49:39 | 19 | Q.     You didn't look at that? |
| 06:49:41 | 20 | A.     I didn't look at whether the |
| 06:49:42 | 21 | district surrounding the one that |
| 06:49:44 | 22 | contains Pittsburgh specifically would |
| 06:49:46 | 23 | be Democratic leaning. |
| 06:49:51 | 24 | Q.     Who drew the Governor's plan? |
| 06:49:55 | 25 | A.     I'm not sure and I wasn't |

437

| 06:49:58 | 1 | involved in the drawing of the lines, |
| 06:49:59 | 2 | but my understanding is that it was |
| 06:50:02 | 3 | internally drawn in the Governor's |
| 06:50:04 | 4 | office. |
| 06:50:04 | 5 | Q.     But you're not aware who |
| 06:50:07 | 6 | actually internally in the Governor's |
| 06:50:08 | 7 | office was responsible for drawing it? |
| 06:50:10 | 8 | A.     Definitely not. |
| 06:50:10 | 9 | Q.     Do you know partisan data was |
| 06:50:11 | 10 | used in the drawing of the Governor's |
| 06:50:12 | 11 | plan? |
| 06:50:13 | 12 | A.     In the drawing of --- I |
| 06:50:14 | 13 | couldn't speak to that. |
| 06:50:18 | 14 | Q.     So the Governor, to your |
| 06:50:20 | 15 | knowledge, has not made public who |
| 06:50:22 | 16 | actually drew his plan, has he? |
| 06:50:25 | 17 | A.     To my knowledge that's not |
| 06:50:26 | 18 | public. |
| 06:50:27 | 19 | Q.     And the Governor's plan has not |
| 06:50:28 | 20 | gone through any sort of legislative |
| 06:50:32 | 21 | practice, has it? |
| 06:50:34 | 22 | A.     That's right.  It has not, to |
| 06:50:37 | 23 | be clear. |
| 06:50:37 | 24 | Q.     Do you know when the Governor |
| 06:50:39 | 25 | first made his plan public? |

438

06:50:44    1    A.        It would be in the last few

06:50:47    2    weeks.   It was posted publicly on the

06:50:49    3    same portal that took public feedback,

06:50:52    4    but I can't remember the exact date.

06:50:54    5    Q.        If I represented to you that it

06:50:56    6    was January 15th, does that sound

06:50:57    7    about right?

06:50:58    8    A.        That does sound reasonable.

06:50:59    9    Q.        Are you aware of when HB-2146

06:51:02   10    was first made public?

06:51:03   11    A.        In that forum, I'm not sure.

06:51:05   12    But I know that it's one of a number

06:51:08   13    of maps.   There were a number of maps

06:51:10   14    drawn by Amanda Holt and made public

06:51:13   15    over a long period of time and this is

06:51:15   16    a modification of one of them.

06:51:20   17    Q.        Doctor Duchin, I assume you

06:51:21   18    agree that district lines should not

06:51:23   19    be drawn to intentionally give a

06:51:25   20    benefit to one political party at the

06:51:28   21    disadvantage to another.

06:51:29   22            Correct?

06:51:32   23    A.        I agree that plans should not

06:51:34   24    be drawn to maximize partisan

06:51:38   25    advantage.

439

| | | |
|---|---|---|
| 06:51:38 | 1 | Q.     Now, you state that HB-2146 |
| 06:51:39 | 2 | systematically advantages one |
| 06:51:40 | 3 | political party over the other, |
| 06:51:41 | 4 | largely due to the political geography |
| 06:51:43 | 5 | of Pennsylvania. |
| 06:51:44 | 6 |     Correct? |
| 06:51:45 | 7 | A.     I can't say that it's due to |
| 06:51:47 | 8 | that in the substantiation of the one |
| 06:51:51 | 9 | plan, but I would say that blindly |
| 06:51:54 | 10 | drawn plans tend to have that property |
| 06:51:56 | 11 | due to the political geography and the |
| 06:51:57 | 12 | rules of Pennsylvania. |
| 06:51:58 | 13 | Q.     And that perceived political |
| 06:52:02 | 14 | advantage, that exists before anyone |
| 06:52:04 | 15 | even starts drawing any lines. |
| 06:52:05 | 16 |     Correct? |
| 06:52:08 | 17 | A.     It's a combination of the lines |
| 06:52:10 | 18 | and the votes. |
| 06:52:10 | 19 | Q.     But it's based upon where the |
| 06:52:13 | 20 | voters live, where voters with certain |
| 06:52:15 | 21 | preferences have, where they live and |
| 06:52:17 | 22 | where they're located? |
| 06:52:18 | 23 | A.     It's definitely a function of |
| 06:52:21 | 24 | that together with the rules of |
| 06:52:23 | 25 | redistricting. |

440

| | | |
|---|---|---|
| 06:52:23 | 1 | Q.      And I think, as you've opined, |
| 06:52:25 | 2 | the concentration of Democrats creates |
| 06:52:27 | 3 | a landscape that is tilted towards |
| 06:52:31 | 4 | Republicans. |
| 06:52:31 | 5 |      Correct? |
| 06:52:32 | 6 | A.      To be clear, and this is |
| 06:52:33 | 7 | something I published and think about |
| 06:52:34 | 8 | a lot, it's not just the |
| 06:52:36 | 9 | concentration.  It's the location. |
| 06:52:41 | 10 | It's the spacial arrangement. |
| 06:52:41 | 11 | Q.      And as I understand it, one of |
| 06:52:44 | 12 | the purposes or at least benefits of |
| 06:52:45 | 13 | the Governor's plan in your opinion is |
| 06:52:48 | 14 | that it over comes this tilt.  Is that |
| 06:52:53 | 15 | fair? |
| 06:52:54 | 16 | A.      Yes. |
| 06:52:54 | 17 | Q.      And in fixing this tilt, that's |
| 06:52:56 | 18 | something that benefits the Democrats. |
| 06:52:58 | 19 |      Correct? |
| 06:52:59 | 20 | A.      My view is that it benefits all |
| 06:53:01 | 21 | Pennsylvanians to have plans that are |
| 06:53:03 | 22 | responsive and fair. |
| 06:53:04 | 23 | Q.      But particularly, it's going to |
| 06:53:06 | 24 | be more likely to result in a better |
| 06:53:08 | 25 | chance for Democrats to win additional |

441

| | |
|---|---|
| 06:53:11 | 1 |
| 06:53:13 | 2 |
| 06:53:15 | 3 |
| 06:53:17 | 4 |
| 06:53:28 | 5 |
| 06:53:30 | 6 |
| 06:53:33 | 7 |
| 06:53:36 | 8 |
| 06:53:38 | 9 |
| 06:53:38 | 10 |
| 06:53:39 | 11 |
| 06:53:39 | 12 |
| 06:53:39 | 13 |
| 06:53:46 | 14 |
| 06:53:46 | 15 |
| 06:53:50 | 16 |
| 06:53:50 | 17 |
| 06:53:52 | 18 |
| 06:53:52 | 19 |
| 06:53:52 | 20 |
| 06:53:54 | 21 |
| 06:53:58 | 22 |
| 06:54:00 | 23 |
| 06:54:02 | 24 |
| 06:54:03 | 25 |

1  seats or to achieve more Democratic
2  leaning seats.  Isn't that true?
3  A.     Only if the votes go that way.
4  It's a function of the votes.
5  Q.     So in drawing lines to
6  specifically negate this tilt, isn't
7  that drawing lines specifically to
8  benefit one political party over the
9  other?
10  A.     Oh, I think not.  So that's
11  actually pivotal to this analysis is
12  that something these metrics are
13  trying to guide you to is treating the
14  parties evenhandedly.
15  Q.     But by evenhandedly, you're
16  saying you have to get rid of a
17  natural advantage that the Republicans
18  have.
19        Correct?
20  A.     By evenhandedly, I mean the
21  party with more votes should tend to
22  more seats and that cuts both ways.
23  Q.     But in order to do that, you
24  need to negate this Republican tilt
25  that you recognize?

442

06:54:04   1   A.     Yeah, and I'm really trying to

06:54:06   2   answer the question responsively. So

06:54:09   3   the --- in Pennsylvania, there is a

06:54:10   4   structural advantage towards

06:54:12   5   Republicans and getting to better

06:54:14   6   partisan fairness does require you to

06:54:16   7   overcome that.

06:54:16   8   Q.     You're not here saying it's

06:54:18   9   going to benefit Republicans by

06:54:19   10   getting rid of the structural

06:54:21   11   advantage, are you?

06:54:23   12   A.     In the long-term, it might be

06:54:24   13   beneficial. But in the short-term

06:54:27   14   based on the recent elections that I

06:54:29   15   analyzed certainly, certainly it's the

06:54:31   16   case that it gives a better chance for

06:54:33   17   Democrats to be elected.

06:54:35   18   Q.     Is it appropriate to ignore

06:54:37   19   traditional redistricting criteria to

06:54:41   20   negate a tilt or some advantage that

06:54:42   21   results because of the political

06:54:44   22   geography of a state?

06:54:47   23   A.     To ignore, certainly not.

06:54:48   24   Q.     But where is that line then?

06:54:50   25   What if it requires you to split more

443

| | | |
|---|---|---|
| 06:54:52 | 1 | than five counties in it than an |
| 06:54:54 | 2 | average plan in order to negate that |
| 06:55:01 | 3 | tilt?  Would that be appropriate? |
| 06:55:01 | 4 | A.     This is what I've sometimes |
| 06:55:02 | 5 | called a trade-off zone.  And so a |
| 06:55:04 | 6 | little bit of trading off is |
| 06:55:06 | 7 | inevitable.  But when you're far |
| 06:55:09 | 8 | behind other options, then I think |
| 06:55:11 | 9 | that's notable in analysis like the |
| 06:55:13 | 10 | one that I've conducted. |
| 06:55:14 | 11 | Q.     So if a plan had to split five |
| 06:55:17 | 12 | more counties, then all the other |
| 06:55:19 | 13 | plans in order to negate this natural |
| 06:55:22 | 14 | tilt, would that be appropriate? |
| 06:55:23 | 15 | A.     In the context of these |
| 06:55:25 | 16 | specific plans, I think five |
| 06:55:28 | 17 | additional county splits would be |
| 06:55:28 | 18 | something that you sort of need to see |
| 06:55:31 | 19 | a great path in many other principles |
| 06:55:37 | 20 | in order to --- to account that. |
| 06:55:37 | 21 | Q.     What about three county splits? |
| 06:55:40 | 22 | A.     This is a speculation that's |
| 06:55:41 | 23 | really hard to entertain without |
| 06:55:42 | 24 | looking at concrete examples. |
| 06:55:44 | 25 | Q.     So you can't tell us where that |

444

| | | |
|---|---|---|
| 06:55:46 | 1 | line would be? |
| 06:55:46 | 2 | A.      I will repeat, and very |
| 06:55:48 | 3 | sincerely, that most of these matters |
| 06:55:51 | 4 | have no bright line. |
| 06:55:57 | 5 | Q.      Now, Doctor Duchin, according |
| 06:55:58 | 6 | to your report, you prepared a |
| 06:55:58 | 7 | simulation where you created an |
| 06:56:00 | 8 | ensemble of 100,000 different maps. |
| 06:56:04 | 9 | Correct? |
| 06:56:05 | 10 | A.      Well, I think the word |
| 06:56:06 | 11 | simulation is a misnomer here. |
| 06:56:10 | 12 | They're not imaginary plans.  They're |
| 06:56:10 | 13 | real plans.  They're real districting |
| 06:56:12 | 14 | plans.  So I prefer to call it a |
| 06:56:14 | 15 | sampling process. |
| 06:56:15 | 16 | Q.      As I heard you earlier, you |
| 06:56:21 | 17 | believe that Doctor Barber didn't |
| 06:56:23 | 18 | provide a lot of detail about his |
| 06:56:25 | 19 | methodology in his report, but you |
| 06:56:25 | 20 | don't provide any detail about your |
| 06:56:27 | 21 | methodology anywhere in your reports, |
| 06:56:28 | 22 | do you? |
| 06:56:29 | 23 | A.      About the methodology for the |
| 06:56:30 | 24 | plans, I think I'm on the record and |
| 06:56:35 | 25 | everything's open source. |

445

06:56:35  1    Q.    But there's nothing in your
06:56:36  2    reports about the methodology you used
06:56:38  3    to create these on ensemble of 100,000
06:56:42  4    plans, is there?
06:56:42  5    A.    The graph algorithm is not
06:56:45  6    described in the reports.
06:56:45  7    Q.    But not just the algorithm,
06:56:47  8    Doctor Duchin.  You don't report
06:56:48  9    anything about the population
06:56:50  10   deviation threshold you used, do you?
06:56:51  11   A.    We'd have to look, but I
06:56:52  12   believe you.  If you represent that I
06:56:53  13   did not, I believe you.
06:56:54  14   Q.    You don't report about any
06:56:56  15   minimum or maximum compactness scores
06:57:03  16   you may have used?
06:57:04  17   A.    I don't.  I certainly don't
06:57:04  18   because there's no such thing in the
06:57:05  19   method.
06:57:05  20   Q.    You didn't report how you went
06:57:07  21   about trying to minimize political
06:57:09  22   subdivision splits?
06:57:11  23   A.    No.
06:57:15  24   Q.    Now, I assume you agree that
06:57:24  25   when you you use different sets of

446

06:57:27   1   elections data, you can get different

06:57:30   2   outcomes.

06:57:30   3        Correct?

06:57:31   4   A.      I've actually testified to

06:57:32   5   that.

06:57:32   6   Q.      And my understanding is you

06:57:34   7   have a criticism of Doctor Barber

06:57:35   8   because he uses what we call an index

06:57:37   9   of elections.

06:57:38   10       Is that fair?

06:57:39   11  A.      I think it's misleading.  So

06:57:40   12  yes, that is fair.

06:57:42   13  Q.      And I think you said in your

06:57:44   14  report and testified to earlier, one

06:57:46   15  of the reasons you don't like an index

06:57:48   16  is because if you have big swings in

06:57:51   17  election outcomes, it can really skew

06:57:53   18  the results.

06:57:53   19       Is that fair?

06:57:56   20  A.      To be precise, it erases and

06:58:02   21  makes invisible the difference between

06:58:05   22  something responsive and something

06:58:06   23  stable.

06:58:06   24  Q.      But as Doctor Rodden showed in

06:58:10   25  his report, we don't have big massive

447

06:58:14  1   swings in Pennsylvania elections, do

06:58:15  2   we?

06:58:16  3   A.      Well, if we look at the

06:58:17  4   elections in the data set that I

06:58:19  5   analyzed, which is the same as I

06:58:22  6   believe, the same as Doctor Barber's

06:58:24  7   11 elections, plus an additional one

06:58:26  8   from 2014, I think the range was from

06:58:29  9   about 59 percent Democratic to about

06:58:33  10  53 percent Republican.  That's a

06:58:35  11  pretty substantial range.

06:58:37  12  Q.      A couple of percentage points

06:58:38  13  to you is a substantial range?

06:58:40  14  A.      That's 12 percentage points.

06:58:42  15  Q.      I'm sorry.  I thought you said

06:58:42  16  --- maybe I misheard what you said.

06:58:44  17  A.      Fifty-nine (59) one way to 53

06:58:45  18  the other is 12 percentage point.

06:58:48  19  Q.      I understand what you're saying

06:58:49  20  now.  Okay.

06:58:50  21  A.      That's an approximation.  We

06:58:52  22  could look at the actual numbers if it

06:58:54  23  would be helpful.

06:58:54  24  Q.      Now, you also don't report the

06:58:57  25  predicted number of Democratic leaning

448

| | | |
|---|---|---|
| 06:58:59 | 1 | seats and Republican leaning seats for |
| 06:59:02 | 2 | each of your simulations, do you? |
| 06:59:02 | 3 | A.      For each of the maps in my |
| 06:59:06 | 4 | ensemble?  I --- actually that |
| 06:59:06 | 5 | information is contained in the |
| 06:59:08 | 6 | report.  It's in, let's see if I can |
| 06:59:11 | 7 | find it, the violin plot of the |
| 06:59:11 | 8 | efficiency gap.  So for people who |
| 06:59:11 | 9 | know the metrics, as I assume that all |
| 06:59:22 | 10 | these experts do, you can read the |
| 06:59:23 | 11 | seats outcome off the efficiency gap |
| 06:59:28 | 12 | fund. |
| 06:59:28 | 13 | Q.      Can you explain that further? |
| 06:59:30 | 14 | A.      Oh, sure.  Gladly. |
| 06:59:31 | 15 | So the efficiency gap is |
| 06:59:33 | 16 | closely related to twice the votes, |
| 06:59:37 | 17 | minus the seats, minus the half.  So |
| 06:59:40 | 18 | in other words, there's this |
| 06:59:41 | 19 | combination of seats and votes that |
| 06:59:44 | 20 | gives you the efficiency gap up to a |
| 06:59:46 | 21 | factor that has to do with relative |
| 06:59:49 | 22 | turnout.  So up to this sort of turn |
| 06:59:51 | 23 | out factor, you can just convert |
| 06:59:54 | 24 | efficiency gap to seats if you know |
| 06:59:57 | 25 | the votes total for each election. |

449

06:59:59    1    Q.        Now, as I understand what
07:00:03    2    you're saying is that you agree that
07:00:03    3    the random plans that are drawn in
07:00:03    4    your ensemble without any partisan
07:00:07    5    data, Exhibit A, pronounced advantage
07:00:09    6    to Republicans.
07:00:10    7           Correct?
07:00:10    8    A.        That's a qualitative
07:00:12    9    assessment, but I would call this
07:00:14    10   pronounced.
07:00:15    11   Q.        You would call it pronounced?
07:00:17    12   A.        I would.
07:00:17    13   Q.        Okay.
07:00:22    14          And so, again, you have to
07:00:23    15   intentionally draw a plan to correct
07:00:25    16   for that advantage?
07:00:26    17   A.        No.  You don't have to
07:00:28    18   intentionally draw it to correct for
07:00:30    19   that.  You can draw it neutrally and
07:00:32    20   then select for that.
07:00:33    21   Q.        But Doctor Duchin, I think both
07:00:35    22   your report and Doctor Barber's report
07:00:39    23   show if you draw a bunch of maps using
07:00:41    24   a computer without, which is using
07:00:43    25   traditional redistricting criteria and

450

| Time | Line | Text |
|---|---|---|
| 07:00:44 | 1 | not using any partisan data, you |
| 07:00:47 | 2 | result in a bunch of maps that have a |
| 07:00:50 | 3 | Republican tilt as you call it. |
| 07:00:52 | 4 | Correct? |
| 07:00:53 | 5 | A.     So that's a mistake.  That's |
| 07:00:54 | 6 | the most typical outcome.  But when |
| 07:00:56 | 7 | you draw enough plans, you will have |
| 07:00:59 | 8 | thousands that have better partisan |
| 07:00:59 | 9 | fairness properties |
| 07:00:59 | 10 | Q.     But the most typical outcome is |
| 07:01:01 | 11 | plans with a Republican tilt. |
| 07:01:02 | 12 | Fair? |
| 07:01:03 | 13 | A.     Absolutely.  And I'm not aware |
| 07:01:05 | 14 | of any rule that requires that we pick |
| 07:01:08 | 15 | the most typical.  I think we're |
| 07:01:09 | 16 | trying to choose an excellent plan. |
| 07:01:09 | 17 | Q.     So you would pick a plan that |
| 07:01:12 | 18 | does not go with the most typical |
| 07:01:14 | 19 | outcome? |
| 07:01:15 | 20 | A.     So the analogy that I gave |
| 07:01:18 | 21 | earlier is to compactness.  I wouldn't |
| 07:01:21 | 22 | prefer a plan over typical compactness |
| 07:01:24 | 23 | score.  I would prefer an excellent |
| 07:01:26 | 24 | compactness score. |
| 07:01:27 | 25 | Q.     Turning to page 19 of your |

451

| | | |
|---|---|---|
| 07:01:39 | 1 | report, Doctor Duchin.  You were |
| 07:01:42 | 2 | looking at this earlier with counsel |
| 07:01:43 | 3 | in your partisan bias.  And as I |
| 07:01:47 | 4 | understand it in that chart, all of |
| 07:01:49 | 5 | the dots that represent the Governor's |
| 07:01:51 | 6 | plan are all on the most Democratic |
| 07:01:57 | 7 | leaning portion of your violin plot. |
| 07:02:05 | 8 | Correct? |
| 07:02:05 | 9 | A.    Yes.  Let's check. |
| 07:02:05 | 10 | Q.    All with the exception --- |
| 07:02:05 | 11 | A.    Not the first. |
| 07:02:06 | 12 | Q.    --- of the 2014 election? |
| 07:02:07 | 13 | A.    Yeah.  It looks like 2014, |
| 07:02:07 | 14 | Governor is in the second visible |
| 07:02:11 | 15 | position.  And then the others are --- |
| 07:02:13 | 16 | I'm reviewing now.  The others are in |
| 07:02:17 | 17 | the last visible position. |
| 07:02:17 | 18 | Q.    So this means, Doctor Duchin, |
| 07:02:21 | 19 | that with the exception of one |
| 07:02:22 | 20 | election, so for the 11 of the 12 |
| 07:02:24 | 21 | elections you looked at, the |
| 07:02:26 | 22 | Governor's plan produces a higher |
| 07:02:30 | 23 | partisan bias for Democrats than |
| 07:02:30 | 24 | nearly all of the ensemble maps. |
| 07:02:31 | 25 | Correct? |

452

| | | |
|---|---|---|
| 07:02:31 | 1 | A.       No, a lower partisan bias. |
| 07:02:33 | 2 | That's the thing.  Zero here is the |
| 07:02:36 | 3 | lowest.  And so it produces --- I |
| 07:02:39 | 4 | agree with almost every piece of your |
| 07:02:41 | 5 | sentence, except that the other |
| 07:02:43 | 6 | direction.  It's that in almost every |
| 07:02:46 | 7 | election, it produces the lowest |
| 07:02:48 | 8 | partisan bias level available. |
| 07:02:50 | 9 | Q.       You're saying a partisan bias |
| 07:02:55 | 10 | when compared to zero. |
| 07:02:55 | 11 |          Correct? |
| 07:02:56 | 12 | A.       That's how it works. |
| 07:02:56 | 13 | Q.       But when you compare it to the |
| 07:02:56 | 14 | ensemble of maps, it's more |
| 07:02:57 | 15 | pro-Democrat than almost all of the |
| 07:02:57 | 16 | ensemble of maps on partisan bias. |
| 07:03:00 | 17 |          Correct? |
| 07:03:00 | 18 | A.       I don't think that's the right |
| 07:03:02 | 19 | way to summarize what we see here. |
| 07:03:04 | 20 | Q.       Well, how else would you |
| 07:03:06 | 21 | describe that the purple dots being on |
| 07:03:07 | 22 | the very top part of this graph?  It |
| 07:03:12 | 23 | is an outlier when compared to the |
| 07:03:14 | 24 | ensemble of maps, is it not? |
| 07:03:15 | 25 | A.       We agree that it's an outlier. |

453

| | | |
|---|---|---|
| 07:03:17 | 1 | Q.      An outlier in the favor of |
| 07:03:19 | 2 | Democrats? |
| 07:03:20 | 3 | A.      I can't agree with that.  An |
| 07:03:22 | 4 | outlier in favor of minimal partisan |
| 07:03:24 | 5 | bias. |
| 07:03:24 | 6 | Q.      When you're comparing it to |
| 07:03:27 | 7 | zero? |
| 07:03:28 | 8 | A.      Yes. |
| 07:03:36 | 9 | ATTORNEY VANCE: |
| 07:03:36 | 10 | No further questions. |
| 07:03:48 | 11 | Thank you, Your Honor. |
| 07:03:48 | 12 | ATTORNEY GORDON: |
| 07:03:48 | 13 | Preparing in a hotel |
| 07:03:50 | 14 | room and there are a lot of papers |
| 07:03:52 | 15 | that you've to walk around with. |
| 07:03:52 | 16 | THE WITNESS: |
| 07:03:53 | 17 | I understand. |
| 07:03:53 | 18 | - - - |
| 07:03:53 | 19 | CROSS EXAMINATION |
| 07:03:54 | 20 | - - - |
| 07:03:54 | 21 | BY ATTORNEY GORDON: |
| 07:03:54 | 22 | Q.      Okay. |
| 07:03:54 | 23 | So I represent the |
| 07:03:56 | 24 | Congressional Intervenors. |
| 07:03:56 | 25 | Reschenthaler 1 and Reschenthaler 2 is |

454

| | |
|---|---|
| 07:03:59 | 1 |
| 07:03:59 | 2 |
| 07:04:01 | 3 |
| 07:04:04 | 4 |

1    what we submitted to the Court?

2                    JUDGE MCCULLOUGH:

3                    Counsel, you can take

4    off your mask?

5                    ATTORNEY GORDON:

6                    Oh, delightful.

7    BY ATTORNEY GORDON:

8    Q.       Just real quick while I'm

9    thinking about it, on Table 4.3 that

10   you were just talking about, at the

11   bottom there's an ensemble mean.  Do

12   you happen to do an ensemble range?

13   A.       Do you have a page number?

14   Q.       It is page four of your last

15   report of yesterday's report.

16   A.       Yes, the red and blue table.

17   Yes, that's the one.

18   Q.       Do you have a range as opposed

19   to a mean for the ensemble line?

20   A.       I certainly have it available

21   in my data.  But since I didn't put it

22   in the report, I don't know it by

23   heart.

24   Q.       Fair enough.

25                    And are these numbers percents

455

| | | |
|---|---|---|
| 07:04:38 | 1 | that are in this table? |
| 07:04:40 | 2 | A.      Oh, okay.  Good question.  So |
| 07:04:42 | 3 | what are the units of these numbers. |
| 07:04:44 | 4 | Q.      Yes. |
| 07:04:44 | 5 | A.      Yeah, okay.  It varies.  So |
| 07:04:46 | 6 | efficiency gap is in terms of wasted |
| 07:04:50 | 7 | votes over total votes.  So you can |
| 07:04:52 | 8 | interpret that as a vote share. |
| 07:04:54 | 9 | Q.      Is that a percent? |
| 07:04:58 | 10 | A.      If you --- it's not a percent. |
| 07:04:58 | 11 | It's a share.  So the number 1 would |
| 07:04:58 | 12 | be 100 percent.  But it's --- you can |
| 07:05:01 | 13 | ---. |
| 07:05:01 | 14 | Q.      And I'm really only concerned |
| 07:05:03 | 15 | with that first column and here's why. |
| 07:05:03 | 16 | A.      Sure. |
| 07:05:05 | 17 | Q.      When Professor Persily |
| 07:05:05 | 18 | presented to the Pennsylvania Supreme |
| 07:05:13 | 19 | Court in 2018, he talked about his |
| 07:05:14 | 20 | model, then he talked about percent |
| 07:05:16 | 21 | range.  So I'm just trying to make a |
| 07:05:18 | 22 | one to one. |
| 07:05:18 | 23 | A.      Sure. |
| 07:05:18 | 24 | Q.      And he said in his range, it |
| 07:05:19 | 25 | was .1 to 4.5 percent.  So I'm just |

456

07:05:24    1    trying to translate your ---.

