598

| | | |
|---|---|---|
| 09:38:22 | 1 | approach.  There are others that use |
| 09:38:31 | 2 | different approaches.  It's a very |
| 09:38:31 | 3 | active field of research. |
| 09:38:32 | 4 | Q.     And in fact, if you're using a |
| 09:38:35 | 5 | Markov Chain Monte Carlo analysis, the |
| 09:38:38 | 6 | sequential Monte Carlo analysis that |
| 09:38:40 | 7 | you used here, that's just step one of |
| 09:38:40 | 8 | the Markov Chain Monte Carlo analysis. |
| 09:38:40 | 9 | Correct? |
| 09:38:48 | 10 | A.     I'm not sure exactly what you |
| 09:38:49 | 11 | mean. |
| 09:38:49 | 12 | Q.     Well you need to use the |
| 09:38:50 | 13 | sequential Monte Carlo analysis to |
| 09:38:52 | 14 | generate your example. |
| 09:38:55 | 15 | Right?  Which you then take |
| 09:38:59 | 16 | through with the Markov Chain Monte |
| 09:39:00 | 17 | Carlo analysis? |
| 09:39:01 | 18 | Correct? |
| 09:39:01 | 19 | A.     Again, I'm not entirely certain |
| 09:39:04 | 20 | of what you're referring to. |
| 09:39:06 | 21 | Q.     Are you aware that the method |
| 09:39:08 | 22 | that you used here, the sequential |
| 09:39:09 | 23 | Monte Carlo analysis, is not |
| 09:39:11 | 24 | peer-reviewed and that the papers that |
| 09:39:12 | 25 | you cite in your report are actually |

599

09:39:16   1    describing a different method which is
09:39:19   2    the Markov Chain Monte Carlo analysis?
09:39:21   3    A.      So the algorithm, the initial
09:39:21   4    algorithm is --- has been published.
09:39:27   5    The authors have developed a number of
09:39:28   6    extensions and a number of kind of
09:39:31   7    additional things that can be done.
09:39:32   8    And so you know, like I said it's a
09:39:34   9    very new active area of research.
09:39:39   10   Q.      Let me rephrase the question
09:39:39   11   because I thought I was being pretty
09:39:40   12   discrete.  Are you aware that that
09:39:41   13   particular method you used, the
09:39:43   14   sequential Monte Carlo analysis to
09:39:45   15   generate your map samples, that is not
09:39:47   16   peer-reviewed and that the papers that
09:39:48   17   you cite in support of what you're
09:39:50   18   doing in your report are describing a
09:39:52   19   different method?
09:39:56   20   A.      As I said, it's a very new
09:40:00   21   algorithm.  And so, they method is,
09:40:01   22   like the method --- they have written
09:40:01   23   papers describing the algorithm.
09:40:03   24   Those papers are publicly available.
09:40:06   25   Q.      Have they been peer-reviewed

600

09:40:09  1    yet?

09:40:09  2    A.       They are being peer-reviewed.

09:40:10  3    Q.       Have they been peer-reviewed?

09:40:13  4    A.       They are in the process of peer

09:40:15  5    review.

09:40:15  6    Q.       Have they received a peer

09:40:15  7    review commenting on the validity of

09:40:15  8    that technique or method?

09:40:20  9    A.       I'm --- I can't speak to that.

09:40:21  10   I'm not the author of the papers.

09:40:29  11   Q.       All right.

09:40:30  12            You refer to the concept of a

09:40:33  13   representative sample, and I believe

09:40:34  14   you mentioned that in your testimony.

09:40:36  15   What is the representative sample?

09:40:39  16   A.       So the easiest way to think

09:40:39  17   about this would be in the context of

09:40:45  18   survey research.   So when a survey

09:40:45  19   researcher wants to understand

09:40:45  20   something about the opinions of, let's

09:40:48  21   say the United States, the population

09:40:49  22   of the United States, they obviously

09:40:51  23   don't go speak to every person in the

09:40:54  24   United States.   They take a sample of

09:40:56  25   the population and they draw

601

| | |
|---|---|
| 09:40:57 | 1 |
| 09:41:01 | 2 |
| 09:41:03 | 3 |
| 09:41:04 | 4 |
| 09:41:06 | 5 |

1    inferences from that sample.  It's

2    important that that sample be

3    representative of the broader

4    population so that the inferences that

5    are drawn are accurate.

6    Q.      And how do you determine

7    whether the sample that you used in

8    your report was in fact

9    representative?

10   A.      The --- I'm sorry the

11   algorithm?

12   Q.      I'm sorry.  How did you --- how

13   did you determine whether the ---

14   whether that the simulations that you

15   are using in your report are in fact a

16   representative sample of the broader

17   elections scheme?

18   A.      So the researchers who have

19   developed this algorithm have shown in

20   a variety of ways that the sample is

21   drawn --- that is drawn is

22   representative.

23   Q.      I'm talking about the sample in

24   your particular report.  How did you

25   determine that that was

602

09:41:46    1    representative?

09:41:47    2    A.       I'm sorry, I misunderstood you.

09:41:48    3    The particular sample that I have

09:41:48    4    drawn, well there's no way to compare

09:41:48    5    a sample to the population.  That you

09:41:53    6    know, even in the context of the

09:41:55    7    survey research that I was just

09:41:56    8    describing, no survey company takes

09:41:59    9    the survey they have conducted and

09:42:01    10   goes and compares it to the

09:42:02    11   population.  Because again you run

09:42:04    12   into the exact same problem.  That you

09:42:06    13   --- you would end up having to speak

09:42:08    14   to every person in the United States.

09:42:10    15           In much the same way, the

09:42:12    16   sample of maps, there's no way to

09:42:14    17   verify that that particular sample of

09:42:20    18   maps matches the universe of maps

09:42:21    19   because lots of researchers here and

09:42:22    20   in other places have noted that there

09:42:23    21   are more maps than there are atoms in

09:42:26    22   the known universe.  And so what we

09:42:28    23   have to rely on is rigorous

09:42:33    24   mathematical proofs, small scale

09:42:35    25   applications where we can verify that

603

| | | |
|---|---|---|
| 09:42:36 | 1 | the sample is producing a |
| 09:42:38 | 2 | representative sample of the |
| 09:42:39 | 3 | population. |
| 09:42:40 | 4 | Q.      Did you discuss the target |
| 09:42:42 | 5 | distribution in your report? |
| 09:42:46 | 6 | A.      I think what you mean by the |
| 09:42:48 | 7 | ---- well I think what you mean by the |
| 09:42:50 | 8 | target distribution is the universe of |
| 09:42:53 | 9 | possible maps.  Is that what you're |
| 09:42:56 | 10 | talking about? |
| 09:42:57 | 11 | Q.      I'm just trying to figure out, |
| 09:43:01 | 12 | how are you judging success at whether |
| 09:43:01 | 13 | you are converging to whatever your |
| 09:43:01 | 14 | target distribution is?  Even --- even |
| 09:43:05 | 15 | approximately.  How can you, and if |
| 09:43:05 | 16 | --- and if you can't do that, then how |
| 09:43:07 | 17 | can you be confident that you have in |
| 09:43:09 | 18 | fact a representative sample? |
| 09:43:10 | 19 | A.      Yes, so this is a really |
| 09:43:12 | 20 | important question in --- in not only |
| 09:43:15 | 21 | this context, but in the study of |
| 09:43:17 | 22 | statistics more generally.  And --- |
| 09:43:19 | 23 | and what we do is we rely on these |
| 09:43:21 | 24 | mathematical proofs and these small |
| 09:43:26 | 25 | scale replications to assure us --- |

604

| | | |
|---|---|---|
| 09:43:27 | 1 | and other principles in statistics |
| 09:43:29 | 2 | that assure us that the sample we've |
| 09:43:31 | 3 | drawn is --- is representative of the |
| 09:43:33 | 4 | broader population. |
| 09:43:34 | 5 | Q.      So what convergent statistics |
| 09:43:41 | 6 | were you using here? |
| 09:43:43 | 7 | A.      I'm sorry, I --- I'm sorry. |
| 09:43:43 | 8 | I'm not sure what you're getting at. |
| 09:43:45 | 9 | Q.      Now you had to rely on certain |
| 09:43:47 | 10 | electoral data in your reporting |
| 09:43:51 | 11 | analysis. |
| 09:43:52 | 12 |        Correct? |
| 09:43:53 | 13 | A.      That's correct. |
| 09:43:53 | 14 | Q.      Okay. |
| 09:43:54 | 15 | How confident are you in the electoral |
| 09:43:57 | 16 | data you used? |
| 09:43:59 | 17 | A.      I'm quite confident. |
| 09:44:00 | 18 | Q.      In your report, you say that |
| 09:44:01 | 19 | Congressional District 16 sometimes |
| 09:44:03 | 20 | had a Democratic advantage in the 11 |
| 09:44:08 | 21 | elections in your data set. |
| 09:44:09 | 22 |        Do you recall that? |
| 09:44:10 | 23 | A.      So I think that the question |
| 09:44:11 | 24 | you're asking arises from a |
| 09:44:14 | 25 | misunderstanding between what I write |

605

09:44:14   1   in my report and what Professor Duchin

09:44:19   2   thinks I put in my report, so ---.

09:44:19   3   Q.      Can you just answer my question

09:44:21   4   first?  Because I think my question

09:44:22   5   was a yes or no question?

09:44:24   6   A.      I'm --- can you repeat the

09:44:25   7   question?

09:44:25   8   Q.      Sure.  You say in your report

09:44:27   9   that Congressional District 16

09:44:29   10  sometimes had a Democratic advantage

09:44:33   11  in the 11 elections in your dataset.

09:44:35   12          Correct?

09:44:35   13  A.      So the reason that I needed to

09:44:38   14  elaborate was there are 17 elections,

09:44:40   15  not 11 in the dataset.

09:44:41   16  Q.      Okay.

09:44:42   17          Nonetheless, with that

09:44:43   18  correction it sometimes had a

09:44:48   19  Democratic advantage?

09:44:48   20          Right?

09:44:51   21  A.      That's correct.

09:44:51   22  Q.      Okay.

09:44:52   23          And Doctor Duchin examined this

09:44:54   24  in her report with a QC election

09:45:00   25  dataset and she disputes this finding?

606

| | | |
|---|---|---|
| 09:45:01 | 1 | Correct? |
| 09:45:02 | 2 | A.        Yes, and I was saying I think |
| 09:45:06 | 3 | the error is that I think Doctor |
| 09:45:12 | 4 | Duchin didn't realize that there were |
| 09:45:15 | 5 | 17 elections in the index and not 11. |
| 09:45:17 | 6 | Q.        Okay. |
| 09:45:17 | 7 | How do you calculate |
| 09:45:19 | 8 | compactness? |
| 09:45:19 | 9 | A.        I use the Polsby-Popper |
| 09:45:23 | 10 | measure. |
| 09:45:23 | 11 | Q.        Did you use a particular |
| 09:45:24 | 12 | software? |
| 09:45:25 | 13 | A.        I used the computing program, |
| 09:45:27 | 14 | the computing language that's known as |
| 09:45:29 | 15 | R.  It's just the letter R. |
| 09:45:32 | 16 | Q.        Is that a particular --- so |
| 09:45:34 | 17 | that's a particular software package? |
| 09:45:36 | 18 | A.        It's a computer --- it's a |
| 09:45:37 | 19 | programming language is I think the |
| 09:45:42 | 20 | better way to describe it. |
| 09:45:43 | 21 | Q.        How did you choose a map |
| 09:45:45 | 22 | projection? |
| 09:45:45 | 23 | A.        I used the projection that is |
| 09:45:49 | 24 | most common in --- it's the same |
| 09:45:53 | 25 | projection that's used in like Google |

607

| Time | Line | Text |
|---|---|---|
| 09:45:56 | 1 | Maps, on our phones or Apple Maps on |
| 09:46:03 | 2 | our phones.  It's the --- it's the --- |
| 09:46:04 | 3 | it's that particular projection.  The |
| 09:46:04 | 4 | name of which is escaping me at the |
| 09:46:06 | 5 | moment.  Sorry. |
| 09:46:06 | 6 | Q.      Okay. |
| 09:46:08 | 7 | Let's talk about partisan |
| 09:46:10 | 8 | metrics.  You were asked what might |
| 09:46:14 | 9 | account for the difference between |
| 09:46:15 | 10 | your mean-median scores and other |
| 09:46:17 | 11 | scores.  And I believe you said it was |
| 09:46:19 | 12 | simply your choice of elections?  Do |
| 09:46:22 | 13 | you recall that? |
| 09:46:24 | 14 | A.      Yes. |
| 09:46:24 | 15 | Q.      Isn't it true that you used an |
| 09:46:26 | 16 | average vote index? |
| 09:46:28 | 17 | A.      Yes, that's correct.  I believe |
| 09:46:29 | 18 | I said that in my --- in my Direct |
| 09:46:33 | 19 | Testimony. |
| 09:46:33 | 20 | Q.      I believe you did.  Are you |
| 09:46:33 | 21 | representing that computing the |
| 09:46:36 | 22 | metrics on this average vote index |
| 09:46:37 | 23 | will give the same answer as computing |
| 09:46:40 | 24 | it separately and then averaging it? |
| 09:46:41 | 25 | A.      No, I was not intending to |

608

09:46:44   1   represent that at all.  You might get

09:46:45   2   a slightly different --- a slightly

09:46:47   3   different outcome.

09:46:48   4   Q.     You talk a little bit in your

09:46:54   5   report, I mean after you deal with the

09:46:54   6   first set of simulations, you then

09:46:58   7   look at some racial data.  Do you

09:47:00   8   recall that?

09:47:00   9   A.     Yes.

09:47:00   10   Q.     Okay.

09:47:01   11   And you rely on a 35 percent

09:47:07   12   demographic minority voting age

09:47:07   13   threshold in that analysis.  Do you

09:47:14   14   remember that?

09:47:14   15   A.     Yes.

09:47:14   16   Q.     Okay.

09:47:14   17   Are you aware of any literature

09:47:15   18   or any analysis of anyone other than

09:47:18   19   your own that a 35 percent minority

09:47:20   20   voting age population constitutes a

09:47:23   21   minority opportunity --- excuse me,

09:47:26   22   minority opportunity district?

09:47:26   23   A.     Well, I think that there is ---

09:47:30   24   there's not agreement in terms of what

09:47:33   25   threshold would be necessary.  Because

609

09:47:35  1   it would require a specific analysis

09:47:37  2   of the area in question.  We would

09:47:41  3   need additional information about the

09:47:41  4   presence of racially polarized voting,

09:47:48  5   of crossover voting, all of these

09:47:50  6   factors that we've discussed.  And my

09:47:52  7   understanding in reading these reports

09:47:54  8   is there's no such analysis or

09:47:56  9   agreement, and so my choice of 35

09:47:59  10  percent was simply well, this seems to

09:48:01  11  be the case across these plans that

09:48:04  12  they're all kind of agreeing around 35

09:48:07  13  percent.  And so we have to pick some

09:48:10  14  number, and that seems to be a kind of

09:48:13  15  --- the plans all seem to move around

09:48:16  16  that particular value.

09:48:18  17  Q.      You're not representing that

09:48:20  18  the other plans just picked the

09:48:21  19  demographic threshold and that's what

09:48:23  20  they used?  As opposed to concluding

09:48:25  21  that after conducting a minority

09:48:27  22  opportunity analysis that in those

09:48:29  23  particular districts that was the

09:48:30  24  right --- or that was an appropriate

09:48:32  25  number?

610

| | | |
|---|---|---|
| 09:48:33 | 1 | A.      No, what I'm saying is that |
| 09:48:37 | 2 | many of the proposal contain no |
| 09:48:39 | 3 | analysis of the presence or absence of |
| 09:48:46 | 4 | racially polarized voting.  Some of |
| 09:48:47 | 5 | them, nevertheless, make statements |
| 09:48:47 | 6 | about the presence or absence of |
| 09:48:49 | 7 | minority opportunity districts.  And |
| 09:48:51 | 8 | so, some value needs to be chosen and |
| 09:48:54 | 9 | 35 percent kind of looks like what |
| 09:48:57 | 10 | most of these plans have --- have |
| 09:48:59 | 11 | settled around. |
| 09:49:00 | 12 | Q.      And just to be clear, you're |
| 09:49:01 | 13 | not representing that a 35 percent |
| 09:49:04 | 14 | threshold demographically stands in |
| 09:49:07 | 15 | for an actual analysis of electoral |
| 09:49:09 | 16 | effectiveness. |
| 09:49:10 | 17 |         Correct? |
| 09:49:11 | 18 | A.      That's correct.  I --- I don't |
| 09:49:12 | 19 | think that we've seen such an |
| 09:49:15 | 20 | analysis. |
| 09:49:15 | 21 | Q.      Okay, thank you very much. |
| 09:49:19 | 22 | A.      Thank you. |
| 09:49:19 | 23 |         JUDGE MCCULLOUGH: |
| 09:49:19 | 24 |         Thank you, Counsel. |
| 09:49:20 | 25 | We'll move to Congressman |

611

```
09:49:36    1    Reschenthaler's group.  Thank you.
09:49:36    2              ATTORNEY HOLCUM:
            3              Your Honor, good
            4    evening.  I will try to keep this
            5    brief.
            6                    ---
            7              CROSS EXAMINATION
            8                    ---
09:49:37    9    BY ATTORNEY HOLCUM:
09:49:37   10    Q.      So there was quite a bit of
09:49:40   11    discussion about the manner in which
09:49:42   12    you assessed the efficiency gap and
09:49:44   13    --- and the mean-median.  And as I
09:49:47   14    understand it, you can correct me if
09:49:53   15    I'm wrong, but your assessment was
09:49:54   16    intended to give that raw figure some
09:49:57   17    context.
09:49:58   18              Is that correct?
09:49:59   19    A.      Yes.
09:49:59   20    Q.      Okay.
09:49:59   21              And why does that even need
09:50:01   22    context?  Why do those measurements
09:50:03   23    need context?
09:50:07   24    A.      Well I think that we've seen a
09:50:09   25    lot of numbers being presented today.
```

612

09:50:10　1　And I think that where, you know, this

09:50:15　2　Court is in the business of evaluating

09:50:18　3　what those numbers mean. And I think

09:50:20　4　that as a person who studies

09:50:24　5　quantitative data, it's really

09:50:29　6　important to be able to convey what

09:50:29　7　those numbers mean to a person who may

09:50:32　8　not be as familiar with those

09:50:33　9　calculations.

09:50:35　10　Q.　And --- and you also study

09:50:36　11　politics? In fact that's your main

09:50:39　12　area of studies.

09:50:40　13　　Is that correct?

09:50:41　14　A.　Yes, that's correct.

09:50:42　15　Q.　Political Science or politics

09:50:43　16　more generally. And so, you would

09:50:45　17　agree with me then that the

09:50:52　18　mean-median and --- and efficiency gap

09:50:55　19　based on your experience is, doesn't

09:50:57　20　account for a variety of factors that

09:50:59　21　in politics affect voter choice and

09:51:06　22　electoral outcomes?

09:51:06　23　A.　Yes, I think that's absolutely

09:51:08　24　the case. Politics is a very messy

09:51:14　25　business.

613

09:51:14    1    Q.      Right.  And so, I would just

09:51:15    2    want to run through a couple of things

09:51:15    3    and you can tell me a few things.

09:51:17    4    Whether you agree that they affect

09:51:18    5    voter choice and candidates, excuse

09:51:20    6    me, the manner in which elections go,

09:51:23    7    and then whether the efficiency gap

09:51:25    8    and the mean-median which you've heard

09:51:28    9    about all day whether they account for

09:51:30    10   it at all.  Whether they're weighted

09:51:32    11   in in any fashion.

09:51:34    12           So incumbency, is that part of

09:51:37    13   the analysis?

09:51:38    14   A.      So it's not directly a part of

09:51:40    15   the computation.  It's like, I suppose

09:51:42    16   you could say a kind of second orderly

09:51:45    17   impacts it and that all these measures

09:51:47    18   are using the votes that people cast.

09:51:49    19   And you know, people use a variety of

09:51:52    20   factors in determining how they vote.

09:51:53    21   Q.      Right.  But there's, it's not a

09:52:03    22   weighted, you know, factor?  It's not

09:52:03    23   part of the equation?  It's not a

09:52:03    24   separat input so to speak.

09:52:03    25           Is that correct?

614

| | | |
|---|---|---|
| 09:52:03 | 1 | A.      That's correct. |
| 09:52:03 | 2 | Q.      Okay. |
| 09:52:04 | 3 | A.      It's not a parameter in the |
| 09:52:05 | 4 | calculation. |
| 09:52:06 | 5 | Q.      Right.  And based on your |
| 09:52:08 | 6 | scholarship, your extensive |
| 09:52:10 | 7 | publications and if you'll --- I saw |
| 09:52:12 | 8 | that you've written a little bit about |
| 09:52:14 | 9 | campaign finance and --- and donor |
| 09:52:14 | 10 | behavior. |
| 09:52:14 | 11 | Is that correct? |
| 09:52:14 | 12 | A.      That's correct, yes. |
| 09:52:26 | 13 | Q.      Would you agree with me that |
| 09:52:28 | 14 | the ability to raise funds can affect |
| 09:52:32 | 15 | election results? |
| 09:52:32 | 16 | A.      Yes. |
| 09:52:32 | 17 | Q.      And you'd agree with me that it |
| 09:52:35 | 18 | can affect it on a congressional |
| 09:52:35 | 19 | level? |
| 09:52:36 | 20 | A.      Yes, absolutely. |
| 09:52:36 | 21 | Q.      And it could cause differences |
| 09:52:38 | 22 | between statewide performance and |
| 09:52:41 | 23 | congressional performance? |
| 09:52:43 | 24 | A.      Yes. |
| 09:52:43 | 25 | Q.      And is that part of the |

615

| | | |
|---|---|---|
| 09:52:45 | 1 | analysis in mean-median and, excuse |
| 09:52:47 | 2 | me, the efficiency gap? |
| 09:52:49 | 3 | A.     Again,  no.  It's not a |
| 09:52:51 | 4 | parameter that's used in the |
| 09:52:53 | 5 | calculation of those metrics. |
| 09:52:59 | 6 | Q.     Okay. |
| 09:53:00 | 7 | So how about just the degree to which |
| 09:53:04 | 8 | voters in that state split their vote? |
| 09:53:07 | 9 | Vote splitting, I'm sure you're |
| 09:53:08 | 10 | familiar with that content --- |
| 09:53:08 | 11 | concept, excuse me? |
| 09:53:11 | 12 | Right? |
| 09:53:11 | 13 | A.     I am familiar, yes.  I'm |
| 09:53:18 | 14 | familiar with that. |
| 09:53:18 | 15 | Q.     And that can, and is that part |
| 09:53:18 | 16 | of the analysis?  A lot of times then |
| 09:53:20 | 17 | I suppose that given the statewide |
| 09:53:24 | 18 | role offices that's somewhat part of |
| 09:53:24 | 19 | the analysis.  But on a localized |
| 09:53:26 | 20 | level, is that part of the analysis? |
| 09:53:29 | 21 | A.     No.  So again, it's going to |
| 09:53:31 | 22 | factor in the probability or the |
| 09:53:32 | 23 | likelihood of a voter splitting their |
| 09:53:35 | 24 | --- splitting their ticket. |
| 09:53:35 | 25 | Q.     Okay. |

616

| | | |
|---|---|---|
| 09:53:44 | 1 | So how about --- and would you |
| 09:53:44 | 2 | agree with me that whether or not a |
| 09:53:47 | 3 | state has state --- straight ticket |
| 09:53:50 | 4 | voting affects down ballot |
| 09:53:57 | 5 | performance? |
| 09:53:58 | 6 | A.      Yes.  I think there's a good |
| 09:53:59 | 7 | bit of research that shows that. |
| 09:54:01 | 8 | Q.      And just to clarify by down |
| 09:54:03 | 9 | ballot, I mean anything below what is, |
| 09:54:03 | 10 | you know, for that year the top |
| 09:54:03 | 11 | office. |
| 09:54:08 | 12 | Correct?  So essentially every |
| 09:54:10 | 13 | year Congress in Pennsylvania at least |
| 09:54:11 | 14 | would be down ballot. |
| 09:54:12 | 15 | Is that correct? |
| 09:54:12 | 16 | A.      Yes.  I mean you can draw |
| 09:54:12 | 17 | particular thresholds about what is or |
| 09:54:13 | 18 | is not down ballot.  But I understand |
| 09:54:13 | 19 | what you're getting at. |
| 09:54:18 | 20 | Q.      Okay. |
| 09:54:18 | 21 | And so, are you aware that in |
| 09:54:20 | 22 | Pennsylvania the 2020 election was the |
| 09:54:24 | 23 | first one that was conducted with no |
| 09:54:27 | 24 | straight party ticket?  No straight |
| 09:54:29 | 25 | party voting at all? |

617

| | | |
|---|---|---|
| 09:54:31 | 1 | A.        I was not aware of that, but I |
| 09:54:33 | 2 | trust that that is the case. |
| 09:54:35 | 3 | Q.        And would you think that that |
| 09:54:37 | 4 | --- that might and would you think, |
| 09:54:39 | 5 | again based on your experience and |
| 09:54:40 | 6 | having studied this field, that that |
| 09:54:43 | 7 | is likely to affect the outcome, |
| 09:54:47 | 8 | likely to have affected it in 2020 and |
| 09:54:50 | 9 | is likely to affect it moving forward? |
| 09:54:52 | 10 | A.        It certainly could, yes. |
| 09:54:53 | 11 | Q.        Okay. |
| 09:54:58 | 12 | So I mean, I lost count frankly |
| 09:54:59 | 13 | but we went through a host of factors |
| 09:55:03 | 14 | that aren't factors in either of those |
| 09:55:05 | 15 | equations. |
| 09:55:08 | 16 | Right?  Whether mean-median or |
| 09:55:11 | 17 | efficiency gap? |
| 09:55:12 | 18 | A.        Yes. |
| 09:55:12 | 19 | Q.        And so the whole point of both |
| 09:55:16 | 20 | of these is to do what exactly?  Both |
| 09:55:19 | 21 | of these measurements?  To predict the |
| 09:55:20 | 22 | future? |
| 09:55:21 | 23 | A.        If I could do that, I wouldn't |
| 09:55:29 | 24 | be here and I'd be much more wealthy. |
| 09:55:29 | 25 | The purpose of --- the purpose of |

618

09:55:32  1    these calculations is to --- to say,

09:55:34  2    well take all of the information, all

09:55:35  3    of the factors that you've described,

09:55:35  4    incumbency, campaign finance, the

09:55:39  5    particular campaigning that goes on

09:55:41  6    around these races.  Take them as

09:55:44  7    given.  Whatever they happen to be,

09:55:47  8    people cast their votes the, you know,

09:55:51  9    the way that they do.  And given that

09:55:52  10   those --- given the way that those

09:55:53  11   votes have been cast, how to have

09:55:55  12   those votes translated into seats?

09:55:58  13   Now of course in these cases, we're

09:55:59  14   not looking at the actual

09:56:01  15   congressional races.  We're looking at

09:56:01  16   proxies for those races by looking at

09:56:07  17   the state wide elections.  And so,

09:56:08  18   that's one of the reasons why I

09:56:09  19   described that I think averages are

09:56:11  20   better because each of these elections

09:56:11  21   is really different from a

09:56:14  22   congressional race.  And nevertheless,

09:56:15  23   these --- these measures are trying to

09:56:17  24   capture on average how our votes

09:56:20  25   translating into seats, or might

619

| | | |
|---|---|---|
| 09:56:24 | 1 | translate into seats. |
| 09:56:25 | 2 | Q.      Right.  Actually a couple of |
| 09:56:27 | 3 | other things I missed.  Does it |
| 09:56:29 | 4 | account for under vote efficiency gap |
| 09:56:31 | 5 | or mean-median?  Which to clarify |
| 09:56:34 | 6 | again, and you can correct me if I'm |
| 09:56:36 | 7 | wrong, under vote is the concept that |
| 09:56:38 | 8 | people vote or tend to skip certain |
| 09:56:41 | 9 | offices as they move down the ballot. |
| 09:56:43 | 10 | Correct?  Right? |
| 09:56:45 | 11 | A.      It --- it can account for it in |
| 09:56:48 | 12 | that it accounts for turnout.  So it |
| 09:56:51 | 13 | could --- it can account for the fact |
| 09:56:53 | 14 | that some races are less, you know, |
| 09:56:55 | 15 | have lower votes than other races. |
| 09:56:59 | 16 | But ---. |
| 09:57:00 | 17 | Q.    But it doesn't account for the |
| 09:57:02 | 18 | under vote of offices at which aren't |
| 09:57:04 | 19 | part of the county. |
| 09:57:04 | 20 | Correct? |
| 09:57:04 | 21 | A.      That ---. |
| 09:57:06 | 22 | Q.      So like it doesn't count for |
| 09:57:09 | 23 | the under vote for congress and --- |
| 09:57:13 | 24 | correct? |
| 09:57:13 | 25 | A.      That's correct.  It only is --- |

620

09:57:13    1    it's only accounting for the elections
09:57:14    2    that are being used.
09:57:14    3    Q.    And we're attempting to
09:57:16    4    ascertain the partisan breakdown of
09:57:17    5    congressional seats.
09:57:17    6          Correct?
09:57:20    7    A.    Yes, that's correct.
09:57:22    8    Q.    Okay.
09:57:22    9          And a couple of other questions
09:57:23    10   and I'll be done.  And so, the whole
09:57:25    11   concept of mean-median and --- and
09:57:27    12   efficiency gap, it's premised on the
09:57:30    13   notion that majority of votes having
09:57:34    14   been cast in a statewide race for a
09:57:38    15   party necessarily must translate to a
09:57:42    16   majority of seats, congressional seats
09:57:46    17   that have been apportioned to that
09:57:46    18   party?
09:57:49    19         Correct?  Or to that state,
09:57:50    20   excuse me.
09:57:54    21   A.    Yeah, I think --- that, I think
09:57:54    22   more or less that's --- that's
09:57:55    23   accurate.  There are, I mean there are
09:57:56    24   subtle differences in how they are,
09:57:59    25   you know, that --- that each of these

621

| | | |
|---|---|---|
| 09:58:00 | 1 | are calculated and they have slightly |
| 09:58:03 | 2 | different interpretations.  But I |
| 09:58:06 | 3 | think you're capturing the kind of |
| 09:58:06 | 4 | broader idea of --- of what these |
| 09:58:07 | 5 | measures are doing. |
| 09:58:08 | 6 | Q.     Okay. |
| 09:58:09 | 7 | And so you've studied, and I |
| 09:58:10 | 8 | noticed one of your publications has |
| 09:58:12 | 9 | to do with the country's founding, our |
| 09:58:17 | 10 | country's founding? |
| 09:58:17 | 11 | A.     Yes. |
| 09:58:17 | 12 | Q.     Correct? |
| 09:58:18 | 13 | A.     Yes. |
| 09:58:18 | 14 | Q.     Okay. |
| 09:58:18 | 15 | So you're familiar with the |
| 09:58:18 | 16 | parliamentary system? |
| 09:58:18 | 17 | Right? |
| 09:58:27 | 18 | A.     I --- I am, yes. |
| 09:58:27 | 19 | Q.     And can you tell us a little |
| 09:58:27 | 20 | bit about that? |
| 09:58:29 | 21 | A.     Well so, I --- I mean, we could |
| 09:58:29 | 22 | sit here for hours. |
| 09:58:34 | 23 | Q.     So --- so basically, for most |
| 09:58:35 | 24 | --- most of the way it works is you |
| 09:58:36 | 25 | vote for the party and the --- the |

622

| | | |
|---|---|---|
| 09:58:37 | 1 | number of seats in parliament are |
| | 2 | assigned based on how, what percentage |
| | 3 | of the vote that party got in an |
| | 4 | election. |
| | 5 | Correct?  Basically. |
| | 6 | Right? |
| | 7 | A.    With some ---. |
| | 8 | Q.    With variations between |
| | 9 | countries? |
| 09:58:45 | 10 | A.    There's lots of variations, but |
| 09:58:46 | 11 | what you're getting at is what's |
| 09:58:47 | 12 | called a PR system. |
| 09:58:50 | 13 | Q.    Right.  So what it really |
| 09:58:51 | 14 | sounds like is an attempt to replicate |
| 09:58:54 | 15 | the parliamentary system. |
| 09:58:54 | 16 | Right? |
| 09:58:59 | 17 | A.    I --- I wouldn't go that far in |
| 09:59:00 | 18 | saying that. |
| 09:59:00 | 19 | Q.    Broadly.  I mean, it's not like |
| 09:59:03 | 20 | a parliamentary sort of type approach, |
| 09:59:03 | 21 | people voting for parties as opposed |
| 09:59:05 | 22 | to people? |
| 09:59:06 | 23 | A.    It is not accounting for the |
| 09:59:08 | 24 | particular candidates if that's what |
| 09:59:10 | 25 | you're getting at. |

623

09:59:11  1   Q.    Right.