07:05:24    2    A.    Let me help you with that.

07:05:26    3    Q.    Yes.

07:05:26    4    A.    So if you wanted to turn these

07:05:28    5    into something comparable to an

07:05:29    6    individual election, you'd need to

07:05:30    7    divide by 12 because this is the sum

07:05:32    8    over 12 elections.

07:05:33    9    Q.    So if you divide by 12, you get

07:05:35    10    a percent?

07:05:36    11    A.    Yes.  Then you can interpret it

07:05:39    12    that way.

07:05:40    13    Q.    Lovely.  Okay. Now I'm on

07:05:41    14    board.  All right.  I'm learning as I

07:05:43    15    go.  This is some fancy math.

07:05:45    16    A.    I guess.

07:05:46    17    Q.    We've heard you say, but I just

07:05:49    18    want to make sure it's clear.  The

07:05:51    19    best plan before the Court is in your

07:05:54    20    opinion is the Governor's plan.

07:05:56    21    Is that correct?

07:05:57    22    A.    I think a term like best, you

07:06:02    23    know, it is in the intersection of two

07:06:03    24    ways of slicing the maps and it's the

07:06:06    25    only plan that is so.  I think it's an

457

| | | |
|---|---|---|
| 07:06:08 | 1 | excellent map. |
| 07:06:08 | 2 | Q.      And frankly, I'm just quoting |
| 07:06:11 | 3 | the terminal sentence from your report |
| 07:06:11 | 4 | --- |
| 07:06:11 | 5 | A.      Sure. |
| 07:06:13 | 6 | Q.      --- where you declare it to be |
| 07:06:13 | 7 | the best. |
| 07:06:13 | 8 | A.      Well then, let's go with that. |
| 07:06:15 | 9 | Q.      Fair enough.  And you realize |
| 07:06:16 | 10 | you're the third expert today to give |
| 07:06:19 | 11 | the third opinion on which one's the |
| 07:06:21 | 12 | best? |
| 07:06:21 | 13 | A.      I am sure that there will be as |
| 07:06:23 | 14 | many opinions as there are experts. |
| 07:06:25 | 15 | Q.      I agree.  Okay. |
| 07:06:26 | 16 | So let's look at your report.  Are you |
| 07:06:29 | 17 | confident in the numbers that are in |
| 07:06:30 | 18 | this report? |
| 07:06:31 | 19 | A.      I'm glad you asked that.  It |
| 07:06:32 | 20 | can be really hard to produce good |
| 07:06:34 | 21 | numbers under time pressure. |
| 07:06:34 | 22 | Q.      Uh-huh (yes). |
| 07:06:37 | 23 | A.      But I have an excellent team of |
| 07:06:39 | 24 | research assistants and we subjected |
| 07:06:41 | 25 | these numbers to really rigorous |

458

| Time | Line | Text |
|---|---|---|
| 07:06:44 | 1 | checks.  So I am very confident. |
| 07:06:45 | 2 | Q.     Very good.  All right. |
| 07:06:47 | 3 | So 2B, excuse me, Section 31, |
| 07:06:50 | 4 | you talk about all plans are |
| 07:06:55 | 5 | contiguous.  That includes |
| 07:06:57 | 6 | Reschenthaler 1 and Reschenthaler 2. |
| 07:06:58 | 7 | Correct? |
| 07:06:58 | 8 | A.     Yes. |
| 07:06:58 | 9 | Q.     And closely population balance, |
| 07:07:01 | 10 | that includes Reschenthaler 1 and |
| 07:07:02 | 11 | Reschenthaler 2. |
| 07:07:02 | 12 | Is that correct? |
| 07:07:03 | 13 | A.     Yes. |
| 07:07:03 | 14 | Q.     Okay. |
| 07:07:04 | 15 | And then you analyze the compactness, |
| 07:07:08 | 16 | and hopefully I can short circuit |
| 07:07:10 | 17 | this.  You would agree that |
| 07:07:10 | 18 | Reschenthaler 1 and Reschenthaler 2 |
| 07:07:12 | 19 | are compact? |
| 07:07:13 | 20 | A.     Yes, and I'm looking just to |
| 07:07:15 | 21 | verify.  Yes, they are.  They are |
| 07:07:22 | 22 | reasonably compact. |
| 07:07:23 | 23 | Q.     Okay. |
| 07:07:23 | 24 | And we'll look at our county |
| 07:07:26 | 25 | splits there just for Reschenthaler 1 |

459

| | | |
|---|---|---|
| 07:07:27 | 1 | and Reschenthaler 2.  You would agree |
| 07:07:29 | 2 | with me that Reschenthaler 1 and |
| 07:07:30 | 3 | Reschenthaler 2 split 13 counties? |
| 07:07:33 | 4 | A.     Yes. |
| 07:07:33 | 5 | Q.     And you would agree with me |
| 07:07:35 | 6 | that's the lowest county split of all |
| 07:07:37 | 7 | the maps that you reviewed? |
| 07:07:38 | 8 | A.     Yes, I would characterize that |
| 07:07:38 | 9 | as aggressive pursuit of county |
| 07:07:41 | 10 | integrity. |
| 07:07:41 | 11 | Q.     That's what we're going for. |
| 07:07:41 | 12 | A.     Yeah. |
| 07:07:42 | 13 | Q.     And county pieces 29, also the |
| 07:07:44 | 14 | lowest number. |
| 07:07:45 | 15 | Is that correct? |
| 07:07:46 | 16 | A.     Yes.  Those are closely |
| 07:07:48 | 17 | related. |
| 07:07:48 | 18 | Q.     Uh-huh (yes).  And then |
| 07:07:49 | 19 | municipal splits, 16 tied for the |
| 07:07:52 | 20 | lowest? |
| 07:07:53 | 21 | A.     That's correct. |
| 07:07:53 | 22 | Q.     And 33 also tied for the lowest |
| 07:07:56 | 23 | in terms of municipal pieces. |
| 07:07:59 | 24 | That's correct? |
| 07:07:59 | 25 | A.     Yes. |

460

| | | |
|---|---|---|
| 07:07:59 | 1 | Q.        Okay. |
| 07:08:00 | 2 | So do you agree with me that a |
| 07:08:02 | 3 | 17 district compact, contiguous, and |
| 07:08:06 | 4 | equal population map can be drawn with |
| 07:08:08 | 5 | just 13 county splits? |
| 07:08:10 | 6 | A.        Well, I think it can be drawn |
| 07:08:12 | 7 | with fewer if you're willing to |
| 07:08:15 | 8 | sacrifice compactness a little bit |
| 07:08:18 | 9 | more. |
| 07:08:18 | 10 | Q.        But would you agree that could |
| 07:08:19 | 11 | be done with 13? |
| 07:08:20 | 12 | A.        You'd have to tell me what the |
| 07:08:21 | 13 | threshold is for reasonable |
| 07:08:22 | 14 | compactness.  I am trying to answer |
| 07:08:24 | 15 | your question truly. |
| 07:08:24 | 16 | Q.        I think the answer --- well, |
| 07:08:26 | 17 | it's your question to answer.  But |
| 07:08:28 | 18 | what I think we just went through is |
| 07:08:30 | 19 | you agreed ours were compact, |
| 07:08:31 | 20 | contiguous, and equal population that |
| 07:08:33 | 21 | had 13 districts.  So I think you |
| 07:08:37 | 22 | agree it can be done. |
| 07:08:38 | 23 | Is that right? |
| 07:08:38 | 24 | A.        The problem is that compactness |
| 07:08:41 | 25 | is a graduated phenomenon. |

461

07:08:41  1    Q.       Is Reschenthaler 1 and
07:08:43  2    Reschenthaler 2 compact?
07:08:45  3    A.       It's reasonably compact, but
07:08:46  4    others are more compact.
07:08:48  5    Q.       That's not the question.  The
07:08:50  6    question is, and I'll repeat it.  Do
07:08:52  7    you agree a 17 district map can be
07:08:55  8    drawn that is compact, contiguous,
07:08:58  9    equally populations and splits just 13
07:08:58  10   counties?
07:09:00  11   A.       Add the word reasonably compact
07:09:02  12   and I agree.
07:09:02  13   Q.       Reasonably compact?
07:09:03  14   A.       Yes, I agree.
07:09:04  15   Q.       Ideal.  Okay.
07:09:05  16   Same question.  Do you agree that a 17
07:09:08  17   district compact, reasonably compact
07:09:11  18   if nothing else, contiguous and equal
07:09:14  19   population can be drawn with just 16
07:09:16  20   municipal splits?
07:09:18  21   A.       Yes.
07:09:18  22   Q.       Okay.  All right.
07:09:21  23            So I just want to quick go
07:09:23  24   through this chart, and we'll just
07:09:25  25   focus on Reschenthaler 1.  If you go

462

| | | |
|---|---|---|
| 07:09:27 | 1 | through this chart, there's ten lines. |
| 07:09:29 | 2 | And I will ask the question, and then |
| 07:09:33 | 3 | if you need help, I'll tell you what |
| 07:09:35 | 4 | the answer is.  But would you agree |
| 07:09:37 | 5 | with me that Reschenthaler 1 beats the |
| 07:09:39 | 6 | Governor's map on seven of the ten |
| 07:09:42 | 7 | columns in this chart? |
| 07:09:43 | 8 | A.      We're still on table one. |
| 07:09:45 | 9 |         Right? |
| 07:09:46 | 10 | Q.      We are indeed. |
| 07:09:47 | 11 | A.      Okay.  Okay. |
| 07:09:48 | 12 |         Let's check.  We're talking |
| 07:09:49 | 13 | Reschenthaler 1 versus Governor? |
| 07:09:51 | 14 | Q.      Uh-huh (yes). |
| 07:09:53 | 15 | A.      Okay. |
| 07:09:59 | 16 |         I bet that that's --- so you |
| 07:10:01 | 17 | said seven out of the ten? |
| 07:10:02 | 18 | Q.      Correct. |
| 07:10:02 | 19 | A.      Yeah.  I think you'll find the |
| 07:10:02 | 20 | Governor's plan better on three |
| 07:10:02 | 21 | compactness scores and Reschenthaler |
| 07:10:07 | 22 | better on the other three compactness |
| 07:10:08 | 23 | scores and on the splitting scores. |
| 07:10:10 | 24 | Q.      So across the board, seven out |
| 07:10:12 | 25 | of ten.  And just on the compactness |

463

07:10:14    1    scores, three to three?

07:10:15    2    A.      I think that's right.

07:10:16    3    Q.      Okay.

07:10:16    4           And just so the record's clear,

07:10:16    5    Pawsbee, Schwartz, Reok, Kahn, Holl,

07:10:20    6    Popolli, we want the top number, and

07:10:26    7    then the last one, we want the bottom?

07:10:29    8    A.      Schwartzburg also you want a

07:10:31    9    smaller number.

07:10:31   10    Q.      Schwartzburg you want smaller?

07:10:37   11    A.      Yeah.

07:10:37   12    Q.      Okay.  All right.

07:10:38   13    A.      Does that change the count?

07:10:40   14    That might change ---.

07:10:40   15    Q.      That does change the count.

07:10:40   16    A.      Oh, okay.

07:10:42   17    Q.      Let's let the record be clear,

07:10:44   18    six out of ten.  And that's why we ask

07:10:46   19    the questions, to make our record.

07:10:46   20    A.      I'm glad we went through it.

07:10:48   21    Q.      All right.

07:10:49   22           I want to flip to the, back to

07:10:52   23    that first table, table three in your

07:10:54   24    report.  Which of these maps that's

07:11:01   25    reflected in this chart under the

464

07:11:03  1    partisan fairness metrics, which one

07:11:05  2    has the least splits, least county

07:11:09  3    splits?

07:11:10  4    A.      Sorry.  Which table are we on?

07:11:12  5    Q.      Four point or Section 4.3,

07:11:15  6    Table 3.

07:11:15  7    A.      Yes.  And the question again?

07:11:17  8    Q.      And which maps in that chart

07:11:19  9    have the least county splits?

07:11:23  10   A.      Those are not recorded here.

07:11:24  11   We can refer back and say

07:11:26  12   Reschenthaler 1, 2 of all the 13 maps

07:11:29  13   have the fewest county splits.

07:11:33  14   Q.      And you would agree that in

07:11:34  15   this chart, again table three, the two

07:11:36  16   maps with the least municipal splits

07:11:39  17   tied is Reschenthaler 1 and

07:11:40  18   Reschenthaler 2?

07:11:42  19   A.      Slight astricks.  Since the

07:11:44  20   ensemble is in this table, the

07:11:44  21   ensemble probably contains things with

07:11:45  22   fewer splits.

07:11:45  23   Q.      And my question is solely about

07:11:48  24   the maps that were submitted for

07:11:49  25   review.

465

| | | |
|---|---|---|
| 07:11:50 | 1 | A.        Then yes. |
| 07:11:51 | 2 | Q.        Okay.  Very good. |
| 07:11:53 | 3 | So if you changed the county |
| 07:11:54 | 4 | splits for all these other maps to |
| 07:11:56 | 5 | make them just 13, would their scores |
| 07:11:58 | 6 | in this chart change? |
| 07:12:00 | 7 | A.        Well, that's a great question. |
| 07:12:01 | 8 | Q.        And it's just a yes or no |
| 07:12:03 | 9 | question. |
| 07:12:03 | 10 | A.        But it's not. |
| 07:12:03 | 11 | Q.        I know you want to explain why. |
| 07:12:03 | 12 | A.        I can't. |
| 07:12:05 | 13 | Q.        It's just yes or no. |
| 07:12:06 | 14 | A.        If you want yes or no, it's |
| 07:12:09 | 15 | neither yes nor no. |
| 07:12:10 | 16 | Q.        So your representation to the |
| 07:12:12 | 17 | Court is if these maps changed or |
| 07:12:14 | 18 | produced fewer county splits, the |
| 07:12:16 | 19 | scores don't change? |
| 07:12:18 | 20 | A.        They might remain unchanged. |
| 07:12:19 | 21 | Q.        They might remain unchanged, |
| 07:12:19 | 22 | but they might change? |
| 07:12:29 | 23 | A.        But they might change. |
| 07:12:30 | 24 | Q.        Indeed. |
| 07:12:36 | 25 | A.        I agree. |

466

| | | |
|---|---|---|
| 07:12:36 | 1 | Q.      Okay. |
| 07:12:36 | 2 |         Do you think fairness is the |
| 07:12:38 | 3 | same thing as neutrality when we're |
| 07:12:41 | 4 | talking about the drawing of district |
| 07:12:43 | 5 | maps? |
| 07:12:43 | 6 | A.      I do not. |
| 07:12:43 | 7 | Q.      You do not?  In fact, you |
| 07:12:44 | 8 | emphatically do not. |
| 07:12:46 | 9 |         Is that right? |
| 07:12:48 | 10 | A.      Well, I do not think of them as |
| 07:12:51 | 11 | the same. |
| 07:12:51 | 12 | Q.      Okay. |
| 07:12:51 | 13 |         Do you recall doing an |
| 07:12:52 | 14 | interview for Political Magazine in |
| 07:12:54 | 15 | May of last year, May 27th? |
| 07:12:57 | 16 | A.      I believe you that it was May. |
| 07:12:58 | 17 | Q.      Yes.  And do you recall seeing |
| 07:12:59 | 18 | that article where that very same |
| 07:13:01 | 19 | question was asked and your response |
| 07:13:03 | 20 | was emphatically not? |
| 07:13:11 | 21 | A.      Right.  That sounds totally |
| 07:13:12 | 22 | reasonable. |
| 07:13:12 | 23 | Q.      Okay. |
| 07:13:14 | 24 |         Does the efficiency gap take |
| 07:13:16 | 25 | into account political geography? |

467

07:13:24  1  A.      Can you rephrase that?  I want

07:13:26  2  to answer it exactly.

07:13:28  3  Q.      When you're calculating the

07:13:29  4  efficiency gap, is there any part of

07:13:34  5  variables that account for political

07:13:37  6  geography or human geography of a

07:13:37  7  party?  It's called a couple things

07:13:37  8  today.

07:13:39  9  A.      In a sense because it matters

07:13:40  10  where the district lines are and

07:13:41  11  you're assessing it with respect to an

07:13:45  12  election.  So it does look at how the

07:13:47  13  lines compare to the votes.  Is that

07:13:47  14  what you mean?

07:13:47  15  Q.      Is it one of the variables in

07:13:51  16  the equation?

07:13:53  17  A.      Yes.  It goes into the variable

07:13:54  18  of wasted votes.

07:13:54  19  Q.      That where people live ---

07:13:54  20  A.      Yes.

07:13:55  21  Q.      --- in relation to the

07:13:57  22  Commonwealth?

07:13:57  23  A.      Yes.

07:14:13  24                      ATTORNEY GORDON:

07:14:13  25                      Okay.  All right.

468

| | | |
|---|---|---|
| 07:14:13 | 1 | Well, boy, I hate to |
| 07:14:13 | 2 | give up four and a half minutes, but |
| 07:14:15 | 3 | I'm going to.  That's all the |
| 07:14:17 | 4 | questions I have, Your Honor.  Thank |
| 07:14:17 | 5 | you for your time. |
| 07:14:17 | 6 | JUDGE MCCULLOUGH: |
| 07:14:17 | 7 | Thank you, Counsel.  Now |
| 07:14:18 | 8 | we'll move to counsel for |
| 07:14:19 | 9 | Representative McClinton. |
| 07:14:19 | 10 | --- |
| 07:14:19 | 11 | CROSS EXAMINATION |
| 07:14:49 | 12 | --- |
| 07:14:49 | 13 | BY ATTORNEY SENOFF: |
| 07:14:49 | 14 | Q.    Thank you.  This is David |
| 07:14:49 | 15 | Senoff.  I represent Representative |
| 07:14:49 | 16 | McClinton and the Pennsylvania House |
| 07:14:50 | 17 | Democratic Caucus Intervenors.  I |
| 07:14:50 | 18 | think you testified earlier, and |
| 07:14:52 | 19 | please correct me if I'm wrong because |
| 07:14:53 | 20 | it's been a long day, that you believe |
| 07:14:57 | 21 | that all of these maps are within a |
| 07:14:59 | 22 | certain, and these are my words, not |
| 07:15:01 | 23 | your, range of reasonableness?  Do you |
| 07:15:03 | 24 | agree with me that they're pretty |
| 07:15:07 | 25 | close together? |

469

| | | |
|---|---|---|
| 07:15:08 | 1 | A.      It's probably true, with some |
| 07:15:11 | 2 | exceptions.  There are some few cases |
| 07:15:11 | 3 | in which some maps are farther from |
| 07:15:13 | 4 | the pack. |
| 07:15:13 | 5 | Q.      So I think you talked about the |
| 07:15:15 | 6 | big six metrics. |
| 07:15:15 | 7 |         Right? |
| 07:15:18 | 8 | A.      Big six traditional principles. |
| 07:15:20 | 9 | Q.      Yes, okay.  The big six. |
| 07:15:22 | 10 |        And all those, all the maps are |
| 07:15:24 | 11 | in a range that you would consider |
| 07:15:28 | 12 | reasonable for those big six |
| 07:15:30 | 13 | traditional principles? |
| 07:15:32 | 14 | A.      With maybe a few exceptions |
| 07:15:34 | 15 | where maps are noticeably less compact |
| 07:15:37 | 16 | or have a few more splits. |
| 07:15:40 | 17 | Q.      But you would agree with me |
| 07:15:42 | 18 | that compared to say the 2011 map, |
| 07:15:44 | 19 | which produced a 15 Republican |
| 07:15:53 | 20 | Congressional delegation and a three |
| 07:15:59 | 21 | Democratic delegation, none of the |
| 07:16:00 | 22 | maps that are proposed here are |
| 07:16:01 | 23 | lopsided like that? |
| 07:16:03 | 24 | A.      I think it was 13-5 a lot of |
| 07:16:03 | 25 | the time. |

470

| | | |
|---|---|---|
| 07:16:03 | 1 | Q.       Oh, okay. |
| 07:16:04 | 2 | A.       Just because let's be precise. |
| 07:16:04 | 3 | Q.       I wish you were my political |
| 07:16:07 | 4 | statistics professor because I can't |
| 07:16:08 | 5 | do arithmetic in public. |
| 07:16:12 | 6 | A.       One should not.  Are you asking |
| 07:16:14 | 7 | if any is as skewed as that? |
| 07:16:17 | 8 | Q.       Yes. |
| 07:16:17 | 9 | A.       I do find some of these maps to |
| 07:16:19 | 10 | be extraordinarily skewed.  It's hard |
| 07:16:23 | 11 | to make an apples to apples comparison |
| 07:16:25 | 12 | with a different number of districts. |
| 07:16:25 | 13 | But I think that red and blue table |
| 07:16:27 | 14 | we've come back to a few times does |
| 07:16:30 | 15 | reflect extraordinary skew in a few of |
| 07:16:32 | 16 | the maps. |
| 07:16:33 | 17 | Q.       Okay. |
| 07:16:33 | 18 |         And I'm just, I'm not trying to |
| 07:16:34 | 19 | quarrel with you, I'm just wondering, |
| 07:16:36 | 20 | because I do agree with you that these |
| 07:16:39 | 21 | maps, with a few exceptions are within |
| 07:16:48 | 22 | a range, a certain range of |
| 07:16:50 | 23 | reasonableness.  What factor do you |
| 07:16:51 | 24 | then have to look at in order to sort |
| 07:16:52 | 25 | of break the tie? |

471

| | |
|---|---|
| 07:16:52 | 1 |
| 07:16:54 | 2 |
| 07:16:58 | 3 |
| 07:16:58 | 4 |
| 07:16:58 | 5 |
| 07:17:00 | 6 |
| 07:17:04 | 7 |
| 07:17:07 | 8 |
| 07:17:10 | 9 |
| 07:17:11 | 10 |
| 07:17:13 | 11 |
| 07:17:15 | 12 |
| 07:17:17 | 13 |
| 07:17:19 | 14 |
| 07:17:23 | 15 |
| 07:17:25 | 16 |
| 07:17:28 | 17 |
| 07:17:30 | 18 |
| 07:17:30 | 19 |
| 07:17:32 | 20 |
| 07:17:35 | 21 |
| 07:17:40 | 22 |
| 07:17:43 | 23 |
| 07:17:45 | 24 |
| 07:17:47 | 25 |

1    Right?  If everybody is in this
2  range and we have to select, how do we
3  do that?
4  A.    Great.
5    So that's the approach I've
6  tried to take here is to look at the
7  fundamental principles, the ones that
8  the Supreme Court describes as
9  establishing a floor, and examine
10  those and say if you want reasonable,
11  then everything's on the table.  If
12  you want excellent, you might be able
13  to narrow it a bit.  Once you've
14  passed that threshold, there are many
15  other things you can consider.  And I
16  talked about a few, incumbency, and
17  least change, but especially partisan
18  fairness.
19  Q.    And when you say partisan
20  fairness, are you including in that
21  term factors like potential voter
22  dilution or dilution of votes, an
23  individual vote's power?
24  A.    Yes.  My understanding as a
25  redistricting expert of the way that

472

| | | |
|---|---|---|
| 07:17:49 | 1 | the Supreme Court decision wrote about |
| 07:17:52 | 2 | vote dilution is that they were |
| 07:17:55 | 3 | referring to, in part, partisan |
| 07:17:57 | 4 | dilution. |
| 07:17:58 | 5 | Q.      Okay. |
| 07:17:59 | 6 |         And for you, when you talk |
| 07:18:04 | 7 | about the partisan balance, is another |
| 07:18:06 | 8 | factor to consider potential |
| 07:18:13 | 9 | disenfranchisement of groups of voters |
| 07:18:13 | 10 | generally? |
| 07:18:20 | 11 | A.      Absolutely. |
| 07:18:21 | 12 | Q.      Now, we --- I think --- I |
| 07:18:22 | 13 | forget who asked you.  Somebody |
| 07:18:23 | 14 | started talking to you and asking you |
| 07:18:25 | 15 | questions, and one of your responses |
| 07:18:28 | 16 | about the tilting of the typical way |
| 07:18:31 | 17 | that maps have been drawn in |
| 07:18:33 | 18 | Pennsylvania, and I'm conflating now |
| 07:18:37 | 19 | all this testimony, tilted towards |
| 07:18:39 | 20 | Republicans.  Do you remember that or |
| 07:18:41 | 21 | it had typically tilted towards |
| 07:18:43 | 22 | Republicans? |
| 07:18:44 | 23 | A.      Yeah.  One --- it's probably |
| 07:18:48 | 24 | right.  One reflection of that is I |
| 07:18:51 | 25 | reported these ensemble mean |

473

| | |
|---|---|
| 07:18:52 | 1 |
| 07:18:55 | 2 |
| 07:18:57 | 3 |
| 07:18:59 | 4 |
| 07:19:01 | 5 |

1  statistics, which indicate that if you

2  draw blindly, much of the time, but

3  not all of the time, you'll get a map

4  with a heavy Republican structural

5  tilt.

6  Q.      So if we look at, for example,

7  starting in 2011, the Democratic

8  registration advantage was 1.1 million

9  votes.  And we had the lopsided result

10 either 15 to 3 or 13 to 5, like I

11 can't remember, but a more lopsided

12 result than we have currently.  Do you

13 --- is there anything you attribute

14 that result to?

15 A.      The relationship between

16 registration and the seats in the

17 delegations?

18 Q.      The fact that the Democrats had

19 more than 1,000,000 voters registered

20 but had such a lower partisan

21 representation in Congress and from

22 the state?

23 A.      I regard Congressional and

24 other districting plans as ways of

25 converting vote preferences into

474

| | |
|---|---|
| 07:19:54 | 1 |
| 07:19:55 | 2 |
| 07:19:56 | 3 |
| 07:19:58 | 4 |
| 07:20:01 | 5 |
| 07:20:01 | 6 |
| 07:20:02 | 7 |
| 07:20:04 | 8 |
| 07:20:07 | 9 |
| 07:20:09 | 10 |
| 07:20:13 | 11 |
| 07:20:15 | 12 |
| 07:20:16 | 13 |
| 07:20:19 | 14 |
| 07:20:21 | 15 |
| 07:20:24 | 16 |
| 07:20:26 | 17 |
| 07:20:27 | 18 |
| 07:20:33 | 19 |
| 07:20:33 | 20 |
| 07:20:34 | 21 |
| 07:20:37 | 22 |
| 07:20:39 | 23 |
| 07:20:41 | 24 |
| 07:20:43 | 25 |

representational outcomes.  So it's a
property of the map, which I think is
what you're getting at.

Q.      I was wondering.  Okay.  So in
2018, ---

A.      Right.

Q.      --- after the new map was put
into place, the Democratic advantage
had dropped to 840,000 votes by way of
registration.  And the result was a
nine to nine, an even split in the
delegation at that time.

        Is that accurate?