09:59:12  2   A.    It's looking at votes for the

09:59:13  3   Democratic party or the Republican

09:59:15  4   party.

09:59:16  5   Q.    Right.  And do people vote for

09:59:18  6   parties or for people for Congress?

09:59:21  7   A.    It depends on who you ask I

09:59:22  8   suppose.

09:59:23  9   Q.    What's on the ballot?

09:59:24  10   A.    It also depends on the state,

09:59:26  11   but sometimes the candidate's name and

09:59:28  12   their party affiliation.

09:59:29  13   Q.    Right.  But their name's always

09:59:31  14   on there though.

09:59:31  15        Right?

09:59:31  16   A.    That is correct.

09:59:34  17   Q.    That --- that is universally

09:59:35  18   true?

09:59:35  19   A.    That is --- that is correct,

09:59:36  20   yes.

09:59:36  21   Q.    Okay.

09:59:43  22        ATTORNEY HOLCUM:

09:59:43  23        No further questions.

09:59:44  24        JUDGE MCCULLOUGH:

09:59:44  25        Okay, thank you,

624

| | | |
|---|---|---|
| 09:59:46 | 1 | Counsel.  I think Mr. Senoff for |
| 09:59:47 | 2 | Representative Clinton and the |
| 09:59:47 | 3 | Democratic caucus. |
| 10:00:12 | 4 | ATTORNEY BARR: |
| 10:00:14 | 5 | I apologize in advance. |
| 10:00:15 | 6 | I have my computer. |
| 10:00:15 | 7 | JUDGE MCCULLOUGH: |
| 10:00:15 | 8 | You still get the same |
| 10:00:17 | 9 | amount of time. |
| 10:00:18 | 10 | ATTORNEY SENOFF: |
| 10:00:18 | 11 | Thank you. |
| 10:00:18 | 12 | JUDGE MCCULLOUGH: |
| 10:00:18 | 13 | Okay? |
| 10:00:18 | 14 | --- |
| 10:00:18 | 15 | CROSS EXAMINATION |
| 10:00:20 | 16 | --- |
| 10:00:20 | 17 | BY ATTORNEY SENOFF: |
| 10:00:20 | 18 | Q.     Doctor Barber, good evening. |
| 10:00:22 | 19 | Are you familiar with the phrases |
| 10:00:23 | 20 | cracking and packing? |
| 10:00:27 | 21 | A.     I am, yes. |
| 10:00:27 | 22 | Q.     And are you familiar with their |
| 10:00:29 | 23 | use in the gerrymander redistricting |
| 10:00:33 | 24 | sense? |
| 10:00:35 | 25 | A.     Yes. |

625

10:00:35  1    Q.      Can you explain for us how you
10:00:38  2    understand them?
10:00:39  3    A.      So in general, when people
10:00:41  4    refer to cracking what they are
10:00:45  5    talking about is taking a group of
10:00:49  6    voters who are geographically
10:00:52  7    concentrated in some way or another
10:00:54  8    and splitting them across a variety of
10:00:58  9    districts so as to minimize the
10:01:03  10   possibility or probability of a
10:01:08  11   district electing the candidate that
10:01:11  12   favors --- or that would align with
10:01:11  13   that, with their party.  So that would
10:01:11  14   be the cracking.
10:01:21  15           Packing would be kind of the
10:01:22  16   opposite of that.  The idea that you
10:01:23  17   take voters that are all very
10:01:25  18   concentrated and place them together
10:01:27  19   in a district so as to concentrate
10:01:30  20   them in as few districts as possible.
10:01:33  21   Q.      Okay.
10:01:34  22           And so how does --- how do
10:01:36  23   those concepts, cracking and packing
10:01:38  24   when it comes to redistricting and
10:01:40  25   gerrymandering, affect what you've

626

| | | |
|---|---|---|
| 10:01:44 | 1 | described here today as political |
| 10:01:47 | 2 | geography?  Or vice versa?  How does |
| 10:01:50 | 3 | political geography affect cracking |
| 10:01:55 | 4 | and packing? |
| 10:01:55 | 5 | A.     So it really depends on how |
| 10:01:57 | 6 | voters are disbursed across the state. |
| 10:02:00 | 7 | And so, if you have a pretty even |
| 10:02:02 | 8 | distribution of voters in terms of the |
| 10:02:04 | 9 | distribution of Republicans and the |
| 10:02:05 | 10 | distribution of Democrats, then it |
| 10:02:07 | 11 | become quite difficult to do either of |
| 10:02:10 | 12 | those things.  As opposed to if you |
| 10:02:13 | 13 | have a state in which voters are |
| 10:02:17 | 14 | geographically concentrated, that |
| 10:02:21 | 15 | would make it obviously then easier. |
| 10:02:24 | 16 | The other thing I would add is that |
| 10:02:29 | 17 | one party's cracking is often the |
| 10:02:32 | 18 | other party's packing.  And so you |
| 10:02:35 | 19 | know, it often depends on the |
| 10:02:36 | 20 | prospective of the person you're |
| 10:02:38 | 21 | talking to as to whether something is |
| 10:02:40 | 22 | or is not cracking or packing. |
| 10:02:42 | 23 | Q.     And when you say one party's |
| 10:02:45 | 24 | cracking is another party's packing, |
| 10:02:47 | 25 | you just mean that if one party would |

627

```
10:02:49   1    prefer to pack a particular area that
10:02:52   2    might result in the cracking of that
10:02:55   3    area when compared to the voting
10:02:57   4    registration of the opposite party in
10:03:02   5    the same area?
10:03:06   6    A.      Yes.  I think that's right.  I
10:03:07   7    --- the only thing I would add is that
10:03:09   8    it, you know, it's not --- there's no
10:03:12   9    kind of bright line on what would or
10:03:17   10   would not constitute cracking or
10:03:19   11   packing.
10:03:20   12   Q.      Okay.
10:03:20   13        If we drew a circle around the
10:03:23   14   City of Pittsburgh within Allegheny
10:03:25   15   County and assigned it one
10:03:27   16   Congressional district, would you
10:03:33   17   consider that to be packing?
10:03:34   18   A.      So I think this is an excellent
10:03:36   19   example because sometimes what might
10:03:38   20   be called intentional partisan
10:03:40   21   gerrymander might actually be the
10:03:42   22   result of the combination of the
10:03:44   23   geography of the state and neutral
10:03:44   24   redistricting criteria.
10:03:47   25   So the example you're giving is really
```

628

10:03:47    1    excellent because the redistricting

10:03:54    2    criteria might say don't split

10:03:56    3    Pittsburgh. What that's --- the

10:03:56    4    impact of that, as I had said earlier,

10:03:59    5    is that you're going to have a

10:04:00    6    district that's going to be intensely

10:04:03    7    Democratic. And so one prospective

10:04:06    8    would look at that and say that's

10:04:07    9    packing, that's clearly

10:04:08    10    gerrymandering. And the other person

10:04:12    11    might say oh no, that's not packing at

10:04:15    12    all. That's just following the

10:04:16    13    neutral redistricting criteria.

10:04:17    14    Q. And so, you would agree with me

10:04:19    15    then that these concepts, these

10:04:21    16    cracking and packing concepts can

10:04:23    17    occur intentionally or by accident?

10:04:32    18    A. Yes. I agree. I think that's

10:04:34    19    definitely the case.

10:04:35    20    Q. And they can be with ill-will

10:04:37    21    or not ill-will?

10:04:43    22    A. Yes, I think that's the case.

10:04:44    23    Q. And so --- I know I'm, you've

10:04:44    24    been here for quite a few hours. So

10:04:44    25    you know that I sound like a broken

629

10:04:46   1    record when I ask you this question,

10:04:48   2    but up didn't consider voter

10:04:51   3    registration when you performed your

10:04:52   4    analysis.

10:04:52   5          Correct?

10:04:56   6    A.      So when --- when you say voter

10:04:58   7    registration, you mean the like

10:04:59   8    declared party of the --- of the

10:05:01   9    individual voters?

10:05:03   10   Q.      Correct.

10:05:04   11   A.      That's correct.  I did not

10:05:06   12   include --- incorporate that.

10:05:10   13   Q.      And when your analysis, your

10:05:11   14   computer analysis was run, there was

10:05:13   15   no other partisan data, including

10:05:15   16   voter registration, included in the

10:05:20   17   analysis that you used to draw the

10:05:23   18   map?  Create the plan?

10:05:28   19   A.      The --- I'm sorry, the ---?

10:05:28   20   Q.      The simulations, yeah.

10:05:30   21   A.      The --- that's correct.  The

10:05:30   22   simulations had no information about

10:05:33   23   the votes cast or the partisan

10:05:37   24   registration of individual voters.

10:05:40   25   Q.      Okay.

630

10:05:41  1        And so, let me ask you a
10:05:43  2    question.  Would you agree with me
10:05:44  3    that the partisan identification of a
10:05:50  4    particular voter is likely the best
10:05:53  5    predictor of that person's voting
10:06:02  6    behavior?
10:06:03  7    A.      I think that that is an
10:06:04  8    accurate assessment of the research on
10:06:17  9    party identification.
10:06:17  10   Q.      And let me ask you, in --- in
10:06:17  11   light of that and in light of the fact
10:06:17  12   that you didn't use the voter
10:06:19  13   registration data in your simulation,
10:06:19  14   what was or the --- was the goal of
10:06:22  15   your simulations to try and generate
10:06:24  16   random plans that would create
10:06:30  17   Congressional districts that meet what
10:06:32  18   we've referred to as the big six
10:06:36  19   criteria, but not to favor any party?
10:06:42  20   A.      I think that's a good
10:06:43  21   description of what's going on.  It's
10:06:45  22   --- we're saying let's --- we --- we
10:06:48  23   want a set of maps that we know with
10:06:50  24   certainty the criteria that were used,
10:06:51  25   and we agree that those criteria

631

| | | |
|---|---|---|
| 10:06:53 | 1 | should be used in the drawing of maps. |
| 10:06:56 | 2 | And then given that that's the case, |
| 10:06:59 | 3 | we want to see what the simulated maps |
| 10:07:02 | 4 | produce. |
| 10:07:02 | 5 | Q.     And is it fair to say that the |
| 10:07:04 | 6 | goal of the simulated maps then would |
| 10:07:07 | 7 | be to try and produce as many, I know |
| 10:07:10 | 8 | there's different words for this, but |
| 10:07:12 | 9 | competitive districts or balance |
| 10:07:14 | 10 | districts?  Districts where, you know, |
| 10:07:18 | 11 | it's not 90 percent one party and 10 |
| 10:07:21 | 12 | percent the other party? |
| 10:07:24 | 13 | A.     It's not --- sorry.  So I --- I |
| 10:07:27 | 14 | want to make sure I understand your |
| 10:07:29 | 15 | question.  You're saying it's the |
| 10:07:30 | 16 | intention of the simulations to |
| 10:07:32 | 17 | produce those? |
| 10:07:34 | 18 | Q.     Yes.  So in other words, is it |
| 10:07:34 | 19 | simply the intention of the simulation |
| 10:07:37 | 20 | to, and I don't mean crack but to |
| 10:07:42 | 21 | divide the state into 17 Congressional |
| 10:07:46 | 22 | districts that meet the big six |
| 10:07:48 | 23 | criteria and stop there regardless of |
| 10:07:49 | 24 | what the competitive nature of those |
| 10:07:52 | 25 | districts might be in any given |

632

| | | |
|---|---|---|
| 10:07:54 | 1 | Congressional election? |
| 10:07:56 | 2 | A.      I --- I see what you're saying. |
| 10:07:57 | 3 | I think that's --- I think that's |
| 10:07:58 | 4 | accurate.  The intention is to draw |
| 10:08:01 | 5 | districts using only the criteria that |
| 10:08:06 | 6 | we have discussed, and then after the |
| 10:08:07 | 7 | fact we can evaluate those plans on |
| 10:08:10 | 8 | all these other criteria that you're |
| 10:08:12 | 9 | describing.  The competitiveness or |
| 10:08:15 | 10 | the partisan lean or, you know, you |
| 10:08:17 | 11 | could, whatever criteria you wanted, |
| 10:08:18 | 12 | you could apply that to the |
| 10:08:20 | 13 | simulations post hoc and see how they |
| 10:08:27 | 14 | measure. |
| 10:08:27 | 15 | Q.      And so, in thinking about your |
| 10:08:30 | 16 | simulations and the --- what the |
| 10:08:35 | 17 | simulation produced, is it fair to say |
| 10:08:39 | 18 | that the simulation produced 17 random |
| 10:08:42 | 19 | Congressional districts that met these |
| 10:08:47 | 20 | six criteria? |
| 10:08:48 | 21 | A.      Well, it produces 50,000 of |
| 10:08:50 | 22 | them, but yes.  I think that's ---. |
| 10:08:50 | 23 | Q.      Well yes.  In other words, it |
| 10:08:52 | 24 | produced 50,000 versions of a 17 |
| 10:08:56 | 25 | district map that meets the big six |

633

| | | |
|---|---|---|
| 10:09:00 | 1 | criteria? |
| 10:09:02 | 2 | A.      Yes, that's correct. |
| 10:09:04 | 3 | Q.      And would you --- did --- did I |
| 10:09:06 | 4 | hear you correctly earlier when you |
| 10:09:09 | 5 | said you had not published any |
| 10:09:19 | 6 | scholarly works on gerrymandering? |
| 10:09:20 | 7 | A.      So I do not have any published |
| 10:09:22 | 8 | research in --- in this area.  I have, |
| 10:09:23 | 9 | as I said I --- I'm very familiar with |
| 10:09:25 | 10 | the literature.  I teach about this in |
| 10:09:28 | 11 | my congressional representation class. |
| 10:09:31 | 12 | And then as I said, a lot of |
| 10:09:32 | 13 | experience in doing this in --- on the |
| 10:09:34 | 14 | litigation side of things. |
| 10:09:36 | 15 | Q.      And in 2015, isn't it accurate |
| 10:09:39 | 16 | that there was a book published by the |
| 10:09:41 | 17 | Cambridge University press in which |
| 10:09:43 | 18 | you contributed a chapter? |
| 10:09:48 | 19 | A.      Yes. |
| 10:09:49 | 20 | Q.      What was that book called if |
| 10:09:51 | 21 | you recall? |
| 10:09:51 | 22 | A.      That is stretching my memory. |
| 10:09:54 | 23 | I --- I don't recall the exact, the |
| 10:09:57 | 24 | title of it. |
| 10:09:57 | 25 | Q.      Okay. |

634

| | |
|---|---|
| 10:09:58 | 1 |

10:09:58    1    And if I suggested to you that

10:10:01    2    the book was called Solutions to

10:10:03    3    Political Polarization in America,

10:10:03    4    would that refresh your recollection?

10:10:11    5    A.    That sounds correct, yes.

10:10:13    6    Q.    And if I suggested to you that

10:10:13    7    you wrote the second chapter, you

10:10:16    8    co-wrote it with another gentleman

10:10:18    9    Nolan McCarty, is that accurate?

10:10:18   10    A.    Yes, that's correct.

10:10:19   11    Q.    And the title of that chapter

10:10:22   12    was Causes and Consequences of

10:10:28   13    Polarization.

10:10:28   14    Correct?

10:10:28   15    A.    Yes, that's correct.

10:10:29   16    Q.    So in --- in that chapter, is

10:10:31   17    it accurate that you had an entire

10:10:34   18    section devoted to gerrymandering?

10:10:38   19    A.    Yes, there is a section there

10:10:41   20    that discusses gerrymandering.

10:10:42   21    Q.    And in that section, am I

10:10:47   22    correct that you concluded that the

10:10:53   23    data that you had collected did not

10:10:54   24    support the argument that

10:11:03   25    gerrymandering is producing districts

635

| | | |
|---|---|---|
| 10:11:05 | 1 | that contain heavy partisan |
| 10:11:08 | 2 | majorities, thereby leading to extreme |
| 10:11:10 | 3 | representatives.  Rather more of the |
| 10:11:13 | 4 | observed polarization can be explained |
| 10:11:16 | 5 | by the difference between the parties |
| 10:11:17 | 6 | in relatively moderate and competitive |
| 10:11:20 | 7 | districts. |
| 10:11:21 | 8 | Is that accurate? |
| 10:11:22 | 9 | A.    Yes, I think that's --- I think |
| 10:11:24 | 10 | that's a very accurate depiction of |
| 10:11:27 | 11 | the contemporary political landscape. |
| 10:11:29 | 12 | Q.    And so, is it your testimony |
| 10:11:31 | 13 | then that the creation of 17 districts |
| 10:11:35 | 14 | randomly that met the big six criteria |
| 10:11:39 | 15 | and also happen to be all competitive |
| 10:11:43 | 16 | or majority competitive might result |
| 10:11:46 | 17 | in a more polarized Congressional |
| 10:11:53 | 18 | delegation from Pennsylvania to |
| 10:11:55 | 19 | Washington than a 50/50 split? |
| 10:11:59 | 20 | A.    So I --- I think what we're |
| 10:12:01 | 21 | trying to communicate in that article |
| 10:12:03 | 22 | is that one of the contentions that's |
| 10:12:12 | 23 | often used or one of the things that |
| 10:12:12 | 24 | people often contend is that one of |
| 10:12:13 | 25 | the reasons for why politics is so |

636

| | | |
|---|---|---|
| 10:12:17 | 1 | polarized today is because of |
| 10:12:18 | 2 | gerrymandering.  And our argument in |
| 10:12:20 | 3 | that article is that that is, that's |
| 10:12:21 | 4 | not the case.  The data do not support |
| 10:12:23 | 5 | that conclusion. |
| 10:12:24 | 6 | And one of the reasons for that |
| 10:12:26 | 7 | is what we do is we say well let's |
| 10:12:27 | 8 | look at how --- how do Democrats |
| 10:12:29 | 9 | elected from overwhelmingly Democratic |
| 10:12:33 | 10 | districts, how do they vote compared |
| 10:12:35 | 11 | to Democrats who are elected from very |
| 10:12:38 | 12 | competitive districts?  And there are |
| 10:12:39 | 13 | differences, but they're not nearly as |
| 10:12:45 | 14 | large as Democrats and Republicans who |
| 10:12:45 | 15 | are elected from districts that |
| 10:12:49 | 16 | actually look quite similar.  And so |
| 10:12:50 | 17 | our conclusion there is that the |
| 10:12:53 | 18 | partisan composition of the district |
| 10:12:53 | 19 | has less of an impact on the behavior |
| 10:12:56 | 20 | of a legislator than the partisan |
| 10:13:00 | 21 | affiliation of the legislator has on |
| 10:13:03 | 22 | their behavior. |
| 10:13:04 | 23 | Q.    And, but you know, you agreed |
| 10:13:06 | 24 | with me earlier that the partisan |
| 10:13:08 | 25 | identification of a voter is more |

637

10:13:11    1    predictive of the voter's voting

10:13:14    2    habits.

10:13:14    3         Correct?

10:13:16    4    A.      Yes, that is a correct.

10:13:16    5    Q.      And in fact, that conclusion is

10:13:18    6    in the article before the

10:13:23    7    gerrymandering, in that chapter before

10:13:23    8    gerrymandering section.

10:13:23    9         Correct?

10:13:26   10    A.      Yes, that's correct.

10:13:27   11    Q.      And yet, given that and given

10:13:29   12    the fact that there are, you would

10:13:31   13    agree with me there, you testified

10:13:32   14    there's 50,000 different ways to ---

10:13:35   15    to cut this map and still meet the

10:13:38   16    requirements, don't you think it ---

10:13:40   17    well. Isn't it worth while to

10:13:42   18    consider that not post hoc, but while

10:13:47   19    you are actually creating the map? Or

10:13:50   20    at least --- let me rephrase that

10:13:52   21    question, I apologize.

10:13:53   22         At least prior to enacting the

10:13:57   23    map, don't you think it would be

10:13:58   24    better to generate perhaps your ---

10:14:02   25    one of your 50,000 maps and then super

638

10:14:06    1    impose upon it the party affiliation

10:14:14    2    of the various voters in those

10:14:14    3    districts?

10:14:17    4    A.      So I ---.

10:14:19    5    Q.      What you described as post hoc?

10:14:19    6    A.      So are you --- are you saying

10:14:19    7    to then look, so look at how a map

10:14:24    8    performs in terms of the partisanship

10:14:29    9    of the districts that are ---.

10:14:30   10    Q.      After you generated it using

10:14:31   11    your simulation?

10:14:32   12    A.      Yes, I --- I think that's an

10:14:34   13    important step.  I --- I think I do

10:14:35   14    that in the --- in the report.

10:14:36   15    Q.      And so, once you do that, is it

10:14:40   16    your opinion that given what we've

10:14:43   17    discussed about polarization and party

10:14:48   18    performance by voters, is it in your

10:14:52   19    opinion better or worse to have

10:14:55   20    moderate or competitive districts

10:14:57   21    versus some districts that are

10:15:00   22    completely one way or the other?

10:15:04   23    A.      I --- I think in my report I

10:15:08   24    say that highly competitive districts

10:15:11   25    are --- are a good thing.  For, you

639

10:15:12    1    know, for the Democratic process.

10:15:14    2    That having a number of competitive

10:15:16    3    districts is good because legislators

10:15:20    4    are more responsive when they're, you

10:15:23    5    know, they're in danger of losing

10:15:25    6    their seat.

10:15:30    7                    ATTORNEY BARR:

10:15:30    8                    Thank you, Doctor.  I

10:15:31    9    don't have any further questions.

10:15:32   10                    JUDGE MCCULLOUGH:

10:15:32   11                    Thank you, Counsel.  We

10:15:33   12    have the Senate Democratic

10:15:36   13    Intervenors, Attorney Attisano.

10:15:36   14                         - - -

10:15:36   15               CROSS EXAMINATION

10:15:55   16                         - - -

10:15:55   17    BY ATTORNEY ATTISANO:

10:15:59   18    Q.      You're familiar with the 2011

10:16:02   19    map, congressional districting map

10:16:03   20    from Pennsylvania.

10:16:03   21            Correct?

10:16:04   22    A.      Yes.

10:16:04   23    Q.      How are you familiar with it?

10:16:07   24    A.      It's --- it was, you know, it

10:16:09   25    was a very big case which garnered

640

10:16:13    1    National attention.  And so, I'm aware
10:16:15    2    of it in that way.  I'm aware that
10:16:17    3    it's been made, you know, it's been
10:16:20    4    referenced in a number of occasions in
10:16:23    5    the various reports that have been
10:16:27    6    submitted in this case.  And I think
10:16:28    7    more broadly and among political
10:16:31    8    scientists who study these sorts of
10:16:35    9    things, it's a pretty noteworthy ---
10:16:38   10    it's a pretty noteworthy example of
10:16:38   11    redistricting litigation.  Or it was
10:16:45   12    subject to redistricting litigation.
10:16:45   13    Q.     Did you run it through your
10:16:46   14    analysis to get a baseline of the
10:16:48   15    accuracy of your analysis?
10:16:52   16    A.     I did not.  I did not
10:16:54   17    incorporate that plan into my
10:16:58   18    analysis.
10:16:58   19    Q.     But, let me rephrase the
10:16:59   20    question.  Did you --- did you run it
10:17:00   21    at all through your analysis?  Not
10:17:02   22    whether you put it in your report or
10:17:05   23    not, did you run it at all through
10:17:09   24    your analysis?
10:17:10   25    A.     The 2011 map, no I did not.

641

10:17:13    1    Q.       Why didn't you run it through
10:17:14    2    your analysis?
10:17:16    3    A.       It --- my objective was to
10:17:18    4    evaluate the HB-2146 map as well as
10:17:21    5    the maps that have been presented in
10:17:24    6    this particular case.  And so, I did
10:17:26    7    not see it as being particularly
10:17:29    8    beneficial to look at that map.
10:17:33    9    Q.       You gave certain opinions about
10:17:35   10    how many Democratic leaning districts
10:17:39   11    each map would yield.
10:17:40   12             Correct?
10:17:41   13    A.       Yes.
10:17:42   14    Q.       Okay.
10:17:43   15             So you agree if you ran the
10:17:45   16    2011 map through your analysis, you
10:17:48   17    could have seen how close your
10:17:50   18    analysis gets to actual reality of how
10:17:55   19    many districts a map yields?
10:17:57   20    You agree with that.
10:17:57   21             Right?
10:17:59   22    A.       I see --- I understand now what
10:18:06   23    you're asking, and yes that certainly
10:18:07   24    is a possibility.  You --- you could
10:18:08   25    have done that, yes.

642

| | | |
|---|---|---|
| 10:18:09 | 1 | Q.      It's the only way you could |
| 10:18:11 | 2 | determine how accurate your analysis |
| 10:18:17 | 3 | is. |
| 10:18:18 | 4 | Correct? |
| 10:18:18 | 5 | A.      I don't think that's a correct |
| 10:18:20 | 6 | assessment.  I --- I don't want to |
| 10:18:23 | 7 | convey that these --- these indices |
| 10:18:28 | 8 | that are being used by a variety of |
| 10:18:33 | 9 | experts to predict the partisan lean |
| 10:18:33 | 10 | of these maps are perfect.  I think in |
| 10:18:40 | 11 | my report, I specifically include a |
| 10:18:42 | 12 | paragraph that says that that's not |
| 10:18:43 | 13 | the case.  These indices are --- are |
| 10:18:45 | 14 | estimates, and they're, you know, |
| 10:18:46 | 15 | estimates always contain uncertainty. |
| 10:18:50 | 16 | And so, you know, we're --- we're |
| 10:18:52 | 17 | estimating but we're obviously not |
| 10:18:54 | 18 | going to perfectly predict because |
| 10:18:56 | 19 | these are not Congressional elections |
| 10:18:58 | 20 | that are being used in these indices |
| 10:19:06 | 21 | by me or by others.  These are auditor |
| 10:19:06 | 22 | races or treasurer races, those --- |
| 10:19:06 | 23 | those sorts of things. |
| 10:19:06 | 24 | Q.      So we agree you can't predict |
| 10:19:08 | 25 | the future obviously. |

643

| | | |
|---|---|---|
| 10:19:10 | 1 | Correct? |
| 10:19:10 | 2 | A.     Correct. |
| 10:19:10 | 3 | Q.     But you can test your |
| 10:19:12 | 4 | methodology and your analysis against |
| 10:19:17 | 5 | what has already happened in the past. |
| 10:19:19 | 6 | You can do that. |
| 10:19:20 | 7 | Correct? |
| 10:19:20 | 8 | A.     Yes, you could. |
| 10:19:21 | 9 | Q.     And you decided not to do that |
| 10:19:24 | 10 | with the 2011 map when you could have. |
| 10:19:24 | 11 | Correct? |
| 10:19:25 | 12 | A.     That's correct. |
| 10:19:27 | 13 | Q.     Did you consider responsiveness |
| 10:19:29 | 14 | in your analysis? |
| 10:19:34 | 15 | A.     I have --- well I'm not sure |
| 10:19:36 | 16 | exactly what you mean by that. |
| 10:19:38 | 17 | Q.     So, are you familiar with the |
| 10:19:41 | 18 | concept of a winner bonus? |
| 10:19:43 | 19 | A.     Yes, I am. |
| 10:19:44 | 20 | Q.     Could you tell us what your |
| 10:19:47 | 21 | understanding of that is? |
| 10:19:47 | 22 | A.     So the idea is that in the |
| 10:19:50 | 23 | empirical --- in the empirical |
| 10:19:55 | 24 | literature, if we look at elections |
| 10:19:57 | 25 | over time it tends to be the case that |

644

10:19:58    1    the party that wins a majority of the

10:20:01    2    votes tends to win more seats than

10:20:05    3    their vote share would, if you took a

10:20:07    4    one to one comparison, it tends to be

10:20:11    5    a little higher than that.

10:20:14    6    Q.      Okay.

10:20:14    7            And are you aware that

10:20:16    8    responsiveness is how much a seat

10:20:19    9    chair changes as a function of a

10:20:22   10    change in vote share?  For example,

10:20:24   11    the steepness of the seat's votes

10:20:27   12    function is called its responsiveness.

10:20:30   13    Are you generally familiar with that

10:20:32   14    concept?

10:20:33   15    A.      Yes.

10:20:33   16    Q.      Okay.

10:20:33   17            And --- and so you --- you

10:20:34   18    didn't do any responsiveness analysis

10:20:37   19    in your overall analysis?

10:20:38   20            Is that correct?

10:20:41   21    A.      I don't think that that is an

10:20:43   22    accurate description.  I think the

10:20:45   23    analysis where I look at the

10:20:50   24    competitiveness of the districts, I

10:20:52   25    think that gets to this idea because

645

| Time | Line | Text |
|---|---|---|
| 10:20:55 | 1 | if a --- if a plan is going to |
| 10:20:59 | 2 | responsive to voters, there needs to |
| 10:21:01 | 3 | be districts that can --- that can |
| 10:21:03 | 4 | change, that can switch parties.  The |
| 10:21:04 | 5 | districts that are out at the edges |
| 10:21:06 | 6 | aren't, you know, there's just no way |
| 10:21:07 | 7 | that those districts are ever going to |
| 10:21:07 | 8 | flip.  But these competitive districts |
| 10:21:14 | 9 | which I highlight, those are the |
| 10:21:15 | 10 | districts where you're going to see |
| 10:21:18 | 11 | turnover in terms of the party that |
| 10:21:20 | 12 | represents those seats. |
| 10:21:21 | 13 | Q.     And that's competitiveness |
| 10:21:24 | 14 | based on the relationship with those |
| 10:21:28 | 15 | maps and the 50,000 random maps your |
| 10:21:34 | 16 | logarithm generated. |
| 10:21:34 | 17 |     Is that correct? |
| 10:21:35 | 18 | A.     No, I'm sorry.  I should |
| 10:21:37 | 19 | clarify.  That's simply looking at the |
| 10:21:39 | 20 | plan and how many districts in that |
| 10:21:42 | 21 | plan have a partisan index that is |
| 10:21:49 | 22 | close to .25.  So that's not drawing |
| 10:21:51 | 23 | any comparison to the simulations. |
| 10:21:53 | 24 | That's just saying across these |
| 10:21:55 | 25 | statewide races, how many districts |

646

| | |
|---|---|
| 10:22:05 | 1 | are --- are close to .5, close to 50 |
| 10:22:05 | 2 | percent?  That --- that's what I mean |
| 10:22:05 | 3 | when I am referring to |
| 10:22:07 | 4 | competitiveness. |
| 10:22:07 | 5 | Q.      Okay. |
| 10:22:07 | 6 |       And let's talk about the 50,000 |
| 10:22:09 | 7 | plans that your logarithm generated. |
| 10:22:13 | 8 | You told one of the attorneys that was |
| 10:22:15 | 9 | asking you questions that you did not |
| 10:22:20 | 10 | adhere to equal population and you had |
| 10:22:22 | 11 | a variance of 30 --- up to 3,800 |
| 10:22:23 | 12 | people per district? |
| 10:22:23 | 13 |       Correct? |
| 10:22:30 | 14 | A.      Yes, that's correct. |
| 10:22:31 | 15 | Q.      Okay. |
| 10:22:31 | 16 |       And also that you did not do |
| 10:22:32 | 17 | your analysis to avoid the ward |
| 10:22:35 | 18 | splits. |
| 10:22:35 | 19 |       Correct? |
| 10:22:37 | 20 | A.      That's correct. |
| 10:22:37 | 21 | Q.      And you agree that you chose a |
| 10:22:41 | 22 | compactness score that represented |
| 10:22:43 | 23 | districts that were less compact |
| 10:22:45 | 24 | compared to the compactness scores of |
| 10:22:47 | 25 | all the maps submitted in this |

647

| | | |
|---|---|---|
| 10:22:50 | 1 | litigation. |
| 10:22:50 | 2 | Correct? |
| 10:22:51 | 3 | A.    I would just clarify that I |
| 10:22:53 | 4 | don't --- the model does not --- you |
| 10:22:57 | 5 | don't tell the model to create a |
| 10:22:59 | 6 | particular compactness score.  The --- |
| 10:23:00 | 7 | you instruct the model to give |
| 10:23:03 | 8 | preference to the generation of |
| 10:23:04 | 9 | districts that are compact and each of |
| 10:23:07 | 10 | the 50,000 maps has a different |
| 10:23:12 | 11 | compactness score.  And so, I report |
| 10:23:14 | 12 | the --- the median of those 50,000 |
| 10:23:16 | 13 | plans, but then also the full range. |
| 10:23:18 | 14 | And so there are some plans that have |
| 10:23:19 | 15 | much higher scores and there are some |
| 10:23:21 | 16 | plans that have lower scores. |
| 10:23:23 | 17 | Q.    Okay. |
| 10:23:24 | 18 | So when --- when we talk about |
| 10:23:28 | 19 | your 50,000 maps, it's just not |
| 10:23:30 | 20 | accurate to say that they meet the six |
| 10:23:34 | 21 | traditional redistricting principles? |
| 10:23:37 | 22 | Is that correct? |
| 10:23:38 | 23 | A.    I think aside from the |
| 10:23:42 | 24 | discussion we've had about equal |
| 10:23:42 | 25 | population and the reasons for needing |

648

10:23:45  1    to allow the model some amount of

10:23:48  2    deviation in terms of that criteria.