A.      Well, let me --- I can't say
about the registration numbers, but I
believe you.  But I will say that
Pennsylvania does have --- I think
it's an under appreciated fact about
Pennsylvania that there's quite a bit
of split ticket voting, in fact.  I've
analyzed this in the past and so have
others in the room.  And so I'm not
sure because I haven't analyzed how
well registration numbers track with
voting patterns.  But I will agree

475

07:20:45   1    with you that they're often a useful
07:20:48   2    indicator.
07:20:49   3    Q.      And certainly, were you in the
07:20:51   4    room when we discussed the 2016
07:20:52   5    election where the federal candidates
07:20:58   6    garnered more votes than the
07:20:58   7    state-wide Democractic candidates?
07:20:59   8    A.      Yeah.  Not only that, and I'll
07:21:01   9    be brief and say this in one sentence.
07:21:03   10   That even if you compare the Senate to
07:21:03   11   the Presidential race that year,
07:21:03   12   there's just a fascinatingly high
07:21:08   13   number of ticket splitters, even
07:21:08   14   though the top line results are
07:21:10   15   identical.
07:21:10   16   Q.      So given that, now, because I
07:21:14   17   was up late last night, I'm was on the
07:21:17   18   department's website, and the voter
07:21:19   19   registration advantage as of Monday
07:21:21   20   was 591,000 Democrats more registered
07:21:25   21   Democrats than Republicans.  We also
07:21:28   22   now will not have 18 seats, we'll have
07:21:31   23   17 seats.  So as a result of that, and
07:21:35   24   based not only your big six, but also
07:21:37   25   the other factors we talked about, can

476

07:21:40  1   you give us an idea of what, in your

07:21:44  2   opinion, would seem to be a reasonable

07:21:46  3   or fair result for the partisan

07:21:49  4   breakdown of the Congressional

07:21:51  5   representatives?

07:21:52  6   A.        It's a great question.  And the

07:21:54  7   answer is that you can't do such a

07:21:55  8   thing.  You can't take those numbers

07:21:57  9   and kind of project them forward to

07:22:04  10  like idealized representation because

07:22:04  11  it depends so much on the spatiality.

07:22:05  12  But I think that's what comes out in

07:22:08  13  these various reports and I think what

07:22:11  14  we've seen is that it's possible to

07:22:12  15  draw a fair plan by the likes of many

07:22:15  16  quantitative approaches.

07:22:17  17  Q.        So is it fair to say that

07:22:19  18  regardless of what the difference is

07:22:23  19  between voter registration, whether

07:22:25  20  it's 1,000,000 votes for one party, or

07:22:27  21  900,000, or 800,000, that where you

07:22:31  22  draw the lines around those 1,000,000

07:22:34  23  or however many people, plays a

07:22:41  24  substantial role in determining of

07:22:42  25  what the outcome of the election will

477

| | | |
|---|---|---|
| 07:22:44 | 1 | be in those individual districts? |
| 07:22:46 | 2 | A.      Absolutely fundamental role. |
| 07:22:50 | 3 | ATTORNEY SENOFF: |
| 07:22:50 | 4 | Thank you, Doctor.  I |
| 07:22:51 | 5 | don't have any further questions. |
| 07:22:52 | 6 | Thank you, Your Honor. |
| 07:22:52 | 7 | JUDGE MCCULLOUGH: |
| 07:22:53 | 8 | Okay.  Thank you, |
| 07:22:53 | 9 | Counsel. |
| 07:22:54 | 10 | And then Senator Costa's |
| 07:22:54 | 11 | Counsel, Mr. Attisano? |
| 07:22:54 | 12 | --- |
| 07:22:54 | 13 | CROSS EXAMINATION |
| 07:23:31 | 14 | --- |
| 07:23:31 | 15 | BY ATTORNEY ATTISANO: |
| 07:23:35 | 16 | Q.      Hi, Professor.  My name is |
| 07:23:35 | 17 | Marco Attisano and I represent Senate |
| 07:23:38 | 18 | Democratic Caucus. |
| 07:23:38 | 19 | A.      Hi. |
| 07:23:39 | 20 | Q.      You recognize that photo up |
| 07:23:41 | 21 | there, the document, excuse me, that's |
| 07:23:45 | 22 | page 11 from your first report. |
| 07:23:47 | 23 | Correct? |
| 07:23:48 | 24 | A.      Yes. |
| 07:23:48 | 25 | Q.      Okay. |

478

| | | |
|---|---|---|
| 07:23:49 | 1 | Now, you answered some questions about |
| 07:23:51 | 2 | it earlier today? |
| 07:23:51 | 3 | Right? |
| 07:23:53 | 4 | A.    Yes. |
| 07:23:54 | 5 | Q.    And I have a clarifying |
| 07:23:56 | 6 | question.  When you have the word |
| 07:23:59 | 7 | citizen plan there, are you referring |
| 07:24:01 | 8 | to the map that was drawn by former |
| 07:24:05 | 9 | Republican County Commissioner Amanda |
| 07:24:08 | 10 | Holt or are you referring to a --- |
| 07:24:08 | 11 | A.    No. |
| 07:24:10 | 12 | Q.    --- a different plan? |
| 07:24:10 | 13 | A.    The Holt derived map is |
| 07:24:14 | 14 | HB-2146. |
| 07:24:14 | 15 | Q.    Okay. |
| 07:24:15 | 16 | A.    Citizens plan --- and I |
| 07:24:16 | 17 | apologize that so many maps have |
| 07:24:19 | 18 | similar names.  But this is the name |
| 07:24:22 | 19 | given to the draw the lines |
| 07:24:22 | 20 | submission, --- |
| 07:24:22 | 21 | Q.    Okay. |
| 07:24:29 | 22 | A.    --- which was derived from a |
| 07:24:29 | 23 | mapping competition. |
| 07:24:29 | 24 | Q.    Thank you for clarifying that. |
| 07:24:33 | 25 | Allegheny County has to be |

479

| | | |
|---|---|---|
| 07:24:38 | 1 | split. |
| 07:24:38 | 2 | Correct? |
| 07:24:39 | 3 | A.   Yes.   It's one of three. |
| 07:24:40 | 4 | Q.   Okay. |
| 07:24:40 | 5 | And some people asked you about |
| 07:24:41 | 6 | splitting Pittsburgh? |
| 07:24:42 | 7 | Correct? |
| 07:24:43 | 8 | A.   Yes. |
| 07:24:43 | 9 | Q.   And whenever splits are to be |
| 07:24:46 | 10 | made, it's appropriate and beneficial |
| 07:24:50 | 11 | even to consider communities of |
| 07:24:52 | 12 | interest when making splits. |
| 07:24:54 | 13 | Correct? |
| 07:24:54 | 14 | A.   I think it's very important. |
| 07:24:55 | 15 | Q.   Yes.   And you've looked at the |
| 07:24:59 | 16 | 2018 map. |
| 07:25:00 | 17 | Correct? |
| 07:25:01 | 18 | A.   I have. |
| 07:25:01 | 19 | Q.   And do you know off the top of |
| 07:25:05 | 20 | your head how many splits of |
| 07:25:06 | 21 | municipalities were made in Allegheny |
| 07:25:09 | 22 | County in 2018 map? |
| 07:25:13 | 23 | A.   I certainly don't have that |
| 07:25:16 | 24 | number memorized. |
| 07:25:17 | 25 | Q.   At one time --- so you don't |

480

| 07:25:17 | 1 | remember. |
| 07:25:17 | 2 | Right? |
| 07:25:17 | 3 | A.    Right. |
| 07:25:18 | 4 | Q.    If I showed you the 2018 map |
| 07:25:20 | 5 | and pointed at some things on it, you |
| 07:25:20 | 6 | think you might remember? |
| 07:25:23 | 7 | A.    Well, we'd have to see the |
| 07:25:24 | 8 | county subdivisions on the map.  But |
| 07:25:28 | 9 | if you had such a plan, we could |
| 07:25:29 | 10 | count.  But I'm also prepared to |
| 07:25:29 | 11 | believe you. |
| 07:25:37 | 12 | Q.    Do you have any reason to doubt |
| 07:25:37 | 13 | there's two municipal splits in |
| 07:25:39 | 14 | Allegheny County in the 2018 plan? |
| 07:25:40 | 15 | A.    I have no first principles |
| 07:25:41 | 16 | reason to doubt that. |
| 07:25:42 | 17 | Q.    Any reason to doubt the splits |
| 07:25:44 | 18 | are South Fayette and Penn Hills? |
| 07:25:54 | 19 | A.    I'm willing to believe that. |
| 07:25:54 | 20 | Q.    Is there any redistricting |
| 07:25:57 | 21 | principle you're aware of that should |
| 07:25:59 | 22 | influence splits of municipalities |
| 07:26:01 | 23 | based on the size of municipalities? |
| 07:26:05 | 24 | A.    Can I just try to rephrase |
| 07:26:09 | 25 | that? |

481

| | | |
|---|---|---|
| 07:26:09 | 1 | Q.      Yes. |
| 07:26:10 | 2 | A.      Are you asking if the size |
| 07:26:11 | 3 | influence is whether we should split a |
| 07:26:14 | 4 | municipality? |
| 07:26:14 | 5 | Q.      Yes.  Can you answer that? |
| 07:26:15 | 6 | A.      There's no traditional |
| 07:26:16 | 7 | preference in that regard that I'm |
| 07:26:18 | 8 | aware of. |
| 07:26:18 | 9 | Q.      Would considering the affect |
| 07:26:22 | 10 | --- let me rephrase that.  Would vote |
| 07:26:27 | 11 | dilution be a consideration when |
| 07:26:28 | 12 | determining whether or not to split a |
| 07:26:30 | 13 | municipality if you must split a |
| 07:26:33 | 14 | municipality within a county split? |
| 07:26:36 | 15 | A.      If you must split a |
| 07:26:37 | 16 | municipality, you should certainly |
| 07:26:39 | 17 | think about the prospects for vote |
| 07:26:50 | 18 | dissolution when you do so. |
| 07:27:05 | 19 | Q.      I'm on page four of your reply |
| 07:27:08 | 20 | report. |
| 07:27:08 | 21 | A.      Yes. |
| 07:27:08 | 22 | Q.      And there's a top Section 4.2 |
| 07:27:10 | 23 | and it has a table on there and then |
| 07:27:14 | 24 | underneath, there's 4.3 and it has |
| 07:27:19 | 25 | another table with color coding on it. |

482

| | | |
|---|---|---|
| 07:27:21 | 1 | Correct? |
| 07:27:22 | 2 | A.      Yes. |
| 07:27:22 | 3 | Q.      And earlier we saw a nice graph |
| 07:27:24 | 4 | with four quadrants in it? |
| 07:27:26 | 5 | A.      Yes. |
| 07:27:27 | 6 | Q.      Do either of those data sets |
| 07:27:29 | 7 | correlate to that graph? |
| 07:27:31 | 8 | A.      They do, thank you.  This |
| 07:27:32 | 9 | table is exactly what's illustrated in |
| 07:27:36 | 10 | those kind of paint ball graphs. |
| 07:27:38 | 11 | Q.      Okay. |
| 07:27:38 | 12 | A.      It's the same data. |
| 07:27:38 | 13 | Q.      So the data in this report is |
| 07:27:41 | 14 | in those graphs.  It's just |
| 07:27:43 | 15 | represented by different visual. |
| 07:27:45 | 16 | Is that fair? |
| 07:27:46 | 17 | A.      Yes, except that the visuals |
| 07:27:55 | 18 | are only there for 3 of the 13 plans. |
| 07:27:55 | 19 | Q.      Okay. |
| 07:27:56 | 20 | A.      But it's the same data. |
| 07:28:00 | 21 | Q.      Okay. |
| 07:28:03 | 22 | The upper left hand quadrant of |
| 07:28:06 | 23 | the graph, tell me about that |
| 07:28:07 | 24 | quadrant? |
| 07:28:08 | 25 | A.      Yes, I will try to do so.  So |

483

| | | |
|---|---|---|
| 07:28:09 | 1 | that, since we're doing it from the |
| 07:28:10 | 2 | Republican point of view, that would |
| 07:28:12 | 3 | be where you have more Democratic |
| 07:28:15 | 4 | votes, but more Republican seats in |
| 07:28:19 | 5 | the upper left where the X is. Thank |
| 07:28:20 | 6 | you.  The visual helps. |
| 07:28:20 | 7 | Q.     Okay. |
| 07:28:20 | 8 | And that quadrant graph I'm |
| 07:28:21 | 9 | referring to is on page 14 of your |
| 07:28:23 | 10 | first report.  And when there's a red |
| 07:28:28 | 11 | X in there, that's representing your |
| 07:28:31 | 12 | interpretation that something failed |
| 07:28:32 | 13 | this test? |
| 07:28:32 | 14 | A.     Yes.  Those quadrants, |
| 07:28:38 | 15 | especially when you get deep into |
| 07:28:38 | 16 | those quadrants, represent |
| 07:28:54 | 17 | anti-majoritarian outcomes. |
| 07:28:54 | 18 | Q.     Okay. |
| 07:28:55 | 19 | And now, back to your reply |
| 07:28:58 | 20 | brief in section 4.2, which maps |
| 07:29:06 | 21 | failed those quadrants if you can |
| 07:29:06 | 22 | remember? |
| 07:29:09 | 23 | A.     Well, so let me try to answer |
| 07:29:10 | 24 | that as well as I can and as |
| 07:29:11 | 25 | succinctly.  When you're very close to |

484

| | |
|---|---|
| 07:29:12 | 1 |
| 07:29:15 | 2 |
| 07:29:19 | 3 |
| 07:29:21 | 4 |
| 07:29:21 | 5 |
| 07:29:22 | 6 |
| 07:29:25 | 7 |
| 07:29:27 | 8 |
| 07:29:29 | 9 |
| 07:29:33 | 10 |

1    a 50/50 election, then it might be

2    reasonable if you have a .5001 to have

3    an odd number of seats, you know, one

4    more or one less.

5    Q.        Uh-huh (yes).

6    A.        So I think the more meaningful

7    failures are when you have a less

8    close election and still have a

9    majoritarian, anti-majoritarian

10    outcome.

11            Now, I believe we've seen

12    tables from other experts, perhaps

13    from Doctor Rodden if I remember

14    right, where those were color coded as

15    well.  And I remember from that table,

16    which I have no reason to disbelieve,

17    there were two --- in that data set of

18    collections, two anti-majoritarian

19    outcomes in the Governor's plan

20    favoring Democrats and two favoring

21    Republicans.  I believe that's what we

22    saw.  We could check if we want to be

23    sure.

24    Q.        And with respect to table

25    three, you agree that the Senate

485

| | | |
|---|---|---|
| 07:30:09 | 1 | Democratic Caucus plan, all of the |
| 07:30:11 | 2 | highlights there are red on this |
| 07:30:13 | 3 | metric. |
| 07:30:14 | 4 | Correct? |
| 07:30:16 | 5 | A.     The Senate Democratic Caucus |
| 07:30:22 | 6 | plan? |
| 07:30:25 | 7 | Q.     Yes, plan number one. |
| 07:30:26 | 8 | A.     Oh, yes. Yes, I see. |
| 07:30:26 | 9 | Q.     And if --- is that showing |
| 07:30:27 | 10 | Democratic advantage or Republican |
| 07:30:29 | 11 | advantage? |
| 07:30:29 | 12 | A.     That's showing Republican |
| 07:30:31 | 13 | advantage. |
| 07:30:31 | 14 | Q.     Okay. |
| 07:30:36 | 15 | And with respect to HB-2146, |
| 07:30:39 | 16 | that's the darkest red in each one. |
| 07:30:41 | 17 | Does that represent that that is |
| 07:30:43 | 18 | showing the most Republican advantage? |
| 07:30:45 | 19 | A.     Yes. It's showing a strong |
| 07:30:47 | 20 | Republican advantage. |
| 07:30:47 | 21 | Q.     Okay. |
| 07:30:47 | 22 | And when ---? |
| 07:30:49 | 23 | A.     But again, --- |
| 07:30:50 | 24 | Q.     Yes. |
| 07:30:50 | 25 | A.     --- by the likes of these |

486

| | | |
|---|---|---|
| 07:30:52 | 1 | metrics. |
| 07:30:52 | 2 | Q.      Okay. |
| 07:30:54 | 3 | And it's possible to have a map |
| 07:30:59 | 4 | drawn randomly through an algorithm |
| 07:31:05 | 5 | and then select one of the maps that |
| 07:31:07 | 6 | is produced.  That's possible? |
| 07:31:09 | 7 | Right? |
| 07:31:09 | 8 | A.      Yes, and people have done so, |
| 07:31:09 | 9 | picked maps out of an algorithmic |
| 07:31:10 | 10 | output to consider for adoption. |
| 07:31:18 | 11 | Q.      So even if somebody doesn't |
| 07:31:20 | 12 | draw a map intentionally for certain |
| 07:31:22 | 13 | outcomes, if they select a map, it |
| 07:31:26 | 14 | communicates certain trade-offs |
| 07:31:28 | 15 | between different factors we've been |
| 07:31:29 | 16 | discussing today. |
| 07:31:30 | 17 | Is that correct? |
| 07:31:31 | 18 | A.      Yes.  There are trade-offs |
| 07:31:33 | 19 | reflected in all of the maps. |
| 07:31:34 | 20 | Q.      And the sixth traditional |
| 07:31:46 | 21 | redistricting factors, we make |
| 07:31:47 | 22 | trade-offs between them when |
| 07:31:48 | 23 | determining how far in one direction |
| 07:31:49 | 24 | we're going to go for one of those |
| 07:31:53 | 25 | factors and how far in one direction |

487

| | | |
|---|---|---|
| 07:31:53 | 1 | we're going to go for another factor. |
| 07:31:53 | 2 | Correct? |
| 07:31:54 | 3 | A.    We inevitably make trade-offs, |
| 07:31:57 | 4 | yes. |
| 07:31:57 | 5 | Q.    And the same trade-offs are |
| 07:31:58 | 6 | made when optimizing a map for |
| 07:32:01 | 7 | partisanship while still attempting to |
| 07:32:03 | 8 | maintain a reasonableness related to |
| 07:32:06 | 9 | the sixth traditional redistricting |
| 07:32:09 | 10 | factors. |
| 07:32:09 | 11 | Correct? |
| 07:32:10 | 12 | A.    It's certainly true that you |
| 07:32:15 | 13 | could optimize a map for partisanship |
| 07:32:15 | 14 | where what I think you mean by that is |
| 07:32:16 | 15 | to get the most possible seats for one |
| 07:32:18 | 16 | party or the other. |
| 07:32:18 | 17 | Right? |
| 07:32:18 | 18 | Q.    Correct.  Even while facially |
| 07:32:21 | 19 | presenting reasonable redistricting |
| 07:32:25 | 20 | principles that we've discussed? |
| 07:32:26 | 21 | A.    Sure.  You could search through |
| 07:32:28 | 22 | a large collection of alternatives for |
| 07:32:30 | 23 | something that had most of whatever |
| 07:32:33 | 24 | you're looking for. |
| 07:32:34 | 25 | ATTORNEY GORDON: |

488

| | | |
|---|---|---|
| 07:32:35 | 1 | Okay. Thank you. No |
| 07:32:36 | 2 | further questions. |
| 07:32:36 | 3 | <u>JUDGE MCCULLOUGH:</u> |
| 07:32:37 | 4 | All right. Thank you, |
| 07:32:37 | 5 | Counsel. |
| 07:32:38 | 6 | And we will turn now to |
| 07:32:41 | 7 | Counsel for Governor, Mr. Wiygul, if |
| 07:32:45 | 8 | you have redirect, I assume. Okay. |
| 07:33:01 | 9 | <u>ATTORNEY WIYGUL:</u> |
| 07:33:01 | 10 | Thank you, Your Honor. |
| 07:33:01 | 11 | - - - |
| 07:33:01 | 12 | REDIRECT EXAMINATION |
| 07:33:03 | 13 | - - - |
| 07:33:03 | 14 | <u>BY ATTORNEY WIYGUL:</u> |
| 07:33:03 | 15 | Q. Hello again, Professor Duchin. |
| 07:33:04 | 16 | I know it's been a long day and I |
| 07:33:05 | 17 | appreciate your time. Your work has |
| 07:33:08 | 18 | already garnered a lot of interest, as |
| 07:33:11 | 19 | you can see. I just want to address a |
| 07:33:13 | 20 | few discreet points that were made |
| 07:33:15 | 21 | during the Cross Examination. You may |
| 07:33:17 | 22 | remember that Counsel for the Gressman |
| 07:33:19 | 23 | Petitioners had a number of very |
| 07:33:20 | 24 | energetic questions for your about |
| 07:33:21 | 25 | particular data points that you had |

489

| | | |
|---|---|---|
| 07:33:23 | 1 | calculated in your tables. Do you |
| 07:33:25 | 2 | recall that? |
| 07:33:26 | 3 | A.    I do. |
| 07:33:26 | 4 | Q.    And Counsel pointed out that |
| 07:33:30 | 5 | with respect to certain specific data |
| 07:33:31 | 6 | points, you concluded that those data |
| 07:33:33 | 7 | points showed that the Gressman plan |
| 07:33:37 | 8 | performed well. |
| 07:33:37 | 9 | Correct? |
| 07:33:38 | 10 | A.    Yes. |
| 07:33:38 | 11 | Q.    Okay. |
| 07:33:38 | 12 | Now, have you overlooked any of |
| 07:33:40 | 13 | that when you did your report? |
| 07:33:43 | 14 | A.    No, I didn't. I tried very |
| 07:33:45 | 15 | hard in the report to just, like I |
| 07:33:47 | 16 | said, call balls and strikes and to |
| 07:33:47 | 17 | explain the reasoning that I was using |
| 07:33:54 | 18 | for making certain distinctions, for |
| 07:33:57 | 19 | looking at zones in some places, for |
| 07:33:58 | 20 | looking at small differences in other |
| 07:33:59 | 21 | places. I tried to give principle |
| 07:34:01 | 22 | reasons for that. What I wasn't able |
| 07:34:03 | 23 | to say before is that I think the |
| 07:34:05 | 24 | Gressman plan is an excellent plan. I |
| 07:34:07 | 25 | think it performs really well if all |

490

07:34:10     1    of these measurable ways, but that if

07:34:14     2    you need to take the field and narrow

07:34:17     3    it in some of the specific ways I

07:34:19     4    described, that it doesn't end up in

07:34:23     5    those tiers.

07:34:24     6    Q.      Not to quote the highlander,

07:34:27     7    but where in a situation where there

07:34:27     8    can only be one at the end of the day.

07:34:27     9          Right?

07:34:31    10    A.      Well, or as in some states,

07:34:32    11    there can be many over the course of

07:34:33    12    ten years, but that's right.  I think

07:34:35    13    our goal is to select for now one map.

07:34:37    14    Q.      But you're not saying

07:34:39    15    everything else is terrible?

07:34:40    16    A.      I'm expressly not.  I think is

07:34:42    17    the last sentence; that I think the

07:34:45    18    Governor's plan is an excellent

07:34:48    19    choice, but not the only reasonable

07:34:49    20    choice.

07:34:50    21    Q.      Similarly, I want to ask you

07:34:52    22    about some questions that Counsel for

07:34:57    23    Congressman Reschenthaler asked you.

07:34:57    24    There was a focus on the scores, and

07:34:58    25    maybe we can call this up, in table

491

| | | |
|---|---|---|
| 07:34:59 | 1 | one of your rebuttal report.  And |
| 07:35:00 | 2 | there were ten scores and I think came |
| 07:35:03 | 3 | out that you said --- would it be |
| 07:35:05 | 4 | easier to just --- yes, thank you. |
| 07:35:08 | 5 | Ten scores.  And I think, you know, |
| 07:35:12 | 6 | you agreed with each other at the end |
| 07:35:14 | 7 | that six of them went to the |
| 07:35:16 | 8 | Reschenthaler plan and four of them |
| 07:35:18 | 9 | went to the Governor. |
| 07:35:19 | 10 | Correct? |
| 07:35:19 | 11 | A.     Yes. |
| 07:35:20 | 12 | Q.     Okay. |
| 07:35:20 | 13 | Had you overlooked that when |
| 07:35:22 | 14 | you formulated the conclusions in your |
| 07:35:24 | 15 | rebuttal report? |
| 07:35:25 | 16 | A.     No, that's fully accounted for |
| 07:35:26 | 17 | in what I hope is fairly clearly --- I |
| 07:35:31 | 18 | hope clearly presented reasoning. |
| 07:35:31 | 19 | Q.     And one of the things that |
| 07:35:33 | 20 | Counsel for Congressman Reschenthaler |
| 07:35:36 | 21 | was asking you about was about splits |
| 07:35:38 | 22 | and municipal splits.  Do you remember |
| 07:35:40 | 23 | that?  And I think that was one where |
| 07:35:42 | 24 | you conceded that the Reschenthaler |
| 07:35:42 | 25 | plan was a bit better than the |

492

| | |
|---|---|
| 07:35:44 | 1 |

Governor plan just on that metric.

        Correct?

A.      Yes.  If you are singularly

focused on splits, the Reschenthaler 1

and 2 plans have fewest.

Q.      But when we need to formulate

an overall conclusion or analysis, do

we also need to look not just on

whether one is better in a bimodal

sense, but what the margin between

them is?

A.      Yeah.  We should look at

margins and we should think about

trade-offs.

Q.      And how would you generally

characterize the margins between the

various plans at issue here on say

county splits?

A.      Well, my view wasn't as that in

a 17 district plan, if you're

splitting fewer than 17 counties, you

are giving high regard to that

traditional principal.

Q.      And just for a reference point,

how many --- let's talk about

493

07:36:32   1   municipal splits, because we know, I

07:36:34   2   think we all know how many counties

07:36:36   3   there are in Pennsylvania.

07:36:37   4   A.      Sixty-seven (67).

07:36:39   5   Q.      Correct.  How many --- and I

07:36:39   6   know this may depend on the specific

07:36:41   7   list, but how many municipalities?

07:36:43   8   A.      It really does depends on how

07:36:45   9   you count, but around 2,500.

07:36:46   10   Q.      So when the numbers in your

07:36:48   11   cart, we should be comparing to a

07:36:50   12   number around 2,500?

07:36:51   13   A.      Yes.  And so it's remarkable

07:36:53   14   that these split so few of these over

07:36:56   15   2,000 political subdivisions.

07:37:00   16   Q.      I want to ask you about a few

07:37:03   17   questions that Counsel for the House

07:37:04   18   Republicans posed to you.  There was a

07:37:06   19   question, I think it was a

07:37:08   20   hypothetical, along the lines of

07:37:10   21   asking do you think it would be okay

07:37:12   22   to ignore traditional redistricting

07:37:14   23   criteria to get the fairness, and I

07:37:16   24   think your answer was no.

07:37:18   25           Correct?