10:23:51  3    On the other criteria, I suppose like

10:23:56  4    setting aside wards in Philadelphia,

10:23:59  5    the model is meeting the criteria that

10:24:02  6    we're --- we've been discussing.

10:24:04  7    Q.    Do you agree that the need, the

10:24:06  8    constitutional requirement for equal

10:24:08  9    population will necessarily mean we

10:24:13  10   have certain county and municipal

10:24:14  11   splits.

10:24:15  12        Correct?

10:24:15  13   A.    Yes, I agree that that is going

10:24:18  14   to be the case.

10:24:19  15   Q.    And with respect to splitting

10:24:23  16   Pittsburgh, you spoke critically of

10:24:26  17   splitting Pittsburgh.

10:24:28  18        Correct?

10:24:28  19   A.    I indicated that I --- it to me

10:24:33  20   it's an unusual choice.

10:24:39  21   Q.    Communities of interests should

10:24:42  22   be considered when deciding which

10:24:44  23   municipalities to split.  You agree

10:24:46  24   with that.

10:24:46  25        Right?

649

10:24:48  1    A.      I think it's one of the factors

10:24:51  2    that can be considered, but I think

10:24:54  3    there are other factors that might

10:24:56  4    also contribute to a decision that a

10:25:01  5    map maker makes as to which particular

10:25:01  6    counties or municipalities to split

10:25:07  7    and --- and how to split them.

10:25:08  8    Q.      And you're aware that the 2018

10:25:12  9    map had two municipal splits in

10:25:14  10   Allegheny County.

10:25:15  11           Correct?

10:25:16  12   A.      I --- I trust that that is ---

10:25:16  13   Q.      Sure.

10:25:16  14   A.      --- that is true.  I couldn't

10:25:16  15   identify them off the top of my head

10:25:23  16   for you.

10:25:23  17   Q.      And you have no reason to doubt

10:25:25  18   that the senate Democrat's map number

10:25:30  19   one also has two municipal splits in

10:25:32  20   Allegheny County?

10:25:33  21   A.      Again, a few days ago I

10:25:36  22   probably could have pointed them out

10:25:38  23   exactly to you, but at this moment I

10:25:41  24   --- I trust that your representation

10:25:42  25   is correct.

650

10:25:44  1    Q.      So with respect to splitting
10:25:46  2    Pittsburgh, did you do any analysis
10:25:51  3    with respect to Pittsburgh in its
10:25:52  4    uniqueness related to communities of
10:25:56  5    interest?
10:26:03  6    A.      I'm, so I look at the split of
10:26:03  7    Pittsburgh in terms of the proportion
10:26:06  8    of the city that is allocated to each
10:26:08  9    of the districts.  I'm not entirely
10:26:11  10   certain what you mean beyond in terms
10:26:12  11   of other definitions of communities of
10:26:15  12   interest.
10:26:15  13   Q.      Well, are you aware that
10:26:16  14   Pittsburgh's really a --- it's really
10:26:21  15   a constellation of neighborhoods that
10:26:21  16   are separated by national --- natural
10:26:29  17   geographic borders such as rivers and
10:26:30  18   mountains.
10:26:30  19           Are you aware of that?
10:26:31  20   A.      I've --- I mean, I'm aware of
10:26:33  21   the geography of the city.
10:26:35  22   Q.      Pittsburgh has three rivers,
10:26:37  23   466 bridges and most bridges in the
10:26:45  24   entire world more than Venice?  Are
10:26:46  25   you aware of that?

651

10:26:47    1    A.        I was not aware of the

10:26:48    2    particular number, but I am aware that

10:26:50    3    it has three rivers and that it has a

10:26:52    4    very unique geography in that way.

10:26:54    5    Q.        And we have unique

10:26:54    6    neighborhoods in Pittsburgh as well.

10:26:57    7    We have the east end, the north side

10:26:58    8    which formally was Allegheny City.  We

10:27:01    9    have the west end, we have the south

10:27:04   10    side, the South Side Slopes, we have

10:27:05   11    the Brookline, Beechview

10:27:07   12    neighborhoods.  And a lot of these

10:27:07   13    neighborhoods are split by natural

10:27:11   14    geography, and they all contain their

10:27:14   15    own unique individual cultures.  And

10:27:15   16    do you have any familiarity with that?

10:27:18   17    A.        Not to the degree that you are

10:27:19   18    describing, no.

10:27:20   19    Q.        And are you aware that, you

10:27:26   20    know, the neighborhoods in Pittsburgh

10:27:29   21    in the southern and western

10:27:30   22    communities are areas that are more

10:27:36   23    residential as opposed to the downtown

10:27:39   24    part of Pittsburgh, and you know, in

10:27:39   25    most cases they have closer ties to

652

10:27:39   1    the suburban neighbors south of the

10:27:42   2    city.   Especially in the South Hills

10:27:43   3    area with the west end neighbors.   Do

10:27:46   4    you have any familiarity with that?

10:27:51   5    A.      So again, to the degree that

10:27:53   6    you are describing, no, I'm not that

10:27:53   7    familiar with the geography of

10:27:55   8    Pittsburgh.

10:27:56   9    Q.      Mount Washington, Allentown,

10:27:58   10   Overbrook, and Beechview, they share

10:27:58   11   the T with Dormont, Castle Shannon,

10:28:01   12   Mount Lebanon and Bethel Park.   And

10:28:06   13   the last four places I listed are not

10:28:09   14   within the City of Pittsburgh.   Again,

10:28:09   15   you're not familiar with that more

10:28:11   16   than what I'm just telling you now.

10:28:11   17          Right?

10:28:12   18   A.      That's correct.

10:28:13   19   Q.      And people actually when

10:28:14   20   they're in the South Hills, they

10:28:17   21   regularly mistake it --- mistakenly

10:28:21   22   refer to Banksville area as Green Tree

10:28:22   23   City.   So they're outside the city ---

10:28:22   24   sorry, they're in the city and they

10:28:27   25   don't even realize it sometimes.   They

653

| | | |
|---|---|---|
| 10:28:28 | 1 | believe they're in Banksville --- |
| 10:28:30 | 2 | Banksville area or they believe |
| 10:28:31 | 3 | they're in Green Tree City at times. |
| 10:28:33 | 4 | And the Brownsville Road Business |
| 10:28:35 | 5 | District unites the South Slopes, |
| 10:28:35 | 6 | Arlington, Knoxville, and Carrick.  In |
| 10:28:38 | 7 | the city with boroughs of Mount |
| 10:28:40 | 8 | Oliver, Brentwood, Baldwin, and |
| 10:28:42 | 9 | Whitehall which are all not in the |
| 10:28:44 | 10 | city.  And in the spider like city |
| 10:28:46 | 11 | border on our western edge, it's hard |
| 10:28:47 | 12 | to know when you're in Pittsburgh or |
| 10:28:49 | 13 | when you're in Crafton, Carnegie, |
| 10:28:49 | 14 | Ingram or McKees Rocks.  But no |
| 10:28:52 | 15 | familiarity with that other than what |
| 10:28:54 | 16 | I'm telling you now. |
| 10:28:54 | 17 | Right? |
| 10:28:55 | 18 | A.    No, I'm --- I'm not that |
| 10:28:56 | 19 | familiar with it. |
| 10:28:59 | 20 | Q.    And in Pittsburgh, it's a big |
| 10:29:01 | 21 | deal for someone to move from one |
| 10:29:04 | 22 | neighborhood across the river to |
| 10:29:04 | 23 | another neighborhood.  But you have no |
| 10:29:07 | 24 | familiarity with that, do you? |
| 10:29:08 | 25 | A.    I mean, I'm sure that --- that |

654

| | | |
|---|---|---|
| 10:29:10 | 1 | is the case as it would be in the city |
| 10:29:12 | 2 | that I live in if one were move to the |
| 10:29:18 | 3 | other side the City.  The other side |
| 10:29:20 | 4 | of the city might look very different. |
| 10:29:20 | 5 | Q.     And you're aware that right |
| 10:29:22 | 6 | now, Allegheny County currently has |
| 10:29:24 | 7 | --- well, let me strike that. |
| 10:29:28 | 8 | All that information was |
| 10:29:29 | 9 | available to you in --- in the Lamb |
| 10:29:33 | 10 | report that was submitted with our |
| 10:29:36 | 11 | brief.  You didn't review that before |
| 10:29:42 | 12 | you gave your answers in your |
| 10:29:42 | 13 | testimony today. |
| 10:29:43 | 14 | Is that correct? |
| 10:29:44 | 15 | A.     I --- I mean, as --- as we are |
| 10:29:45 | 16 | all aware, we had about 24 hours.  And |
| 10:29:48 | 17 | so I ---. |
| 10:29:49 | 18 | Q.     And I have about one minute, so |
| 10:29:51 | 19 | I'm going to cut you off. |
| 10:29:52 | 20 | A.     Okay. |
| 10:29:53 | 21 | Q.     You're also aware that right |
| 10:29:54 | 22 | now in Allegheny County, Allegheny |
| 10:29:59 | 23 | County has two Democratic |
| 10:30:05 | 24 | representatives in Congress?  You're |
| 10:30:05 | 25 | aware of that. |

655

10:30:05    1          Correct?  Congressman Conor

10:30:06    2    Lamb and Congressman Mike Doyle

10:30:08    3    represent Allegheny County in

10:30:11    4    Congress?

10:30:11    5    A.      That's correct.

10:30:12    6    Q.      Okay.

10:30:12    7          And also, you're probably not

10:30:14    8    aware of the voting patterns within

10:30:16    9    the City, but we just had a mayoral

10:30:16   10    election in which a Democratic

10:30:16   11    candidate, Ed Gainey, was successful

10:30:25   12    when he ran against Republican

10:30:26   13    candidate Tony Marino?  Did you do any

10:30:28   14    analysis of that whatsoever when

10:30:30   15    trying to determine communities of

10:30:35   16    interest for the City of Pittsburgh?

10:30:38   17    A.      I did not consider mayoral

10:30:41   18    elections in my analysis.

10:30:41   19    Q.      And more specifically, the

10:30:43   20    voting pattern.  You can actually see

10:30:45   21    that there is geographic neighborhoods

10:30:45   22    track the voting pattern in that

10:30:49   23    election with respect to the

10:30:50   24    Republican candidate and Democratic

10:30:53   25    candidate that goes beyond just

656

| | |
|---|---|
| 10:30:57 | 1 |
| 10:30:58 | 2 |
| 10:31:00 | 3 |
| 10:31:00 | 4 |
| 10:31:02 | 5 |
| 10:31:02 | 6 |
| 10:31:05 | 7 |
| 10:31:07 | 8 |
| 10:31:15 | 9 |
| 10:31:20 | 10 |
| 10:31:20 | 11 |
| 10:31:20 | 12 |
| 10:31:22 | 13 |
| 10:31:22 | 14 |
| 10:31:22 | 15 |
| 10:31:23 | 16 |
| 10:31:30 | 17 |
| 10:31:30 | 18 |
| 10:31:31 | 19 |
| 10:31:31 | 20 |
| 10:31:32 | 21 |
| 10:31:35 | 22 |
| 10:31:35 | 23 |
| 10:31:35 | 24 |
| 10:31:35 | 25 |

1  registration.  And that's nothing you

2  consider in making your opinions, is

3  it?

4  A.    I certainly look at the

5  partisan distribution of voters in

6  Pittsburgh and the broader Allegheny

7  County area.  I did not specifically

8  look at partisan voting behavior in

9  the mayoral race in Pittsburgh.

10           ATTORNEY ATTISANO:

11           Okay, thank you.  I have

12  no further questions, Judge.  Thank

13  you.

14           JUDGE MCCULLOUGH:

15           All right.  Thank you,

16  Counsel.  All right, Redirect.

17           ATTORNEY MORGAN:

18           Yes, Your Honor.  But

19  first Your Honor, let me start by ---

20  by thanking Your Honor and the Court

21  Staff for staying very, very late this

22  evening and being patient.  Much

23  appreciated.

24                    ---

25           REDIRECT EXAMINATION

657

```
10:31:43    1                        - - -

10:31:43    2    BY ATTORNEY MORGAN:

10:31:43    3    Q.        Doctor Barber, you received

10:31:43    4    some questionings about the decisions

10:31:44    5    made in your simulations, and one of

10:31:44    6    them was it did not look at the

10:31:50    7    splitting of wards.

10:31:52    8              Do you recall that?

10:31:52    9    A.        Yes.

10:31:52   10    Q.        In fact, the only municipality

10:31:52   11    that can be split in your simulations

10:31:56   12    is Philadelphia.

10:31:56   13              Correct?

10:31:56   14    A.        This's correct.

10:31:57   15    Q.        And so, is that the only place

10:31:58   16    where wards can be split?

10:32:01   17    A.        Yes.

10:32:01   18    Q.        Now you also, if you recall,

10:32:03   19    received a lot of questioning about

10:32:04   20    your use of a .5 percent population

10:32:13   21    deviation in your simulation.  Do you

10:32:14   22    recall that?

10:32:14   23    A.        Yes.

10:32:14   24    Q.        Okay.

10:32:14   25              Is --- is that a common
```

658

| | | |
|---|---|---|
| 10:32:16 | 1 | methodology used in this area? |
| 10:32:17 | 2 | A.     It's extremely common.  Most of |
| 10:32:20 | 3 | the algorithms that are used in these |
| 10:32:20 | 4 | redistricting cases allow for some |
| 10:32:26 | 5 | amount of population deviation because |
| 10:32:26 | 6 | the computer is just not capable of |
| 10:32:28 | 7 | --- of doing --- doing these |
| 10:32:29 | 8 | simulations otherwise.  It's |
| 10:32:31 | 9 | noteworthy that I only allow a half of |
| 10:32:34 | 10 | a percent of deviation.  There are |
| 10:32:36 | 11 | other simulations that have been used |
| 10:32:39 | 12 | in cases --- in --- in the League of |
| 10:32:41 | 13 | Women Voters cases that allowed for |
| 10:32:42 | 14 | larger deviations in terms of |
| 10:32:43 | 15 | population. |
| 10:32:43 | 16 | Q.     Well actually, and let's look |
| 10:32:44 | 17 | at that, Doctor Barber.  Can you |
| 10:32:46 | 18 | please refer to page 13 of your |
| 10:32:48 | 19 | report, specifically footnote 13? |
| 10:32:53 | 20 | A.     Yes. |
| 10:32:53 | 21 | Q.     And --- and what do you |
| 10:32:54 | 22 | indicate in footnote 13? |
| 10:32:57 | 23 | A.     So I make reference to exactly |
| 10:32:58 | 24 | this.  That other expert reports that |
| 10:33:02 | 25 | use similar simulation algorithms |

659

```
10:33:05    1    allow for a population deviation of
10:33:08    2    two percent, some of them use a one
10:33:12    3    percent population deviation, others I
10:33:15    4    think the footnote continues to the
10:33:17    5    next page, allow for a one half of one
10:33:21    6    percent deviation.
10:33:22    7    Q.       Now including Doctor Pegman's
10:33:25    8    analysis that was relied upon by the
10:33:27    9    Court in the LWV case.
10:33:31   10            Correct?
10:33:31   11    A.       That's correct.  He in fact
10:33:33   12    uses the largest deviation of two
10:33:36   13    percent.
10:33:36   14    Q.       And did any of the experts who
10:33:36   15    have submitted reports in this case,
10:33:39   16    including the rebuttal reports, raise
10:33:41   17    this criticism in any of their
10:33:43   18    reports?
10:33:43   19    A.       No.
10:33:43   20    Q.       And in your opinion, will the
10:33:45   21    process of equalizing the population
10:33:45   22    in any of these maps, will that have a
10:33:53   23    meaningful impact on the outcomes of
10:33:54   24    the simulations?
10:33:55   25    A.       No.  So this is one of the
```

660

| | | |
|---|---|---|
| 10:33:56 | 1 | reasons why we don't typically fret |
| 10:34:03 | 2 | about this issue is that one, these |
| 10:34:03 | 3 | plans are never intended to be |
| 10:34:03 | 4 | proposals for what should or should |
| 10:34:05 | 5 | not be enacted.  Two, suppose someone |
| 10:34:06 | 6 | unwisely did --- you would obviously |
| 10:34:08 | 7 | need to adjust the population, but |
| 10:34:12 | 8 | moving three --- 3,800 people is not |
| 10:34:15 | 9 | going to have a sizeable or, you know, |
| 10:34:17 | 10 | even measurable impact in a District |
| 10:34:20 | 11 | that contains more than 750,000 |
| 10:34:22 | 12 | people. |
| 10:34:23 | 13 | Q.     And have other experts in this |
| 10:34:25 | 14 | field recognized the same thing? |
| 10:34:26 | 15 | A.     Yes. |
| 10:34:26 | 16 | Q.     Does Doctor Duchin report |
| 10:34:29 | 17 | anywhere in her report what the |
| 10:34:31 | 18 | population deviation is in her |
| 10:34:34 | 19 | ensemble of 100,000 maps? |
| 10:34:35 | 20 | A.     No. |
| 10:34:35 | 21 | Q.     Now you were also asked about |
| 10:34:37 | 22 | your failure to test your algorithm |
| 10:34:41 | 23 | using the 2011 plan. |
| 10:34:42 | 24 |       Do you recall that? |
| 10:34:43 | 25 | A.     Yes. |

661

| | | |
|---|---|---|
| 10:34:43 | 1 | Q.    Does Doctor Duchin report doing |
| 10:34:46 | 2 | that for her 100,000 ensemble maps |
| 10:34:49 | 3 | anywhere in her report? |
| 10:34:50 | 4 | A.    No. |
| 10:34:51 | 5 | Q.    Let's talk quickly and briefly |
| 10:34:51 | 6 | about the index of elections that you |
| 10:35:01 | 7 | used.  Again, just for reminder, you |
| 10:35:01 | 8 | used an index of all statewide |
| 10:35:03 | 9 | elections from 2012 to 2020. |
| 10:35:06 | 10 | Is that right? |
| 10:35:06 | 11 | A.    Yes. |
| 10:35:06 | 12 | Q.    And is it --- is it again a |
| 10:35:08 | 13 | common methodology in this area to use |
| 10:35:11 | 14 | an index of elections like that? |
| 10:35:13 | 15 | A.    Yes, it's incredibly common for |
| 10:35:15 | 16 | the reasons that I described earlier |
| 10:35:18 | 17 | which is these races are not |
| 10:35:21 | 18 | Congressional races.  And so, if we're |
| 10:35:21 | 19 | trying to use these races as a proxy, |
| 10:35:21 | 20 | we don't want the idiosyncrasies of |
| 10:35:21 | 21 | auditor races or attorney general |
| 10:35:29 | 22 | races or U.S. Senate races to have |
| 10:35:30 | 23 | much of an impact.  And the average of |
| 10:35:31 | 24 | these races washes out that particular |
| 10:35:34 | 25 | impact. |

662

| | | |
|---|---|---|
| 10:35:34 | 1 | Q.      And did any of the experts |
| 10:35:38 | 2 | whose opinions the Court relied upon |
| 10:35:40 | 3 | in the <u>League of Women Voters</u> case use |
| 10:35:44 | 4 | an index of elections similar to what |
| 10:35:44 | 5 | you're using? |
| 10:35:45 | 6 | A.      Yes, it's extremely common. |
| 10:35:51 | 7 | Q.      Doctor Barber, you received a |
| 10:35:52 | 8 | lot of questions about the algorithm |
| 10:35:55 | 9 | that you're using.  Was the SMC |
| 10:35:55 | 10 | algorithm that you used, was it |
| 10:36:02 | 11 | empirically validated? |
| 10:36:02 | 12 | A.      Yes. |
| 10:36:03 | 13 | Q.      And what does that mean? |
| 10:36:04 | 14 | A.      So what it means is that the |
| 10:36:06 | 15 | researchers used a small set, a small |
| 10:36:08 | 16 | geographic unit in which we actually |
| 10:36:10 | 17 | know the discreet number of possible |
| 10:36:15 | 18 | maps that could be drawn.  So in |
| 10:36:18 | 19 | Pennsylvania, it's trillions.  We |
| 10:36:19 | 20 | could never know all of the maps, but |
| 10:36:21 | 21 | what we can do is we can validate this |
| 10:36:24 | 22 | by using a small subset of a --- of an |
| 10:36:26 | 23 | area.  And so, we take a small |
| 10:36:26 | 24 | geographic unit and say we know all of |
| 10:36:34 | 25 | the possible maps that could be drawn. |

663

10:36:34   1    Let's run the algorithm, take a sample

10:36:38   2    of those, and then compare the sample

10:36:41   3    to that population.  That allows us to

10:36:41   4    validate if the model is in fact doing

10:36:44   5    what the math says it should be doing

10:36:48   6    which is drawing a representative

10:36:48   7    sample.

10:36:49   8    Q.      And --- and I believe you

10:36:49   9    testified earlier that the Khalif Ali

10:36:49   10   was one of the developers of this

10:36:49   11   algorithm?

10:36:53   12   A.      Yes.

10:36:53   13   Q.      And is he a professor of

10:36:59   14   Harvard?

10:36:59   15   A.      He is, yes.

10:36:59   16   Q.      And has he also served as an

10:36:59   17   expert in redistricting cases and

10:36:59   18   related work?

10:37:00   19   A.      Yes.  He's used this exact

10:37:01   20   algorithm in testifying in the

10:37:03   21   legislative Reapportionment Commission

10:37:09   22   here in Pennsylvania as well as in

10:37:09   23   Ohio.

10:37:10   24   Q.      And to your knowledge, Doctor

10:37:12   25   Barber, was Doctor Ali's algorithm and

664

10:37:14    1    testimony accepted as reliable and ---
10:37:17    2    reliable and relied upon by the Ohio
10:37:19    3    Supreme Court?
10:37:19    4    A.    Yes.
10:37:32    5    Q.    You also received a lot of
10:37:33    6    questions about the reasons that you
10:37:35    7    utilized certain percentages for race
10:37:37    8    in your secondary simulation that you
10:37:39    9    conducted, but --- but sort of relying
10:37:42   10    back, why is it that you even did this
10:37:45   11    secondary simulation in the first
10:37:47   12    instance?
10:37:48   13    A.    So the second set of
10:37:50   14    simulations, what I call the race
10:37:53   15    conscious simulations, are really
10:37:53   16    simply there to act as a validation or
10:37:55   17    a check or a robustness check to make
10:38:00   18    sure that it's not the case that
10:38:02   19    explicit considerations of race would
10:38:05   20    have a big impact in what these
10:38:09   21    simulations look like.  So you can
10:38:11   22    imagine that you could run a set of
10:38:14   23    simulations that don't consider race,
10:38:16   24    and then you get a bunch of experts up
10:38:20   25    here that say well, if you have

665

| | | |
|---|---|---|
| 10:38:24 | 1 | considered race, everything would be |
| 10:38:24 | 2 | different.  The --- the purpose of |
| 10:38:24 | 3 | that second set of simulations is to |
| 10:38:25 | 4 | rebut that criticism or preemptively |
| 10:38:34 | 5 | say well no, that's not the case. |
| 10:38:34 | 6 | Let's --- let's make sure that that |
| 10:38:35 | 7 | isn't what's going on. |
| 10:38:35 | 8 | Q.      And I think if I recall |
| 10:38:35 | 9 | correctly that one of the questions |
| 10:38:36 | 10 | you were asked about how many of the |
| 10:38:37 | 11 | simulations create, you know, a |
| 10:38:39 | 12 | majority black District and another |
| 10:38:42 | 13 | majority/minority District, similar to |
| 10:38:43 | 14 | what some of the plans proposed to the |
| 10:38:46 | 15 | Court have. |
| 10:38:47 | 16 |       Do you recall that? |
| 10:38:48 | 17 | A.      Yes, that's correct. |
| 10:38:48 | 18 | Q.      And did you actually look at |
| 10:38:50 | 19 | that issue? |
| 10:38:51 | 20 | A.      I did, yes.  So in one of my |
| 10:38:53 | 21 | figures, I report only the |
| 10:38:54 | 22 | simulations, the race blind |
| 10:38:59 | 23 | simulations that incidentally also |
| 10:39:01 | 24 | create a majority/minority District |
| 10:39:03 | 25 | and a majority opportunity district. |

666

| | | |
|---|---|---|
| 10:39:07 | 1 | Q.      Can you turn to page 37 and |
| 10:39:09 | 2 | look at Figure 8 of your report, |
| 10:39:12 | 3 | please? |
| 10:39:12 | 4 | A.      Yes. |
| 10:39:12 | 5 | Q.      And is this the analysis you're |
| 10:39:14 | 6 | referring to? |
| 10:39:15 | 7 | A.      Yes.  So the middle panel of |
| 10:39:18 | 8 | this figure shows the results of that |
| 10:39:23 | 9 | --- of that analysis.  I --- I refer |
| 10:39:24 | 10 | to it as the race filtered analysis. |
| 10:39:26 | 11 | Q.      And is 1,852 maps different |
| 10:39:31 | 12 | maps, is that a significant enough |
| 10:39:34 | 13 | sample to be able to draw conclusions |
| 10:39:35 | 14 | from? |
| 10:39:36 | 15 | A.      It is, yes.  And it's more than |
| 10:39:38 | 16 | some people use in their entire |
| 10:39:41 | 17 | ensemble. |
| 10:39:44 | 18 | Q.      So are there other experts that |
| 10:39:44 | 19 | use a similar number or lower number |
| 10:39:44 | 20 | of total maps to --- to be a |
| 10:39:44 | 21 | representative sample? |
| 10:39:45 | 22 | A.      Yes. |
| 10:39:45 | 23 | Q.      And those expert's opinions |
| 10:39:47 | 24 | have been relied upon by courts? |
| 10:39:49 | 25 | A.      Yes. |

667

| | | |
|---|---|---|
| 10:39:50 | 1 | Q.      And so, looking at the middle |
| 10:39:52 | 2 | graph of Figure 8, how does this |
| 10:39:56 | 3 | demonstrate the, sort of the partisan |
| 10:39:58 | 4 | effect of, you know, looking at only |
| 10:40:00 | 5 | those maps that include one majority |
| 10:40:07 | 6 | minority District and one majority |
| 10:40:08 | 7 | black District? |
| 10:40:10 | 8 | A.      So it really indicates that |
| 10:40:10 | 9 | there's minimal impact.  So when you |
| 10:40:12 | 10 | look at the districts that only |
| 10:40:17 | 11 | contain these, or meet these --- the |
| 10:40:17 | 12 | simulations that meet these criteria, |
| 10:40:19 | 13 | if you compare the left panel to the |
| 10:40:21 | 14 | middle panel, you can see that there's |
| 10:40:25 | 15 | really minimal change.  There's not |
| 10:40:27 | 16 | much of an impact on the partisan |
| 10:40:29 | 17 | breakdown of the simulations when you |
| 10:40:31 | 18 | restrict your consideration to |
| 10:40:33 | 19 | simulations that include these |
| 10:40:35 | 20 | districts that meet particular racial |
| 10:40:39 | 21 | thresholds. |
| 10:40:39 | 22 | Q.      Doctor Barber, is there one |
| 10:40:47 | 23 | particular way to measure fairness of |
| 10:40:48 | 24 | a Congressional map? |
| 10:40:49 | 25 | A.      No. |

668

| | | |
|---|---|---|
| 10:40:49 | 1 | Q.       In fact, there are lots of |
| 10:40:50 | 2 | ways, aren't there? |
| 10:40:52 | 3 | A.       There are as many ways as there |
| 10:40:54 | 4 | are people who study this. |
| 10:40:55 | 5 | Q.       And a lot of the fairness of a |
| 10:40:57 | 6 | map is based upon what the particular |
| 10:40:59 | 7 | goals of that party is. |
| 10:41:01 | 8 |          Correct? |
| 10:41:02 | 9 | A.       That's, party meaning the |
| 10:41:04 | 10 | person, not political party? |
| 10:41:06 | 11 | Q.       Correct, like the person |
| 10:41:08 | 12 | analyzing the fairness of the map? |
| 10:41:10 | 13 | A.       Yes. |
| 10:41:11 | 14 |          ATTORNEY MORGAN: |
| 10:41:11 | 15 |          Thank you, Your Honor. |
| 10:41:13 | 16 | No further questions. |
| 10:41:14 | 17 |          JUDGE MCCULLOUGH: |
| 10:41:14 | 18 |          All right, thank you. |
| 10:41:15 | 19 | You may step down, and Doctor, thank |
| 10:41:18 | 20 | you.  That concludes for this evening. |
| 10:41:24 | 21 | I thank you all for your cooperation. |
| 10:41:26 | 22 | We will convene again tomorrow at 9:30 |
| 10:41:28 | 23 | a.m., and we will begin with the |
| 10:41:30 | 24 | expert for Congressional Intervenors. |
| 10:41:37 | 25 | After we finish those experts, we will |

669

| | |
|---|---|
| 10:41:40 | 1 |
| 10:41:43 | 2 |
| 10:41:43 | 3 |
| 10:41:44 | 4 |
| 10:41:44 | 5 |

have closing arguments and hopefully

we'll be done.  Thank you.

       Counsel, do you have a

question?

       ATTORNEY WIYGUL:

       Yeah, I'm sorry, Your

Honor.  I just wanted to return for

--- for purposes of knowing what the

lay of the land will be tomorrow to

the question about a Department of

State witness.  I know Your Honor

suggested earlier, if I understood

correctly, that perhaps that witness

wouldn't be necessary in this case.

       I will say my --- my

concern in part is to make the record

on issues of what would be

administratively feasible with respect

to changes to the calendar.  In part,

because I think only because of the

number of parties, the chances that

there will be an appeal from this

Court's decision are fairly good and

that the supreme --- I would like the

Supreme Court to be able to have a

670

| | |
|---|---|
| 10:42:22 | 1 |
| 10:42:24 | 2 |
| 10:42:26 | 3 |

1  record on administrative feasibility

2  of various potential changes to the

3  calendar.

4            My suggestion would be,

5  we might be able to do that in the

6  form of an affidavit to save time if

7  the parties would agree.  And I would

8  be happy to work with my clients to

9  see if we can put that together and

10  circulate it in the morning.

11            JUDGE MCCULLOUGH:

12            And actually, you were

13  not at the meeting this morning.  I

14  know you were stuck in traffic, but

15  that is generally the consensus of

16  counsel is we could do that by way of

17  an affidavit.  Could I have a show of

18  nods of heads?  Yes, okay?  So, yes,

19  great suggestion and that's what we

20  agreed on in your absence.

21            ATTORNEY WIYGUL:

22            I'm glad I came to the

23  right conclusion late.

24            JUDGE MCCULLOUGH:

25            So I think an affidavit

671

1    would be --- would be perfectly fine.

2                    ATTORNEY WIYGUL:

3                    Thank you, Your Honor.

4                    JUDGE MCCULLOUGH:

10:42:57   5         And you can offer it

10:42:59   6    tomorrow if you have it ready

10:43:01   7    tomorrow.