494

| | | |
|---|---|---|
| 07:37:18 | 1 | A.        Yes. |
| 07:37:18 | 2 | Q.        Is that what is going on with |
| 07:37:20 | 3 | the Governor's plan or any of the |
| 07:37:22 | 4 | other plans that you assessed as high |
| 07:37:26 | 5 | performing in your rebuttal report? |
| 07:37:27 | 6 | A.        I don't think any of these can |
| 07:37:30 | 7 | be said to ignore the traditional |
| 07:37:33 | 8 | principles, but they do make |
| 07:37:33 | 9 | trade-offs and some manage those |
| 07:37:36 | 10 | trade-offs somewhat more effectively |
| 07:37:37 | 11 | than others. |
| 07:37:37 | 12 | Q.        Counsel also asked you about |
| 07:37:42 | 13 | the methodology that you employed, and |
| 07:37:43 | 14 | I think with specific respect to the |
| 07:37:43 | 15 | ensemble analysis.  And you said the |
| 07:37:46 | 16 | algorithm isn't in the report.  To |
| 07:37:48 | 17 | your knowledge, do any of the reports |
| 07:37:49 | 18 | contain the algorithms used by the |
| 07:37:51 | 19 | analyst? |
| 07:37:52 | 20 | A.        You know, from long ago, I have |
| 07:37:54 | 21 | seen expert reports with pseudo-code, |
| 07:37:56 | 22 | but I take that not to be a standard |
| 07:37:59 | 23 | thing to include in your report. |
| 07:38:01 | 24 | Q.        Now, do you --- how familiar |
| 07:38:03 | 25 | --- let me put it this way.  How |

495

| | | |
|---|---|---|
| 07:38:05 | 1 | familiar are you with the algorithm |
| 07:38:08 | 2 | that you used? |
| 07:38:09 | 3 | A.     I would be so delighted to be |
| 07:38:11 | 4 | asked in great detail about the |
| 07:38:16 | 5 | workings of these algorithms.  It's |
| 07:38:17 | 6 | something that you can read about in |
| 07:38:19 | 7 | my published work.  All of the code is |
| 07:38:21 | 8 | open source and available on Get HUB. |
| 07:38:26 | 9 | This is in contract to earlier |
| 07:38:26 | 10 | generations of redistricting |
| 07:38:29 | 11 | algorithms that were only turned over |
| 07:38:29 | 12 | in the discovery process, and so were |
| 07:38:31 | 13 | hard to audit.  Our work is out there |
| 07:38:32 | 14 | in the public domain and I'm very |
| 07:38:35 | 15 | proud of it. |
| 07:38:35 | 16 | Q.     And it's the methodology |
| 07:38:40 | 17 | developed, and peer---tested, and |
| 07:38:42 | 18 | reviewed in that domain that you |
| 07:38:42 | 19 | employ here. |
| 07:38:42 | 20 |        Is that correct? |
| 07:38:42 | 21 | A.     Yes.  And as I said, the graph |
| 07:38:46 | 22 | algorithm that underlies it, it is the |
| 07:38:47 | 23 | one that Doctor Barber's drawing on as |
| 07:38:51 | 24 | well. |
| 07:38:51 | 25 | Q.     And is it always the case --- |

496

07:38:53  1    well, let me ask you, were you
07:38:55  2    involved in the development of that
07:38:57  3    algorithm personally?
07:38:59  4    A.      Yes.
07:38:59  5    Q.      Okay.
07:38:59  6            And is that true for all of the
07:39:01  7    experts that work in this field when
07:39:04  8    they compute their scores and they do
07:39:06  9    ensemble analyses, are they always ---
07:39:08  10   are they designing the algorithm?  Are
07:39:09  11   they part of the creation of the
07:39:10  12   algorithm themselves or do they
07:39:11  13   sometimes just, you know, go to a
07:39:13  14   website, or pluck something off the
07:39:15  15   shelf that someone else has done?
07:39:19  16   A.      No.  I don't think it's the
07:39:20  17   case that the experts are always
07:39:22  18   involved in the creation of or even
07:39:24  19   especially knowledgeable about the
07:39:27  20   algorithms.
07:39:28  21   Q.      And is that something that you
07:39:30  22   would urge the Court or others
07:39:30  23   evaluating expert work to take into
07:39:33  24   account when assessing different
07:39:34  25   expert reports?

497

| | | |
|---|---|---|
| 07:39:35 | 1 | A.        I would hope it lends |
| 07:39:37 | 2 | additional credibility to my work. |
| 07:39:39 | 3 | Let me put it that way.  That I have |
| 07:39:44 | 4 | put years of thought into not only |
| 07:39:47 | 5 | algorithms that sample effectively, |
| 07:39:50 | 6 | but how to use them responsibly. |
| 07:39:55 | 7 | Q.        And how about the data, the |
| 07:39:55 | 8 | electoral data that you used in your |
| 07:39:57 | 9 | report?  Is that something that you |
| 07:39:58 | 10 | got from a website?  Is it something |
| 07:40:01 | 11 | that you or your team quality checked |
| 07:40:03 | 12 | yourselves or something in the middle? |
| 07:40:05 | 13 | A.        We spent actually I think it's |
| 07:40:08 | 14 | fair to say years preparing the |
| 07:40:10 | 15 | Pennsylvania data, which is quite hard |
| 07:40:13 | 16 | to collect, align, and curate.  And |
| 07:40:19 | 17 | whenever we used external sources, we |
| 07:40:23 | 18 | have quite rigorous quality assurance |
| 07:40:25 | 19 | checks.  We use our own proration and |
| 07:40:27 | 20 | segregation tools.  So I'm very |
| 07:40:30 | 21 | confident that our handling of the |
| 07:40:32 | 22 | electoral data is as good as possible |
| 07:40:35 | 23 | under the difficult conditions in |
| 07:40:38 | 24 | Pennsylvania. |
| 07:40:39 | 25 | Q.        Can we put up Figure 8, page 19 |

498

| | |
|---|---|
| 07:40:43 | 1 |
| 07:40:43 | 2 |
| 07:40:48 | 3 |
| 07:40:49 | 4 |
| 07:40:52 | 5 |
| 07:40:53 | 6 |
| 07:40:55 | 7 |
| 07:40:57 | 8 |
| 07:41:01 | 9 |
| 07:41:03 | 10 |
| 07:41:07 | 11 |
| 07:41:10 | 12 |
| 07:41:15 | 13 |
| 07:41:16 | 14 |
| 07:41:17 | 15 |
| 07:41:17 | 16 |
| 07:41:21 | 17 |
| 07:41:23 | 18 |
| 07:41:24 | 19 |
| 07:41:26 | 20 |
| 07:41:32 | 21 |
| 07:41:36 | 22 |
| 07:41:39 | 23 |
| 07:41:41 | 24 |
| 07:41:41 | 25 |

1  of Professor Duchin's, I think it's
2  her rebuttal report. Yes. No, I'm
3  sorry. It's your opening report there
4  it is. We've seen this before and I
5  just, I want to go back to a set of
6  questions that was posed to you by
7  Counsel for the House Republicans.
8  Particular, maybe we could zoom in on
9  --- I would like to show the 0.00
10  line. And can you just remind us what
11  does that represent, 0.00?
12  A.     So these metrics all have
13  different stories behind them,
14  different accounts of how they measure
15  fairness. But what they purport to
16  do, and I've chosen four that I think
17  are interesting and applicable for
18  this particular case at hand. What
19  they purport to do is measure kind of
20  evenhandedness. And so zero should
21  not be thought as like a Democratic,
22  you know, nirvana. On the contrary.
23  Zero is a point of balance and
24  fairness.
25  Q.     And you described how you can

499

| | |
|---|---|
| 07:41:43 | 1 |
| 07:41:46 | 2 |
| 07:41:47 | 3 |
| 07:41:48 | 4 |
| 07:41:49 | 5 |
| 07:41:50 | 6 |
| 07:41:51 | 7 |
| 07:41:53 | 8 |
| 07:41:56 | 9 |
| 07:41:59 | 10 |
| 07:42:01 | 11 |
| 07:42:06 | 12 |
| 07:42:07 | 13 |
| 07:42:08 | 14 |
| 07:42:10 | 15 |
| 07:42:13 | 16 |
| 07:42:16 | 17 |
| 07:42:21 | 18 |
| 07:42:24 | 19 |
| 07:42:26 | 20 |
| 07:42:31 | 21 |
| 07:42:34 | 22 |
| 07:42:39 | 23 |
| 07:42:43 | 24 |
| 07:42:43 | 25 |

get to zero or close to zero with a
map in Pennsylvania without
sacrificing the traditional
redistricting criteria.

         Correct?
A.       That's correct.  And it's
something in my published work I've
sometimes called elasticity.  Some
states have vote patterns like in
Massachusetts.  They're just more
rigid, and by following the rules,
it's just hard to make certain
outcomes appear.  In Pennsylvania, by
contrast, shows enough elasticity that
you can get to partisan fairness while
still upholding the traditional
principles to an excellent degree.
Q.       Now, would it be possible to go
further and, you know, still upholding
the traditional principles among the
100,000 maps, find ones that start to
tilt away from level and towards a
structural advantage for Democrats?
A.       Absolutely.  I think it's clear
from the information here that the

500

| | | |
|---|---|---|
| 07:42:43 | 1 | Governor's plan, and frankly all of |
| 07:42:45 | 2 | these plans, leave Democratic |
| 07:42:46 | 3 | opportunity on the table.  These are |
| 07:42:48 | 4 | not Democratic maximization plans. |
| 07:42:49 | 5 | And in particular, I think that's |
| 07:42:50 | 6 | clear when you look part at the |
| 07:42:55 | 7 | partisan metrics where the shading is |
| 07:42:57 | 8 | meant to illustrate the intensity of |
| 07:42:59 | 9 | the lean.  You're not seeing blues |
| 07:43:00 | 10 | across the board.  And in the |
| 07:43:01 | 11 | Governor's plan, you're really seeing |
| 07:43:04 | 12 | numbers close to zero. |
| 07:43:05 | 13 | Q.     And so do I understand |
| 07:43:06 | 14 | correctly from your earlier testimony |
| 07:43:08 | 15 | that when we get away from zero, as |
| 07:43:11 | 16 | we get away from zero in either |
| 07:43:12 | 17 | direction, we get into a situation |
| 07:43:13 | 18 | where we're not adhering to your close |
| 07:43:17 | 19 | votes, close seats principle? |
| 07:43:19 | 20 | A.     Yes.  And, you know, that |
| 07:43:21 | 21 | brings another point to mind that I |
| 07:43:24 | 22 | think is worth briefly --- since we're |
| 07:43:26 | 23 | all tired, briefly clarifying.  So in |
| 07:43:27 | 24 | some cases, people have talked about |
| 07:43:28 | 25 | the range of results and there's even |

501

| | |
|---|---|
| 07:43:31 | 1 | been some implicit criticism implying |
| 07:43:33 | 2 | that a larger range is worse.  And I'd |
| 07:43:36 | 3 | just like to point out that in some |
| 07:43:38 | 4 | cases, that's really backwards. |
| 07:43:41 | 5 | Namely that you may call a map more |
| 07:43:44 | 6 | responsive exactly when it does |
| 07:43:47 | 7 | exhibit a larger range of outcomes. |
| 07:43:49 | 8 | And responsiveness is a word that I |
| 07:43:50 | 9 | think we all agree we're seeking. |
| 07:43:52 | 10 | So if you are always getting |
| 07:43:53 | 11 | the same seats outcome no matter how |
| 07:43:58 | 12 | people vote, you're not responsive to |
| 07:43:58 | 13 | the electorate.  And so seeing |
| 07:44:00 | 14 | sumability for the outcome to vary |
| 07:44:00 | 15 | many would say is quite a positive |
| 07:44:05 | 16 | attribute of a plan. |
| 07:44:05 | 17 | Q.      And when we're talking about |
| 07:44:07 | 18 | responsiveness is term you used, could |
| 07:44:10 | 19 | you sort of flush that out a little |
| 07:44:12 | 20 | bit?  What does that mean in the |
| 07:44:13 | 21 | context of, you know, someone else, I |
| 07:44:15 | 22 | think Doctor Barber's report referred |
| 07:44:16 | 23 | to dynamism in elections over time. |
| 07:44:16 | 24 | What does that mean with respect to |
| 07:44:23 | 25 | changing preferences among the |

502

| | | |
|---|---|---|
| 07:44:24 | 1 | majority of the electorate overtime? |
| 07:44:27 | 2 | A.    As the sea level of voter |
| 07:44:29 | 3 | preferences rises and falls, you'd |
| 07:44:30 | 4 | like the representation to reflect |
| 07:44:32 | 5 | that.  So you'd like the outcome to be |
| 07:44:34 | 6 | able to change along, to be literally |
| 07:44:38 | 7 | responsive in the sense of being |
| 07:44:40 | 8 | sensitive to the change in voter |
| 07:44:44 | 9 | preferences. |
| 07:44:44 | 10 | Q.    And the maps that get away from |
| 07:44:47 | 11 | the zero mark, they don't, they are |
| 07:44:50 | 12 | not as responsive. |
| 07:44:50 | 13 | Is that correct? |
| 07:44:51 | 14 | A.    It depends on the metric.  And |
| 07:44:53 | 15 | so that's not a, kind of capital |
| 07:44:56 | 16 | letters all the time statement.  But |
| 07:44:58 | 17 | when it comes to the plots that show |
| 07:45:00 | 18 | seats versus votes, it's generally |
| 07:45:02 | 19 | considered a healthy sign for a map if |
| 07:45:06 | 20 | you see some variation in the sea |
| 07:45:10 | 21 | level outcome. |
| 07:45:10 | 22 | Q.    Is that one of the reasons why |
| 07:45:12 | 23 | you think it's important to look at |
| 07:45:14 | 24 | individual elections over time? |
| 07:45:14 | 25 | A.    Oh, absolutely.  That's another |

503

```
07:45:19    1    reason why averaging really hides
07:45:20    2    something important.  If you only look
07:45:22    3    at the aggregate, you're not seeing
07:45:23    4    the level of variability.  Now, I
07:45:27    5    think reasonable people can disagree
07:45:30    6    on exactly how much, we've called this
07:45:31    7    a winners bonus.  It's the exact same
07:45:33    8    thing that's been referred to as a
07:45:33    9    winners bonus.  Exactly how much of a
07:45:36   10    swing you'd like in your map,
07:45:39   11    reasonable people can disagree.  But I
07:45:41   12    would strongly dispute that simply
07:45:43   13    seeing a bigger range is a negative.
07:45:45   14    Q.     So since you had I think five
07:45:50   15    or six other attorneys asking you
07:45:50   16    questions, I just want to give you an
07:45:51   17    opportunity was there anything that
07:45:56   18    was posed to you where you didn't have
07:45:56   19    a chance to give the answer that you'd
07:45:56   20    like to and you'd like to elaborate
07:45:56   21    here?
07:45:59   22    A.     I think we've thoroughly
07:46:00   23    covered the terrain.
07:46:01   24    Q.     I'm glad you agree.  Thank you
07:46:01   25    very much.
```

504

| | | |
|---|---|---|
| 07:46:01 | 1 | ATTORNEY WIYGUL: |
| 07:46:01 | 2 | Thank you, Your Honor. |
| 07:46:05 | 3 | JUDGE MCCULLOUGH: |
| 07:46:05 | 4 | Thank you.  All right. |
| 07:46:06 | 5 | We're going to take a recess again and |
| 07:46:08 | 6 | reconvene at 5:50.  And we will do one |
| 07:46:17 | 7 | --- we will have examination of one |
| 07:46:17 | 8 | more expert witness this evening. |
| 07:46:19 | 9 | That would be Republican Legislature's |
| 07:46:22 | 10 | Representative Cutler's group, I think |
| 07:46:24 | 11 | is next.  But we will take a recess |
| 07:46:26 | 12 | now and reconvene at 5:50. |
| 07:46:31 | 13 | COURT CRIER HOLLAND: |
| 07:46:33 | 14 | Commonwealth Court is |
| 07:46:33 | 15 | now in recess. |
| 07:46:33 | 16 | --- |
| 07:46:33 | 17 | (WHEREUPON, A BRIEF RECESS WAS TAKEN.) |
| 08:15:06 | 18 | --- |
| 08:15:06 | 19 | COURT CRIER HOLLAND: |
| 08:15:06 | 20 | All rise. Commonwealth |
| | 21 | Court will now resume.  Please be |
| | 22 | seated. |
| | 23 | JUDGE MCCULLOUGH: |
| | 24 | Okay.  Thank you. |
| | 25 | I hope you at least got |

505

```
           1    a comfort break.  And we'll get you
           2    out of here tonight.  I promise you
           3    don't have to sleep here unless
           4    something I don't know about.
           5                   Okay.
           6                   So we're going to do
08:15:17   7    this next witness.  We're going to
08:15:18   8    have Direct and Cross on the
08:15:24   9    Republican Legislature Representative
08:15:24  10    Cutler, et. al group.  So Counsel,
08:15:28  11    who's --- okay, you're handling this
08:15:34  12    and then ---.
08:15:34  13                   ATTORNEY MORGAN:
08:15:35  14                   Thank you, Your Honor.
08:15:35  15    House Republican Intervenors call
08:15:46  16    Doctor Michael Barber.  And I have
08:15:46  17    hard copies of both of his reports if
08:15:47  18    Your Honor would like them.
08:15:47  19                   JUDGE MCCULLOUGH:
08:15:47  20                   That's okay.  I have ---
08:15:47  21                   ATTORNEY MORGAN:
08:15:47  22                   Okay.
08:15:47  23                   JUDGE MCCULLOUGH:
08:15:47  24                   --- they're all over
08:16:02  25    here.
```

506

COURT CRIER TURNER:

Please raise your right hand.

- - -

DOCTOR MICHAEL BARBER, CALLED AS A WITNESS IN THE FOLLOWING PROCEEDINGS, HAVING FIRST BEEN DULY SWORN, TESTIFIED AND SAID AS FOLLOWS:

- - -

DIRECT EXAMINATION

- - -

BY ATTORNEY MORGAN:

Q.      Good evening, Doctor Barber.

A.      Hello.

Q.      I want to start talking a little bit about the concept of political geography.  What does it mean when we talk about the political geography of a state?

A.      Typically when we talk about political geography, we're making reference to the spatial distribution of voters.  So where do voters live throughout a state or some, you know, geographic location that we're

507

| | | |
|---|---|---|
| 08:16:31 | 1 | interested in studying, and how that |
| 08:16:32 | 2 | distribution might refer or be related |
| 08:16:39 | 3 | to the partisan tendances and |
| 08:16:43 | 4 | preferences of those voters. |
| 08:16:43 | 5 | Q.     And can the political geography |
| 08:16:44 | 6 | of a state have an impact on the |
| 08:16:46 | 7 | partisan outcomes of elections? |
| 08:16:46 | 8 | A.     Yes, they can. |
| 08:16:48 | 9 | Q.     How so? |
| 08:16:49 | 10 | A.     Well, it's especially the case |
| 08:16:51 | 11 | when we divide whatever location or |
| 08:16:57 | 12 | place we're talking about into |
| 08:16:59 | 13 | geographic districts.  In this case, |
| 08:17:01 | 14 | we're talking about single member |
| 08:17:03 | 15 | districts.  And so as you draw these |
| 08:17:05 | 16 | boundaries, it can really matter where |
| 08:17:10 | 17 | people live s and how those partisan |
| 08:17:11 | 18 | preferences are related to where they |
| 08:17:13 | 19 | live when those boundaries are imposed |
| 08:17:15 | 20 | onto the map that you're looking at. |
| 08:17:17 | 21 | Q.     And have you examined |
| 08:17:18 | 22 | specifically the political geography |
| 08:17:19 | 23 | of Pennsylvania? |
| 08:17:20 | 24 | A.     Yes. |
| 08:17:21 | 25 | Q.     Doctor Barber, I want to refer |

508

| 08:17:24 | 1 | you to page eight of your report and |
| 08:17:26 | 2 | specifically figure one. |
| 08:17:36 | 3 | A.    Okay. |
| 08:17:37 | 4 | Q.    And what does this figure |
| 08:17:38 | 5 | reflect? |
| 08:17:39 | 6 | A.    So this figure is simply a map |
| 08:17:43 | 7 | of the Commonwealth.  And the colors |
| 08:17:47 | 8 | on the map represent the general |
| 08:17:48 | 9 | tendency of voters to support either |
| 08:17:48 | 10 | Democratic candidates or Republican |
| 08:17:48 | 11 | candidates. |
| 08:17:55 | 12 | And so you can see that the |
| 08:17:56 | 13 | partisan practices of voters in |
| 08:17:58 | 14 | Pennsylvania are not evenly |
| 08:18:00 | 15 | distributed --- distributed, excuse |
| 08:18:02 | 16 | me.  You have really two areas in |
| 08:18:06 | 17 | which there's intense Democratic |
| 08:18:09 | 18 | support, and that's in the |
| 08:18:10 | 19 | Philadelphia area and in the |
| 08:18:11 | 20 | Pittsburgh area.  You have other parts |
| 08:18:13 | 21 | of the state in which there are also |
| 08:18:16 | 22 | pockets of strong Democrat support in |
| 08:18:20 | 23 | the smaller and medium sized cities of |
| 08:18:23 | 24 | the state.  But once you get into the |
| 08:18:25 | 25 | suburban area and the rural areas of |

509

| | | |
|---|---|---|
| 08:18:30 | 1 | the state, you tend to see strong |
| 08:18:31 | 2 | support for Republican candidates and |
| 08:18:31 | 3 | that's reflected by the large spots of |
| 08:18:33 | 4 | red throughout the state. |
| 08:18:41 | 5 | Q.      And does this impact the |
| 08:18:42 | 6 | Democratic party from being able to |
| 08:18:42 | 7 | translate their votes into seats? |
| 08:18:44 | 8 | A.      It certainly has an impact, |
| 08:18:46 | 9 | yes. |
| 08:18:46 | 10 | Q.      And how does it have an impact? |
| 08:18:49 | 11 | A.      Well, it the way that it has an |
| 08:18:51 | 12 | impact, and we've heard others testify |
| 08:18:52 | 13 | to this as well, is that because we |
| 08:18:55 | 14 | use single member districts in drawing |
| 08:19:00 | 15 | in Congressional elections, and we |
| 08:19:02 | 16 | have these non-partisan registering |
| 08:19:05 | 17 | criteria as to how those districts |
| 08:19:08 | 18 | should be drawn, when those rules are |
| 08:19:11 | 19 | followed or when those boundaries are |
| 08:19:13 | 20 | drawn using those criteria, what you |
| 08:19:16 | 21 | end up with is you end up with some |
| 08:19:18 | 22 | districts, especially in as I said the |
| 08:19:20 | 23 | Philadelphia and Pittsburgh area that |
| 08:19:21 | 24 | are going to have extremely high |
| 08:19:24 | 25 | support for Democratic candidates.  So |

510

08:19:27    1    if you draw boundaries that have equal
08:19:28    2    population, that are contiguous and
08:19:31    3    compact, that don't extend out beyond
08:19:34    4    county boundaries, you're going to get
08:19:36    5    districts that have really, really
08:19:38    6    large majorities, in some cases
08:19:40    7    approaching, you know, 80, 90 percent
08:19:44    8    support for Democratic candidates.
08:19:46    9    Q.      And can this disadvantage we'll
08:19:49    10    call it, can it be overcome?
08:19:49    11    A.      Well, yes.  You could certainly
08:19:49    12    overcome it if you ignored some of
08:19:54    13    those criteria and drew districts that
08:19:55    14    kind of started in the center of the
08:20:02    15    city and then moved outwards into the
08:20:04    16    suburban and rural parts of the state.
08:20:07    17    It can be overcome by electing members
08:20:08    18    of Congress using an alternative
08:20:11    19    system, not using single member
08:20:11    20    districts as well.  But yes, there are
08:20:13    21    obviously ways that you could account
08:20:16    22    for this or adjust for this.
08:20:17    23    Q.      And is one of those ways that
08:20:19    24    you have to specifically account for
08:20:21    25    this and consider that affect when

511

08:20:24   1   you're drawing District lines?

08:20:26   2   A.      Well, you --- I mean, anyone

08:20:28   3   who draws District boundaries is going

08:20:30   4   to have to confront this, you know,

08:20:33   5   confront the geography of the state.

08:20:36   6   That's certainly the case no matter,

08:20:37   7   you know, who's drawing boundaries.

08:20:39   8   Q.      In your opinion, is it

08:20:40   9   appropriate to draw lines to correct

08:20:42   10   for the spatial position of voters in

08:20:46   11   the State that may result in them

08:20:50   12   obtaining less seats then their

08:20:53   13   statewide vote chair?

08:20:55   14   A.      Well, I think that that's

08:20:55   15   misguided --- a misguided approach for

08:20:56   16   two reasons.  One is we don't have any

08:20:58   17   assurances or guarantees that that

08:21:00   18   distribution will maintain over the

08:21:03   19   next decade.  And so, you know, we

08:21:05   20   might be addressing kind of fighting

08:21:06   21   the last war.  We might be addressing

08:21:06   22   a problem today that the problem might

08:21:09   23   look very different a few years from

08:21:11   24   now or, you know, may not look the

08:21:14   25   same as it was a few years ago.

512

| | | |
|---|---|---|
| 08:21:16 | 1 | Beyond that it, you know, will |
| 08:21:18 | 2 | often require the trading off some of |
| 08:21:21 | 3 | these other criteria that we've |
| 08:21:24 | 4 | discussed as the kind of typical or |
| 08:21:26 | 5 | traditional criteria of redistricting. |
| 08:21:30 | 6 | Q.     Okay. |
| 08:21:30 | 7 | Doctor Barber shifting gears a |
| 08:21:32 | 8 | little bit.  Did you conduct a |
| 08:21:34 | 9 | simulated districting analysis for |
| 08:21:36 | 10 | Pennsylvania's Congressional map? |
| 08:21:37 | 11 | A.     I did, yes. |
| 08:21:38 | 12 | Q.     And do you describe that |
| 08:21:40 | 13 | methodology in your report? |
| 08:21:41 | 14 | A.     I do, yes. |
| 08:21:42 | 15 | Q.     And as I understand, you did |
| 08:21:45 | 16 | not develop the algorithm that you |
| 08:21:47 | 17 | used for this methodology. |
| 08:21:48 | 18 | Is that correct? |
| 08:21:49 | 19 | A.     That's correct.  The algorithm |
| 08:21:51 | 20 | was developed by a professor of |
| 08:21:53 | 21 | political science at Harvard |
| 08:21:54 | 22 | University. |
| 08:21:55 | 23 | Q.     And do you have to have |
| 08:21:56 | 24 | developed the algorithm to understand |
| 08:21:59 | 25 | how to use it? |

513

| | | |
|---|---|---|
| 08:21:59 | 1 | A.      No. |
| 08:22:04 | 2 | Q.      Do you explain your methodology |
| 08:22:05 | 3 | in your report? |
| 08:22:05 | 4 | A.      Yes. |
| 08:22:07 | 5 | Q.      Now, Doctor Duchin likewise |
| 08:22:10 | 6 | created a, what she calls an ensemble |
| 08:22:12 | 7 | of maps. |
| 08:22:13 | 8 |         Is that right? |
| 08:22:14 | 9 | A.      That's correct. |
| 08:22:14 | 10 | Q.      Okay. |
| 08:22:15 | 11 |         And does she provide any detail |
| 08:22:18 | 12 | in her report about how she went about |
| 08:22:20 | 13 | creating that ensemble of maps? |
| 08:22:23 | 14 | A.      No. |
| 08:22:23 | 15 | Q.      And how does that impact your |
| 08:22:25 | 16 | ability to verify the veracity of the |
| 08:22:28 | 17 | ensemble of maps that she draws? |
| 08:22:31 | 18 | A.      I really can't assess it one |
| 08:22:34 | 19 | way or the other. |
| 08:22:34 | 20 | Q.      Well, back to your simulated |
| 08:22:37 | 21 | maps, Doctor Barber.  Can you briefly |
| 08:22:40 | 22 | describe how you created your computer |
| 08:22:42 | 23 | simulated plans? |
| 08:22:43 | 24 | A.      Sure.  So there's a number of |
| 08:22:48 | 25 | parameters that are given to the |

514

08:22:50  1   computer before you ask it to draw
08:22:52  2   these districts.  They are the typical
08:22:55  3   redistricting criteria.  So equal
08:23:00  4   population, continuity, compactness,
08:23:04  5   minimal division of political sub
08:23:05  6   units.  Those are the criteria that go
08:23:07  7   into the algorithm.  And then the
08:23:09  8   algorithm uses those criteria as well
08:23:12  9   as the distribution of voters
08:23:14  10  throughout the state to draw a number
08:23:15  11  of different maps that meet those
08:23:19  12  criteria.  And then at the end of
08:23:21  13  that, you're left with a large sample
08:23:24  14  of maps for the state.
08:23:26  15  Q.      So you use just traditional
08:23:28  16  redistricting criteria?
08:23:32  17  A.      That's correct, yes.
08:23:33  18  Q.      Did you use any partisan data
08:23:36  19  in creating the simulated maps?
08:23:38  20  A.      No.  The simulations are
08:23:39  21  entirely unaware of partisan, anything
08:23:40  22  about partisanship.
08:23:41  23  Q.      So is it fair to say they are
08:23:43  24  partisan blind?
08:23:44  25  A.      Yes.