10:43:02   8                    ATTORNEY WIYGUL:

10:43:02   9                    Very good, thank you.

10:43:03   10                   JUDGE MCCULLOUGH:

10:43:03   11                   Okay.

10:43:03   12                   Any other counsel need

10:43:04   13   to raise an issue?  No?  All right,

10:43:08   14   thank you.

10:43:14   15                   COURT CRIER HOLLAND:

10:43:15   16                   Commonwealth Court is

10:43:16   17   now adjourned.

18                    *  *  *  *  *  *  *  *

19                    HEARING CONCLUDED

20                    *  *  *  *  *  *  *  *

21

22

23

24

25

672

1

2                    C E R T I F I C A T E

3

4      I hereby certify that the foregoing

5      proceedings, hearing held before

6      Judge, was reported by me on 1/27/2022

7      and that I, Nicole Montagano, read

8      this transcript, and that I attest

9      that this transcript is a true and

10     accurate record of the proceeding.

11     Dated the 28 day of January, 2022

12

13

14                     Nicole S. Montagano,

15                     Court Reporter

16

17

18

19

20

21

22

23

24

25

673

1              IN THE COMMONWEALTH COURT OF

2                     PENNSYLVANIA

3                 *  *  *  *  *  *  *  *

4    Carol Ann Carter;          *
     Monica Parrilla;           *  CASES
5    Rebecca Poyourow;          *  CONSOLIDATED
     William Tung;              *
6    Roseanne Milazzo;          *  No.
     Burt Siegel;               *  464 MD 2021
7    Susan Cassanelli;          *
     Lee Cassanelli;            *
8    Lynn Wachman;              *
     Michael Guttman;           *
9    Maya Fonkeu;               *
     Brady Hill;                *
10   Mary Ellen Balchunis;      *
     Tom DeWall;                *
11   Stephanie McNulty;         *
     And Janet Temin,           *
12        Petitioners           *
        V.                      *
13   Vernica Degraffenreid,     *
     in her official            *
14   capacity as the Acting     *
     Secretary of the           *
15   Commonwealth of            *
     Pennsylvania; and          *
16   Jessica Mathis, in her     *
     Official capacity as       *
17   Director for the           *
     Pennsylvania Bureau of     *
18   Election Services and      *
     Notaries,                  *
19        Respondents           *
     * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

20

     BEFORE:   PATRICIA A. MCCULLOUGH, JUDGE
21

     CONTINUED HEARING: Friday, January 28,
22

                         2022
23

                       9:30  a.m.
24

        Any reproduction of this transcript
25       is prohibited without authorization
            by the certifying agency

674

```
 1    Philip T. Gressman;       *
      Ron Y. Donagi;            *
 2    Kristopher R. Tapp;       *
      Pamela Gorkin;            *
 3    David P. Marsh;           *
      James L. Rosenberger;     *
 4    Amy Meyers;               *
      Eugene Boman;             *
 5    Gary Gordojn;             *
      Liz McMahon;              *  No.
 6    Timothy G.Freman;         *  465 M.D. 2021
      And Garth Isakk,          *
 7         Petitioners          *
        V.                      *
 8    Vernica Degraffenreid,    *
      in her official           *
 9    capacity as the Acting    *
      Secretary of the          *
10    Commonwealth of           *
      Pennsylvania; and         *
11    Jessica Mathis, in her    *
      Official capacity as      *
12    Director for the          *
      Pennsylvania Bureau of    *
13    Election Services and     *
      Notaries,                 *
14         Respondents          *
```

15                    *   *   *   *   *   *   *   *

16

17

18    LOCATION: Pennsylvania Judicial Center

19              601 Commonwealth Avenue

20              Suite 1500

21              Harrisburg, PA  17120

22    WITNESSES: Keith Naughton, Devin

23    Caughey

24

25         Reporter: Nicole Montagano

675

```
1                A P P E A R A N C E S

2

3    MICHAEL R. MCDONALD, ESQUIRE

4    Ballard Spahr, LLP

5    1735 Market Street, 51st Floor

6    Philadelphia, PA  19103

7         Counsel for Carter Petitioners

8

9    MATTHEW P. GORDON, ESQUIRE

10   Perkins Coie LLP

11   1201 Third Avenue

12   Suite 4900

13   Seattle, WA  98101

14        Counsel for Carter Petitioners

15

16   JYOTI JASRASARIA, ESQUIRE

17   JOSEPH POSIMATO, ESQUIRE

18   Elias Law Group, LLP

19   10 G St. NE, Suite 600

20   Washington, D.C. 2002

21        Counsel for Carter Petitioners

22

23

24

25
```

676

1           A P P E A R A N C E S  (con't)

2

3     JESSICA RING AMUNSON, ESQUIRE

4     SAMUEL HIRSCH, ESQUIRE

5     LINDSAY HARRISON, ESQUIRE

6     TASSITY JOHNSON, ESQUIRE

7     Jenner & Block LLP

8     1099 New York Avenue, NW

9     Suite 900

10    Washington, DC  20001

11          Counsel for Gressman Petitioners

12

13    SHANNON E. MCCLURE, ESQUIRE

14    Reed Smith, LLP

15    Three Logan Square

16    1818 Arch Street

17    Suite 3100

18    Philadelphia, PA  19103

19          Counsel for Gressman Petitioners

20

21

22

23

24

25

677

1        A P P E A R A N C E S  (con't)

2

3    ROBERT WIYGUL, ESQUIRE

4    CARY L. RICE, ESQUIRE

5    JOHN HILL, ESQUIRE

6    Hangley, Aronchick, Segal, Pudlin &

7    Schiller

8    One Logan Squire, 27th Floor

9    Philadelphia, PA  19103

10        Counsel for Respondents

11

12   MARCO S. ATTISANO, ESQUIRE

13   Attisano & Romano, LLC

14   429 Fourth Avenue

15   Suite 1705

16   Pittsburgh, PA  15219

17        Counsel for Senate Democratic

18        Caucus

19

20

21

22

23

24

25

678

1        A P P E A R A N C E S  (con't)

2

3    KEVIN GREENBERG, ESQUIRE

4    Greenberg Traurig, LLP

5    1717 Arch Street

6    Suite 400

7    Philadelphia, PA  19103

8          Counsel for Intervenors Anthony

9          Williams, Katie Muth, Maria

10          Collett and Sharif Street

11

12    EMMA F.E. SHOUCAIR, ESQUIRE

13    Dentons, Cohen & Grigsby

14    625 Liberty Avenue

15    5th Floor

16    Pittsburgh, PA  15222

17          Counsel for Senate Democratic

18          Caucus

19

20

21

22

23

24

25

679

1          A P P E A R A N C E S (con't)

2

3    ANTHONY R. HOLTZMAN, ESQUIRE

4    K&L Gates

5    17 North Second St., 18th Floor

6    Harrisburg, PA  17101-1507

7          Counsel for Proposed-Intervenors

8          Jake Corman, President Pro

9          Tempore of the Pennsylvania

10         Senate, and Kim Ward, Majority

11         Leader of the Pennsylvania Senate

12

13   JOSHUA J. VOSS, ESQUIRE

14   SHOHIN H. VANCE, ESQUIRE

15   MATT HAVERSTICK, ESQUIRE

16   SAMANTHA ZIMMER, ESQUIRE

17   Kleinbard, LLC

18   Three Logan Square

19   1717 Arch Street, 5th Floor

20   Philadelphia, PA  19103

21         Counsel for Guy Reschenthaler,

22         Jeffrey Varner, Tom Marino, Ryan

23         Costello and Bud Shuster

24

25

680

1          A P P E A R A N C E S  (con't)

2

3    DAVID S. SENOFF, ESQUIRE

4    First Law Strategy Group, LLC

5    121 S. Broad Street

6    Suite 300

7    Philadelphia, PA  19107

8          Counsel for Intervenor

9          Representative JoAnna E.

10         McClinton, Leader of the

11         Democratic Caucus of the

12         Pennsylvania House of

13         Representatives

14

15   LAM DANG TRUONG, ESQUIRE

16   PA House of Representatives

17   620 Main Capitol Building

18   Harrisburg, PA 17120

19         Counsel for Intervenor Joanna

20         McClinton

21

22

23

24

25

681

```
 1        A P P E A R A N C E S  (con't)

 2

 3    ROBERT  J.  TUCKER,  ESQUIRE

 4    Baker  Hostetler

 5    200  Civic  Center  Drive

 6    Suite  1200

 7    Columbus,  OH   43215

 8         Counsel  for  Proposed-Intervenors

 9         Bryan  Cutler,  Speaker  of  the

10         Pennsylvania  House  of

11         Representatives,  and  Kerry

12         Beinninghoff,  Majority  Leader  of

13         The  Pennsylvania  House  of

14         Representatives

15

16    PATRICK  T.  LEWIS,  ESQUIRE

17    Baker  Hostetler

18    Key  Tower,  127  Public  Square

19    Suite  200

20    Cleveland,  OH   44114

21         Counsel  for  Speaker  Cutler  and

22         Leader  Benninghoff  of  the

23         Pennsylvania  House  of

24         Representatives

25
```

682

1                     E X H I B I T S

2

3                                          P a g e

4    N u m b e r    D e s c r i p t i o n          O f f e r e d

5

6                     N O N E   M A R K E D

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

683

1                          I N D E X

2

3    O P E N I N G   R E M A R K S

4        BY JUDGE MCCULLOUGH          685 - 686

5    W I T N E S S:   DR. NAUGHTON

6    D I R E C T   E X A M I N A T I O N

7        By Attorney Haverstick       687 - 767

8    C R O S S   E X A M I N A T I O N

9        By Attorney Gordon           767 - 790

10   C R O S S   E X A M I N A T I O N

11       By Attorney Johnson          791 - 809

12   C R O S S   E X A M I N A T I O N

13       By Attorney Wiygul           810 - 833

14   C R O S S   E X A M I N A T I O N

15       By Attorney Lewis            833 - 842

16   C R O S S   E X A M I N A T I O N

17       By Attorney Senoff           842 - 860

18   C R O S S   E X A M I N A T I O N

19       By Attorney Attisano         860 - 886

20   D I S C U S S I O N   A M O N G   P A R T I E S   886 - 892

21   W I T N E S S:   DEVIN CAUGHEY

22   D I R E C T   E X A M I N A T I O N

23       By Attorney Attisano         892 - 953

24   C R O S S   E X A M I N A T I O N

25       By Attorney Posimato         954 - 962

684

1                        I N D E X

2

3    CROSS  EXAMINATION

4        By  Attorney  Harrison      962 - 971

5    CROSS  EXAMINATION

6        By  Attorney  Wiygul        971 - 982

7    CROSS  EXAMINATION

8        By  Attorney  Tucker        983 - 1001

9    CROSS  EXAMINATION

10       By  Attorney  Vance        1002 - 1012

11   REDIRECT  EXAMINATION

12       By  Attorney  Attisano     1013 - 1016

13   DISCUSSION  AMONG  PARTIES     1016 - 1025

14   CLOSING  ARGUMENTS

15       By  Attorney  Attisano     1025 - 1032

16       By  Attorney  Senoff       1032 - 1042

17       By  Attorney  Haverstick   1043 - 1056

18       By  Attorney  Lewis        1057 - 1069

19       By  Attorney  Holtzman     1069 - 1078

20       By  Attorney  Wiygul       1079 - 1096

21       By  Attorney  Amunson      1096 - 1106

22       By  Attorney  Gordon       1107 - 1118

23   CLOSING  REMARKS

24       By  Judge  McCullough      1118 - 1121

25   CERTIFICATE                         1122

685

1          P R O C E E D I N G S

00:16:35   2   - - - - - - - - - - - - - - - - - - - - - - -

00:16:35   3              COURT CRIER TURNER:

00:16:36   4              All rise.  Commonwealth

00:16:36   5   Court is now in session.  The

00:16:36   6   Honorable Judge McCullough presiding.

00:16:51   7              Please be seated.

00:16:51   8              JUDGE McCULLOUGH:

9              Good morning.

10             I hope you all got some

11  rest and food and heat.  Thank you.

12  We're ready to move this morning.

13             I just want to tell

00:16:51   14  Counsel that after we finish with the

00:16:52   15  first expert witness, I will have a

00:16:54   16  status conference with lead Counsel

00:16:54   17  again in the same room where we met

00:16:58   18  yesterday morning.  And that also

00:16:59   19  gives our IT some additional time that

00:17:06   20  they will need to set the remote for

00:17:09   21  this expert witness for the last, I

00:17:10   22  think, yes.

00:17:10   23             Okay.

00:17:12   24             So we can tie up any

00:17:14   25  loose ends at our status conference if

686

| | | |
|---|---|---|
| 00:17:17 | 1 | there's anything else, Counsel, that |
| 00:17:18 | 2 | we need to bring up in the Court |
| 00:17:20 | 3 | afterwards.  But for now we will |
| 00:17:22 | 4 | proceed to hear testimony, from, I |
| 00:17:22 | 5 | believe, Congressional Intervenors. |
| 00:17:30 | 6 | Mr. Haverstick? |
| 00:17:45 | 7 | ATTORNEY HAVERSTICK: |
| 00:17:45 | 8 | Good morning, Your |
| | 9 | Honor. |
| | 10 | JUDGE MCCULLOUGH: |
| | 11 | Good morning. |
| | 12 | ATTORNEY HAVERSTICK: |
| | 13 | Your Honor, I call |
| 00:18:10 | 14 | Doctor Keith Naughton. |
| 00:18:10 | 15 | COURT CRIER TURNER: |
| 00:18:11 | 16 | Would you please raise |
| | 17 | your right hand? |
| | 18 | - - - - |
| | 19 | DR. NAUGHTON, |
| | 20 | CALLED AS A WITNESS IN THE FOLLOWING |
| | 21 | PROCEEDINGS, HAVING FIRST BEEN DULY |
| | 22 | SWORN, TESTIFIED AND SAID AS FOLLOWS: |
| 00:18:23 | 23 | - - - |
| 00:18:23 | 24 | COURT CRIER TURNER: |
| 00:18:23 | 25 | Thank you. |

687

| | | |
|---|---|---|
| 00:18:23 | 1 | BY ATTORNEY HAVERSTICK: |
| 00:18:25 | 2 | Q.        Good morning, Dr. Naughton. |
| 00:18:27 | 3 | A.        Good morning. |
| 00:18:27 | 4 | Q.        Doctor, spell your last name |
| 00:18:28 | 5 | for the court reporter, please. |
| 00:18:28 | 6 | A.        N-A-U-G-H-T-O-N.  I spent my |
| 00:18:39 | 7 | whole life spelling it for everybody. |
| 00:18:39 | 8 | Q.        You're a doctor? |
| 00:18:40 | 9 | A.        Correct. |
| 00:18:40 | 10 | Q.        What's your doctorate? |
| 00:18:42 | 11 | A.        Public Policy. |
| 00:18:43 | 12 | Q.        That's, I think, different from |
| 00:18:46 | 13 | most of the other folks who testified |
| 00:18:47 | 14 | yesterday. |
| 00:18:48 | 15 | A.        Well, my dissertation is in |
| 00:18:52 | 16 | part grounded in political science. |
| 00:18:55 | 17 | Q.        What background do you have |
| 00:19:03 | 18 | that's relevant for the Courts when we |
| 00:19:03 | 19 | consider what maps are the right ones |
| 00:19:09 | 20 | for Pennsylvania? |
| 00:19:10 | 21 | A.        Well, I spent 15 years working |
| 00:19:12 | 22 | in Pennsylvania campaign politics at |
| 00:19:20 | 23 | all levels, doing all types of jobs, |
| 00:19:20 | 24 | all types of responsibilities, |
| 00:19:21 | 25 | statewide races, local races, federal |

688

| | | |
|---|---|---|
| 00:19:22 | 1 | races and so forth. |
| 00:19:22 | 2 | Q.     And I'm going to ask you |
| 00:19:24 | 3 | another question about that in a |
| 00:19:27 | 4 | minute.  In terms of your academic |
| 00:19:29 | 5 | background, what are some of the |
| 00:19:30 | 6 | disciplines that one studies when you |
| 00:19:32 | 7 | get a Ph.D. in Public Policy? |
| 00:19:35 | 8 | A.     Well, a dissertation is a very |
| 00:19:38 | 9 | challenging thing.  I mean, it can |
| 00:19:42 | 10 | take six years to accomplish.  It's |
| 00:19:44 | 11 | very involved.  You have to become an |
| 00:19:47 | 12 | expert in the field in which you're |
| 00:19:47 | 13 | studying. |
| 00:19:47 | 14 | So for me, I spent two years |
| 00:19:48 | 15 | reading about congressional politics, |
| 00:19:54 | 16 | about how constituents interact with |
| 00:19:57 | 17 | their members, all the theoretical |
| 00:20:00 | 18 | bases of representation, also some |
| 00:20:02 | 19 | economics, because I developed sort of |
| 00:20:04 | 20 | an economic model when it comes to |
| 00:20:10 | 21 | political interaction. |
| 00:20:11 | 22 | Q.     And you're not a computer |
| 00:20:12 | 23 | scientist or mathematician, but did |
| 00:20:12 | 24 | you have to get conversant in |
| 00:20:15 | 25 | mathematics and statistics? |

689

| Time | Line | Text |
|------|------|------|

00:20:17   1   A.      Yes.   There's an enormous

00:20:19   2   quantitative component in the social

00:20:20   3   sciences for all Ph.D's.  In my own

00:20:24   4   doctorate I used Heckman's selection

00:20:27   5   in a zero inflated negative binomial.

00:20:34   6   Those two were reliant on the

00:20:36   7   dependent variable.  That's why I had

00:20:36   8   to do different models.  And I haven't

00:20:38   9   done it in a while, so, you know, you

00:20:39   10   kind of use it or lose it.  So I don't

00:20:42   11   think I could lecture anyone on the

00:20:42   12   Heckman selection, not that anyone

00:20:45   13   wants to hear it.

00:20:45   14   Q.      I think none of us wants to

00:20:48   15   hear it, but maybe not.  Let's go back

00:20:51   16   to your campaign consultant

00:20:53   17   experience.

00:20:59   18   A.      Sure.

00:20:59   19   Q.      Tell the Court why that

00:21:00   20   background is useful in what we're

00:21:02   21   doing today and yesterday and what the

00:21:04   22   Judge will be doing in the next couple

00:21:06   23   of days.

00:21:06   24   A.      Running campaigns and getting

00:21:10   25   elected is not something you read

690

| | | |
|---|---|---|
| 00:21:12 | 1 | about in a book or can learn in a |
| 00:21:13 | 2 | classroom.  I mean, if you've never |
| 00:21:16 | 3 | been a candidate or if you've never |
| 00:21:18 | 4 | run a campaign, you just --- you don't |
| 00:21:19 | 5 | know what it's like until you've done |
| 00:21:21 | 6 | it.  And to win races in Pennsylvania |
| 00:21:28 | 7 | or any other state, particularly a |
| 00:21:29 | 8 | state like Pennsylvania, which is |
| 00:21:30 | 9 | incredibly diverse, you have to know |
| 00:21:32 | 10 | the ins and outs of the whole state. |
| 00:21:35 | 11 | I mean --- and I could sort of |
| 00:21:36 | 12 | regurgitate my resume and say I've |
| 00:21:42 | 13 | been in all 67 counties, which I have, |
| 00:21:42 | 14 | and experience in all 67 counties, |
| 00:21:44 | 15 | which I have.  But I think the key |
| 00:21:46 | 16 | thing is I used to tell people if you |
| 00:21:50 | 17 | want --- if you're in politics, if |
| 00:21:57 | 18 | you're running campaigns, you know, |
| 00:21:58 | 19 | you have to win to eat.  So you've got |
| 00:22:00 | 20 | to win races.  So I did that for 15 |
| 00:22:05 | 21 | years, and I think that demonstrates |
| 00:22:06 | 22 | my record. |
| 00:22:07 | 23 | Q.    Any particular vignettes you |
| 00:22:09 | 24 | want to share with all of us in the |
| 00:22:11 | 25 | room about your experience as usual? |

691

| | | |
|---|---|---|
| 00:22:12 | 1 | A.      Well, there is a particular set |
| 00:22:13 | 2 | of races.  I've done a lot of judicial |
| 00:22:16 | 3 | races in the state, and I've won --- |
| 00:22:22 | 4 | I've won a vast majority of them.  And |
| 00:22:25 | 5 | these are tough races.  And, you know, |
| 00:22:26 | 6 | the thing about being elected Judge in |
| 00:22:34 | 7 | Pennsylvania is being a Judge is the |
| 00:22:35 | 8 | pinnacle of the profession.  And I've |
| 00:22:37 | 9 | been around a lot of lawyers and every |
| 00:22:39 | 10 | lawyer I know has always thought, you |
| 00:22:41 | 11 | know, I'd like to be a Judge some day. |
| 00:22:44 | 12 | But being a Judge has nothing to do |
| 00:22:49 | 13 | with how --- with getting votes. |
| 00:22:49 | 14 | And I always tell a candidate, |
| 00:22:49 | 15 | I said, look, you let me fly the |
| 00:22:56 | 16 | plane, you help me, and we'll get you |
| 00:22:59 | 17 | to where you want to go.  So one |
| 00:23:01 | 18 | particular race I worked on was for |
| 00:23:04 | 19 | Judge Gantman.  And she won by 13 |
| 00:23:08 | 20 | votes.  And that was the closest race |
| 00:23:11 | 21 | in the history of Pennsylvania, going |
| 00:23:11 | 22 | back to when Ben Franklin was flying |
| 00:23:14 | 23 | kites.  And the thing about --- you |
| 00:23:16 | 24 | know, I've been asked, you know, what |
| 00:23:17 | 25 | makes the difference.  Well, it's 13 |

692

00:23:19  1  votes.  Everything makes a difference.

00:23:21  2  Q.      In your opinion, can a

00:23:24  3  candidate win --- can you win a close

00:23:29  4  race like that in Pennsylvania without

00:23:33  5  knowing the Commonwealth at a regional

00:23:36  6  and maybe at a local level?

00:23:36  7  A.      No.  And, you know, like in

00:23:37  8  that particular race, you know, it's

00:23:40  9  the radio spots and where you put

00:23:41  10  them, and it's the mail and where you

00:23:43  11  send it, and it's where do you send

00:23:45  12  your candidate where they're best able

00:23:46  13  to collect votes, what interviews do

00:23:50  14  you do, what endorsements are you able

00:23:52  15  to go to.  And when it's 13 votes, if

00:23:54  16  you make one wrong move, you're going

00:23:56  17  to lose.  So we had to do everything

00:23:59  18  right.

00:24:03  19  Q.      I imagine part of doing

00:24:05  20  everything right is really connecting

00:24:07  21  with people at a local level.

00:24:08  22          Is that fair?

00:24:09  23  A.      Yes.

00:24:09  24  Q.      Does that give you insight that

00:24:11  25  you can share with the Court about

693

00:24:13   1   what, in your opinion, congressional

00:24:14   2   or constituents, people, want from

00:24:22   3   their congressmen or women?

00:24:23   4   A.      Well, I think it's a mistake to

00:24:25   5   believe that people are --- most

00:24:26   6   people are sort of hyper-partisan.

00:24:28   7   That is not my experience at all.  And

00:24:30   8   I think it's backed up by the polling

00:24:33   9   research.

00:24:35   10   Most people, they kind of group

00:24:36   11   their elected officials together, and

00:24:37   12   they just want things to go well.

00:24:38   13   They want the government to run right.

00:24:40   14   They want the streets fixed, the

00:24:42   15   streets plowed.  They want the schools

00:24:46   16   to run well.  It's sort of very all

00:24:46   17   instrumental thinking.

00:24:52   18   And they also want to feel that

00:24:54   19   they're represented and they want to

00:24:55   20   feel that they're heard.  And they

00:24:59   21   want to know that if they have an

00:25:00   22   issue they can go to their member of

00:25:01   23   Congress or State Representative and

00:25:03   24   ask for help and that they're going to

00:25:04   25   get some help.  It's a very personal

694

| | | |
|---|---|---|
| 00:25:06 | 1 | relationship. |
| 00:25:06 | 2 | Q.      Based on your knowledge of the |
| 00:25:09 | 3 | state, how many people actually vote |
| 00:25:11 | 4 | typically? |
| 00:25:11 | 5 | A.      Well, it depends on, you know, |
| 00:25:13 | 6 | the year.  On odd numbered or local |
| 00:25:20 | 7 | elections, it can be as low as |
| 00:25:20 | 8 | 25 percent and on Presidential |
| 00:25:23 | 9 | Elections it can be over 70 percent. |
| 00:25:25 | 10 | Wide variance. |
| 00:25:25 | 11 | Q.      Do you think that to understand |
| 00:25:27 | 12 | Pennsylvania politics and Pennsylvania |
| 00:25:30 | 13 | political geography you have to |
| 00:25:32 | 14 | understand about nonvoters, too? |
| 00:25:34 | 15 | A.      Well, yes, because you want to |
| 00:25:38 | 16 | get the people who don't habitually |
| 00:25:42 | 17 | vote to come out for your candidate. |
| 00:25:42 | 18 | You've got to figure out who is and |
| 00:25:44 | 19 | isn't voting.  You know, you've got to |
| 00:25:47 | 20 | target the best --- your best |
| 00:25:48 | 21 | opportunities.  And, you know, I would |
| 00:25:50 | 22 | add one thing is, you know, if you're |
| 00:25:52 | 23 | a Republican in Pennsylvania, you have |
| 00:25:54 | 24 | got to find a way to convince |
| 00:25:55 | 25 | Democrats to vote for you. |

695

| | | |
|---|---|---|
| 00:25:57 | 1 | Q.     You know, I'm going to ask you |
| 00:25:58 | 2 | a question about that in one second. |
| 00:26:01 | 3 | A.     Sure. |
| 00:26:01 | 4 | Q.     One more follow-up.  Are there, |
| 00:26:01 | 5 | in your view, regional or maybe even |
| 00:26:06 | 6 | hyper-local issues that transcend |
| 00:26:09 | 7 | party politics? |
| 00:26:11 | 8 | A.     Absolutely, absolutely. |
| 00:26:12 | 9 | Q.     Can you tell the Court some? |
| 00:26:14 | 10 | A.     Every part of the state is |
| 00:26:16 | 11 | different and every part has its |
| 00:26:21 | 12 | needs.  I don't know if this is |
| 00:26:21 | 13 | getting at your question, but, you |
| 00:26:26 | 14 | know, some parts of the state are |
| 00:26:26 | 15 | particularly focused on voting for |
| 00:26:28 | 16 | their own people, like sort of home |
| 00:26:31 | 17 | places.  Like Johnstown is --- you |
| 00:26:31 | 18 | know, if you're from Johnstown and |
| 00:26:31 | 19 | you're running across the state, |
| 00:26:37 | 20 | everybody's voting for you.  Scranton |
| 00:26:38 | 21 | is a very big, like, hometown kind of |
| 00:26:40 | 22 | focused electorate.  You know, |
| 00:26:42 | 23 | Wilkes-Barre is as well.  And the |
| 00:26:45 | 24 | Pittsburgh region is.  You know, we |
| 00:26:49 | 25 | see this manifested actually in our |

696

00:26:51    1    Court races.

00:26:54    2            You know, for decades the

00:26:55    3    Supreme Court has been dominated by

00:26:57    4    Judges from Pittsburgh.  This goes

00:27:00    5    back to, you know, the 50s because

00:27:01    6    people in that region, they vote for

00:27:03    7    folks from that area.  And they kind

00:27:05    8    of --- that happens in Johnstown and

00:27:07    9    it happens in the northeast, but it's

00:27:09   10    just there's so many votes in

00:27:09   11    Pittsburgh, it kind of crowds people

00:27:11   12    out.

00:27:11   13    Q.       Are there nonpolitical issues

00:27:13   14    that cause people, voters and

00:27:15   15    nonvoters, to coalesce in certain

00:27:17   16    parts of the state?

00:27:18   17    A.       All the time.  All the time.

00:27:19   18    And people will coalesce around

00:27:19   19    philosophical things like pro-life or

00:27:19   20    pro-choice.  But, you know, if you're

00:27:19   21    not serving the people in your

00:27:19   22    district, sort of not, as they say,

00:27:30   23    delivering the bacon for everybody,

00:27:33   24    you know, forget it.  You can't ---

00:27:33   25    you cannot just go on auto pilot and

697

| | | |
|---|---|---|
| 00:27:36 | 1 | get the right American Conservative |
| 00:27:39 | 2 | Union or ADA score and cruise to |
| 00:27:43 | 3 | election.  It doesn't work that way. |
| 00:27:44 | 4 | You got to connect with the people. |
| 00:27:44 | 5 | Q.    So if you were going to design, |
| 00:27:45 | 6 | for instance, a district in a region |
| 00:27:47 | 7 | that had a significant elderly |
| 00:27:49 | 8 | population, you would want to know |
| 00:27:50 | 9 | that. |
| 00:27:50 | 10 | Right? |
| 00:27:51 | 11 | A.    Yes. |
| 00:27:51 | 12 | Q.    Why? |
| 00:27:52 | 13 | A.    Well, because they have common |
| 00:27:54 | 14 | interests.  And, you know, grouping |
| 00:27:58 | 15 | with people with common interests is |
| 00:28:00 | 16 | very important because besides this R |
| 00:28:04 | 17 | versus D issue, they have specific |
| 00:28:08 | 18 | needs.  They need Social Security |
| 00:28:10 | 19 | protected.  They need money for |
| 00:28:13 | 20 | Access, you know, for public transit. |
| 00:28:16 | 21 | They --- you know, they need just a |
| 00:28:16 | 22 | whole a variety of issues.  You know, |
| 00:28:24 | 23 | people who are aged require healthcare |
| 00:28:24 | 24 | and so forth. |
| 00:28:24 | 25 | Well, if you have them sort of |

698

| | | |
|---|---|---|
| 00:28:28 | 1 | split up chock-a-block in different |
| 00:28:29 | 2 | districts, what kind of representation |
| 00:28:30 | 3 | are they going to get? |
| 00:28:31 | 4 | Q.    I gather there are all kinds of |
| 00:28:33 | 5 | issues, again, nonparty politics |
| 00:28:36 | 6 | issues, that could cause people to |
| 00:28:38 | 7 | want to coalesce all over the state? |
| 00:28:41 | 8 | A.    The vast majority of people are |
| 00:28:42 | 9 | not thinking about far right, far left |
| 00:28:46 | 10 | on a daily basis.  And, again, I think |
| 00:28:48 | 11 | that's shown by the poll. |
| 00:28:50 | 12 | Q.    Now, before I ask you to |
| 00:28:54 | 13 | comment on yesterday's testimony, |
| 00:28:55 | 14 | which I'm about to do, let's --- let |
| 00:29:01 | 15 | me ask you a question.  In fairness, |
| 00:29:03 | 16 | some of my colleagues all around us |
| 00:29:05 | 17 | may want to ask you a little bit |
| 00:29:07 | 18 | later.  Your campaign history has been |
| 00:29:12 | 19 | one advocating for Republicans? |
| 00:29:15 | 20 | A.    Yes. |
| 00:29:15 | 21 | Q.    Would it be a fair criticism of |
| 00:29:17 | 22 | your testimony today to impugn it |
| 00:29:21 | 23 | because you only represented |
| 00:29:22 | 24 | Republicans when you were doing that |
| 00:29:23 | 25 | kind of work? |

699

| | | |
|---|---|---|
| 00:29:24 | 1 | A.        No. |
| 00:29:25 | 2 | Q.        Why not? |
| 00:29:26 | 3 | A.        Everything I said today about |
| 00:29:28 | 4 | how campaigns work I believe a |
| 00:29:29 | 5 | Democratic consultant would say |
| 00:29:33 | 6 | because the campaigns are the same. |
| 00:29:34 | 7 | And the matter is you're either |
| 00:29:35 | 8 | working for Republican campaigns or |
| 00:29:41 | 9 | Democratic campaigns.  So, you know, |
| 00:29:42 | 10 | that is it. |
| 00:29:43 | 11 | Q.        You get to learn the state as a |
| 00:29:45 | 12 | campaign consultant regardless of what |
| 00:29:46 | 13 | party? |
| 00:29:46 | 14 | A.        You have to. |
| 00:29:47 | 15 | Q.        All right. |
| 00:29:48 | 16 |          I promised you we'd talk about |
| 00:29:50 | 17 | yesterday's testimony and now we will. |
| 00:29:53 | 18 | You did observe it, whether it was on |
| 00:29:55 | 19 | the television --- |
| 00:29:56 | 20 | A.        Yes. |
| 00:29:56 | 21 | Q.        --- or screens or live? |
| 00:30:01 | 22 | A.        Yes. |
| 00:30:01 | 23 | Q.        Explain to the Court what, in |
| 00:30:03 | 24 | your opinion, were some of the |
| 00:30:05 | 25 | weaknesses you heard in yesterday's |

700

| | |
|---|---|
| 00:30:08 | 1 | expert testimony, I mean, to the |
| 00:30:09 | 2 | extent you think there were |
| 00:30:09 | 3 | weaknesses. |
| 00:30:14 | 4 | A.     Well, I think the first thing I |
| 00:30:15 | 5 | want to emphasize is I think all the |
| 00:30:18 | 6 | experts are brilliant individuals. |
| 00:30:21 | 7 | And these mathematical models are --- |
| 00:30:25 | 8 | have some extraordinary features. |
| 00:30:35 | 9 | They're very sophisticated and very |
| 00:30:36 | 10 | impressive.  And they are --- you |
| 00:30:37 | 11 | know, these are brilliant individuals, |
| 00:30:39 | 12 | so I'm not impugning their |
| 00:30:40 | 13 | intellectualism in any way, shape or |
| 00:30:44 | 14 | form. |
| 00:30:44 | 15 |      But the problem with what they |
| 00:30:47 | 16 | testified about is what's the power of |
| 00:30:51 | 17 | their models?  Because we're running |
| 00:30:55 | 18 | --- we're running an election and |
| 00:30:56 | 19 | there's a lot of things that have to |
| 00:30:59 | 20 | --- that go into winning an election. |
| 00:31:02 | 21 | And that these models, as very |
| 00:31:07 | 22 | sophisticated as they are and as much |
| 00:31:09 | 23 | effort as they've put into them, |
| 00:31:11 | 24 | that's only part of things. |
| 00:31:13 | 25 | Q.     Well, let's zero in on this a |

701

00:31:14  1    little bit because it's, I think,

00:31:16  2    vital to what we're talking about

00:31:18  3    today.  Can you put some meat on the

00:31:21  4    bones?  Can you give us a couple of

00:31:22  5    examples of what you're talking about?