515

08:23:44  1    Q.      Did you use any racial data in

08:23:46  2    creating your simulated maps?

08:23:48  3    A.      So in the main stimulation that

08:23:50  4    I present, the model is also unaware

08:23:53  5    of any race, racial data.  Later in

08:23:59  6    the report, I present a second set of

08:24:00  7    simulations that do contain

08:24:03  8    information on the race of voters.

08:24:05  9    And that's so that I can instruct the

08:24:07  10   model to generate plans that meet a

08:24:09  11   certain number of districts that have

08:24:10  12   a certain threshold of minority

08:24:12  13   population.

08:24:12  14   Q.      And why did you do that second

08:24:14  15   simulation, Doctor Barber?

08:24:16  16   A.      The reason for that is that

08:24:18  17   lots of the proposals or the plans

08:24:21  18   that we've been seeing discussed the

08:24:24  19   number of districts that meet certain

08:24:26  20   thresholds of minority population.

08:24:29  21   And so one reasonable question is to

08:24:33  22   wonder well, if you impose that

08:24:35  23   criteria, if you instruct or if you

08:24:36  24   have that constraint, would that cause

08:24:39  25   there to be possibly a shift in the

516

08:24:41    1    way a neutrally drawn map would look.
08:24:49    2    And so, that second set of simulations
08:24:50    3    allows us to evaluate that.
08:24:50    4    Q.      What is the advantages of a
08:24:50    5    simulation analysis as compared to
08:24:52    6    some of the other partisan metrics
08:24:54    7    we've heard about today?
08:24:58    8    A.      So the main benefit of using
08:24:59    9    this approach, and I should say this
08:25:01   10    approach has been used widely in the
08:25:05   11    redistricting litigation, is that it
08:25:08   12    allows for a comparison of a proposed
08:25:10   13    map to a set of alternatives maps that
08:25:13   14    we know with certainty the criteria
08:25:16   15    that are used to draw those
08:25:17   16    alternative maps.  So that's one
08:25:19   17    really big advantage.  It allows for a
08:25:21   18    comparison to what I would call like a
08:25:24   19    control group.
08:25:25   20          So when you run an experiment,
08:25:27   21    you want to compare to some sort of
08:25:29   22    control that you kind of know the
08:25:33   23    criteria used in generating that
08:25:34   24    control.  The other advantage is that
08:25:36   25    it allows for an apples to apples

517

08:25:41   1    comparison because both the proposed

08:25:44   2    map and the set of simulated maps,

08:25:46   3    they all have to account for the

08:25:48   4    geography of the state.  And so,

08:25:50   5    you'll often see arguments about well,

08:25:52   6    this, you know, the geographic

08:25:53   7    distribution of voters might have the

08:25:55   8    following impact.  The simulations

08:26:01   9    allow you to take compare to a set of

08:26:03   10   maps that also take into account or to

08:26:04   11   have to deal with the geography of the

08:26:06   12   state.

08:26:06   13   Q.     Do the other are metrics we've

08:26:06   14   heard about today, efficiency gap,

08:26:06   15   mean median, do those take into

08:26:11   16   account the political geography of the

08:26:13   17   state?

08:26:14   18   A.     The way I would say it is that

08:26:16   19   they are subject to the political

08:26:22   20   geography of the state.  But they

08:26:23   21   don't allow you any --- the value that

08:26:25   22   you observe of say, you know, the

08:26:27   23   efficiency gap, or the median mean, or

08:26:31   24   any of those metrics, the value that

08:26:31   25   you observe, you can't really say

518

| | | |
|---|---|---|
| 08:26:32 | 1 | well, how does that value compare or |
| 08:26:34 | 2 | how much of that value is due to |
| 08:26:37 | 3 | geography as opposed to other factors |
| 08:26:39 | 4 | that may have contributed to how a map |
| 08:26:41 | 5 | was drawn. |
| 08:26:42 | 6 | Q.      Doctor Barber, to your |
| 08:26:44 | 7 | knowledge, did the Court and the |
| 08:26:46 | 8 | League of Women Voters case rely upon |
| 08:26:51 | 9 | similar simulation methodologies that |
| 08:26:52 | 10 | you are employing in this case? |
| 08:26:55 | 11 | A.      Yes, that's correct. |
| 08:26:56 | 12 | Q.      How many simulated maps or |
| 08:26:59 | 13 | plans did you generate? |
| 08:27:00 | 14 | A.      So I instructed the computer to |
| 08:27:02 | 15 | generate 50,000 maps and each map |
| 08:27:05 | 16 | contains 17 districts. |
| 08:27:06 | 17 | Q.      And are those 50,000 maps a |
| 08:27:09 | 18 | representative sample of all possible |
| 08:27:11 | 19 | redistricting in Pennsylvania? |
| 08:27:13 | 20 | A.      Yes. |
| 08:27:13 | 21 | Q.      Now, Doctor Barber, after you |
| 08:27:16 | 22 | completed your simulation analysis, |
| 08:27:18 | 23 | did you then analyze that the partisan |
| 08:27:20 | 24 | lien of the districts in the |
| 08:27:22 | 25 | simulations? |

519

| | | |
|---|---|---|
| 08:27:25 | 1 | A.        I did, yes. |
| 08:27:25 | 2 | Q.        And how did you go about doing |
| 08:27:27 | 3 | that? |
| 08:27:28 | 4 | A.        So I take the --- each district |
| 08:27:31 | 5 | in each of the simulated maps, in each |
| 08:27:34 | 6 | of the 50,000 maps, and I look at the |
| 08:27:38 | 7 | statewide votes, statewide elections |
| 08:27:40 | 8 | over the previous decade, so from 2012 |
| 08:27:43 | 9 | through 2020.  And I look at the |
| 08:27:45 | 10 | number of votes cast in those |
| 08:27:48 | 11 | districts in those elections for |
| 08:27:50 | 12 | Democrats and for Republicans, and |
| 08:27:52 | 13 | then simply look at the proportion of |
| 08:27:55 | 14 | those votes that were cast for |
| 08:27:59 | 15 | Democratic candidates. |
| 08:27:59 | 16 | Q.        And what elections did you use? |
| 08:28:00 | 17 | A.        So it's state-wide races from |
| 08:28:05 | 18 | 2012 through 2020.  So this would be |
| 08:28:08 | 19 | President, U.S. Senate, Governor, and |
| 08:28:10 | 20 | then those four I can't remember term |
| 08:28:13 | 21 | that Counsel used earlier, but I |
| 08:28:17 | 22 | believe it's auditor, Attorney |
| 08:28:22 | 23 | General, now they're escaping me. |
| 08:28:25 | 24 | Treasurer, and there's one I'm |
| 08:28:27 | 25 | forgetting, but it's in there. |

520

| | | |
|---|---|---|
| 08:28:27 | 1 | Q.        And did you do an average of |
| 08:28:29 | 2 | these elections? |
| 08:28:30 | 3 | A.        So I calculate the average of |
| 08:28:35 | 4 | the or the proportion I would say of |
| 08:28:37 | 5 | the votes cast for Democratic |
| 08:28:39 | 6 | candidates in those races and the |
| 08:28:44 | 7 | proportion of votes cast for |
| 08:28:45 | 8 | Republicans in those races, yes. |
| 08:28:45 | 9 | Q.        And is that a common |
| 08:28:46 | 10 | methodology used in your field? |
| 08:28:48 | 11 | A.        It's very common.  The reason |
| 08:28:50 | 12 | for that is so this is a subject of |
| 08:28:53 | 13 | criticism that was offered at my --- |
| 08:28:56 | 14 | of my approach.  But the criticism is |
| 08:28:58 | 15 | actually one of the advantages because |
| 08:28:59 | 16 | these races are, we're working of |
| 08:29:03 | 17 | these races as a proxy of how these |
| 08:29:07 | 18 | districts are going to perform.  We're |
| 08:29:08 | 19 | not --- none of these districts, we're |
| 08:29:10 | 20 | not going to elect an attorney general |
| 08:29:12 | 21 | in these districts or, you know, an |
| 08:29:14 | 22 | auditor, or something like that.  And |
| 08:29:15 | 23 | so these elections are subject to the |
| 08:29:17 | 24 | idiosyncrasies of the particular |
| 08:29:23 | 25 | offices, the particular, you know, |

521

08:29:24   1   elections that are being conducted,

08:29:25   2   the candidates, their characteristics,

08:29:26   3   those sorts of things.

08:29:27   4          And we don't want that.  We

08:29:28   5   want a picture of how the race is

08:29:30   6   going to perform on average.  And so

08:29:33   7   by taking more elections and putting

08:29:37   8   them together, we wash out the impact

08:29:38   9   of any one particular election, the

08:29:49   10   kind of idiosyncrasies of that

08:29:50   11   particular race.

08:29:50   12   Q.      Doctor Barber, before we get to

08:29:50   13   the partisan results of your

08:29:50   14   simulations, did you first examine how

08:29:52   15   HB-2146 complies with traditional

08:30:11   16   redistricting criteria?

08:30:12   17   A.      Yes.

08:30:12   18   Q.      Okay.

08:30:12   19          Can you please turn to page 16

08:30:12   20   of your report and specifically Table

08:30:12   21   1?

08:30:12   22   A.      Yes.

08:30:12   23   Q.      And can you explain what Table

08:30:13   24   1 shows?

08:30:13   25   A.      So Table 1 is simply a

522

| | | |
|---|---|---|
| 08:30:15 | 1 | comparison of HB-2146 and the results |
| 08:30:18 | 2 | of the simulations on boundary splits |
| 08:30:22 | 3 | and compactness.  And so each column |
| 08:30:26 | 4 | shows for each of those plans. |
| 08:30:27 | 5 | Q.     And how does HB-2146 compare to |
| 08:30:34 | 6 | the simulated plans on these criteria? |
| 08:30:37 | 7 | A.     So it's a little above the |
| 08:30:40 | 8 | median in terms of county split, but |
| 08:30:41 | 9 | within the range of the simulations. |
| 08:30:45 | 10 | In terms of the municipal splits, the |
| 08:30:47 | 11 | simulations are instructed not to |
| 08:30:49 | 12 | divide municipalities and the reason |
| 08:30:52 | 13 | for that is the simulations also allow |
| 08:30:54 | 14 | for one half of one percent population |
| 08:30:57 | 15 | bound, I suppose.  And so you can do |
| 08:31:01 | 16 | that without splitting any |
| 08:31:03 | 17 | municipalities.  And others have |
| 08:31:06 | 18 | offered a similar explanation that |
| 08:31:08 | 19 | what you see then is you have to, you |
| 08:31:10 | 20 | know, equal --- if you were to pick |
| 08:31:12 | 21 | any of those plans and say well, let's |
| 08:31:14 | 22 | run with this plan, you would have to |
| 08:31:16 | 23 | equalize population, and that would |
| 08:31:18 | 24 | then require the splitting of a few |
| 08:31:23 | 25 | municipalities.  And so the fact that |

523

08:31:24    1    you see 16 divisions in the plan and

08:31:26    2    you've got 17 districts, that suggests

08:31:28    3    that we're not splitting

08:31:32    4    municipalities because we're, you

08:31:34    5    know, in reality really kind of just

08:31:41    6    equalling out population through those

08:31:41    7    divisions.

08:31:41    8    Q.      And did you look at how HB-2146

08:31:44    9    compared on these metrics to the other

08:31:45    10   maps that were submitted to the Court?

08:31:47    11   A.      Yes.

08:31:47    12   Q.      Can you please turn to page

08:31:49    13   eight of your rebuttal report and

08:31:49    14   specifically Table 1 on that page?

08:32:02    15   A.      Yes.

08:32:02    16   Q.      And can you describe just

08:32:04    17   generally what this shows?

08:32:04    18   A.      Sure.  So this is a table that

08:32:05    19   looks like a lot of the tables that

08:32:06    20   we've been looking at today.  So

08:32:10    21   there's been a lot of discussion of

08:32:12    22   boundary splits, of measures of

08:32:15    23   compactness.  I'll just note that

08:32:18    24   there's two columns here that we

08:32:20    25   haven't seen as much of, and one is a

524

| | | |
|---|---|---|
| 08:32:21 | 1 | comparison of how the different plans |
| 08:32:23 | 2 | treat the City of Pittsburgh. And |
| 08:32:25 | 3 | then the final column looks at the |
| 08:32:27 | 4 | number of competitive districts that |
| 08:32:29 | 5 | are generated by each of the plans. |
| 08:32:31 | 6 | Q.      And why did you look at how the |
| 08:32:33 | 7 | plans treat the City of Pittsburgh? |
| 08:32:35 | 8 | A.      Well, I think Pittsburgh is an |
| 08:32:38 | 9 | interesting example because it's a |
| 08:32:39 | 10 | city that --- well, one, you know, |
| 08:32:40 | 11 | it's a very large city. It's the |
| 08:32:42 | 12 | second largest city in the state, but |
| 08:32:44 | 13 | it's not large enough that it needs to |
| 08:32:46 | 14 | be divided because of its population, |
| 08:32:49 | 15 | unlike Philadelphia. And so I think |
| 08:32:51 | 16 | that it's an area in which if a plan |
| 08:32:54 | 17 | does split the City, it calls for |
| 08:32:56 | 18 | additional inquiry as to why that |
| 08:32:59 | 19 | might be the case. And so I think |
| 08:33:01 | 20 | it's a value for us to look at that. |
| 08:33:05 | 21 | Q.      And why do you think it calls |
| 08:33:07 | 22 | for additional inquiry? |
| 08:33:12 | 23 | A.      Well, it stands out as an |
| 08:33:13 | 24 | example of a plan possibly violating |
| 08:33:17 | 25 | the neutral redistricting criteria. |

525

| | | |
|---|---|---|
| 08:33:20 | 1 | So it's, you know, it kind of, it |
| 08:33:25 | 2 | rises --- it raises your kind of |
| 08:33:29 | 3 | attention as to oh, well, what's going |
| 08:33:30 | 4 | on here.  And so we can then look at |
| 08:33:32 | 5 | the plans and see well, what is going |
| 08:33:33 | 6 | on?  Why is the City being divided? |
| 08:33:36 | 7 | Q.      Doctor Barber, can you turn to |
| 08:33:38 | 8 | page ten of your rebuttal report and |
| 08:33:40 | 9 | look at both figure two and table two |
| 08:33:42 | 10 | on that page please? |
| 08:33:44 | 11 | A.      Yes. |
| 08:33:44 | 12 | Q.      And can you explain what you |
| 08:33:48 | 13 | were showing here on page ten of your |
| 08:33:50 | 14 | rebuttal report? |
| 08:33:51 | 15 | A.      Sure.  So the top figure is |
| 08:33:55 | 16 | simply a map that's illustrative of |
| 08:34:00 | 17 | how many of the plans divides the |
| 08:34:00 | 18 | City.  So we could look at maps of all |
| 08:34:03 | 19 | the different plans, but this was |
| 08:34:06 | 20 | simply to illustrate what I mean by |
| 08:34:07 | 21 | how the City is divided.  The table |
| 08:34:10 | 22 | below then shows how the population of |
| 08:34:11 | 23 | the City is allocated across the two |
| 08:34:15 | 24 | districts that are inside of the City |
| 08:34:17 | 25 | of Pittsburgh, because it could be |

526

08:34:18    1    possible that a plan splits the City,

08:34:20    2    but it only splits, you know, it moves

08:34:22    3    like 10 or 15 voters out the City.

08:34:26    4        But that's generally not the

08:34:28    5    case.  As you look down, as plans

08:34:30    6    divide the City, it tends to be kind

08:34:32    7    of equal or, you know, pretty close to

08:34:36    8    equal.

08:34:38    9    Q.       And did you analyze what might

08:34:40   10    be the partisan impact of splitting

08:34:44   11    the City of Pittsburgh as opposed to

08:34:49   12    keeping it all in one congressional

08:34:51   13    district?

08:34:51   14    A.       Yes.  So if you recall the map

08:34:53   15    of the state that we looked at

08:34:54   16    earlier, you can see very easily that

08:34:56   17    Pittsburgh is extremely Democratic and

08:34:58   18    the areas around Pittsburgh, both

08:35:00   19    within Allegheny County, but also the

08:35:02   20    counties around Allegheny County, are

08:35:04   21    more Republican leaning.  And so one

08:35:07   22    thing that a redistricting --- one

08:35:11   23    thing that a person might do is to

08:35:12   24    say, well, if we made a District

08:35:14   25    that's all Pittsburgh and some of

527

08:35:17   1   suburbs around it, that District is

08:35:20   2   going to be extremely Democratic.  But

08:35:22   3   if we were to divide the City in half,

08:35:25   4   we could make two Democratic districts

08:35:27   5   that would be lean Democratic pretty

08:35:32   6   safe still, but not overwhelmingly

08:35:34   7   Democratic.

08:35:36   8   Q.      Okay.

08:35:37   9           Doctor Barber, now turning to

08:35:39   10  the partisan lean of HB-2146.  And

08:35:42   11  before we get there, first off, what

08:35:45   12  is meant by partisan lean?

08:35:46   13  A.      So when I say partisan lean, I

08:35:48   14  simply mean the results of that index

08:35:52   15  of statewide elections.

08:35:55   16  Q.      And did you examine the

08:35:55   17  partisan lean of specific districts in

08:36:00   18  HB ---- 2146?

08:36:00   19  A.      I produced the partisan lean of

08:36:02   20  all of the districts of HB-2146.

08:36:05   21  Q.      Can you actually turn back to

08:36:06   22  your original report now and

08:36:07   23  specifically on page 21 and look at

08:36:10   24  Figure 2?

08:36:11   25  A.      Yes.

528

08:36:11  1    Q.       And what were you showing here
08:36:11  2    in figure two, Doctor Barber?
08:36:11  3    A.       So figure two simply shows the
08:36:11  4    results of that calculation of the
08:36:11  5    partisan index.  And so the districts
08:36:29  6    are ordered from the most Republican
08:36:30  7    leaning at the bottom, all the way up
08:36:32  8    to the most Democratic leaning at the
08:36:34  9    top.  So the districts that ---
08:36:34  10   there's a vertical line placed at .5
08:36:36  11   for reference.  The districts that are
08:36:40  12   to the left of that line would be
08:36:42  13   Republican leaning and the districts
08:36:43  14   that are to the right of that line
08:36:45  15   would be Democratic leaning.  The
08:36:48  16   other thing that I'll note is there's
08:36:51  17   little bars, horizontal bars that
08:36:55  18   aren't coming across quite as well on
08:36:57  19   the projector, but around each of the
08:36:59  20   districts.
08:37:00  21            And those horizontal bars show
08:37:00  22   the full range of all of the elections
08:37:02  23   used in creating that index.  And so
08:37:05  24   it's incorrect to claim that I don't
08:37:08  25   show the full range of elections

529

| | | |
|---|---|---|
| 08:37:10 | 1 | because that's exactly what those bars |
| 08:37:12 | 2 | do. |
| 08:37:12 | 3 | Q.     And based upon those bars, is |
| 08:37:14 | 4 | any individual district in HB-2146 an |
| 08:37:18 | 5 | outlier when compared to the |
| 08:37:20 | 6 | simulations? |
| 08:37:23 | 7 | A.     When compared to the --- oh, |
| 08:37:24 | 8 | I'm sorry.  The bars are in reference |
| 08:37:26 | 9 | to the elections, not the simulations. |
| 08:37:30 | 10 | Q.     Well, in comparison of them, |
| 08:37:32 | 11 | are any of them an outlier or are they |
| 08:37:34 | 12 | all within the same range? |
| 08:37:36 | 13 | A.     Oh.  They're all within the |
| 08:37:38 | 14 | range of the simulations, yes. |
| 08:37:39 | 15 | Q.     Now, does figure two reflect |
| 08:37:42 | 16 | whether or not HB-2146 creates any |
| 08:37:46 | 17 | competitive districts? |
| 08:37:47 | 18 | A.     It does, yes.  So you can look |
| 08:37:48 | 19 | at the districts that are very close |
| 08:37:50 | 20 | to that .5 vertical line.  And so |
| 08:37:54 | 21 | those are districts that have, you |
| 08:37:56 | 22 | know, an index very close to |
| 08:37:58 | 23 | 50 percent.  Beyond that, you can see |
| 08:38:00 | 24 | that there are many districts where |
| 08:38:01 | 25 | that horizontal line crosses the |

530

08:38:06    1    dashed vertical line.  And so those

08:38:08    2    are districts in which both parties

08:38:11    3    have won majority of two party vote in

08:38:14    4    some of those races that are

08:38:18    5    considered.

08:38:18    6    Q.      And how do you define a

08:38:22    7    competitive district?

08:38:23    8    A.      So the first definition I use

08:38:24    9    in my report is if that horizontal

08:38:24   10    line crosses .5.  So have at least,

08:38:27   11    have both parties won a majority of

08:38:29   12    the vote in at least one of the

08:38:30   13    elections that I consider over that

08:38:33   14    2012 to 2020 period.  The second way

08:38:37   15    that I look at it is  how close is

08:38:39   16    each of that points to that .5 line.

08:38:42   17    And I define competitive as if it's

08:38:47   18    within two percentage points of

08:38:49   19    50 percent.

08:38:49   20    Q.      And Doctor Barber, did you

08:38:51   21    examine the other plans that were

08:38:52   22    submitted to the Court to determine if

08:38:54   23    they likewise created any competitive

08:38:56   24    districts under your definition?

08:38:57   25    A.      Yes, I did.

531

| | | |
|---|---|---|
| 08:38:58 | 1 | Q.      Can you please turn back to |
| 08:39:02 | 2 | page eight of your rebuttal report and |
| 08:39:06 | 3 | look back at Table 1? |
| 08:39:08 | 4 | A.      Yes. |
| 08:39:08 | 5 | Q.      And what does this reflect |
| 08:39:09 | 6 | about how the other plans do on |
| 08:39:11 | 7 | competitive districts? |
| 08:39:12 | 8 | A.      So that final column in the |
| 08:39:14 | 9 | table simply shows the number of |
| 08:39:16 | 10 | competitive districts in each of the |
| 08:39:18 | 11 | plans using that measure of whether |
| 08:39:20 | 12 | the index is within two points of |
| 08:39:24 | 13 | 50 percent. |
| 08:39:25 | 14 | Q.      Okay. |
| 08:39:29 | 15 | So we just sort of talked about |
| 08:39:30 | 16 | the partisan lean of HB, the districts |
| 08:39:33 | 17 | in HB-2146.  Did you also look at the |
| 08:39:35 | 18 | partisan lean of the 50,000 simulated |
| 08:39:38 | 19 | maps that you generated? |
| 08:39:40 | 20 | A.      Yes.  So in the exact same way |
| 08:39:41 | 21 | that I calculated the lean for these |
| 08:39:45 | 22 | districts in the proposed plans, I do |
| 08:39:47 | 23 | the same thing for the districts in |
| 08:39:49 | 24 | the simulations. |
| 08:39:50 | 25 | Q.      So it's an apples to apples |

532

| | | |
|---|---|---|
| 08:39:54 | 1 | simulation? |
| 08:39:54 | 2 | A.      That's correct. |
| 08:39:55 | 3 | Q.      Can you turn to page 23 of your |
| 08:39:57 | 4 | report and look at Figure 3? |
| 08:39:59 | 5 | A.      Yes. |
| 08:39:59 | 6 | Q.      And what does this figure show? |
| 08:40:02 | 7 | A.      So this figure reports the |
| 08:40:05 | 8 | results of that calculation.  So each |
| 08:40:08 | 9 | plan is going to have a different |
| 08:40:10 | 10 | number or could have a different |
| 08:40:12 | 11 | number of Democratic leaning |
| 08:40:14 | 12 | districts.  And so this simply reports |
| 08:40:15 | 13 | the distribution of those 50,000 plans |
| 08:40:18 | 14 | in terms of the number of Democratic |
| 08:40:20 | 15 | leaning districts that are generated |
| 08:40:22 | 16 | by the simulations. |
| 08:40:26 | 17 | Q.      And so based upon this, what |
| 08:40:27 | 18 | does figure three tell us about the |
| 08:40:29 | 19 | partisan fairness of HB-2146? |
| 08:40:32 | 20 | A.      Well, what it shows is that |
| 08:40:34 | 21 | it's well within the range of |
| 08:40:35 | 22 | districts that are drawn using only |
| 08:40:38 | 23 | the redistricting criteria that we |
| 08:40:40 | 24 | talked about earlier.  It's not the |
| 08:40:42 | 25 | most common outcome.  The most common |

533

| 08:40:44 | 1 | outcome is actually eight Democratic |
| 08:40:45 | 2 | leaning districts.  But there's, you |
| 08:40:51 | 3 | know, nearly a third of the results |
| 08:40:53 | 4 | generate nine Democratic leaning |
| 08:40:56 | 5 | districts, which is HB-2146 does as |
| 08:40:59 | 6 | well. |
| 08:40:59 | 7 | Q.     So if I understand this Doctor |
| 08:41:03 | 8 | Barber, then the HB-2146 has predicted |
| 08:41:04 | 9 | the result in nine Democratic leaning |
| 08:41:05 | 10 | seats, but the most common outcome in |
| 08:41:07 | 11 | your 50,000 unbiased maps is only |
| 08:41:10 | 12 | eight Democratic leaning seats? |
| 08:41:15 | 13 | A.     That's correct. |
| 08:41:15 | 14 | Q.     Now, did you also calculate |
| 08:41:18 | 15 | partisan leaning scores for the other |
| 08:41:20 | 16 | maps submitted to the Court? |
| 08:41:21 | 17 | A.     I did, yes. |
| 08:41:22 | 18 | Q.     Could you turn now back to your |
| 08:41:32 | 19 | rebuttal report again to page 15 and |
| 08:41:36 | 20 | please look at Table 3? |
| 08:41:37 | 21 | A.     Yes. |
| 08:41:37 | 22 | Q.     And could you describe what |
| 08:41:38 | 23 | you're reporting in Table 3? |
| 08:41:39 | 24 | A.     So Table 3 is simply reporting |
| 08:41:41 | 25 | on the same calculation for each of |

534

08:41:45   1    the proposed plans.  And we see that,

08:41:48   2    you know, there's a narrow range.