00:31:26  6    A.      Yes.  Let me back up for just a

00:31:28  7    second.  So we've got a two-party

00:31:33  8    system.  That's --- other countries,

00:31:33  9    many other countries, have a

00:31:37  10   parliamentary system.  So you got a

00:31:37  11   bunch of parties and then they run an

00:31:39  12   election and then they negotiate to

00:31:41  13   form a government, to put it very

00:31:44  14   simplistically.

00:31:45  15         In the United States, all of

00:31:46  16   our squabbling, arguing folks are

00:31:54  17   under one or the other umbrella.  So

00:31:56  18   when the President wins, he's on top

00:32:00  19   of this rickety coalition.  And you

00:32:03  20   know, he just --- he can't satisfy all

00:32:04  21   their demands.  So President Biden has

00:32:10  22   been elected.  He's trying to satisfy

00:32:11  23   all these demands.  It's really

00:32:11  24   challenging.

00:32:12  25         And you go through about two

702

| | | |
|---|---|---|
| 00:32:14 | 1 | years and you get to that first |
| 00:32:14 | 2 | midterm election.  And so you've got a |
| 00:32:17 | 3 | whole bunch of people and they're |
| 00:32:18 | 4 | thinking, okay, we elected this guy. |
| 00:32:20 | 5 | He didn't give us what he wanted, and |
| 00:32:22 | 6 | so they're not too happy.  You know, |
| 00:32:24 | 7 | they stay at home for that election. |
| 00:32:27 | 8 | Now, the other side is mad. |
| 00:32:28 | 9 | They lost and they don't like anything |
| 00:32:30 | 10 | that's going on.  So their turn-up |
| 00:32:32 | 11 | goes up.  The President's party's |
| 00:32:36 | 12 | turn-out goes down, and you have a |
| 00:32:37 | 13 | wipeout for the President on election |
| 00:32:43 | 14 | day. |
| 00:32:43 | 15 | Over the --- in three --- let's |
| 00:32:45 | 16 | see.  Between 2018, 2008, 1994, all |
| 00:32:49 | 17 | first midterms, the President's party |
| 00:32:54 | 18 | has lost an average of 53 seats.  Now, |
| 00:32:59 | 19 | the only time that this very powerful |
| 00:33:03 | 20 | dynamic doesn't work is when there's |
| 00:33:03 | 21 | like a national security crisis like |
| 00:33:08 | 22 | 9/11, when George W. Bush's rating is |
| 00:33:08 | 23 | 70 percent, Cuban missile crisis, '62, |
| 00:33:10 | 24 | although the Democrats still lost |
| 00:33:12 | 25 | seats. |

703

| Time | Line | Text |
|---|---|---|
| 00:33:12 | 1 | So outside of this sort of |
| 00:33:14 | 2 | unpredictable, exogenous event, the |
| 00:33:18 | 3 | first midterm for a President is a |
| 00:33:21 | 4 | disaster for his party on |
| 00:33:25 | 5 | congressional elections.  And this has |
| 00:33:27 | 6 | been going on for decades.  This is |
| 00:33:29 | 7 | not unusual.  The same dynamic is in |
| 00:33:34 | 8 | effect. |
| 00:33:34 | 9 | Q.      Did you see the models |
| 00:33:34 | 10 | yesterday account for factors like |
| 00:33:39 | 11 | that? |
| 00:33:39 | 12 | A.      I didn't see it.  And I will |
| 00:33:40 | 13 | tell you this flat out, this November |
| 00:33:40 | 14 | the Democrats are going to lose, |
| 00:33:43 | 15 | barring this unpredictable event. |
| 00:33:44 | 16 | They are going to lose 30, 40 seats, |
| 00:33:50 | 17 | maybe more.  And a year from now, |
| 00:33:52 | 18 | Democrats are going to be lucky to |
| 00:33:55 | 19 | have six seats.  I don't care what the |
| 00:33:56 | 20 | model is.  They're going to grind |
| 00:33:59 | 21 | these predictions right into the dust. |
| 00:33:59 | 22 | Q.      What other factors, other than |
| 00:34:01 | 23 | a midterm that we're talking about, |
| 00:34:03 | 24 | would impact the models that we heard |
| 00:34:05 | 25 | yesterday that you don't think were |

704

| | | |
|---|---|---|
| 00:34:07 | 1 | there, if there are any? |
| 00:34:07 | 2 | A.     Well, this is a huge factor, |
| 00:34:07 | 3 | you know, as President, because then, |
| 00:34:09 | 4 | if I could say, when the President |
| 00:34:12 | 5 | runs, that party, the winning |
| 00:34:15 | 6 | President, tends to do better, so |
| 00:34:17 | 7 | they'll pick up seats.  It's not as |
| 00:34:20 | 8 | powerful, but that tends to happen. |
| 00:34:22 | 9 | So there's that larger thing. |
| 00:34:23 | 10 | Look, it's fundraising.  It's |
| 00:34:25 | 11 | the state of the economy.  The state |
| 00:34:28 | 12 | of economy is a huge thing.  If we're |
| 00:34:28 | 13 | in a recession, people are not happy |
| 00:34:31 | 14 | with what's going on.  The incumbents |
| 00:34:34 | 15 | lose and they tend to blame the |
| 00:34:35 | 16 | President.  That hurts the President. |
| 00:34:39 | 17 | So you got economy, you've got |
| 00:34:39 | 18 | fundraising, you got candidate |
| 00:34:40 | 19 | quality, a little bit harder to |
| 00:34:42 | 20 | quantify.  Maybe who is the Governor |
| 00:34:44 | 21 | of the state might have some effect. |
| 00:34:46 | 22 | I'm kind of dubious about that. |
| 00:34:50 | 23 | Q.     So am I right when you were |
| 00:34:51 | 24 | listing these factors, because I think |
| 00:34:54 | 25 | you answered my question, these aren't |

705

00:34:56   1   factors that you heard discussed

00:34:57   2   yesterday in anyone's expert report?

00:34:59   3   A.      No.

00:34:59   4   Q.      Do they need to be there?

00:35:01   5   A.      Of course.

00:35:01   6   Q.      What's the relevant importance

00:35:03   7   to the factors that you did hear about

00:35:04   8   yesterday?

00:35:05   9   A.      I can't say that unless you run

00:35:09  10   the model.  But we've seen this

00:35:11  11   historically.  We saw this in 2006.  I

00:35:13  12   think that --- I think in the

00:35:14  13   redistricting in 2006, it was said

00:35:18  14   something like there were going ---

00:35:19  15   there were going to be 13 permanent

00:35:22  16   Republican seats, something like that.

00:35:24  17          But the second midterm, which

00:35:26  18   is also bad for the incumbent

00:35:28  19   President's party, in 2006, the

00:35:32  20   Republicans didn't get 13 seats, they

00:35:34  21   got 8.  And the Democrats more than

00:35:38  22   doubled and they added seats the next

00:35:40  23   election.  And that's --- that just

00:35:42  24   illustrates the power of the

00:35:45  25   Presidency and the power of these

706

| | |
|---|---|
| 00:35:48 | 1 |
| 00:35:50 | 2 |
| 00:35:52 | 3 |

national trends and this national
mood, and they overwhelm these
partisan turnout models.

And you can test this.  We have
the data.  You can test the power of
it.  And that was really the enormous
weakness yesterday.  And it has to be
included.  You have to got to --- you
can talk about these turnout models
and the various theories, but you've
got to come before this Court and say,
okay, and we've tested it with all
these other important factors, and you
know what, it's ten percent of the
power.

If we don't know the power of
these models, why are we spending all
day talking about them?

Q.   Let's talk, for the Court's
benefit and mine, about the actual
technical aspect of drawing a map and
what happens when a computer does it
as opposed to a live body.  Can you
think of any problems you heard
yesterday in the testimony about

707

00:36:47  1   computer failures?

00:36:47  2   A.      Well, I think the challenge ---

00:36:51  3   let me just say globally --- maybe I'm

00:36:51  4   not exactly answering the question, is

00:36:54  5   you know, I think these computers sort

00:36:57  6   of look at the state as 13 million red

00:36:59  7   and blue widgets and we're just going

00:37:02  8   to try to sort of mix them and put

00:37:03  9   them in the right place.  And that's

00:37:05  10  not really what we're talking about.

00:37:06  11         We're talking about

00:37:07  12  individuals.  But --- that the

00:37:08  13  computers can't really capture.  And

00:37:11  14  they can't really capture sort of

00:37:12  15  context and anomaly.

00:37:14  16         And I want to mention something

00:37:14  17  sort of geographically, I think.  So

00:37:14  18  when you look at Pittsburgh, and this

00:37:14  19  was mentioned in some of the briefs,

00:37:25  20  it's this very oddly-shaped city.  And

00:37:27  21  that's an artifact of how it grew over

00:37:28  22  time.  And Allegheny County itself,

00:37:30  23  Western Pennsylvania, all these ridges

00:37:32  24  and hills and water courses, and it

00:37:34  25  all developed in this kind of

708

| 00:37:35 | 1 | chocka-a-block fashion. |
| 00:37:38 | 2 | Now, unfortunately, when people |
| 00:37:40 | 3 | formed their boroughs and cities and |
| 00:37:42 | 4 | townships in the 19th century, they |
| 00:37:46 | 5 | didn't realize that these shapes would |
| 00:37:48 | 6 | so upset Dr. Popper and his desire for |
| 00:37:52 | 7 | compactness. |
| 00:37:52 | 8 | So you have this unusually safe |
| 00:37:54 | 9 | city. And then there's a particular |
| 00:37:58 | 10 | suburb called Baldwin Borough, and |
| 00:38:01 | 11 | it's in the South Hills and it loops |
| 00:38:03 | 12 | from near the southern border of |
| 00:38:06 | 13 | Allegheny County and it sort of |
| 00:38:09 | 14 | expands up, and then it --- then it |
| 00:38:10 | 15 | narrows on this Becks Run, very |
| 00:38:10 | 16 | narrowly, this ravine, and it goes to |
| 00:38:10 | 17 | the Monongahela River. And then |
| 00:38:10 | 18 | there's a slice of the community that |
| 00:38:10 | 19 | goes along the river. |
| 00:38:19 | 20 | So it's this very unusually |
| 00:38:21 | 21 | shaped community, but it works for |
| 00:38:22 | 22 | that community because that's just how |
| 00:38:22 | 23 | --- that's just the topography that |
| 00:38:22 | 24 | developed it. |
| 00:38:28 | 25 | But it creates a problem for |

709

| | | |
|---|---|---|
| 00:38:29 | 1 | the model, because the model wants to |
| 00:38:32 | 2 | fit it in with the city.  It doesn't |
| 00:38:34 | 3 | matter that this long strip along the |
| 00:38:38 | 4 | river is just a row of railroad tracks |
| 00:38:42 | 5 | and a scrap yard.  It doesn't matter |
| 00:38:44 | 6 | that this Beck's Run Valley is this |
| 00:38:50 | 7 | ravine, not a lot of people live |
| 00:38:51 | 8 | there, it's not really connected to |
| 00:38:51 | 9 | the city.  To Arlington Heights on the |
| 00:38:51 | 10 | one side --- it's not really --- it's |
| 00:38:58 | 11 | just woods on the other side. |
| 00:38:58 | 12 | So I believe that this |
| 00:39:00 | 13 | Polsby-Popper and the Schwartzberg |
| 00:39:03 | 14 | models that try to have this |
| 00:39:07 | 15 | compactness, they want to put Baldwin |
| 00:39:07 | 16 | with the city first.  They said you |
| 00:39:09 | 17 | know something, we got to take care of |
| 00:39:10 | 18 | this anomalous city.  And that |
| 00:39:12 | 19 | naturally pushes the model to put |
| 00:39:15 | 20 | Whitehall and Brentwood in together. |
| 00:39:17 | 21 | So I think that's the model |
| 00:39:19 | 22 | wants to do first.  So we got to do |
| 00:39:21 | 23 | this because we got to get this shape. |
| 00:39:23 | 24 | But that's a problem, because |
| 00:39:25 | 25 | even though those communities you can |

710

| | |
|---|---|
| 00:39:27 | 1 |
| 00:39:29 | 2 |
| 00:39:30 | 3 |
| 00:39:32 | 4 |
| 00:39:35 | 5 |
| 00:39:37 | 6 |
| 00:39:39 | 7 |

1    make legitimate arguments to include

2    them, they're not the three

3    communities that, in my view, and I

4    think in most people in Allegheny

5    County would agree, that are best

6    connected or best attached to the City

7    of Pittsburgh.

8         So if you look at the east

9    border of Pittsburgh, it's this nice

10    straight line. And you have this

11    bulge in Homewood, Brushton. That's

12    great for the model. They love that.

13    Q.    Would you like me to put it on

14    the screen?

15    A.    Sure. Sure. Go ahead. Let me

16    keep talking.

17    Q.    Okay.

18         I'm thinking this is a little

19    more abstract.

20    A.    So the best city to attach to

21    the City of Pittsburgh is Wilkinsburg

22    because their high school students go

23    to Westinghouse High School. In the

24    city, they share a fire department,

25    they share some other services.

711

| | |
|---|---|
| 00:40:12 | 1 |
| 00:40:14 | 2 |
| 00:40:15 | 3 |
| 00:40:22 | 4 |
| 00:40:23 | 5 |
| 00:40:23 | 6 |
| 00:40:24 | 7 |
| 00:40:24 | 8 |
| 00:40:26 | 9 |
| 00:40:28 | 10 |
| 00:40:30 | 11 |
| 00:40:33 | 12 |
| 00:40:35 | 13 |
| 00:40:37 | 14 |
| 00:40:39 | 15 |
| 00:40:40 | 16 |
| 00:40:42 | 17 |
| 00:40:45 | 18 |
| 00:40:48 | 19 |
| 00:40:50 | 20 |
| 00:40:53 | 21 |
| 00:40:53 | 22 |
| 00:40:54 | 23 |
| 00:40:56 | 24 |
| 00:40:59 | 25 |

1  They're negotiating or discussing a
2  merger.
3        I mean, Wilkinsburg and
4  Pittsburgh are the number one --- you
5  know across the whole state, they're
6  most likely to merge as a municipality
7  in the future.
8        So if you're going to draw a
9  map, step one is you put those two
10  communities together.  But see, the
11  computer model doesn't like that,
12  because it actually makes the line
13  longer.  You know, it doesn't matter
14  that in this straight line, that
15  straight line that goes through
16  Wilkinsburg and Swissvale and
17  Edgewood, that slices through
18  neighborhoods.  That slices through
19  back yards.  Those are neighborhoods
20  that are very much connected and make
21  a lot of sense.
22        So, you know, if I'm drawing a
23  map and I want to do something that's
24  right for Allegheny County and do
25  something right for Pittsburgh, like

712

00:41:00    1    Pittsburgh plus Mount Oliver, I'm
00:41:00    2    going to put in Wilkinsburg, Edgewood,
00:41:04    3    Swissvale and Penn Hills because
00:41:08    4    they're very connected to the city.
00:41:09    5    They make a lot of sense, lots of
00:41:11    6    common interests.
00:41:12    7         Now, you know, the
00:41:14    8    Polsby-Popper score, I don't like
00:41:16    9    that, because it adds all these lines,
00:41:17   10    but it makes sense for these folks.
00:41:19   11         I mean, so if I'm doing
00:41:20   12    Allegheny County, it's Pittsburgh,
00:41:23   13    eastern suburbs, Mon Valley, and then
00:41:26   14    I kind of --- then I kind of figure
00:41:28   15    out where I'm going to rope things in
00:41:30   16    from there.
00:41:31   17    Q.     Now, that's a nice transition
00:41:33   18    to the next area I want to discuss.
00:41:35   19    And I think we're --- for now we can
00:41:36   20    take that down.
00:41:37   21         I'd like to ask you in a big
00:41:40   22    picture sense about a couple of splits
00:41:45   23    in Pennsylvania.
00:41:45   24    A.     Sure.
00:41:46   25    Q.     Let's start, since you were

713

| | | |
|---|---|---|
| 00:41:51 | 1 | just talking about it with your |
| 00:41:53 | 2 | opinion on splitting Pittsburgh? |
| 00:41:54 | 3 | A.      I think it's a terrible idea. |
| 00:41:56 | 4 | Q.      Tell us why. |
| 00:41:57 | 5 | A.      I absolutely disagree with it. |
| 00:41:58 | 6 | Because the city is it's own political |
| 00:42:05 | 7 | unit, and the city is a diverse city. |
| 00:42:08 | 8 | There's a lot of different interests. |
| 00:42:10 | 9 | But the fact that it's together unites |
| 00:42:16 | 10 | people's interests for resources. |
| 00:42:17 | 11 | They vote, you know, for the |
| 00:42:19 | 12 | same elected officials.  I mean, just |
| 00:42:21 | 13 | the fact that they are within this |
| 00:42:23 | 14 | municipal unit gives them a series of |
| 00:42:26 | 15 | common interests.  And I think |
| 00:42:29 | 16 | splitting them up, I think, that's a |
| 00:42:31 | 17 | mistake.  I think it dilutes the vote |
| | 18 | for the city.  I think it dilutes |
| | 19 | their advocacy. |
| | 20 | You know, the thing about |
| | 21 | running congressional races, |
| | 22 | Pennsylvania is like very |
| 00:42:43 | 23 | geographical.  Like, as I said before, |
| 00:42:44 | 24 | like, people in their neighborhood |
| 00:42:47 | 25 | like to vote for their own folks. |

714

| | |
|---|---|
| 00:42:49 | 1 |
| 00:42:50 | 2 |
| 00:42:51 | 3 |
| 00:42:54 | 4 |
| 00:42:56 | 5 |
| 00:42:57 | 6 |
| 00:43:00 | 7 |
| 00:43:05 | 8 |
| 00:43:08 | 9 |
| 00:43:14 | 10 |
| 00:43:14 | 11 |
| 00:43:14 | 12 |
| 00:43:14 | 13 |
| 00:43:14 | 14 |
| 00:43:19 | 15 |
| 00:43:20 | 16 |
| 00:43:22 | 17 |
| 00:43:24 | 18 |
| 00:43:27 | 19 |
| 00:43:31 | 20 |
| 00:43:36 | 21 |
| 00:43:37 | 22 |
| 00:43:39 | 23 |
| 00:43:39 | 24 |
| 00:43:42 | 25 |

1    So if you take the city and if
2  you were to slice it in half and, say,
3  put the southern section, the South
4  Hills, South Side in one and you put
5  sort of East and North Side in the
6  other, you know, what's that, 120,000
7  or something along those lines in that
8  south end.  If you put it in with
9  Beaver County and the outside suburbs,
10  I can very easily see a scenario ---
11  and this isn't a map that's reflected
12  of, by the way.  I can very easily see
13  a scenario where someone's running for
14  Congress, and I think, you know
15  something, I'm not getting any votes
16  in the city, so I'm not going to deal
17  with the city at all.  I'm going to go
18  into the suburbs.  I can get votes in
19  Robinson Township.  I can get votes in
20  Greentree.  I cannot get votes in Bel
21  Seward, you know, I'm not going there.
22  And then those folks are going to lose
23  representation.
24    And the alternate --- the
25  alternate is a Democratic candidate

715

00:43:46   1   who thinks, you know, I've got these

00:43:48   2   Democratic votes, I feel I can take

00:43:51   3   them for granted.  So I've got to go

00:43:56   4   get these swing voters in the suburbs

00:43:59   5   to, you know, to prop me up, to give

00:44:00   6   me that advantage.

00:44:01   7         So if you split the City of

00:44:03   8   Pittsburgh in two, I think it's most

00:44:05   9   likely that they're going to lose

00:44:07   10   representation.  They're going to

00:44:09   11   looks advocacy.  And it's not going to

00:44:11   12   matter whether it's a Republican or

00:44:13   13   Democrat.

00:44:14   14   Q.      Next split, Philadelphia and

00:44:16   15   Bucks County.  Talk to us about what

00:44:18   16   you think should be done in

00:44:19   17   Philadelphia and Bucks County.

00:44:20   18   A.      Bucks County should absolutely

00:44:21   19   not be combined with the city.  The

00:44:25   20   right Bucks County district would have

00:44:27   21   Bucks in its entirety and then move

00:44:31   22   into Montgomery County, as they've

00:44:36   23   done for decades as they're used to,

00:44:37   24   as they have common interests.  I

00:44:38   25   mean, that border between Bensalem and

716

00:44:39  1   Philadelphia, you know, you don't know
00:44:44  2   if you haven't been there.
00:44:45  3       If you --- you know, if you
00:44:45  4   walk across that line, you know you're
00:44:47  5   in Bucks County.  You know it.  It is
00:44:49  6   --- those are two different places.
00:44:51  7   And Bucks, even though it is a diverse
00:44:53  8   place and there's diversity between
00:44:57  9   lower Bucks and upper Bucks, it's used
00:44:59  10  to being together.  They work
00:45:01  11  together.  They like being a unit.
00:45:04  12  They don't want to be part of the
00:45:06  13  city.  I guarantee you that.
00:45:07  14  Q.     Well, it's funny you mention
00:45:09  15  they like being together.  Are you
00:45:11  16  aware of the resolution passed by ---
00:45:13  17  unanimously by Bucks County Council on
00:45:17  18  whether it wants to be in a district
00:45:21  19  by itself?
00:45:22  20  A.     Okay.
00:45:22  21      Heard about it, didn't read it.
00:45:24  22  And you just informed me it was
00:45:27  23  unanimous, which is surprising.  The
00:45:31  24  Commissioners voted unanimously?
00:45:32  25  Q.     Wait.  Now, listen.  Let's not

717

00:45:34  1    take my word for it.  I'll show it to
00:45:36  2    you.
00:45:36  3    A.      Sorry.
00:45:44  4                ATTORNEY HAVERSTICK:
00:45:45  5                Could we put this up on
00:45:46  6    the screen?  And I'd would like to
00:45:48  7    mark this as Reschenthaler 1.  I
00:45:48  8    apologize.  I'd like to mark this as
00:46:06  9    Reschenthaler 1.  We only have about
00:46:07  10   four copies.  I'd like to show it to
00:46:09  11   him.
00:46:09  12                JUDGE McCULLOUGH:
00:46:10  13                Yes, you can show it to
00:46:11  14   him.
00:46:12  15                ATTORNEY HAVERSTICK:
00:46:13  16                I know it's on the big
00:46:14  17   screen, but I'll give it to you to
00:46:15  18   keep.
00:46:16  19                ATTORNEY WIYGUL:
00:46:17  20                Your Honor, if I may?
00:46:17  21                JUDGE MCCULLOUGH:
00:46:17  22                Yes.
00:46:17  23                ATTORNEY WIYGUL:
00:46:17  24                I have an objection,
00:46:17  25   Your Honor.  I guess I'll file this

718

00:46:20  1    under goose and gander.  This is not

00:46:21  2    an exhibit that was disclosed to us

00:46:24  3    previously, unless I'm mistaken.

00:46:26  4    We're seeing this for the first time,

00:46:27  5    and so I think the same objection that

00:46:29  6    was lodged against the exhibits that I

00:46:31  7    was going to offer, even though they

00:46:33  8    derived directly from the data of the

00:46:35  9    report, ought to apply here as well.

00:46:38  10                    ATTORNEY HAVERSTICK:

00:46:39  11                    Your Honor, may I

00:46:39  12   respond?

00:46:40  13                    JUDGE McCULLOUGH:

00:46:40  14                    Yes.

00:46:40  15                    ATTORNEY HAVERSTICK:

00:46:41  16                    Could he wait maybe

00:46:42  17   until I ask to move it into evidence?

00:46:44  18                    JUDGE McCULLOUGH:

00:46:44  19                    You're not asking to

00:46:50  20   move ---?

00:46:50  21                    ATTORNEY HAVERSTICK:

00:46:51  22                    Well, I haven't done it

00:46:51  23   yet.

00:46:51  24                    JUDGE McCULLOUGH:

00:46:51  25                    Well, yesterday he

719

00:46:52  1    wanted to use an exhibit for

00:46:53  2    demonstrative purposes, maybe moving

00:46:57  3    it or not into evidence, and Counsel

00:46:58  4    were objecting that they had not been

00:47:00  5    given a copy of it before.

00:47:01  6                    ATTORNEY HAVERSTICK:

00:47:02  7                    And I understand that.

00:47:03  8    I think there's --- I mean, I can

00:47:03  9    argue, I suppose, that there's a

00:47:05  10   significant difference between a

00:47:07  11   complicated computer animation that

00:47:08  12   they had, and I'm sure had done for a

00:47:10  13   long time, and a resolution that, I

00:47:12  14   think, only came out yesterday.  And

00:47:13  15   anyway, it's something that the Court

00:47:15  16   can take judicial notice of.

00:47:17  17                    I don't have to put it

00:47:18  18   into evidence.  I just wanted him to

00:47:22  19   tell us if he was aware of it, and if

00:47:24  20   it reflects his, you know, his

00:47:25  21   testimony about what people in Bucks

00:47:32  22   wanted.

00:47:32  23                    ATTORNEY SENOFF:

00:47:33  24                    Your Honor, David Senoff

00:47:33  25   for the Democratic Caucus.  We would

720

| | |
|---|---|
| 00:47:33 | 1 |  just lodge a separate objection which |
| 00:47:33 | 2 |  is not really an objection, but we |
| 00:47:36 | 3 |  would ask for an offer of proof with |
| 00:47:37 | 4 |  regard to the relevance of this |
| 00:47:39 | 5 |  particular resolution given that we |
| 00:47:43 | 6 |  know as a matter of law that a |
| 00:47:47 | 7 |  resolution at a local level is not |
| 00:47:49 | 8 |  binding on the State General Assembly. |
| 00:47:52 | 9 |             So I don't --- and I'm |
| 00:47:54 | 10 |  talking about redistricting.  I |
| 00:47:56 | 11 |  understand this talks about |
| 00:47:57 | 12 |  redistricting.  The idea that the |
| 00:47:57 | 13 |  Commissioners voted to do something or |
| 00:48:04 | 14 |  other is kind of irrelevant because |
| 00:48:06 | 15 |  the state law would preempt this in |
| 00:48:08 | 16 |  any event, and so would the United |
| 00:48:13 | 17 |  States Constitution. |
| 00:48:13 | 18 |             ATTORNEY HAVERSTICK: |
| 00:48:13 | 19 |             Your Honor, that's a |
| 00:48:14 | 20 |  weight question.  His testimony was |
| 00:48:16 | 21 |  folks in Bucks wanted to keep Bucks in |
| 00:48:19 | 22 |  a district by itself, and I think this |
| 00:48:20 | 23 |  references it.  He also testified that |
| 00:48:21 | 24 |  he knew about it.  But I'm not |
| 00:48:24 | 25 |  hellbent and don't need to put it into |

721

00:48:26   1   evidence.

00:48:26   2                    I wanted to ask him if

00:48:28   3   this is what he was talking about when

00:48:30   4   he testified about it.

00:48:31   5              ATTORNEY SENOFF:

00:48:31   6                    I'm going to object.  I

00:48:33   7   think he said he didn't know about it

00:48:34   8   and that he would be willing to take

00:48:38   9   Counsel's word for it.

00:48:39   10             ATTORNEY HAVERSTICK:

00:48:40   11                   No.  He said he hadn't

00:48:41   12   read it.  He said he knew about it.

00:48:43   13             JUDGE McCULLOUGH:

00:48:43   14                   We can go back to the

00:48:44   15   record if you want.

00:48:45   16             ATTORNEY SENOFF:

00:48:45   17                   No, no.  I agree with

00:48:46   18   Counsel's representation that he said

00:48:47   19   he hadn't read it, but that he knew

00:48:49   20   about it.

00:48:50   21                   So in light of that if

00:48:51   22   he wants to question him about it, you

00:48:53   23   know, I think an offer of proof with

00:48:56   24   regard to where we're going with this,

00:48:57   25   recognizing that the vote of the

722

| | |
|---|---|
| 00:49:00 | 1 |

county council is not the vote of the

population of a county, it's a vote of

representatives of the county, on one

hand.

   And on the other hand,

I'm still not sure what the relevance

of this is to the constitutionality of

any particular matter.

    JUDGE McCULLOUGH:

   Okay.

   Do you want to make an

offer of proof?

    ATTORNEY HAVERSTICK:

   Your Honor, I think the

witness testified that he was aware

--- first, the witness testified that

people in Bucks like to have Bucks in

a district by itself and not be

combined with Philadelphia.  Then when

I asked him, he said he was aware of a

resolution to that effect, and it is,

in fact, unanimous.  I made that

representation.  But, you know, as the

Court can see and take note of, it is

signed by a 2-1 --- or I'm sorry, a

723

00:49:47  1    3-0 unanimous board member group.

00:49:51  2                    Look, I don't mean to

00:49:53  3    belabor this.  I think I made my

00:49:55  4    point.  My point is he's right.

00:49:57  5    People in Bucks County, through their

00:49:59  6    elected representatives, want Bucks

00:50:04  7    County to be in a district by itself.

00:50:05  8    And that's his testimony and ---.

00:50:08  9                    ATTORNEY SENOFF:

00:50:08  10                   Your Honor, I'd object

00:50:09  11   to that statement and move that

00:50:11  12   Counsel's statement about what the

00:50:12  13   witness' testimony is and whether it's

00:50:13  14   right or wrong be stricken from the

00:50:16  15   record.

00:50:16  16                   JUDGE McCULLOUGH:

00:50:17  17                   Well, I'll let you

00:50:18  18   reserve to make that statement in your

00:50:19  19   closing argument.

00:50:20  20                   ATTORNEY HAVERSTICK:

00:50:21  21                   Fair enough.

00:50:22  22                   JUDGE McCULLOUGH:

00:50:22  23                   The Court will not put

00:50:23  24   weight in that particular statement at

00:50:25  25   this juncture.