08:41:50   3    Some plans generating nine, some plans

08:41:53   4    generating ten, and one plan

08:41:55   5    generating 11 Democratic leaning

08:41:59   6    districts.

08:41:59   7    Q.      And I see that there, that the

08:42:01   8    House Democrats plan is predicted to

08:42:03   9    create 11 Democratic leaning

08:42:06   10   districts.  Is that an outlier?

08:42:09   11   A.      So there were no simulations

08:42:09   12   that yielded that result.  So yes,

08:42:09   13   that would be an outlier.

08:42:16   14   Q.      And which of the submitted

08:42:19   15   plans result in ten Democratic leaning

08:42:20   16   seats?

08:42:20   17   A.      Well, we you look down at the

08:42:22   18   table and we can see that, you know,

08:42:23   19   there's one, two, three, four, five,

08:42:31   20   six, seven, eight of them in that

08:42:34   21   table that general ten Democratic

08:42:34   22   leaning districts. I think it's eight.

08:42:35   23   Q.      Now, we've sort of been looking

08:42:38   24   at the plan as a whole and how many

08:42:39   25   total Democratic leaning and

535

08:42:39    1    Republican leaning seats are

08:42:44    2    generated. But did you also look how

08:42:47    3    each District in HB-2146 compares to

08:42:49    4    the specific districts in the

08:42:51    5    simulations?

08:42:52    6    A.    Yes. So one of the advantages

08:42:54    7    of the simulations is you can get this

08:42:56    8    very high level aggregate picture that

08:43:01    9    we've been discussing here. But you

08:43:01   10    could also go and look district by

08:43:03   11    district to see well, how does the

08:43:05   12    plan perform at a District level. And

08:43:07   13    that can often shed light on kind of

08:43:10   14    what's going on under the hood so to

08:43:12   15    speak.

08:43:13   16    Q.    Can you look at figure 4 on

08:43:15   17    page 26 of your report?

08:43:17   18    A.    Yes.

08:43:26   19    Q.    And can you describe what's

08:43:28   20    going on in this figure?

08:43:30   21    A.    Yes. So the figure is ordered

08:43:33   22    kind of moving from top to bottom by

08:43:37   23    the most Republican leaning district

08:43:37   24    in the simulations going down to the

08:43:44   25    most Democratic leaning district in

536

08:43:46  1    the simulations. And so what I do for

08:43:50  2    each of the 50,000 plans, I plot the

08:43:53  3    partisan index of each of the

08:43:55  4    districts from most Republican to most

08:43:57  5    Democratic. What that does is it

08:43:59  6    creates these kind of clouds you might

08:44:02  7    say of kind of a range of partisan

08:44:09  8    indices for each of the districts.

08:44:10  9    And so you can see that the plan, you

08:44:11  10   know, moving down the figure, each

08:44:15  11   district gets a little more Democratic

08:44:17  12   because that's, you know, that's the

08:44:18  13   way they've been ordered.

08:44:25  14          On top of that cloud of gray,

08:44:26  15   which is showing the simulations, the

08:44:26  16   black dots then plot the proposed

08:44:28  17   plan, the HB-2146 plan in terms of how

08:44:32  18   the most Republican to the most

08:44:34  19   Democratic district fits inside of

08:44:38  20   simulation results. And so what you

08:44:42  21   can see is if you look at that top

08:44:45  22   row, the most Republican leaning

08:44:50  23   district in the plan is more

08:44:51  24   Democratic than 64 percent of the most

08:44:55  25   Republican districts in the

537

08:44:57  1   simulations.  And so --- and that

08:45:02  2   makes sense because that black dot is

08:45:08  3   kind of in the middle of that cloud of

08:45:08  4   gray.  And you can go district by

08:45:12  5   district down and look at well, how

08:45:12  6   does each district align with the

08:45:14  7   district---specific results in the

08:45:16  8   simulations.

08:45:19  9   Q.      So now looking at this at a

08:45:22  10  district specific level, what does

08:45:24  11  this tell us about the partisan

08:45:24  12  fairness of HB-2146?

08:45:28  13  A.      So I think that it shows that

08:45:32  14  in terms of comparing to the

08:45:32  15  simulations, it, even at a district

08:45:37  16  level, fits squarely inside of the

08:45:38  17  range of simulations generated only

08:45:42  18  using the traditional redistricting

08:45:44  19  criteria.

08:45:45  20  Q.      Now, did you do a similar

08:45:47  21  district---specific analysis for each

08:45:48  22  one of the plans submitted to the

08:45:50  23  Court?

08:45:50  24  A.      I did, yes.

08:45:53  25  Q.      Can you please jump back now to

538

08:45:55   1    your rebuttal report to page 18 and

08:45:58   2    look at Figure 5?  And I think we see

08:46:05   3    sort of a similar graph to what we

08:46:08   4    were just looking at.  But can you

08:46:09   5    please describe again what we're

08:46:11   6    looking at here in figure five?

08:46:12   7    A.      Yes.  So this presents two of

08:46:16   8    those plans.  The remaining plan, the

08:46:20   9    remaining figures are in the appendix.

08:46:22   10   And so on the left, we have the

08:46:24   11   Governor's proposal and on the right

08:46:26   12   we have the Gressman proposal.  And as

08:46:29   13   I said, you can find the other ones at

08:46:29   14   the end of the report.  And so what

08:46:30   15   you can then, you can see again is a

08:46:33   16   comparison of how does the proposed,

08:46:34   17   these proposed plans perform in

08:46:37   18   relation to the simulations at a

08:46:43   19   district by district level.  I've

08:46:45   20   added these boxes to highlight the

08:46:47   21   four districts that are most

08:46:49   22   competitive because these are the

08:46:51   23   districts where a shift in the

08:46:54   24   partisanship of a District could

08:46:56   25   really make a difference in terms of

539

08:46:58  1   who wins or by, you know, by what type

08:47:00  2   of margin.  And so that box is simply

08:47:05  3   to highlight the middle part of the

08:47:07  4   results.

08:47:07  5   Q.      And what do you conclude by

08:47:10  6   looking at those four competitive

08:47:11  7   districts for both of these two maps?

08:47:14  8   A.      So what we see is that in both

08:47:17  9   cases, the proposed plans are at the

08:47:19  10  most Democratic leaning edge of the

08:47:23  11  simulations.  So looking at the left

08:47:28  12  at the Governor's proposal, we can

08:47:29  13  start with district one.  We can see

08:47:30  14  that that, in that district it is more

08:47:33  15  Democratic than 98 percent of the

08:47:36  16  simulated districts.  In District

08:47:38  17  eight, we see that it's more

08:47:40  18  Democratic than 99 percent of the

08:47:44  19  simulations.  In district seven, we

08:47:46  20  see that it's more Democratic than all

08:47:48  21  of or nearly all of the simulated

08:47:55  22  districts.  And then the same is true

08:47:56  23  for district six.

08:47:58  24          We can --- you know, and the

08:47:59  25  story is much the same looking at the

540

08:48:02  1    Gressman proposal.  It's even more of
08:48:04  2    an outlier.  It's more Democratic in
08:48:07  3    those competitive districts than all
08:48:11  4    but I think 17 of the 50,000 plans
08:48:13  5    generated.
08:48:16  6    Q.      And I think you just answered
08:48:17  7    this already, but does that mean these
08:48:19  8    particular districts are outliers?
08:48:22  9    A.      Yes.
08:48:23  10   Q.      And I think you said earlier
08:48:27  11   you did conduct this analysis for the
08:48:29  12   rest of the plans submitted to the
08:48:31  13   Court as well.
08:48:32  14           Correct?
08:48:33  15   A.      That's correct, yes.
08:48:34  16   Q.      Can you flip to the next page
08:48:35  17   and look at Table 4?
08:48:37  18   A.      Yes.
08:48:37  19   Q.      And can you describe for the
08:48:38  20   Court what is represented in Table 4?
08:48:42  21   A.      So Table 4 is simply a summary
08:48:47  22   of those four districts that we just
08:48:49  23   looked at for each of the plans.  And
08:48:51  24   so I simply report the percentile.  So
08:48:56  25   the relative position of each of the

541

08:48:57   1   districts across those plans.  So the

08:48:59   2   first line is HB-2146 and so you can

08:49:04   3   see in the seventh most Democratic

08:49:07   4   district, it's more Democratic than 17

08:49:07   5   percent of the plans.  In the eighth

08:49:07   6   most Democratic district, it's more

08:49:07   7   Democratic than 17 percent of the

08:49:13   8   plans.  In the ninth most Democratic

08:49:16   9   district, it's more Democratic than

08:49:18   10   49 percent.  And then finally, it's

08:49:20   11   more Democratic than 81 percent of the

08:49:24   12   simulated districts.  And so this

08:49:26   13   table simply summarizes the results of

08:49:28   14   that comparison for each of the plans

08:49:30   15   in that are being considered.

08:49:33   16   Q.     And looking at Table 4 on page

08:49:35   17   19, can you draw any conclusions about

08:49:39   18   at least in these four competitive

08:49:41   19   districts which plan appears to be the

08:49:44   20   least bias?

08:49:47   21   A.     Well, I think HB-2146 is that

08:49:49   22   plan.  Looking down the rows, you can

08:49:52   23   see that in many of the proposals,

08:49:54   24   they sit at the very edge of the

08:49:58   25   simulated results in terms of their

542

| | | |
|---|---|---|
| 08:50:02 | 1 | Democratic lean of those districts. |
| 08:50:06 | 2 | Q.      And for the other plans that |
| 08:50:07 | 3 | result in these competitive districts |
| 08:50:09 | 4 | with percentiles along the mid to |
| 08:50:11 | 5 | upper '90s, what are the odds that |
| 08:50:14 | 6 | that would occur simply from just |
| 08:50:18 | 7 | following traditional redistricting |
| 08:50:20 | 8 | principles? |
| 08:50:20 | 9 | A.      It's incredibly unlikely. |
| 08:50:22 | 10 | Q.      When you say incredibly |
| 08:50:24 | 11 | unlikely, can you quantify what you |
| 08:50:26 | 12 | think that might mean? |
| 08:50:27 | 13 | A.      I mean, you could do a very |
| 08:50:28 | 14 | formal mathematical approach, but you |
| 08:50:30 | 15 | know, it's one in a, less than one in |
| 08:50:35 | 16 | a million probability of that |
| 08:50:37 | 17 | occurring. |
| 08:50:37 | 18 | Q.      And given the political |
| 08:50:39 | 19 | geography of the state we talked |
| 08:50:41 | 20 | about, what is this telling you, |
| 08:50:43 | 21 | Doctor Barber? |
| 08:50:44 | 22 | A.      Well, that's the virtue of the |
| 08:50:46 | 23 | simulation methods is that they |
| 08:50:50 | 24 | account, they also account for the |
| 08:50:50 | 25 | political geography of the state.  And |

543

08:50:52  1    so what we see here is that we have a

08:50:54  2    lot of plans that are working to in

08:50:57  3    some way adjust or differ from what

08:51:02  4    would result from a neutral drawing

08:51:04  5    given the political geography of the

08:51:10  6    state.

08:51:10  7    Q.      Thank you, Doctor Barber.  So

08:51:13  8    shifting gears a little bit, did you

08:51:15  9    also analyze the partisan fairness of

08:51:20  10   HB-2146 under any other metrics?

08:51:21  11   A.      Yes.  I use a variety of

08:51:23  12   different matrix?

08:51:23  13   Q.      Which ones?

08:51:26  14   A.      So the median mean, the

08:51:27  15   efficiency gap, and then what's

08:51:29  16   referred to as the expected seat share

08:51:31  17   from a uniform swing analysis.

08:51:35  18   Q.      And let's start with the

08:51:37  19   mean-median.  And look, I'm sure we've

08:51:37  20   all heard enough about that metric

08:51:39  21   today.  But just for a quick

08:51:40  22   refresher, can you briefly again

08:51:42  23   remind the Court of what that metric

08:51:44  24   is and how it's calculated?

08:51:46  25   A.      Yes.  So again, it's simply a

544

08:51:47   1   measure of how does the median

08:51:49   2   district compare to the average

08:51:53   3   district.

08:51:53   4   Q.      And did you calculate the mean

08:51:56   5   median for HB-2146?

08:51:57   6   A.      Yes.

08:51:58   7   Q.      Can you turn now to page 21 of

08:52:04   8   your rebuttal report?

08:52:05   9   A.      Yes.

08:52:06   10   Q.      Okay.

08:52:07   11   And what does Table 5 on page 21

08:52:10   12   reflect?

08:52:12   13   A.      So it reflects the calculation

08:52:14   14   of these values for each of the plans,

08:52:18   15   as well as reporting how those plans

08:52:20   16   sit in relation to the same metric

08:52:21   17   calculated for each of the 50,000

08:52:24   18   simulated plans.

08:52:25   19   Q.      And what did you calculate as

08:52:27   20   the mean median value for HB-2146?

08:52:33   21   A.      Negative 0.015.

08:52:36   22   Q.      And what does that number mean,

08:52:38   23   Doctor Barber?

08:52:39   24   A.      It simply means that the

08:52:41   25   average district was about one and a

545

08:52:43  1    half percent more Democratic than the
08:52:48  2    median district.
08:52:49  3    Q.      And how does that compare to
08:52:50  4    the other plans submitted to the
08:52:52  5    Court?
08:52:52  6    A.      It's within the range.  You
08:52:55  7    have plans that have higher scores or,
08:52:58  8    I'm sorry, lower scores, more negative
08:53:00  9    scores.  You have plans that have less
08:53:02  10   negative scores.  There are some plans
08:53:05  11   with positive scores, some with
08:53:07  12   negative scores.  It fits what we've
08:53:09  13   been seeing a lot of today, which is a
08:53:12  14   lot of kind of oh, these plans are
08:53:13  15   kind of similar.
08:53:14  16   Q.      And Doctor Barber, are you
08:53:16  17   aware that other experts in this case
08:53:18  18   have likewise calculated mean median
08:53:24  19   values for HB-2146 in other plans
08:53:24  20   submitted to the Court?
08:53:25  21   A.      Yes.
08:53:25  22   Q.      And are you aware that other
08:53:25  23   experts have calculated a different
08:53:29  24   mean median value for HB-2146?
08:53:31  25   A.      Yes.

546

| | | |
|---|---|---|
| 08:53:31 | 1 | Q.      Can you explain what might |
| 08:53:32 | 2 | account for that difference? |
| 08:53:33 | 3 | A.      So it's simply a function of |
| 08:53:35 | 4 | each expert is using a slightly |
| 08:53:37 | 5 | different election or set of elections |
| 08:53:40 | 6 | to draw their comparisons. |
| 08:53:41 | 7 | Q.      And if you use a different set |
| 08:53:43 | 8 | of elections, you're going to get a |
| 08:53:45 | 9 | different outcome? |
| 08:53:46 | 10 | A.      Yes. |
| 08:53:46 | 11 | Q.      And to your knowledge, did you |
| 08:53:49 | 12 | use the broadest spectrum of |
| 08:53:52 | 13 | elections? |
| 08:53:54 | 14 | A.      I don't recall off the top of |
| 08:53:56 | 15 | my head what other experts used.  But |
| 08:53:58 | 16 | I used the basically a decade's worth |
| 08:54:02 | 17 | of elections in my --- in all of my |
| 08:54:05 | 18 | results. |
| 08:54:06 | 19 | Q.      Now, aside from comparing the |
| 08:54:09 | 20 | mean-median number for HB-2146 to the |
| 08:54:12 | 21 | rest of the submitted plans, did you |
| 08:54:14 | 22 | also compare how it, that metric looks |
| 08:54:17 | 23 | when you compare it to the simulated |
| 08:54:19 | 24 | plans? |
| 08:54:20 | 25 | A.      Yes.  So that's what that next |

547

| | | |
|---|---|---|
| 08:54:22 | 1 | column reports where it's labeled |
| 08:54:26 | 2 | percentile.  So that 85 says HB-2146 |
| 08:54:29 | 3 | had a median mean value that was more, |
| 08:54:34 | 4 | that was higher, larger than |
| 08:54:37 | 5 | 85 percent of the simulated plans.  I |
| 08:54:45 | 6 | should clarify.  When I say larger, I |
| 08:54:47 | 7 | mean less negative, closer to zero |
| 08:54:51 | 8 | than the results of the simulations. |
| 08:54:52 | 9 | Q.      Would it be fair to say less |
| 08:54:54 | 10 | biased? |
| 08:54:56 | 11 | A.      Yes.  That's a better way of |
| 08:54:57 | 12 | saying it. |
| 08:54:57 | 13 | Q.      And can you turn to Figure 5 on |
| 08:55:00 | 14 | page 29? |
| 08:55:09 | 15 | A.      Of my original report? |
| 08:55:13 | 16 | Q.      Yes.  Sorry.  Of your original |
| 08:55:14 | 17 | report. |
| 08:55:15 | 18 | A.      I'm sorry.  I had the wrong |
| 08:55:16 | 19 | report up. |
| 08:55:17 | 20 | Q.      And what is reflected in Figure |
| 08:55:19 | 21 | 5? |
| 08:55:20 | 22 | A.      So Figure 5 simply shows the |
| 08:55:22 | 23 | results of what we were just talking |
| 08:55:23 | 24 | about.  That histogram of gray is the |
| 08:55:26 | 25 | distribution of median mean results |

548

| 08:55:32 | 1 | for the simulations.  And the black |
| 08:55:34 | 2 | line shows where the HB-2146 plans |
| 08:55:35 | 3 | falls.  And so it's reported there |
| 08:55:41 | 4 | that it's in the 85th percentile. |
| 08:55:43 | 5 | Q.      Okay. |
| 08:55:43 | 6 | Doctor Barber, you can go back |
| 08:55:46 | 7 | to page 21 of your rebuttal report, |
| 08:55:46 | 8 | please.  And I think you mentioned |
| 08:55:51 | 9 | that you also looked and calculated an |
| 08:55:51 | 10 | efficiency gap for HB-2146? |
| 08:55:54 | 11 | Correct? |
| 08:55:56 | 12 | A.      That's correct. |
| 08:55:57 | 13 | Q.      And, again, just for brief |
| 08:56:00 | 14 | refresher, what is an efficiency gap |
| 08:56:02 | 15 | metric? |
| 08:56:02 | 16 | A.      So at a very high level, the |
| 08:56:03 | 17 | efficiency gap is simply a measure how |
| 08:56:04 | 18 | do the votes cast translate into seats |
| 08:56:08 | 19 | earned by a particular party. |
| 08:56:13 | 20 | Q.      And what do you report as the |
| 08:56:14 | 21 | efficiency gap for the house plan in |
| 08:56:17 | 22 | table five? |
| 08:56:19 | 23 | A.      HB-2146? |
| 08:56:20 | 24 | Q.      Yes. |
| 08:56:22 | 25 | A.      Okay. |

549

```
08:56:22    1            It has a value of negative
08:56:24    2    0.025.
08:56:29    3    Q.      And again, what does that value
08:56:30    4    mean?
08:56:30    5    A.      So it's basically again like a
08:56:33    6    negative --- a negative number is
08:56:34    7    indicating a bias in the direction of
08:56:37    8    Republicans.  A positive is indicating
08:56:40    9    a bias in the direction of Democrats.
08:56:44   10    And you know, negative 0.025 is simply
08:56:49   11    saying that Republican, I'm sorry,
08:56:50   12    Democratic votes are slightly less
08:56:52   13    efficient at being translated into
08:56:55   14    seats than are Republican votes.
08:57:01   15    Q.      And again, did you also compare
08:57:03   16    the efficiency gap scores to the other
08:57:05   17    maps that were submitted to HB-2146?
08:57:07   18    A.      Yes.
08:57:07   19    Q.      And how does it compare?
08:57:14   20    A.      Again, it's within the range.
08:57:15   21    And so there are other plans that have
08:57:17   22    the same score.  There are other plans
08:57:18   23    that have a positive score.  So you
08:57:20   24    can see those there.  And then the
08:57:23   25    House Democratic plan stands out as
```

550

| | | |
|---|---|---|
| 08:57:27 | 1 | having the largest score of the set. |
| 08:57:33 | 2 | Q.    And again, are you aware that |
| 08:57:34 | 3 | other experts in this case have |
| 08:57:36 | 4 | calculated efficiency gap numbers for |
| 08:57:38 | 5 | HB-2146 that are different than what |
| 08:57:41 | 6 | you calculated? |
| 08:57:42 | 7 | A.    Yes. |
| 08:57:42 | 8 | Q.    And again, what accounts for |
| 08:57:43 | 9 | that difference? |
| 08:57:44 | 10 | A.    So again, it's simply a |
| 08:57:45 | 11 | function of the particular elections |
| 08:57:47 | 12 | that are used to make that |
| 08:57:52 | 13 | calculation. |
| 08:57:52 | 14 | Q.    Doctor Barber, what is a |
| 08:57:57 | 15 | uniform swing analysis? |
| 08:57:59 | 16 | A.    A uniform swing analysis simply |
| 08:58:02 | 17 | says well, what would happen if we |
| 08:58:03 | 18 | shifted the results of a plan |
| 08:58:06 | 19 | uniformly by a particular amount. So |
| 08:58:10 | 20 | what if we made the plan more |
| 08:58:12 | 21 | Democratic by one percent, or what if |
| 08:58:15 | 22 | we made it less Democratic by one |
| 08:58:17 | 23 | percent. That's why it's called |
| 08:58:21 | 24 | uniform swing. What if we shifted it |
| 08:58:23 | 25 | up or down by a particular amount, |

551

| | | |
|---|---|---|
| 08:58:25 | 1 | what would happen?  You know, would |
| 08:58:26 | 2 | the number of seats change, so on and |
| 08:58:28 | 3 | so forth. |
| 08:58:29 | 4 | Q.     And did you perform such a |
| 08:58:32 | 5 | uniform swing analysis on HB-2146? |
| 08:58:35 | 6 | A.     Yes.  So I should offer a |
| 08:58:38 | 7 | little more clarification on what's |
| 08:58:39 | 8 | going on.  So you don't simply pick a |
| 08:58:41 | 9 | random number and shift a plan by |
| 08:58:44 | 10 | that.  Well, you kind of do, but you |
| 08:58:46 | 11 | let the computer choose the random |
| 08:58:48 | 12 | number and you do it a bunch of times. |
| 08:58:53 | 13 | So I do this about 5,000 times and you |
| 08:58:58 | 14 | basically say pick a random number to |
| 08:59:00 | 15 | shift the plan up or down based on a |
| 08:59:03 | 16 | normal distribution that has a spread |
| 08:59:06 | 17 | that is roughly equal to the kind of |
| 08:59:08 | 18 | variation we see in elections in |
| 08:59:10 | 19 | Pennsylvania. |
| 08:59:10 | 20 | So the typical spread in these |
| 08:59:13 | 21 | elections we're looking at is about |
| 08:59:15 | 22 | three percentage points.  And so I say |
| 08:59:18 | 23 | computer, pick a number from a normal |
| 08:59:21 | 24 | distribution and then add that or |
| 08:59:27 | 25 | subtract that to the plan,  and |

552

08:59:32  1   calculate the number of Democratic
08:59:34  2   leaning seats after you add that
08:59:35  3   number.  Do that 5,000 times and then
08:59:37  4   take the average.  And so this shows
08:59:39  5   the expected seats that are generated
08:59:41  6   from that, from that process.
08:59:43  7   Q.      So if I could try to recap.
08:59:45  8   You're starting with actual elections.
08:59:47  9           Correct?
08:59:48  10  A.      That's correct, yes.
08:59:48  11  Q.      And you're essentially
08:59:50  12  simulating what might happen if the
08:59:50  13  election was a little bit different.
08:59:55  14  A.      That's right, because we know
08:59:57  15  that over the next ten years, we know
08:59:58  16  that, you know, there are going to be
08:59:59  17  some years that are good for
09:00:01  18  Democrats.  There are going to be some
09:00:02  19  years that are good for Republicans.
09:00:02  20  We know that, you know, it's going to
09:00:04  21  be more likely that it's going to be a
09:00:06  22  small shift than a large shift.  There
09:00:07  23  might be a big, you know, six point
09:00:10  24  swing at some point in the next ten
09:00:11  25  years.  But that's going to be less

553

09:00:13    1    likely than a one point swing or

09:00:16    2    something like that.  And so that's

09:00:17    3    what this is doing is saying kind of

09:00:18    4    what do we expect the plan to do over

09:00:20    5    in the future as we see kind of shifts

09:00:24    6    in electoral tides going forward.

09:00:27    7    Q.       And does table five also

09:00:29    8    reflect the results of your uniform

09:00:30    9    swing analysis for both HB-2146 and

09:00:34    10    the other plans submitted to the

09:00:35    11    Court?

09:00:36    12    A.       Yes, that's a correct.

09:00:37    13    Q.       And one clarifying question.

09:00:39    14    For all three of these metrics, you're

09:00:41    15    performing the same exact methodology,

09:00:43    16    the same analysis, using the same sets

09:00:45    17    of election data.

09:00:50    18             Correct?

09:00:50    19    A.       Right.  It's consistent across

09:00:52    20    all the plans and across the

09:00:52    21    simulations as well.

09:00:58    22    Q.       So what do the results of your

09:00:58    23    uniform swing analysis show about the

09:00:59    24    partisan fairness of HB-2146 when

09:00:59    25    compared to the other plans submitted

554

| | | |
|---|---|---|
| 09:01:01 | 1 | to the Court? |
| 09:01:01 | 2 | A.      So again, looking down that |
| 09:01:02 | 3 | column, you can see that there there's |
| 09:01:04 | 4 | a variety of results.  Some of the |
| 09:01:08 | 5 | plans on average perform more |
| 09:01:13 | 6 | favorably for Democrats.  Some of the |
| 09:01:16 | 7 | plans on average are going to perform |
| 09:01:16 | 8 | more favorably for Republicans. |
| 09:01:18 | 9 | That next column again says |
| 09:01:19 | 10 | well, where does that sit in relation |
| 09:01:20 | 11 | to this distribution of the simulated |
| 09:01:25 | 12 | maps.  And so where does that expected |
| 09:01:27 | 13 | value sit in terms of the |
| 09:01:30 | 14 | distribution.  And so that's what that |
| 09:01:32 | 15 | percentile column shows as well. |
| 09:01:38 | 16 | Q.      Now, Doctor Barber, we've |
| 09:01:43 | 17 | talked about a lot of comparisons of |
| 09:01:45 | 18 | HB-2146 to all the other plans |
| 09:01:45 | 19 | submitted to the Court.  You didn't |
| 09:01:46 | 20 | analyze any of the plans that were |
| 09:01:48 | 21 | proposed by the Democratic Caucus |
| 09:01:52 | 22 | during the legislative process, did |
| 09:01:54 | 23 | you? |
| 09:01:54 | 24 | A.      No, I did not. |
| 09:01:55 | 25 | Q.      And why not? |

555

09:01:57  1    A.      I'm not aware that there were

09:02:00  2    any.