724

| | | |
|---|---|---|
| 00:50:26 | 1 | ATTORNEY HAVERSTICK: |
| 00:50:26 | 2 | Fair enough. |
| 00:50:27 | 3 | JUDGE McCULLOUGH: |
| 00:50:27 | 4 | Okay. |
| 00:50:27 | 5 | So as to the resolution, |
| 00:50:29 | 6 | are you asking the Court to take |
| 00:50:31 | 7 | judicial notice?  Do you need to ask |
| 00:50:33 | 8 | your witness additional questions |
| 00:50:35 | 9 | about this or ---? |
| 00:50:38 | 10 | ATTORNEY HAVERSTICK: |
| 00:50:38 | 11 | I don't think that I do, |
| 00:50:40 | 12 | Your Honor.  I will --- we have |
| 00:50:42 | 13 | another issue the Court knows about, |
| 00:50:44 | 14 | an evidentiary issue that I think |
| 00:50:48 | 15 | either we're going to deal with in |
| 00:50:49 | 16 | chambers.  I did intend to move into |
| 00:50:52 | 17 | evidence that other expert report at |
| 00:50:53 | 18 | the end of this today. |
| 00:50:54 | 19 | I'll probably try to |
| 00:50:55 | 20 | move this in and we can talk about it |
| 00:50:58 | 21 | then or maybe I'll just withdraw my |
| 00:51:01 | 22 | effort to put in what I marked as |
| 00:51:02 | 23 | Reschenthaler 1 into evidence. |
| 00:51:03 | 24 | As I said, I think the |
| 00:51:04 | 25 | testimony now speaks for itself. |

725

00:51:06   1            JUDGE McCULLOUGH:

00:51:06   2            Okay.

00:51:07   3            And when I say not put

00:51:10   4  weight, I mean on your statement not

00:51:11   5  on your witness' statement ---

00:51:14   6            ATTORNEY HAVERSTICK:

00:51:15   7            Yes.

00:51:15   8            JUDGE McCULLOUGH:

00:51:16   9            --- which I did hear.

00:51:17  10            ATTORNEY WIYGUL:

00:51:17  11            Yeah.  Just, generally,

00:51:17  12  Your Honor, if I may make one last

00:51:20  13  point.  I understood the Court to be

00:51:22  14  enforcing a rule that witness

00:51:23  15  testimony had to be --- the

00:51:25  16  information they're testifying to had

00:51:27  17  to be set forth in the report.  And

00:51:29  18  that's the rule I understood the Court

00:51:30  19  to enforce with respect to Dr.

00:51:33  20  Duchin's testimony.

00:51:33  21            And seeing that this was

00:51:34  22  not at all discussed in the report, I

00:51:36  23  don't think it's fair for the witness

00:51:39  24  to now opine on it for the first time

00:51:41  25  in the live testimony today.

726

| | | |
|---|---|---|
| 00:51:43 | 1 | ATTORNEY HAVERSTICK: |
| 00:51:43 | 2 | I don't know that he's |
| 00:51:43 | 3 | opining on it, Your Honor.  He |
| 00:51:43 | 4 | testified about it, and I asked him is |
| 00:51:46 | 5 | this what you're talking about, and he |
| 00:51:46 | 6 | said yes.  That's not an opinion on |
| 00:51:48 | 7 | it.  It's saying, yes, that's the |
| 00:51:52 | 8 | thing that I just said, yes, I was |
| 00:51:53 | 9 | aware. |
| 00:51:53 | 10 | ATTORNEY WIYGUL: |
| 00:51:54 | 11 | The Court's been |
| 00:51:54 | 12 | enforcing the same rules as ---. |
| 00:51:54 | 13 | JUDGE McCULLOUGH: |
| 00:51:55 | 14 | Are you talking about |
| 00:51:55 | 15 | the resolution, Mr. Wiygul? |
| 00:51:59 | 16 | ATTORNEY WIYGUL: |
| 00:51:59 | 17 | Yeah.  I'm talking |
| 00:51:59 | 18 | generally.  I understood the Court's |
| 00:52:00 | 19 | ruling yesterday to be that, you know, |
| 00:52:00 | 20 | if there are facts that were not |
| 00:52:02 | 21 | discussed that don't appear anywhere, |
| 00:52:04 | 22 | that weren't relied in the expert |
| 00:52:10 | 23 | report, that cannot be the basis of |
| 00:52:11 | 24 | testimony by the expert during this |
| 00:52:13 | 25 | hearing.  And if I understood the |

727

| | | |
|---|---|---|
| 00:52:15 | 1 | Court's rule correctly, I think it can |
| 00:52:17 | 2 | apply equally in these circumstances. |
| 00:52:19 | 3 | ATTORNEY HAVERSTICK: |
| 00:52:19 | 4 | Look, Your Honor, ---. |
| 00:52:19 | 5 | JUDGE MCCULLOUGH: |
| 00:52:19 | 6 | Go ahead. |
| 00:52:21 | 7 | ATTORNEY HAVERSTICK: |
| 00:52:21 | 8 | I'm sorry. I thought |
| 00:52:23 | 9 | you were saying something. Look, I |
| 00:52:25 | 10 | didn't object when one of the folks |
| 00:52:28 | 11 | put in declarations or whatever they |
| 00:52:30 | 12 | did, because why am I bothering to |
| 00:52:32 | 13 | object to that. It seems silly, |
| 00:52:34 | 14 | right. I mean, this is a document |
| 00:52:36 | 15 | that's not hearsay, and you can take |
| 00:52:39 | 16 | judicial notice of it. |
| 00:52:42 | 17 | If you don't want or if |
| 00:52:43 | 18 | it's easier, I won't move it into |
| 00:52:45 | 19 | evidence. But I mean, good grief, he |
| 00:52:47 | 20 | testified that he knew about it and |
| 00:52:49 | 21 | I'm not allowed to even ask him is |
| 00:52:51 | 22 | this what you're talking about? |
| 00:52:53 | 23 | That's not what he said. |
| 00:52:55 | 24 | JUDGE MCCULLOUGH: |
| 00:52:55 | 25 | Okay. |

728

| | | |
|---|---|---|
| 00:52:59 | 1 | Well, I think, Mr. |
| 00:53:00 | 2 | Wiygul, that Mr. Haverstick is not |
| 00:53:07 | 3 | going to pursue questioning on this |
| 00:53:08 | 4 | document. |
| 00:53:08 | 5 | ATTORNEY HAVERSTICK: |
| 00:53:08 | 6 | I'm done with it. |
| 00:53:08 | 7 | JUDGE McCULLOUGH: |
| 00:53:10 | 8 | So we're good to go. |
| 00:53:10 | 9 | ATTORNEY WIYGUL: |
| 00:53:10 | 10 | Okay. |
| 00:53:10 | 11 | I would just ask, Your |
| 00:53:10 | 12 | Honor, that any testimony that the |
| 00:53:12 | 13 | witness gave with respect to the |
| 00:53:13 | 14 | resolution be stricken on the same |
| 00:53:17 | 15 | grounds that I laid out. |
| 00:53:18 | 16 | ATTORNEY HAVERSTICK: |
| 00:53:19 | 17 | Including the question |
| 00:53:20 | 18 | where I asked him if he knew about it |
| 00:53:23 | 19 | before he even saw it? |
| 00:53:23 | 20 | ATTORNEY WIYGUL: |
| 00:53:23 | 21 | Yes, Your Honor. |
| 00:53:23 | 22 | JUDGE McCULLOUGH: |
| 00:53:24 | 23 | I think you have a |
| 00:53:26 | 24 | different objection that's broader |
| 00:53:27 | 25 | than what you're trying to say right |

729

| | |
|---|---|
| 00:53:29 | 1 |

now about a particular matter.  As to
whether he's aware of something, I
understand your objection to be a
general objection, which I think we
discussed we would address after the
testimony has been presented.  And I
think that's what you're ---.

ATTORNEY WIYGUL:

I don't --- I think it
goes beyond that, Your Honor.  I think
--- and I apologize if I'm confusing
the matter.  But the objection is that
in the report that the witness filed,
what was it, the day before yesterday,
irrespective of any issues we may have
about the fact that he was not the
initial expert disclosed by that
party, et cetera, my objection is this
information about this resolution was
not anywhere in his report.  I have
his report.  It's a burdensome report.
And I had understood the Court's
ruling to be consistent with what, I
think, the general approach to
disclosure requirements regarding

730

| | | |
|---|---|---|
| 00:54:26 | 1 | experts and expert reports, that |
| 00:54:27 | 2 | because it was outside the scope of |
| 00:54:28 | 3 | the Court, it could not then be the |
| 00:54:30 | 4 | basis of testimony at the hearing.  So |
| 00:54:33 | 5 | that is the primary basis of the |
| 00:54:34 | 6 | objection I'm lodging today. |
| 00:54:36 | 7 | ATTORNEY HAVERSTICK: |
| 00:54:37 | 8 | It did happen after the |
| 00:54:39 | 9 | report was submitted, so it's not as |
| 00:54:40 | 10 | if we could have put this in the |
| 00:54:42 | 11 | report.  I think it only happened a |
| 00:54:48 | 12 | day or two.  I don't meant to ---. |
| 00:54:49 | 13 | JUDGE McCULLOUGH: |
| 00:54:49 | 14 | I'd have to say I'm |
| 00:54:49 | 15 | going to have to check the record. |
| 00:54:51 | 16 | I'm not on the same page with you |
| 00:54:52 | 17 | about the Court's ruling if you're |
| 00:54:54 | 18 | referencing the demonstrative exhibit |
| 00:54:58 | 19 | that you attempted to offer yesterday. |
| 00:55:03 | 20 | But at this juncture --- |
| 00:55:06 | 21 | ATTORNEY HAVERSTICK: |
| 00:55:06 | 22 | I'm moving on. |
| 00:55:07 | 23 | JUDGE McCULLOUGH: |
| 00:55:07 | 24 | --- Mr. Haverstick is |
| 00:55:09 | 25 | moving on.  He is not going to further |

731

00:55:12    1    question the witness about this.

00:55:13    2                    And the Court will give

00:55:14    3    that testimony which occurred prior to

00:55:24    4    the attempt to introduce the

00:55:25    5    resolution its due weight.  And if the

00:55:26    6    Court then decides it's no weight,

00:55:29    7    that's what I will do.

00:55:30    8                    ATTORNEY WIYGUL:

00:55:31    9                    Thank you, Your Honor.

00:55:33    10                    ATTORNEY SENOFF:

00:55:33    11                    Your Honor, I would just

00:55:35    12    say we would --- we asked for an offer

00:55:37    13    of proof because I believe the only

00:55:39    14    question that Counsel got to was have

00:55:41    15    you ever seen this.  But based on

00:55:42    16    Counsel's representation that he

00:55:45    17    doesn't intend to further question on

00:55:47    18    this document, then we would withdraw

00:55:50    19    that request.  Thank you.

00:55:52    20                    JUDGE McCULLOUGH:

00:55:52    21                    Okay.

00:55:52    22                    Thank you very much.

00:55:55    23                    ATTORNEY GORDON:

00:55:56    24                    And Your Honor, just for

00:55:57    25    the record, very briefly, I'd like to

732

| | | |
|---|---|---|
| 00:55:58 | 1 | - - - . |
| 00:55:58 | 2 | JUDGE McCULLOUGH: |
| 00:55:59 | 3 | Can you take your mask |
| 00:56:00 | 4 | off?  I never can understand you with |
| 00:56:00 | 5 | a mask on. |
| 00:56:00 | 6 | ATTORNEY GORDON: |
| 00:56:00 | 7 | I apologize. |
| 00:56:00 | 8 | JUDGE MCCULLOUGH: |
| 00:56:00 | 9 | That's okay. |
| 00:56:00 | 10 | ATTORNEY GORDON: |
| 00:56:02 | 11 | Matthew Gordon. |
| 00:56:03 | 12 | Just for the record, we |
| 00:56:05 | 13 | join in the Governor's Counsel's |
| 00:56:07 | 14 | objection to testimony going beyond |
| 00:56:08 | 15 | the four points of the expert report. |
| 00:56:10 | 16 | JUDGE McCULLOUGH: |
| 00:56:10 | 17 | Okay.  So noted. |
| 00:56:17 | 18 | THE WITNESS: |
| 00:56:18 | 19 | And Bucks County has |
| 00:56:19 | 20 | commissioners - - - oh, I'm sorry. |
| 00:56:19 | 21 | JUDGE McCULLOUGH: |
| 00:56:19 | 22 | You have to wait until |
| 00:56:19 | 23 | your Counsel asks you a question. |
| 00:56:19 | 24 | THE WITNESS: |
| 00:56:21 | 25 | I'm sorry.  I'm sorry. |

733

| | | |
|---|---|---|
| 00:56:21 | 1 | I was just trying to correct a |
| 00:56:23 | 2 | mistake. |
| 00:56:23 | 3 | ATTORNEY HAVERSTICK: |
| 00:56:23 | 4 | You got to wait for a |
| 00:56:24 | 5 | question. |
| 00:56:24 | 6 | THE WITNESS: |
| 00:56:24 | 7 | I apologize. |
| 00:56:24 | 8 | BY ATTORNEY HAVERSTICK: |
| 00:56:26 | 9 | Q.    And we're not going to talk |
| 00:56:27 | 10 | about this anymore. |
| 00:56:28 | 11 | Okay? |
| 00:56:28 | 12 | I'm going to ask you one more |
| 00:56:30 | 13 | question about Bucks, but I don't want |
| 00:56:32 | 14 | you to talk about the thing. |
| 00:56:34 | 15 | A.    I actually wasn't.  I was just |
| 00:56:35 | 16 | correcting a mistake. |
| 00:56:35 | 17 | Q.    Very good.  Other than the |
| 00:56:36 | 18 | thing that we're not talking about |
| 00:56:38 | 19 | anymore, are there any other |
| 00:56:39 | 20 | observations you want to make about |
| 00:56:41 | 21 | Bucks County and Philadelphia beyond |
| 00:56:43 | 22 | your testimony?  And if the answer is |
| 00:56:44 | 23 | no, that's fine. |
| 00:56:46 | 24 | A.    The form of government of Bucks |
| 00:56:47 | 25 | County is a commissioner form of |

734

| | |
|---|---|
| 00:56:49 | 1 |
| 00:56:54 | 2 |
| 00:56:58 | 3 |
| 00:57:01 | 4 |
| 00:57:03 | 5 |

1    government, not council.

2    Q.      The last big pictures to

3    discuss, Luzerne County, Lackawanna

4    County.  Same districts, different

5    districts?

6    A.      Well, I think that different

7    districts makes a lot of sense because

8    I think it's what people up there

9    want.  For many years, Scranton and

10   Wilkes-Barre have been in different

11   congressional districts.

12          Now, that changed in 2002, when

13   the Republican Senate was drawing the

14   map and they wanted to help out Don

15   Sherwood up there, so they pulled the

16   City of Scranton out of his district,

17   the 10th.  And that was over the

18   objections of Sherwood and of, as I

19   understand it, the Republican Mayor

20   Connors up there.  They wanted to keep

21   the district whole.

22          And in 2012, again, when those

23   communities didn't have power over the

24   process, they were also kept whole.

25   And in the Supreme Court's draw where

735

00:57:57  1   they didn't have power over process,

00:57:59  2   they were also kept whole.

00:58:01  3        But I think that they would

00:58:02  4   like to go back to the situation where

00:58:04  5   they each had a member of Congress,

00:58:07  6   where they would have more power.  And

00:58:08  7   I think on this map, for example, if

00:58:10  8   we're looking at the 7th, you know,

00:58:13  9   Scranton would be the largest

00:58:14  10  municipal unit in the district.  It's

00:58:19  11  --- as I said earlier, it's a very

00:58:19  12  sort of homer vote.  They vote for

00:58:24  13  their hometown folks.  That Lackawanna

00:58:26  14  County is a very powerful block.

00:58:28  15       Let's see.  I mean, I feel

00:58:30  16  confident that it is the highest

00:58:31  17  population county in that district.  I

00:58:36  18  think that will be confirmed when you

00:58:41  19  review the census data.

00:58:43  20       So any member elected in the

00:58:44  21  7th has either got to come from that

00:58:45  22  block or is going to have to take very

00:58:47  23  careful attention to the Scranton area

00:58:51  24  to forestall a primary challenge or a

00:58:56  25  loss in the general election.

736

| | | |
|---|---|---|
| 00:58:57 | 1 | Meanwhile, if you look at the |
| 00:58:58 | 2 | 10th, and, you know, you keep Luzerne |
| 00:59:00 | 3 | together.  That's a very good unit. |
| 00:59:03 | 4 | That will be a Wilkes-Barre seat.  And |
| 00:59:06 | 5 | then the two of them would have |
| 00:59:10 | 6 | members like they've had for years and |
| 00:59:12 | 7 | years.  I mean, back in the days of |
| 00:59:12 | 8 | McDade and Flood and McDade and |
| 00:59:12 | 9 | Canjorsky.  I think that's what |
| 00:59:12 | 10 | they're used to.  I think that's what |
| 00:59:21 | 11 | their preference would be.  That's my |
| 00:59:22 | 12 | opinion. |
| 00:59:22 | 13 | Q.      Okay. |
| 00:59:27 | 14 | I want to take the balance of |
| 00:59:28 | 15 | our time to talk about some particular |
| 00:59:31 | 16 | maps and your observations of those |
| 00:59:33 | 17 | particular maps for the Court. |
| 00:59:34 | 18 | Okay? |
| 00:59:35 | 19 | A.      Sure. |
| 00:59:35 | 20 | ATTORNEY HAVERSTICK: |
| 00:59:37 | 21 | Could we put up the |
| 00:59:38 | 22 | Carter map, please?  Okay. |
| 00:59:51 | 23 | BY ATTORNEY HAVERSTICK: |
| 00:59:51 | 24 | Q.      Dr. Naughton, I think this is |
| 00:59:54 | 25 | the best we're going to be able to do. |

737

| | | |
|---|---|---|
| 00:59:54 | 1 | A.      Yeah.  This is my primary --- |
| 00:59:54 | 2 | oh sorry.  I apologize. |
| 00:59:56 | 3 | Q.      So start out by saying I think |
| 01:00:02 | 4 | this is the best thing we can do in |
| 01:00:03 | 5 | terms of what you can see.  So if you |
| 01:00:05 | 6 | need to zoom or anything, just call |
| 01:00:08 | 7 | out. |
| 01:00:08 | 8 | A.      Just pull up the Allegheny |
| 01:00:08 | 9 | County section because that's, I |
| 01:00:09 | 10 | think, the primary issue with this |
| 01:00:10 | 11 | map. |
| 01:00:10 | 12 | Q.      Okay. |
| 01:00:13 | 13 | A.      As I said before, you know, if |
| 01:00:15 | 14 | I'm putting ---. |
| 01:00:15 | 15 | ATTORNEY GORDON: |
| 01:00:15 | 16 | Your Honor? |
| 01:00:16 | 17 | JUDGE McCULLOUGH: |
| 01:00:16 | 18 | Yes. |
| 01:00:17 | 19 | ATTORNEY GORDON: |
| 01:00:18 | 20 | Reflecting my earlier |
| 01:00:22 | 21 | objection, I don't recall.  Maybe I'm |
| 01:00:24 | 22 | missing the report, but I don't recall |
| 01:00:25 | 23 | the report discussing the Carter maps |
| 01:00:27 | 24 | or the Carter maps --- particularly |
| 01:00:30 | 25 | the allegation concerning Allegheny |

738

01:00:31   1    County.  I don't think this is a part

01:00:33   2    of that consistent with my

01:00:34   3    understanding, which is consistent

01:00:36   4    with the Governor's and the limitation

01:00:38   5    of expert testimony, what was

01:00:40   6    contained within the reports.  I would

01:00:41   7    object to the witness now testifying

01:00:43   8    about a map and features of the map

01:00:45   9    that I don't think he discussed in his

01:00:47   10   report.

01:00:51   11                ATTORNEY HAVERSTICK:

01:00:51   12                Your Honor, there's a

01:00:52   13   footnote in the report in which Dr.

01:00:54   14   Naughton references that he has

01:00:55   15   commentary on lots of the different

01:00:57   16   maps and lots of different regions.

01:00:59   17   He called out a couple for the sake of

01:01:02   18   brevity.

01:01:02   19                I hazard to guess that

01:01:06   20   yesterday's Directs went outside of

01:01:09   21   what was specifically in each of the

01:01:11   22   reports.  Certainly the Crosses did.

01:01:13   23                He's testified about

01:01:15   24   today and put in his report the

01:01:18   25   factors that he thinks are important

739

| | | |
|---|---|---|
| 01:01:20 | 1 | to understand beyond computer |
| 01:01:23 | 2 | modeling, you know, when you're |
| 01:01:25 | 3 | drawing maps. He can't possibly apply |
| 01:01:28 | 4 | that in a way that's meaningful unless |
| 01:01:31 | 5 | he's allowed to look at maps and |
| 01:01:34 | 6 | comment on it. But his commentary and |
| 01:01:36 | 7 | his methodology and where it's coming |
| 01:01:39 | 8 | from was the heart of the report. |
| 01:01:39 | 9 | And now they're going to |
| 01:01:40 | 10 | say that we --- because we didn't |
| 01:01:41 | 11 | specifically talk about splitting |
| 01:01:45 | 12 | Venango, that he can't talk about it? |
| 01:01:45 | 13 | That's silly. |
| 01:01:48 | 14 | ATTORNEY GORDON: |
| 01:01:48 | 15 | Your Honor, I don't |
| 01:01:48 | 16 | think he talks about the Carter map at |
| 01:01:50 | 17 | all. The footnote that Counsel seems |
| 01:01:51 | 18 | to be referencing, the footnote that |
| 01:01:51 | 19 | says I have, of course, reviewed the |
| 01:01:55 | 20 | maps. It talks about regarding areas |
| 01:01:57 | 21 | other than Philadelphia and |
| 01:01:59 | 22 | Pittsburgh. He does talk about |
| 01:02:01 | 23 | Pittsburgh at length in his expert |
| 01:02:03 | 24 | report, but he doesn't --- again, I |
| 01:02:07 | 25 | don't believe he mentions the Carter |

740

| | | |
|---|---|---|
| 01:02:10 | 1 | map at all. |
| 01:02:11 | 2 | ATTORNEY HAVERSTICK: |
| 01:02:11 | 3 | Is the Carter map so bad |
| 01:02:13 | 4 | that he didn't put Pittsburgh on it? |
| 01:02:15 | 5 | I mean, I see it up there.  If the |
| 01:02:17 | 6 | objection is, well, he didn't --- you |
| 01:02:17 | 7 | know, he can only talk about specific |
| 01:02:19 | 8 | city or place names he put in the |
| 01:02:21 | 9 | report, he talked about Pittsburgh. |
| 01:02:22 | 10 | So at a minimum, he |
| 01:02:25 | 11 | should be allowed to look at every map |
| 01:02:27 | 12 | and say here's where I think Allegheny |
| 01:02:27 | 13 | County and politically what I think of |
| 01:02:30 | 14 | how the map drew it. |
| 01:02:31 | 15 | ATTORNEY GORDON: |
| 01:02:31 | 16 | He had an opportunity to |
| 01:02:32 | 17 | do that in his report.  He had |
| 01:02:34 | 18 | criticisms of other maps.  He had |
| 01:02:36 | 19 | those maps just like --- he had as |
| 01:02:37 | 20 | much time with the other maps as every |
| 01:02:40 | 21 | other expert.  And despite Counsel's |
| 01:02:43 | 22 | hazarding a guess about the |
| 01:02:43 | 23 | examinations yesterday, there was no |
| 01:02:45 | 24 | objection, as far as I'm aware, |
| 01:02:49 | 25 | yesterday's expert going beyond the |

741

01:02:51    1    scope of his reports.  We're simply

01:02:53    2    asking that this expert be treated the

01:02:55    3    same as every other expert, that he be

01:02:57    4    limited to what he discussed in his

01:02:59    5    report.

01:02:59    6               ATTORNEY HAVERSTICK:

01:03:00    7            And he's about to.

01:03:01    8               ATTORNEY WIYGUL:

01:03:01    9            And, Your Honor, I just

01:03:02   10    want to qualify.  I generally agree

01:03:03   11    with Counsel with the exception that

01:03:05   12    there being no objection because there

01:03:07   13    was, of course, objection to my

01:03:08   14    witnesses reportedly going beyond the

01:03:10   15    scope of the report, and I will note

01:03:11   16    that as an issue and as we described

01:03:13   17    ---.

01:03:13   18               JUDGE McCULLOUGH:

01:03:14   19           Let's be clear though,

01:03:15   20    Mr. Wiygul.  What you were attempting

01:03:20   21    to offer was another configuration,

01:03:21   22    another chart which involved

01:03:23   23    calculation of statistics.  Counsel's

01:03:27   24    objection was that they couldn't have

01:03:28   25    time to review that and assess that

742

01:03:30   1    and give that to their experts.

01:03:32   2                    You are now objecting to

01:03:33   3    someone commenting on a map which they

01:03:37   4    all have.  This is not new evidence.

01:03:41   5                    And the expert, as I

01:03:42   6    understand, Mr. Haverstick, if I

01:03:44   7    understand what you just said, is

01:03:47   8    attempting to talk about the region

01:03:49   9    which he addressed ---

01:03:51   10                   ATTORNEY HAVERSTICK:

01:03:51   11                   In his report.

01:03:52   12                   JUDGE McCULLOUGH:

01:03:52   13                   --- in his report.  If

01:03:54   14   we can limit it to that.

01:03:56   15                   ATTORNEY HAVERSTICK:

01:03:56   16                   Well, if --- I'll omit

01:04:01   17   discussions of other parts of the

01:04:04   18   state and concentrate on those areas

01:04:06   19   that I think they will agree were

01:04:09   20   specifically called out in the report.

01:04:09   21   You know, Philadelphia, Bucks County,

01:04:14   22   on the one hand and the Allegheny

01:04:15   23   County/Pittsburgh region on the other.

01:04:17   24   I mean, that will streamline my

01:04:18   25   ability to get this done.  I'll agree

743

01:04:22   1   to that.

01:04:22   2                    JUDGE McCULLOUGH:

01:04:23   3                    Yeah, we don't want to

01:04:23   4   go outside the scope of the expert

01:04:25   5   reports.  So I'm, of course, going to

01:04:26   6   ask you to limit it to areas where he

01:04:27   7   specifically addresses, as I

01:04:29   8   understand it, you're talking about

01:04:33   9   Pittsburgh?

01:04:34   10                    ATTORNEY HAVERSTICK:

01:04:35   11                    Talking about Pittsburgh

01:04:36   12   --- Pittsburgh and Allegheny County,

01:04:37   13   because I think you're talking about

01:04:37   14   the same thing there.  And

01:04:39   15   Philadelphia and Bucks, because when

01:04:41   16   you talk about those two and you talk

01:04:43   17   about where people should go, you have

01:04:44   18   to naturally talk about the

01:04:46   19   surrounding communities.

01:04:47   20                    But yes, I will limit it

01:04:48   21   to those two communities.

01:04:49   22                    JUDGE McCULLOUGH:

01:04:50   23                    Well, I will allow you

01:04:51   24   to ask him in a very limited manner,

01:04:54   25   you know, about the

744

| | | |
|---|---|---|
| 01:04:54 | 1 | Pittsburgh/Allegheny area on which he |
| 01:04:58 | 2 | opined throughout his report. |
| 01:05:00 | 3 | ATTORNEY WIYGUL: |
| 01:05:00 | 4 | If I may clarify, Your |
| 01:05:01 | 5 | Honor.  I think part of the question I |
| 01:05:02 | 6 | asked is whether the witness will be |
| 01:05:03 | 7 | allowed --- I think he wants to talk |
| 01:05:03 | 8 | --- we can talk about his report, I |
| 01:05:03 | 9 | have no objection to that.  But if |
| 01:05:03 | 10 | he's then going to go further and |
| 01:05:12 | 11 | start critiquing particular maps which |
| 01:05:12 | 12 | did not appear anywhere in his report, |
| 01:05:14 | 13 | I would object to that. |
| 01:05:15 | 14 | And I would note that all the |
| 01:05:16 | 15 | other experts in their rebuttal |
| 01:05:18 | 16 | reports did include critiques where |
| 01:05:21 | 17 | they had them of the other maps and |
| 01:05:23 | 18 | disclosed that critique in their |
| 01:05:26 | 19 | rebuttal report.  So I don't believe |
| 01:05:26 | 20 | that would be proper, and the Governor |
| 01:05:28 | 21 | would object to that. |
| 01:05:29 | 22 | ATTORNEY GORDON: |
| 01:05:29 | 23 | And, Your Honor, that's |
| 01:05:30 | 24 | the nature of my objection as well. |
| 01:05:31 | 25 | If the witness wants to talk about his |

745

01:05:33    1    analysis of Pittsburgh and
01:05:35    2    Philadelphia as set forth in the
01:05:36    3    report, that's fine.
01:05:37    4              What Counsel appears to
01:05:38    5    be doing is asking the witness to
01:05:41    6    offer a critique of the Carter map.
01:05:44    7    That critique is not contained in his
01:05:46    8    report.  There is no mention of the
01:05:47    9    Carter map in his report.  And Matt
01:05:51   10    didn't put us on notice, my clients
01:05:52   11    and me on notice, that he wanted to
01:05:55   12    critique the Carter map.  If he wanted
01:05:57   13    to do that, he's fine to do that.
01:05:59   14              JUDGE McCULLOUGH:
01:05:59   15              I think you --- well,
01:05:59   16    Counsel, I strongly disagree with that
01:06:01   17    last statement.  You're all on notice
01:06:03   18    that your maps could be critiqued by
01:06:06   19    --- at this --- in this courtroom.  So
01:06:10   20    to say you're not prepared to defend a
01:06:12   21    critique of the map is not --- to me
01:06:14   22    is not a genuine concern.  But I
01:06:17   23    understand your statement about going
01:06:20   24    outside the scope of the expert
01:06:23   25    report.  I think limiting his

746

01:06:25   1   testimony to areas on which he has

01:06:27   2   already opined, to me, is still within

01:06:35   3   his expert report.

01:06:37   4              But please be careful

01:06:40   5   not to go off the scope of his report.

01:06:46   6              ATTORNEY HAVERSTICK:

01:06:46   7              I will specifically

01:06:47   8   confine my questions on these maps to

01:06:50   9   two regions, Allegheny

01:06:53   10   County/Pittsburgh, Philadelphia/Bucks.

01:06:56   11              ATTORNEY GORDON:

01:06:56   12              And, Your Honor, we

01:06:57   13   certainly --- it's certainly the case

01:07:00   14   that we came here expecting that each

01:07:02   15   of our maps would be critiqued by

01:07:05   16   other experts.  We expected that any

01:07:07   17   such critique would be disclosed in

01:07:10   18   the report.  This was not disclosed in

01:07:12   19   the report.

01:07:12   20              ATTORNEY HAVERSTICK:

01:07:13   21              Of course it was.

01:07:14   22              JUDGE McCULLOUGH:

01:07:15   23              If I understand you, Mr.

01:07:16   24   Haverstick, you're not offering

01:07:18   25   critique of this map.  You're looking

747

| | | |
|---|---|---|
| 01:07:20 | 1 | at the particular areas of which your |
| 01:07:21 | 2 | expert has already opined? |
| 01:07:23 | 3 | ATTORNEY HAVERSTICK: |
| 01:07:23 | 4 | I view these maps as |
| 01:07:25 | 5 | demonstrable exhibits.  And he's |
| 01:07:27 | 6 | already opined about what he thinks |
| 01:07:27 | 7 | from a political geographic standpoint |
| 01:07:30 | 8 | about Allegheny County specifically, |
| 01:07:32 | 9 | and Philadelphia, the city, county |
| 01:07:34 | 10 | specifically, and Bucks.  That's in |
| 01:07:36 | 11 | his report. |
| 01:07:36 | 12 | He's not allowed to |
| 01:07:37 | 13 | comment on documents that they've put |
| 01:07:39 | 14 | into evidence?  I mean, all of these |
| 01:07:41 | 15 | maps are into evidence, Your Honor. |
| 01:07:43 | 16 | If they're saying that he can't |
| 01:07:44 | 17 | comment on things that they put in |
| 01:07:46 | 18 | evidence, I hope ---. |
| 01:07:47 | 19 | JUDGE McCULLOUGH: |
| 01:07:47 | 20 | And that last point I |
| 01:07:49 | 21 | think is just what I was about to say. |
| 01:07:51 | 22 | These are all in evidence, unlike the |
| 01:07:53 | 23 | demonstrative chart that was proposed |
| 01:07:56 | 24 | to be introduced through your witness |
| 01:07:59 | 25 | yesterday, Mr. Wiygul.  It was a whole |

748

01:08:02  1      other configuration.  Even though he

01:08:04  2      said it was, you know, just pictures,

01:08:06  3      it presented new statistics.