09:02:02  3    Q.      And Doctor Barber, I think we

09:02:04  4    talked at the beginning of your

09:02:06  5    testimony about the simulations, that

09:02:09  6    you did not factor race into the

09:02:12  7    simulations at all.

09:02:15  8            Correct?

09:02:15  9    A.      That's correct.  So all of the

09:02:16  10   results that we've been looking at,

09:02:17  11   the simulations are drawn without any

09:02:22  12   information about the distribution of

09:02:24  13   race.

09:02:25  14   Q.      Now, did your failure to

09:02:27  15   consider race skew the partisan

09:02:27  16   outcomes of your simulations?

09:02:27  17   A.      No, it did not.  And that's the

09:02:29  18   reason that we have this additional

09:02:30  19   set of simulations to look at.

09:02:33  20   Q.      Well, can you turn back to your

09:02:34  21   original report and look at Figure 8

09:02:39  22   on page 35, please?

09:02:41  23   A.      Yes.  I think it's page ---.

09:02:51  24   Q.      And I think I misspoke.   I

09:02:57  25   think it's Figure 8 on page 37.

556

| Time | Line | Text |
|---|---|---|
| 09:02:57 | 1 | A.      Yes, I have it. |
| 09:02:58 | 2 | Q.      And can you describe what is |
| 09:02:59 | 3 | being depicted in Figure 8? |
| 09:03:01 | 4 | A.      Sure.  So there's three |
| 09:03:02 | 5 | distributions here.  The left |
| 09:03:03 | 6 | distribution is the one we've already |
| 09:03:05 | 7 | seen.  So this is the 50,000 |
| 09:03:06 | 8 | simulations that are drawn without any |
| 09:03:10 | 9 | information about partisanship or |
| 09:03:14 | 10 | race.  The middle figure says well, |
| 09:03:16 | 11 | simply by virtue of the political |
| 09:03:18 | 12 | geography of the state, some of the |
| 09:03:20 | 13 | plans that are drawn even without |
| 09:03:23 | 14 | information about race are going to |
| 09:03:25 | 15 | generate a certain number of districts |
| 09:03:27 | 16 | that have these thresholds that we've |
| 09:03:31 | 17 | been --- some of the plans have been |
| 09:03:32 | 18 | discussing. |
| 09:03:33 | 19 | So that middle figure says |
| 09:03:35 | 20 | well, let's only consider the |
| 09:03:36 | 21 | simulations that contain at least one |
| 09:03:39 | 22 | majority black district and two |
| 09:03:42 | 23 | majority minority districts. |
| 09:03:44 | 24 | The third figure is the result |
| 09:03:47 | 25 | of a separate set of 5,000 simulated |

557

09:03:52   1    maps that do have information about
09:03:54   2    race and explicitly tell the model
09:03:57   3    generate plans that contain three
09:03:59   4    minority opportunity districts.  And
09:04:02   5    so, you can see that this allows us to
09:04:05   6    kind of look at well, what happens
09:04:07   7    when you do consider race in terms of
09:04:11   8    the simulations.  Focusing on the
09:04:12   9    figure at the far right, we basically,
09:04:16   10   we generally see what I would say a
09:04:17   11   reduction in the variation.  What you
09:04:21   12   see is that nine Democratic leaning
09:04:23   13   districts becomes the overwhelmingly
09:04:26   14   most common outcome in the simulated
09:04:28   15   plans.  About 70 percent of the
09:04:34   16   simulations generate nine Democratic
09:04:37   17   leaning districts when you instruct
09:04:38   18   the model to take race into account.
09:04:38   19   Q.      And again, using your part
09:04:38   20   index, how many Democratic leaning
09:04:38   21   seats do you predict HB-2146 to yield?
09:04:48   22   A.      So that black line indicates
09:04:49   23   the HB-2146 proposal at nine
09:04:53   24   districts.
09:04:54   25   Q.      So it would be consistent with

558

09:04:55  1    the most outcome in the simulation?

09:04:58  2    A.      That's correct.

09:05:01  3    Q.      Doctor Barber, just a few final

09:05:03  4    questions.  In your opinion, does

09:05:05  5    HB-2146 adhere to traditional

09:05:07  6    redistricting criteria of equal

09:05:10  7    population, contiguity, compactness,

09:05:10  8    and minimizing political subdivision

09:05:10  9    splits?

09:05:18  10   A.      Yes.

09:05:18  11   Q.      And from your overall analysis,

09:05:20  12   can you draw some conclusions about

09:05:25  13   the partisan fairness of HB-2146?

09:05:26  14   A.      Well, I think as we've looked

09:05:26  15   across a variety of these metrics,

09:05:30  16   that when we draw comparisons to a set

09:05:32  17   of districts that are drawn only using

09:05:34  18   the non-partisan criteria, we know

09:05:37  19   have not considered partisanship, the

09:05:42  20   HB-2146 sits squarely in that

09:05:46  21   distribution.

09:05:48  22   Q.      In your opinion, is HB-2146 in

09:05:51  23   any way a gerrymander that favors

09:05:54  24   Republican voters over Democratic

09:05:55  25   voters?

559

| | | |
|---|---|---|
| 09:05:57 | 1 | A.        No. |
| 09:05:57 | 2 | Q.        Are you opining that HB-2146 is |
| 09:05:58 | 3 | the best plan? |
| 09:05:59 | 4 | A.        I think that that is not for me |
| 09:06:01 | 5 | to decide.  I think that is the |
| 09:06:05 | 6 | unenviable task of this Court. |
| 09:06:05 | 7 | ATTORNEY MORGAN: |
| 09:06:07 | 8 | I understand.  Thank |
| 09:06:08 | 9 | you, Doctor Barber.  No further |
| 09:06:11 | 10 | questions, Your Honor. |
| 09:06:11 | 11 | JUDGE MCCULLOUGH: |
| 09:06:11 | 12 | Okay.  Thank you. |
| 09:06:12 | 13 | So we will proceed with |
| 09:06:13 | 14 | Cross Examination from Petitioners |
| 09:06:13 | 15 | Carter. |
| 09:06:13 | 16 | - - - |
| 09:06:13 | 17 | CROSS EXAMINATION |
| 09:07:01 | 18 | - - - |
| 09:07:01 | 19 | BY ATTORNEY GORDON: |
| 09:07:01 | 20 | Q.        Good evening, Doctor Barber. |
| 09:07:01 | 21 | A.        Hello. |
| 09:07:05 | 22 | Q.        My name is Matthew Gordon.  I |
| 09:07:05 | 23 | represent the Carter Petitioners in |
| 09:07:06 | 24 | this case.  A few initial questions |
| 09:07:08 | 25 | for you.  Are all the analyses that |

560

09:07:10  1    you performed in connection with your

09:07:12  2    work on this case identified and

09:07:15  3    described in your two reports that you

09:07:17  4    submitted?

09:07:17  5    A.      Yes.

09:07:19  6    Q.      And those reports accurately

09:07:20  7    describe the methodology that you

09:07:25  8    deployed here?

09:07:25  9    A.      Yes.

09:07:25  10   Q.      And if I understand correctly,

09:07:27  11   the methodology is a simulated

09:07:28  12   redistricting analysis?

09:07:31  13   A.      Yes, that's correct.

09:07:32  14   Q.      And this is a different --- I'm

09:07:36  15   sorry.  You testified that this was an

09:07:39  16   analysis that was performed by experts

09:07:42  17   in the LWV case, a similar type of

09:07:46  18   analysis?

09:07:46  19   A.      It's similar.  The particular

09:07:48  20   algorithms are different.  Every

09:07:50  21   expert kind of has their own

09:07:53  22   particular method, but the overall

09:07:54  23   process is very similar.

09:07:56  24   Q.      Sure.  So you use a different

09:07:59  25   algorithm than the experts in the LWV

561

09:08:05   1    case.

09:08:05   2         Correct?

09:08:05   3    A.      That's correct, yes.

09:08:06   4    Q.      Have you used that algorithm

09:08:08   5    before?

09:08:09   6    A.      I have, yes.

09:08:10   7    Q.      How many times?

09:08:11   8    A.      I have used it in analyzing the

09:08:13   9    Pennsylvania state legislative plan

09:08:16   10   for the House of Representatives, as

09:08:17   11   well as in the North Carolina State

09:08:22   12   House and State Senate.

09:08:22   13   Q.      And is the North Carolina case

09:08:24   14   the one that you testified at trial in

09:08:26   15   on January 5th?

09:08:30   16   A.      Yes, that's correct.

09:08:30   17   Q.      And you testified at trial

09:08:31   18   there, I assume accurately, that your

09:08:34   19   academic work has not focused on

09:08:36   20   redistricting.

09:08:38   21         Correct?

09:08:38   22   A.      So I think I --- yes.  I think

09:08:39   23   I said in the testimony that I have

09:08:45   24   not published on these particular

09:08:46   25   topics, but that I teach about them in

562

09:08:51  1   my courses, and that I have extensive

09:08:53  2   amount of work in litigation on these

09:08:57  3   issues.

09:08:57  4   Q.      But in terms of published

09:08:59  5   academic work, you haven't published

09:09:01  6   in the area of redistricting.

09:09:03  7          Correct?

09:09:03  8   A.      That's correct.

09:09:04  9   Q.      And you haven't published in

09:09:05  10  the area of partisan influence in the

09:09:05  11  redistricting process, have you?

09:09:13  12  A.      That's correct.

09:09:13  13  Q.      None of it involves simulated

09:09:17  14  redistricting analyses.

09:09:18  15          Correct?

09:09:19  16  A.      That's correct.  As I think I

09:09:20  17  said in North Carolina, I have

09:09:22  18  published work that uses algorithms

09:09:24  19  that are very similar in the, you

09:09:27  20  know, kind of the underlying method

09:09:29  21  that's being used.  But with respect

09:09:30  22  to the particulars of the

09:09:34  23  redistricting algorithm, that's

09:09:35  24  correct.

09:09:35  25  Q.      And you testified in North

563

| | | |
|---|---|---|
| 09:09:37 | 1 | Carolina just about three weeks ago |
| 09:09:38 | 2 | that before that case you had never |
| 09:09:40 | 3 | used that algorithm before. |
| 09:09:42 | 4 | Correct? |
| 09:09:43 | 5 | A. Before that? |
| 09:09:45 | 6 | Q. Before the North Carolina case? |
| 09:09:48 | 7 | A. Before North Carolina. That's |
| 09:09:49 | 8 | --- that's correct. It --- the |
| 09:09:51 | 9 | Pennsylvania and North Carolina kind |
| 09:09:57 | 10 | of overlap so I don't want to --- I |
| 09:09:59 | 11 | don't have my --- you know, the exact |
| 09:09:59 | 12 | dates but. |
| 09:10:00 | 13 | Q. Sure. I'm just asking about |
| 09:10:02 | 14 | your testimony in North Carolina? |
| 09:10:06 | 15 | A. Broadly? Yes, that's what I |
| 09:10:06 | 16 | said in North Carolina. Yes. |
| 09:10:06 | 17 | Q. And that was accurate? |
| 09:10:08 | 18 | A. Yes. |
| 09:10:08 | 19 | Q. And you also testified that |
| 09:10:08 | 20 | before the North Carolina case, you |
| 09:10:09 | 21 | had never used any algorithm to |
| 09:10:12 | 22 | generate simulated district maps. |
| 09:10:17 | 23 | Correct? |
| 09:10:17 | 24 | A. That's correct. |
| 09:10:18 | 25 | Q. You have testified in court |

564

09:10:18    1    before though?

09:10:18    2    A.       I have, yes.

09:10:18    3    Q.       And on multiple occasions, the

09:10:21    4    Court has concluded or found that your

09:10:23    5    testimony should be given little

09:10:24    6    weight or no credit.

09:10:26    7             Correct?

09:10:29    8    A.       I believe those are the words

09:10:29    9    of the Judge.  I disagree with the

09:10:31   10    assessment, but those are the judge's

09:10:34   11    words.

09:10:34   12    Q.       I'm sure you do.  I'm just

09:10:36   13    asking if that's --- if that, if I

09:10:37   14    accurately described what the courts

09:10:39   15    have said about your testimony on

09:10:40   16    multiple occasions?

09:10:41   17    A.       That's correct.

09:10:42   18    Q.       In the Common Cause versus

09:10:48   19    Lewis case in North Carolina, do you

09:10:49   20    recall that case?

09:10:50   21    A.       I do, yes.

09:10:51   22    Q.       And for the Court's benefit,

09:10:52   23    this is 2019 Westlaw 4569584.  In that

09:11:01   24    case, the Court went through a number

09:11:04   25    of what are called shortcomings in

565

09:11:09    1   your analysis and said in light of the

09:11:11    2   above shortcomings in Doctor Barber's

09:11:11    3   analysis, the Court gives little

09:11:13    4   weight to his testimony.

09:11:17    5           Do you recall that?

09:11:18    6   A.      I do.  It's --- it's I think

09:11:18    7   noteworthy that one of the ---.

09:11:18    8   Q.      I just asked if you recalled

09:11:20    9   that.

09:11:20   10   A.      I do recall that, yes.

09:11:21   11   Q.      You answered the question,

09:11:22   12   thank you.  In Jones v. DeSantis, do

09:11:26   13   you recall testifying in that case?

09:11:28   14   A.      I do, yes.

09:11:29   15   Q.      And for the Court's benefit,

09:11:31   16   that was reported at 462 F. Supp. 3d

09:11:36   17   1196.  Do you recall that the Court

09:11:40   18   there in discussing your testimony

09:11:42   19   said I do not credit the testimony?

09:11:44   20   Do you recall that?

09:11:45   21   A.      I believe that, yes, those are

09:11:48   22   the judge's words.

09:11:48   23   Q.      And do you recall that the

09:11:51   24   Court said one in search of a textbook

09:11:53   25   dismantling of unfounded expert

566

09:11:55    1    testimony, would look long and hard to

09:12:00    2    find a better example than the cross

09:12:01    3    examination of you.

09:12:01    4         Do you recall that?

09:12:02    5    A.      I, yes. I do.

09:12:02    6    Q.      Let's talk a little bit about

09:12:04    7    the methodology that you deployed

09:12:07    8    here. On page 11 of your initial

09:12:19    9    report, you said that you conducted a

09:12:27   10    simulated districting analyses to,

09:12:29   11    quote, gauge the degree to which the

09:12:32   12    HB-2146 plan is a partisan

09:12:36   13    gerrymandered.

09:12:37   14         Do you agree that that's the

09:12:39   15    question you set out to answer? See

09:12:40   16    at the top of page 11 of your report,

09:12:43   17    first sentence?

09:12:44   18    A.      I see that, yes.

09:12:46   19    Q.      And that's the question that

09:12:47   20    you set out to answer.

09:12:49   21         Correct?

09:12:49   22    A.      It's certainly not the only

09:12:51   23    question that I set out to answer, but

09:12:53   24    it's one of the objectives of the

09:12:55   25    report.

567

09:13:04  1    Q.      Now in comparing --- in

09:13:05  2    conducting a simulated analysis as you

09:13:07  3    did here, as you said you have to have

09:13:09  4    a control set.

09:13:10  5            Correct?

09:13:12  6    A.      That's correct.

09:13:12  7    Q.      And your control set here are

09:13:16  8    the 50,000 simulated maps you

09:13:18  9    generated.

09:13:18  10           Correct?

09:13:19  11   A.      That's correct, yes.

09:13:20  12   Q.      And for, to have a valid

09:13:22  13   comparison against the control set you

09:13:25  14   need to be able to do an apples to

09:13:27  15   apples comparison.

09:13:28  16           Correct?

09:13:29  17   A.      Correct.

09:13:29  18   Q.      So the control set needs to be

09:13:33  19   --- can creating the same types of

09:13:37  20   maps or created under the same

09:13:38  21   conditions as the set, the plan that

09:13:39  22   you want to compare against the

09:13:41  23   control set.

09:13:42  24           Correct?

09:13:42  25   A.      Yes, that's correct.

568

09:13:43    1    Q.      But that's not what you did

09:13:48    2    here.  They were not the same

09:13:49    3    conditions, were they?

09:13:51    4    A.      I'm not sure exactly what you

09:13:52    5    mean.

09:13:52    6    Q.      Okay.

09:13:53    7    Let's talk about that.  You --- the

09:13:56    8    simulated maps you created were

09:13:59    9    allowed to vary from equal population?

09:14:00    10           Correct?

09:14:02    11   A.      Yes, that's correct.  I ---.

09:14:03    12   Q.      By up to 3,800 people per map.

09:14:05    13           Correct?

09:14:07    14   A.      Yes.  I noted that it's a one

09:14:09    15   half of one percent variation.

09:14:11    16   Q.      Okay.

09:14:11    17   But you would agree with me that a

09:14:13    18   deviation of 3,800 people is not equal

09:14:21    19   population?

09:14:21    20   A.      Well yes, of course.  That's

09:14:22    21   ---.

09:14:22    22   Q.      So the maps that you created,

09:14:25    23   some of them, many of them would have

09:14:27    24   had deviations that rendered them not

09:14:31    25   of equal population.

569

| | | |
|---|---|---|
| 09:14:32 | 1 | Correct? |
| 09:14:33 | 2 | A.       I note that in my report that |
| 09:14:35 | 3 | ---. |
| 09:14:35 | 4 | Q.       It's a yes or no. |
| 09:14:38 | 5 | Is that correct? |
| 09:14:41 | 6 | A.       That is correct, yes. |
| 09:14:42 | 7 | Q.       That is correct.  And so those |
| 09:14:42 | 8 | maps, many of those maps would have |
| 09:14:45 | 9 | been unconstitutional under your |
| 09:14:50 | 10 | understanding of --- of the |
| 09:14:50 | 11 | requirement for equal --- equal |
| 09:14:52 | 12 | population. |
| 09:14:52 | 13 | Would you agree with that? |
| 09:14:53 | 14 | A.       I --- I think I explained that, |
| 09:14:54 | 15 | how that is the case in my report and |
| 09:14:56 | 16 | the reasons for doing that and. |
| 09:14:57 | 17 | Q.       Sure.  So just, I'm sorry.  I'm |
| 09:14:59 | 18 | just limited on time.  You would agree |
| 09:15:01 | 19 | with me that many of the maps that |
| 09:15:04 | 20 | were created in your simulation would |
| 09:15:06 | 21 | be unconstitutional because they would |
| 09:15:08 | 22 | violate equal population? |
| 09:15:10 | 23 | A.       Yes.  They're not intended to, |
| 09:15:12 | 24 | there's --- no particular map that's |
| 09:15:14 | 25 | intended to be a proposed map that the |

570

09:15:18  1    Court should enact.

09:15:20  2    Q.      Sure.  And none of those

09:15:24  3    simulated maps have had that variation

09:15:25  4    would not have been similar to HB-2146

09:15:27  5    that did not have such a --- such a

09:15:28  6    variation.

09:15:28  7            Correct?

09:15:29  8    A.      Similar in population?

09:15:31  9    Q.      Correct.  They're different.

09:15:33  10   A.      That's correct.

09:15:33  11   Q.      Now you also said that the

09:15:35  12   simulation maps did not split any

09:15:37  13   precincts or municipalities except

09:15:37  14   Philadelphia.

09:15:37  15           Correct?

09:15:46  16   A.      That's correct.

09:15:47  17   Q.      And you made a conscious

09:15:49  18   decision to choose to not split any

09:15:50  19   municipalities except Philadelphia and

09:15:52  20   give up equal population?

09:15:52  21           Correct?

09:15:54  22   A.      That's correct.  The algorithm

09:15:56  23   works much better when that decision

09:15:58  24   is --- is made.

09:16:01  25   Q.      So --- and in fact HB-2146 did

571

| 09:16:04 | 1 | split municipalities. |
| 09:16:06 | 2 | Correct? |
| 09:16:07 | 3 | A.     Yes. |
| 09:16:07 | 4 | Q.     As did every other map that's |
| 09:16:11 | 5 | up for consideration here? |
| 09:16:12 | 6 | A.     Yes, that's --- that's correct. |
| 09:16:12 | 7 | Q.     So fair to say none of your |
| 09:16:14 | 8 | 50,000 maps are going to be comparable |
| 09:16:17 | 9 | to any of the maps up for |
| 09:16:19 | 10 | consideration here including HB-2146 |
| 09:16:22 | 11 | on the municipalities split metric? |
| 09:16:25 | 12 | A.     So I note that in the report |
| 09:16:28 | 13 | that ---. |
| 09:16:28 | 14 | Q.     So the answer's yes? |
| 09:16:32 | 15 | A.     As you need to adjust |
| 09:16:34 | 16 | population, you would then have to |
| 09:16:34 | 17 | split a certain number of |
| 09:16:37 | 18 | municipalities. |
| 09:16:37 | 19 | Q.     You talked on Direct |
| 09:16:39 | 20 | Examination about outliers. |
| 09:16:40 | 21 | Do you recall that? |
| 09:16:41 | 22 | A.     Yes. |
| 09:16:41 | 23 | Q.     But in your report, and this is |
| 09:16:42 | 24 | at page 16 of your rebuttal report, |
| 09:16:45 | 25 | you said didn't you that there is no |

572

09:16:48   1   universally agreed definition of

09:16:51   2   statistical outliers in this context.

09:16:54   3          Correct?

09:16:56   4   A.      That's correct.  There's no

09:16:57   5   bright.

09:16:57   6   Q.      So when you say outliers,

09:16:59   7   you're not talking about outliers from

09:16:59   8   a statistical prospective.

09:17:03   9          Correct?

09:17:03   10  A.      One could apply a statistics

09:17:06   11  approach and --- and look at a quote

09:17:09   12  unquote a statistically significant

09:17:10   13  outlier.  And the ---.

09:17:11   14  Q.      And I'm not --- I'm sorry.  I'm

09:17:18   15  not asking if anybody else could do

09:17:19   16  that.  I'm asking if you ---.

09:17:19   17              ATTORNEY MORGAN:

09:17:19   18              Your Honor, he needs to

09:17:20   19  let the witness speak.

09:17:20   20              JUDGE MCCULLOUGH:

           21              Yeah.  Excuse me,

           22  counsel.

           23              ATTORNEY GORDON:

           24              Sure.

           25              JUDGE MCCULLOUGH:

573

| | |
|---|---|
| | 1 |
| 09:17:20 | 2 |
| 09:17:21 | 3 |
| 09:17:22 | 4 |
| 09:17:23 | 5 |

1           There was an objection.

2    He --- he was trying to answer the

3    question that you asked.  So I think

4    you can, just let him answer that

5    question.

6            ATTORNEY GORDON:

7            Sure.

8            JUDGE McCULLOUGH:

9            If you think he's going

10   onto another topic, go ahead and move

11   to your next question.

12          ATTORNEY GORDON:

13          Sure.

14          JUDGE McCULLOUGH:

15          Just I --- I think he

16   was ---.

17   BY ATTORNEY GORDON:

18   Q.    Go ahead.

19   A.    So you could've --- you could

20   use a statistically significant, a

21   measure of statistical significance.

22   If you were to use that, then by that

23   same definitions those would be

24   outliers.  But it's not universally

25   agreed upon that that particular

574

| | | |
|---|---|---|
| 09:17:51 | 1 | method is appropriate in analyzing |
| 09:17:53 | 2 | these plans. |
| 09:17:54 | 3 | Q.      And so, I wasn't asking if you |
| 09:17:56 | 4 | could do that.  I was asking if --- if |
| 09:17:57 | 5 | you were, when you use the word |
| 09:17:59 | 6 | outlier, you're not using that in a |
| 09:18:06 | 7 | statistically significant context. |
| 09:18:06 | 8 |         Correct? |
| 09:18:07 | 9 | A.      I am not using it in the |
| 09:18:07 | 10 | context of what scientists would refer |
| 09:18:09 | 11 | to as statistically significant. |
| 09:18:10 | 12 | That's a separate topic that applies |
| 09:18:16 | 13 | in a different area.  It does not |
| 09:18:19 | 14 | apply to this particular analysis. |
| 09:18:20 | 15 | Q.      So your use of the term outlier |
| 09:18:23 | 16 | is your subjective determination that |
| 09:18:24 | 17 | something is an outlier rather than an |
| 09:18:25 | 18 | objective determination based on a |
| 09:18:27 | 19 | statistical analysis. |
| 09:18:29 | 20 |         Correct? |
| 09:18:29 | 21 | A.      It's subjective.  However, I |
| 09:18:34 | 22 | pointed out that it's you know, 98, |
| 09:18:37 | 23 | 99, 100 percent of plans being less |
| 09:18:38 | 24 | Democratic.  I don't imagine that by |
| 09:18:42 | 25 | any measure that someone would say |

575

| | |
|---|---|
| 09:18:45 | 1 |
| 09:18:46 | 2 |
| 09:18:49 | 3 |
| 09:18:51 | 4 |

that that was not an outlier.

Q.      If we go to the mean-median
analysis that you discussed at page 21
of your rebuttal.  This is Table 5.
Do you recall testifying about this on
Direct Examination, Doctor  barber?

A.      Yes.

Q.      And do you recall that, if I
understand we're just going to look at
the mean-median value in the first
column.  And I believe you testified
that closer to zero indicates less
bias.

        Correct?

A.      Yes, that's correct.

Q.      Further from zero indicates
more bias then.

        Correct?

A.      Yes, that's correct.

Q.      And here negative numbers
further from zero would be more biased
in favor of Republicans and positive
numbers would be more bias in favor of
Democrats.

        Correct?

576

09:19:33    1    A.     That's correct.

09:19:33    2    Q.     And counsel asked you how did

09:19:35    3    HB-2146 perform on this mean-median

09:19:38    4    analysis.

09:19:39    5         Do you recall that?

09:19:40    6    A.     I do, yes.

09:19:42    7    Q.     And I believe you said well, it

09:19:43    8    was in the mix.  There were, and I'm

09:19:45    9    paraphrasing, but you said that there

09:19:47   10    were some that were higher and some

09:19:49   11    that were lower than HB-2146.

09:19:51   12         Correct?

09:19:51   13    A.     Yes.

09:19:52   14    Q.     In fact, there are only two

09:19:53   15    that are lower than HB-2146.

09:19:57   16         Correct?

09:19:59   17    A.     That is correct.

09:20:00   18    Q.     And those are the two

09:20:01   19    Reschenthaler plans.

09:20:03   20    Do you agree with me?

09:20:04   21    A.     Yes.

09:20:04   22    Q.     Those are the only ones that

09:20:07   23    are further from zero than HB-2146?

09:20:12   24    A.     Yes.  I think I said some, and

09:20:14   25    two is some.

577

09:20:15   1   Q.      Sure.   And we're just
09:20:16   2   identifying which ones they were?
09:20:19   3   A.      Okay.
09:20:20   4   Q.      So every other plan other than
09:20:21   5   the Reschenthaler maps is closer to
09:20:23   6   zero than HB-2146.
09:20:26   7           Correct?
09:20:27   8   A.      That's correct.
09:20:27   9   Q.      Under that metric, every other
09:20:29  10   plan, other than the Reschenthaler
09:20:32  11   maps, is less biased than HB-2146.
09:20:35  12   Under your definition of --- of how
09:20:38  13   this works.
09:20:41  14           Correct?
09:20:41  15   A.      Of the four --- I think there's
09:20:44  16   14 up there.   But with that second
09:20:46  17   column also then says ---.
09:20:47  18   Q.      I'm not asking about the second
09:20:49  19   column.   I'm just asking about the
09:20:50  20   first column.   On the mean-median
09:20:55  21   value that you did here, correct me if
09:20:57  22   I'm wrong, but every map other than
09:20:59  23   the two Reschenthaler maps is closer
09:21:02  24   to zero and less biased than HB-2146.
09:21:07  25           Correct?