01:08:07  4                    This is not new.  This

01:08:08  5      is in evidence.  So I'm going to allow

01:08:10  6      Mr. Haverstick to question his witness

01:08:13  7      to the extent that he has opined on

01:08:15  8      certain areas if you want to.  And

01:08:20  9      your objections are noted.

01:08:22  10                   ATTORNEY WIYGUL:

01:08:23  11                   In response to Your

01:08:25  12     Honor's last comment, just to preserve

01:08:27  13     my offer of proof on the exhibits

01:08:30  14     yesterday, I believe Dr. Duchin's

01:08:33  15     testimony was the graphs that we were

01:08:33  16     going to show, that were not allowed

01:08:34  17     into evidence were --- in fact the

01:08:35  18     data for those was disclosed in the

01:08:37  19     report.

01:08:38  20                   What wasn't disclosed is the

01:08:40  21     particular visualization that we

01:08:41  22     wanted to show.  So I just wanted to

01:08:43  23     make that clear for the record.

01:08:44  24                   JUDGE McCULLOUGH:

01:08:44  25                   Okay.

749

| | | |
|---|---|---|
| 01:08:45 | 1 | ATTORNEY WIYGUL: |
| 01:08:46 | 2 | Thank you. |
| 01:08:46 | 3 | JUDGE McCULLOUGH: |
| 01:08:46 | 4 | Thank you. |
| 01:08:47 | 5 | ATTORNEY HAVERSTICK: |
| 01:08:47 | 6 | May I proceed? |
| 01:08:48 | 7 | JUDGE McCULLOUGH: |
| 01:08:48 | 8 | Yes. |
| 01:08:49 | 9 | ATTORNEY HAVERSTICK: |
| 01:08:50 | 10 | Thank you, Your Honor. |
| 01:08:50 | 11 | BY ATTORNEY HAVERSTICK: |
| 01:08:53 | 12 | Q.       Now, Dr. Naughton, I know you |
| 01:08:56 | 13 | were in the room for all of that.  We |
| 01:08:57 | 14 | need to be very careful when we're |
| 01:08:59 | 15 | talking about the Carter maps and the |
| 01:09:01 | 16 | other maps that focus on Allegheny |
| 01:09:01 | 17 | County? |
| 01:09:02 | 18 | A.       Yes, absolutely. |
| 01:09:03 | 19 | Q.       So do you have any critiques of |
| 01:09:09 | 20 | the Carter map with respect to that |
| 01:09:10 | 21 | region? |
| 01:09:11 | 22 | A.       You know, like I said earlier, |
| 01:09:12 | 23 | I would absolutely not separate |
| 01:09:14 | 24 | Wilkinsburg into a separate district. |
| 01:09:16 | 25 | I think it should absolutely be |

750

01:09:20  1    integrated with the city.  I think

01:09:21  2    that's a mistake.

01:09:21  3         And you have this bulge on the

01:09:21  4    eastern side of Penn Hills, and I

01:09:21  5    believe that's Verona and Oakmont.  I

01:09:30  6    think that's the extent of it.  I

01:09:31  7    wouldn't put Penn Hills over there.  I

01:09:34  8    mean, it's --- I might put Oakmont in

01:09:37  9    with the 17th because, you know, it's

01:09:38  10   right across the Fulton Bridge.  So

01:09:38  11   there is some connection there.  A lot

01:09:42  12   of people sort of commute over and go

01:09:43  13   down the expressway there.  So you

01:09:47  14   know, maybe Oakmont.

01:09:48  15        But I would certainly not have

01:09:51  16   this bulge and separate these

01:09:53  17   communities that are really associated

01:09:55  18   with Allegheny County.  And it's very

01:09:57  19   easily remedied because you've got the

01:10:00  20   South Hills split up.  You know,

01:10:00  21   you've got Upper St. Clair and Bethel

01:10:07  22   Park in with the 12, stretching out

01:10:09  23   through the valley.  I mean, Bethel

01:10:11  24   Park and Upper St. Clair are much more

01:10:18  25   compatible with Mt. Lebanon and

751

| | | |
|---|---|---|
| 01:10:19 | 1 | Bridgeville and South Fayette and, you |
| 01:10:25 | 2 | know, and those communities.  They |
| 01:10:26 | 3 | match together. |
| 01:10:27 | 4 | You're putting --- you're |
| 01:10:27 | 5 | taking --- you're taking a big chunk |
| 01:10:28 | 6 | of Allegheny County, that's really |
| 01:10:31 | 7 | related to the city, and you're tying |
| 01:10:35 | 8 | it in with that north region.  And |
| 01:10:37 | 9 | then you're taking and you're |
| 01:10:39 | 10 | splitting up this --- this doesn't |
| 01:10:41 | 11 | make any sense.  I mean, I would not |
| 01:10:43 | 12 | have the 12th and 17th District lines |
| 01:10:47 | 13 | sliced through the parking lot at |
| 01:10:50 | 14 | South Hills Village. |
| 01:10:50 | 15 | Q.    Let's slide over to the eastern |
| 01:10:52 | 16 | part of the state and take a look at |
| 01:10:54 | 17 | Philadelphia County.  And we will zoom |
| 01:10:57 | 18 | in there to Philly and the collar |
| 01:11:05 | 19 | counties.  Do you have any critique of |
| 01:11:07 | 20 | the Carter map and how it treats the |
| 01:11:08 | 21 | Philadelphia area? |
| 01:11:09 | 22 | A.    I think that it's Bucks |
| 01:11:10 | 23 | District, number one.  I think it's |
| 01:11:12 | 24 | very good.  Within the City of |
| 01:11:14 | 25 | Philadelphia, you know, I haven't |

752

| | | |
|---|---|---|
| 01:11:17 | 1 | represented expertise.  I don't mean |
| 01:11:18 | 2 | to.  I just like the idea that you've |
| 01:11:22 | 3 | got two fully-contained seats within |
| 01:11:22 | 4 | the city.  And I think I said that in |
| 01:11:25 | 5 | my report.  I think that makes a lot |
| 01:11:26 | 6 | of sense. |
| 01:11:27 | 7 | Am I allowed to talk about 4 |
| 01:11:29 | 8 | and 5? |
| 01:11:30 | 9 | Q.    Well, if it relates to --- if |
| 01:11:32 | 10 | it relates in any way to the |
| 01:11:34 | 11 | relationship between Bucks and |
| 01:11:35 | 12 | Philadelphia? |
| 01:11:45 | 13 | A.    I don't think it does.  I mean, |
| 01:11:46 | 14 | I don't think there are big problems |
| 01:11:51 | 15 | with 4, 5 and 6.  I mean, there's more |
| 01:11:51 | 16 | sort of --- I can express a little |
| 01:11:53 | 17 | personal preference, but I mean, I |
| 01:11:53 | 18 | don't --- I don't want to stray out of |
| 01:11:55 | 19 | my boundaries, but ---. |
| 01:11:56 | 20 | Q.    Let's not. |
| 01:11:57 | 21 | A.    I don't know.  I'd pull 4 out |
| 01:11:59 | 22 | of Berks a little bit and I'd move |
| 01:11:59 | 23 | that 5.  I'd probably put 5 more into |
| 01:12:05 | 24 | Chester and I'd have 4 ---. |
| 01:12:05 | 25 | ATTORNEY GORDON: |

753

01:12:06    1                    Objection.

01:12:11    2                    JUDGE McCULLOUGH:

01:12:11    3                    Excuse me.

01:12:11    4                    THE WITNESS:

01:12:11    5                    Have I gone beyond?  I

01:12:13    6       apologize.

01:12:13    7                    ATTORNEY HAVERSTICK:

01:12:13    8                    Stop.

01:12:13    9                    JUDGE MCCULLOUGH:

01:12:13   10                    Counsel, you have an

01:12:13   11       objection?

01:12:13   12                    ATTORNEY GORDON:

01:12:15   13                    Continuing objection to

01:12:16   14       all this testimony.  It's all a

01:12:18   15       critique of his argument.  None of it

01:12:21   16       was in the report, as I stated before.

01:12:22   17       And the objection --- the witness just

01:12:23   18       said I don't want to stray out my

01:12:26   19       boundaries.  Counsel said keep it to

01:12:29   20       Philadelphia, and now he's trying to

01:12:30   21       do exactly what he said.

01:12:33   22                    JUDGE McCULLOUGH:

01:12:33   23                    Yes, I'm going to

01:12:34   24       sustain that part of your objection.

01:12:35   25       And please move on with your witness.

754

| | | |
|---|---|---|
| 01:12:35 | 1 | ATTORNEY HAVERSTICK: |
| 01:12:35 | 2 | We will. |
| 01:12:35 | 3 | JUDGE MCCULLOUGH: |
| 01:12:35 | 4 | Thank you, Mr. |
| 01:12:40 | 5 | Haverstick. |
| 01:12:40 | 6 | ATTORNEY HAVERSTICK: |
| 01:12:41 | 7 | Please pull up the |
| 01:12:42 | 8 | Gressman map. |
| 01:12:42 | 9 | BY ATTORNEY HAVERSTICK: |
| 01:12:43 | 10 | Q.    And I direct your attention on |
| 01:12:47 | 11 | the Gressman map to the Allegheny |
| 01:12:47 | 12 | County/Pittsburgh region.  Do you have |
| 01:12:51 | 13 | any commentary on the treatment of |
| 01:12:56 | 14 | that region on this map? |
| 01:12:58 | 15 | A.    Well, the first problem is |
| 01:12:58 | 16 | there's a section of the city that |
| 01:12:59 | 17 | crosses the river and goes off to the |
| 01:13:02 | 18 | southeast.  It includes Hayes and |
| 01:13:05 | 19 | Lincoln Place and New Homestead.  And |
| 01:13:09 | 20 | that area is very well integrated into |
| 01:13:12 | 21 | the rest of the Mon Valley. |
| 01:13:15 | 22 | I mean, Lincoln Place |
| 01:13:16 | 23 | neighborhood is half the --- it's |
| 01:13:20 | 24 | nearly twice as far to get to |
| 01:13:24 | 25 | Allegheny County Courthouse as it does |

755

01:13:26  1    to get to McKeesport.  So the center
01:13:27  2    of McKeesport.  So it's very
01:13:29  3    integrated in the Valley.  So I think
01:13:30  4    it's a mistake, you know, again,
01:13:32  5    separating that out.  I'd really,
01:13:34  6    again, connect that into the Mon
01:13:34  7    Valley.
01:13:38  8         But there's also a very
01:13:39  9    specific issue, which is that part of
01:13:43  10   the New Homestead development is only
01:13:47  11   publicly accessible via the 17th
01:13:50  12   District.  Now, you can get to New
01:13:53  13   Homestead from within the 14th if you
01:13:56  14   put on some hiking boots and did a
01:13:59  15   little trespassing.  But if you want
01:14:02  16   public access via a vehicle or
01:14:05  17   sidewalk, you would have to go outside
01:14:08  18   the 14th and through the 17th to get
01:14:14  19   there.
01:14:14  20        I mean, I think just generally
01:14:15  21   --- and I think I've said this before,
01:14:16  22   if I'm looking at where Pittsburgh
01:14:18  23   matches up, it's East Hills and Mon
01:14:22  24   Valley, less so than this sort of
01:14:23  25   attachment to the South Hills.

756

01:14:25  1         And again, it's my belief that
01:14:29  2   this is being driven by this Polsby
01:14:33  3   model, which is a very good model.
01:14:35  4   I'm not arguing the model, and it may
01:14:39  5   work in a lot of contexts.  But in the
01:14:39  6   very specific context of this part of
01:14:42  7   the state, given the municipal
01:14:43  8   boundaries, given how it's developed
01:14:46  9   over time, I don't think it is a good
01:14:48  10  fit.  It's like trying to put a square
01:14:50  11  peg in a round hole.  And you know,
01:14:52  12  you're looking for a hammer instead of
01:14:55  13  a round peg.  Go look for a round peg.
01:14:57  14  Q.       Switch over to the eastern half
01:14:59  15  of the state.  Let's look at Philly
01:15:01  16  and Bucks.  And I'd ask you to keep
01:15:02  17  your commentary limited to that
01:15:06  18  interaction.  You know, if that has
01:15:08  19  some effect on Mon Co or Chest Co or
01:15:08  20  Del Co ---.
01:15:14  21  A.       Yeah, I apologize for going
01:15:14  22  beyond --- I apologize for that.  I
01:15:16  23  don't think the two should be reaching
01:15:19  24  into Bucks and as far into Lower
01:15:23  25  Bucks.  I mean, Bucks County is a

757

01:15:25   1   diverse county, that is true.  But,

01:15:28   2   again, it works together politically.

01:15:32   3   They've been a unit for decades.

01:15:36   4           Meanwhile, you know, why are

01:15:40   5   you moving in --- you know, why aren't

01:15:42   6   you drawing two seats entirely within

01:15:44   7   the City of Philadelphia for advocacy.

01:15:47   8           There's also a risk here, I

01:15:48   9   think, because this Lower Bucks area

01:15:51   10   is so unusual.  And I believe this

01:15:54   11   would be a heavily Democratic seat.  I

01:15:57   12   think the concentration of constituent

01:15:57   13   service, of issue advocacy would be

01:16:05   14   focused on northeast Philly and those

01:16:06   15   areas.  I think Lower Bucks really

01:16:08   16   sort of loses out on representation by

01:16:12   17   a putative member.

01:16:12   18                   ATTORNEY HAVERSTICK:

01:16:20   19           Let's call up the

01:16:22   20   Governor's map, please.

01:16:22   21   BY ATTORNEY HAVERSTICK:

01:16:24   22   Q.      All right.

01:16:24   23           Directing your attention to

01:16:26   24   Allegheny County and Pittsburgh.  You

01:16:28   25   know the question.

758

01:16:28  1      A.      I wouldn't split up the city.

01:16:30  2                    ATTORNEY WIYGUL:

01:16:31  3                    I'm sorry, Your Honor.

01:16:32  4      I'd like to make sure that I renew my

01:16:34  5      objection with respect to the

01:16:35  6      Governor's map in particular.  I

01:16:36  7      understand Your Honor's going to

01:16:38  8      overrule it based on what you said

01:16:40  9      earlier, but I did want to get that

01:16:42  10     objection and Your Honor's ruling on

01:16:45  11     the record, please.

01:16:45  12                    JUDGE McCULLOUGH:

01:16:45  13                    Is your objection that

01:16:47  14     it was not in the report?

01:16:50  15                    ATTORNEY WIYGUL:

01:16:50  16                    That he's critiquing the

01:16:52  17     Governor's map, yes.

01:16:52  18                    JUDGE McCULLOUGH:

01:16:52  19                    So I, again, would

01:16:53  20     instruct Mr. Haverstick to limit his

01:16:56  21     witness to testimony about the two

01:17:00  22     areas in which he opined previously.

01:17:03  23                    ATTORNEY HAVERSTICK:

01:17:04  24                    Understood.

01:17:04  25                    JUDGE McCULLOUGH:

759

| | | |
|---|---|---|
| 01:17:05 | 1 | And I have another. |
| 01:17:07 | 2 | Counsel. |
| 01:17:07 | 3 | ATTORNEY SENOFF: |
| 01:17:08 | 4 | Your Honor, I don't have |
| 01:17:09 | 5 | an objection. Just a request because |
| 01:17:11 | 6 | when we go back and read the record, |
| 01:17:13 | 7 | could you put the question on the |
| 01:17:14 | 8 | record? Thank you. |
| 01:17:15 | 9 | ATTORNEY HAVERSTICK: |
| 01:17:15 | 10 | Yes, Mr. Senoff is |
| 01:17:18 | 11 | right. |
| 01:17:18 | 12 | JUDGE McCULLOUGH: |
| 01:17:18 | 13 | So we want to read the |
| 01:17:20 | 14 | question back? |
| 01:17:21 | 15 | ATTORNEY HAVERSTICK: |
| 01:17:21 | 16 | No, I didn't ask --- I |
| 01:17:22 | 17 | said something like same question or |
| 01:17:22 | 18 | you know the question. And I think |
| 01:17:25 | 19 | Mr. Senoff's right. The record |
| 01:17:25 | 20 | probably should actually have the |
| 01:17:26 | 21 | question in it. |
| 01:17:26 | 22 | BY ATTORNEY HAVERSTICK: |
| 01:17:28 | 23 | Q.    Dr. Naughton, do you have any |
| 01:17:31 | 24 | commentary or critique of the |
| 01:17:33 | 25 | Governor's map with respect to |

760

01:17:36  1  Allegheny County and Pittsburgh?

01:17:37  2  A.    I don't think the city should

01:17:39  3  be split up. I think it'S a mistake.

01:17:45  4      You know, if we're looking at

01:17:47  5  common interests, I mean, you're going

01:17:48  6  to put --- you're going to split up

01:17:49  7  the city and put North View Heights

01:17:52  8  and Broadhead Manor and Esklin in with

01:17:56  9  Hooks Town and Beaver County? This

01:17:57  10  really just doesn't make a lot of

01:17:59  11  sense.

01:18:00  12      I think, as I've said before,

01:18:02  13  keep the city together. Keep it with

01:18:04  14  communities it's connected to, East

01:18:07  15  Hills and down into the Mon Valley.

01:18:09  16  And then sort of where you need to

01:18:10  17  add, you can add. But those suburban

01:18:13  18  areas are much more compatible with

01:18:16  19  Beaver County and certainly North View

01:18:18  20  Heights is not.

01:18:20  21  Q.    Let's swing over to the

01:18:21  22  southeast. Do you have any critiques

01:18:30  23  or commentary about the Governor's

01:18:34  24  rendition of the Philadelphia/Bucks

01:18:34  25  County region?

761

01:18:34   1    A.      I don't agree with the addition

01:18:36   2    of the 2nd district into Bensalem and

01:18:39   3    the sort of associated communities.

01:18:42   4    This actually runs an even greater

01:18:45   5    risk than the previous map of lack of

01:18:48   6    representation, It's so dominated by

01:18:49   7    the city.

01:18:49   8            Bucks County should remain

01:18:49   9    whole.  It's in the interest of their

01:19:04   10   voters and all citizens.

01:19:04   11   Q.      Lastly ---.

01:19:04   12   A.      Sorry.  And all their citizens

01:19:04   13   I should say.

01:19:04   14                ATTORNEY HAVERSTICK:

01:19:06   15            Lastly, can we call up

01:19:08   16   the Senate Democratic map, please?

01:19:09   17            Actually, no, it's not a

01:19:12   18   Democratic map.

01:19:12   19   BY ATTORNEY HAVERSTICK:

01:19:14   20   Q.      Focusing on Allegheny County

01:19:16   21   and Pittsburgh, do you have any

01:19:18   22   critiques of the Senate Democratic map

01:19:21   23   with respect to this region?

01:19:23   24   A.      I disagree with splitting up

01:19:26   25   the city.  I don't think that area is

762

| | | |
|---|---|---|
| 01:19:32 | 1 | as great a common interest with areas |
| 01:19:32 | 2 | in Beaver County, as I said about the |
| 01:19:39 | 3 | previous map.  So I disagree with |
| 01:19:41 | 4 | splitting up the city. |
| 01:19:42 | 5 | And, again, it's not necessary. |
| 01:19:43 | 6 | You don't have to do it. |
| 01:19:44 | 7 | Q.     Okay. |
| 01:19:45 | 8 | If we could move to the |
| 01:19:48 | 9 | southeast, please.  Do you have any |
| 01:19:50 | 10 | critique or commentary about this |
| 01:19:52 | 11 | map's treatment of the Philadelphia |
| 01:19:54 | 12 | and Bucks region? |
| 01:19:56 | 13 | A.     May I speak about the 1st |
| 01:19:58 | 14 | district in its entirety or not? |
| 01:20:06 | 15 | Q.     Go ahead.  And we'll see if it |
| 01:20:08 | 16 | draws an objection? |
| 01:20:08 | 17 | A.     Okay.  All right. |
| 01:20:10 | 18 | I don't believe that the ---. |
| 01:20:10 | 19 | ATTORNEY ATTISANO: |
| 01:20:11 | 20 | Your Honor, Marco |
| 01:20:11 | 21 | Attisano on behalf of Senate |
| 01:20:15 | 22 | Democrats.  I object as outside the |
| 01:20:16 | 23 | expert report. |
| 01:20:17 | 24 | JUDGE McCULLOUGH: |
| 01:20:17 | 25 | You actually asked him |

763

01:20:18  1   for a critique of this map, and I

01:20:20  2   think we were trying to keep it

01:20:21  3   limited to just those areas, Mr.

01:20:26  4   Haverstick.

01:20:28  5             ATTORNEY HAVERSTICK:

01:20:28  6             Well, Philadelphia and

01:20:30  7   Bucks County.  His testimony --- and I

01:20:31  8   know he objected it or they objected

01:20:31  9   to the resolution.  I acknowledge

01:20:33  10  that.  But there was no objection to

01:20:34  11  his prior testimony about Bucks County

01:20:37  12  and its people and wanting to be an

01:20:39  13  integrated unit.  So I understood that

01:20:43  14  as long as we were talking about how

01:20:45  15  or whether to split Bucks, that was

01:20:46  16  something he talked about expressing.

01:20:49  17            JUDGE McCULLOUGH:

01:20:49  18            Yes.

01:20:50  19            ATTORNEY HAVERSTICK:

01:20:50  20            Yeah, that's all I'm

01:20:53  21  asking.  Yes.

01:20:53  22  BY ATTORNEY HAVERSTICK:

01:20:53  23  Q.     Can you answer --- can you

01:20:56  24  answer --- can you give your answer

01:20:58  25  and express it in a way that answers

764

01:21:04   1    the question of whether you have any

01:21:06   2    critiques of how and whether

01:21:10   3    Philadelphia and Bucks should be

01:21:14   4    merged in that way?

01:21:15   5    A.        Yes.

01:21:16   6    Q.        Go ahead.

01:21:17   7    A.        Well, as I said previously, I

01:21:20   8    don't believe that Lower Bucks should

01:21:22   9    be part of the 2nd District.  I don't

01:21:25   10   believe it should be connected to the

01:21:26   11   city.  I believe Bucks County should

01:21:29   12   remain whole and it unnecessarily

01:21:32   13   pushes the district into other regions

01:21:35   14   that are less connected with Bucks

01:21:42   15   County.

01:21:42   16                   ATTORNEY HAVERSTICK:

01:21:42   17                   Okay.

01:21:43   18                   I think we're good with

01:21:44   19   the maps.

01:21:44   20   BY ATTORNEY HAVERSTICK:

01:21:49   21   Q.        Let's wrap up.  Did you hear

01:21:53   22   yesterday several experts opine that

01:21:58   23   there was such a thing as a best map?

01:21:59   24   A.        I did hear that.

01:22:02   25   Q.        Do you agree that there can be

765

01:22:05   1   such a thing as a best map?

01:22:07   2   A.      No.

01:22:07   3   Q.      Why not?

01:22:08   4   A.      It's too subjective.  This is

01:22:10   5   politics.  Politics is about --- it is

01:22:14   6   subjective, it's about perception.

01:22:16   7   Every single person is going to have a

01:22:20   8   favorite map or a best map based on

01:22:23   9   their own various opinions and based

01:22:25   10  on their own various experiences.  You

01:22:27   11  can't do a best map.  This isn't ---

01:22:34   12  you know, we're not reducing

01:22:35   13  equations.

01:22:36   14  Q.      One last question and then I

01:22:38   15  will likely have some for you on

01:22:40   16  rebuttal.  Is it your opinion, Dr.

01:22:45   17  Naughton, to a reasonable degree of

01:22:49   18  professional certainty, that we or the

01:22:51   19  Court can rely only on mathematical

01:22:53   20  models to create a good map?

01:22:55   21  A.      No.

01:22:56   22  Q.      Can you explain your answer?

01:22:57   23  A.      Because the factors that go

01:22:59   24  into what is best for a map, which is

01:23:03   25  far beyond just partisanship and vote

766

01:23:07  1    totals, they are innumerable and --- I

01:23:17  2    shouldn't say innumerable.  They are

01:23:17  3    very large and very involved.  They

01:23:21  4    involve concepts of representation of

01:23:21  5    what's appropriate for people.

01:23:22  6          I think in one of the reports

01:23:23  7    that I read, it actually said that

01:23:26  8    some of the Supreme Court's

01:23:28  9    requirements were difficult to

01:23:31  10   quantify.  Well, that's the whole

01:23:33  11   point.  You can't perfectly quantify

01:23:36  12   everything.  You can't create the

01:23:38  13   perfect variable to put into an

01:23:41  14   equation.  It's just too complicated.

01:23:43  15   It really overwhelms the data and it's

01:23:49  16   too subjective.

01:23:51  17         There's going to be

01:23:52  18   subjectivity.  That's just the way it

01:23:54  19   is.  And we have to accept it and we

01:23:55  20   have to do the best job that we can to

01:24:00  21   provide people with their best

01:24:01  22   representation.

01:24:09  23                   ATTORNEY HAVERSTICK:

01:24:09  24         I have no further

01:24:11  25   questions for the witness at this

767

01:24:11   1    time.   I tender him for Cross.

01:24:13   2                    Thanks, Dr. Naughton.

01:24:13   3             JUDGE McCULLOUGH:

01:24:14   4                    Thank you.

01:24:14   5                    We'll begin with Mr.

01:24:14   6    Gordon.

01:24:14   7                       - - -

01:24:14   8                 CROSS EXAMINATION

01:25:02   9                       - - -

01:25:02   10   BY ATTORNEY GORDON:

01:25:03   11   Q.      Good morning, Dr. Naughton.

01:25:03   12   A.      Good morning.

01:25:03   13   Q.      I'll wait until you drink your

01:25:03   14   water.

01:25:03   15   A.      Okay.

01:25:15   16   Q.      My name is Matthew Gordon.   I'm

01:25:22   17   here on behalf of the Carter

01:25:24   18   Petitioners.

           19   A.      Nice to meet you.

           20   Q.      Nice to meet you as well.

           21   Thank you.

           22           Just some questions initially

           23   about your background, Dr. Naughton.

01:25:25   24   You testified that you have a lot of

01:25:26   25   experience in, I think, over 15 years

768

01:25:29    1    of Pennsylvania politics?

01:25:30    2    A.      Thereabouts.

01:25:31    3    Q.      Working for various candidates?

01:25:33    4    A.      Yes.

01:25:33    5    Q.      A lot of judicial candidates,

01:25:35    6    you said?

01:25:36    7    A.      Yes.

01:25:37    8    Q.      On the Republican side?

01:25:39    9    A.      Yes.

01:25:39   10    Q.      And you've identified some of

01:25:41   11    the candidates that you worked with on

01:25:44   12    --- in your CV or worked for.

01:25:45   13            Correct?

01:25:46   14    A.      Yes.

01:25:46   15    Q.      And I believe there are 18 or

01:25:49   16    so candidates in there.  Does that

01:25:53   17    sound right?

01:25:54   18    A.      I suppose.  I mean, I have no

01:25:55   19    reason to doubt your counting.

01:25:58   20    Q.      Your CV says political work

01:26:01   21    experience, representative list.  So

01:26:04   22    did you omit some candidates that you

01:26:05   23    worked for?

01:26:06   24    A.      I'm sure that I did.

01:26:07   25    Q.      And why did you omit some?

769

01:26:10      1    A.        Well, because it's a very,

01:26:12      2    very, long list.  There's a lot of

01:26:15      3    State Representative candidates,

01:26:19      4    legislative candidates, local

01:26:19      5    candidates, like Allegheny Council

01:26:22      6    candidates.  And honestly, there ---

01:26:22      7    you know, since I don't really do the

01:26:25      8    campaign work anymore, it's not

01:26:26      9    something I sort of kept with.

01:26:28     10         I mean, there may have been

01:26:29     11    candidates I worked with in 1999 that

01:26:31     12    I sort of forgotten the name and, you

01:26:33     13    know, I don't have the records on.  So

01:26:36     14    I don't want to misrepresent my resume

01:26:39     15    as being totally complete when I've

01:26:41     16    left out a District Attorney candidate

01:26:43     17    or a county council candidate and so

01:26:46     18    forth.  So that's the purpose.

01:26:46     19    Q.        But just to be clear, much of

01:26:46     20    your professional career has been

01:26:54     21    dedicated to helping Republican

01:26:55     22    candidates in Pennsylvania win their

01:26:57     23    seats?

01:26:57     24    A.        My career has been working on

01:26:58     25    the Republican side of the aisle, yes.

770

01:26:58   1    Q.        And devoted to helping them win

01:27:03   2    their races.

01:27:03   3              Correct?

01:27:04   4    A.        Yes, that's the point.

01:27:04   5    Q.        And in this case, you've been

01:27:06   6    retained by Republican politicians on

01:27:09   7    their behalf.

01:27:09   8              Correct?

01:27:09   9    A.        Yes.

01:27:09   10   Q.        And you're advocating that

01:27:11   11   their maps be adopted?

01:27:12   12   A.        I've not been asked to advocate

01:27:16   13   for their maps.

01:27:16   14   Q.        So you don't have an opinion

01:27:19   15   about whether or not the maps put

01:27:20   16   forth by the Reschenthaler parties are

01:27:24   17   better or worse than any other maps

01:27:27   18   before this Court?

01:27:29   19   A.        I have an opinion, but I wasn't

01:27:30   20   retained to advocate for the maps.

01:27:36   21   Q.        Understood.

01:27:37   22   A.        Okay.

01:27:38   23            So that's the fine point.  I

01:27:39   24   want to make sure that I'm very clear

01:27:41   25   about that.  I have an opinion.

771

01:27:43  1    Q.      Got it.

01:27:43  2    A.      You can form an opinion about

01:27:46  3    every map.  You could put --- you

01:27:47  4    could bring each of those maps.  I

01:27:48  5    don't know how many.  Are there 12?

01:27:51  6    Q.      There are 14.  And I

01:27:53  7    understand.

01:27:53  8    A.      I could bring each of those 14

01:27:53  9    maps and I can go through all of them

01:27:54  10   right now.  No problem.

01:27:54  11   Q.      Dr. Naughton?

01:27:56  12   A.      And offer you an opinion, an

01:27:57  13   analysis and so forth.

01:27:57  14   Q.      Dr. Naughton, I'm sorry.

01:28:00  15   A.      But so I do have an opinion on

01:28:01  16   that map if you want it.  So sorry.

01:28:04  17   I'm sorry.

01:28:04  18   Q.      And your opinion on the maps

01:28:06  19   for your clients who have hired you,

01:28:10  20   did you prefer that map or you think

01:28:12  21   it's a better map?

01:28:15  22   A.      What's the best way to put

01:28:16  23   this, the most accurate way to put

01:28:18  24   this?  I think Reschenthaler 1 and 2

01:28:28  25   are good maps.  I think that they

772

01:28:29  1   would serve the state well.

01:28:30  2          But as I said earlier I don't

01:28:33  3   think that you can say that there is a

01:28:37  4   best map.  I mean, you can submit 100

01:28:41  5   maps.  And to say this is the best

01:28:44  6   map, I think it's --- in a way, it's

01:28:46  7   an impossible question.

01:28:48  8          But I think, it's my opinion,

01:28:50  9   that the Reschenthaler 1 and 2 maps

01:28:52  10  are good maps.  They would well

01:28:56  11  represent the state given --- you

01:28:57  12  know, given the restraints we have

01:28:59  13  because we have to have equal

01:29:01  14  distribution ---

01:29:01  15  Q.      Sure.

01:29:02  16  A.      --- and so forth.  And look,

01:29:03  17  you know, you got to make decisions at

01:29:05  18  some point.  So, you know, as we said

01:29:05  19  yesterday, some counties have to be

01:29:11  20  split up.  Some communities have to be

01:29:11  21  split up.  We just don't have any

01:29:13  22  choices.  We prefer not to.  But,

01:29:15  23  again, I think 1 and 2 are good maps.

01:29:16  24  Q.      Understood.  Thank you.

01:29:16  25  A.      Okay.

773

01:29:21　1　Q.　　　And those maps, the

01:29:21　2　Reschenthaler maps, you heard the

01:29:23　3　testimony yesterday.