578

09:21:07   1    A.      I'm sorry, I think the

09:21:08   2    confusion is when you say every other

09:21:10   3    map.  Because that next column says

09:21:12   4    well we also need to consider the

09:21:13   5    simulated maps, so ---.

09:21:14   6    Q.      Sorry.  Let me --- let me

09:21:16   7    correct my, that's --- that's fair.

09:21:17   8    Every other map that is presented in

09:21:19   9    this litigation, not considering the

09:21:21   10   simulated maps that were created with

09:21:27   11   unequal population and no municipality

09:21:29   12   splits.

09:21:30   13   Are we on the same page?

09:21:31   14   A.      Yes.

09:21:31   15   Q.      Okay.

09:21:32   16         Every other map that was

09:21:32   17   submitted in this litigation, other

09:21:35   18   than the two Reschenthaler maps under

09:21:37   19   your metric is less biased than

09:21:39   20   HB-2146.

09:21:41   21         Correct?

09:21:42   22   A.      That's correct.

09:21:44   23                   ATTORNEY GORDON:

09:21:44   24              No further questions.

09:21:45   25   Thank you.

579

|          |    |                                           |
|----------|----|-------------------------------------------|
| 09:21:45 | 1  | JUDGE MCCULLOUGH: |
| 09:21:46 | 2  | Okay.  Thank you, |
| 09:21:46 | 3  | Counsel. |
| 09:21:47 | 4  | And now counsel for Mr. |
|          | 5  | Gressman.  So much to do. |
|          | 6  | ATTORNEY HIRSCH: |
|          | 7  | Sorry to bring so much |
|          | 8  | stuff up here with me. |
|          | 9  | --- |
|          | 10 | CROSS EXAMINATION |
|          | 11 | --- |
| 09:22:23 | 12 | BY ATTORNEY HIRSCH: |
| 09:22:23 | 13 | Q.    Good evening, Doctor Barber. |
| 09:22:25 | 14 | A.    Hello. |
| 09:22:25 | 15 | ATTORNEY HIRSCH: |
| 09:22:27 | 16 | And thank you, Your |
| 09:22:28 | 17 | Honor for staying so late and being so |
| 09:22:30 | 18 | diligent.  It's much appreciated. |
| 09:22:34 | 19 | JUDGE MCCULLOUGH: |
| 09:22:35 | 20 | Thank you.  Thank you. |
| 09:22:36 | 21 | BY ATTORNEY HIRSCH: |
| 09:22:36 | 22 | Q.    Doctor Barber, there's a lot of |
| 09:22:39 | 23 | tables in your reports. |
| 09:22:39 | 24 | Right? |
| 09:22:41 | 25 | A.    Yes. |

580

09:22:41  1    Q.      And this is a table.  Sometimes

09:22:44  2    words have two meanings, and I feel

09:22:48  3    like we're using today in this

09:22:48  4    courtroom the word bias to mean two

09:22:51  5    wildly different things.

09:22:52  6         What is your definition of

09:22:54  7    bias?  You use that word a lot in your

09:22:56  8    reports.  Tell us what you mean.

09:22:59  9    A.      I --- I think we need to know

09:23:01  10   the context because I think that

09:23:03  11   you're absolutely right.  That bias

09:23:05  12   can mean different things in different

09:23:07  13   contexts.  And so, I --- I think

09:23:09  14   you're exactly correct, but it's very

09:23:12  15   context dependant.

09:23:14  16   Q.      When you're comparing maps to

09:23:15  17   your set of simulated maps and saying

09:23:17  18   that some are biased, in that context,

09:23:20  19   what do you mean?

09:23:21  20   A.      So in that context what I mean

09:23:23  21   is that the plan that we're --- and

09:23:28  22   analyzing, the particular proposal is

09:23:31  23   not in line with the middle range of

09:23:36  24   --- of the simulations.  It sits at

09:23:39  25   the edge.  It's an outlier, and ---

581

09:23:40  1    and that's what I mean when I'm

09:23:42  2    talking about bias with regards to

09:23:44  3    comparisons to the set of simulations

09:23:50  4    that have been drawn.

09:23:50  5    Q.      And you'd agree with me that at

09:23:51  6    times, that definition of bias can be

09:23:54  7    useful in routing out an intentional

09:23:57  8    partisan gerrymander?

09:23:59  9    A.      Yes, it can certainly be

09:24:03  10   helpful.  It's --- and that's in fact

09:24:05  11   why it's been used in a variety of

09:24:06  12   litigation cases.

09:24:07  13   Q.      And --- and I'd imagine you'd

09:24:08  14   also agree with me that voters can be

09:24:10  15   harmed by an unintentional partisan

09:24:15  16   gerrymander.

09:24:15  17           Right?

09:24:16  18   A.      I think that's true, yes.

09:24:17  19   Q.      And would you also agree with

09:24:19  20   me that the way they're harmed is that

09:24:21  21   depending on their political

09:24:23  22   viewpoints or their partisan

09:24:24  23   affiliation, when they cast that

09:24:27  24   ballot, some people's vote is more

09:24:30  25   powerful than others.  That's the

582

| | | |
|---|---|---|
| 09:24:34 | 1 | harm. |
| 09:24:34 | 2 | Right? |
| 09:24:35 | 3 | A.     I --- I would only amend that |
| 09:24:37 | 4 | statement slightly and say it's |
| 09:24:38 | 5 | perhaps less efficient in how their |
| 09:24:42 | 6 | vote is translated to representation. |
| 09:24:45 | 7 | Q.     Fair enough.  So perhaps |
| 09:24:47 | 8 | 3,000,000 people vote Democratic and |
| 09:24:49 | 9 | 3,000,000 vote Republican, and for |
| 09:24:52 | 10 | some reason that doesn't result in an |
| 09:24:54 | 11 | even split of seats.  It results in an |
| 09:25:00 | 12 | uneven split.  That would be the harm |
| 09:25:01 | 13 | to the voters whose 3,000,000 votes |
| 09:25:02 | 14 | got them less than half the seats. |
| 09:25:07 | 15 | Right? |
| 09:25:07 | 16 | A.     Yes, I think that's correct. |
| 09:25:08 | 17 | Q.     So now --- now I want to ask |
| 09:25:09 | 18 | you, I think about the old saw about, |
| 09:25:10 | 19 | I can't remember the exact number. |
| 09:25:12 | 20 | But if you put a million monkeys in |
| 09:25:14 | 21 | front of typewriters, sooner or later |
| 09:25:19 | 22 | someone's going to --- someone's going |
| 09:25:19 | 23 | to bang out the Lord's prayer.  Let's |
| 09:25:28 | 24 | forget about intentional partisan |
| 09:25:28 | 25 | gerrymandering and just think about |

583

| | | |
|---|---|---|
| 09:25:30 | 1 | the harm to the voters. |
| 09:25:30 | 2 | And let's say those monkeys |
| 09:25:30 | 3 | banged out two redistricting plans. |
| 09:25:35 | 4 | And let's say they're identical for |
| 09:25:37 | 5 | all practical purposes on every metric |
| 09:25:39 | 6 | of traditional redistricting criteria. |
| 09:25:40 | 7 | But one of them looks a whole lot like |
| 09:25:44 | 8 | the median plan, the middle plan, the |
| 09:25:48 | 9 | average plan in your simulation.  So |
| 09:25:51 | 10 | it's completely unbiased in that first |
| 09:25:54 | 11 | sense, but it's very biased in the |
| 09:25:56 | 12 | second sense in that it'll result in |
| 09:26:00 | 13 | one party's voters getting a lot fewer |
| 09:26:03 | 14 | seats out of their votes than the |
| 09:26:05 | 15 | other because they're not getting that |
| 09:26:07 | 16 | efficient translation you spoke of. |
| 09:26:09 | 17 | And the other monkey does the |
| 09:26:11 | 18 | opposite.  They get rid of the bias |
| 09:26:15 | 19 | that harms the voter, so the voters |
| 09:26:17 | 20 | are treated equally but they've |
| 09:26:19 | 21 | created an outlier compared to your |
| 09:26:21 | 22 | simulated maps. |
| 09:26:25 | 23 | What is your instruction to the |
| 09:26:28 | 24 | Court about which of those two maps |
| 09:26:30 | 25 | should be chosen if those are the only |

584

09:26:32  1   two options?

09:26:33  2   A.      So I actually think I addressed

09:26:34  3   this at the beginning of my report

09:26:36  4   when I talk about what does it mean

09:26:39  5   when we see a plan that's not in line

09:26:42  6   with the simulations?  And my intent

09:26:45  7   is not to say that that immediately

09:26:51  8   impugns the intentions or the dignity

09:26:54  9   of the map drawer.  It simply says,

09:26:59  10  well we have this set.  We --- we have

09:27:00  11  this set of simulated plans, and we

09:27:01  12  know the criteria with absolute

09:27:03  13  certainty as to how they were drawn.

09:27:05  14  We have this other plan that we don't

09:27:08  15  know with absolute certainty the

09:27:09  16  criteria that were used to draw the

09:27:11  17  plan.

09:27:12  18       If that plan is not in

09:27:15  19  agreement with the simulations, it

09:27:19  20  strongly suggests that some other

09:27:21  21  criteria were used to draw that plan.

09:27:23  22  What that other criteria are requires

09:27:26  23  additional analysis, but that's what

09:27:32  24  I'm --- that's what I'm saying.

09:27:33  25  Q.      But --- but I think you're

585

09:27:34    1    fighting with a hypothetical.  I'm

09:27:36    2    asking you if there's no difference in

09:27:38    3    the intent of the line drawer and

09:27:39    4    there's no difference in the respect

09:27:41    5    for traditional districting

09:27:41    6    principles.  And the only difference

09:27:45    7    is one map looks like a random,

09:27:46    8    average map but really hurts half of

09:27:49    9    the voters in the state.  And the

09:27:50   10    other treats all voters equally, but

09:27:53   11    is not at all random.  It's an

09:27:55   12    outlier.

09:27:56   13         It's a simple question.  What

09:27:58   14    is your understanding of what the

09:28:00   15    Judge should do in that situation?

09:28:01   16    Because that may be exactly the

09:28:04   17    situation the Judge is confronted with

09:28:07   18    in this case.  Do you have an opinion

09:28:08   19    on that?

09:28:09   20    A.      So you're saying holding all

09:28:11   21    other factors equal, and you have the

09:28:14   22    choice between these two plans, then I

09:28:17   23    think you could pick the one that was

09:28:19   24    less biased.  But I think we're making

09:28:23   25    - - - .

586

09:28:23  1    Q.      Less bias in the sense of being

09:28:25  2    fair and equal to all voters?

09:28:28  3    A.      Sure.

09:28:31  4    Q.      I think when you were applying

09:28:33  5    to Princeton University for graduate

09:28:35  6    school I imagine you took the GRE.

09:28:38  7            Right?

09:28:39  8    A.      I did, yes.

09:28:40  9    Q.      And I imagine you didn't sit

09:28:42  10   there between the test date and the

09:28:45  11   date when you got your results just

09:28:46  12   saying I wish I got a median score.

09:28:49  13   You wanted a good score.

09:28:49  14           Right?

09:28:52  15   A.      Well.

09:28:52  16   Q.      You got into Princeton?

09:28:53  17   A.      I --- I took the GRE twice

09:28:57  18   partly for that reason.

09:28:58  19   Q.      There you go.  Let me ask you

09:29:05  20   about your index that you use to

09:29:05  21   measure partisanship of districts.  If

09:29:10  22   I understand correctly, you're taking

09:29:10  23   all the votes cast in these 17

09:29:14  24   statewide elections and putting them

09:29:15  25   in a big pool, and then looking at the

587

| | | |
|---|---|---|
| 09:29:16 | 1 | Democratic fraction and the Republican |
| 09:29:19 | 2 | fraction. |
| 09:29:20 | 3 | Is that right? |
| 09:29:23 | 4 | A.        Yes, that's correct. |
| 09:29:23 | 5 | Q.        You're not taking each of the |
| 09:29:23 | 6 | 17 elections, figuring out the |
| 09:29:24 | 7 | Democratic and Republican results and |
| 09:29:24 | 8 | then averaging them, because that |
| 09:29:26 | 9 | would weight each election equally, |
| 09:29:30 | 10 | but it wouldn't weigh each vote |
| 09:29:35 | 11 | differently? |
| 09:29:36 | 12 | A.        That --- that's exactly the |
| 09:29:37 | 13 | difference. |
| 09:29:37 | 14 | Q.        And you mentioned earlier that |
| 09:29:40 | 15 | we should be reluctant to think that |
| 09:29:48 | 16 | older elections will predict future |
| 09:29:48 | 17 | elections. You also mention that you |
| 09:29:50 | 18 | only use elections from the last |
| 09:29:51 | 19 | decade. So there's a principle there |
| 09:29:53 | 20 | that in terms of thinking about how |
| 09:29:56 | 21 | this map would perform in the future, |
| 09:29:57 | 22 | all things being equal newer elections |
| 09:30:05 | 23 | are more probative than older |
| 09:30:05 | 24 | elections. |
| 09:30:05 | 25 | Correct? |

588

09:30:05   1   A.       All things being equal that I

09:30:06   2   think is correct.  But I think that

09:30:09   3   all things equal is often not the

09:30:12   4   case.

09:30:12   5   Q.       And it --- sure, of course.  Is

09:30:14   6   it correct that of your 17 elections,

09:30:18   7   five of them are from 2012?

09:30:21   8   A.       Yes, I believe that's the case.

09:30:23   9   Q.       And is it correct that the

09:30:25   10  redistricting plan the Court will

09:30:26   11  adopt will be in place for three

09:30:29   12  midterm elections, 2022, 2026 and

09:30:34   13  2030?

09:30:35   14  A.       The midterm races would occur

09:30:40   15  in those years, yes.  That's correct.

09:30:42   16  Q.       And it'll be in effect for only

09:30:44   17  two Presidential Elections, 2024 and

09:30:46   18  2028?

09:30:48   19  A.       I, yes.  That is correct.

09:30:49   20  Q.       And I assume you know that

09:30:50   21  turnout is dramatically higher in

09:30:55   22  Presidential Elections than in midterm

09:30:58   23  elections?

09:30:59   24  A.       Yes, that's the case.

09:31:01   25  Q.       And is it correct that you have

589

| | | |
|---|---|---|
| 09:31:01 | 1 | 14 Presidential Election year results |
| 09:31:02 | 2 | and three midterm elections in your |
| 09:31:05 | 3 | mix? |
| 09:31:05 | 4 | A.        That's correct.  They're not |
| 09:31:06 | 5 | --- sorry. |
| 09:31:06 | 6 | Q.        And by count --- and by |
| 09:31:07 | 7 | counting each of the elections, not |
| 09:31:10 | 8 | each of the elections equally but each |
| 09:31:13 | 9 | vote equally, you are actually |
| 09:31:15 | 10 | weighting the Presidential Elections |
| 09:31:18 | 11 | more heavily even than that 14 to 3 |
| 09:31:21 | 12 | split would suggest because there are |
| 09:31:23 | 13 | so many more votes cast in 2012, 2016 |
| 09:31:26 | 14 | and 2020 than in 2014 and 2018 which |
| 09:31:29 | 15 | were midterm elections. |
| 09:31:29 | 16 | Right? |
| 09:31:31 | 17 | A.        There are more votes cast. |
| 09:31:33 | 18 | There are other races that occur at |
| 09:31:40 | 19 | the same time.  And so, it's not the |
| 09:31:40 | 20 | case that the Presidential Election is |
| 09:31:41 | 21 | being overrepresented because at the |
| 09:31:43 | 22 | same time ---. |
| 09:31:43 | 23 | Q.        Not the --- not the |
| 09:31:44 | 24 | Presidential Election.  I said the |
| 09:31:47 | 25 | presidential year. |

590

09:31:47    1              ATTORNEY MORGAN:

09:31:47    2              Objection, Your Honor.

09:31:48    3   I would appreciate counsel letting the

09:31:49    4   witness finish his answer.

09:31:49    5              ATTORNEY HIRSCH:

09:31:53    6              Please, I apologize.

09:31:54    7              JUDGE MCCULLOUGH:

09:31:54    8

09:31:54    9              I think he was trying to

09:31:55   10   finish the end of his sentence, if you

09:31:55   11   could.

09:31:55   12              ATTORNEY HIRSCH:

09:31:58   13              I apologize.

09:31:58   14              THE WITNESS:

09:31:58   15              So because there are

09:31:59   16   other races that occur in the

09:32:01   17   Presidential Election years, those

09:32:01   18   races are contributing to the index as

09:32:05   19   well.  It's not the case that the,

09:32:05   20   only the Presidential Election is used

09:32:07   21   in those years.

09:32:10   22   BY ATTORNEY HIRSCH:

09:32:10   23   Q.    I may have misspoken, but I

09:32:12   24   thought I said Presidential Election

09:32:14   25   year elections.  So are you aware of

591

| | | |
|---|---|---|
| 09:32:16 | 1 | the fact that the row offices in |
| 09:32:17 | 2 | Presidential years have higher turn |
| 09:32:20 | 3 | out than the gubernatorial election in |
| 09:32:28 | 4 | midterm years? |
| 09:32:28 | 5 | A.      Yes, I am aware of that. |
| 09:32:29 | 6 | Q.      I want to ask you a little |
| 09:32:31 | 7 | about your 50,000 simulations.  I'll |
| 09:32:34 | 8 | try not to be repetitive with the |
| 09:32:36 | 9 | prior counsel. |
| 09:32:40 | 10 |        Did you consider doing a |
| 09:32:41 | 11 | simulation where you did not require |
| 09:32:43 | 12 | the districts to be contiguous? |
| 09:32:46 | 13 | A.      No. |
| 09:32:47 | 14 | Q.      Why not? |
| 09:32:51 | 15 | A.      My initial response would be I |
| 09:32:53 | 16 | --- I don't even think that the model |
| 09:32:56 | 17 | would be capable of doing that. |
| 09:32:58 | 18 | Q.      Well, sure.  It could just draw |
| 09:33:00 | 19 | random BTDs from around the state and |
| 09:33:05 | 20 | combine them into 17 districts. |
| 09:33:11 | 21 |        Why not? |
| 09:33:12 | 22 | A.      You would have to write a |
| 09:33:12 | 23 | different algorithm to do that. |
| 09:33:12 | 24 | Q.      It'd be easier.  You wouldn't |
| 09:33:12 | 25 | even have to keep track of contiguity. |

592

09:33:13   1    Would it result in the same
09:33:14   2    distribution of partisan outcomes if
09:33:16   3    you did it that way?
09:33:17   4    A.     Of course not.
09:33:18   5    Q.     What if you said we don't care
09:33:20   6    at all about population equality?  We
09:33:23   7    could have 10,000,000 in one districts
09:33:25   8    and 100 in another, that's fine.
09:33:27   9    Would that result in a different
09:33:29   10   distribution of partisan outcomes?
09:33:31   11   A.     That's exactly the reason why I
09:33:33   12   don't allow the model to do that.
09:33:35   13   Q.     Exactly.
09:33:35   14   A.     And I set that half of percent
09:33:40   15   criteria.
09:33:40   16   Q.     Did you control in your
09:33:47   17   algorithm for the constitutional
09:33:50   18   requirement of keeping wards whole?
09:33:52   19   A.     I did not have --- that is not
09:33:55   20   an input in the model.
09:33:55   21   Q.     And I assume that too could
09:33:57   22   affect the distribution of partisan
09:33:58   23   outcomes?
09:33:58   24   A.     It's certainly possible that it
09:34:00   25   could.

593

09:34:00  1    Q.       Did you control for the number
09:34:02  2    of incumbent pairings that happen in
09:34:10  3    each plan in your simulated 50,000
09:34:10  4    maps?
09:34:11  5    A.       I did not.  Because as I said,
09:34:12  6    I was sticking to those initial
09:34:14  7    redistricting criteria.
09:34:17  8    Q.       Well some of them, but you
09:34:17  9    already said you weren't sticking to
09:34:19  10   wards even though they're in the
09:34:20  11   constitution.
09:34:21  12            Correct?
09:34:21  13   A.       With regard to wards, yes.
09:34:25  14   That's correct.
09:34:26  15   Q.       As to incumbent pairings, after
09:34:28  16   the fact did you check just as you did
09:34:30  17   for partisanship?  Did you check to
09:34:31  18   see how many pairings there were in
09:34:32  19   each plan?
09:34:33  20   A.       No, I did not.
09:34:34  21   Q.       So you can't say sitting here
09:34:36  22   today that a majority of those plans
09:34:38  23   don't have five, six, seven pairings?
09:34:41  24   You have no idea?
09:34:42  25   A.       That's correct.

594

| | | |
|---|---|---|
| 09:34:44 | 1 | Q.      And did you check after the |
| 09:34:45 | 2 | fact to see if every plan had two or |
| 09:34:51 | 3 | three majority/minority voting age |
| 09:34:52 | 4 | population districts as does every |
| 09:34:54 | 5 | plan submitted to this Court? |
| 09:34:58 | 6 | A.      So I have the analysis that we |
| 09:35:00 | 7 | looked at that says let's consider the |
| 09:35:04 | 8 | districts that meet that criteria, and |
| 09:35:07 | 9 | then the second set of simulations |
| 09:35:09 | 10 | that enforce that criteria of having a |
| 09:35:14 | 11 | particular threshold of majority |
| 09:35:17 | 12 | opportunity districts. |
| 09:35:18 | 13 | Q.      I --- I asked specifically |
| 09:35:19 | 14 | about majority/minority voting age |
| 09:35:21 | 15 | population districts.  Whether there |
| 09:35:23 | 16 | were two or three of them in all of |
| 09:35:25 | 17 | your 50,000 maps.  The answer to that |
| 09:35:29 | 18 | is you don't know or no? |
| 09:35:34 | 19 | A.      On --- on the 50,000 maps? |
| 09:35:36 | 20 | Q.      Yes. |
| 09:35:37 | 21 | A.      It's, I don't know off the top |
| 09:35:38 | 22 | of my head. |
| 09:35:43 | 23 | Q.      You reported the median for |
| 09:35:46 | 24 | your maps and you said the median |
| | 25 | compactness figure for the mean |

595

|  |  |  |
|---|---|---|
|  | 1 | Polsby-Popper score was .28. |
|  | 2 | Correct? |
|  | 3 | A.      The ---? |
|  | 4 | Q.      In your simulated 50,000 maps. |
| 09:35:59 | 5 | A.      In the --- I'm sorry, yes.  In |
| 09:36:00 | 6 | the --- in the simulations, yes. |
| 09:36:00 | 7 | That's correct. |
| 09:36:01 | 8 | Q.      And are you aware that every |
| 09:36:03 | 9 | single map submitted to this Court |
| 09:36:04 | 10 | does better than that? |
| 09:36:08 | 11 | A.      Yes. |
| 09:36:08 | 12 | ATTORNEY HIRSCH: |
| 09:36:10 | 13 | No further questions. |
| 09:36:11 | 14 | JUDGE MCCULLOUGH: |
| 09:36:11 | 15 | Thank you, Counsel. Mr. |
| 09:36:34 | 16 | Wiygul, you can come over. |
| 09:36:34 | 17 | ATTORNEY WIYGUL: |
| 09:36:35 | 18 | Thank you, Your Honor. |
| 09:36:35 | 19 | --- |
| 09:36:35 | 20 | CROSS EXAMINATION |
| 09:36:36 | 21 | --- |
| 09:36:36 | 22 | BY ATTORNEY WIYGUL: |
| 09:36:36 | 23 | Q.      Good evening, Doctor Barber. |
| 09:36:36 | 24 | A.      Hello. |
| 09:36:37 | 25 | Q.      I'm --- my name is Robert |

596

| | | |
|---|---|---|
| 09:36:37 | 1 | Wiygul.  I am counsel for the Governor |
| 09:36:38 | 2 | in this action.  I want to ask you |
| 09:36:39 | 3 | first about your ensemble analysis |
| 09:36:42 | 4 | here.  I believe you call it |
| 09:36:44 | 5 | simulations.  First in your |
| 09:36:46 | 6 | professional opinion, are Markov Chain |
| 09:36:53 | 7 | techniques the leading methods for |
| 09:36:53 | 8 | generating map samples? |
| 09:36:56 | 9 | A.      I would say --- I would say |
| 09:36:56 | 10 | that's the case.  There's a number of |
| 09:36:58 | 11 | different algorithms that people use. |
| 09:37:07 | 12 | Many of them use the --- the MCMC |
| 09:37:08 | 13 | method. |
| 09:37:08 | 14 | Q.      Did you use an MCMC method? |
| 09:37:12 | 15 | A.      So the model is based on MCMC |
| 09:37:15 | 16 | algorithm. |
| 09:37:15 | 17 | Q.      Okay. |
| 09:37:16 | 18 | What --- what actually did you use? |
| 09:37:17 | 19 | A.      So I --- I explained that the |
| 09:37:18 | 20 | model is from --- the model is written |
| 09:37:23 | 21 | by a researcher at --- a political |
| 09:37:25 | 22 | scientist at Harvard University. |
| 09:37:30 | 23 | Q.      And I mean, what's the main |
| 09:37:32 | 24 | idea behind this approach? |
| 09:37:33 | 25 | A.      So the main idea is that the |

597

| | | |
|---|---|---|
| 09:37:35 | 1 | model takes these --- the geography of |
| 09:37:40 | 2 | the state and it calculates what's |
| 09:37:45 | 3 | called an adjacency graph.  And so, it |
| 09:37:45 | 4 | looks at all the different precincts |
| 09:37:45 | 5 | that are connected to one another. |
| 09:37:51 | 6 | And then it divides the State into |
| 09:37:53 | 7 | these various districts, and then you |
| 09:37:56 | 8 | know, at that point you have the |
| 09:37:58 | 9 | simulated plan. |
| 09:37:59 | 10 | Q.     Is that not more accurately |
| 09:38:01 | 11 | described as a sequential Monte Carlo |
| 09:38:05 | 12 | analysis? |
| 09:38:05 | 13 | A.     Yes, that's correct. |
| 09:38:06 | 14 | Q.     That --- that's different than |
| 09:38:07 | 15 | a Markov Chain Monte Carlo analysis. |
| 09:38:07 | 16 | Correct? |
| 09:38:11 | 17 | A.     Yes, that's correct. |
| 09:38:12 | 18 | Q.     Okay. |
| 09:38:12 | 19 | And Markov chain, just so we're |
| 09:38:14 | 20 | clear, the Markov Chain Monte Carlo |
| 09:38:16 | 21 | analysis is the leading method for |
| 09:38:18 | 22 | generating map samples? |
| 09:38:20 | 23 | A.     Again, I would say there's a |
| 09:38:22 | 24 | variety of --- a variety of algorithms |
| 09:38:22 | 25 | out there.  Many of them use that |