01:29:23　4　　　　Correct?

01:29:24　5　A.　　　Yeah, I listened to all --- I

01:29:26　6　mean, the connection was --- so some

01:29:29　7　of it sort of looped out.  And I

01:29:29　8　didn't, like, look at the record or

01:29:29　9　anything, but I did watch the

01:29:29　10　testimony ---

01:29:29　11　Q.　　　That's all I'm asking.

01:29:37　12　A.　　　--- And I'd say maybe, like,

01:29:37　13　80 percent of it to be honest.

01:29:39　14　Q.　　　Okay.

01:29:40　15　　　　Did you hear Dr. Barber's

01:29:41　16　testimony?

01:29:42　17　A.　　　Oh, no, I did not, because

01:29:46　18　yeah, we had left at that point.

01:29:46　19　Q.　　　Well, I'll represent to you

01:29:49　20　that the maps that your client has put

01:29:51　21　forward are --- according to Dr.

01:29:54　22　Barber's mean-median analysis the most

01:29:56　23　bias towards Republicans.

01:29:58　24　　　　Were you aware of that?

01:29:59　25　A.　　　No.  I haven't covered the

774

| 01:30:01 | 1 | mean-median statistics, so ---. |
|---|---|---|

01:30:01   1   mean-median statistics, so ---.

01:30:02   2   Q.      That's fine.  Just a yes ---.

01:30:04   3   A.      I'm really not in a position to

01:30:05   4   talk about mean-median and things of

01:30:07   5   that nature, so ---.

01:30:07   6   Q.      Doctor, please.

01:30:08   7   A.      Oh, I'm sorry.  I apologize.

01:30:08   8                   ATTORNEY GORDON:

01:30:09   9                   Your Honor.  I'm on a

01:30:11  10   time clock.

01:30:11  11                   COURT CRIER TURNER:

01:30:16  12                   Counsel, you cannot

01:30:16  13   speak at the same time.  The court

01:30:17  14   report cannot get you.

01:30:17  15                   JUDGE McCULLOUGH:

01:30:18  16                   Mr. Gordon, Mr.

01:30:18  17   Haverstick has a comment objection.

01:30:21  18                   ATTORNEY HAVERSTICK:

01:30:21  19                   Your Honor, I do have an

01:30:22  20   objection.  If a question can --- is

01:30:25  21   going to be asked and the witness is

01:30:27  22   attempting to answer it, I don't think

01:30:31  23   it's appropriate to talk over him.

01:30:33  24                   JUDGE McCULLOUGH:

01:30:33  25                   Well --- okay.  Thank

775

| | |
|---|---|
| 01:30:35 | 1 |
| 01:30:35 | 2 |
| 01:30:37 | 3 |
| 01:30:42 | 4 |
| 01:30:44 | 5 |

1    you, Mr. Haverstick.  I appreciate

2    that point.  And I always ask Counsel

3    to let a witness finish an answer.

4    But sometimes the answer is going on

5    also past the question.

6              So I would advise the

7    witness to please carefully listen to

8    the question and when Counsel begins

9    to ask you another question ---.

10             THE WITNESS:

11             I apologize, I'm just

12   trying to be ---.

13             JUDGE McCULLOUGH:

14             If you don't have an

15   opportunity to finish your question,

16   I'm sure your Counsel will interject.

17   But just please be respectful.  I

18   think Mr. Gordon was trying to ask you

19   now a different question.

20             So Mr. Gordon, proceed.

21             ATTORNEY GORDON:

22             Thank you.

23   BY ATTORNEY GORDON:

24   Q.      Dr. Naughton, you offered a lot

25   of testimony on Direct about what you

776

| 01:31:14 | 1 | think people in certain areas want |
| 01:31:15 | 2 | with respect to the representation. |
| 01:31:16 | 3 | Correct? |
| 01:31:17 | 4 | A.     Yes. |
| 01:31:17 | 5 | Q.     And you identify nothing in |
| 01:31:19 | 6 | your report about any public opinion |
| 01:31:21 | 7 | polling that you've done relative to |
| 01:31:24 | 8 | these issues. |
| 01:31:24 | 9 | Correct? |
| 01:31:25 | 10 | A.     I don't think there is any |
| 01:31:26 | 11 | public opinion polling specific to |
| 01:31:28 | 12 | these issues. |
| 01:31:29 | 13 | Q.     Okay. |
| 01:31:29 | 14 | And you've identified --- |
| 01:31:29 | 15 | A.     Very specific issues. |
| 01:31:30 | 16 | Q.     --- and just to be clear the |
| 01:31:31 | 17 | question was, you've identified |
| 01:31:33 | 18 | nothing in your report regarding |
| 01:31:34 | 19 | polling of the people about the issue |
| 01:31:37 | 20 | that you purport to represent their |
| 01:31:39 | 21 | interests on? |
| 01:31:40 | 22 | A.     I have not seen any polling on |
| 01:31:41 | 23 | the issue. |
| 01:31:42 | 24 | Q.     You currently have a firm |
| 01:31:46 | 25 | called Silent Majority Strategies? |

777

01:31:49  1    A.        Yes.

01:31:49  2    Q.        Are you or your firm currently

01:31:51  3    consulting for or otherwise assisting

01:31:54  4    any political candidates, politicians

01:32:00  5    or judges?

01:32:01  6    A.        No.

01:32:01  7    Q.        Have you done any work on

01:32:02  8    campaigns in Pennsylvania since 2015?

01:32:04  9    A.        I did.  Let's see.  I provided

01:32:13  10   some advice to, I believe, a Superior

01:32:15  11   Court candidate just sort of very

01:32:18  12   briefly.

01:32:18  13   Q.        When was that?

01:32:20  14   A.        I think it was --- was it '17

01:32:25  15   or '19?  I'm not certain.

01:32:27  16   Q.        Okay.

01:32:28  17              I want to ask you about your

01:32:29  18   other experience.  You have not

01:32:31  19   appeared as an expert witness in a

01:32:34  20   redistricting litigation before?

01:32:36  21   A.        No.

01:32:36  22   Q.        And your report identifies no

01:32:39  23   particular experience in

01:32:40  24   redistricting.

01:32:41  25              Correct?

778

| | | |
|---|---|---|
| 01:32:41 | 1 | A.        No. |
| 01:32:43 | 2 | Q.        No, meaning ---? |
| 01:32:45 | 3 | A.        Ask the question again.  I'm |
| 01:32:46 | 4 | sorry. |
| 01:32:46 | 5 | Q.        Your report identifies no |
| 01:32:49 | 6 | experience that you have particular to |
| 01:32:53 | 7 | redistricting. |
| 01:32:53 | 8 |           Is that correct? |
| 01:32:54 | 9 | A.        Yes. |
| 01:32:55 | 10 | Q.        Thank you. |
| 01:32:56 | 11 |           And have you actually tried to |
| 01:32:58 | 12 | draw a redistricting plan for |
| 01:33:02 | 13 | Pennsylvania that juggles all the |
| 01:33:03 | 14 | various constraints here? |
| 01:33:05 | 15 | A.        Tried to draw a map for this |
| 01:33:08 | 16 | --- |
| 01:33:08 | 17 | Q.        Yes. |
| 01:33:08 | 18 | A.        --- this apportion process? |
| 01:33:11 | 19 | Q.        Yes. |
| 01:33:12 | 20 | A.        Have I?  No. |
| 01:33:13 | 21 | Q.        The scope of your report, as I |
| 01:33:21 | 22 | think reflected on the first page, is |
| 01:33:26 | 23 | that you were going to review the |
| 01:33:26 | 24 | proposed maps and the submissions in |
| 01:33:26 | 25 | this matter and offer opinions on the |

779

| | | |
|---|---|---|
| 01:33:26 | 1 | same. |
| 01:33:32 | 2 | Is that accurate? |
| 01:33:32 | 3 | A.    Yes. |
| 01:33:33 | 4 | Q.    And your --- any opinions would |
| 01:33:34 | 5 | be identified in your report?  Any of |
| 01:33:39 | 6 | the opinions that you arrived at? |
| 01:33:42 | 7 | A.    I'm not sure. |
| 01:33:45 | 8 | Q.    Were the opinions you arrived |
| 01:33:46 | 9 | at in this case reflected in your |
| 01:33:48 | 10 | report? |
| 01:33:50 | 11 | A.    Yes, but --- yes.  Yeah. |
| 01:33:55 | 12 | Q.    Your report does not identify |
| 01:33:58 | 13 | any particular methodology that you |
| 01:33:59 | 14 | use to arrive at these opinions, does |
| 01:34:02 | 15 | it? |
| 01:34:02 | 16 | A.    No, it's just my opinion, |
| 01:34:04 | 17 | expert opinion. |
| 01:34:04 | 18 | Q.    And your report does not cite |
| 01:34:06 | 19 | any authority or particular evidence |
| 01:34:08 | 20 | for your opinions, does it? |
| 01:34:11 | 21 | A.    Just my experience. |
| 01:34:13 | 22 | Q.    And your report identifies no |
| 01:34:15 | 23 | opinions specific to the Carter map, |
| 01:34:18 | 24 | does it? |
| 01:34:21 | 25 | A.    I don't believe so, but ---. |

780

01:34:24   1    Q.      I have a question for you about
01:34:25   2    something you say in your report about
01:34:27   3    partisanship.  Are you saying the
01:34:32   4    Court should not take partisanship
01:34:34   5    into consideration?
01:34:34   6    A.      I don't believe I said that.
01:34:35   7    Q.      I'm just asking you that
01:34:37   8    question.  Is that your opinion?
01:34:39   9    A.      I mean, I don't ---.
01:34:42   10   Q.      Is your opinion that the Court
01:34:43   11   should not take partisanship, partisan
01:34:50   12   fairness, into consideration in
01:34:51   13   deciding the map?
01:34:51   14   A.      Okay.
01:34:51   15           That's a different question.
01:34:51   16   Partisan fairness ---
01:34:51   17   Q.      Yeah.
01:34:54   18   A.      --- or partisanship?
01:34:55   19   Q.      Let me make sure we have the
01:34:57   20   same question.
01:34:57   21   A.      Okay.  Yeah.
01:34:58   22   Q.      Is it your opinion that the
01:35:00   23   Court should not consider partisan
01:35:04   24   fairness when deciding upon a map?
01:35:05   25   A.      Well, what's fairness?  I have

781

| | | |
|---|---|---|
| 01:35:07 | 1 | to tell you something.  Fairness is a |
| 01:35:09 | 2 | totally subjective word.  I mean, fair |
| 01:35:11 | 3 | is the greatest word in politics, |
| 01:35:13 | 4 | because it can mean anything you want. |
| 01:35:13 | 5 | Like, to me, if something's fair --- |
| 01:35:15 | 6 | pardon me. |
| 01:35:15 | 7 | Q.    So it your understanding of |
| 01:35:19 | 8 | what partisan fairness means?  Is it |
| 01:35:21 | 9 | your opinion that the Court should not |
| 01:35:23 | 10 | consider partisan fairness in |
| 01:35:25 | 11 | considering which map to adopt? |
| 01:35:28 | 12 | A.    Again, it depends on your |
| 01:35:30 | 13 | definition of fairness. |
| 01:35:35 | 14 | Q.    Under your definition, is that |
| 01:35:40 | 15 | a consideration --- is that a |
| 01:35:41 | 16 | consideration you think the Court |
| 01:35:41 | 17 | should consider regardless of how |
| 01:35:44 | 18 | anybody identifies fairness?  Should |
| 01:35:46 | 19 | the Court identify partisan fairness, |
| 01:35:49 | 20 | in your opinion? |
| 01:35:50 | 21 | A.    But everybody defines fairness |
| 01:35:51 | 22 | differently. |
| 01:35:51 | 23 | Q.    But should the Court consider |
| 01:35:55 | 24 | partisan fairness in deciding which |
| 01:35:58 | 25 | map to adopt?  Yes or no? |

782

| | |
|---|---|
| 01:35:59 | 1 |
| 01:36:01 | 2 |
| 01:36:02 | 3 |
| 01:36:03 | 4 |
| 01:36:05 | 5 |
| 01:36:10 | 6 |
| 01:36:14 | 7 |

A.      Only if the Court establishes
an objective definition of fairness,
can it then make that judgment.  But
if the Court were to define an
objective definition of fairness, then
it could accept that as a condition,
in my opinion.

8   Q.      In your report, you talk about
9   splits and community of interests.
10          Correct?
11  A.      Yes.
12  Q.      And you say that it's a mistake
13  to focus on the number of
14  municipalities.
15          Correct?
16  A.      I think what I said was that
17  the population matters because we're
18  talking about how many people are
19  affected or harmed.  And so what we
20  really need to look at is population.
21  I don't think I said that we should
22  ignore --- completely ignore the
23  discreet number.
24          I'm just saying that, you know,
25  if you're splitting 500 people or 900

783

| | | |
|---|---|---|
| 01:36:53 | 1 | people that that is --- that affects |
| 01:36:57 | 2 | fewer people than if you're splitting |
| 01:36:59 | 3 | 20,000 or 30,000.  And we should |
| 01:37:02 | 4 | weight our consideration based on the |
| 01:37:03 | 5 | effect or based on the harm. |
| 01:37:05 | 6 | Q.      Did you say in your report that |
| 01:37:06 | 7 | splitting municipalities should be |
| 01:37:08 | 8 | calculated on the total population |
| 01:37:11 | 9 | affected by municipal splits, not the |
| 01:37:14 | 10 | number of splits? |
| 01:37:16 | 11 | A.      I believe you're reading from |
| 01:37:18 | 12 | my report, so I would agree. |
| 01:37:18 | 13 | Q.      And you agree that's your |
| 01:37:19 | 14 | opinion? |
| 01:37:20 | 15 | A.      Yes. |
| 01:37:29 | 16 | Q.      Okay. |
| 01:37:29 | 17 |         And just generally, in your |
| 01:37:31 | 18 | opinion, splitting smaller |
| 01:37:38 | 19 | municipalities is less concerning than |
| 01:37:38 | 20 | splitting larger municipalities? |
| 01:37:40 | 21 | A.      Well, based on --- like, based |
| 01:37:43 | 22 | on the needs for federal advocacy and |
| 01:37:43 | 23 | based on what communities receive --- |
| 01:37:44 | 24 | like, if you look at a place -- like |
| 01:37:46 | 25 | the split in Reschenthaler 1 --- the |

784

01:37:47   1   Reschenthaler maps is Plum Township,
01:37:47   2   Venango County.
01:37:51   3        No professional staff,
01:37:52   4   volunteer fire department.  I think
01:37:54   5   most of the federal funds that go to
01:37:56   6   people there are transfer payments or
01:37:59   7   to formulate redistributed funds,
01:38:01   8   that's a community that --- you know,
01:38:04   9   it's fewer people, plus its needs
01:38:07   10   itself for federal aid, and its needs
01:38:10   11   for, particularly distributive ---
01:38:10   12   distributive or discretionary federal
01:38:10   13   funds are much less than the City of
01:38:16   14   Pittsburgh.  So actually not only are
01:38:19   15   more people harmed when you split the
01:38:21   16   City of Pittsburgh, but the impact is
01:38:23   17   even greater than if you split a rural
01:38:26   18   or smaller community in my opinion.
01:38:28   19   Q.      Okay.
01:38:29   20        So in answer to the question
01:38:30   21   --- and I appreciate the color, but
01:38:32   22   I'm just trying to get on record, your
01:38:34   23   opinion is that splitting a smaller
01:38:36   24   municipality is generally less
01:38:38   25   concerning or less of a problem than

785

| | | |
|---|---|---|
| 01:38:40 | 1 | splitting a larger municipality? |
| 01:38:42 | 2 | A.      I think it has less weight, |
| 01:38:45 | 3 | less harm, yes. |
| 01:38:46 | 4 | Q.      And you talked about the City |
| 01:38:47 | 5 | of Pittsburgh, and I know you've |
| 01:38:50 | 6 | mentioned in your report and on |
| 01:38:51 | 7 | testimony that you think it's a big |
| 01:38:53 | 8 | mistake to split the City of |
| 01:38:56 | 9 | Pittsburgh. |
| 01:38:57 | 10 | Is that correct? |
| 01:38:57 | 11 | A.      I think it's a mistake, I think |
| 01:38:59 | 12 | it's unnecessary. |
| 01:38:59 | 13 | Q.      And you would agree with me |
| 01:39:00 | 14 | that the Carter plan does not split |
| 01:39:01 | 15 | the City of Pittsburgh. |
| 01:39:02 | 16 | Correct? |
| 01:39:02 | 17 | A.      I'd have to see --- yeah, |
| 01:39:03 | 18 | you're right --- your plan.  Correct. |
| 01:39:05 | 19 | Yes. |
| 01:39:05 | 20 | Q.      And you said also --- and this |
| 01:39:07 | 21 | is on pages seven and eight of your |
| 01:39:11 | 22 | report, that it's an error, in your |
| 01:39:14 | 23 | opinion, to extend Bucks County into |
| 01:39:16 | 24 | Philadelphia, that it absolutely |
| 01:39:19 | 25 | should not go into Philadelphia. |

786

01:39:20   1          Correct?

01:39:22   2     A.        Yes.  I think that Bensalem,

01:39:24   3     Philadelphia line should be kept ---

01:39:25   4     Q.        Just a yes or no, please.

01:39:27   5     A.        --- should be the separation.

01:39:28   6     Q.        Okay.

01:39:28   7          And that instead the Bucks

01:39:30   8     County should be extended into

01:39:32   9     Montgomery County.

01:39:33  10          Correct?

01:39:33  11     A.        Yes, I think that is

01:39:36  12     preferable.

01:39:36  13     Q.        And that is what the Carter

01:39:39  14     plan did.

01:39:39  15          Correct?

01:39:40  16     A.        Yes.  And I think I testified

01:39:41  17     that I thought that that was a good

01:39:44  18     draw.

01:39:44  19     Q.        And you also said that

01:39:46  20     Philadelphia surplus should go to

01:39:48  21     Delaware County.

01:39:49  22          Correct?

01:39:49  23     A.        I think of the options that

01:39:51  24     would be the best option.

01:39:52  25     Q.        And that is what the Carter

787

| | | |
|---|---|---|
| 01:39:55 | 1 | plan does. |
| 01:39:55 | 2 | Correct? |
| 01:39:55 | 3 | A. I believe --- I would have to |
| 01:39:57 | 4 | look at the map again just to make |
| 01:40:00 | 5 | sure. |
| 01:40:00 | 6 | Q. We can pull it up. |
| 01:40:00 | 7 | A. I don't have the maps in front |
| 01:40:04 | 8 | of me. |
| 01:40:04 | 9 | ATTORNEY GORDON: |
| 01:40:06 | 10 | We can pull it up, |
| 01:40:07 | 11 | page 14 of the Rodden, please. If you |
| 01:40:07 | 12 | can blow up the second paragraph, |
| 01:40:07 | 13 | please. |
| 01:40:07 | 14 | BY ATTORNEY GORDON: |
| 01:40:13 | 15 | Q. You see here it says District 5 |
| 01:40:15 | 16 | is based in Delaware County with a |
| 01:40:17 | 17 | portion reaching into south |
| 01:40:20 | 18 | Philadelphia. And then, if we go back |
| 01:40:21 | 19 | to the bottom of the paragraph it says |
| 01:40:22 | 20 | I elected once again to keep the |
| 01:40:25 | 21 | structure of the existing map. I keep |
| 01:40:26 | 22 | that south Philadelphia with Delaware |
| 01:40:29 | 23 | County. |
| 01:40:29 | 24 | Would you agree with me? |
| 01:40:30 | 25 | A. Yes. |

788

| | | |
|---|---|---|
| 01:40:31 | 1 | Q.      And finally, you had some |
| 01:40:34 | 2 | criticism of computer drawn maps in |
| 01:40:38 | 3 | your Direct testimony. |
| 01:40:38 | 4 | Do you recall that? |
| 01:40:43 | 5 | A.      Yes, I think I felt that they |
| 01:40:46 | 6 | don't --- using a purely number based |
| 01:40:51 | 7 | formula does not adequately capture |
| 01:40:54 | 8 | all of the information.  And I think |
| 01:40:55 | 9 | that was also reflected in the expert |
| 01:40:57 | 10 | reports --- other expert reports. |
| 01:40:58 | 11 | Q.      And you would agree with me |
| 01:41:00 | 12 | that the Carter map was drawn by a |
| 01:41:01 | 13 | human not a computer. |
| 01:41:03 | 14 | Correct? |
| 01:41:03 | 15 | A.      I don't know, because ---. |
| 01:41:04 | 16 | Q.      Did you hear Dr. Rodden testify |
| 01:41:06 | 17 | to that yesterday? |
| 01:41:07 | 18 | A.      Well, I saw his testimony, but |
| 01:41:08 | 19 | again I didn't review the record, and |
| 01:41:10 | 20 | I didn't review every note.  But if |
| 01:41:13 | 21 | you say that that's in the record, |
| 01:41:14 | 22 | than I would agree. |
| 01:41:17 | 23 | ATTORNEY GORDON: |
| 01:41:18 | 24 | Thank you, Dr. Naughton? |
| 01:41:18 | 25 | THE WITNESS: |

789

| | | |
|---|---|---|
| 01:41:21 | 1 | Thank you. |
| 01:41:21 | 2 | JUDGE McCULLOUGH: |
| 01:41:21 | 3 | Thank you, Counsel. |
| 01:41:25 | 4 | ATTORNEY HAVERSTICK: |
| 01:41:25 | 5 | Your Honor, may I |
| 01:41:26 | 6 | correct the record?  It's an important |
| 01:41:27 | 7 | point, I think. |
| 01:41:31 | 8 | JUDGE McCULLOUGH: |
| 01:41:31 | 9 | Let Mr. Gordon ---. |
| 01:41:33 | 10 | ATTORNEY GORDON: |
| 01:41:33 | 11 | I'm sorry, does this |
| 01:41:34 | 12 | address me? |
| 01:41:34 | 13 | ATTORNEY HAVERSTICK: |
| 01:41:36 | 14 | No. |
| 01:41:36 | 15 | JUDGE McCULLOUGH: |
| 01:41:36 | 16 | No, I don't think so. |
| 01:41:37 | 17 | So let him gather his things and then |
| 01:41:41 | 18 | you can approach the podium. |
| 01:41:42 | 19 | Take your time.  All |
| 01:41:45 | 20 | right, sir. |
| 01:41:46 | 21 | ATTORNEY HAVERSTICK: |
| 01:41:46 | 22 | Your Honor, when I was |
| 01:41:47 | 23 | sent this document yesterday by the |
| 01:41:49 | 24 | client, I confess I did not read with |
| 01:41:51 | 25 | my glasses on.  The date is from 2021, |

790

01:41:54    1    not 2022.
01:41:55    2                    Under the circumstances,
01:41:56    3    I'm not going to offer it into
01:41:58    4    evidence.  I didn't get around to
01:42:00    5    offering it.
01:42:01    6                    JUDGE McCULLOUGH:
01:42:01    7                    Which document?  The
01:42:04    8    Bucks County resolution?
01:42:05    9                    ATTORNEY HAVERSTICK:
01:42:05   10                    And with my apologies to
01:42:07   11    the Court for getting the date wrong,
01:42:08   12    but I'm not going to offer it into
01:42:10   13    evidence.
01:42:10   14                    JUDGE McCULLOUGH:
01:42:10   15                    Okay.  Thank you.  Thank
01:42:11   16    you for noting that for the record.
01:42:13   17                    ATTORNEY HAVERSTICK:
01:42:13   18                    Thank you.
01:42:13   19                    JUDGE McCULLOUGH:
01:42:14   20                    All right.
01:42:14   21                    Now, we will proceed
01:42:17   22    with Petitioner Gressman.
01:42:25   23                    ATTORNEY JOHNSON:
01:42:26   24                    Good morning.
01:42:26   25                         - - -

791

| | | |
|---|---|---|
| 01:42:26 | 1 | CROSS EXAMINATION |
| 01:42:26 | 2 | - - - |
| 01:42:28 | 3 | BY ATTORNEY JOHNSON: |
| 01:42:28 | 4 | Q.      Good morning, Dr. Naughton? |
| 01:42:36 | 5 | A.      Nice to meet you. |
| 01:42:37 | 6 | Q.      Nice to meet you, too.  Tassity |
| 01:42:37 | 7 | Johnson for the Gressman Math Science |
| 01:42:42 | 8 | petition. |
| 01:42:42 | 9 | JUDGE McCULLOUGH: |
| 01:42:42 | 10 | Can you remove your |
| 01:42:44 | 11 | mask? |
| 01:42:44 | 12 | ATTORNEY JOHNSON: |
| 01:42:45 | 13 | I'm sorry.  I thought to |
| 01:42:46 | 14 | do it and immediately forgot. |
| 01:42:48 | 15 | BY ATTORNEY JOHNSON: |
| 01:42:48 | 16 | Q.      Dr. Naughton, you are not a |
| 01:42:53 | 17 | mathematician. |
| 01:42:53 | 18 | Correct? |
| 01:42:54 | 19 | A.      No. |
| 01:42:54 | 20 | Q.      It's a little confusing, I |
| 01:42:56 | 21 | guess, for the record, but when I say |
| 01:42:56 | 22 | correct, I guess maybe the answer is |
| 01:42:58 | 23 | yes rather than no? |
| 01:43:00 | 24 | A.      Did I say correct. |
| 01:43:01 | 25 | Q.      No, you said no.  I will re-ask |

792

| | | |
|---|---|---|
| 01:43:06 | 1 | the question again.  It's very |
| 01:43:07 | 2 | confusing. |
| 01:43:07 | 3 | So you're not a mathematician. |
| 01:43:09 | 4 | Correct? |
| 01:43:10 | 5 | A.    Yes.  Right.  Okay. |
| 01:43:12 | 6 | Q.    That is confusing.  So in your |
| 01:43:17 | 7 | report you didn't provide a |
| 01:43:19 | 8 | quantitative analysis of how any of |
| 01:43:19 | 9 | the proposed plans perform on the |
| 01:43:21 | 10 | neutral redistricting criteria. |
| 01:43:23 | 11 | Correct? |
| 01:43:24 | 12 | A.    Correct.  Yes.  Sorry. |
| 01:43:27 | 13 | Q.    And you also didn't provide a |
| 01:43:30 | 14 | quantitative analysis of how any of |
| 01:43:33 | 15 | the proposed plans actually perform on |
| 01:43:35 | 16 | any metrics of partisan fairness.  And |
| 01:43:38 | 17 | when I say partisan fairness I mean |
| 01:43:40 | 18 | whether the maps treat voters for the |
| 01:43:42 | 19 | same party --- I mean, for each party |
| 01:43:45 | 20 | equally. |
| 01:43:47 | 21 | Correct? |
| 01:43:49 | 22 | A.    Yes. |
| 01:43:49 | 23 | Q.    Instead you believe the |
| 01:43:53 | 24 | quantitative measures of partisan |
| 01:43:57 | 25 | fairness are incomplete. |

793

01:43:59    1          Correct?

01:44:06    2    A.      I don't agree with the word ---

01:44:08    3    the incomplete.

01:44:09    4    Q.      Well, taking that directly ---?

01:44:14    5    A.      Because that implies that the

01:44:17    6    models produced themselves are somehow

01:44:20    7    flood, and I'm not arguing that point.

01:44:21    8    I'm not arguing that your clients,

01:44:22    9    your experts or anyone else's are

01:44:24   10    doing bad math or bad analysis.  I'm

01:44:27   11    not in a position to do so.

01:44:29   12          What I was saying is that the

01:44:31   13    models that you are --- that you have

01:44:35   14    presented, they're not --- they don't

01:44:39   15    provide --- they ignore other factors

01:44:42   16    and so they're only a portion of the

01:44:48   17    --- of what the final outcome of

01:44:50   18    elections would be.

01:44:53   19          So I'm not saying that the

01:44:55   20    modeling specific as a unit was

01:44:58   21    incomplete.  I'm saying that unless we

01:45:00   22    take into account national factors,

01:45:04   23    President, midterms, state of the

01:45:08   24    economy, et cetera, et cetera, unless

01:45:10   25    we consider that, we cannot provide an

794

01:45:12   1   accurate prediction of the eventual

01:45:15   2   outcome of elections, and I think

01:45:18   3   that's been shown historically in

01:45:20   4   Pennsylvania.

01:45:21   5   Q.      Okay.

01:45:22   6           Understood.

01:45:23   7           But you're not offering an

01:45:24   8   opinion about whether the Gressman

01:45:27   9   Math Science Petitioners map is fair

01:45:28   10  under the definition I gave you, under

01:45:30   11  any quantitative measure of partisan

01:45:33   12  fairness.

01:45:34   13          Right?

01:45:38   14  A.      Could you repeat that again,

01:45:40   15  please?

01:45:40   16  Q.      Of course.  You're not offering

01:45:41   17  an opinion about whether the Gressman

01:45:44   18  Math Science Petitioner's map is fair

01:45:46   19  under any quantitative measure of

01:45:53   20  fairness.

01:45:54   21          Right?

01:45:54   22  A.      Yes.

01:45:54   23  Q.      And you're not offering an

01:45:56   24  opinion about whether the Gressman

01:45:58   25  Math Science Petitioner's map is fair

795

| | |
|---|---|
| 01:46:00 | 1 | under any other measure of partisan |
| 01:46:02 | 2 | fairness. |
| 01:46:02 | 3 | Right? |
| 01:46:06 | 4 | A. Yes. |
| 01:46:07 | 5 | Q. So in your report, Dr. |
| 01:46:16 | 6 | Naughton, you state that you believe a |
| 01:46:19 | 7 | congressional map should be --- I'm |
| 01:46:20 | 8 | sorry, should keep Pennsylvanians |
| 01:46:23 | 9 | municipalities as whole as possible. |
| 01:46:28 | 10 | Right? |
| 01:46:31 | 11 | A. Provided --- you know, based |
| 01:46:35 | 12 | --- I believe that they should be kept |
| 01:46:37 | 13 | whole and the judgment should also |
| 01:46:41 | 14 | include factors of population of |
| 01:46:43 | 15 | community size. I believe it should |
| 01:46:45 | 16 | be weighted in that fashion. Those |
| 01:46:49 | 17 | factors should be considered. But as |
| 01:46:50 | 18 | far as keeping communities whole, yes. |
| 01:46:53 | 19 | Q. And just to be clear, when you |
| 01:46:55 | 20 | say communities, do you mean |
| 01:46:57 | 21 | municipalities? |
| 01:46:58 | 22 | A. Yes. I mean, municipalities I |
| 01:47:00 | 23 | mean the municipal units of township, |
| 01:47:04 | 24 | borough, city, et cetera. |
| 01:47:05 | 25 | Q. Thank you. |

796

| | | |
|---|---|---|
| 01:47:06 | 1 | A.      And I don't --- I'm sorry --- |
| 01:47:08 | 2 | oh no. |
| 01:47:09 | 3 | Q.      Okay. |
| 01:47:09 | 4 | ATTORNEY JOHNSON: |
| 01:47:10 | 5 | And I'm just going to |
| 01:47:12 | 6 | show you something.  I don't know |
| 01:47:13 | 7 | entirely how this works.  I'm just |
| 01:47:15 | 8 | going to put the paper on it.  Do I |
| 01:47:17 | 9 | need to push anything for the ELMO? |
| 01:47:21 | 10 | JUDGE McCULLOUGH: |
| 01:47:21 | 11 | You are asking the wrong |
| 01:47:22 | 12 | person.  Sorry. |
| 01:47:26 | 13 | ATTORNEY JOHNSON: |
| 01:47:27 | 14 | Okay. |
| 01:47:28 | 15 | BY ATTORNEY JOHNSON: |
| 01:47:28 | 16 | Q.      So Dr. Naughton, I'm showing |
| 01:47:29 | 17 | you a table from Dr. DeFord's expert |
| 01:47:32 | 18 | report, Table 6.  And Table 6 shows |
| 01:47:34 | 19 | all political subdivision splits in |
| 01:47:36 | 20 | all of the parties maps, as well as |
| 01:47:38 | 21 | the 2018 plan. |
| 01:47:41 | 22 | Right? |
| 01:47:46 | 23 | A.      Yes. |
| 01:47:46 | 24 | Q.      And the middle row shows the |
| 01:47:49 | 25 | total number of split municipalities |