797

01:47:51  1   in each map.

01:47:52  2           Right?

01:47:55  3   A.      Yes.

01:47:56  4   Q.      And that row shows that the

01:47:58  5   Gressman Math Science Petitioner's map

01:48:01  6   has 19 split municipalities.

01:48:03  7           Right?

01:48:04  8   A.      I would say that this chart has

01:48:05  9   inadequate information, but yes.

01:48:08  10  Q.      And if you look at the entire

01:48:10  11  table, that 19 split municipalities

01:48:15  12  listed in this table, that's the

01:48:17  13  lowest number of split municipalities

01:48:20  14  of all of the proposed maps and also

01:48:22  15  the 2018 plan.

01:48:23  16          Correct?

01:48:24  17  A.      Where am I looking?  I see the

01:48:26  18  19.  What else am I supposed to be

01:48:29  19  looking at?

01:48:30  20  Q.      Right.  So if you just scan

01:48:31  21  across the table ---

01:48:31  22  A.      Right.

01:48:32  23  Q.      --- in that same row ---.

01:48:33  24  A.      Okay.

01:48:34  25  Q.      I don't want to put my hand on

798

| | | |
|---|---|---|
| 01:48:36 | 1 | that. |
| 01:48:36 | 2 | A.       Oh, when you're pointing out |
| 01:48:38 | 3 | --- you want me to say 19 is lower |
| 01:48:41 | 4 | than 29? |
| 01:48:43 | 5 | Q.       Well --- I want you to say it's |
| 01:48:45 | 6 | lower than every number in that table. |
| 01:48:45 | 7 | A.       I apologize.  Yes.  I'm sorry, |
| 01:48:50 | 8 | yes. |
| 01:48:50 | 9 | Q.       And so can you take a look at |
| 01:48:52 | 10 | the next table, Table 7? |
| 01:48:54 | 11 | A.       Is that the one that is still |
| 01:48:56 | 12 | on the screen, right below 23, |
| 01:48:59 | 13 | paragraph 23? |
| 01:49:01 | 14 | Q.       Yes? |
| 01:49:02 | 15 | A.       Okay.  Yes. |
| 01:49:03 | 16 | Q.       And Table 7 shows all political |
| 01:49:05 | 17 | subdivision pieces and all of the |
| 01:49:07 | 18 | parties maps as well as the 2018 plan. |
| 01:49:09 | 19 |          Right? |
| 01:49:10 | 20 | A.       Yes. |
| 01:49:11 | 21 | Q.       And in the middle row, again, |
| 01:49:13 | 22 | shows the total number of split |
| 01:49:16 | 23 | municipalities in each map. |
| 01:49:20 | 24 |          Right? |
| 01:49:20 | 25 | A.       Yes. |

799

01:49:20  1    Q.       And that row shows that the

01:49:22  2    Gressman Math Science Petitioners map

01:49:24  3    is tied for the lowest number of

01:49:26  4    municipality pieces of all the

01:49:28  5    proposed maps and also the 2018 plan.

01:49:30  6             Correct?

01:49:34  7    A.       Yes.

01:49:40  8    Q.       So in your report --- do you

01:49:42  9    have your report?  I'm not sure if you

01:49:44  10   have it.

01:49:44  11   A.       No, I do not.

01:49:45  12   Q.       Okay.

01:49:45  13            If you need to see anything,

01:49:46  14   just let me know.

01:49:47  15   A.       Thank you.

01:49:48  16   Q.       So in your report you state

01:49:50  17   that harm from splitting

01:49:52  18   municipalities should be calculated on

01:49:55  19   the total population affected by

01:49:57  20   municipal splits not the number of

01:50:00  21   splits.

01:50:00  22            Right?

01:50:01  23   A.       Yes.

01:50:01  24   Q.       And you also stated that the

01:50:03  25   Reschenthaler maps are better than all

800

01:50:05    1    but the House Republican and Citizens
01:50:06    2    vote maps when calculating the total
01:50:09    3    population affected by municipal
01:50:12    4    splits and not the number of splits.
01:50:14    5           Right?
01:50:14    6    A.      That is based on the
01:50:15    7    information that I received and that I
01:50:18    8    calculated.  I certainly welcome a
01:50:20    9    confirmation of my numbers.
01:50:22   10    Q.      Okay.
01:50:23   11    A.      But yes, that's what I said in
01:50:24   12    the report.
01:50:24   13    Q.      And you give specific numbers.
01:50:27   14    You state that removing Philadelphia
01:50:29   15    as the City must be split,
01:50:31   16    Reschenthaler map 1 splits communities
01:50:33   17    representing 1.567 percent and the
01:50:36   18    remaining population will
01:50:38   19    Reschenthaler map 2 splits 1.575
01:50:43   20    percent.
01:50:43   21           Right?
01:50:44   22    A.      And that is of the remainder,
01:50:46   23    and I think that is the appropriate
01:50:49   24    math.  You have to split Philadelphia,
01:50:50   25    so you should take that out of the

801

| 01:50:52 | 1 | denominator and consider the rest of |
| 01:50:54 | 2 | the population, but yes, that's what |
| 01:50:56 | 3 | my calculator came up with.  But |
| 01:50:56 | 4 | again, I'd certainly welcome a |
| 01:50:56 | 5 | confirmation if someone wants to |
| 01:51:05 | 6 | provide it. |
| 01:51:05 | 7 | Q.    Okay. |
| 01:51:05 | 8 |       And in concluding that these |
| 01:51:07 | 9 | maps performed better on total |
| 01:51:08 | 10 | population affected by municipal |
| 01:51:10 | 11 | splits than most of the other proposed |
| 01:51:12 | 12 | maps, you had to calculate the same |
| 01:51:14 | 13 | percentages for the other maps. |
| 01:51:15 | 14 |       Right? |
| 01:51:19 | 15 | A.    Yes. |
| 01:51:19 | 16 | Q.    But you didn't disclose the |
| 01:51:21 | 17 | percentages you calculated for any of |
| 01:51:24 | 18 | the other proposed maps in your |
| 01:51:26 | 19 | report. |
| 01:51:26 | 20 |       Right? |
| 01:51:27 | 21 | A.    Well, let me --- let me |
| 01:51:28 | 22 | explain.  No, I --- okay.  I apologize |
| 01:51:31 | 23 | for my previous answer.  What I was |
| 01:51:34 | 24 | provided was the total population that |
| 01:51:36 | 25 | was split, that was split from all the |

802

01:51:40  1     communities.  And so I just looked at

01:51:42  2     total population because obviously

01:51:45  3     when you convert it into a percentage

01:51:47  4     the smaller that numerator is, the

01:51:50  5     lower the percentage.

01:51:51  6          So I didn't calculate the

01:51:53  7     percentage for each one because it

01:51:57  8     wasn't necessary.  I just needed to

01:51:58  9     know what the numerator was in order

01:52:00  10    to know which maps performed better.

01:52:03  11    So I apologize if I made a mistake in

01:52:07  12    precision.  I did not calculate the

01:52:09  13    percentages, but I didn't need to.

01:52:12  14    All you need is the numerator to

01:52:14  15    determine whether the percent is

01:52:18  16    higher or lower.

01:52:19  17    Q.     And I just want to understand.

01:52:20  18    So you did determine this figure for

01:52:24  19    every one of the proposed maps.

01:52:26  20          Correct?

01:52:26  21    A.     I was provided a list of the

01:52:28  22    communities and I was provided a total

01:52:29  23    for each community.  I did not go

01:52:32  24    through the census data.  I was

01:52:36  25    provided with information from my

803

01:52:37    1    client that listed all the population

01:52:39    2    numbers.

01:52:39    3    Q.      Right.

01:52:40    4    A.      So subject to that information

01:52:42    5    that I received, that is what I based

01:52:45    6    my information on, my ranking.  Again,

01:52:49    7    I welcome a confirmation of that.

01:52:52    8    Q.      And so I just want to confirm

01:52:53    9    the way that you got to these

01:52:55    10   percentages, understanding, you know,

01:52:57    11   that you received --- maybe you didn't

01:52:59    12   do all of the full math to get to the

01:53:02    13   number, because you had some of it

01:53:03    14   done for you.

01:53:04    15           But am I right that the total

01:53:07    16   population number that you used ---

01:53:11    17   well, I'll start here.  So am I right

01:53:13    18   that you first figured out what

01:53:15    19   municipalities were split in each

01:53:17    20   plan?

01:53:18    21   A.      I was provided with the list.

01:53:20    22   I was provided with the list and I was

01:53:22    23   provided with the population numbers.

01:53:25    24   Q.      Okay.

01:53:26    25   A.      And actually, I was provided an

804

01:53:29  1   excel sheet and those numbers were sum

01:53:32  2   forming, and then, you know, I looked

01:53:33  3   at the bigger, smaller ones and then I

01:53:36  4   made that calculation.

01:53:37  5   Q.      I see.  I see.  Now I

01:53:39  6   understand.  So the total population

01:53:42  7   numbers that were provided for you,

01:53:44  8   they excluded Philadelphia.

01:53:45  9         Correct?

01:53:47  10  A.      No, they included Philadelphia.

01:53:48  11  Q.      Okay.

01:53:49  12        So then in doing your --- yeah,

01:53:53  13  I'm sorry.

01:53:54  14  A.      I subtracted Philadelphia

01:53:55  15  because you have to split it.  Like

01:53:58  16  why are you including it in the

01:54:01  17  enumerator and the denominator,

01:54:03  18  because you have to split the

01:54:05  19  community.

01:54:05  20        So why would you include it in

01:54:07  21  the percentage of something you got to

01:54:09  22  split anyway.  So my calculation was

01:54:11  23  based on the remainder, and I think

01:54:13  24  that's legitimate.

01:54:14  25        Now, if you include the City of

805

| | |
|---|---|
| 01:54:16 | 1 |
| 01:54:18 | 2 |
| 01:54:18 | 3 |
| 01:54:20 | 4 |
| 01:54:21 | 5 |
| 01:54:24 | 6 |
| 01:54:31 | 7 |
| 01:54:32 | 8 |
| 01:54:34 | 9 |
| 01:54:40 | 10 |
| 01:54:43 | 11 |
| 01:54:44 | 12 |
| 01:54:44 | 13 |
| 01:54:47 | 14 |
| 01:54:49 | 15 |
| 01:54:51 | 16 |
| 01:54:53 | 17 |
| 01:54:54 | 18 |
| 01:54:58 | 19 |
| 01:55:00 | 20 |
| 01:55:03 | 21 |
| 01:55:04 | 22 |
| 01:55:06 | 23 |
| 01:55:09 | 24 |
| 01:55:09 | 25 |

1    Philadelphia, it doesn't change the
2    relative rankings, it just adds to the
3    enumerator and the denominator.  You
4    just get a different number, but the
5    rankings stay the same, so it's kind
6    of a superfluous kind of move.
7    Q.      And this final percentage
8    number, though, it excludes
9    Philadelphia and it also excludes
10   municipalities that were split along
11   county lines.
12           Right?
13   A.      I was only provided the list of
14   communities that were split on the map
15   --- on the drawing of the map.  I know
16   there are --- there are fairly small
17   number of communities in Pennsylvania
18   that straddle counties, like McDonald
19   and Trafford, and I think Bethlehem
20   does, so I didn't calculate whether a
21   community is in a different county.  I
22   was only given a list of communities
23   that were split in the Congressional
24   District.
25   Q.      Okay.

806

| | | |
|---|---|---|
| 01:55:11 | 1 | And so am I understanding |
| 01:55:13 | 2 | correctly that you didn't --- you |
| 01:55:14 | 3 | didn't do the math to get to these |
| 01:55:15 | 4 | numbers. You were given a chart with |
| 01:55:17 | 5 | the percentages in them and you just |
| 01:55:26 | 6 | arranged ---? |
| 01:55:27 | 7 | A.     No. No, no, no. I was |
| 01:55:28 | 8 | provided a list of the communities |
| 01:55:29 | 9 | that were split with their populations |
| 01:55:30 | 10 | and the sum. So I was given a list |
| 01:55:35 | 11 | that says, okay, here are these maps |
| 01:55:36 | 12 | and here are how many people live in |
| 01:55:39 | 13 | split municipalities. |
| 01:55:45 | 14 | Q.     Okay. |
| 01:55:45 | 15 | A.     And then all I did in that was |
| 01:55:45 | 16 | say, okay, here's the ranking. Here's |
| 01:55:45 | 17 | --- here's what --- here's who --- |
| 01:55:52 | 18 | here's the population --- the total |
| 01:55:53 | 19 | populations. Here are the least --- |
| 01:55:55 | 20 | where the least number of populations |
| 01:55:57 | 21 | are split. |
| 01:55:58 | 22 | Q.     Okay. |
| 01:55:59 | 23 | And so are you aware then that |
| 01:56:02 | 24 | using the math that was done to get to |
| 01:56:05 | 25 | this figure for the Reschenthaler map |

807

| | | |
|---|---|---|
| 01:56:07 | 1 | in your report that the Gressman math |
| 01:56:11 | 2 | science petitioners map splits |
| 01:56:12 | 3 | municipalities representing just 1.72 |
| 01:56:15 | 4 | --- I'm sorry, 1.712 percent of the |
| 01:56:19 | 5 | population? |
| 01:56:19 | 6 | A.      In my review of the data I saw |
| 01:56:21 | 7 | that the Gressman map does split more, |
| 01:56:24 | 8 | a higher number of people than the |
| 01:56:25 | 9 | Reschenthaler map, yes. |
| 01:56:26 | 10 | Q.      Well, the difference, though, |
| 01:56:28 | 11 | in that number is it's between --- the |
| 01:56:31 | 12 | difference between the Reschenthaler |
| 01:56:33 | 13 | figure for map 1 and the Gressman |
| 01:56:35 | 14 | math/science Petitioners map is 1.712 |
| 01:56:40 | 15 | --- I'm sorry.  The difference between |
| 01:56:42 | 16 | that number for the Gressman |
| 01:56:44 | 17 | math/science Petitioners map and for |
| 01:56:48 | 18 | Reschenthaler map 1, subject to your |
| 01:56:48 | 19 | verification, is 0.145 percent. |
| 01:56:57 | 20 |          Right? |
| 01:56:57 | 21 | A.      Well, actually it's --- I |
| 01:57:01 | 22 | wouldn't say percent, I would say |
| 01:57:03 | 23 | points.  Because percent would imply |
| 01:57:05 | 24 | percentage of the whole.  So it would |
| 01:57:10 | 25 | be 0.14 --- what you said, points, |

808

| | | |
|---|---|---|
| 01:57:12 | 1 | rather than a percentage, yeah. |
| 01:57:14 | 2 | Q.    But that's barely one-seventh |
| 01:57:14 | 3 | of one percent or one point. |
| 01:57:23 | 4 | Right? |
| 01:57:24 | 5 | A.    I mean, yes. |
| 01:57:25 | 6 | Q.    And so the difference is --- |
| 01:57:27 | 7 | well, between Reschenthaler map 2 and |
| 01:57:27 | 8 | Gressman math/science Petitioners |
| 01:57:27 | 9 | similarly is 0.137 points.  So again |
| 01:57:27 | 10 | similarly ---. |
| 01:57:37 | 11 | A.    The Gressman map exceeds the |
| 01:57:40 | 12 | Reschenthaler map but not by as much |
| 01:57:42 | 13 | as others, correct. |
| 01:57:43 | 14 | Q.    And so the difference is small, |
| 01:57:45 | 15 | correct, between those two maps? |
| 01:57:47 | 16 | A.    I think the raw number is |
| 01:57:49 | 17 | really what matters.  I mean, the |
| 01:57:51 | 18 | percentage --- you know, it's nice to |
| 01:57:53 | 19 | talk percentages because they look |
| 01:57:55 | 20 | smaller, but I think the raw number is |
| 01:57:57 | 21 | what matters.  But you know, the |
| 01:58:02 | 22 | Gressman map benefits significantly |
| 01:58:04 | 23 | because it doesn't split the city and |
| 01:58:06 | 24 | so it makes that number much smaller. |
| 01:58:08 | 25 | Q.    And I see I'm out of time. |

809

| | | |
|---|---|---|
| 01:58:10 | 1 | A.       Oh, I'm sorry. |
| 01:58:10 | 2 | Q.       No, no, you're fine.  Thank |
| 01:58:10 | 3 | you, Dr. Naughton. |
| 01:58:14 | 4 | A.       Thank you. |
| 01:58:14 | 5 | JUDGE McCULLOUGH: |
| 01:58:16 | 6 | Thank you, Counsel.  And |
| 01:58:21 | 7 | now we will hear from attorneys for |
| 01:58:23 | 8 | Respondent Governor, I assume not |
| 01:58:26 | 9 | Secretary.  Okay.  Mr. Wiygul. |
| 01:58:36 | 10 | ATTORNEY WIYGUL: |
| 01:58:37 | 11 | Thank you, Your Honor. |
| 01:58:38 | 12 | I theoretically wear two hats, but |
| 01:58:40 | 13 | I've really only been wearing the one. |
| 01:58:43 | 14 | JUDGE McCULLOUGH: |
| 01:58:43 | 15 | Right. |
| 01:58:43 | 16 | - - - |
| 01:58:43 | 17 | CROSS EXAMINATION |
| 01:58:43 | 18 | - - - |
| 01:58:43 | 19 | BY ATTORNEY WIYGUL: |
| 01:58:45 | 20 | Q.       I think it's still morning, but |
| 01:58:46 | 21 | I have not checked, Doctor. |
| 01:58:46 | 22 | A.       Good morning. |
| 01:58:50 | 23 | Q.       How are you?  My name is Robert |
| 01:58:53 | 24 | Wiygul.  I'm representing Governor |
| 01:58:55 | 25 | Wolf in this case. |

810

| Time | Line | Text |
|------|------|------|
| 01:58:56 | 1 | A.        Nice to meet you. |
| 01:58:56 | 2 | Q.        I think some of this has been |
| 01:58:58 | 3 | covered already, but I want to nail |
| 01:59:00 | 4 | some things down? |
| 01:59:01 | 5 | A.        Sure. |
| 01:59:01 | 6 | Q.        You don't purport to be a data |
| 01:59:04 | 7 | scientist. |
| 01:59:04 | 8 |           Correct? |
| 01:59:05 | 9 | A.        Correct. |
| 01:59:06 | 10 | Q.        You don't purport to be a |
| 01:59:08 | 11 | scholar in the area of redistricting. |
| 01:59:10 | 12 |           Correct? |
| 01:59:10 | 13 | A.        Correct. |
| 01:59:10 | 14 | Q.        You have not published any |
| 01:59:13 | 15 | peer-reviewed articles on |
| 01:59:13 | 16 | redistricting. |
| 01:59:15 | 17 |           Correct? |
| 01:59:15 | 18 | A.        Correct. |
| 01:59:16 | 19 | Q.        Have you published any articles |
| 01:59:18 | 20 | on the subject of redistricting |
| 01:59:20 | 21 | specifically? |
| 01:59:21 | 22 | A.        I think I may have written an |
| 01:59:24 | 23 | opinion piece for The Hill, but it's |
| 01:59:27 | 24 | been quite sometime in which I was of |
| 01:59:30 | 25 | the opinion that we were focused too |

811

| | | |
|---|---|---|
| 01:59:34 | 1 | much on the shapes of communities when |
| 01:59:36 | 2 | we really need to think about what |
| 01:59:38 | 3 | serves the voters' interests and what |
| 01:59:41 | 4 | really matters in issues of |
| 01:59:44 | 5 | representation, which are far more |
| 01:59:45 | 6 | complicated. |
| 01:59:45 | 7 | Q.      Okay. |
| 01:59:46 | 8 |         I understand? |
| 01:59:47 | 9 | A.      So what I'm saying today is |
| 01:59:48 | 10 | consistent with an opinion that I've |
| 01:59:50 | 11 | have. |
| 01:59:50 | 12 | Q.      Sir, my question is just have |
| 01:59:53 | 13 | you published articles.  You mentioned |
| 01:59:53 | 14 | the one in The Hill.  You'll agree |
| 01:59:53 | 15 | with me The Hill is not ---? |
| 01:59:54 | 16 | A.      I should say I contributed an |
| 01:59:57 | 17 | article. |
| 01:59:57 | 18 | Q.      You'll agree with me The Hill |
| 02:00:03 | 19 | is not a scholarly publication. |
| 02:00:04 | 20 |         Correct? |
| 02:00:04 | 21 | A.      Yes. |
| 02:00:04 | 22 | Q.      Do you have any experience |
| 02:00:06 | 23 | working on the redistricting process, |
| 02:00:08 | 24 | advising Redistricting Commissions, |
| 02:00:10 | 25 | otherwise advising redistricting |

812

| | | |
|---|---|---|
| 02:00:10 | 1 | bodies? |
| 02:00:16 | 2 | A.       Well ---. |
| 02:00:18 | 3 | Q.       I think it's a yes or no. |
| 02:00:21 | 4 | Isn't it? |
| 02:00:21 | 5 | A.       I don't --- I've never had a |
| 02:00:25 | 6 | formal position in redistricting.  I'm |
| 02:00:27 | 7 | certain that in the past I've offered |
| 02:00:31 | 8 | opinions --- I know that I've offered |
| 02:00:33 | 9 | opinions to people who have been |
| 02:00:35 | 10 | involved in the redistricting process. |
| 02:00:39 | 11 | I know that I've been solicited for my |
| 02:00:39 | 12 | opinion in the past.  But it's |
| 02:00:41 | 13 | informal, so it's not part of any |
| 02:00:43 | 14 | public record. |
| 02:00:43 | 15 | Q.       Okay. |
| 02:00:43 | 16 | And you'll agree with me that |
| 02:00:45 | 17 | you don't cite any of that in your |
| 02:00:46 | 18 | report. |
| 02:00:46 | 19 | Correct? |
| 02:00:47 | 20 | A.       Correct.  I felt ---. |
| 02:00:49 | 21 | Q.       Just yes or no. |
| 02:00:50 | 22 | A.       You're saying professional |
| 02:00:51 | 23 | stuff, so I didn't think it was ---. |
| 02:00:52 | 24 | Q.       My time is limited. |
| 02:00:53 | 25 | A.       Oh, I'm sorry.  I'm sorry. |

813

| | | |
|---|---|---|
| 02:00:54 | 1 | Q.      I'm not trying to cut you off. |
| 02:00:56 | 2 | I'm just trying to be efficient. |
| 02:00:57 | 3 | A.      I understand.  I understand.  I |
| 02:00:59 | 4 | apologize. |
| 02:00:59 | 5 | Q.      And we'll agree --- I think |
| 02:01:01 | 6 | this has been covered, too.  You don't |
| 02:01:02 | 7 | cite to any literature, academic, |
| 02:01:04 | 8 | scholarly literature, in your report |
| 02:01:06 | 9 | to support any of the theories that |
| 02:01:07 | 10 | you offer. |
| 02:01:08 | 11 |        Correct? |
| 02:01:09 | 12 | A.      Correct.  It's based on my |
| 02:01:10 | 13 | expert opinion. |
| 02:01:11 | 14 | Q.      And you don't identify any |
| 02:01:13 | 15 | methodology of any kind that you apply |
| 02:01:15 | 16 | to derive your conclusions, it's based |
| 02:01:19 | 17 | on just your personal opinion and |
| 02:01:22 | 18 | experience. |
| 02:01:22 | 19 |        Is that fair? |
| 02:01:23 | 20 | A.      I don't think personal opinion. |
| 02:01:25 | 21 | I think it's providing my expert and |
| 02:01:27 | 22 | professional opinion. |
| 02:01:27 | 23 | Q.      We can agree that it's not the |
| 02:01:30 | 24 | result of an application of a |
| 02:01:31 | 25 | methodology? |

814

02:01:33   1   A.       Well, no, I mean, there's a
02:01:36   2   methodology.
02:01:36   3   Q.       What is the methodology?
02:01:38   4   A.       The methodology is based on
02:01:42   5   judgment and personal experience.  I
02:01:43   6   think what you're getting at is, is it
02:01:45   7   a mathematical ---.
02:01:45   8   Q.       Sir, I just want to know what
02:01:46   9   the methodology is.
02:01:47   10                  ATTORNEY HAVERSTICK:
02:01:48   11                  Your Honor.
02:01:48   12                  JUDGE McCULLOUGH:
02:01:48   13                  Okay.
02:01:49   14                  Mr. Haverstick, I know.
02:01:50   15   Let him finish.
02:01:52   16                  ATTORNEY HAVERSTICK:
02:01:52   17                  Well, if you ask --- you
02:01:55   18   go first.  You're the Judge.
02:01:56   19                  JUDGE McCULLOUGH:
02:01:56   20                  Go ahead state your
02:01:58   21   objection.
02:01:59   22                  ATTORNEY HAVERSTICK:
02:01:59   23                  If it's not a yes or no
02:02:00   24   question and it's a question that begs
02:02:02   25   a narrative answer, then, you know ---

815

02:02:08  1   if he's going to ask a narrative
02:02:08  2   question, then the witness should be
02:02:10  3   allowed to give a narrative answer,
02:02:10  4   not stop when it's not convenient
02:02:14  5   anymore for counsel.
02:02:15  6              JUDGE McCULLOUGH:
02:02:15  7              So noted.  But I do
02:02:16  8   note, again, I ask the witness it
02:02:19  9   seems you answer a question, you stop,
02:02:21  10  and then you keep going.  And I think
02:02:23  11  it's confusing counsel.  So you can
02:02:25  12  say, wait, I need to say something
02:02:27  13  else, but can you make it clear
02:02:29  14  because I mean, counsel moves onto his
02:02:31  15  next question at your pause and then
02:02:32  16  you add another statement?
02:02:32  17              THE WITNESS:
02:02:35  18              I was kind of forming my
02:02:37  19  thoughts.  I apologize.
02:02:38  20              ATTORNEY WIYGUL:
02:02:39  21              Thank you.
02:02:39  22              JUDGE McCULLOUGH:
02:02:39  23              All right.
02:02:39  24  BY ATTORNEY WIYGUL:
02:02:41  25  Q.      You understand in this case

816

02:02:41   1    that in making a decision in this case

02:02:45   2    this Court is constrained to follow

02:02:47   3    the precedential decisions of the

02:02:49   4    Pennsylvania Supreme Court.

02:02:51   5          Correct?

02:02:52   6    A.     Well I'm not an expert in the

02:02:53   7    law, so I don't think I can make that

02:02:55   8    judgment.

02:02:55   9    Q.     Okay.

02:02:56   10          I'll represent to you that

02:02:57   11   that's the case.  You can trust me or

02:02:58   12   not, but you're aware that one

02:03:02   13   precedential decision by the

02:03:03   14   Pennsylvania Supreme Court on the

02:03:04   15   subject of redistricting is the League

02:03:08   16   of Women Voters case from 2018?

02:03:09   17   A.     Again, I'm not an attorney, so

02:03:10   18   I didn't review, you know, the Supreme

02:03:13   19   Court docket or anything of that

02:03:14   20   nature, so I can't make any

02:03:16   21   representation.

02:03:16   22   Q.     Are you aware of the existence

02:03:18   23   of that case?

02:03:21   24   A.     What case is that?

02:03:24   25   Q.     League of Women Voters versus

817

| | | |
|---|---|---|
| 02:03:26 | 1 | the Commonwealth decided by the |
| 02:03:27 | 2 | Pennsylvania Supreme Court in 2018, |
| 02:03:28 | 3 | February of 2018. |
| 02:03:29 | 4 | A.      I think I may have seen a |
| 02:03:32 | 5 | citation to it, but I mean awareness |
| 02:03:35 | 6 | implies sort of a kind of familiarity, |
| 02:03:37 | 7 | and I don't want to represent that, |
| 02:03:39 | 8 | but I think I've seen --- I've seen it |
| 02:03:42 | 9 | cited. |
| 02:03:43 | 10 | Q.      Have you ever read the Opinion |
| 02:03:44 | 11 | or any portion of it? |
| 02:03:45 | 12 | A.      Pardon me. |
| 02:03:45 | 13 | Q.      Have you ever read the Opinion |
| 02:03:47 | 14 | or any portion of it? |
| 02:03:49 | 15 | A.      Pardon me. |
| 02:03:49 | 16 | Q.      Have you ever read the Opinion? |
| 02:03:49 | 17 | A.      I have not read the Opinion. |
| 02:03:50 | 18 | Q.      Have you ever had any summary |
| 02:03:51 | 19 | of the Opinion? |
| 02:03:58 | 20 | A.      I don't believe so. |
| 02:03:59 | 21 | Q.      So it's fair to say you don't |
| 02:04:01 | 22 | know what the factors discussed in |
| 02:04:02 | 23 | that Opinion are? |
| 02:04:08 | 24 | A.      Yes. |
| 02:04:09 | 25 | Q.      Is that fair? |

818

| | | |
|---|---|---|
| 02:04:10 | 1 | A.      Okay. |
| 02:04:11 | 2 | Q.      Correct? |
| 02:04:11 | 3 | A.      I'm not aware of the fact, yes. |
| 02:04:15 | 4 | Q.      Okay. |
| 02:04:15 | 5 | Have you ever --- well, I think |
| 02:04:17 | 6 | I know the answer to this question |
| 02:04:18 | 7 | based on what you said, but your |
| 02:04:20 | 8 | testimony would then be that you never |
| 02:04:22 | 9 | commented on that Decision in any way? |
| 02:04:25 | 10 | A.      The League of Women Voters |
| 02:04:27 | 11 | Decision? |
| 02:04:28 | 12 | Q.      Correct. |
| 02:04:28 | 13 | A.      I have not commented on it. |
| 02:04:30 | 14 | Q.      Okay. |
| 02:04:32 | 15 | That's your testimony?  You |
| 02:04:32 | 16 | have not commented on it? |
| 02:04:34 | 17 | A.      Yes. |
| 02:04:34 | 18 | Q.      Okay. |
| 02:04:35 | 19 | Are you --- are you or have you |
| 02:04:38 | 20 | been a columnist for a publication |
| 02:04:43 | 21 | known as PA Townhall.com? |
| 02:04:46 | 22 | A.      They've republished articles |
| 02:04:49 | 23 | that I've done in The Hill, so I don't |
| 02:04:51 | 24 | know if you would call it a columnist. |
| 02:04:53 | 25 | I write for The Hill and they |

819

| | |
|---|---|
| 02:04:56 | 1 |
| 02:04:58 | 2 |
| 02:04:59 | 3 |
| 02:05:02 | 4 |
| 02:05:03 | 5 |

republish in PA Town Hall.

Q.      So you agree with me you have had one or more articles published in PA Town Hall?

A.      Yes.

Q.      Was one of those an article published on February 14th, 2018, called Gerrymandering Merry-Go-Round?

A.      I don't know of the date, but I have no reason to disbelieve you, and that sounds like something I've written.

Q.      Do you remember writing an article called something like Gerrymandering Merry-Go-Round?

A.      I remember writing an article about gerrymandering and talking about this overreliance on shapes and it's more important to think about interests.

Q.      And if I represent to you that February 14th, 2018, was very shortly after the Supreme Court issued its first Decision in League of Women Voters, would you have any reason to

820

02:05:42  1   doubt me?

02:05:43  2   A.       I have no reason to doubt you.

02:05:44  3   Q.       Okay.

02:05:44  4                    ATTORNEY WIYGUL:

02:05:47  5                    Do we have that article?

02:05:48  6   Can we put it up, please?

02:05:48  7   BY ATTORNEY WIYGUL:

02:06:06  8   Q.       Does this look familiar?

02:06:07  9   A.       Yes.

02:06:07  10  Q.       Okay.

02:06:09  11                   Can we go to the last paragraph

02:06:09  12  of that article on page two.  And if

02:06:09  13  it's easier, I believe I can give you

02:06:09  14  a copy of that article, sir.  Would

02:06:11  15  you like a paper copy?  Just let me

02:06:18  16  know.  All right.

02:06:19  17                   Do you see the last paragraph?

02:06:21  18  A.       Do you mean that last sentence?

02:06:23  19  Q.       Yes.

02:06:24  20  A.       Yes.

02:06:24  21  Q.       Those who shake their fists at

02:06:28  22  gerrymandering and clog the courts

02:06:28  23  with their lawsuits are really

02:06:37  24  announcing their own rigidity and

02:06:37  25  intellectual bankruptcy to the world.

821

| | | |
|---|---|---|
| 02:06:37 | 1 | Do you recall writing that sentence? |
| 02:06:39 | 2 | A.       I mean, I don't recall it, but |
| 02:06:39 | 3 | I'm sure I wrote it. |
| 02:06:39 | 4 | Q.       The Supreme Court of |
| 02:06:42 | 5 | Pennsylvania disagrees with you. |
| 02:06:42 | 6 | Correct? |
| 02:06:42 | 7 | A.       If you represent that. |
| 02:06:44 | 8 | Q.       Well, they believe that --- |
| 02:06:45 | 9 | they ruled in that case that the 2011 |
| 02:06:48 | 10 | Pennsylvania enacted district plan was |
| 02:06:52 | 11 | unlawful. |
| 02:06:53 | 12 | Correct? |
| 02:06:53 | 13 | ATTORNEY HAVERSTICK: |
| 02:06:55 | 14 | Your Honor, I object. |
| 02:06:55 | 15 | JUDGE McCULLOUGH: |
| 02:06:55 | 16 | Excuse me. |
| 02:06:56 | 17 | ATTORNEY HAVERSTICK: |
| 02:06:56 | 18 | Are we asking a |
| 02:06:57 | 19 | nonlawyer about legal questions now? |
| 02:06:59 | 20 | I mean, I understand why he wants to |
| 02:07:01 | 21 | --- we've established --- he said over |
| 02:07:02 | 22 | and over again I'm not a lawyer.  How |
| 02:07:05 | 23 | are we expecting him to parse out the |
| 02:07:09 | 24 | League of Women Voters and ---. |
| 02:07:09 | 25 | JUDGE McCULLOUGH: |

822

| | | |
|---|---|---|
| 02:07:10 | 1 | Mr. Wiygul? |
| 02:07:11 | 2 | ATTORNEY WIYGUL: |
| 02:07:12 | 3 | Your Honor, I think his |
| 02:07:12 | 4 | awareness of what the Opinion said and |
| 02:07:14 | 5 | whether his opinions are consistent |
| 02:07:16 | 6 | with a decision that's controlling law |
| 02:07:18 | 7 | in the state are absolutely relevant |
| 02:07:20 | 8 | to the credibility and the weight that |
| 02:07:22 | 9 | this Court should give ---. |
| 02:07:23 | 10 | JUDGE McCULLOUGH: |
| 02:07:23 | 11 | Well, I think he already |
| 02:07:25 | 12 | told he didn't read the LWV, so I |
| 02:07:30 | 13 | think you're asking about it --- |
| 02:07:31 | 14 | asking him about it again.  So I don't |
| 02:07:31 | 15 | know where you're going with that, but |
| 02:07:34 | 16 | you can ask him about the article. |
| 02:07:34 | 17 | BY ATTORNEY WIYGUL: |
| 02:07:36 | 18 | Q.     Are you aware that the |
| 02:07:37 | 19 | Pennsylvania Supreme Court --- putting |
| 02:07:37 | 20 | aside any specifics about the |
| 02:07:38 | 21 | Decision, are you aware that in that |
| 02:07:40 | 22 | decision or in any decision the |
| 02:07:42 | 23 | Pennsylvania Supreme Court has held |
| 02:07:44 | 24 | that there are such things as |
| 02:07:46 | 25 | unconstitutional gerrymanderers that |

823

| | | |
|---|---|---|
| 02:07:49 | 1 | may require enacted congressional |
| 02:07:49 | 2 | district maps to be invalidated? |
| 02:08:02 | 3 | A.       Could you repeat the question? |
| 02:08:03 | 4 | Q.       Sure.  Are you aware that the |
| 02:08:05 | 5 | Pennsylvania Supreme Court has held |
| 02:08:06 | 6 | that at least one suit shaking its |
| 02:08:10 | 7 | fist at gerrymandering was not |
| 02:08:12 | 8 | clogging the court and was not a |
| 02:08:14 | 9 | symptom of intellectual bankruptcy but |
| 02:08:18 | 10 | stated a meritorious case for which |
| 02:08:20 | 11 | the Court felt constrained to grant |
| 02:08:22 | 12 | relief? |
| 02:08:23 | 13 | A.       I'm aware that the Court redrew |
| 02:08:27 | 14 | the map and rejected the old map.  I |
| 02:08:31 | 15 | mean, that's what I'm aware of, and |
| 02:08:32 | 16 | that they rejected the 2011 or 2012 |
| 02:08:34 | 17 | map, whichever --- whichever choice |
| 02:08:36 | 18 | you want to make to call it. |
| 02:08:40 | 19 | Q.       And you see in the paragraph |
| 02:08:41 | 20 | above the one we just read, the first |
| 02:08:43 | 21 | sentence you wrote in the end there |
| 02:08:45 | 22 | really is no proof that weird-looking |
| 02:08:49 | 23 | congressional districts are inherently |
| 02:08:52 | 24 | unjust? |
| 02:08:53 | 25 | A.       Yes. |

824

| | | |
|---|---|---|
| 02:08:53 | 1 | Q. Do you see that? |
| 02:08:53 | 2 | A. Yes. |
| 02:08:54 | 3 | Q. Are you aware that in the |
| 02:08:54 | 4 | League of Women Voters case the Court |
| 02:08:55 | 5 | did focus on some of the extreme |
| 02:08:58 | 6 | weirdness of the districts under the |
| 02:09:00 | 7 | 2011 plan and relied on that weirdness |
| 02:09:03 | 8 | in part to conclude that that plan was |
| 02:09:05 | 9 | unconstitutional? |
| 02:09:06 | 10 | A. I did not read the Opinion. |
| 02:09:18 | 11 | Q. I would like to talk a little |
| 02:09:20 | 12 | bit about the problem of prediction |
| 02:09:20 | 13 | that you raised in your article. Is |
| 02:09:22 | 14 | it fair to say that is an important |
| 02:09:24 | 15 | premise behind your conclusion that |
| 02:09:27 | 16 | reliance on partisan fairness metrics |
| 02:09:30 | 17 | is flawed? |
| 02:09:31 | 18 | A. Well, the problem with |
| 02:09:37 | 19 | prediction is that statistical |
| 02:09:41 | 20 | prediction and projection, all of it |
| 02:09:42 | 21 | is based on the past. It's all based |
| 02:09:45 | 22 | on the data that we already have. And |
| 02:09:47 | 23 | any of these analyses is simply saying |
| 02:09:50 | 24 | that a pattern will continue into the |
| 02:09:52 | 25 | future and tries to project what |

825

02:09:55    1    happens if we offer different

02:09:56    2    treatment variables that would change

02:09:58    3    it.  And what happens --- it's sort of

02:10:00    4    like the weather.

02:10:00    5    Q.      Sir, I'm going to ---.

02:10:01    6    A.      I'm sorry.

02:10:02    7    Q.      I wasn't asking for an

02:10:05    8    explanation of that.  I was just

02:10:05    9    asking is it an important premise

02:10:07   10    behind your conclusion that relying on

02:10:10   11    partisan metrics in the redistricting

02:10:15   12    context is misguided?

02:10:16   13    A.      You mean that projection is

02:10:17   14    uncertain ---

02:10:17   15    Q.      Correct.

02:10:18   16    A.      --- and that there's like a

02:10:19   17    high --- there can be a high standard

02:10:20   18    deviation?

02:10:21   19    Q.      Correct.

02:10:22   20    A.      Yes.

02:10:22   21    Q.      Okay.

02:10:23   22            But you'll agree with my that

02:10:27   23    there's actual academic scholarship

02:10:30   24    out there, extensive scholarship,

02:10:33   25    peer-reviewed scholarship, that does

826

| | | |
|---|---|---|
| 02:10:36 | 1 | believe you can draw not perfect |
| 02:10:37 | 2 | predictive conclusions but reliable |
| 02:10:41 | 3 | predictive conclusions based on past |
| 02:10:43 | 4 | election results? |
| 02:10:45 | 5 | A.      I think that one of the |
| 02:10:46 | 6 | problems in this case ---. |
| 02:10:46 | 7 | Q.      Sir, my question is are you |
| 02:10:48 | 8 | aware that that scholarship exists? |
| 02:10:51 | 9 | A.      What is ---? |
| 02:10:52 | 10 | Q.      Are you aware that scholarship |
| 02:10:54 | 11 | exists? |
| 02:10:54 | 12 | A.      The scholarship of what? |
| 02:10:56 | 13 | Q.      That holds that you can, in |
| 02:10:57 | 14 | fact, rely on the results of past |
| 02:10:59 | 15 | elections to make reasonable |
| 02:11:01 | 16 | predictions about future electoral |
| 02:11:06 | 17 | patterns.  You're aware there's |
| 02:11:10 | 18 | peer-reviewed scholarships so holding? |
| 02:11:13 | 19 | A.      I'm trying to recall from my |
| 02:11:14 | 20 | own dissertation if I've read that |
| 02:11:20 | 21 | literature.  I think I've read some of |
| 02:11:21 | 22 | that literature at the time. |
| 02:11:22 | 23 | Q.      Yesterday's testimony by Dr. |
| 02:11:24 | 24 | Rodden, by Dr. DeFord, by Dr. Duchin, |
| 02:11:28 | 25 | they all referred to that literature. |

827

| | | |
|---|---|---|
| 02:11:30 | 1 | Right? |
| 02:11:30 | 2 | A.        I believe so. |
| 02:11:31 | 3 | Q.        Okay. |
| 02:11:31 | 4 | And in fact, even the expert |
| 02:11:33 | 5 | for the House Republicans in this |
| 02:11:35 | 6 | case, he also said --- I'm |
| 02:11:38 | 7 | paraphrasing because I don't have the |
| 02:11:40 | 8 | transcript in front of me, but that |
| 02:11:42 | 9 | either the political registration of a |
| 02:11:46 | 10 | voter was either the best or one of |
| 02:11:48 | 11 | the best ways of gauging how that |
| 02:11:49 | 12 | voter would vote.  Did you hear that |
| 02:11:51 | 13 | testimony? |
| 02:11:51 | 14 | A.        I did not hear his testimony. |
| 02:11:53 | 15 | Q.        And in fact, the political |
| 02:11:54 | 16 | parties in this country, |
| 02:11:55 | 17 | non-parliamentary system, in this |
| 02:11:58 | 18 | country, just like the scholars who |
| 02:12:00 | 19 | are applying these methods in this |
| 02:12:02 | 20 | country, not parliamentary systems, |
| 02:12:04 | 21 | they believe you can use past election |
| 02:12:10 | 22 | results to gauge future electoral |
| 02:12:13 | 23 | patterns, don't they? |
| 02:12:13 | 24 | A.        Past election results can |
| 02:12:15 | 25 | provide that with a --- and sometimes |

828

| | | |
|---|---|---|
| 02:12:17 | 1 | there's a significant variance in |
| 02:12:18 | 2 | standard deviation which you have to |
| 02:12:19 | 3 | keep in mind.  So they don't provide |
| 02:12:21 | 4 | exact predictions.  And certainly |
| 02:12:26 | 5 | those predictions over time become |
| 02:12:28 | 6 | less reliable.  So it's important to |
| 02:12:29 | 7 | understand that we're doing ---. |
| 02:12:29 | 8 | Q.      Sir, you're getting away from |
| 02:12:30 | 9 | my question again. |
| 02:12:30 | 10 | A.      I'm sorry. |
| 02:12:32 | 11 | Q.      You will agree with me that the |
| 02:12:33 | 12 | political parties in this country have |
| 02:12:35 | 13 | reached that conclusion? |
| 02:12:36 | 14 | A.      What was that? |
| 02:12:37 | 15 | Q.      The conclusion that you can use |
| 02:12:38 | 16 | past election results to predict |
| 02:12:40 | 17 | future electoral patterns? |
| 02:12:43 | 18 | A.      Not with absolute certainty, |
| 02:12:45 | 19 | but it is helpful. |
| 02:12:45 | 20 | Q.      I didn't ask you.  Okay.  Thank |
| 02:12:45 | 21 | you. |
| 02:12:45 | 22 |                   ATTORNEY WIYGUL: |
| 02:12:48 | 23 |           Can we go to the third |
| 02:12:51 | 24 | paragraph in Dr. Naughton's article, |
| 02:12:57 | 25 | please, first page? |

829

BY ATTORNEY WIYGUL:

Q.     Do you see there you wrote,
second sentence, using past voting
behavior and matching that behavior
with demographics, each party develops
their own pretty solid predicting
model of electoral behavior.

       Did I read that correctly?

A.     Yes.

Q.     All right.  Thank you.

       I would like to talk a little
bit about communities of interest.
You really focus on the greater
Philadelphia and Pittsburgh regions in
your report.

       Is that fair?

A.     Mostly Pittsburgh, yes.

Q.     Okay.

       And you will agree with me that
there are trade-offs among the
traditional redistricting criteria and
in particular between the number of
split political subdivisions and
compactness.  I think you basically
testified to that in your direct.

830

| 02:13:39 | 1 | Right? |
| 02:13:42 | 2 | A.      Yes, there are trade-offs.  You |
| 02:13:43 | 3 | have to make trade-offs. |
| 02:13:44 | 4 | Q.      And you're not testifying that |
| 02:13:47 | 5 | any map that keeps Pittsburgh whole is |
| 02:13:49 | 6 | better than any map that splits |
| 02:13:52 | 7 | Pittsburgh, are you? |
| 02:13:53 | 8 | A.      Well, I believe I testified |
| 02:13:56 | 9 | that the maps that are better match up |
| 02:13:58 | 10 | the city with sort of the east and the |
| 02:14:03 | 11 | Mon Valley, but I --- but I --- what |
| 02:14:05 | 12 | was the question again? |
| 02:14:06 | 13 | Q.      I'm asking you are not |
| 02:14:07 | 14 | testifying that any map that keeps |
| 02:14:09 | 15 | Pittsburgh whole in one district is |
| 02:14:11 | 16 | better than any map that splits |
| 02:14:14 | 17 | Pittsburgh?  That's not your |
| 02:14:14 | 18 | testimony. |
| 02:14:16 | 19 | Right? |
| 02:14:17 | 20 | A.      I think in my expert report I |
| 02:14:19 | 21 | had said that Pittsburgh should not be |
| 02:14:21 | 22 | split and that would be --- I don't |
| 02:14:24 | 23 | know if I used the phrase |
| 02:14:27 | 24 | disqualifying factor, but ---. |
| 02:14:27 | 25 | Q.      I'm just asking you right now |

831

02:14:28  1    is it your testimony that any map that

02:14:30  2    keeps Pittsburgh whole is better than

02:14:32  3    any map that splits Pittsburgh?

02:14:34  4    A.      Oh, yes, yes.

02:14:36  5    Q.      It is.  So any map that keeps

02:14:38  6    Pittsburgh whole, no matter what else

02:14:40  7    it does in the whole rest of the

02:14:41  8    Commonwealth of Pennsylvania, is

02:14:43  9    superior to any map that splits

02:14:45  10   Pittsburgh, no matter what it does in

02:14:48  11   all of the rest of the Commonwealth of

02:14:50  12   Pennsylvania?  That is your testimony?

02:14:51  13   A.      Let me correct that because I

02:14:53  14   gave you an incorrect answer.  I

02:14:54  15   should apologize for that.  My

02:14:59  16   testimony, my opinion, is that a map

02:15:02  17   that splits Pittsburgh has significant

02:15:04  18   problems and have significant demerits

02:15:08  19   and it's unnecessary in  western

02:15:10  20   Pennsylvania.

02:15:11  21                    ATTORNEY WIYGUL:

02:15:11  22             Your Honor, if I can

02:15:12  23   just ask the Court's indulgence for

02:15:12  24   another a minute or two in light of

02:15:15  25   some of this?

832

| | |
|---|---|
| 02:15:15 | 1 |
| 02:15:15 | 2 |
| 02:15:16 | 3 |
| 02:15:18 | 4 |
| 02:15:19 | 5 |
| 02:15:21 | 6 |
| 02:15:22 | 7 |
| 02:15:22 | 8 |
| 02:15:22 | 9 |
| 02:15:24 | 10 |
| 02:15:27 | 11 |
| 02:15:30 | 12 |
| 02:15:31 | 13 |
| 02:15:32 | 14 |
| 02:15:32 | 15 |
| 02:15:35 | 16 |
| 02:15:36 | 17 |
| 02:15:38 | 18 |
| 02:15:42 | 19 |
| 02:15:43 | 20 |
| 02:15:45 | 21 |
| 02:15:48 | 22 |
| 02:15:51 | 23 |
| 02:15:52 | 24 |
| 02:15:55 | 25 |

JUDGE McCULLOUGH:

Can we stop the clock? I'm sorry, what?

ATTORNEY WIYGUL:

I was going to request another minute or 90 seconds in light of some of the longer answers.

JUDGE McCULLOUGH:

We stopped --- well, everyone has been giving long answers. I'll let you ask one more question and he can answer.

ATTORNEY WIYGUL:

Okay. Thank you.

BY ATTORNEY WIYGUL:

Q.     Are you aware, did you hear the testimony that as part of the process of making of the Governor's map, the Governor set up a public portal where individuals and members of communities of interest in Pittsburgh and all over the State could actually offer their own opinion as opposed to your opinion about what's best for them and how the line should be divided?

833

| | |
|---|---|
| 02:15:56 | 1 |
| 02:15:59 | 2 |
| 02:16:00 | 3 |
| 02:16:00 | 4 |
| 02:16:00 | 5 |
| 02:16:03 | 6 |
| 02:16:03 | 7 |
| 02:16:05 | 8 |
| 02:16:05 | 9 |
| 02:16:06 | 10 |
| 02:16:07 | 11 |
| 02:16:13 | 12 |
| 02:16:13 | 13 |
| 02:16:13 | 14 |
| 02:16:13 | 15 |
| 02:16:13 | 16 |
| 02:16:34 | 17 |
| 02:16:36 | 18 |
| 02:16:39 | 19 |
| 02:16:39 | 20 |
| 02:16:41 | 21 |
| 02:16:42 | 22 |
| 02:16:44 | 23 |
| 02:16:47 | 24 |
| 02:16:49 | 25 |

A.      I did not examine the
Governor's process.

Q.      Did you ---?

            JUDGE McCULLOUGH:

            I said one question.

            ATTORNEY WIYGUL:

            Fair enough, Your Honor.
Thank you.

            JUDGE McCULLOUGH:

            Thank you, Counsel.  Now
we move to counsel for the Republican
Legislative Intervenors.

                  - - -

            CROSS EXAMINATION

                  - - -

BY ATTORNEY LEWIS:

Q.      Good morning.  Patrick Lewis on
behalf of the Republican House
Intervenors?

A.      Good morning.

Q.      Doctor, did I hear you
correctly in your Direct Examination
that, in your view, computer models do
not take into account the specific
factors of individual races?

834

| | | |
|---|---|---|
| 02:16:54 | 1 | A.      Yes. |
| 02:16:54 | 2 | Q.      So in your opinion as a |
| 02:16:56 | 3 | political scientist has it been |
| 02:16:59 | 4 | appropriate for the court to draw a |
| 02:17:01 | 5 | plan or design a plan to specific |
| 02:17:07 | 6 | partisan fairness metric score based |
| 02:17:09 | 7 | on one of those computer models? |
| 02:17:11 | 8 | A.      Could you repeat the question |
| 02:17:12 | 9 | please? |
| 02:17:13 | 10 | Q.      Sure.  So in your opinion as a |
| 02:17:16 | 11 | political scientist do you believe |
| 02:17:18 | 12 | it's appropriate for the Court to |
| 02:17:20 | 13 | select a map that was designed to |
| 02:17:22 | 14 | achieve a specific partisan fairness |
| 02:17:25 | 15 | score using a computer model? |
| 02:17:28 | 16 | ATTORNEY ATTISANO: |
| 02:17:28 | 17 | Objection Your Honor the |
| 02:17:29 | 18 | senate Democratic caucus it calls for |
| 02:17:32 | 19 | a legal conclusion and it doesn't call |
| 02:17:35 | 20 | for a legal conclusion. |
| 02:17:39 | 21 | JUDGE McCULLOUGH: |
| 02:17:39 | 22 | Your response. |
| 02:17:41 | 23 | ATTORNEY LEWIS: |
| 02:17:41 | 24 | Sure, Your Honor.  I've |
| 02:17:42 | 25 | asked his opinion as a political |

835

| | | |
|---|---|---|
| 02:17:42 | 1 | scientist.  We've had political |
| 02:17:45 | 2 | scientists and mathematicians for the |
| 02:17:46 | 3 | past two days asking --- urging Your |
| 02:17:48 | 4 | Honor to do precisely the question |
| 02:17:51 | 5 | that I'm asking of this witness. |
| 02:17:53 | 6 | JUDGE McCULLOUGH: |
| 02:17:53 | 7 | Yes. |
| 02:17:54 | 8 | ATTORNEY ATTISANO: |
| 02:17:54 | 9 | Your Honor, if I may, he |
| 02:17:55 | 10 | asked --- the question he asked is, is |
| 02:17:56 | 11 | it appropriate for the Court to --- |
| 02:17:58 | 12 | and that's asking for a legal |
| 02:18:00 | 13 | conclusion. |
| 02:18:00 | 14 | JUDGE McCULLOUGH: |
| 02:18:00 | 15 | Okay. |
| 02:18:01 | 16 | Can you rephrase that |
| 02:18:02 | 17 | part of your question? |
| 02:18:04 | 18 | ATTORNEY LEWIS: |
| 02:18:04 | 19 | Yes, Your Honor. |
| 02:18:04 | 20 | JUDGE McCULLOUGH: |
| 02:18:05 | 21 | Okay. |
| 02:18:05 | 22 | BY ATTORNEY LEWIS: |
| 02:18:06 | 23 | Q.     All right. |
| 02:18:07 | 24 | Doctor, in your opinion, as a |
| 02:18:10 | 25 | political scientist, is it appropriate |

836

02:18:12    1    to draw a map that's designed to

02:18:15    2    achieve a specific partisan fairness

02:18:18    3    score using a computer model?

02:18:21    4    A.      No.

02:18:21    5    Q.      Now, you testified on Direct

02:18:27    6    Examination that you believe it was

02:18:28    7    appropriate to keep Pittsburgh in a

02:18:30    8    single district.

02:18:31    9            Is that right?

02:18:32   10    A.      Yes.

02:18:34   11    Q.      Okay.

02:18:37   12            And is there a benefit to a

02:18:39   13    city beyond just the partisan

02:18:42   14    affiliation of its congressional

02:18:46   15    representative to be kept in a single

02:18:48   16    district?

02:18:48   17    A.      Yes.

02:18:48   18    Q.      Okay.

02:18:48   19            And what are some of those

02:18:50   20    benefits?

02:18:51   21    A.      Well, I think every political

02:18:54   22    benefit --- every political unit by

02:18:57   23    its very nature has interests.

02:19:02   24    Federal funds flow through city

02:19:05   25    governments, municipal governments,

837

02:19:08    1    federal funds flow through authority
02:19:11    2    that are often based on those lines.
02:19:13    3    Councils of government, other sorts of
02:19:16    4    organizations, so having a --- having
02:19:20    5    a municipality as a unit is helpful
02:19:25    6    when you're looking at advocacy.  It's
02:19:28    7    helpful when you're looking at, will
02:19:31    8    you get that service and that advocacy
02:19:33    9    from the member of the Congress.
02:19:35   10         It's also helpful because you
02:19:37   11    can have that specialization.  You
02:19:39   12    know, you're in a certain district
02:19:40   13    that has got certain folks that, you
02:19:44   14    know, a member develops a
02:19:48   15    specialization constituent service, a
02:19:48   16    member develop specialization, you
02:19:52   17    know, selecting their committees and
02:19:52   18    so forth.  So keeping those
02:19:55   19    communities together is vital and it's
02:19:56   20    vitally important for --- you know,
02:20:00   21    the acquisition of federal funds and
02:20:01   22    for proper advocacy.
02:20:03   23    Q.      And those would be benefits
02:20:04   24    that would flow to the voters of such
02:20:07   25    a city regardless of the political

838

02:20:10    1    affiliation of the member of Congress

02:20:14    2    representing that city.

02:20:15    3            Is that right?

02:20:16    4    A.      They would flow to all

02:20:18    5    citizens, whether there are voters or

02:20:20    6    not voters.

02:20:21    7    Q.      I just have a few questions for

02:20:22    8    you about House Bill 2146.

02:20:34    9            Are you familiar with that

02:20:35   10    plan?

02:20:35   11    A.      I reviewed them.  I looked at

02:20:37   12    the maps.

02:20:45   13    Q.      And I will represent to you,

02:20:46   14    Doctor, that this is a rendering of

02:20:49   15    House Bill 2146, and it is attached as

02:20:52   16    Exhibit 1 to the Affidavit of Bill

02:21:02   17    Shaller, which is Exhibit I to our

02:21:04   18    opening report.

02:21:04   19            I would like to first start

02:21:09   20    with the Pittsburgh area district, so

02:21:11   21    I'm going to zoom in.  If you need to

02:21:15   22    flip to a view that has the Pittsburgh

02:21:16   23    District let me know.

02:21:18   24            All right.

02:21:25   25            Now, this District 15 contains

839

| | | |
|---|---|---|
| 02:21:27 | 1 | the entire City of Pittsburgh. |
| 02:21:32 | 2 | Is that fair? |
| 02:21:32 | 3 | A.      Yes, it appears so. |
| 02:21:33 | 4 | Q.      And does this configuration of |
| 02:21:36 | 5 | Allegheny County --- I believe |
| 02:21:37 | 6 | District 17 contains the balance of |
| 02:21:39 | 7 | Allegheny County? |
| 02:21:41 | 8 | A.      Yes. |
| 02:21:45 | 9 | Q.      Based on your analysis, does |
| 02:21:48 | 10 | this configuration, you know, honor |
| 02:21:52 | 11 | the communities of interest in |
| 02:21:53 | 12 | Allegheny County that you've testified |
| 02:21:56 | 13 | about today? |
| 02:21:58 | 14 | A.      Yes. |
| 02:22:00 | 15 | Q.      Okay. |
| 02:22:04 | 16 | Now, I'm going to move east. |
| 02:22:11 | 17 | So we will start here with our |
| 02:22:17 | 18 | District 1 in this plan. |
| 02:22:20 | 19 | Does District 1 in the House |
| 02:22:24 | 20 | Bill 2146 plan keep Bucks County |
| 02:22:27 | 21 | whole? |
| 02:22:30 | 22 | A.      Yes. |
| 02:22:31 | 23 | Q.      And in your view, does District |
| 02:22:33 | 24 | 1 fairly honor the communities of |
| 02:22:35 | 25 | interest of Bucks County? |

840

| | | |
|---|---|---|
| 02:22:36 | 1 | A.        In my opinion, yes. |
| 02:22:38 | 2 | Q.        Here I'm going to Zoom a little |
| 02:22:48 | 3 | bit in.  We're going to look at |
| 02:22:49 | 4 | Philadelphia. |
| 02:22:53 | 5 | Okay. |
| 02:22:53 | 6 | Now, Professor, this --- or |
| 02:22:56 | 7 | Doctor, I should say, this particular |
| 02:22:57 | 8 | plan, is it fair to say Districts 2 |
| 02:23:00 | 9 | and 3 in this plan are contained |
| 02:23:02 | 10 | within Philadelphia? |
| 02:23:04 | 11 | A.        Yes. |
| 02:23:05 | 12 | Q.        Okay. |
| 02:23:05 | 13 | In your opinion, is that |
| 02:23:08 | 14 | consistent with the communities of |
| 02:23:10 | 15 | interest in Philadelphia? |
| 02:23:14 | 16 | A.        I don't think I can offer an |
| 02:23:15 | 17 | opinion on the specifics within the |
| 02:23:17 | 18 | City of Philadelphia, but I believe it |
| 02:23:19 | 19 | is in the interest for the City to |
| 02:23:21 | 20 | have two districts contained entirely |
| 02:23:25 | 21 | within it. |
| 02:23:27 | 22 | Q.        And I believe in your report |
| 02:23:28 | 23 | you discussed having overflow |
| 02:23:30 | 24 | population from Philadelphia go into |
| 02:23:32 | 25 | Delaware County. |

841

| 02:23:33 | 1 | Is that correct? |
| 02:23:35 | 2 | A.    Yes. |

02:23:33    1                    Is that correct?

02:23:35    2    A.        Yes.

02:23:35    3    Q.        All right.

02:23:36    4             And District 5 in House Bill

02:23:40    5    2146 does precisely that.

02:23:42    6             Is that correct?

02:23:43    7    A.        Yes.

02:23:46    8                    ATTORNEY LEWIS:

02:23:47    9             I have no further

02:23:47   10    questions.  Thank you.

02:23:47   11                    THE WITNESS:

02:23:49   12             Thank you.

02:23:49   13                    JUDGE McCULLOUGH:

02:23:49   14             Thank you, counsel.

02:23:54   15    Counsel for Republican Democratic

02:23:58   16    Intervenors.  I'm sorry, Democratic

02:24:04   17    House Intervenors.

02:24:04   18                    ATTORNEY SENOFF:

02:24:05   19             Thank you, Your Honor.

02:24:23   20             Your Honor, I have my

02:24:24   21    computer and a lot of papers, but I am

02:24:26   22    really going to try to be short.

02:24:27   23                    JUDGE McCULLOUGH:

02:24:27   24             You get 15 minutes.

02:24:27   25                    THE WITNESS:

842

| | | |
|---|---|---|
| 02:24:29 | 1 | Good morning. |
| 02:24:29 | 2 | --- |
| 02:24:29 | 3 | CROSS EXAMINATION |
| 02:24:30 | 4 | --- |
| 02:24:30 | 5 | BY ATTORNEY SENOFF: |
| 02:24:30 | 6 | Q.      Good morning, Doctor.  What I |
| 02:24:32 | 7 | said to your counsel earlier I really |
| 02:24:35 | 8 | thought you and I were going to have |
| 02:24:37 | 9 | much more disagreements than --- |
| 02:24:38 | 10 | personally, anyway, than I think that |
| 02:24:39 | 11 | we do.  You may use a different word, |
| 02:24:42 | 12 | which I won't put on the record. |
| 02:24:45 | 13 |         Can you just as a point of |
| 02:24:47 | 14 | clarification, with regard to |
| 02:24:51 | 15 | Pennsylvanians voter registration, |
| 02:24:53 | 16 | just globally, not looking at any |
| 02:24:55 | 17 | partisan registration, but total |
| 02:24:59 | 18 | number, do we know --- I mean, if I |
| 02:25:00 | 19 | represent to you that there are more |
| 02:25:02 | 20 | registered voters now than there were |
| 02:25:05 | 21 | in 2011, would that comport with |
| 02:25:07 | 22 | your ---? |
| 02:25:08 | 23 | A.      I would not disagree with that. |
| 02:25:10 | 24 | I don't know the magnitude, but I |
| 02:25:12 | 25 | would not disagree with you on that. |

843

| | |
|---|---|
| 02:25:13 | 1 |
| 02:25:17 | 2 |
| 02:25:19 | 3 |
| 02:25:21 | 4 |
| 02:25:25 | 5 |
| 02:25:26 | 6 |
| 02:25:26 | 7 |
| 02:25:28 | 8 |
| 02:25:31 | 9 |
| 02:25:35 | 10 |
| 02:25:35 | 11 |
| 02:25:38 | 12 |
| 02:25:39 | 13 |
| 02:25:48 | 14 |
| 02:25:54 | 15 |
| 02:25:54 | 16 |
| 02:25:54 | 17 |
| 02:25:57 | 18 |
| 02:25:57 | 19 |
| 02:25:59 | 20 |
| 02:25:59 | 21 |
| 02:26:02 | 22 |
| 02:26:04 | 23 |
| 02:26:05 | 24 |
| 02:26:08 | 25 |

Q.       And have you read or studied
any reports about why it is that
Pennsylvania actually lost its seat in
the House of Representatives?
A.       Have I read any specific
reports?
Q.       Yeah, or articles.  Or have you
looked at the reasons why?
A.       I mean, I may have.  It's hard
to say.
Q.       Do you have a general idea of
why that occurred?
A.       Well, Pennsylvania's population
has grown at a slower rate than the
nation as a whole, which has been
happening for -- you know, for quite
some time.  And as a result it has to
lose a seat.
Q.       Even though there's more ---?
A.       Even though there's more people
yes.  Yeah, California is bigger but
they're going to --- I think they ---
I think they're losing a seat.  I
don't want to misrepresent anything.
But yes.

844

| | | |
|---|---|---|
| 02:26:08 | 1 | Q.       Okay. |
| 02:26:08 | 2 |          I appreciate that. |
| 02:26:08 | 3 | A.       You don't have to lose |
| 02:26:12 | 4 | population to lose a seat. |
| 02:26:13 | 5 | Q.       I appreciate that.  Thank you. |
| 02:26:16 | 6 |          So in talking about Bucks |
| 02:26:18 | 7 | County and Philadelphia I was happy to |
| 02:26:21 | 8 | hear you say you could see the |
| 02:26:23 | 9 | difference when you go from |
| 02:26:24 | 10 | Philadelphia to Bensalem, because I |
| 02:26:26 | 11 | grew up in the far northeast, and I |
| 02:26:29 | 12 | could never tell the difference when I |
| 02:26:32 | 13 | started driving.  And I want to ask |
| 02:26:33 | 14 | you just hypothetically whether |
| 02:26:37 | 15 | there's a difference in your mind |
| 02:26:39 | 16 | between keeping Bucks County together |
| 02:26:42 | 17 | or slicing off the far northeast and |
| 02:26:45 | 18 | putting it into Bucks County? |
| 02:26:47 | 19 | A.       You mean the far northeast of |
| 02:26:49 | 20 | the City. |
| 02:26:50 | 21 | Q.       Of Philadelphia, the City of |
| 02:26:51 | 22 | Philadelphia.  You know, and I'm |
| 02:26:55 | 23 | talking about the part that borders |
| 02:26:56 | 24 | Philadelphia --- a part of |
| 02:26:58 | 25 | Philadelphia that borders Bucks, |

845

02:27:00   1    Montgomery --- you know, there's that

02:27:02   2    area they refer to as Philmont, I

02:27:04   3    think it might border --- it's like

02:27:06   4    the intersection of three counties.

02:27:09   5    A.      I'm not good on the city

02:27:10   6    neighborhoods.  I apologize.

02:27:13   7    Q.      That's okay.  But would you

02:27:15   8    take -- you know, when you said, like,

02:27:16   9    oh, you know, the northeast is

02:27:18   10   different than Bensalem, is that just

02:27:22   11   because they're more closely aligned

02:27:24   12   to the city interests or could the

02:27:27   13   residents of the northeast be equally

02:27:29   14   represented by somebody whose district

02:27:33   15   was primarily in Bucks County?

02:27:37   16   A.      I think it depends on how much

02:27:38   17   of the northeast you attach to Bucks

02:27:43   18   County.  It's kind of a numbers game.

02:27:44   19   You know, the smaller the grouping the

02:27:46   20   more likely they are to be --- I think

02:27:48   21   I called them orphans in my report.

02:27:52   22   So I think it would be --- I think ---

02:27:54   23   as I think it would not be in the

02:27:56   24   interest of a portion of Bucks County

02:27:58   25   to be attached to a city district, I

846

02:28:02    1    think it would not be advisable --- or

02:28:06    2    I wouldn't recommend attaching too

02:28:08    3    much of the northeast to Bucks.  I

02:28:11    4    don't think it would be in their

02:28:13    5    interests.

02:28:14    6    Q.      Okay.

02:28:16    7            Now, were you here yesterday to

02:28:21    8    see the expert testimony of the last

02:28:25    9    expert who testified whose name is now

02:28:29    10   escaping me?

02:28:29    11   A.      Is it Barber?

02:28:30    12   Q.      Barber.

02:28:31    13   A.      I did not see his testimony.

02:28:33    14   Q.      Okay.

02:28:35    15           Did you read Dr. Barber's

02:28:36    16   report?

02:28:37    17   A.      No.

02:28:38    18   Q.      If I represented to you ---

02:28:41    19   well, did you review the map that Dr.

02:28:44    20   Barber reviewed?

02:28:46    21   A.      What map was that?

02:28:48    22   Q.      I believe he reviewed --- well,

02:28:51    23   he reviewed all of the maps, but ---.

02:28:54    24   A.      Yeah, I looked at them.

02:28:56    25   Q.      Okay.

847

| | | |
|---|---|---|
| 02:28:57 | 1 | Now, I'm going to get this |
| 02:28:59 | 2 | wrong, but I'm paraphrasing his |
| 02:29:01 | 3 | testimony. |
| 02:29:01 | 4 | A.      Sure. |
| 02:29:01 | 5 | Q.      But one of Dr. Barber's |
| 02:29:04 | 6 | theories was that his map or the map |
| 02:29:08 | 7 | that he was testifying on behalf was |
| 02:29:10 | 8 | better, because it was randomly |
| 02:29:13 | 9 | created.  In other words, it was race |
| 02:29:16 | 10 | blind, it was partisan blind, it met |
| 02:29:24 | 11 | the criteria of contiguousness and |
| 02:29:28 | 12 | population density and what people |
| 02:29:30 | 13 | have referred to here as the big six |
| 02:29:33 | 14 | factors went to consider metrics, went |
| 02:29:36 | 15 | to consider and came up with these |
| 02:29:38 | 16 | maps. |
| 02:29:39 | 17 | Now, in your opinion is that |
| 02:29:41 | 18 | the best way to create a map?  A |
| 02:29:47 | 19 | redistricted map I should say.  I'm |
| 02:29:50 | 20 | not talking maps of --- like, of the |
| 02:29:52 | 21 | highway system? |
| 02:29:56 | 22 | A.      I have to say randomization is |
| | 23 | a powerful tool to get |
| | 24 | representativeness we --- we have to |
| | 25 | use it in polling.  For example, you |

848

1   have to use --- if it's not a

2   randomized poll, it is worthless.

3   It's a selective sample.

02:30:07   4          So I would say you could

02:30:09   5   justify randomization as a helpful

02:30:13   6   tool, but I don't think --- I would

02:30:15   7   disagree that it should be the only

02:30:17   8   tool.  I think it would be a

02:30:19   9   worthwhile contributory tool.

02:30:25   10   Q.      Okay.

02:30:25   11          I think we agree on that.  Just

02:30:28   12   because I don't want to go over my

02:30:29   13   time, let me --- I'm going to switch

02:30:31   14   gears here.

02:30:31   15   A.      Sure.  Sure.

02:30:32   16   Q.      Violently sometimes, and I

02:30:35   17   apologize for that.  But you testified

02:30:37   18   earlier that you're not a lawyer, and

02:30:39   19   you didn't read the League of Women

02:30:41   20   Voters case.

02:30:44   21          Right?

02:30:45   22   A.      Yes.

02:30:45   23   Q.      You're not here telling us

02:30:46   24   whether a particular map passes any

02:30:48   25   kind of constitutional scrutiny or

849

| | | |
|---|---|---|
| 02:30:51 | 1 | anything like that in a |
| 02:30:51 | 2 | technical/legal sense? |
| 02:30:56 | 3 | A.        Yes. |
| 02:30:56 | 4 | Q.        And you would agree with me |
| 02:30:58 | 5 | that the job reports to do --- to pass |
| 02:31:02 | 6 | that judgment? |
| 02:31:02 | 7 | A.        Yes.  Yes, of course.  Of |
| 02:31:03 | 8 | course. |
| 02:31:03 | 9 | Q.        And you're here to try and help |
| 02:31:05 | 10 | the Court essentially pick one of |
| 02:31:12 | 11 | these maps? |
| 02:31:13 | 12 | A.        I'm here to provide --- I'm |
| 02:31:13 | 13 | sorry for talking over you.  I'm here |
| 02:31:14 | 14 | to provide my expert opinions as |
| 02:31:16 | 15 | admitted by the Court. |
| 02:31:17 | 16 | Q.        So were you here --- you know, |
| 02:31:19 | 17 | I sound like a broken record, but I |
| 02:31:22 | 18 | asked almost every expert if they |
| 02:31:25 | 19 | considered, initially, the voter |
| 02:31:29 | 20 | registration data of the citizens of |
| 02:31:34 | 21 | the Commonwealth of Pennsylvania when |
| 02:31:36 | 22 | they considered drawing their maps. |
| 02:31:40 | 23 | Do you remember hearing that? |
| 02:31:41 | 24 | A.        I mean, I watched most of the |
| 02:31:43 | 25 | testimony.  I can't represent to |

850

| | | |
|---|---|---|
| 02:31:45 | 1 | having like --- I don't have a |
| 02:31:47 | 2 | photographic memory, but I wouldn't |
| 02:31:49 | 3 | disagree with your characterization. |
| 02:31:51 | 4 | I have no reason to. |
| 02:31:52 | 5 | Q.    And do you agree --- having |
| 02:31:53 | 6 | reviewed what you reviewed that --- |
| 02:31:56 | 7 | and heard what you heard --- that the |
| 02:31:59 | 8 | maps that have been presented all fall |
| 02:32:03 | 9 | within a --- what I'll call is not |
| 02:32:07 | 10 | mathematical or scientific, but a |
| 02:32:09 | 11 | reasonable range when you measure them |
| 02:32:13 | 12 | based on those six metrics? |
| 02:32:15 | 13 | A.    What were the six metrics? |
| 02:32:17 | 14 | Q.    Now, you're going to test my |
| 02:32:19 | 15 | memory. |
| 02:32:19 | 16 | A.    I'm sorry. |
| 02:32:20 | 17 | Q.    But you know, like population |
| 02:32:21 | 18 | density, compactness, contiguousness. |
| 02:32:31 | 19 | Now, I've got three. |
| 02:32:31 | 20 | A.    Yeah. |
| 02:32:32 | 21 | Q.    But in other words, these maps |
| 02:32:32 | 22 | were not on those mathematical |
| 02:32:35 | 23 | metrics, tremendous --- tremendously |
| 02:32:37 | 24 | far apart from one another. |
| 02:32:39 | 25 | A.    I don't know if I can say that, |

851

| | | |
|---|---|---|
| 02:32:41 | 1 | because you mentioned density --- |
| 02:32:47 | 2 | population density, and necessarily in |
| 02:32:48 | 3 | the middle of the state you're going |
| 02:32:50 | 4 | to have low density. I mean it's such |
| 02:32:55 | 5 | a diverse state --- it's very |
| 02:32:55 | 6 | challenging to draw the map. |
| 02:32:57 | 7 | Q.      I agree with you on that. I |
| 02:32:58 | 8 | just mean, all the maps fell within a |
| 02:33:01 | 9 | certain, say, standard deviation. And |
| 02:33:02 | 10 | again, I'm not using that in any |
| 02:33:03 | 11 | mathematical --- |
| 02:33:03 | 12 | A.      Yeah, I wouldn't ---. Yeah. |
| 02:33:03 | 13 | Right. |
| 02:33:04 | 14 | Q.      --- sense. But they're pretty |
| 02:33:05 | 15 | close together is all I'm saying on |
| 02:33:07 | 16 | those metrics that they were asked to |
| 02:33:11 | 17 | review. The objective metrics is what |
| 02:33:13 | 18 | I will call them. |
| 02:33:14 | 19 | A.      Again, I don't think I can |
| 02:33:16 | 20 | represent that until I really --- you |
| 02:33:20 | 21 | know, if I looked at all six metrics |
| 02:33:23 | 22 | --- and I don't want to incorrectly |
| 02:33:24 | 23 | represent my opinion. |
| 02:33:24 | 24 | Q.      I appreciate your concern, and |
| 02:33:26 | 25 | I thank you for that candor. |

852

02:33:28  1    A.        I apologize for that.

02:33:30  2    Q.        But let me ask you this, if I

02:33:32  3    represented to you that hypothetically

02:33:34  4    they're all within a spectrum and

02:33:36  5    they're very close together in terms

02:33:38  6    of differences on these mathematical

02:33:40  7    metrics; right, and so, for example,

02:33:44  8    one map is not so wildly outrageous

02:33:48  9    that we can just say, you know, that's

02:33:50  10   way too out there on all these

02:33:52  11   metrics, there has to be a way for the

02:33:57  12   Court to decide which one to go with.

02:33:59  13        Right?

02:34:00  14   A.        I'd like to accommodate you,

02:34:02  15   but I cannot accept your statement

02:34:05  16   that the maps are relatively close,

02:34:09  17   unless I were to actually look at the

02:34:13  18   metrics and look into detail for that,

02:34:15  19   so I'm sorry I can't accept that

02:34:18  20   premise.

02:34:18  21   Q.        Fair enough.  Let me ask it a

02:34:20  22   different way.

02:34:20  23   A.        Yeah.

02:34:21  24   Q.        Do you agree that if all of the

02:34:24  25   objective standards are similar and

853

02:34:26   1   they're not determinative on their

02:34:29   2   own, that some subjective standard ---

02:34:32   3   some subjective criteria has to be put

02:34:35   4   on top of those objective criteria in

02:34:37   5   order to make a decision.

02:34:41   6          And again, I'm not asking about

02:34:41   7   this.

02:34:41   8   A.      Yeah.

02:34:42   9   Q.      I'm just saying hypothetically

02:34:44   10  if all the objective data for all the

02:34:47   11  maps is exactly the same, do you agree

02:34:50   12  that in order to pick one, you have to

02:34:53   13  use some kind of subjective data?

02:34:56   14  A.      Okay.

02:34:57   15         Let me get to where I think you

02:34:59   16  want me to go, but let me just

02:35:00   17  establish this first.  You said if

02:35:03   18  they're all the same they'll never be

02:35:05   19  all the same, I think we would agree.

02:35:07   20  Q.      I mean ---.

02:35:08   21  A.      In fact, given this state

02:35:09   22  there's going to be significant

02:35:11   23  variance.  I mean, as Philadelphia

02:35:13   24  city district is going to have huge

02:35:16   25  differences between the district in

854

| | | |
|---|---|---|
| 02:35:18 | 1 | the North Central portion, for |
| 02:35:20 | 2 | example. And there's nothing we can |
| 02:35:22 | 3 | do about it. There's nothing we can |
| 02:35:24 | 4 | do about it. |
| 02:35:26 | 5 | But I would say that I agree |
| 02:35:27 | 6 | that it's necessary to apply |
| 02:35:30 | 7 | subjective standards, because it's not |
| 02:35:33 | 8 | possible to satisfy all the objective |
| 02:35:36 | 9 | standards. And they present a really |
| 02:35:39 | 10 | incomplete picture. It's just not |
| 02:35:41 | 11 | appropriate. |
| 02:35:41 | 12 | Q.      Okay. |
| 02:35:41 | 13 | So ---? |
| 02:35:44 | 14 | A.      You have to include --- yeah, I |
| 02:35:44 | 15 | agree with you absolutely. You have |
| 02:35:46 | 16 | to got to include subjectivity. |
| 02:35:48 | 17 | There's no way to get out of it in |
| 02:35:51 | 18 | politics. Politics is a subjective |
| 02:35:54 | 19 | practice. |
| 02:35:54 | 20 | Q.      So once you answered --- I was |
| 02:35:56 | 21 | trying to get you there and I am not |
| 02:35:59 | 22 | as smart as you are, and I couldn't |
| 02:36:02 | 23 | figure how to do that, so I thank you |
| 02:36:04 | 24 | for that. |
| 02:36:04 | 25 | So if we all agree --- or if |

855

02:36:06    1    you and I at least agree that there is

02:36:08    2    some subjective standards, can we

02:36:13    3    agree that incumbency is a subjective

02:36:16    4    standard that some people might find

02:36:19    5    the protection of incumbency some

02:36:21    6    people find important as a subjective

02:36:22    7    standard?

02:36:23    8    A.      Well, actually I think

02:36:25    9    incumbency could be considered an

02:36:28    10   objective standard, because it's sort

02:36:34    11   of a binary thing.  It's yes or no

02:36:36    12   that you have an incumbent.  But

02:36:38    13   interesting that you brought that up,

02:36:39    14   because I would answer does incumbency

02:36:45    15   matter, and the answer is sort of.

02:36:48    16        Because if you've got members

02:36:51    17   that are subcommittee chairs,

02:36:53    18   committee chairs, they --- I mean, you

02:36:55    19   got to keep those, you know.  Everyone

02:36:56    20   wants to hang on the ---.

02:36:56    21   Q.      So let me just cut you off.

02:36:58    22   A.      I'm sorry, lesser seniority,

02:37:00    23   lesser important.

02:37:00    24   Q.      Okay.

02:37:00    25        I'm running out of time.

856

02:37:01  1    A.      Incumbency is less important if

02:37:04  2    you got lesser seniority.

02:37:05  3    Q.      And would another subjective

02:37:06  4    factor be voter partisanship like the

02:37:12  5    party that somebody's registered with?

02:37:16  6    Could that be used as a subjective

02:37:17  7    factor?  Even though I understand the

02:37:19  8    count is objective.

02:37:20  9    A.      Yeah.

02:37:21  10   Q.      But could you overlay that onto

02:37:23  11   a map that was designed based solely

02:37:26  12   on statistical modeling?

02:37:28  13   A.      In Pennsylvania, I think it

02:37:30  14   depends on what part of the state,

02:37:32  15   because voter registration is --- it's

02:37:40  16   attenuated on how you win sort of at

02:37:41  17   the margin.  Like, you got your blocks

02:37:44  18   who vote straight party, and that's a

02:37:46  19   key thing.  So voter registration

02:37:48  20   matters, but it matters less in that

02:37:50  21   margin, in that swing voter.

02:37:52  22   Q.      I understand.  And you're

02:37:53  23   talking about --- you're talking about

02:37:56  24   like an outcome?

02:37:57  25   A.      Yes.  And I think we got to

857

| | | |
|---|---|---|
| 02:37:57 | 1 | think about ---. |
| 02:37:57 | 2 | Q.     And I'm talking about --- I'm |
| 02:38:00 | 3 | talking about would you want to offer |
| 02:38:05 | 4 | lay the number of --- after the lines |
| 02:38:07 | 5 | are drawn, would you want to know, |
| 02:38:08 | 6 | hey, how many Republicans and how many |
| 02:38:10 | 7 | Democrats are within a particular |
| 02:38:15 | 8 | district.  Is that information that |
| 02:38:15 | 9 | you would find helpful? |
| 02:38:16 | 10 | A.     Yes, it should be part of it. |
| 02:38:19 | 11 | Not necessarily drive it, but it |
| 02:38:20 | 12 | should be part of it. |
| 02:38:21 | 13 | Q.     And certainly I'm not |
| 02:38:23 | 14 | suggesting that any of these factors |
| 02:38:25 | 15 | should drive it, just that they should |
| 02:38:26 | 16 | be considered, that's all? |
| 02:38:28 | 17 | A.     More information is better. |
| 02:38:29 | 18 | It's a matter of how you weight it. |
| 02:38:31 | 19 | Q.     And I assume you agree with |
| 02:38:33 | 20 | that statement with regard to the |
| 02:38:36 | 21 | racial makeup of a particular |
| 02:38:38 | 22 | district, again, just a factor to |
| 02:38:42 | 23 | consider not make or break, but you |
| 02:38:43 | 24 | want to consider that or communities |
| 02:38:45 | 25 | of interests. |

858

| | |
|---|---|
| 02:38:47 | 1 |
| 02:38:48 | 2 |
| 02:38:50 | 3 |
| 02:38:51 | 4 |
| 02:38:54 | 5 |
| 02:38:57 | 6 |
| 02:38:57 | 7 |
| 02:38:59 | 8 |
| 02:38:59 | 9 |
| 02:39:01 | 10 |
| 02:39:04 | 11 |
| 02:39:06 | 12 |
| 02:39:10 | 13 |
| 02:39:13 | 14 |
| 02:39:16 | 15 |
| 02:39:23 | 16 |
| 02:39:26 | 17 |
| 02:39:26 | 18 |
| 02:39:30 | 19 |
| 02:39:33 | 20 |
| 02:39:34 | 21 |
| 02:39:34 | 22 |
| 02:39:36 | 23 |
| 02:39:39 | 24 |
| 02:39:40 | 25 |

1        Is that a fair statement?

2        A.      I don't want to --- I don't

3   want to break a mistake of going

4   outside of my bounds, but I think it's

5   a requirement; isn't it?

6        Q.      I think --.

7        A.      So I think the answer is

8   ethnicity.

9        Q.      Ethnicity, yes.

10        A.      Ethnicity is a factor that you

11   should consider in the proper context.

12        Q.      And generally, when people talk

13   about the dilution of a vote, do you

14   have an understanding or what does

15   that mean to you?  Or the dilution of

16   the power of a vote?

17        A.      Pardon me.

18        Q.      The dilution of the power of

19   one vote versus another?

20        A.      Yes.  I think we're on the same

21   page.

22        Q.      And so is making sure that one

23   person's vote is as powerful vote as

24   another person's vote also one of

25   these subjective factors that we ---

859

| | | |
|---|---|---|
| 02:39:44 | 1 | that you might want to use --- again, |
| 02:39:46 | 2 | not the sole factor, but one of the |
| 02:39:48 | 3 | factors to consider? |
| 02:39:53 | 4 | A.     Could you repeat the question, |
| 02:39:54 | 5 | I'm sorry. |
| 02:39:55 | 6 | Q.     Yes. Sure.  Is the fact that |
| 02:39:57 | 7 | you're trying to make sure that |
| 02:40:01 | 8 | everybody's vote to the extent |
| 02:40:03 | 9 | possible counts for one vote, not less |
| 02:40:06 | 10 | than one vote, not more than one vote, |
| 02:40:08 | 11 | but one vote.  In other words, you |
| 02:40:10 | 12 | don't want to dilute the vote, is that |
| 02:40:12 | 13 | a factor that you would consider in |
| 02:40:16 | 14 | one of these factors when you're |
| 02:40:18 | 15 | deciding how to make the map? |
| 02:40:23 | 16 | A.     I have to tell you I'm not sure |
| 02:40:24 | 17 | how to answer that question. |
| 02:40:31 | 18 | JUDGE McCULLOUGH: |
| 02:40:31 | 19 | I don't want to cut you |
| 02:40:32 | 20 | off if you don't answer, but you are |
| 02:40:36 | 21 | now admitted over your time, Counsel. |
| 02:40:38 | 22 | ATTORNEY SENOFF: |
| 02:40:40 | 23 | I have so much credit in |
| 02:40:41 | 24 | the bank, Your Honor. |
| 02:40:42 | 25 | JUDGE McCULLOUGH: |

860

| | | |
|---|---|---|
| 02:40:42 | 1 | I think you got an |
| 02:40:45 | 2 | answer there. |
| 02:40:45 | 3 | ATTORNEY SENOFF: |
| | 4 | Your Honor, I feel like |
| | 5 | I have so much credit in the bank. |
| | 6 | JUDGE MCCULLOUGH: |
| | 7 | Credit? |
| | 8 | ATTORNEY SENOFF: |
| 02:40:46 | 9 | From yesterday. |
| 02:40:46 | 10 | JUDGE McCULLOUGH: |
| 02:40:47 | 11 | You shouldn't have given |
| 02:40:48 | 12 | it up. |
| 02:40:49 | 13 | ATTORNEY SENOFF: |
| 02:40:49 | 14 | Thank you, Your Honor. |
| 02:40:50 | 15 | JUDGE MCCULLOUGH: |
| 02:41:00 | 16 | Now we have the senate |
| 02:41:01 | 17 | Democrat intervenors. |
| 02:41:01 | 18 | --- |
| 02:41:01 | 19 | CROSS EXAMINATION |
| 02:41:30 | 20 | --- |
| 02:41:30 | 21 | BY ATTORNEY ATTISANO: |
| 02:41:30 | 22 | Q.    Good morning still. |
| 02:41:31 | 23 | A.    Good morning. |
| 02:41:32 | 24 | Q.    Did you consider vote dilution |
| 02:41:33 | 25 | as part of your analysis in reaching |

861

02:41:34    1    your conclusions here today?

02:41:36    2    A.        Vote dilution as defined as?

02:41:37    3    Q.        Your understanding of that

02:41:38    4    term.  Please go ahead and explain

02:41:39    5    what you understand vote dilution to

02:41:43    6    be.

02:41:43    7    A.        Well, I would understand it as

02:41:47    8    whether or not, you know, a voter is

02:41:52    9    --- you know, has the sufficient power

02:41:54    10   of the vote, whether that voter is

02:41:57    11   able to exercise it and whether they

02:42:02    12   have influence.

02:42:02    13   Q.        Did you consider vote dilution

02:42:06    14   in your analysis to reach the

02:42:07    15   conclusions you reached here today?

02:42:10    16   A.        No.

02:42:10    17   Q.        And you were asked earlier

02:42:15    18   about methodology.  And feel free to

02:42:17    19   disagree if I'm mischaracterizing what

02:42:19    20   you said.  My belief was you said

02:42:23    21   something to the extent of I rely on

02:42:25    22   my experience.  Is that fair or is

02:42:28    23   there additional methodology that you

02:42:30    24   used in addition to your experience?

02:42:50    25   A.        I want to try to answer this

862

| | | |
|---|---|---|
| 02:42:50 | 1 | correctly.  What was the question |
| 02:42:50 | 2 | again? |
| 02:42:53 | 3 | Q.     You were asked earlier if you |
| 02:42:57 | 4 | used some kind of methodology to |
| 02:42:57 | 5 | assist you in reaching your |
| 02:42:58 | 6 | conclusions in your report.  You |
| 02:42:59 | 7 | answered to that, no, I used my |
| 02:43:01 | 8 | experience.  Is that fair?  You based |
| 02:43:02 | 9 | your conclusions in the report on your |
| 02:43:04 | 10 | experience, correct, your experience |
| 02:43:06 | 11 | and education? |
| 02:43:07 | 12 | A.     Yes. |
| 02:43:07 | 13 | Q.     Okay. |
| 02:43:10 | 14 | And you agree that your |
| 02:43:12 | 15 | experience has been helping Republican |
| 02:43:14 | 16 | candidates win elected office?  You |
| 02:43:16 | 17 | started out by saying I think it was |
| 02:43:19 | 18 | got to win to eat. |
| 02:43:23 | 19 | Right? |
| 02:43:24 | 20 | A.     Yes.  Yes, I did say that. |
| 02:43:25 | 21 | Q.     So you would agree that your |
| 02:43:29 | 22 | area of expertise is most specifically |
| 02:43:31 | 23 | in helping Republican candidates win |
| 02:43:42 | 24 | office, specific ---? |
| 02:43:42 | 25 | A.     No. |

863

02:43:42   1    Q.       Are you not an expert in

02:43:44   2    helping Republican candidates win

02:43:46   3    office?

02:43:46   4    A.       I think the way I put it is my

02:43:49   5    experience is working on campaigns,

02:43:52   6    helping individuals to get elected.

02:43:55   7    Maybe I shouldn't have agreed with

02:43:57   8    you.  Yeah.  Could you repeat the

02:43:58   9    question?

02:43:58   10   Q.       I'm sorry.  When you help these

02:44:00   11   individuals get elected, they're

02:44:02   12   members of the Republican party.

02:44:05   13           Correct?

02:44:05   14   A.       Yes.

02:44:06   15   Q.       So another way to say what

02:44:07   16   you're saying would be my experience

02:44:08   17   and expertise is in helping members of

02:44:11   18   the Republican party rather than just

02:44:13   19   individuals get elected to public

02:44:15   20   office.  You agree with that.

02:44:16   21           Right?

02:44:17   22   A.       When I was working on

02:44:18   23   campaigns, yes.

02:44:23   24   Q.       And with respect to review, the

02:44:36   25   review of some materials that you

864

| | | |
|---|---|---|
| 02:44:38 | 1 | reviewed in this case you are familiar |
| 02:44:40 | 2 | with the 2011 congressional map in |
| 02:44:45 | 3 | Pennsylvania. |
| 02:44:45 | 4 | Correct? |
| 02:44:46 | 5 | I can refresh your recollection |
| 02:44:48 | 6 | if you don't remember it. |
| 02:44:49 | 7 | A.    I mean I don't like the word |
| 02:44:51 | 8 | familiar. |
| 02:44:52 | 9 | Q.    Let me just rephrase.  You know |
| 02:44:54 | 10 | it exists. |
| 02:44:55 | 11 | Right? |
| 02:44:55 | 12 | A.    Oh, yes, I know it exists. |
| 02:44:59 | 13 | Q.    Perfect.  And you also know |
| 02:45:01 | 14 | that in 2012 and 2014 and 2016 it |
| 02:45:03 | 15 | yielded a proportional representation |
| 02:45:06 | 16 | of 13 members of Congress from |
| 02:45:11 | 17 | Pennsylvania and five Democratic |
| 02:45:13 | 18 | members of Congress from Pennsylvania. |
| 02:45:15 | 19 | You know that obviously. |
| 02:45:16 | 20 | Correct? |
| 02:45:17 | 21 | A.    Well, I will accept your |
| 02:45:18 | 22 | representation.  I know that there was |
| 02:45:21 | 23 | a Republican majority.  I will accept |
| 02:45:23 | 24 | your representation of 13/5. |
| 02:45:26 | 25 | Q.    And earlier you talked about |

865

02:45:28   1   how there are different political

02:45:31   2   factors that can affect the outcome of

02:45:34   3   elections obviously.  You agree with

02:45:36   4   that.

02:45:36   5        Correct?

02:45:37   6   A.     Yes.

02:45:37   7   Q.     Okay.

02:45:38   8        And in 2012, 2014 and 2016, the

02:45:43   9   most significant factor that

02:45:48   10  influenced the outcome of a 13

02:45:50   11  Republicans to 5 Democratic split was

02:45:52   12  the gerrymandering congressional map.

02:45:56   13  Do you agree with that or disagree

02:45:57   14  with that?

02:45:58   15  A.     I can't offer an opinion on it.

02:45:59   16  Q.     You talked about some of the

02:46:12   17  analysis in your opinion, and correct

02:46:20   18  me if I'm wrong here, was lacking to a

02:46:21   19  certain degree because it relies on

02:46:24   20  vote history and only --- let me

02:46:29   21  rephrase that.

02:46:30   22  A.     Yeah.  Yeah.

02:46:30   23  Q.     You were critical of some of

02:46:33   24  the analysis that was presented by

02:46:35   25  other experts because it relies on

866

02:46:37   1   vote history and it doesn't rely on

02:46:39   2   these additional factors that you

02:46:42   3   listed that can affect the outcome of

02:46:44   4   an election.

02:46:44   5          Correct?

02:46:45   6   A.      I think that is a

02:46:46   7   mischaracterization of my opinion.  If

02:46:48   8   you would permit me to explain?

02:46:52   9   Q.      Please.

02:46:53   10   A.      I think the best way to say ---

02:46:55   11   I am not criticizing their models and

02:46:57   12   their math and their intellectual

02:47:07   13   integrity and stuff.  I am not

02:47:09   14   criticizing that at all.

02:47:09   15   Q.      And I wasn't trying to put that

02:47:09   16   in your mouth.

02:47:11   17   A.      My criticism of the models is

02:47:13   18   they fail to inform the Court of the

02:47:13   19   power of those models in the context

02:47:18   20   of what we know are many, many other

02:47:20   21   factors that will --- that influence

02:47:21   22   the eventual outcome, number one.  And

02:47:25   23   number two, that over time prediction

02:47:28   24   becomes less certain.  So as we move

02:47:31   25   forward over time, we get to 2028, it

867

02:47:36   1   is likely, not certain, but it is

02:47:38   2   likely that any predictive model is

02:47:38   3   going to degrade perhaps

02:47:48   4   significantly.

02:47:48   5   Q.      And are you familiar with Plan

02:47:51   6   Score?

02:47:51   7   A.      I've only seen it referred to,

02:47:54   8   so no.

02:47:54   9   Q.      Okay.

02:47:55   10          And you reviewed the report

02:47:59   11   from Pittsburgh City Controller

02:48:01   12   Michael Lamb, which has been attached

02:48:03   13   as an exhibit to the Senate Democrats

02:48:06   14   brief entitled the Lamb Report.  You

02:48:09   15   reviewed that.

02:48:09   16          Correct?

02:48:10   17   A.      Yes.

02:48:10   18   Q.      You also relied on it in

02:48:13   19   reaching the conclusions in your

02:48:15   20   expert report as well.

02:48:16   21          Correct?

02:48:17   22   A.      No.

02:48:17   23   Q.      You talk about --- you talk

02:48:20   24   about in your expert report as a piece

02:48:23   25   of material you reviewed.  You

868

| | | |
|---|---|---|
| 02:48:26 | 1 | disagree with him. |
| 02:48:26 | 2 | Correct? |
| 02:48:28 | 3 | A.       I think it would be proper to |
| 02:48:29 | 4 | characterize it as I responded to it |
| 02:48:31 | 5 | because I didn't feel --- I didn't |
| 02:48:33 | 6 | feel it was very --- I don't know if |
| 02:48:37 | 7 | the word probative is the right word, |
| 02:48:39 | 8 | but I didn't think it was very |
| 02:48:42 | 9 | contributory.  I didn't think it |
| 02:48:44 | 10 | provided very good reason.  I didn't |
| 02:48:46 | 11 | think it was contributory to the |
| 02:48:46 | 12 | process.  I'm sure he's a nice person |
| 02:48:50 | 13 | and it was a very heartfelt report, |
| 02:48:52 | 14 | but I don't think it contributed much, |
| 02:48:54 | 15 | you know, to the discussion, and so I |
| 02:48:56 | 16 | felt that it was necessary ---. |
| 02:48:57 | 17 | Q.       I'm sorry to cut you off. |
| 02:48:58 | 18 | A.       I'm sorry. |
| 02:48:59 | 19 | Q.       I'm only cutting you off, but |
| 02:49:02 | 20 | we'll talk about the content of the |
| 02:49:04 | 21 | report in a moment. |
| 02:49:05 | 22 | A.       Okay. |
| 02:49:05 | 23 | Q.       I'm simply asking you when you |
| 02:49:08 | 24 | wrote your report, before you wrote it |
| 02:49:12 | 25 | you read the Lamb Report.  Yes or no? |

869

| | | |
|---|---|---|
| 02:49:15 | 1 | A.      In part. |
| 02:49:16 | 2 | Q.      So you didn't read the whole |
| 02:49:17 | 3 | Lamb Report.  Yes or no? |
| 02:49:17 | 4 | A.      I did read the whole Lamb |
| 02:49:19 | 5 | Report. |
| 02:49:19 | 6 | Q.      So I'll make it very easy.  You |
| 02:49:24 | 7 | either read the report or you didn't. |
| 02:49:27 | 8 | You agree with that. |
| 02:49:28 | 9 |         Correct? |
| 02:49:29 | 10 | A.      Yes. |
| 02:49:29 | 11 | Q.      And you agree that you read the |
| 02:49:30 | 12 | report.  You agree with that. |
| 02:49:32 | 13 |         Correct? |
| 02:49:32 | 14 | A.      Yes. |
| 02:49:32 | 15 | Q.      And you agree you did that |
| 02:49:37 | 16 | before you wrote your own report?  You |
| 02:49:37 | 17 | agree with that. |
| 02:49:39 | 18 |         Correct? |
| 02:49:39 | 19 | A.      In part. |
| 02:49:40 | 20 | Q.      And you agree that you included |
| 02:49:43 | 21 | in your report reference to the Lamb |
| 02:49:46 | 22 | Report? |
| 02:49:46 | 23 | A.      Yes. |
| 02:49:46 | 24 | Q.      Okay. |
| 02:49:47 | 25 |         So you agree that in making |

870

| | | |
|---|---|---|
| 02:49:48 | 1 | your report you relied on the Lamb |
| 02:49:53 | 2 | Report?  Whether you disagree with its |
| 02:49:54 | 3 | findings or not is a different |
| 02:49:56 | 4 | question I will ask you about, but you |
| 02:49:57 | 5 | do agree you relied on it as something |
| 02:50:00 | 6 | you reviewed in writing your report. |
| 02:50:01 | 7 | Correct? |
| 02:50:03 | 8 | A.      No, because I don't agree with |
| 02:50:06 | 9 | the word relied. |
| 02:50:07 | 10 | Q.      Okay. |
| 02:50:09 | 11 | So moving on to the substance |
| 02:50:10 | 12 | of the Lamb Report, in the Lamb Report |
| 02:50:14 | 13 | he talks about the uniqueness and some |
| 02:50:17 | 14 | of the communities of interest in |
| 02:50:20 | 15 | Pittsburgh.  You agree with that. |
| 02:50:21 | 16 | Correct? |
| 02:50:22 | 17 | A.      I would like to see it, but I |
| 02:50:25 | 18 | mean, yes. |
| 02:50:29 | 19 | ATTORNEY HAVERSTICK: |
| 02:50:29 | 20 | Can he see it? |
| 02:50:31 | 21 | THE WITNESS: |
| 02:50:31 | 22 | I mean ---. |
| 02:50:31 | 23 | JUDGE McCULLOUGH: |
| 02:50:32 | 24 | Excuse me, Mr. |
| 02:50:32 | 25 | Haverstick. |

871

02:50:34  1                ATTORNEY HAVERSTICK:

02:50:36  2                He asked if he

02:50:37  3       would ---.

02:50:38  4                ATTORNEY ATTISANO:

02:50:38  5                I wasn't asking a

02:50:39  6       question specifically but just

02:50:40  7       generally.  If he didn't recall --- if

02:50:42  8       I ask him something specifically about

02:50:44  9       the report, Your Honor, I will show it

02:50:46  10      to him.  But other than giving him a

02:50:48  11      break to read it, him seeing it, I

02:50:51  12      don't understand how that's going to

02:50:53  13      assist in the answer if he doesn't

02:50:55  14      remember something he can say that and

02:50:56  15      I'll refresh his recollection.

02:50:56  16               JUDGE MCCULLOUGH:

02:50:56  17               Mr. Haverstick.

02:50:58  18               ATTORNEY HAVERSTICK:

02:50:59  19               Fair enough.  But he's s

02:51:00  20      asking questions about things I would

02:51:02  21      like to see it.  So I think it's only

02:51:03  22      fair that you let him see it if you

02:51:05  23      are going to ask about any substance

02:51:08  24      of it beyond just did you read it or

02:51:10  25      not.

872

02:51:10    1           ATTORNEY ATTISANO:

02:51:10    2           That's fine.

02:51:10    3           JUDGE MCCULLOUGH:

02:51:10    4           Counsel, you did ask him

02:51:12    5   whether it said uniqueness or

02:51:14    6   descriptions of uniqueness, something

02:51:19    7   along those lines and did he agree.

02:51:20    8   And he said he would like to see it.

02:51:22    9   So do you have a copy of it or are you

02:51:24   10   not going to ---?

02:51:24   11           ATTORNEY ATTISANO;

02:51:24   12           I do, Your Honor.  Give

02:51:25   13   me a brief moment and I will get a

02:51:27   14   copy and bring it over.

02:51:28   15           JUDGE MCCULLOUGH:

02:51:28   16           I mean, if you intend to

02:51:28   17   continue along the lines of

02:51:30   18   questioning and he asks to see it, but

02:51:30   19   if you only have general questions

02:51:32   20   ---.

02:51:32   21           ATTORNEY ATTISANO:

02:51:33   22           I only have general ---

02:51:34   23   I'm not going to be ---.

02:51:34   24           JUDGE MCCULLOUGH:

02:51:35   25           Why don't you try to

873

| | | |
|---|---|---|
| 02:51:36 | 1 | move on and we will see how that goes. |
| 02:51:38 | 2 | ATTORNEY ATTISANO: |
| 02:51:39 | 3 | Okay. |
| 02:51:39 | 4 | BY ATTORNEY ATTISANO: |
| 02:51:40 | 5 | Q.    If you don't remember |
| 02:51:41 | 6 | something, you know that you can just |
| 02:51:42 | 7 | simply tell us you don't remember? |
| 02:51:44 | 8 | You know you can do that. |
| 02:51:46 | 9 | Right? |
| 02:51:46 | 10 | A.    Yes. |
| 02:51:46 | 11 | Q.    Okay. |
| 02:51:50 | 12 | So in the --- in the Lamb |
| 02:51:50 | 13 | Report he explains that certain |
| 02:51:53 | 14 | neighborhoods in Pittsburgh he |
| 02:51:55 | 15 | believes represent certain communities |
| 02:51:59 | 16 | of interest and certain other |
| 02:52:01 | 17 | neighborhoods represent different |
| 02:52:05 | 18 | communities of interest.  You agree |
| 02:52:06 | 19 | with that. |
| 02:52:06 | 20 | Right? |
| 02:52:07 | 21 | A.    Yes. |
| 02:52:07 | 22 | Q.    And you're  also aware that |
| 02:52:08 | 23 | Allegheny County has to be split. |
| 02:52:12 | 24 | Correct? |
| 02:52:13 | 25 | A.    Yes. |

874

| | | |
|---|---|---|
| 02:52:13 | 1 | Q.      Okay. |
| 02:52:15 | 2 | And that's because the |
| 02:52:16 | 3 | constitutional standard related to |
| 02:52:20 | 4 | population equality. |
| 02:52:23 | 5 | Correct? |
| 02:52:24 | 6 | A.      Yes. |
| 02:52:25 | 7 | Q.      And you don't use the |
| 02:52:26 | 8 | constitutional constraints when you do |
| 02:52:29 | 9 | your analysis, though. |
| 02:52:30 | 10 | Correct? |
| 02:52:30 | 11 | A.      What constitutional |
| 02:52:31 | 12 | constraints? |
| 02:52:32 | 13 | Q.      Let me ask you this.  When you |
| 02:52:33 | 14 | reached your conclusions, did you use |
| 02:52:35 | 15 | any constitutional constraints in |
| 02:52:37 | 16 | reaching them? |
| 02:52:40 | 17 | A.      Well, I knew that Allegheny |
| 02:52:43 | 18 | County would have to be split because |
| 02:52:46 | 19 | it exceeds the --- you know, the |
| 02:52:48 | 20 | population of a single congressional |
| 02:52:50 | 21 | district as required by law. |
| 02:52:51 | 22 | Q.      And in the 2018 congressional |
| 02:52:56 | 23 | map, if I represent to you that |
| 02:52:58 | 24 | Allegheny had two --- two split |
| 02:53:02 | 25 | municipalities, South Fayette and Penn |

875

| | | |
|---|---|---|
| 02:53:02 | 1 | Hills, you have no reason to doubt |
| 02:53:02 | 2 | that. |
| 02:53:06 | 3 | Correct? |
| 02:53:06 | 4 | A.    I have no reason to disagree |
| 02:53:08 | 5 | with you. |
| 02:53:08 | 6 | Q.    Okay. |
| 02:53:08 | 7 | And if I represent to you that |
| 02:53:09 | 8 | the maps put forward by the Senate |
| 02:53:11 | 9 | Democratic Caucus only split two |
| 02:53:13 | 10 | municipalities in Allegheny County, |
| 02:53:17 | 11 | you have no reason to disagree with |
| 02:53:18 | 12 | that either. |
| 02:53:19 | 13 | Correct? |
| 02:53:22 | 14 | A.    Yes. |
| 02:53:22 | 15 | Q.    And there's --- and with |
| 02:53:28 | 16 | respect to the --- the splits of |
| 02:53:30 | 17 | Pittsburgh put forward by the Senate |
| 02:53:33 | 18 | Democratic maps, it travels along the |
| 02:53:36 | 19 | natural border of the Monongahela |
| 02:53:36 | 20 | River.  And you agree that the |
| 02:53:40 | 21 | Monongahela River is a natural divide |
| 02:53:42 | 22 | in the City of Pittsburgh. |
| 02:53:43 | 23 | Correct? |
| 02:53:46 | 24 | A.    Is it also along the Ohio as |
| 02:53:47 | 25 | well?  I'm trying to recall.  Is it |

876

02:53:51    1    possible for you to put the map up?

02:53:53    2    Q.      I actually don't have that

02:53:54    3    section of the map blown up.

02:53:55    4    A.      Okay.

02:53:56    5    Q.      So I can't put that up right

02:53:58    6    now.  But as a general factor, you

02:54:00    7    would agree that the rivers in

02:54:00    8    Pittsburgh do create natural

02:54:03    9    geographic divides?  You agree with

02:54:05   10    that.

02:54:05   11            Right?

02:54:06   12    A.      Natural geographic divide?

02:54:08   13    Q.      Yes.

02:54:09   14    A.      Yes.

02:54:09   15    Q.      Okay.

02:54:12   16            And the decision of which

02:54:16   17    neighborhoods to put with which is a

02:54:20   18    subjective decision.  You agree with

02:54:22   19    that.

02:54:22   20            Correct?

02:54:24   21    A.      I believe that there are both

02:54:27   22    subjective and you could also have

02:54:30   23    objective factors to enter into it.

02:54:33   24    But it doesn't have to be purely

02:54:36   25    subjective, so I don't want to

877

| | | |
|---|---|---|
| 02:54:37 | 1 | represent it as only a judgment. |
| 02:54:40 | 2 | Q.    And with respect to splitting |
| 02:54:43 | 3 | the City of Pittsburgh, I mean in your |
| 02:54:46 | 4 | report you stated with respect to |
| 02:54:48 | 5 | splitting the cities, and I'm on |
| 02:54:50 | 6 | page five, near the bottom, there's a |
| 02:54:52 | 7 | flip side for splitting municipalities |
| 02:54:54 | 8 | and counties and it is the opportunity |
| 02:54:54 | 9 | for expanded influence by having two |
| 02:54:54 | 10 | members of Congress.  You remember |
| 02:54:54 | 11 | writing that in your report? |
| 02:55:02 | 12 | A.    Yes. |
| 02:55:02 | 13 | Q.    So you do agree that by |
| 02:55:05 | 14 | splitting Pittsburgh there is a |
| 02:55:06 | 15 | potential flip side of Pittsburgh |
| 02:55:08 | 16 | having two Representatives in Congress |
| 02:55:12 | 17 | and that could be beneficial to the |
| 02:55:13 | 18 | entire City of Pittsburgh?  You do |
| 02:55:17 | 19 | agree that's possible. |
| 02:55:17 | 20 | Correct. |
| 02:55:18 | 21 | A.    It is possible, yes. |
| 02:55:22 | 22 | Q.    And additionally, you're aware |
| 02:55:24 | 23 | that right now Allegheny County is |
| 02:55:26 | 24 | represented by two Democratics, |
| 02:55:31 | 25 | Congressman Conor Lamb and Congressman |

878

| | | |
|---|---|---|
| 02:55:35 | 1 | Michael Doyle?  You're aware of that |
| 02:55:35 | 2 | as well. |
| 02:55:36 | 3 | Right? |
| 02:55:36 | 4 | A.     Yes, I'm aware that they're |
| 02:55:38 | 5 | both in Congress.  And they represent |
| 02:55:41 | 6 | the entirety of Allegheny County? |
| 02:55:44 | 7 | Q.     Yes, together. |
| 02:55:44 | 8 | A.     Yes. |
| 02:55:47 | 9 | Q.     Okay? |
| 02:55:47 | 10 | And so additionally, did you do |
| 02:55:49 | 11 | any analysis of the Pittsburgh mayoral |
| 02:55:54 | 12 | race when determining your conclusions |
| 02:55:57 | 13 | with respect to splitting the City of |
| 02:55:59 | 14 | Pittsburgh? |
| 02:56:06 | 15 | A.     You mean the primary or the |
| 02:56:08 | 16 | general? |
| 02:56:08 | 17 | Q.     I mean the general in which |
| 02:56:08 | 18 | Pittsburgh elected in its history for |
| 02:56:08 | 19 | the first time an African-American |
| 02:56:08 | 20 | Mayor, Ed Gainey? |
| 02:56:12 | 21 | A.     No, I did not look at that |
| 02:56:13 | 22 | race. |
| 02:56:13 | 23 | Q.     You're aware that he ran |
| 02:56:15 | 24 | against a Republican candidate, Tony |
| 02:56:18 | 25 | Moreno?  Do you have any awareness of |

879

02:56:20    1    that?

02:56:20    2    A.      I don't think hardly anyone in

02:56:26    3    the City of Pittsburgh had any

02:56:26    4    awareness of Mr. Moreno.  So no, I did

02:56:26    5    not.

02:56:26    6    Q.      You ought to talk to some

02:56:29    7    people on Beachview and Brookeline and

02:56:29    8    the West End,

02:56:31    9    A.      Oh, he was the police officer.

02:56:33   10            Right.

02:56:33   11    Q.      Tony Moreno outperformed ---

02:56:36   12    the Republican candidate outperformed

02:56:38   13    Ed Gainey in certain neighborhoods

02:56:39   14    throughout the City of Pittsburgh.  Do

02:56:42   15    you have any familiarity with that?

02:56:43   16    A.      That can happen.  That's not

02:56:45   17    surprising.

02:56:45   18    Q.      So in vote history --- history,

02:56:47   19    people can change their minds.  It

02:56:49   20    just involves effort and a bit of

02:56:51   21    compromise.  You agree with that

02:56:53   22    statement.

02:56:53   23            Right?

02:56:54   24    A.      At times, yes.

02:56:54   25    Q.      Your statement from the

880

| | | |
|---|---|---|
| 02:56:56 | 1 | Merry-Go-Round article that was up on |
| 02:57:01 | 2 | the screen earlier, so in the past |
| 02:57:01 | 3 | time you agreed with it.  Do you agree |
| 02:57:01 | 4 | with it today? |
| 02:57:04 | 5 | A.     I agree that campaigns matter, |
| 02:57:06 | 6 | absolutely. |
| 02:57:06 | 7 | Q.     So to simply say that because |
| 02:57:10 | 8 | historically residents in the City of |
| 02:57:12 | 9 | Pittsburgh have voted for Democratic |
| 02:57:15 | 10 | candidates in the races you only |
| 02:57:17 | 11 | looked at it's simply incomplete and |
| 02:57:20 | 12 | lacking to try and conclude that |
| 02:57:21 | 13 | somehow if the City of Pittsburgh is |
| 02:57:25 | 14 | split a Republican candidate or |
| 02:57:27 | 15 | Democratic candidate might have less |
| 02:57:31 | 16 | of an interest in intending to further |
| 02:57:34 | 17 | those votes or providing constituent |
| 02:57:41 | 18 | services? |
| 02:57:41 | 19 | A.     It's a matter of likelihood. |
| 02:57:43 | 20 | That's how you would apply it. |
| 02:57:44 | 21 | Q.     And you agree that when you |
| 02:57:44 | 22 | determined your likelihood you didn't |
| 02:57:45 | 23 | look at the most recent trends in |
| 02:57:47 | 24 | voting history for the City of |
| 02:57:50 | 25 | Pittsburgh in a race that was |

881

02:57:52  1    competitive between a Democrat and

02:57:52  2    Republican?  You didn't do that, did

02:57:52  3    you?

02:57:55  4    A.    Once race is not a trend.  You

02:57:55  5    said trend.  That's not true.  One

02:57:56  6    race is not a trend.

02:57:57  7    Q.    But did you consider that race

02:57:59  8    in determining your trend?

02:58:00  9    A.    I did not consider the Mayor's

02:58:02  10   race.

11   Q.    Thank you.

12              JUDGE MCCULLOUGH:

13              Okay.

14              Counsel --- is Counsel

15   --- is someone's making a question?

16   Excuse me.  I thought I heard a

17   question from counsel.

18              ATTORNEY ATTISANO:

02:58:23  19             Your Honor, I was not,

02:58:24  20   but at this time I would like to move

02:58:26  21   into admission the Lamb Report, which

02:58:27  22   has been provided to all counsel

02:58:30  23   because it was an exhibit in our brief

02:58:32  24   and an expert relied on it in drafting

02:58:35  25   their expert report.  And under the

882

02:58:37  1    rules of expert reports, something

02:58:39  2    that is otherwise admissible in which

02:58:42  3    an expert relied on to form their

02:58:45  4    report can be admissible to the Court.

02:58:55  5                   ATTORNEY HAVERSTICK:

02:58:55  6              Objection, Your Honor.

02:58:57  7                   JUDGE MCCULLOUGH:

02:58:57  8              Do you want to wait

02:58:57  9    until you produce your --- do your

02:58:57  10   expert?  Go ahead, Mr. Haverstick.

02:58:55  11                  ATTORNEY HAVERSTICK:

02:59:04  12             I'm not sure I care, one

02:59:04  13   way or the other.  No, I don't have

02:59:04  14   any objection.

02:59:04  15                  THE WITNESS:

02:59:06  16             I --- I hate --- can I

02:59:06  17   get a quick trip to the restroom since

02:59:08  18   I went through two of these?  I

02:59:13  19   apologize for that.

02:59:13  20                  JUDGE MCCULLOUGH:

02:59:13  21             Hold on.

02:59:13  22                  THE WITNESS:

02:59:14  23             Okay.

02:59:16  24                  JUDGE MCCULLOUGH:

02:59:17  25             Mr. Attisano, you're

883

| | | |
|---|---|---|
| 02:59:19 | 1 | moving in --- but you are going to |
| 02:59:19 | 2 | have your expert after we break? |
| 02:59:23 | 3 | ATTORNEY ATTISANO: |
| 02:59:23 | 4 | We will be presenting an |
| 02:59:25 | 5 | expert, but at this time --- at this |
| 02:59:26 | 6 | time I'm asking ---. |
| 02:59:26 | 7 | JUDGE MCCULLOUGH: |
| 02:59:26 | 8 | Do you want to wait |
| 02:59:27 | 9 | until you do your expert testimony to |
| 02:59:31 | 10 | move for admission of the document |
| 02:59:38 | 11 | then. |
| 02:59:39 | 12 | ATTORNEY ATTISANO: |
| 02:59:39 | 13 | Our expert doesn't |
| 02:59:42 | 14 | incorporate the Lamb Report.  I'd like |
| 02:59:42 | 15 | to do it now, Your Honor.  I believe I |
| 02:59:42 | 16 | have a basis for it and I would like |
| 02:59:43 | 17 | to do it now. |
| 02:59:43 | 18 | ATTORNEY HAVERSTICK: |
| 02:59:44 | 19 | Now wait a minute, Your |
| 02:59:44 | 20 | Honor.  I mean, I don't have a problem |
| 02:59:46 | 21 | with the report coming in, but isn't |
| 02:59:47 | 22 | counsel one of the gentlemen who stood |
| 02:59:50 | 23 | up and said, oh, no, no, if it's not |
| 02:59:51 | 24 | talked about in the report, you can't |
| 02:59:52 | 25 | talk about as an expert?  Am I wrong |

884

02:59:55  1   about that or did you not argue that

02:59:57  2   Mr. Naughton was not allowed to look

03:00:02  3   at maps that weren't in his report?

03:00:03  4                ATTORNEY ATTISANO:

03:00:04  5                Your Honor, I'm simply

03:00:04  6   asking for the admission of the Lamb

03:00:05  7   Report because Mr. Naughton relied on

03:00:08  8   in his report.  That's all I'm moving

03:00:09  9   for at this time, Your Honor.

03:00:09  10                ATTORNEY HAVERSTICK:

03:00:09  11                And I don't have any

03:00:10  12   objection to that bit of it, Your

03:00:12  13   Honor.

03:00:12  14                ATTORNEY ATTISANO:

03:00:13  15                Okay.

03:00:13  16                ATTORNEY HAVERSTICK:

03:00:14  17                I may, depending on what

03:00:15  18   we're doing with it, but ---.

03:00:16  19                JUDGE MCCULLOUGH:

03:00:17  20                Does anyone have an

03:00:18  21   objection to moving the Lamb Report

03:00:21  22   into evidence?

03:00:25  23                ATTORNEY LEWIS:

03:00:27  24                Your Honor, Patrick

03:00:27  25   Lewis for the Republican House

885

03:00:31  1   Intervenors.  We do object to this on
03:00:32  2   the basis that it appears to be an
03:00:36  3   expert report.  He's offering an
03:00:36  4   assessment --- Mr. Lamb is offering an
03:00:37  5   assessment out of the House Democratic
03:00:39  6   plan.
03:00:47  7                    ATTORNEY ATTISANO:
03:00:47  8            No.
03:00:48  9                    ATTORNEY LEWIS:
03:00:50  10           We've been confusing all
03:00:51  11  day, but this is offering an analysis
03:00:54  12  outside of the personal knowledge of
03:00:56  13  this witness, and he's commenting
03:00:57  14  specifically on the proposed map.
03:00:59  15  It's an expert report.  They have an
03:01:01  16  expert.  It's not Mr. Lamb.
03:01:03  17                    JUDGE MCCULLOUGH:
03:01:03  18           Let's --- let's defer
03:01:05  19  decision on this.  We're going to
03:01:07  20  finish with the examination of this
03:01:09  21  witness first.
03:01:11  22                    ATTORNEY HAVERSTICK:
03:01:11  23           Your Honor, I have no
03:01:12  24  further questions for the witness.  I
03:01:14  25  only rose to the podium because I

886

| | | |
|---|---|---|
| 03:01:17 | 1 | think I have to do it now, move to put |
| 03:01:19 | 2 | into evidence the report of Dr. |
| 03:01:22 | 3 | Burnell.  I expect that's something |
| 03:01:24 | 4 | we're going to talk about in Chambers, |
| 03:01:26 | 5 | but as a procedural matter, I think |
| 03:01:28 | 6 | now is when I'm supposed to move to |
| 03:01:33 | 7 | put it in. |
| 03:01:34 | 8 | But no, I have no |
| 03:01:35 | 9 | further questions for the witness. |
| 03:01:37 | 10 | JUDGE McCULLOUGH: |
| 03:01:37 | 11 | Okay. |
| 03:01:38 | 12 | Dr. Naughton, you may |
| 03:01:39 | 13 | step down. |
| 03:01:39 | 14 | THE WITNESS: |
| 03:01:40 | 15 | Thank you. |
| 03:01:41 | 16 | JUDGE McCULLOUGH: |
| 03:01:42 | 17 | Unless Counsel has any |
| 03:01:44 | 18 | Recross. |
| 03:01:44 | 19 | Okay. |
| 03:01:44 | 20 | So before we take a |
| 03:01:45 | 21 | break, does anyone have an objection |
| 03:01:46 | 22 | to moving into evidence the report of |
| 03:01:52 | 23 | Dr.  Burnell? |
| 03:01:52 | 24 | ATTORNEY WIYGUL: |
| 03:01:55 | 25 | The Governor objects, |

887

| | |
|---|---|
| 03:01:55 | 1 |

Your Honor.

                    JUDGE MCCULLOUGH:

                    And basis for your
objection?

                    ATTORNEY WIYGUL:

                    Dr. Burnell is not
called as a witness --- well, there's
several.  He was not called as a
testifying as a witness in this matter
and in addition, that would have the
effect of allowing two expert reports
in evidence for this party which I
think is --- would be a privilege
enjoyed by no other party.

                    ATTORNEY HAVERSTICK:

                    With respect, Your
Honor, it's what your order allows.
And I have a bench memorandum I'm
prepared to hand up and provide to
Counsel as well.  And I will do so.
Your order specifically contemplates
it, because it allows for one or more
experts or one or two experts to put
in reports.   They don't have to be
the same person, but only one may

888

03:02:43  1   testify.

03:02:44  2               They could have done the

03:02:45  3   same thing, they just chose not to.

03:02:47  4   And you know, I thought yesterday we

03:02:49  5   were making some headway when we

03:02:51  6   agreed to admit declarations without

03:02:54  7   much of a problem.  And I don't

03:02:57  8   understand why it's acceptable for

03:03:00  9   Counsel for the Governor, sometimes,

03:03:02  10  for out-of-court statements to come in

03:03:08  11  and not other times.

03:03:09  12              And as the Court rightly

03:03:09  13  noted yesterday Amici are putting in

03:03:12  14  expert reports that it Court is going

03:03:13  15  to review and give whatever weight the

03:03:18  16  Court believes they are due.  It's no

03:03:20  17  different.  It's no different.

03:03:21  18              JUDGE MCCULLOUGH:

03:03:21  19              I want to get the

03:03:22  20  objections on the record for Counsel

03:03:24  21  sake.

03:03:26  22              ATTORNEY JOHNSON:

03:03:26  23              Your Honor, for the

03:03:27  24  Gressman Math Scientist Petitioners

03:03:27  25  join in the objection.  The Burnell

889

03:03:32  1    report is inadmissible hearsay.  We

03:03:34  2    have two cites for that point if you

03:03:37  3    want, we can supply them during the

03:03:40  4    status conference if that makes sense

03:03:40  5    to do so.  Thank you.

03:03:41  6              JUDGE MCCULLOUGH:

03:03:41  7              And Mr. Gordon?

03:03:42  8              ATTORNEY GORDON:

03:03:42  9              Yes, Your honor.  The

03:03:43  10   Carter Petitioners join in the

03:03:43  11   objection lodged by Governor and the

03:03:46  12   Gressman Petitioners on the similar

03:03:49  13   matter.

03:03:51  14             JUDGE MCCULLOUGH:

03:03:51  15             And I see somebody is

03:03:53  16   stepping up on the other side.

03:03:55  17             ATTORNEY SENOFF:

03:03:55  18             Your Honor, just as a

03:03:57  19   point of clarification --- and perhaps

03:03:59  20   Mr. Haverstick can clear this up.

03:04:02  21   This is not --- Mr. Haverstick is not

03:04:04  22   intending to call this expert as a

03:04:05  23   live witness; am I correct?

03:04:10  24             ATTORNEY HAVERSTICK:

03:04:10  25             No.

890

| | | |
|---|---|---|
| 03:04:15 | 1 | ATTORNEY SENOFF: |
| 03:04:17 | 2 | Thank you. Then we have |
| 03:04:17 | 3 | no objection, Your Honor. |
| 03:04:18 | 4 | JUDGE MCCULLOUGH: |
| 03:04:22 | 5 | Thank you Mr. Senoff and |
| 03:04:22 | 6 | Mr. Attisano? |
| 03:04:27 | 7 | ATTORNEY ATTISANO: |
| 03:04:28 | 8 | Join in the objection. |
| 03:04:28 | 9 | JUDGE MCCULLOUGH: |
| | 10 | Okay. |
| | 11 | So we have it all on the |
| | 12 | record. We're going to take a break. |
| | 13 | The Court will defer making a |
| | 14 | judgement on it after our status |
| 03:04:29 | 15 | conference. So I'm asking Counsel now |
| 03:04:29 | 16 | to --- the lead counsel to meet again |
| 03:04:31 | 17 | first in the same conference room |
| 03:04:32 | 18 | where we met yesterday morning, and |
| 03:04:35 | 19 | then we will meet for 15 minutes. |
| 03:04:38 | 20 | Let's reconvene then --- what time is |
| 03:04:40 | 21 | it here? It's 12:18. I think we can |
| 03:04:43 | 22 | reconvene at 12:50 that will still |
| 03:04:48 | 23 | give you time for a comfort break for |
| 03:04:50 | 24 | all of you. So 12:50 back here in |
| 03:04:52 | 25 | Court. Thank you. |

891

| | | |
|---|---|---|
| 03:04:53 | 1 | ATTORNEY HAVERSTICK: |
| 03:04:54 | 2 | Thank you, Your Honor. |
| 03:04:56 | 3 | COURT CRIER TURNER: |
| 03:04:57 | 4 | Commonwealth Court is |
| 03:04:58 | 5 | now in recess. |
| 03:04:58 | 6 | --- |
| 03:04:58 | 7 | (WHEREUPON, A BREAK WAS TAKEN.) |
| 04:23:46 | 8 | --- |
| 04:23:46 | 9 | COURT CRIER HOLLAND: |
| 04:23:46 | 10 | All rise.  Commonwealth |
| 04:23:47 | 11 | Court is back in session.  Please be |
| 04:23:49 | 12 | seated. |
| 04:23:50 | 13 | JUDGE MCCULLOUGH: |
| 04:23:50 | 14 | Good afternoon.  It is |
| 04:23:51 | 15 | afternoon now.  And we did address |
| 04:23:59 | 16 | some matters in a status conference, |
| 04:24:01 | 17 | so thank you to Counsel for that. |
| 04:24:04 | 18 | We will begin now with |
| 04:24:07 | 19 | the testimony by the last expert |
| 04:24:10 | 20 | witness for the Senate Democratic |
| 04:24:17 | 21 | Intervenors, Mr. Attisano.  I should |
| 04:24:38 | 22 | note this witness is as a virtual --- |
| 04:24:38 | 23 | is giving virtual testimony so we all |
| 04:24:40 | 24 | have to look at the screen and not the |
| 04:24:43 | 25 | witness box this time. |

892

| | | |
|---|---|---|
| 04:24:45 | 1 | COURT CRIER HOLLAND: |
| 04:24:45 | 2 | Before we begin, Mr. |
| 04:24:47 | 3 | Caughey, can you please raise your |
| 04:24:54 | 4 | right hand? |
| 04:24:54 | 5 | --- |
| 04:24:54 | 6 | DEVIN CAUGHEY, |
| 04:24:54 | 7 | CALLED AS A WITNESS IN THE FOLLOWING |
| 04:24:54 | 8 | PROCEEDINGS, HAVING FIRST BEEN DULY |
| 04:24:54 | 9 | SWORN, TESTIFIED AND SAID AS FOLLOWS: |
| 04:24:56 | 10 | --- |
| 04:24:56 | 11 | COURT CRIER HOLLAND: |
| 04:24:56 | 12 | Thank you. |
| 04:24:56 | 13 | --- |
| 04:24:56 | 14 | DIRECT EXAMINATION |
| 04:24:57 | 15 | --- |
| 04:24:57 | 16 | BY ATTORNEY ATTISANO: |
| 04:24:58 | 17 | Q.      Good afternoon, Dr. Caughey, |
| 04:25:01 | 18 | can you hear me okay? |
| 04:25:03 | 19 | JUDGE MCCULLOUGH: |
| 04:25:03 | 20 | We can't hear you.  We |
| 04:25:06 | 21 | are having trouble with his ---. |
| 04:25:09 | 22 | COURT CRIER HOLLAND: |
| 04:25:09 | 23 | Can you turn the volume |
| 04:25:12 | 24 | up on your laptop? |
| 04:25:12 | 25 | THE WITNESS: |

893

| | | |
|---|---|---|
| 04:25:19 | 1 | Can you hear me now? |
| 04:25:19 | 2 | ATTORNEY ATTISANO: |
| 04:25:19 | 3 | We can hear you now. |
| 04:25:20 | 4 | Thank you. |
| 04:25:21 | 5 | BY ATTORNEY ATTISANO: |
| 04:25:22 | 6 | Q.     So Dr. Caughey, so you |
| 04:25:26 | 7 | understand, there seems to be a slight |
| 04:25:27 | 8 | half a second to one second delay in |
| 04:25:29 | 9 | between responses.  So please just try |
| 04:25:31 | 10 | to be thoughtful of that for the |
| 04:25:33 | 11 | communication. |
| 04:25:33 | 12 | Can you do that for us? |
| 04:25:39 | 13 | A.     Uh-huh (yes). |
| 04:25:39 | 14 | Q.     Thank you.  Okay.  Can you |
| 04:25:41 | 15 | please introduce yourself to the |
| 04:25:45 | 16 | Court.  Tell us what your current |
| 04:25:46 | 17 | position is and just describe, |
| 04:25:48 | 18 | generally, your work in the |
| 04:25:50 | 19 | redistricting field? |
| 04:25:54 | 20 | A.     Well, first of all, my name is |
| 04:26:02 | 21 | Devin Caughey.  I know it's hard to |
| 04:26:02 | 22 | pronounce, but I appreciate you |
| 04:26:02 | 23 | working on that. |
| 04:26:02 | 24 | And I just want to start out by |
| 04:26:02 | 25 | thanking you for the Court allowing me |

894

| | | |
|---|---|---|
| 04:26:08 | 1 | to testify remotely. I'm actually |
| 04:26:11 | 2 | dealing a health crisis in my family |
| 04:26:12 | 3 | right now, so I couldn't leave. But I |
| 04:26:14 | 4 | appreciate being able to do this over |
| 04:26:15 | 5 | the computer. |
| 04:26:17 | 6 | So currently I'm an associate |
| 04:26:22 | 7 | professor with tenure at the |
| 04:26:23 | 8 | Massachusetts Institute of Technology |
| 04:26:23 | 9 | in the Department of Political |
| 04:26:25 | 10 | Science. I received a Ph.D. in |
| 04:26:29 | 11 | political science from the University |
| 04:26:32 | 12 | of California Berkley. I also hold a |
| 04:26:34 | 13 | history degree from Yale at Cambridge. |
| 04:26:37 | 14 | So my academic focus is mainly |
| 04:26:42 | 15 | on American politics and statistical |
| 04:26:44 | 16 | methods and the interaction between |
| 04:26:45 | 17 | those two. And I focus particularly |
| 04:26:49 | 18 | on public opinion, election, |
| 04:26:52 | 19 | representation. And I published many |
| 04:26:58 | 20 | academic articles, but among those |
| 04:27:01 | 21 | public research on gerrymandering in |
| 04:27:03 | 22 | places like the election law reviews |
| 04:27:06 | 23 | --- I'm sorry, Election Law Journal |
| 04:27:08 | 24 | and also I just finished a forthcoming |
| 04:27:10 | 25 | book with the University of Chicago |

895

| | | |
|---|---|---|
| 04:27:12 | 1 | press that focuses, among other |
| 04:27:14 | 2 | things, on partisan gerrymandering at |
| 04:27:16 | 3 | the state level and how that fits into |
| 04:27:16 | 4 | the representational process. |
| 04:27:16 | 5 | So that's my academic |
| 04:27:25 | 6 | background, and I've also done some |
| 04:27:29 | 7 | expert witness in the past. |
| 04:27:30 | 8 | Q.    Could you generally describe |
| 04:27:31 | 9 | the expert witness work you've done in |
| 04:27:31 | 10 | the past? |
| 04:27:39 | 11 | A.    On --- I completed one case |
| 04:27:41 | 12 | that I can sort of talk really about, |
| 04:27:42 | 13 | but it was very similar to this case |
| 04:27:45 | 14 | in that I was asked to analyze the |
| 04:27:48 | 15 | partisan bias of a districting map, |
| 04:27:52 | 16 | and I did so.  I did that in Oregon. |
| 04:27:56 | 17 | Q.    Okay. |
| 04:27:57 | 18 | Thank you? |
| 04:27:57 | 19 | And here you were retained by |
| 04:28:00 | 20 | the Senate Democratic Caucus to review |
| 04:28:02 | 21 | certain maps for partisan fairness. |
| 04:28:04 | 22 | Correct?  Is that a yes? |
| 04:28:04 | 23 | Dr. Caughey, I'm not able to |
| 04:28:04 | 24 | hear you there when you respond. |
| 04:28:22 | 25 | A.    Let me see if this will work |

896

04:28:23  1   better.

04:28:23  2   Q.      That was better when you

04:28:24  3   said ---.

04:28:24  4                    JUDGE MCCULLOUGH:

04:28:24  5                    I think when he leans

04:28:27  6   forward.

04:28:28  7   BY ATTORNEY ATTISANO:

04:28:29  8   Q.      I think when you lean forward

04:28:31  9   it may be better.  Please keep that in

04:28:32  10  mind.  Thank you.

04:28:38  11           And so Dr. Caughey, which maps

04:28:41  12  did you review for your analysis?

04:28:43  13  A.      As a baseline, I started with a

04:28:50  14  current map that was in place since

04:28:52  15  2018.  I also reviewed Governor Wolf's

04:28:55  16  proposal.  I reviewed two proposals by

04:29:00  17  Senate Democrats, which I refer to in

04:29:02  18  my report as Democratic map number 1

04:29:04  19  and number 2.

04:29:05  20           A proposal by the Pennsylvania

04:29:07  21  House Republican Caucus and a map ---

04:29:12  22  I did a very --- as an appendix I

04:29:12  23  added a brief analysis of

04:29:20  24  Representative Reschenthaler, which I

04:29:20  25  think I referred to in my Senator

897

04:29:20   1   Reschenthaler and I apologize for
04:29:30   2   that.
04:29:30   3   Q.      He probably won't mind the
04:29:31   4   promotion.  And just to be clear, you
04:29:33   5   have an analysis of one Reschenthaler
04:29:36   6   map in your report.
04:29:37   7          Correct?  Okay.  Sorry, could
04:29:41   8   you repeat your answer?
04:29:45   9          Okay.
04:29:46   10          I apologize again, Dr. Caughey,
04:29:51   11   I could not hear you that time.  It's
04:29:51   12   correct that you have the analysis of
04:29:53   13   one map for the Congressman
04:29:55   14   Reschenthaler.
04:29:56   15          Correct?  I apologize and your
04:30:03   16   answer was not audible.
04:30:05   17   A.      All right.  That is correct.
04:30:06   18   Q.      That is much better.  Thank
04:30:09   19   you.  Thank you very much.
04:30:09   20          And that was map 2, the
04:30:13   21   Reschenthaler map 2.
04:30:14   22          Correct?
04:30:15   23   A.      I believe so.  That's how it
04:30:17   24   was labeled the files that I received.
04:30:21   25   Q.      Thank you.

898

| | | |
|---|---|---|
| 04:30:22 | 1 | And just why do you only have |
| 04:30:23 | 2 | analysis of Reschenthaler map 2 rather |
| 04:30:25 | 3 | than also Reschenthaler map 1? |
| 04:30:30 | 4 | A.      Well, I suppose --- I don't |
| 04:30:32 | 5 | know the ultimate --- it's probably a |
| 04:30:41 | 6 | combination of matter of a limited |
| 04:30:42 | 7 | time, but that was the only map that I |
| 04:30:44 | 8 | received.  So it was not the I |
| 04:30:44 | 9 | declined to --- I reviewed all the |
| 04:30:45 | 10 | maps that I received. |
| 04:30:48 | 11 | Q.      Okay. |
| 04:30:50 | 12 | And could you please describe |
| 04:30:51 | 13 | your process in comparing the maps in |
| 04:30:55 | 14 | doing your analysis? |
| 04:30:57 | 15 | A.      Sure.  So I followed what I |
| 04:30:58 | 16 | considered to be a very standard |
| 04:31:00 | 17 | process in political science, my |
| 04:31:03 | 18 | discipline, where I was asked to |
| 04:31:07 | 19 | evaluate the partisan fairness of |
| 04:31:09 | 20 | these maps, of all the maps.  And I |
| 04:31:12 | 21 | did so in a perfectly parallel way.  I |
| 04:31:14 | 22 | applied the same methods to every one. |
| 04:31:18 | 23 | And so the first thing I would |
| 04:31:18 | 24 | like to say, though, is that partisan |
| 04:31:21 | 25 | fairness is a somewhat abstract |

899

| | | |
|---|---|---|
| 04:31:27 | 1 | concept, right.  And so I think it's |
| 04:31:29 | 2 | important to talk about it in the |
| 04:31:30 | 3 | abstract before thinking about |
| 04:31:32 | 4 | specific measures of partisan |
| 04:31:34 | 5 | fairness.  So in the abstract of a map |
| 04:31:39 | 6 | --- political scientists consider a |
| 04:31:40 | 7 | map fair if it treats parties equally |
| 04:31:44 | 8 | or symmetrically or neutrally in the |
| 04:31:49 | 9 | sense that the outcome of elections |
| 04:31:51 | 10 | shouldn't depend on which party you |
| 04:32:00 | 11 | substitute in --- which party got the |
| 04:32:01 | 12 | X number of votes, right.  So it |
| 04:32:03 | 13 | should depend on the party in question |
| 04:32:03 | 14 | what the outcome is. |
| 04:32:06 | 15 | So there are different ways of |
| 04:32:11 | 16 | operationalizing that or measuring |
| 04:32:12 | 17 | that in practice, right, and each of |
| 04:32:13 | 18 | those different measures captures a |
| 04:32:15 | 19 | different aspect or a different way of |
| 04:32:17 | 20 | getting at that basic idea of partisan |
| 04:32:19 | 21 | fairness. |
| 04:32:25 | 22 | And so since there are |
| 04:32:26 | 23 | different measures, I took --- there |
| 04:32:27 | 24 | are four very common measures that are |
| 04:32:29 | 25 | used, partisan symmetry, the |

900

| 04:32:31 | 1 | efficiency gap, mean-median difference |
| 04:32:35 | 2 | and the declination, was just four |
| 04:32:38 | 3 | standard measures.  And they're all |
| 04:32:40 | 4 | trying to get at the same idea of |
| 04:32:44 | 5 | fairness, partisan fairness. |
| 04:32:46 | 6 | Q.      And Dr. Caughey, what were |
| 04:32:54 | 7 | those four measures you said that you |
| 04:32:54 | 8 | used here? |
| 04:32:54 | 9 | A.      The first one is called |
| 04:32:54 | 10 | partisan symmetry or its reverse is |
| 04:32:57 | 11 | partisan bias, that's how I will be |
| 04:32:58 | 12 | referring to it primarily.  The |
| 04:33:00 | 13 | efficiency gap is the second one, the |
| 04:33:03 | 14 | mean-median difference is the third |
| 04:33:08 | 15 | one.  And the declination is the |
| 04:33:11 | 16 | fourth one. |
| 04:33:12 | 17 | Q.      Okay. |
| 04:33:12 | 18 |         Could you just briefly describe |
| 04:33:13 | 19 | what each one of those are? |
| 04:33:17 | 20 | A.      Sure.  I'll start with partisan |
| 04:33:19 | 21 | symmetry because in some ways it's the |
| 04:33:21 | 22 | most fundamental or the most general. |
| 04:33:23 | 23 | So partisan symmetry is based on the |
| 04:33:26 | 24 | concept of what's called the seats |
| 04:33:28 | 25 | votes curve, the seats votes function, |

901

| | | |
|---|---|---|
| 04:33:31 | 1 | which is basically just the |
| 04:33:36 | 2 | relationship between a party's vote |
| 04:33:39 | 3 | share and their expected seat share, |
| 04:33:41 | 4 | okay.  And generally speaking, |
| 04:33:43 | 5 | obviously, we expect that function to |
| 04:33:45 | 6 | be increasing, right, to go up.  As |
| 04:33:49 | 7 | vote share goes up, a party's vote |
| 04:33:51 | 8 | share goes up, we would expect its |
| 04:33:53 | 9 | seat share to increase as well.  But |
| 04:33:54 | 10 | it can increase at --- you know, the |
| 04:33:57 | 11 | exact shape of that function can look |
| 04:34:00 | 12 | very different, right.  And there's |
| 04:34:02 | 13 | two basic characteristics of that |
| 04:34:06 | 14 | curve. |
| 04:34:06 | 15 | One is you might call it a |
| 04:34:08 | 16 | slope or sometimes that's called the |
| 04:34:10 | 17 | responsiveness.  And that's just how |
| 04:34:12 | 18 | steeply seat share increases as a |
| 04:34:12 | 19 | function of vote share.  Okay.  So in |
| 04:34:20 | 20 | a proportional system, for example, a |
| 04:34:21 | 21 | system of proportional representation, |
| 04:34:26 | 22 | that slope is about a one-to-one |
| 04:34:28 | 23 | slope.  All right.  So you increase |
| 04:34:30 | 24 | your vote share by one percent, your |
| 04:34:32 | 25 | seat chair increases by one percent |

902

04:34:38    1   for a given party.  But that's not

04:34:40    2   typically what you observe in a

04:34:41    3   majoritarian system such as

04:34:41    4   Pennsylvania or other U.S. states,

04:34:44    5   which is where the slope can vary, but

04:34:46    6   it's usually, you know, somewhere like

04:34:48    7   two to one.  And that's due to a

04:34:48    8   phenomenon sometimes known as a

04:34:55    9   winner's bonus, when we just naturally

04:34:57   10   expect the party that earns the

04:34:59   11   majority of votes to earn a super

04:35:01   12   majority of seats, okay.  So that's

04:35:05   13   one part of the seats vote curve is

04:35:08   14   how steeply the curve rises.

04:35:10   15          But another key characteristic

04:35:12   16   is the bias of the curve, which is

04:35:14   17   sort of like --- you can think of that

04:35:16   18   as how at every point is it --- how

04:35:19   19   high is it if you move it up and down.

04:35:21   20   You're increasing it or decreasing the

04:35:23   21   bias in favor of a one party or

04:35:26   22   another.  And a key characteristic of

04:35:36   23   a symmetrical or fair seats votes

04:35:38   24   curve is that it should treat both

04:35:39   25   parties symmetrically or neutrally.

903

| | | |
|---|---|---|
| 04:35:43 | 1 | So if one party earns 55 percent of |
| 04:35:47 | 2 | the votes and then gets 60 percent of |
| 04:35:49 | 3 | the seats and then if other party gets |
| 04:35:49 | 4 | 50 percent of the votes --- or 55 |
| 04:35:49 | 5 | percent of the votes, I'm sorry, they |
| 04:35:52 | 6 | should also get 60 percent of the |
| 04:35:54 | 7 | seats.  So it's not that the seat |
| 04:35:55 | 8 | share has to be proportional to vote |
| 04:36:01 | 9 | share, but it does have to be the same |
| 04:36:01 | 10 | bonus for each party, right. |
| 04:36:02 | 11 | And usually that's sort of easy |
| 04:36:05 | 12 | to think about when we just consider |
| 04:36:07 | 13 | what happens if both parties get |
| 04:36:10 | 14 | 50 percent of the vote, right.  If |
| 04:36:12 | 15 | they both get 50 percent of the vote, |
| 04:36:14 | 16 | they tie, right.  But if they win |
| 04:36:18 | 17 | 50 percent of the vote and one party |
| 04:36:20 | 18 | gets 55 percent of the seats, that |
| 04:36:21 | 19 | indicates a bias of five percentage |
| 04:36:26 | 20 | points in favor of the party that got |
| 04:36:31 | 21 | more seats, right.  So that is what we |
| 04:36:35 | 22 | call partisan bias.  That's one |
| 04:36:35 | 23 | measure I look at. |
| 04:36:35 | 24 | Another measure which is also |
| 04:36:38 | 25 | very common is called the efficiency |

904

| | | |
|---|---|---|
| 04:36:39 | 1 | gap. |
| 04:36:39 | 2 | Q.      And Dr. Caughey, before you go |
| 04:36:39 | 3 | into the efficiency gap, just to be |
| 04:36:47 | 4 | clear, with the party symmetry and the |
| 04:36:53 | 5 | winner bonus, is there a particular |
| 04:36:55 | 6 | winner bonus that you believe deviates |
| 04:37:01 | 7 | from partisan fairness or is it more |
| 04:37:03 | 8 | about it being symmetrical and the |
| 04:37:05 | 9 | same for whichever party wins? |
| 04:37:07 | 10 | A.      So I think that reasonable |
| 04:37:09 | 11 | arguments can be made for different |
| 04:37:11 | 12 | winner's bonuses, so I don't have a |
| 04:37:14 | 13 | firm position that there is a single |
| 04:37:16 | 14 | number that the majority party should |
| 04:37:18 | 15 | get, say 2 to 1, you know, seats to |
| 04:37:22 | 16 | votes.  But it is I think very |
| 04:37:27 | 17 | difficult to argue with the idea that |
| 04:37:31 | 18 | whatever the bonus is it should be the |
| 04:37:37 | 19 | same for both parties, right.  So if |
| 04:37:39 | 20 | one party gets a two to one bonus, |
| 04:37:39 | 21 | then the other party should get a two |
| 04:37:45 | 22 | to one bonus.  So the answer to your |
| 04:37:46 | 23 | question is, no, there is no single |
| 04:37:47 | 24 | number, but it should be the same |
| 04:37:49 | 25 | between the two parties. |

905

| | |
|---|---|
| 04:37:51 | 1 |
| 04:37:52 | 2 |
| 04:37:53 | 3 |
| 04:37:56 | 4 |
| 04:37:58 | 5 |
| 04:38:00 | 6 |
| 04:38:00 | 7 |
| 04:38:00 | 8 |
| 04:38:09 | 9 |
| 04:38:10 | 10 |
| 04:38:11 | 11 |
| 04:38:15 | 12 |
| 04:38:18 | 13 |
| 04:38:21 | 14 |
| 04:38:21 | 15 |
| 04:38:32 | 16 |
| 04:38:33 | 17 |
| 04:38:33 | 18 |
| 04:38:35 | 19 |
| 04:38:36 | 20 |
| 04:38:38 | 21 |
| 04:38:40 | 22 |
| 04:38:46 | 23 |
| 04:38:49 | 24 |
| 04:38:51 | 25 |

Q.      Thank you.  And I think you
were believing --- I believe you were
starting to discuss the efficiency gap
when I cut you off.  Could you please
go ahead and describe the efficiency
gap?

A.      Sure.  So the efficiency gap is
another way of operationalizing this
notion of a partisan fairness, you
know, the notion that a map should
treat the parties equally or mutually.
And instead of focusing directly on
the seats votes curve, it focuses on
this notion of wasted votes, okay.
And according to the efficiency gap is
based on the idea that the number of
wasted votes or the share of wasted
votes for each party should be equal.
And what does that mean?  What's a
wasted vote?  Well, a wasted vote, as
I'm sure someone has said it in this
trial so far, is a vote cast for a
losing candidate or a vote cast for a
winning candidate beyond the minimum
necessary to ensure that that

906

04:38:53  1    candidate won, beyond 50 percent plus

04:38:53  2    one, right.

04:38:54  3         So when one party wastes more

04:39:07  4    votes than the other party, then their

04:39:07  5    votes, in sum and substance, count for

04:39:07  6    less, right.  More of their votes

04:39:07  7    don't make a difference in terms of

04:39:10  8    who wins seats, right.  They're

04:39:10  9    diluted relative to the other party.

04:39:12  10        And you can see there is a

04:39:13  11   natural connection there to the sort

04:39:17  12   of traditional pattern of packing and

04:39:19  13   fracking in partisan gerrymandering

04:39:24  14   where a gerrymandering party tends to

04:39:29  15   want to take all of their --- the

04:39:30  16   opposing party's votes and pack them

04:39:32  17   into a few districts, right, where if

04:39:34  18   they're winning by, say, 90 percent,

04:39:37  19   they're winning 90 percent of the vote

04:39:37  20   in those districts, then a full

04:39:40  21   40 percent of the votes cast in those

04:39:43  22   districts are going to be wasted,

04:39:44  23   right, because they're way over what

04:39:47  24   you would need to win, right.

04:39:48  25        And similarly, that makes the

907

| | | |
|---|---|---|
| 04:39:49 | 1 | other party's votes very efficient. |
| 04:39:50 | 2 | But cracking, which is trying to make |
| 04:39:54 | 3 | sure that gerrymandering parties' |
| 04:39:55 | 4 | votes are spread evenly, is a very |
| 04:39:58 | 5 | efficient way of spreading votes, |
| 04:40:00 | 6 | right.  It ensures that --- it means |
| 04:40:03 | 7 | that if you are winning every district |
| 04:40:05 | 8 | by 55 or 60 percent, you're only |
| 04:40:08 | 9 | wasting about 10 to 15 percent of the |
| 04:40:10 | 10 | votes in each of those districts, |
| 04:40:12 | 11 | right, so the efficiency gap picks up |
| 04:40:23 | 12 | on that pattern specifically. |
| 04:40:23 | 13 | Q.      And with respect to the |
| 04:40:25 | 14 | efficiency gap that you just |
| 04:40:26 | 15 | described, does it matter which |
| 04:40:28 | 16 | previous election data is selected |
| 04:40:32 | 17 | when doing the analysis? |
| 04:40:33 | 18 | A.      Yes, that's an important point. |
| 04:40:37 | 19 | So all of these measures depend on |
| 04:40:41 | 20 | exactly what you think the vote share |
| 04:40:43 | 21 | is going to be, right.  And the vote |
| 04:40:47 | 22 | share in every district and therefore |
| 04:40:49 | 23 | what the seat share is a function of |
| 04:40:52 | 24 | that.  So always when academic |
| 04:40:58 | 25 | political scientists are making these |

908

04:40:58  1   evaluations, they want to not only

04:40:59  2   have a realistic predictions of what

04:41:01  3   the vote share --- what they expect

04:41:02  4   the vote share to be, but also to have

04:41:03  5   a realistic sense of what the

04:41:06  6   uncertainty of those predictions are

04:41:08  7   and to evaluate these metrics across a

04:41:11  8   range of scenarios that they --- that

04:41:16  9   are realistic going forward.  All

04:41:16  10  right.

04:41:18  11       So you can --- it's often

04:41:21  12  possible to sort of cherry pick a

04:41:27  13  particular vote share that makes your

04:41:29  14  map look good, right, where you pick a

04:41:29  15  vote share to make sure that the other

04:41:36  16  side barely wins a few districts.  But

04:41:37  17  that's not a realistic or common

04:41:39  18  scenario, and therefore, can give a

04:41:39  19  misleading sense of the fairness of

04:41:42  20  the map.

04:41:43  21  Q.       And could you go on to the next

04:41:47  22  factor in your analysis, the

04:41:49  23  mean-median?

04:41:50  24  A.       Sure.  And I will talk about

04:41:52  25  these fairly briefly because they pick

909

| | | |
|---|---|---|
| 04:41:54 | 1 | up on similar dynamics.  So the |
| 04:41:54 | 2 | mean-median difference, which we've |
| 04:41:54 | 3 | already heard discussion of, is just |
| 04:41:54 | 4 | the difference because the average |
| 04:42:04 | 5 | vote share amongst districts, which if |
| 04:42:05 | 6 | turn out equal is just a statewide |
| 04:42:08 | 7 | share that a party earns, and the |
| 04:42:10 | 8 | difference in the median district, |
| 04:42:15 | 9 | right. |
| 04:42:15 | 10 | So it might be easiest to think |
| 04:42:19 | 11 | about it if there's one district that |
| 04:42:21 | 12 | a party wins by 90 percent or, you, |
| 04:42:24 | 13 | know 90/10, then loses all the |
| 04:42:30 | 14 | districts by 49/51, the average vote, |
| 04:42:35 | 15 | depending on other districts, is going |
| 04:42:38 | 16 | to be close to 50/50.  But from --- it |
| 04:42:38 | 17 | could be 50/50, but the median |
| 04:42:43 | 18 | district is going to be higher than |
| 04:42:44 | 19 | that, right.  If the median vote is |
| 04:42:47 | 20 | that if you lined up all the districts |
| 04:42:51 | 21 | in a line in order of how increasing |
| 04:42:55 | 22 | Republican share, the one in the |
| 04:42:56 | 23 | middle is the median, right.  So in |
| 04:42:59 | 24 | that case, in that concocted scenario |
| 04:43:01 | 25 | that I just gave you, the median is |

910

04:43:03  1   guaranteed to be 49 percent in that
04:43:07  2   case for the party that won 90 percent
04:43:14  3   in the one district.
04:43:15  4          So that's an indication the
04:43:15  5   mean-median just picks up on the
04:43:15  6   asymmetry of the distribution of
04:43:19  7   district partisanship, the skewness
04:43:20  8   sometimes called, of the distribution
04:43:23  9   of partisanship.
04:43:26  10          And the next measure I talk
04:43:28  11   about is the declination, which is a
04:43:28  12   little bit more technical and recently
04:43:32  13   developed measure.  It was originally
04:43:33  14   formulated in thinking about how the
04:43:35  15   angles, if you line up all the
04:43:37  16   districts and the Democratic districts
04:43:40  17   are over here and the Republican
04:43:41  18   districts over here, the angle --- how
04:43:43  19   the angle changes where partisanship
04:43:43  20   shifts, where party control shifts,
04:43:47  21   but I think ---.
04:43:47  22   Q.     Dr. Caughey, when you say line
04:43:52  23   up the districts are you referring to
04:43:53  24   lining them up on a graph?
04:43:55  25   A.     Yes.  Thank you for --- and I

911

04:44:00  1   know maybe my hand gestures are not

04:44:02  2   admissible as evidence there, so I

04:44:04  3   will try to avoid that, but I think a

04:44:13  4   more intuitive way of thinking about

04:44:13  5   the declination it just you compare

04:44:15  6   --- more normalized compared to the

04:44:20  7   lopsidedness of Democratic and

04:44:23  8   Republican districts, right.

04:44:23  9   Democratic districts tend to be much

04:44:23  10  more --- Democratic won districts tend

04:44:23  11  to be much more lopsided than the

04:44:31  12  angle of the Democratic side of the

04:44:33  13  district --- that hypothetical block

04:44:33  14  that we were just talking about is

04:44:35  15  going to be steeper.

04:44:37  16       So I think the key thing to

04:44:38  17  keep in mind here is that all of these

04:44:41  18  are different ways of getting at the

04:44:43  19  idea that the distribution of district

04:44:47  20  partisanship is asymmetrical or treats

04:44:47  21  the parties differently, right, in

04:44:56  22  ways that --- in terms of the

04:44:56  23  translation of their votes into seats.

04:44:58  24  And all of these measures have been

04:45:04  25  shown to reliably detect instances of

912

04:45:12   1   partisan gerrymandering and also to

04:45:17   2   coincide with each other very closely,

04:45:17   3   especially in competitive states like

04:45:17   4   Pennsylvania.  So as we're going to

04:45:17   5   see in my analysis they essentially

04:45:20   6   never disagree with each other at

04:45:22   7   least a major way in their

04:45:24   8   evaluations.  There are very small

04:45:27   9   discrepancies.  They are --- they all

04:45:28   10   coincide, so --- and that gives us

04:45:33   11   confidence that they're all picking up

04:45:36   12   on different aspects of the same

04:45:36   13   concept which is partisan symmetry or

04:45:43   14   partisan fairness.

04:45:43   15   Q.      Dr. Caughey, could you describe

04:45:44   16   the process you use to compare the

04:45:46   17   maps?

04:45:46   18   A.      Sure.  So there is a sort of

04:45:51   19   standard procedure that --- that is

04:45:54   20   standard in the political science

04:45:56   21   literature for --- political

04:46:00   22   methodology for conducting these sorts

04:46:04   23   of analyses of partisan fairness.  So

04:46:06   24   the first is to take the shape files

04:46:11   25   of the districts and merge them with

913

| | | |
|---|---|---|
| 04:46:13 | 1 | whatever electoral and demographic |
| 04:46:21 | 2 | data we have at the precinct level, |
| 04:46:25 | 3 | right. Then using that data estimate |
| 04:46:26 | 4 | or forecasting forward, right, you |
| 04:46:28 | 5 | know you want to know how |
| 04:46:33 | 6 | Congressional elections will be in the |
| 04:46:35 | 7 | future of this map. So we're |
| 04:46:37 | 8 | predicting a Congressional vote in |
| 04:46:39 | 9 | each district as a function of the |
| 04:46:41 | 10 | information that we have, plus the |
| 04:46:44 | 11 | uncertainty in that prediction and |
| 04:46:47 | 12 | that uncertainty --- so the way we do |
| 04:46:50 | 13 | this is in political science is we |
| 04:46:51 | 14 | pick what's called --- usually called |
| 04:46:53 | 15 | a multilevel model where we are |
| 04:46:58 | 16 | fitting this to the entire country's |
| 04:46:58 | 17 | data, right, we have data on |
| 04:46:58 | 18 | Congressional elections across the |
| 04:47:02 | 19 | country and we also know things of how |
| 04:47:04 | 20 | --- what the Presidential vote is in |
| 04:47:07 | 21 | every congressional district. So we |
| 04:47:11 | 22 | model, we try to predict --- |
| 04:47:13 | 23 | Congressional vote is a function of |
| 04:47:14 | 24 | things like incumbency and |
| 04:47:19 | 25 | presidential vote. But also take into |

914

| | |
|---|---|
| 04:47:19 | 1 |
| 04:47:26 | 2 |
| 04:47:26 | 3 |
| 04:47:29 | 4 |
| 04:47:31 | 5 |
| 04:47:33 | 6 |
| 04:47:38 | 7 |
| 04:47:42 | 8 |
| 04:47:44 | 9 |
| 04:47:47 | 10 |
| 04:47:48 | 11 |
| 04:47:48 | 12 |
| 04:47:49 | 13 |
| 04:47:52 | 14 |
| 04:47:55 | 15 |
| 04:47:59 | 16 |
| 04:48:00 | 17 |
| 04:48:02 | 18 |
| 04:48:05 | 19 |

account the specific idiosyncrasies of
a given election, or a given state and
then we use those --- the estimates of
that model to project forward, okay.
And the key thing is that when we make
those projections we take into account
the fact that in some years Democrats
do very well and some years very
poorly across the board.  We also take
into account the fact that the
relationship between presidential vote
and congressional vote can vary across
states.  And we also take into account
that there is idiosyncratic variation
across --- in a given race.  In a race
the candidate may run a very good
campaign, a very poor campaign and
that can affect the outcome of the
election, too.  So when we make these
predictions, we take into account
those various sources of uncertainty
to come up with a realistic range of
prediction for a given Congression
election.  So that's the basic
methodology.

915

| | | |
|---|---|---|
| | 1 | And then, so if you had |
| 04:48:23 | 2 | infinite time, I would do that myself. |
| 04:48:26 | 3 | But recently, you know, the Plans |
| 04:48:33 | 4 | Score website which I think you have |
| 04:48:34 | 5 | heard something about has developed |
| 04:48:37 | 6 | --- has made it possible to do this |
| 04:48:38 | 7 | exact procedure, to automate it and |
| 04:48:45 | 8 | make it faster, more transparent to |
| 04:48:47 | 9 | the public, which --- and so --- and I |
| 04:48:48 | 10 | worked closely with the people who |
| 04:48:50 | 11 | developed a methodology underlying |
| 04:48:55 | 12 | Plan Score.  Plan Score is very |
| 04:48:55 | 13 | transparent about the methodology it |
| 04:48:57 | 14 | uses.  So I rely on plans for ---. |
| 04:49:01 | 15 | Q.      Doctor ---. |
| 04:49:02 | 16 | A.      What I actually did is I |
| 04:49:04 | 17 | uploaded these map shape files to Plan |
| 04:49:07 | 18 | Score and downloaded the prediction as |
| 04:49:09 | 19 | a result of the process that I just |
| 04:49:11 | 20 | described. |
| 04:49:12 | 21 | Q.      And Dr. Caughey, Plan Score is |
| 04:49:17 | 22 | open to the public.  It's publicly |
| 04:49:19 | 23 | accessible. |
| 04:49:19 | 24 | Correct? |
| 04:49:20 | 25 | A.      That's right.  So it's publicly |

916

04:49:21  1    accessible not just in that you can go

04:49:26  2    it and look at scores for existing

04:49:27  3    maps, but it has functionality for

04:49:29  4    uploading chief files or proposed

04:49:32  5    maps, even ones you, yourself, have

04:49:35  6    come up with and scoring them

04:49:37  7    according to partisan fairness.  So

04:49:41  8    that is a procedure that I used.

04:49:54  9    Q.      Okay.

04:49:54  10         And if you haven't already

04:49:56  11   covered it, could you just briefly

04:49:56  12   cover the methodology and familiarity

04:49:59  13   of the code related to Plan Score?

04:49:59  14   A.      Sure.  So one of things that

04:50:01  15   distinguishes Plan Score from other

04:50:01  16   websites that do gerrymandering or

04:50:05  17   partisan fairness type analysis like

04:50:08  18   538.com is that first of all, it's a

04:50:10  19   non-profit and a non-partisan website.

04:50:15  20   And second of all, it's entirely ---

04:50:18  21   it's entirely transparent about the

04:50:19  22   methodology underlying its assumption,

04:50:24  23   underlying its predictions.

04:50:26  24         So it tells you what the data

04:50:28  25   --- it tells you exactly what the

917

| | | |
|---|---|---|
| 04:50:30 | 1 | model is and how the model was fixed. |
| 04:50:33 | 2 | And in fact, I've seen the code that |
| 04:50:37 | 3 | was used.  I emailed the people who |
| 04:50:44 | 4 | created it and I was able to see the |
| 04:50:45 | 5 | code myself.  So I have a very |
| 04:50:47 | 6 | intimate understanding.  By code I |
| 04:50:48 | 7 | mean the statistical software code |
| 04:50:50 | 8 | that was done in a software program |
| 04:50:50 | 9 | called R, which I'm very familiar |
| 04:50:55 | 10 | with. |
| 04:50:55 | 11 | Q.      Are you familiar with who |
| 04:50:56 | 12 | created Plan Score? |
| 04:50:57 | 13 | A.      Yeah.  So different people |
| 04:50:57 | 14 | worked on some aspects of it, the |
| 04:50:57 | 15 | political scientists involved, who did |
| 04:50:57 | 16 | the political science side of the work |
| 04:51:10 | 17 | were primarily, as I understand, Eric |
| 04:51:13 | 18 | McGee and Christopher Warshaw, both |
| 04:51:15 | 19 | political scientists.  And Chris |
| 04:51:18 | 20 | Warshaw is my most closest |
| 04:51:21 | 21 | academic ---. |
| 04:51:22 | 22 | Q.      And that's the same Dr. Warshaw |
| 04:51:24 | 23 | who's an expert in the League of Women |
| 04:51:29 | 24 | Voters case in 2018? |
| 04:51:29 | 25 | A.      Yes. |

918

04:51:29   1    Q.      And you started your analysis

04:51:34   2    with the 2018 congressional map.  I

04:51:36   3    would like to discuss that with you.

04:51:37   4    A.      Sure.

04:51:37   5    Q.      And the graph associated with

04:51:37   6    that is on page eight of your expert

04:51:37   7    report which is attached in the Senate

04:51:37   8    Democrat's reply brief that was filed

04:51:56   9    in this case.  Do you have page eight

04:51:57   10   in front of you?

04:51:58   11   A.      I do, yes.

04:51:59   12   Q.      Could you go to that?  And

04:52:00   13   first off, before we discuss it, the

04:52:03   14   2018 map can't be used in this case,

04:52:08   15   because --- it can't be used going

04:52:10   16   forward, because Pennsylvania has went

04:52:11   17   from 18 seats to 17 seats.  So why did

04:52:15   18   you decide to do an analysis of the

04:52:17   19   2018 map if it can't be selected as a

04:52:21   20   map to resolve this litigation?

04:52:24   21   A.      I think one very important

04:52:26   22   reason I wanted to do it, is just to

04:52:29   23   validate the approach and make sure

04:52:31   24   that the predictions being generated

04:52:32   25   by the model plans for uses, were

919

04:52:36   1   reasonable and well calibrated.

04:52:38   2          And sorry, my connection is

04:52:45   3   flickering back and forth, but if you

04:52:46   4   can still hear me, let me know.

04:52:48   5   Q.      I can hear you, yes.

04:52:50   6   A.      Okay.

04:52:52   7          And so I wanted to, first of

04:52:57   8   all, just run it on the current map

04:53:00   9   just to make sure that this is good

04:53:01   10  statistical practice, right.  If you

04:53:03   11  have a model that's generating

04:53:05   12  predictions, you want to compare it to

04:53:11   13  some reasonable --- something that you

04:53:12   14  know --- you want to compare something

04:53:12   15  you know is right, something that has

04:53:15   16  already happened right to validate it.

04:53:17   17         So in this case I was able to

04:53:19   18  do that.  So for example, in the

04:53:27   19  average vote share predicted,

04:53:30   20  according to Plan Score was rather

04:53:32   21  than Republican vote share in U.S

04:53:38   22  Congressional elections is predicted

04:53:38   23  going forward to be on average

04:53:39   24  51 percent.

04:53:41   25         And then what was reassuring

920

| | | |
|---|---|---|
| 04:53:42 | 1 | what that that's actually the same, |
| 04:53:43 | 2 | not only --- that's the same as the |
| 04:53:45 | 3 | actual vote share that Republicans |
| 04:53:48 | 4 | received in 2020, but also the same as |
| 04:53:52 | 5 | the average share that they received |
| 04:53:54 | 6 | over the entire 2010 to 2020 period. |
| 04:53:58 | 7 | So that reassures me that this |
| 04:54:02 | 8 | is a reasonable prediction, although |
| 04:54:06 | 9 | one of course, that is accompanied by |
| 04:54:09 | 10 | uncertainty. |
| 04:54:20 | 11 | Q.      And can you take us to your |
| 04:54:22 | 12 | graph on page eight and walk us |
| 04:54:24 | 13 | through what you're seeing there? |
| 04:54:26 | 14 | A.      Sure.  This graph lines up all |
| 04:54:29 | 15 | districts ordered by how Republican |
| 04:54:31 | 16 | they are.  So on the far left side of |
| 04:54:33 | 17 | the screen you have the most |
| 04:54:36 | 18 | Democratic district, which is District |
| 04:54:42 | 19 | 3.  It won't surprise you to learn is |
| 04:54:43 | 20 | in Philadelphia, and then increasing |
| 04:54:46 | 21 | order of the prediction of how |
| 04:54:51 | 22 | Republicans that each District is |
| 04:54:52 | 23 | likely to be. |
| 04:54:53 | 24 | So you'll notice that they |
| 04:54:55 | 25 | change color halfway through.  That's |

921

04:54:58   1   the --- if the prediction is above

04:55:00   2   50 percent, I colored it red.  If the

04:55:04   3   prediction is below 50 percent I

04:55:06   4   colored it blue.  You'll also notice

04:55:08   5   that there are these vertical lines

04:55:13   6   around each dot, and the dot refers to

04:55:15   7   what one might consider our best

04:55:16   8   guess.  But the vertical lines are an

04:55:18   9   indication of how uncertain we are

04:55:21   10  about that guess.  And in particular,

04:55:22   11  they represent the one standard

04:55:25   12  deviation up or down.

04:55:28   13         Standard deviation is just a

04:55:30   14  way of saying that's like the typical

04:55:33   15  amount that we would expect to be off

04:55:35   16  in our guess.  That might be one way

04:55:36   17  of thinking about it.  So you can see

04:55:38   18  that especially for, you know, for

04:55:41   19  several of the closer districts these

04:55:46   20  predictions are predicted to be wrong,

04:55:48   21  close to 50 percent of the time,

04:55:50   22  right, because we are highly uncertain

04:55:52   23  about exactly how they're going to

04:55:53   24  land, depending on idiosyncratic

04:55:56   25  factors in that race as well as shifts

922

| | | |
|---|---|---|
| 04:55:59 | 1 | across the election. |
| 04:56:00 | 2 | Q.      Are you referring to the |
| 04:56:01 | 3 | districts identified on the graph with |
| 04:56:04 | 4 | number 1, 7, 17 and 10? |
| 04:56:10 | 5 | A.      Yes.  Those were the closest |
| 04:56:12 | 6 | districts, yes. |
| 04:56:12 | 7 | Q.      Okay. |
| 04:56:14 | 8 |         And do you have a dotted line |
| 04:56:17 | 9 | going across horizontally the |
| 04:56:19 | 10 | 50 percent mark. |
| 04:56:20 | 11 |         Correct? |
| 04:56:21 | 12 | A.      Yeah.  Yes, I do. |
| 04:56:27 | 13 | Q.      And could you just discuss that |
| 04:56:28 | 14 | and how it interacts with the vertical |
| 04:56:32 | 15 | lines, specifically in the example you |
| 04:56:35 | 16 | gave in Districts 1, 7, 17 and 10? |
| 04:56:39 | 17 | A.      Right.  So if you notice in |
| 04:56:41 | 18 | each of those --- so the 50 percent |
| 04:56:43 | 19 | line represents if a --- if the |
| 04:56:46 | 20 | prediction falls above that line, then |
| 04:56:51 | 21 | we predict the Republicans will carry |
| 04:56:51 | 22 | that district, or a Republican will |
| 04:56:53 | 23 | carry that district.  And if it falls |
| 04:56:54 | 24 | below we would expect the Democrats to |
| 04:56:54 | 25 | carry. |

923

| | |
|---|---|
| 04:57:02 | 1 |
| 04:57:02 | 2 |
| 04:57:05 | 3 |
| 04:57:09 | 4 |
| 04:57:11 | 5 |

                    All of the districts that we
just mentioned 1, 7, 17, 10 all are
close enough to that line that there's
substantial uncertainty about where
they will land, right.

                    In other words, they're the ---
even if we say that our best guess is
that this will be a Democratic
district, say, for 7 we predict that
if we had to guess, we would say that
about have be won by a Democrat, and
we would also say about that half of
the time or almost half the time we
will be wrong about that, because
almost half of that vertical line is
of the other side.

Q.      And that's referring to the
close congressional districts 1, 7, 17
and 10.

        Correct?

A.      At that particular case I was
thinking about District 7 as an
example, but it applies to all of it.

Q.      And your motto is a no
incumbency model.

924

04:57:58  1    A.        That's right.

04:57:58  2    Q.        Can you just explain what it

04:58:01  3    means?

04:58:02  4    A.        Right.  So perhaps one of the

04:58:03  5    best established findings in political

04:58:06  6    science is that a party's vote share

04:58:09  7    tends to be higher in congressional

04:58:13  8    elections, when they have an incumbent

04:58:15  9    running for office, right?  Because

04:58:18  10   for a variety of reasons.

04:58:19  11          When we're predicting going

04:58:21  12   forward we have to decide are we going

04:58:23  13   to --- what scenario are we going to

04:58:25  14   imagine.  Are we going to imagine an

04:58:27  15   open seat scenario.  And that seems to

04:58:30  16   be the standard thing to do.

04:58:32  17          Let's predict how the party

04:58:35  18   would do if neither --- how the

04:58:37  19   parties would do, how the election

04:58:39  20   would turn out, if neither party had

04:58:42  21   an incumbent in the race or neither

04:58:44  22   party had an incumbency advantage

04:58:46  23   here, but in order to do that we would

04:58:47  24   have to, obviously estimate what

04:58:49  25   typical incumbency advantage is and

925

| | | |
|---|---|---|
| 04:58:52 | 1 | subtract that from the --- basically |
| 04:58:54 | 2 | account for that in our model of |
| 04:58:58 | 3 | non-predicted model.  So in this case |
| 04:59:00 | 4 | we're projecting what would happen in |
| 04:59:03 | 5 | these cases if no incumbents were |
| 04:59:05 | 6 | running. |
| 04:59:05 | 7 | Q.     Okay. |
| 04:59:06 | 8 | And just going back to your |
| 04:59:07 | 9 | graph here very quickly.  Looking at |
| 04:59:12 | 10 | 4, 6, 1, 7, 17, 10, 8 and then 16, it |
| 04:59:20 | 11 | looks slightly like mirror images to |
| 04:59:22 | 12 | some degree, is that symmetry --- how |
| 04:59:24 | 13 | does that relate to symmetry when you |
| 04:59:27 | 14 | talk to us about symmetry? |
| 04:59:29 | 15 | A.     Right.  So you know, this isn't |
| 04:59:36 | 16 | exactly a vote seats curve, so it's |
| 04:59:40 | 17 | not literally what partisan symmetry |
| 04:59:42 | 18 | measure is characterizing, but what it |
| 04:59:45 | 19 | does show is that if you moved --- |
| 04:59:46 | 20 | because the distribution there, is |
| 04:59:52 | 21 | symmetric around say the --- the |
| 04:59:55 | 22 | district that you mentioned look |
| 04:59:56 | 23 | similar to each other in terms of how |
| 04:59:59 | 24 | far they are from 50 percent on either |
| 04:59:59 | 25 | side. |

926

05:00:04   1          If you move the line up by one
05:00:09   2     percent that would mean that Democrats
05:00:10   3     were doing one percent better and they
05:00:11   4     would capture --- you know, if they it
05:00:12   5     one percent they capture one district.
05:00:13   6     If you move it up five percent, they
05:00:14   7     would capture two more districts
05:00:17   8     beyond that.  And the same is true if
05:00:20   9     you lower the Democratic vote,
05:00:22   10    something similar.
05:00:23   11          So what that means is that the
05:00:25   12    amount of additional districts that a
05:00:28   13    party could expect to earn based on an
05:00:28   14    increase of their vote share by one
05:00:33   15    percent or five percent across the
05:00:35   16    board is roughly the same between the
05:00:38   17    two parties, that's what symmetry
05:00:39   18    means.  Right.  It means that what ---
05:00:42   19    the seats you earn from given vote
05:00:47   20    share are close to identical.
05:00:51   21    Q.     And Doctor, you have a table,
05:00:54   22    Table 1 on page nine of your report.
05:00:55   23    A.     Sure.
05:00:56   24    Q.     Could you go to that table and
05:00:58   25    quickly summarize for us what we're

927

| | | |
|---|---|---|
| 05:01:00 | 1 | seeing there? |
| 05:01:04 | 2 | A.        Sure.  So there are a lot of |
| 05:01:06 | 3 | numbers here, but the first thing to |
| 05:01:08 | 4 | know is on the far left column where |
| 05:01:09 | 5 | it says metric, that part identifies |
| 05:01:13 | 6 | what measure are we talking about |
| 05:01:18 | 7 | here.  There's the partisan bias, |
| 05:01:21 | 8 | there's the efficiency gap, there's |
| 05:01:21 | 9 | the mean median and the declination. |
| 05:01:24 | 10 | And recall of these are trying to tap |
| 05:01:25 | 11 | into the same thing, which is how much |
| 05:01:28 | 12 | does this map deviate from partisan |
| 05:01:30 | 13 | fairness.  How unfair is it.  And |
| 05:01:33 | 14 | across the board here, higher numbers |
| 05:01:35 | 15 | are indicating more bias in a |
| 05:01:37 | 16 | Republican direction, okay. |
| 05:01:41 | 17 | Some positive numbers are |
| 05:01:43 | 18 | complicated for Republican bias and |
| 05:01:45 | 19 | negative numbers are for Democratic |
| 05:01:48 | 20 | bias, and so that --- each row |
| 05:01:54 | 21 | corresponds to a different measure and |
| 05:01:54 | 22 | for each measure we do the same thing. |
| 05:01:56 | 23 | The first --- the columns that's |
| 05:01:57 | 24 | predicted value that --- that's our |
| 05:02:00 | 25 | best guess for how --- according to |

928

05:02:02    1    this measure of what the bias is or
05:02:04    2    what the advantage to Republicans are.
05:02:07    3        So for example, for the
05:02:09    4    partisan bias the predicted partisan
05:02:12    5    bias is 2.1 percent. What does that
05:02:15    6    mean? That means that in an election
05:02:18    7    where both parties get exactly
05:02:22    8    50 percent of the vote, in other words
05:02:24    9    they tie statewide. Because they're
05:02:27   10    tying there's no winner, there's no
05:02:29   11    winners bonus, right? So any
05:02:30   12    difference between the vote share that
05:02:32   13    they receive, the vote and the seat
05:02:35   14    chair they receive, represents the
05:02:37   15    bias in favor of the advantaged party.
05:02:40   16        So here 2.1 means that
05:02:42   17    Republicans are predicted to win
05:02:46   18    52.1 percent of seats on average when
05:02:51   19    the two parties win 50 percent. Each
05:02:54   20    both win 50 percent of the vote. So
05:02:56   21    that's what we're doing down that
05:02:59   22    column, unpredicted value, we're just
05:02:59   23    saying that's our best guess going
05:03:05   24    forward for what each of these metrics
05:03:05   25    is.

929

| | |
|---|---|
| 05:03:05 | 1 |
| 05:03:07 | 2 |
| 05:03:16 | 3 |
| 05:03:16 | 4 |
| 05:03:17 | 5 |
| 05:03:17 | 6 |
| 05:03:17 | 7 |
| 05:03:22 | 8 |
| 05:03:25 | 9 |
| 05:03:27 | 10 |
| 05:03:27 | 11 |
| 05:03:31 | 12 |
| 05:03:34 | 13 |
| 05:03:36 | 14 |
| 05:03:37 | 15 |
| 05:03:39 | 16 |
| 05:03:41 | 17 |
| 05:03:44 | 18 |
| 05:03:46 | 19 |
| 05:03:49 | 20 |
| 05:03:50 | 21 |
| 05:03:52 | 22 |
| 05:03:54 | 23 |
| 05:04:09 | 24 |
| 05:04:09 | 25 |

Would you like me to go through the rest of the columns as well or is that ---?

Q.      I think we're going to move on. Let us know briefly what you wanted to share about the rest of the columns and then we're going to move on to Governor Wolf's matter.

A.      Sure.  The rest of the columns are just --- the one that is called prod GOP advantage, that's like --- how sure are we that this map bias favors Republican party as opposed to the Democrat.

And you see across the board we are about 70 percent sure, about 70 percent of simulated elections that will favor the --- the Republicans by 30 percent, Democrats.  But the advantage and that --- that's a reflection of what we discussed earlier, which is the actual bias can depend somewhat on what exactly the vote share ends up being.  Who ends up --- for example, who ends up winning

930

| | |
|---|---|
| 05:04:09 | 1 |
| 05:04:09 | 2 |
| 05:04:09 | 3 |
| 05:04:10 | 4 |
| 05:04:10 | 5 |
| 05:04:13 | 6 |
| 05:04:16 | 7 |
| 05:04:19 | 8 |
| 05:04:23 | 9 |
| 05:04:27 | 10 |
| 05:04:27 | 11 |
| 05:04:31 | 12 |
| 05:04:33 | 13 |
| 05:04:37 | 14 |
| 05:04:40 | 15 |
| 05:04:42 | 16 |
| 05:04:45 | 17 |
| 05:04:50 | 18 |
| 05:04:54 | 19 |
| 05:04:55 | 20 |
| 05:04:58 | 21 |
| 05:05:06 | 22 |
| 05:05:07 | 23 |
| 05:05:10 | 24 |
| 05:05:13 | 25 |

those very narrowly contested
districts.

That being said --- so that's
the probability to the advantage.  The
remaining two columns are measures of
how severe or how extreme this bias is
relative to other plans that have been
scored in other states, other enacted
plans historically.  And in
Pennsylvania.  So all the plans that
have ever been enacted and all the
enacted plans that have ever been
scored by Plan Score, how unusual is
this, how bad is this, where higher
numbers are.  This is really pretty
bad.  And so in this case it's not
that bad.  So that yes, this is a
slightly Republican leaning map, but
it --- you know, only compared to the
existing --- the distribution of other
maps, it's, you know --- it's more
Republican than about 65 percent
maybe, and it's less bias in absolute
terms than about three-quarters of
those maps.  That is the final column.

931

05:05:15    1    Q.      Okay.

05:05:16    2    A.      How many --- now, so the

05:05:17    3    important thing --- one thing to keep

05:05:19    4    in mind though, this is comparing this

05:05:21    5    map to the observed distribution,

05:05:25    6    historical distribution of the

05:05:29    7    efficiency gap, which is not

05:05:30    8    necessarily fair.

05:05:32    9        You know, there has been

05:05:32   10    gerrymandering in the past.  So this

05:05:34   11    includes cases of gerrymandering in

05:05:36   12    the nominator, but it does give a

05:05:38   13    sense of just how much of an outlier

05:05:40   14    is this map.

05:05:41   15    Q.      And Doctor Caughey, with that

05:05:43   16    I'm going to move you onto Governor

05:05:43   17    Wolf's map, which the graph is located

05:05:43   18    on page 11.  Could you just walk us

05:05:55   19    through the graph on page 11 and let

05:05:57   20    us know what you view as significant

05:05:58   21    there related to partisan fairness.

05:06:00   22    A.      Sure.  I think the most

05:06:00   23    important thing to note about Governor

05:06:11   24    Wolf's map is, it's very similar to

05:06:12   25    the --- in terms of its partisan

932

| | | |
|---|---|---|
| 05:06:15 | 1 | fairness score it's very similar to |
| 05:06:17 | 2 | the current. |
| 05:06:18 | 3 | Like, there are small details |
| 05:06:19 | 4 | here and there, so you'll notice, for |
| 05:06:21 | 5 | example, that there is --- instead of |
| 05:06:27 | 6 | there being one highly Democratic |
| 05:06:30 | 7 | district, District 3, now there are |
| 05:06:34 | 8 | more like two, which is District 3 and |
| 05:06:34 | 9 | 2. |
| 05:06:38 | 10 | But overall in terms of what we |
| 05:06:41 | 11 | would expect to happen, we respect the |
| 05:06:44 | 12 | partisan bias is slightly larger on |
| 05:06:49 | 13 | Governor Wolf's map than in the |
| 05:06:50 | 14 | current map, but in the same ballpark. |
| 05:06:53 | 15 | It's like --- for example, it's 2.9 |
| 05:06:57 | 16 | percent. So what that's saying is if |
| 05:06:59 | 17 | Republicans win 50 percent of the |
| 05:07:01 | 18 | vote, we would expect them to win 52.9 |
| 05:07:05 | 19 | percent of seats on average, which is |
| 05:07:06 | 20 | about --- I can't do it off the top of |
| 05:07:07 | 21 | my head, one additional seat. |
| 05:07:11 | 22 | And so that is pretty close to |
| 05:07:17 | 23 | fair, but not completely. It is very |
| 05:07:19 | 24 | similar to the existing map. |
| 05:07:23 | 25 | Q.     And I'm going to move you onto |

933

05:07:27  1   the House Republican map, which has

05:07:29  2   been referred to as HB-2146, and your

05:07:32  3   graph for that map is located on

05:07:34  4   page 14 of your report.

05:07:37  5   A.      Yes.

05:07:38  6   Q.      Could you please go there, Dr.

05:07:41  7   Caughey, and tell us what this graph

05:07:43  8   is communicating about partisan

05:07:46  9   fairness?

05:07:49  10  A.      Sure.  So one of the things we

05:07:53  11  should just note is that to cross all

05:07:55  12  these maps with the predicted

05:07:58  13  Republican vote share is always

05:08:00  14  51 percent, right, that is what the

05:08:02  15  model says on average what we would

05:08:05  16  expect Republicans to win in terms of

05:08:06  17  votes in congressional elections.

05:08:08  18          And so the only difference

05:08:09  19  across these maps is how these votes

05:08:12  20  are allocated across districts.  So

05:08:15  21  you'll notice in the previous two

05:08:17  22  maps, under that scenario, under the

05:08:19  23  average scenario where Republicans win

05:08:22  24  51 percent of votes they are predicted

05:08:25  25  to win 55 percent of seats.  That is

934

05:08:29  1   super proportional, but that's not

05:08:29  2   uncommon given a winner's vote of ---

05:08:33  3   you know, pretty standard winner's

05:08:34  4   bonus, maybe a little larger than

05:08:36  5   usual.  That is under the previous

05:08:39  6   first two maps we looked at.

05:08:41  7           This map, the winner bonus is

05:08:44  8   quite larger, we notice that

05:08:46  9   51 percent of the vote Republicans are

05:08:50  10  predicted to win 58 percent of seats,

05:08:56  11  so that's a three extra point seat

05:08:58  12  here relative to the other two maps.

05:09:01  13  And you can see that same kind of

05:09:04  14  three percent --- three percentage

05:09:08  15  point additional bias.  It shows up

05:09:09  16  also --- I'm sorry, I was going to

05:09:11  17  scroll down to the table, the

05:09:12  18  resulting table below.

05:09:14  19          Go ahead.  I don't want to skip

05:09:17  20  ahead.

05:09:17  21  Q.      Please go to the table and I'll

05:09:19  22  bring you back to the graph if I need

05:09:23  23  you there.

05:09:24  24  A.      Sure.  Sounds good.  You can

05:09:25  25  see that same three percent

935

05:09:27    1    additional, you know, bonus for

05:09:28    2    Republicans in, for example, the

05:09:31    3    partisan bias.  So again, here the

05:09:34    4    partisan bias is 6.3 percent, right.

05:09:37    5          So in the previous two maps we

05:09:39    6    looked at, the current map and the

05:09:41    7    Governor's map, the partisan bias was

05:09:44    8    under three, right.  6.3, that means

05:09:50    9    in a tied election Republicans would

05:09:52   10    expect to win 56 percent of seats on

05:09:55   11    average, right.

05:09:59   12          And you'll also notice that ---

05:10:01   13    okay, you can take me back if you

05:10:03   14    want.  So that's about double the

05:10:06   15    advantage, say the bias is about

05:10:09   16    double than what the current map is

05:10:11   17    and also the Governor's proposal.

05:10:14   18    Q.     I do want to ask you a few more

05:10:16   19    questions about the graph?

05:10:17   20    A.     Sure.

05:10:17   21    Q.     On the graph, you agree there

05:10:20   22    are ten red dots that are above the

05:10:24   23    dotted line and then seven blue dots

05:10:28   24    that are below the dotted line.

05:10:30   25          Correct?

936

| | | |
|---|---|---|
| 05:10:34 | 1 | A.       That's right. |
| 05:10:35 | 2 | Q.       Tell us what that represents. |
| 05:10:36 | 3 | A.       So that means that if we based |
| 05:10:39 | 4 | our prediction on --- so if we wanted |
| 05:10:43 | 5 | to guess --- for every District if we |
| 05:10:46 | 6 | wanted to guess one best guess about |
| 05:10:49 | 7 | whether Democrat or Republican |
| 05:10:51 | 8 | District, we would predict that 10 out |
| 05:10:53 | 9 | of the 17 districts would go |
| 05:10:55 | 10 | Republican. |
| 05:10:56 | 11 | Now some of those are close |
| 05:10:58 | 12 | and ---. |
| 05:11:00 | 13 | Q.       Dr. Caughey, let's talk about |
| 05:11:04 | 14 | that closeness. |
| 05:11:05 | 15 | A.       Go ahead. |
| 05:11:06 | 16 | Q.       If you take that dotted line at |
| 05:11:08 | 17 | 50 percent and you move it down just a |
| 05:11:11 | 18 | little bit then number one and number |
| 05:11:13 | 19 | six, they would be above the dotted |
| 05:11:14 | 20 | line and become red. |
| 05:11:16 | 21 | A.       That's right. |
| 05:11:17 | 22 | Q.       Can you explain what that |
| 05:11:19 | 23 | means? |
| 05:11:20 | 24 | A.       So that means that in a year |
| 05:11:22 | 25 | where Republicans do a little better |

937

| | | |
|---|---|---|
| 05:11:24 | 1 | than average, so they do about two |
| 05:11:29 | 2 | percentage points better than average, |
| 05:11:31 | 3 | meaning they win 53 percent of the |
| 05:11:34 | 4 | vote, they would likely capture on the |
| 05:11:38 | 5 | Democratic --- currently Democratic |
| 05:11:43 | 6 | districts 1 and 6. |
| 05:11:45 | 7 | Q.     Okay. |
| 05:11:46 | 8 | A.     And that's --- you know, so |
| 05:11:47 | 9 | just for a frame of reference, that's |
| 05:11:49 | 10 | --- you know, in 2016 for example, |
| 05:11:51 | 11 | Republicans won 54 percent of the |
| 05:11:59 | 12 | two-party vote in congressional |
| 05:12:02 | 13 | elections in Pennsylvania.  So that |
| 05:12:02 | 14 | would be --- if 2016 happened all over |
| 05:12:03 | 15 | again they would probably capture 1 |
| 05:12:06 | 16 | and 6. |
| 05:12:08 | 17 | Q.     Okay. |
| 05:12:08 | 18 | And Dr. Caughey, is that |
| 05:12:11 | 19 | significant with respect to your |
| 05:12:12 | 20 | conclusions for partisan fairness on |
| 05:12:14 | 21 | this particular map? |
| 05:12:22 | 22 | A.     So what I would say is that in |
| 05:12:24 | 23 | this particular --- in this particular |
| 05:12:26 | 24 | map there are more --- so what I would |
| 05:12:33 | 25 | say the key pattern that I would draw |

938

05:12:36   1   attention to in this map is the fact

05:12:39   2   that there are all but 1 and 6.  There

05:12:44   3   are a lot of highly Democratic

05:12:46   4   districts, right, districts where not

05:12:49   5   only --- I mean, obviously the most

05:12:51   6   extreme is District 3, as it is in all

05:12:55   7   the maps.

05:12:56   8          But there are also a number of

05:12:58   9   --- several --- there are four other

05:13:00   10   districts where Democratic are

05:13:01   11   predicted to win over 60 percent of

05:13:04   12   the vote and Republicans are predicted

05:13:06   13   to win under 40 percent, right, so

05:13:12   14   that's 5, 4, 15 and 2.  Right?  So

05:13:12   15   that's outside of the normal range of

05:13:18   16   being captured.  So those are --- so

05:13:18   17   those are --- those are seats where

05:13:18   18   there are a fair number of --- in

05:13:21   19   addition to the wasted votes in

05:13:22   20   District 3 there are a bunch of other

05:13:25   21   --- four other seats where there are a

05:13:28   22   lot of Democratic wasted votes, right?

05:13:36   23   The Democrats are leading very

05:13:38   24   comfortable --- are likely to be very

05:13:38   25   comfortable in all the seats in almost

939

| | | |
|---|---|---|
| 05:13:40 | 1 | every election. |
| 05:13:41 | 2 | Where you just --- if you look |
| 05:13:42 | 3 | on the other side, there just is no |
| 05:13:44 | 4 | equivalently one-sided seat on the |
| 05:13:47 | 5 | Republican side.  But there are a lot |
| 05:13:50 | 6 | of --- it would be hard for Democrats |
| 05:13:54 | 7 | to break through the Republicans in |
| 05:13:58 | 8 | the firewall in a good year for |
| 05:14:00 | 9 | Democrats. |
| 05:14:01 | 10 | Q.     And when you say it would be |
| 05:14:03 | 11 | hard for Democrats to break through in |
| 05:14:06 | 12 | a good year for Democrats, does that |
| 05:14:10 | 13 | also hold true for Republicans in this |
| 05:14:13 | 14 | map? |
| 05:14:14 | 15 | A.     Not as much, right, because |
| 05:14:16 | 16 | there are two districts that would be |
| 05:14:18 | 17 | captured --- so you can think about |
| 05:14:20 | 18 | the typical variation across election |
| 05:14:22 | 19 | cycles is about three percentage votes |
| 05:14:27 | 20 | here and there --- here or there, one |
| 05:14:28 | 21 | way or the other.  So in a typical |
| 05:14:29 | 22 | one, the Democrats would capture 1 and |
| 05:14:31 | 23 | 6 --- or I'm sorry, the Republicans 1 |
| 05:14:33 | 24 | and 6 in a normal good year for |
| 05:14:37 | 25 | Republicans, but there's only really |

940

| | | |
|---|---|---|
| 05:14:39 | 1 | --- 7 is the only District --- the |
| 05:14:43 | 2 | only Republican District that's |
| 05:14:44 | 3 | especially vulnerable to being taken |
| 05:14:48 | 4 | over by Democrats.  Even though there |
| 05:14:49 | 5 | is some probability of 17 and 8 in a |
| 05:14:52 | 6 | very Democratic year. |
| 05:14:55 | 7 | Q.     So in a vote share of 53 or |
| 05:14:58 | 8 | 54 percent, the Republicans would have |
| 05:14:59 | 9 | a proportional share of 12 seats --- |
| 05:15:02 | 10 | A.     That's right. |
| 05:15:03 | 11 | Q.     --- and Democrats would have 5? |
| 05:15:06 | 12 | A.     Yeah.  And I don't know that -- |
| 05:15:06 | 13 | I'm not going to do that percentage |
| 05:15:13 | 14 | off the top of my head, but that would |
| 05:15:13 | 15 | be an unusually large winner's bonus. |
| 05:15:15 | 16 | Q.     And that winner's bonus you |
| 05:15:18 | 17 | just described for Republicans in this |
| 05:15:19 | 18 | map, it is not the same winner's bonus |
| 05:15:24 | 19 | that exists for Democrats in the map? |
| 05:15:27 | 20 | Right? |
| | 21 | A.     That's right.  That's right. |
| | 22 | So ---. |
| | 23 | Q.     And ---? |
| | 24 | A.     Yes, I could --- it's a little |
| | 25 | hard for ---. |

941

05:15:28  1    Q.      Well, Dr. Caughey, ---.

05:15:28  2                ATTORNEY ATTISANO:

05:15:31  3                Judge, I apologize for

05:15:31  4    interrupting.

05:15:33  5    BY ATTORNEY ATTISANO:

05:15:33  6    Q.      I'm going to move you on to

05:15:35  7    Senate Democratic maps 1 and 2 --- and

05:15:39  8    we have about ten minutes left, so I'm

05:15:44  9    going to move them a little quicker

05:15:45  10   than before.   Okay?

05:15:45  11   A.      I will do my best.

05:15:46  12   Q.      And page 17 of your report has

05:15:49  13   the Senate Democrats map 1.

05:15:53  14   A.      Yeah.

05:15:53  15   Q.      Can you take us through quickly

05:15:55  16   what we're looking at here that is

05:15:57  17   relevant to determining partisan

05:15:58  18   fairness?

05:16:00  19   A.      So I think that the --- once

05:16:03  20   again, I think the key takeaway from

05:16:08  21   this, this map, is --- or this

05:16:11  22   distribution is that once again the

05:16:12  23   predicted Republican vote share is

05:16:14  24   51 percent and the predicted

05:16:17  25   Republican seat share is 54 percent.

942

| | | |
|---|---|---|
| 05:16:21 | 1 | So the Republicans are predicted to |
| 05:16:23 | 2 | win a majority of seats in the typical |
| 05:16:26 | 3 | election. |
| 05:16:27 | 4 | But notice that winner's bonus |
| 05:16:31 | 5 | is low.  Right?  And that's in part |
| 05:16:32 | 6 | because they have more seats that are |
| 05:16:35 | 7 | in play, right?  They have 1, 7, 8 and |
| 05:16:39 | 8 | 10 that could reasonably, even through |
| 05:16:40 | 9 | they're predicted to win them, |
| 05:16:40 | 10 | probably in any given election given |
| 05:16:42 | 11 | the right combination of candidates, |
| 05:16:43 | 12 | at least one of those might flip over |
| 05:16:46 | 13 | to the Democrats.  So the Democrats |
| 05:16:49 | 14 | have a better chance of getting closer |
| 05:16:49 | 15 | to parity in your typical election. |
| 05:16:56 | 16 | And you can see the same thing |
| 05:16:58 | 17 | probably more clearly in the partisan |
| 05:17:01 | 18 | bias measure, which is only 1.8 in |
| 05:17:06 | 19 | this map.  And that means that ---. |
| 05:17:09 | 20 | Q.     And that's ---. |
| 05:17:09 | 21 | A.     Sorry.  This is ---. |
| 05:17:10 | 22 | Q.     That's located in Table --- |
| 05:17:12 | 23 | Table 4 on the following page, page |
| 05:17:14 | 24 | 18.  Please go ahead, Dr. Caughey? |
| 05:17:14 | 25 | A.     Right. |

943

| | | |
|---|---|---|
| 05:17:21 | 1 | So the --- so in a 50/50 |
| 05:17:24 | 2 | election Republicans would be expected |
| 05:17:26 | 3 | to win just about 52 percent of seats, |
| 05:17:28 | 4 | 51.8 percent of seats on average, |
| 05:17:29 | 5 | right. So that's a --- that's a --- |
| 05:17:32 | 6 | that's still a little bit of |
| 05:17:34 | 7 | Republican advantage, because we still |
| 05:17:37 | 8 | expect Republicans to have a majority |
| 05:17:39 | 9 | of seats even when the parties tie. |
| 05:17:40 | 10 | But it's less of an advantage than in |
| 05:17:45 | 11 | any of the previous seats that we've |
| 05:17:46 | 12 | seen. |
| 05:17:47 | 13 | Q.      And Dr. === and Dr. Caughey, |
| 05:17:48 | 14 | let's move forward to Senate Democrats |
| | 15 | Map Number 2, which is located on page |
| | 16 | 20, the graph that I'm referring you |
| | 17 | to. And can you tell us what we're |
| | 18 | seeing there in that graph related to |
| | 19 | bipartisan fairness? |
| 05:18:08 | 20 | A.      Sure. So the top line results |
| 05:18:08 | 21 | are identical, which is to say that |
| 05:18:11 | 22 | with 51 percent of the vote |
| 05:18:11 | 23 | Republicans would be expected to win |
| 05:18:12 | 24 | 54 percent of seats, which ties for |
| 05:18:18 | 25 | the lowest closest to fair of all the |

944

| | | |
|---|---|---|
| 05:18:19 | 1 | maps that we have considered or that |
| 05:18:22 | 2 | the only known real difference in, you |
| 05:18:24 | 3 | know, --- and as you look at measures |
| 05:18:26 | 4 | of bipartisan bias, it's similar --- |
| 05:18:27 | 5 | the bipartisan bias in this map is |
| 05:18:30 | 6 | actually even a little bit smaller. |
| 05:18:32 | 7 | But the --- I think --- you know, --- |
| 05:18:35 | 8 | and there is a difference in the way |
| 05:18:37 | 9 | that --- there are differences in the |
| 05:18:39 | 10 | way that the districts are |
| 05:18:40 | 11 | distributed.  So in here there are |
| 05:18:41 | 12 | actually two pretty Democratic |
| 05:18:44 | 13 | districts, but a bunch of only |
| 05:18:44 | 14 | moderately Republican --- Democratic |
| 05:18:48 | 15 | ones. |
| 05:18:48 | 16 | Q.    And Dr. Caughey, --- |
| 05:18:50 | 17 | A.    Go ahead. |
| 05:18:51 | 18 | Q.    Dr. Caughey, sorry, in Table 5, |
| 05:18:52 | 19 | the bipartisan bias you said is |
| 05:18:54 | 20 | 1.5 percent. |
| 05:18:54 | 21 | A.    Right. |
| 05:18:55 | 22 | Q.    Is that correct? |
| 05:18:58 | 23 | A.    Yes. |
| 05:18:58 | 24 | Q.    Okay. |
| 05:18:59 | 25 | And I interrupted you there. |

945

| | | |
|---|---|---|
| 05:19:02 | 1 | So if you have anything else to |
| 05:19:03 | 2 | conclude on that map, please conclude |
| 05:19:07 | 3 | and then I'm going to move you on to |
| 05:19:07 | 4 | the next map? |
| 05:19:07 | 5 | A.      Sure. |
| 05:19:07 | 6 |      That's all I have to say about |
| 05:19:08 | 7 | this, other than to say that it's very |
| 05:19:10 | 8 | similar to the other Democratic map in |
| 05:19:14 | 9 | terms of its overall bias towards one |
| 05:19:16 | 10 | party or the other. |
| 05:19:16 | 11 | Q.      Okay. |
| 05:19:18 | 12 |      So, we're moving on now to |
| 05:19:19 | 13 | Congressman Reschenthaler's plan, and |
| 05:19:21 | 14 | that's map 2, as we discussed earlier. |
| 05:19:21 | 15 | A.      Yeah. |
| 05:19:26 | 16 | Q.      And it is on page 24 of your |
| 05:19:28 | 17 | report. |
| 05:19:29 | 18 |      Can you take us through what |
| 05:19:31 | 19 | you're seeing on that chart? |
| 05:19:32 | 20 | A.      Yeah, I think --- you know, so |
| 05:19:33 | 21 | this is, again, similar to the House |
| 05:19:37 | 22 | Republican's map, it has a very strong |
| 05:19:41 | 23 | Republican bias. |
| 05:19:42 | 24 |      You can see that first and |
| 05:19:46 | 25 | foremost in the predicted vote in seat |

946

| | |
|---|---|
| 05:19:48 | 1 |
| 05:19:50 | 2 |
| 05:19:52 | 3 |
| 05:19:53 | 4 |
| 05:19:58 | 5 |

1    shares, so 51 percent vote, 58 percent

2    seat share.  One reason for that is

3    that even the districts that are

4    predicted to be Democratic, 12, 11 and

5    15, three --- they are three very

6    narrowly Democratic districts, but

7    only narrowly Republican one.

8            So if the you look down at

9    Table 8, which is on the same page

10   here, the bipartisan bias is 5.9.

11   That's in the same ballpark as the

12   Republican map that we examined

13   earlier.

14           So in terms of overall partisan

15   bias, this is very similar to

16   Republican map where the bias is about

17   twice as large as in the current

18   assessment.

19   Q.      And if the dotted line at

20   50 percent, if we move that down a

21   little bit, does that represent a vote

22   increase for Democrats or Republicans?

23   A.      If we move it down that

24   represents a vote increase for

25   Republicans.  Or another way to think

947

| | |
|---|---|
| 05:20:50 | 1 |
| 05:20:50 | 2 |
| 05:20:52 | 3 |
| 05:20:54 | 4 |
| 05:20:55 | 5 |
| 05:20:56 | 6 |
| 05:20:56 | 7 |
| 05:20:56 | 8 |
| 05:20:59 | 9 |
| 05:20:59 | 10 |
| 05:21:02 | 11 |
| 05:21:04 | 12 |
| 05:21:07 | 13 |
| 05:21:14 | 14 |
| 05:21:17 | 15 |
| 05:21:17 | 16 |
| 05:21:20 | 17 |
| 05:21:22 | 18 |
| 05:21:22 | 19 |
| 05:21:22 | 20 |
| 05:21:22 | 21 |
| 05:21:26 | 22 |
| 05:21:29 | 23 |
| 05:21:36 | 24 |
| 05:21:37 | 25 |

about is if we move --- yeah.  Yeah.
We can also think about it as moving
all the districts all up by three
percent.  That might be --- that might
be an easier way of thinking about it.
But if we did that ---.
Q.      What happens ---?
A.      Yeah.
Q.      Yeah, sorry, I interrupted you.
I think you were going to answer it.
        What happens when we move all
the districts up by three percent to
the proportionality of Republican
versus Democrats seats with this map?
A.      Yeah, so it's --- then you have
three seats, 15, 11 and 12 that are
likely to flip, or at least where our
point predictions would --- our best
guess about whether it would be
Republican or Democrat --- would flip
from Democrat to Republican.
        So what that means is that, you
know, three of the Democrats --- what
is it, eight seats are highly
vulnerable to a Republican takeover.

948

05:21:38 1   Q.      Is that same --- is that the
05:21:38 2   same in the other direction?
05:21:41 3   A.      No, not at all.  I mean,
05:21:42 4   there's a big asymmetry at that --- in
05:21:46 5   those districts where there are very
05:21:49 6   few Republicans districts that are
05:21:50 7   vulnerable, realistically vulnerable
05:21:52 8   to the Democratic takeover.  There are
05:21:54 9   just --- if you just look at Districts
05:21:56 10  8 through 5 --- or let's say, 9
05:21:58 11  through 5, all the way down, are all,
05:22:01 12  you know, safely Republican, but not
05:22:03 13  over --- not so overwhelming that
05:22:04 14  you're wasting very many votes.
05:22:15 15  Q.      And Dr. Caughey, I'm going to
05:22:16 16  move you on now.
05:22:16 17         Did you review the report or
05:22:16 18  hear any of the testimony of Dr.
05:22:19 19  Barber?
05:22:19 20  A.      So unfortunately I wasn't able
05:22:22 21  to see his testimony, but I did read
05:22:25 22  his report.
05:22:25 23  Q.      And in his report he purported
05:22:28 24  there was a geographic bias in
05:22:35 25  Pennsylvania for Republicans, yet his

949

| | | |
|---|---|---|
| 05:22:37 | 1 | report claimed that the House GOP map, |
| 05:22:39 | 2 | HB-0246 actually had a --- leaned |
| 05:22:39 | 3 | Democrat, was favorable to Democratic |
| 05:22:44 | 4 | seats.  How can this be?  Can you ---? |
| 05:22:46 | 5 | A.     Well, there's a little bit of a |
| 05:22:46 | 6 | bait and switch there.  I think one |
| 05:22:49 | 7 | thing that is not transparent in that |
| 05:22:50 | 8 | report, and I don't think it's |
| 05:22:52 | 9 | mentioned anywhere, is --- so he uses |
| 05:22:56 | 10 | --- he has to come up what's his |
| 05:23:01 | 11 | prediction for how --- for the |
| 05:23:03 | 12 | Democratic or Republican vote |
| 05:23:05 | 13 | statewide, right?  And so he does that |
| 05:23:08 | 14 | using an average of statewide races |
| 05:23:13 | 15 | over the last decade.  Now those are a |
| 05:23:13 | 16 | bunch of races --- that includes a |
| 05:23:16 | 17 | bunch of races where Democrats are |
| 05:23:16 | 18 | incumbents and did very well, right? |
| 05:23:18 | 19 | So on average, based on my just |
| 05:23:22 | 20 | kind of --- he never states anywhere |
| 05:23:23 | 21 | in the report, as far as I can tell, |
| 05:23:24 | 22 | what his actual prediction is, like |
| 05:23:28 | 23 | for Democratic vote share.  But based |
| 05:23:32 | 24 | on sort of my comparison between where |
| 05:23:34 | 25 | his districts lie and where I predict |

950

| | |
|---|---|
| 05:23:37 | 1 |
| 05:23:39 | 2 |
| 05:23:41 | 3 |
| 05:23:43 | 4 |
| 05:23:46 | 5 |

1    them to lie, I think they're across

2    the board about three percentage

3    points more Democratic than I would

4    predict.  So what that means is that

5    he's saying I'm predicting that

6    Democrats are going to win 54 percent

7    of the congressional vote on average

8    going forward, but they're going to

9    win --- well, he goes back and forth

10    between 8 and 9 seats.  Right?

11    Q.      So, Dr. --- so Dr. Caughey,

12    does it matter which elections an

13    expert selects to use in their

14    dataset?  Does it matter with respect

15    to the ultimate outcome they get?

16    A.      Yes, definitely.  So it matters

17    for two reasons.  It matters both in

18    what you predict the outcome to be,

19    obviously, like how many seats --- how

20    many seats you project a party to win.

21    Also it matters what you estimate the

22    bias to be.

23    Q.      And ---.

24    A.      Go ahead.

25    Q.      And Dr. Caughey, if you could

951

| | | |
|---|---|---|
| 05:24:39 | 1 | tie that into how the Plan Score |
| 05:24:42 | 2 | accounts for this? |
| 05:24:42 | 3 | A.      Sure.  So Plan Score is a much |
| 05:24:45 | 4 | --- you know, instead of sort of |
| 05:24:46 | 5 | naively saying --- instead of doing |
| 05:25:06 | 6 | that ---. |
| 05:25:06 | 7 | Q.      Dr. Caughey, I apologize.  You |
| 05:25:06 | 8 | had cut out.  Could you --- when you |
| 05:25:06 | 9 | move away from --- when you move back |
| 05:25:11 | 10 | from your computer ---.  Dr. Caughey, |
| 05:25:11 | 11 | can you hear me now? |
| 05:25:12 | 12 | A.      Yes, I can.  I'm sorry. |
| 05:25:13 | 13 | Q.      Okay. |
| 05:25:14 | 14 |        Please try to stay close to |
| 05:25:15 | 15 | your computer. |
| 05:25:17 | 16 | A.      Yes. |
| 05:25:18 | 17 | Q.      So Dr. Caughey, I was asking |
| 05:25:21 | 18 | you how the selection of previous |
| 05:25:23 | 19 | election data affects the outcome and |
| 05:25:26 | 20 | what Plan Score does to control for |
| 05:25:29 | 21 | that factor? |
| 05:25:32 | 22 | A.      So Plan Score estimates what |
| 05:25:37 | 23 | the relationship between Presidential |
| 05:25:39 | 24 | vote and Congressional vote is, both |
| 05:25:39 | 25 | nationally, but also taking into |

952

| | | |
|---|---|---|
| 05:25:39 | 1 | account specific factors. And as we |
| 05:25:39 | 2 | saw Plan Score's estimates, it |
| 05:25:51 | 3 | estimates 51 percent.  It's very --- |
| 05:25:54 | 4 | it's a very accurate --- it's very |
| 05:25:56 | 5 | close to the actual percentage earned |
| 05:25:59 | 6 | on average by Republicans over the |
| 05:26:01 | 7 | last ten years, as well as in the last |
| 05:26:03 | 8 | election. |
| 05:26:04 | 9 | So that's it projection as its |
| 05:26:08 | 10 | best guess going forward.  But it also |
| 05:26:10 | 11 | takes into account the likely |
| 05:26:13 | 12 | variability around that, right, that |
| 05:26:14 | 13 | in some years Democrats will do better |
| 05:26:17 | 14 | on average and in some years |
| 05:26:18 | 15 | Republicans will do better on average. |
| 05:26:22 | 16 | And so it's taking into account |
| 05:26:23 | 17 | that variation, but I think the one |
| 05:26:27 | 18 | fundamental flaw in Barber's analysis |
| 05:26:35 | 19 | is that he's pegging the --- he's |
| 05:26:35 | 20 | predicting the Democratic vote share |
| 05:26:40 | 21 | to be around 54 percent, which is |
| 05:26:42 | 22 | higher than it has been in almost |
| 05:26:44 | 23 | every election over the last decade. |
| 05:26:47 | 24 | So it's not a realistic prediction. |
| 05:26:47 | 25 | But he also --- even if it |

953

05:26:47    1    were realistic to say it was 54

05:26:54    2    percent, winning only eight seats or

05:26:57    3    between 8 and 9 seats would not be the

05:27:00    4    normal winner's bonus that we would

05:27:04    5    expect. Right? We saw that

05:27:05    6    Republicans would be expected to win

05:27:07    7    58 percent of seats with 51 percent of

05:27:07    8    the vote. So with 54 percent of the

05:27:10    9    --- you know. So you can see there's

05:27:12   10    a bit of a kind of the eight ball

05:27:16   11    there, I think, in that report.

05:27:17   12    Q.      Thank you, Dr. Caughey. And

05:27:17   13    I'm going to wrap up right here for

05:27:20   14    you.

05:27:21   15          All the conclusions you gave

05:27:22   16    today about partisan fairness, have

05:27:25   17    you given those to a reasonable degree

05:27:27   18    of professional certainty in your

05:27:29   19    field?

05:27:32   20    A.      Can you say that again?

05:27:33   21    Q.      Have you given your conclusions

05:27:36   22    to within a reasonable degree of

05:27:37   23    professional certainty?

05:27:38   24    A.      Yes.

05:27:40   25                ATTORNEY ATTISANO:

954

05:27:41    1            Thank you.

05:27:41    2            JUDGE McCULLOUGH:

05:27:41    3            Okay.  Thank you.  Now,

05:27:45    4   we're going to start with Cross

05:27:48    5   Examination.

05:27:50    6            We'll begin with

05:27:53    7   attorney --- or you're not Attorney

05:27:53    8   Carter.  The attorney for Petitioner

05:27:56    9   Carter.

05:27:56   10            ATTORNEY POSIMATO:

05:27:57   11            Good afternoon, Your

05:27:57   12   Honor.

05:27:57   13            JUDGE MCCULLOUGH:

05:27:57   14            Good afternoon.

05:27:59   15            ATTORNEY POSIMATO:

         16            Joe Posimato on behalf

         17   of the Carter Petitioners.

         18            ---

         19         CROSS EXAMINATION

         20            ---

05:28:04   21   BY ATTORNEY POSIMATO:

05:28:04   22   Q.    Good afternoon, Dr. Caughey.

05:28:04   23   A.    Hi.

05:28:04   24   Q.    My name is Joe Posimato.  I'm

05:28:04   25   Counsel on behalf of the Carter

955

| | |
|---|---|
| 05:28:09 | 1 |
| 05:28:09 | 2 |
| 05:28:10 | 3 |
| 05:28:11 | 4 |
| 05:28:13 | 5 |
| 05:28:14 | 6 |
| 05:28:16 | 7 |
| 05:28:16 | 8 |
| 05:28:19 | 9 |
| 05:28:28 | 10 |
| 05:28:30 | 11 |
| 05:28:31 | 12 |
| 05:28:33 | 13 |
| 05:28:33 | 14 |
| 05:28:40 | 15 |
| 05:28:41 | 16 |
| 05:28:41 | 17 |
| 05:28:42 | 18 |
| 05:28:44 | 19 |
| 05:28:47 | 20 |
| 05:28:48 | 21 |
| 05:28:48 | 22 |
| 05:28:50 | 23 |
| 05:28:54 | 24 |
| 05:28:58 | 25 |

Petitioners.  I just have a few
questions for you.  That said, I want
to say I'm sorry about the health
crisis you're dealing with, and I
thank you for being here.

        You produced two reports in
this case?

        Correct?

A.      I produced two reports, meaning
two different --- I actually don't how
--- I don't actually know the answer
to that, because ---.  Do you mean for
--- I produced a report on the State
Senate in a separate and then also on
the State House.  Is that what you're
referring to?

Q.      No.  I'm just referring to the
fact that you filed the report on the
24th that was provided on Monday of
this week and then there was another
one filed on the 26th.

        Correct?

A.      Yes, I'm sorry.  I believe ---
I believe you're right, but I actually
don't honestly remember.

956

05:28:58  1    Q.       Sure.  And in those reports you

05:28:59  2    only analyzed a few of the plan

05:29:01  3    proposals that are before the Court

05:29:03  4    today?

05:29:06  5    A.       I think so.  To be honest, I

05:29:09  6    don't even --- I'm not even sure the

05:29:13  7    universe of plans that have been

05:29:13  8    submitted, but that's correct.

05:29:15  9    Q.       And you didn't analyze the

05:29:19  10   Carter Petitioner's proposal produced

05:29:20  11   by Dr. Rodden?

05:29:22  12   A.       I don't think so.  At least I

05:29:26  13   don't know it by that name, Carter,

05:29:32  14   sorry.

05:29:33  15   Q.       And you didn't analyze a report

05:29:35  16   produced by Dr. Rodden?  You don't

05:29:39  17   recall doing that?

05:29:39  18   A.       No, I did not.

05:29:40  19   Q.       How did you decide which

05:29:42  20   proposals to include in your analysis?

05:29:46  21   A.       I was given --- I was provided

05:29:51  22   with saved files and I did the

05:29:57  23   analysis of all the ones that I was

05:30:01  24   provided.  Let me --- let me just take

05:30:07  25   a moment to think about --- let me

957

| | |
|---|---|
| 05:30:11 | 1 |
| 05:30:15 | 2 |
| 05:30:18 | 3 |
| 05:30:20 | 4 |
| 05:30:22 | 5 |
| 05:30:24 | 6 |
| 05:30:34 | 7 |
| 05:30:37 | 8 |
| 05:30:40 | 9 |
| 05:30:44 | 10 |
| 05:30:46 | 11 |
| 05:30:47 | 12 |
| 05:30:49 | 13 |
| 05:30:51 | 14 |
| 05:30:53 | 15 |
| 05:30:59 | 16 |
| 05:31:01 | 17 |
| 05:31:06 | 18 |
| 05:31:07 | 19 |
| 05:31:11 | 20 |
| 05:31:12 | 21 |
| 05:31:14 | 22 |
| 05:31:20 | 23 |
| 05:31:20 | 24 |
| 05:31:25 | 25 |

1   just check on one that I --- make sure
2   I'm correct on that, if you don't
3   mind.  I know you're under the clock.
4   Q.      Yeah.  If it won't take you
5   that long, I'll give you the time.
6   A.      Okay.  Thank you.
7           I did --- I did one --- no,
8   sorry, I did one more analysis very
9   quickly.  I didn't have time --- I
10  received many, many drafts and it
11  takes a while to like work them up.
12  So there is one that I didn't include
13  in the report, is as I understand it,
14  which is submitted by someone named
15  Ollie.  And I did --- I think I
16  submitted its Plan Score to briefly
17  look at but didn't incorporate it into
18  the report at the time.
19  Q.      You claim in your reports that
20  among the plans you did analyze, the
21  Senate Democratic --- the two
22  proposals of the Democrats were most
23  fair?
24  A.      That's right.  Of the ones that
25  I analyzed those were the most fair,

958

| | | |
|---|---|---|
| 05:31:26 | 1 | correct. |
| 05:31:26 | 2 | Q.      Dr. Caughey, you have your |
| 05:31:28 | 3 | second report before you --- |
| 05:31:30 | 4 | A.      Correct. |
| 05:31:31 | 5 | Q.      --- that was filed on the 26th? |
| 05:31:32 | 6 | Yeah.  Can you please turn to page 21 |
| 05:31:34 | 7 | of that report? |
| 05:31:38 | 8 | A.      Yes. |
| 05:31:38 | 9 | Q.      And on this page in Table 5 you |
| 05:31:40 | 10 | analyze the partisan fairness of |
| 05:31:42 | 11 | Senate Democratic Plan 2. |
| 05:31:45 | 12 | Correct? |
| 05:31:46 | 13 | A.      Correct. |
| 05:31:46 | 14 | Q.      And you conclude in this table |
| 05:31:50 | 15 | that the Senate Democratic Plan 2 has |
| 05:31:52 | 16 | a .5 percent mean-median deviation. |
| 05:32:02 | 17 | Correct? |
| 05:32:02 | 18 | A.      That's right. |
| 05:32:03 | 19 | Q.      And further down the page in |
| 05:32:05 | 20 | the last paragraph, in fact, you |
| 05:32:06 | 21 | describe this plan, the Senate |
| 05:32:08 | 22 | Democratic Plan 2, as being unusually |
| 05:32:10 | 23 | fair. |
| 05:32:11 | 24 | Correct? |
| 05:32:14 | 25 | A.      That's --- well, I assume --- |

959

| | | |
|---|---|---|
| 05:32:19 | 1 | yes, taking into account all the |
| 05:32:22 | 2 | metrics. |
| 05:32:23 | 3 | Q.      Sure.  And could you see the |
| 05:32:30 | 4 | exhibit we have displayed? |
| 05:32:33 | 5 | A.      I'm sorry.  I lost you for a |
| 05:32:36 | 6 | second there.  Can you repeat that? |
| 05:32:37 | 7 | Q.      I asked whether you could see |
| 05:32:38 | 8 | the exhibit we're displaying on our |
| 05:32:38 | 9 | side. |
| 05:32:42 | 10 | A.      Repeat that one more time.  I |
| 05:32:44 | 11 | could hear the second half.  Go ahead. |
| 05:32:46 | 12 | Q.      I asked whether you could see |
| 05:32:47 | 13 | the exhibit we're displaying on our |
| 05:32:49 | 14 | side. |
| 05:32:50 | 15 | A.      I can. |
| 05:32:50 | 16 | Q.      Okay. |
| 05:32:53 | 17 | Dr. Caughey, I'd like to now |
| 05:32:58 | 18 | show you part of Dr. Rodden's report |
| 05:32:59 | 19 | in this case, in fact, a table from |
| 05:33:01 | 20 | his second report, Table 6 on page 11. |
| 05:33:05 | 21 | We're going to blow it up for you. |
| 05:33:09 | 22 | A.      Sure. |
| 05:33:09 | 23 | Q.      And in Table 6 you see here |
| 05:33:10 | 24 | that Dr. Rodden calculated the |
| 05:33:15 | 25 | mean-median deviation of the proposed |

960

| | | |
|---|---|---|
| 05:33:16 | 1 | plans --- |
| 05:33:17 | 2 | A.        Yup. |
| 05:33:18 | 3 | Q.        --- in this case.  And in this |
| 05:33:18 | 4 | table Dr. Rodden presented the scores |
| 05:33:22 | 5 | in decimals. |
| 05:33:25 | 6 | Correct? |
| 05:33:26 | 7 | A.        I assume that's what that |
| 05:33:27 | 8 | means, yes. |
| 05:33:28 | 9 | Q.        And forgive my rudimentary math |
| 05:33:32 | 10 | here, but you --- it's possible to |
| 05:33:34 | 11 | convert decimals into percentages by |
| 05:33:34 | 12 | just multiplying by a hundred, right, |
| 05:33:35 | 13 | moving the decimal place --- |
| 05:33:36 | 14 | A.        Yes. |
| 05:33:37 | 15 | Q.        --- a couple of zeros?  Okay. |
| 05:33:42 | 16 | And when you do that |
| 05:33:44 | 17 | conversion, you can see that the |
| 05:33:46 | 18 | Carter plan here analyzed is --- has a |
| 05:33:48 | 19 | .5 percent mean-median deviation? |
| 05:33:56 | 20 | A.        I do see that. |
| 05:33:57 | 21 | Q.        And that number is equal to the |
| 05:33:59 | 22 | mean-median deviation of the Senate |
| 05:34:03 | 23 | Democrat Plan 2 which you had called |
| 05:34:04 | 24 | unusually fair? |
| 05:34:05 | 25 | A.        The only thing I would --- the |

961

| 05:34:08 | 1 | number is equal, but its meaning might |
| 05:34:12 | 2 | be slightly different because I assume |
| 05:34:13 | 3 | that --- I'm not sure, because the |
| 05:34:18 | 4 | main-median depends on what exactly |
| 05:34:22 | 5 | the results you're using are, what the |
| 05:34:22 | 6 | two results you're using are. And |
| 05:34:26 | 7 | that is --- you know, it's probably |
| 05:34:27 | 8 | based on slightly different data, but |
| 05:34:29 | 9 | that's still a very small difference, |
| 05:34:33 | 10 | yes. It absolutely is. |
| 05:34:33 | 11 | Q.      Right. A perfect mean-median |
| 05:34:35 | 12 | deviation score would be zero. |
| 05:34:36 | 13 |      Correct? |
| 05:34:37 | 14 | A.      Correct. |
| 05:34:37 | 15 | Q.      And a .5 percent deviation is |
| 05:34:39 | 16 | very close to zero? |
| 05:34:40 | 17 | A.      Correct. |
| 05:34:41 | 18 | Q.      And that's --- that very close |
| 05:34:43 | 19 | to zero score is the same score that |
| 05:34:52 | 20 | the Senate Democratic Plan 2 has in |
| 05:34:52 | 21 | your report? |
| 05:34:53 | 22 | A.      Yes, the score is the same --- |
| 05:34:53 | 23 | the data might be different but I'm |
| 05:34:55 | 24 | sure they're very similar. |
| 05:34:56 | 25 | Q.      Sure. |

962

| | | |
|---|---|---|
| 05:34:56 | 1 | ATTORNEY POSIMATO: |
| 05:34:57 | 2 | Okay.  Thank you, Dr. |
| 05:34:59 | 3 | Caughey.  No further questions. |
| 05:35:00 | 4 | JUDGE McCULLOUGH: |
| 05:35:01 | 5 | Okay.  Thank you. |
| 05:35:03 | 6 | Counsel.  All right.  Attorneys for |
| 05:35:04 | 7 | Petitioner Gressman. |
| 05:35:04 | 8 | - - - |
| 05:35:04 | 9 | CROSS EXAMINATION |
| 05:35:25 | 10 | - - - |
| 05:35:25 | 11 | BY ATTORNEY HARRISON: |
| 05:35:25 | 12 | Q.     Hi, Dr. Caughey.  My name is |
| 05:35:26 | 13 | Lindsay Harrison, and I represent the |
| 05:35:27 | 14 | Gressman Math Science Petitioners in |
| 05:35:28 | 15 | the case.  And I also just wanted to |
| 05:35:29 | 16 | say I hope everyone in your family is |
| 05:35:33 | 17 | doing okay and that you guys get |
| 05:35:34 | 18 | through this.  Thank you for being |
| 05:35:35 | 19 | here. |
| 05:35:36 | 20 | A.     Thank you. |
| 05:35:37 | 21 | Q.     Plan Score is a website that |
| 05:35:41 | 22 | existed before this litigation was |
| 05:35:42 | 23 | filed six weeks ago. |
| 05:35:43 | 24 | Correct? |
| 05:35:45 | 25 | A.     Correct. |

963

| | | |
|---|---|---|
| 05:35:46 | 1 | Q.       Okay. |
| 05:35:47 | 2 | And as far as you know, it was |
| 05:35:49 | 3 | not created by any of the experts who |
| 05:35:51 | 4 | are testifying here in this |
| 05:35:52 | 5 | litigation. |
| 05:35:53 | 6 | Correct? |
| 05:35:56 | 7 | A.       I don't actually know who all |
| 05:35:57 | 8 | the experts are, but as far as I know, |
| 05:36:00 | 9 | that is correct. |
| 05:36:00 | 10 | Q.       Okay. |
| 05:36:01 | 11 | It was not created by Dr. |
| 05:36:06 | 12 | DeFord, Gerald DeFord? |
| 05:36:08 | 13 | A.       No. |
| 05:36:08 | 14 | Q.       Okay. |
| 05:36:09 | 15 | And as far as you know, it |
| 05:36:11 | 16 | wasn't created by any of the parties |
| 05:36:13 | 17 | participating in this litigation |
| 05:36:16 | 18 | either? |
| 05:36:16 | 19 | Correct? |
| 05:36:17 | 20 | A.       Correct. |
| 05:36:17 | 21 | Q.       And I think you said it's |
| 05:36:19 | 22 | available to any member of the public |
| 05:36:22 | 23 | who might want to check a map's |
| 05:36:24 | 24 | partisan fairness. |
| 05:36:25 | 25 | Is that right? |

964

| | | |
|---|---|---|
| 05:36:26 | 1 | A.        Yes. |
| 05:36:27 | 2 | Q.        All they need is the shape |
| 05:36:29 | 3 | file, they would upload it and then |
| 05:36:31 | 4 | they would be able to see what Plan |
| 05:36:33 | 5 | Score estimates its partisan fairness |
| 05:36:36 | 6 | to be. |
| 05:36:36 | 7 | Correct? |
| 05:36:37 | 8 | A.        That's correct. |
| 05:36:38 | 9 | Q.        Okay. |
| 05:36:42 | 10 | And I think we've established |
| 05:36:44 | 11 | you didn't review all of the reports |
| 05:36:46 | 12 | --- all the maps that are submitted in |
| 05:36:48 | 13 | the record in this case. |
| 05:36:49 | 14 | Is that right? |
| 05:36:50 | 15 | A.        I didn't evaluate them --- |
| 05:36:52 | 16 | that's right.  I didn't do the |
| 05:36:54 | 17 | evaluation that I described.  Yes, I |
| 05:36:57 | 18 | didn't do a formal evaluation of all |
| 05:36:59 | 19 | of them. |
| 05:37:02 | 20 | Q.        Okay. |
| 05:37:02 | 21 | And were you aware that there |
| 05:37:04 | 22 | was a map submitted by a group of |
| 05:37:05 | 23 | Pennsylvania math and science |
| 05:37:08 | 24 | professors in the case? |
| 05:37:09 | 25 | A.        I was --- I was --- I did learn |

965

05:37:12   1   about that at some point in the last

05:37:14   2   few days, and I read the brief that

05:37:16   3   accompanied that.

05:37:17   4   Q.      Okay.

05:37:19   5           Did you ever run that map

05:37:20   6   through Plan Score, even if it didn't

05:37:22   7   appear in your reports?

05:37:24   8   A.      I did not.  At least I don't

05:37:29   9   believe I did.  The --- I don't think

05:37:33   10   I ever received the shape files for

05:37:36   11   it.

05:37:36   12   Q.      Okay.

05:37:36   13           Did you ever review the expert

05:37:40   14   report of Dr. DeFord, who is the

05:37:42   15   expert for the Gressman Math and

05:37:46   16   Scientist Petitioners?  He prepared

05:37:48   17   two expert reports in the case.

05:37:48   18   A.      I had read the an expert report

05:37:54   19   that discussed that map, which I

05:37:55   20   assume it could have been him, but I

05:37:57   21   actually am not a 100 percent

05:37:59   22   positive.

05:37:59   23   Q.      Okay.

05:38:02   24   A.      But I can look that up if it's

05:38:04   25   important.

966

| | | |
|---|---|---|
| 05:38:04 | 1 | Q.      No, that's okay. |
| 05:38:08 | 2 | I --- let me just represent to |
| 05:38:10 | 3 | you that Dr. DeFord testified and put |
| 05:38:12 | 4 | in his report that he ran all the maps |
| 05:38:14 | 5 | that were submitted to the Court |
| 05:38:16 | 6 | through Plan Score and then attached |
| 05:38:19 | 7 | the results as Appendix D to his |
| 05:38:28 | 8 | expert report. |
| 05:38:28 | 9 | A.      Okay. |
| 05:38:28 | 10 | Q.      And so what I would like to do |
| 05:38:30 | 11 | now is --- we'll see if I'm able to |
| 05:38:32 | 12 | use it, show you the first part of |
| 05:38:34 | 13 | Appendix D to his expert report, which |
| 05:38:37 | 14 | is the Gressman Math and Science |
| 05:38:40 | 15 | Petitioners Plan Score report. |
| 05:38:43 | 16 | A.      Okay. |
| 05:38:51 | 17 | Q.      Okay. |
| 05:38:53 | 18 | Does this look to you like a |
| 05:38:56 | 19 | Plan Score report that you would |
| 05:38:57 | 20 | receive when using the website? |
| 05:39:00 | 21 | A.      Yes, it does. |
| 05:39:01 | 22 | Q.      Okay. |
| 05:39:05 | 23 | And just for completeness, |
| 05:39:06 | 24 | there is a second page of it.  That |
| 05:39:09 | 25 | also looks to you --- |

967

| | | |
|---|---|---|
| 05:39:10 | 1 | A.      Yes |
| 05:39:11 | 2 | Q.      --- like the Plan Score reports |
| 05:39:16 | 3 | that you reviewed as well. |
| 05:39:18 | 4 | A.      Yes. |
| 05:39:19 | 5 | Q.      Okay. |
| 05:39:22 | 6 | So now what I want to do is go |
| 05:39:23 | 7 | to page 22 of your rebuttal report, |
| 05:39:34 | 8 | and this is your comparison of maps. |
| 05:39:36 | 9 | Do you see at that? |
| 05:39:38 | 10 | A.      Yes. |
| 05:39:38 | 11 | Q.      Okay. |
| 05:39:40 | 12 | And what I would like to do is |
| 05:39:42 | 13 | walk through with you if you had |
| 05:39:44 | 14 | evaluated the Gressman Math and |
| 05:39:50 | 15 | Science Map, how it would compare to |
| 05:39:51 | 16 | the other maps that you compared on |
| 05:39:54 | 17 | this chart.  So I've written GMS next |
| 05:40:02 | 18 | to where you have current map, |
| 05:40:04 | 19 | Governor, Republican, Democratic 1 and |
| 05:40:08 | 20 | Democratic 2. |
| 05:40:09 | 21 | Okay? |
| 05:40:10 | 22 | A.      Yup.  Uh-huh (yes). |
| 05:40:11 | 23 | Q.      So if you had run the Gressman |
| 05:40:17 | 24 | Math Science map through Plan Score |
| 05:40:20 | 25 | and gotten the report that Dr. DeFord |

968

05:40:24   1   got, the partisan bias score for the

05:40:36   2   GSM map would be .9 percent. That's

05:40:47   3   correct, right?

05:40:48   4   A.     That's what it looks like, yes.

05:40:49   5   Q.     And that's lower than all of

05:40:50   6   the maps that you reported on.

05:40:51   7          Correct?

05:40:51   8   A.     Correct.

05:40:52   9   Q.     And that means that the

05:40:55   10   partisan bias of the Gressman Math and

05:40:55   11   Science Map is less than the partisan

05:40:55   12   bias of all of those other maps.

05:40:58   13          Correct?

05:40:58   14   A.     Correct.

05:40:59   15   Q.     Okay.

05:41:16   16          And the efficiency gap of the

05:41:17   17   Gressman Math and Science Map in Plan

05:41:20   18   Score is 1.4 percent.

05:41:24   19          Correct? That's this number

05:41:25   20   right here?

05:41:26   21   A.     Correct.

05:41:29   22   Q.     And that number is also less

05:41:32   23   than all of the maps that you

05:41:34   24   evaluated in Plan Score.

05:41:37   25          Right?

969

05:41:37   1   A.        That's right.

05:41:38   2   Q.        And that means that as measured

05:41:40   3   in terms of efficiency gap, the

05:41:42   4   Gressman Math and Science Map is also

05:41:46   5   less partisan biased, more fair and

05:41:48   6   equal to all of the other voters than

05:41:51   7   the other maps that you did evaluate.

05:41:52   8          Correct?

05:41:53   9   A.        According to that metric, yes.

05:41:55   10   Q.        And according to Plan Score,

05:42:15   11   the mean-median difference for the

05:42:20   12   Gressman Math and Science Map is .4

05:42:28   13   percent R, which means that, as

05:42:28   14   measured by that metric, the Gressman

05:42:30   15   Math and Science Map is also less

05:42:32   16   biased than all of the other maps that

05:42:32   17   you evaluated.

05:42:35   18          Correct?

05:42:35   19   A.        That's correct.  And also I

05:42:37   20   just want to say that I'm assuming

05:42:44   21   that there are --- well, anyway, I

05:42:45   22   don't know exactly what --- whoever

05:42:46   23   uploaded these, like there is one

05:42:49   24   switch you need to toggle and like you

05:42:51   25   need to choose whether to base your

970

05:42:53    1    results on the 2020 --- or the 2020

05:42:59    2    average --- 2012 to 2020 average.  The

05:43:01    3    default is 2020, which is what I used,

05:43:01    4    so I assume they did the same thing

05:43:03    5    here, so this is the apples to apples.

05:43:06    6    Q.     Okay.

05:43:06    7         And I will represent to you

05:43:07    8    that Dr. DeFord actually attached all

05:43:11    9    of the Plan Score reports to his

05:43:13    10    report, not just this one, so that it

05:43:16    11    can be seen as apples to apples.

05:43:19    12         So let's look at the last one,

05:43:21    13    which is declination.  And so

05:43:30    14    declination of the Gressman Math

05:43:36    15    Science Map is .03, which again is

05:43:38    16    lower than all of the other maps you

05:43:38    17    evaluated.

05:43:57    18         Correct?

05:43:57    19    A.     Correct.

05:43:57    20    Q.     Okay.

05:43:57    21         And so on each of the four

05:44:02    22    metrics that Plan Score uses to

05:44:02    23    evaluate partisan bias, you would

05:44:04    24    agree that the Gressman Math Science

05:44:07    25    Map achieves better less biased scores

971

| | | |
|---|---|---|
| 05:44:08 | 1 | than all of the maps you evaluated. |
| 05:44:08 | 2 | Correct? |
| 05:44:10 | 3 | A.     That is correct.  And can I |
| 05:44:12 | 4 | just add one more thing, which is I |
| 05:44:13 | 5 | realize that I did not actually review |
| 05:44:16 | 6 | this report that I said I thought I |
| 05:44:18 | 7 | had reviewed.  That was a different |
| 05:44:20 | 8 | report for the State Senate Plan. |
| 05:44:21 | 9 | Q.     Thank you. |
| 05:44:23 | 10 | ATTORNEY HARRISON: |
| 05:44:24 | 11 | Thank you.  I have |
| 05:44:24 | 12 | nothing further. |
| 05:44:26 | 13 | JUDGE McCULLOUGH: |
| 05:44:26 | 14 | Thank you, Counsel.  Now |
| 05:44:27 | 15 | we'll hear from Governor Wolf and not |
| 05:44:38 | 16 | Secretary Chapman.  Okay.  Attorney |
| 05:44:44 | 17 | Wiygul. |
| 05:44:46 | 18 | ATTORNEY WIYGUL: |
| 05:44:53 | 19 | Thank you, Your Honor. |
| 05:44:53 | 20 | --- |
| 05:44:53 | 21 | CROSS EXAMINATION |
| 05:44:53 | 22 | -- |
| 05:44:53 | 23 | BY ATTORNEY WIYGUL: |
| 05:44:55 | 24 | Q.     Good afternoon, Professor -- is |
| 05:44:58 | 25 | it Caughey. |

972

| | | |
|---|---|---|
| 05:45:00 | 1 | A.        Caughey (corrects |
| 05:45:00 | 2 | pronunciation). |
| 05:45:00 | 3 | Q.        Okay. |
| 05:45:00 | 4 |           Sorry about that.  And let me |
| 05:45:02 | 5 | be the next to express my appreciation |
| 05:45:05 | 6 | for you being here despite the |
| 05:45:07 | 7 | circumstances.  Thank you? |
| 05:45:08 | 8 |           I just want to confirm what I |
| 05:45:11 | 9 | thought I heard you say during your |
| 05:45:13 | 10 | Direct Examination, which was that --- |
| 05:45:15 | 11 | and I represent Governor Wolf, that |
| 05:45:18 | 12 | the Governor's plan performed very |
| 05:45:18 | 13 | similarly on partisan fairness metrics |
| 05:45:24 | 14 | to the current plan, the plan adopted |
| 05:45:26 | 15 | by the Pennsylvania Supreme Court in |
| 05:45:28 | 16 | 2018. |
| 05:45:28 | 17 |           Is that correct? |
| 05:45:34 | 18 | A.        That's correct. |
| 05:45:34 | 19 | Q.        I'm sorry, it is correct? |
| 05:45:36 | 20 | A.        Yes, it is correct. |
| 05:45:36 | 21 | Q.        Thank you. |
| 05:45:37 | 22 |           I'd like to ask you a few |
| 05:45:39 | 23 | questions about Plan Score, which has |
| 05:45:41 | 24 | already come up a number of times |
| 05:45:42 | 25 | today.  Are you aware that Plan Score |

973

| | |
|---|---|
| 05:45:45 | 1 |
| 05:45:48 | 2 |
| 05:45:51 | 3 |
| 05:45:59 | 4 |
| 05:46:00 | 5 |
| 05:46:02 | 6 |
| 05:46:07 | 7 |
| 05:46:10 | 8 |
| 05:46:15 | 9 |
| 05:46:15 | 10 |
| 05:46:21 | 11 |
| 05:46:24 | 12 |
| 05:46:26 | 13 |
| 05:46:29 | 14 |
| 05:46:34 | 15 |
| 05:46:36 | 16 |
| 05:46:37 | 17 |
| 05:46:39 | 18 |
| 05:46:40 | 19 |
| 05:46:42 | 20 |
| 05:46:42 | 21 |
| 05:46:48 | 22 |
| 05:46:48 | 23 |
| 05:46:50 | 24 |
| 05:46:52 | 25 |

is based on an election index that
blends a collection of elections into
an average and then adds random noise?

A.      So it's not --- it actually
does depend on which --- there are two
models that one can choose from.  It
is true that it uses data from
multiple elections, at least one of
its incarnations to provide the
baseline.  So in that sense, yes.

Q.      You agree it's a blended
average of the election results?

A.      Well, I just wouldn't call it a
blended average.  I would say it uses
information from multiple elections to
make predictions.

Q.      It doesn't then look at those
elections individually, right?  It ---
whether you want to call it a blended
average, it aggregates that in some
way.

        Correct?

A.      Yes.  It averages them together
and then it uses the information about
the distribution that it learns.  It

974

| | |
|---|---|
| 05:46:53 | 1 |
| 05:46:59 | 2 |
| 05:47:01 | 3 |
| 05:47:01 | 4 |
| 05:47:01 | 5 |
| 05:47:01 | 6 |
| 05:47:09 | 7 |
| 05:47:09 | 8 |
| 05:47:09 | 9 |
| 05:47:19 | 10 |
| 05:47:20 | 11 |
| 05:47:20 | 12 |
| 05:47:26 | 13 |
| 05:47:26 | 14 |
| 05:47:28 | 15 |
| 05:47:30 | 16 |
| 05:47:35 | 17 |
| 05:47:38 | 18 |
| 05:47:40 | 19 |
| 05:47:43 | 20 |
| 05:47:48 | 21 |
| 05:47:48 | 22 |
| 05:47:48 | 23 |
| 05:47:48 | 24 |
| 05:47:51 | 25 |

1  learns also about the spread and then
2  uses that in its simulations to create
3  that variation.
4  Q.      Okay.
5         Do you know which elections
6  were used in Plan Score for
7  Pennsylvania?
8  A.      They are the Presidential
9  election results.  Again, I can
10  confirm, but the baseline is the 2020
11  results.
12  Q.      It's only the Presidential year
13  election results?
14  A.      So what it's doing, right, is
15  it's using the Presidential election
16  results plus incumbency to predict
17  Congressional election results in all
18  the years between 2012 and 2020.  So
19  it's using both the Congressional
20  election results and the Presidential
21  election results as sort of like a
22  helper to make those predictions, if
23  that makkes sense.  And then it's also
24  of course using --- that's what ---
25  that's how it projects it forward,

975

| | | |
|---|---|---|
| 05:47:53 | 1 | right, using the relationship it |
| 05:47:56 | 2 | learns between the Presidential |
| 05:47:56 | 3 | Election results and Congressional |
| 05:48:01 | 4 | ones to project those forward, if that |
| 05:48:03 | 5 | makes sense. |
| 05:48:03 | 6 | Q.     I think I understand, but just |
| 05:48:05 | 7 | so we're on the same page, in terms of |
| 05:48:05 | 8 | the actual historical election results |
| 05:48:05 | 9 | that Plan Score is using, it's the |
| 05:48:12 | 10 | Presidential and Congressional results |
| 05:48:15 | 11 | from 2012 to 2020? |
| 05:48:17 | 12 | A.     Yes. |
| 05:48:17 | 13 | Q.     So no other elections besides |
| 05:48:19 | 14 | those. |
| 05:48:21 | 15 | Correct? |
| 05:48:22 | 16 | A.     That's right.  As far as I |
| 05:48:23 | 17 | know, no --- yes, that's right. |
| 05:48:25 | 18 | Q.     Would you agree that election |
| 05:48:27 | 19 | data includes complicated statistical |
| 05:48:30 | 20 | work that transforms precinct level |
| 05:48:34 | 21 | results into common geographical |
| 05:48:36 | 22 | units? |
| 05:48:39 | 23 | A.     Involves?  What do you mean by |
| 05:48:42 | 24 | ---?  In order to take --- you have to |
| 05:48:43 | 25 | take --- if what you're saying is in |

976

05:48:46  1    order to make these projections, you

05:48:46  2    need to take precinct-level data and

05:48:46  3    match them to the Congressional

05:48:46  4    districts using the shape files, the

05:48:55  5    answer is yes.

05:48:55  6    Q.      Okay.

05:48:57  7            And is it fair to describe that

05:49:00  8    as, you know, fairly complicated

05:49:00  9    statistical work?

05:49:01  10   A.      You know, I actually wouldn't

05:49:03  11   call that statistics.  I would call

05:49:05  12   that more just, you know, data

05:49:11  13   analysis or data management, but I

05:49:11  14   mean, they're all pretty similar

05:49:14  15   things, so yes.

05:49:14  16   Q.      Did you have an opportunity to

05:49:14  17   check and vet the election data that

05:49:14  18   Plan Score relied on or do you have

05:49:18  19   any idea of how it was collected and

05:49:21  20   compiled?

05:49:22  21   A.      I do.  So it was collected on

05:49:26  22   --- I don't have --- I don't have the

05:49:31  23   dataset --- I'm sorry.  What I mean to

05:49:32  24   say is they --- the ultimate data is

05:49:38  25   based on an open source website run by

977

| | | |
|---|---|---|
| 05:49:42 | 1 | the Voting and Election Science Team |
| 05:49:45 | 2 | at the University of Florida, which is |
| 05:49:51 | 3 | one of state universities.  So that's |
| 05:49:51 | 4 | the ultimate precinct-level data.  And |
| 05:49:54 | 5 | so I have looked at that |
| 05:49:56 | 6 | precinct-level data, if that makes --- |
| 05:49:58 | 7 | if that's what you mean? |
| 05:50:00 | 8 | Q.      Did you vet that data?  Did you |
| 05:50:06 | 9 | see that data? |
| 05:50:07 | 10 | A.      No.  I mean, did I go through |
| 05:50:08 | 11 | and make sure that that data was |
| 05:50:08 | 12 | correct in every instance, like every |
| 05:50:08 | 13 | piece ---? |
| 05:50:08 | 14 | Q.      Right. |
| 05:50:13 | 15 | A.      I did not, |
| 05:50:13 | 16 | Q.      Correct. |
| 05:50:14 | 17 | A.      I relied on --- I relied on |
| 05:50:16 | 18 | that team to have done that. |
| 05:50:16 | 19 | ATTORNEY WIYGUL: |
| 05:50:18 | 20 | Can we pull up Table 7 |
| 05:50:40 | 21 | of the Professor's report?  And I |
| 05:50:40 | 22 | apologize I think I just surprised my |
| 05:50:40 | 23 | assistant with a request so if you |
| 05:50:40 | 24 | could bear with us? |
| 05:50:40 | 25 | BY ATTORNEY WIYGUL: |

978

05:50:47　1　Q.　　　Can you see that or do you

05:50:49　2　otherwise have access to your report?

05:50:53　3　A.　　　I do.

05:51:09　4　Q.　　　I'm not sure that's it.  But in

05:51:12　5　Table 7 you report --- across four

05:51:14　6　kinds of partisan scores.

05:51:15　7　　　　　Correct?

05:51:17　8　A.　　　Did you say Table 7?

05:51:18　9　Q.　　　Yes.

05:51:19　10　A.　　　Yes, I did.

05:51:20　11　Q.　　　Okay.

05:51:21　12　　　　　And are you testifying that in

05:51:23　13　your expert opinion it's good practice

05:51:24　14　to take an average of metrics that are

05:51:27　15　in different units?

05:51:30　16　A.　　　So these are all in the same

05:51:31　17　units.  They're all in percentiles of

05:51:36　18　severity relative to the distribution.

05:51:39　19　So in that sense I think it is

05:51:41　20　reasonable to take an average as a

05:51:44　21　summary of --- as a summary across

05:51:49　22　these different metrics.  It's as if

05:51:56　23　you are weighting --- you took them

05:51:56　24　equally.  So yeah, I actually think

05:51:59　25　that it is reasonable in this case.

979

05:51:59  1    Q.       Would you agree with me that

05:52:00  2    partisan bias is measured in seat

05:52:03  3    share units?

05:52:04  4    A.       Partisan bias is measured in

05:52:06  5    seat share units, but this is not the

05:52:09  6    average of the partisan bias.  This is

05:52:09  7    average of the extremity relative ---

05:52:09  8    this is the average of the ---

05:52:14  9    basically where it falls in the

05:52:15  10   distribution.  So it is true that

05:52:19  11   partisan bias is measured as seat

05:52:21  12   shares, yeah.

05:52:22  13   Q.       So just so I understand, you're

05:52:23  14   taking different unit measurements,

05:52:25  15   you're converting them into a

05:52:27  16   distribution share and then averaging

05:52:31  17   that?

05:52:31  18   A.       That's right.  So it would be

05:52:34  19   like --- you know, it would be like

05:52:39  20   taking --- you know, you have two

05:52:40  21   tests where, you know, there are

05:52:42  22   different numbers of questions and

05:52:45  23   different content and you got 91

05:52:47  24   percent on one and a 95 percent on the

05:52:47  25   other.  You average those together to

980

| | | |
|---|---|---|
| 05:52:49 | 1 | be 92.5. |
| 05:52:50 | 2 | Q.    All right. |
| 05:52:51 | 3 |     You're aware that other experts |
| 05:52:52 | 4 | have collected and compiled and vetted |
| 05:52:55 | 5 | election data and have computed |
| 05:52:57 | 6 | essentially the same scores, |
| 05:53:00 | 7 | efficiency gap, mean-medium --- |
| 05:53:00 | 8 | mean-median and partisan bias on each |
| 05:53:04 | 9 | election individually before reporting |
| 05:53:06 | 10 | on aggregate performance? |
| 05:53:11 | 11 | A.    Am I aware that they have done |
| 05:53:13 | 12 | that? |
| 05:53:13 | 13 | Q.    Correct. |
| 05:53:19 | 14 | A.    I assume --- I guess --- I |
| 05:53:19 | 15 | guess I am. |
| 05:53:20 | 16 | Q.    Well, I just want to know do |
| 05:53:24 | 17 | you know that that is, in fact, what |
| 05:53:26 | 18 | happened and happened with at least |
| 05:53:27 | 19 | one or two of the experts in this |
| 05:53:29 | 20 | case? |
| 05:53:34 | 21 | A.    I would believe you if you told |
| 05:53:36 | 22 | me that.  Let's put it that way. |
| 05:53:37 | 23 | Q.    Fair enough.  Fair enough. |
| 05:53:39 | 24 | Very good answer. |
| 05:53:39 | 25 |     Are you testifying that in your |

981

05:53:41  1    professional opinion a push-button
05:53:43  2    website with the data sourcing that
05:53:46  3    you haven't vetted at least in its
05:53:48  4    entirety should be considered more
05:53:51  5    reliable than having leading experts
05:53:56  6    using vetted election data to report
05:54:06  7    on the partisan metrics in more detail
05:54:07  8    one election at a time?
05:54:07  9    A.       No, I'm not saying that.  But
05:54:08  10   what I'm saying is that --- first of
05:54:08  11   all, I would say that the experts that
05:54:11  12   --- the reports that I've seen and the
05:54:12  13   testimony that I saw from other
05:54:14  14   experts, especially from who I believe
05:54:19  15   the expert for you is, Moon Duchin,
          16   was excellent, and I have no reason to
          17   doubt anything that she said.
          18         And I would say that she did a
          19   different set of analyses than I did.
          20   I wouldn't quite call this a
          21   push-button website because in order
05:54:42  22   to --- one of the virtues of Plan
05:54:42  23   Scores is it's meant to democratize
05:54:42  24   these types of techniques and not keep
05:54:49  25   them just so that experts or map

982

05:54:50  1  drawers can use them, and do so in a

05:54:53  2  way that academically rigorous.  So I

05:54:53  3  would say that that's a virtue of Plan

05:54:53  4  Score.

05:54:59  5          And I don't think there's

05:55:00  6  anything wrong with taking advantage

05:55:02  7  of that process.  In the same way that

05:55:04  8  there's no problem with using

05:55:04  9  open-source software that has been

05:55:06  10  produced by other people to do one's

05:55:08  11  own work.  That all being said I ---

05:55:11  12  I'll just say one more thing, which is

05:55:13  13  it is always better to vet one's data,

05:55:18  14  but there's --- its is impossible to

05:55:20  15  know --- you have to at some point in

05:55:21  16  academia always trust someone else

05:55:23  17  that they have done their job

05:55:25  18  correctly.  And in this case I'm

05:55:26  19  choosing --- with regard to the data,

05:55:28  20  I'm choosing to trust the academics in

05:55:28  21  charge of the Voting Science Team and

05:55:28  22  also those that put together Plan

05:55:28  23  Score's algorithm and so forth did a

05:55:41  24  good job.  But if you could show me

05:55:42  25  otherwise, that would be, you know,

983

```
05:55:44    1    important to know.
05:55:45    2                    ATTORNEY WIYGUL:
05:55:45    3              Thank you very much for
05:55:47    4    your time and for your responsive and
05:56:05    5    thoughtful answers, Doctor.
05:56:05    6                    JUDGE McCULLOUGH;
05:56:05    7              Thank you, Counsel.
05:56:06    8              Now we will move to
05:56:07    9    attorneys for the House Republican
05:56:07   10    Legislature.
05:56:07   11                         - - -
05:56:07   12              CROSS EXAMINATION
05:56:07   13                         - - -
05:56:17   14    BY ATTORNEY TUCKER:
05:56:17   15    Q.       Good afternoon, Dr. Caughey.
05:56:21   16    A.       Hello.
05:56:21   17    Q.       My name is Rob Tucker.  I'm
05:56:21   18    Counsel for the House Republican
05:56:23   19    Intervenors, and thank you for your
05:56:24   20    time this afternoon.
05:56:27   21              Just to clarify, so you didn't
05:56:29   22    personally calculate the partisan
05:56:31   23    fairness scores in your report.
05:56:38   24              Correct?
05:56:38   25    A.       No, I relied on the scores
```

984

| | | |
|---|---|---|
| 05:56:38 | 1 | produced by the Plan Score website, |
| 05:56:40 | 2 | correct. |
| 05:56:40 | 3 | Q.    You loaded shape files in the |
| 05:56:43 | 4 | Plan Score website and it gave you the |
| 05:56:45 | 5 | scores? |
| 05:56:45 | 6 | A.    That's right.  So I --- that's |
| 05:56:51 | 7 | correct. |
| 05:56:51 | 8 | Q.    And I think you talked about |
| 05:56:52 | 9 | just earlier with Counsel for the |
| 05:56:54 | 10 | Governor that in Plan Score you can |
| 05:56:57 | 11 | score the maps using an index of |
| 05:56:59 | 12 | elections. |
| 05:57:00 | 13 | Is that right? |
| 05:57:02 | 14 | A.    No, I would not call them --- I |
| 05:57:04 | 15 | would not say an index.  What it does |
| 05:57:10 | 16 | is it uses information on Presidential |
| 05:57:13 | 17 | vote, primarily, to project or to |
| 05:57:18 | 18 | predict what Congressional election |
| 05:57:21 | 19 | votes are likely to be like on average |
| 05:57:23 | 20 | and also how much they are likely to |
| 05:57:26 | 21 | vary across elections.  So I would not |
| 05:57:29 | 22 | refer to that as an index, but rather |
| 05:57:31 | 23 | as a set of simulations or predictions |
| 05:57:34 | 24 | based on a model of Congressional |
| 05:57:37 | 25 | election results. |

985

05:57:37  1    Q.      But it looks at multiple

05:57:39  2    elections and multiple years.

05:57:41  3           Correct?

05:57:42  4    A.      Correct.

05:57:42  5    Q.      And I'm assuming Plan Score

05:57:44  6    wouldn't do that if it didn't believe

05:57:46  7    that to be a reliable methodology.

05:57:48  8           Right?

05:57:50  9    A.      Yes.  I think it does so

05:57:52  10   because it believes that it's

05:57:53  11   important to take into account swings,

05:57:57  12   in particular differences across

05:58:00  13   states, differences across election

05:58:02  14   years.

05:58:02  15   Q.      But as I understand it, the

05:58:04  16   scores that you calculated were only

05:58:06  17   based on 2020 elections, not multiple

05:58:09  18   years of elections.

05:58:11  19          Is that right?

05:58:11  20   A.      No, that's not quite right.  So

05:58:15  21   there --- the Plan Score --- as the

05:58:20  22   2020 election have come online, they

05:58:24  23   have the created a new option which is

05:58:27  24   to use the 2020 results as a sort of

05:58:30  25   expected baseline and the baseline for

986

05:58:37  1   the model, and then add in the yearly

05:58:42  2   --- the sort of year-specific swings

05:58:45  3   that it has estimated over the

05:58:47  4   previous decade.  So if it has

05:58:49  5   estimated that in a typical year the

05:58:54  6   standard deviation, say, of Republican

05:58:58  7   vote share across years is three,

05:59:01  8   which I think is its estimate, it adds

05:59:04  9   in --- in its simulations it adds in

05:59:09  10  variations ---.

05:59:09  11  Q.      I apologize, Doctor, but we're

05:59:10  12  on a tight --- let me try to cut to

05:59:12  13  the chase here.

05:59:13  14  A.      Sorry.

05:59:13  15  Q.      So in the elections you used,

05:59:15  16  does it include elections from

05:59:18  17  multiple years of elections or just

05:59:19  18  one year of elections?

05:59:20  19  A.      It's based on the Congressional

05:59:23  20  elections from 2012 and 2020, but the

05:59:26  21  baseline estimate projecting forward

05:59:27  22  is based on --- you use 2020 as the

05:59:34  23  baseline and then used the historical

05:59:34  24  variability in its projections going

05:59:34  25  forward.  It takes into account

987

| | | |
|---|---|---|
| 05:59:38 | 1 | historical variability. |
| 05:59:38 | 2 | Q.      You agree that the mere fact |
| 05:59:40 | 3 | that an apportionment scheme makes it |
| 05:59:43 | 4 | more difficult for a particular group |
| 05:59:47 | 5 | in a particular district to elect |
| 05:59:48 | 6 | Representatives of its choice does not |
| 05:59:48 | 7 | render that scheme unconstitutional. |
| 05:59:48 | 8 | Correct? |
| 05:59:55 | 9 | A.      I have no --- I have no formal |
| 05:59:56 | 10 | legal training, so I actually don't |
| 05:59:57 | 11 | --- especially not in the Constitution |
| 05:59:59 | 12 | of Pennsylvania, so I don't think I |
| 06:00:00 | 13 | have a basis to answer that. |
| 06:00:04 | 14 | Q.      Well, that was listed --- that |
| 06:00:04 | 15 | was written in your article that you |
| 06:00:04 | 16 | co-authored, correct, Relying upon the |
| 06:00:11 | 17 | Bandemer Case? |
| 06:00:11 | 18 | A.      Let me pull that up. |
| 06:00:12 | 19 | Q.      Well, unfortunately, we're on |
| 06:00:14 | 20 | the time clock here.  We don't have |
| 06:00:16 | 21 | the time for you to pull it up. |
| 06:00:18 | 22 | ATTORNEY ATTISANO: |
| 06:00:19 | 23 | Your Honor. |
| 06:00:19 | 24 | JUDGE McCULLOUGH: |
| 06:00:19 | 25 | Yes, Counsel. |

988

| | | |
|---|---|---|
| 06:00:19 | 1 | ATTORNEY ATTISANO: |
| 06:00:19 | 2 | I object.  I believe if |
| 06:00:19 | 3 | he's going to impeach the witness, an |
| 06:00:22 | 4 | expert with an article, he has to show |
| 06:00:23 | 5 | him the article so he can have an |
| 06:00:24 | 6 | opportunity to rebut it and understand |
| 06:00:27 | 7 | exactly what he's attempting to |
| 06:00:29 | 8 | impeach him with. |
| 06:00:30 | 9 | JUDGE McCULLOUGH: |
| 06:00:31 | 10 | Do you have the article? |
| 06:00:33 | 11 | ATTORNEY TUCKER: |
| 06:00:33 | 12 | I don't have it up, and |
| 06:00:33 | 13 | I'm willing to move on, Your Honor, I |
| 06:00:33 | 14 | was just asking him if recalls writing |
| 06:00:33 | 15 | that in his article.  If he doesn't, I |
| 06:00:36 | 16 | will move on. |
| 06:00:36 | 17 | JUDGE McCULLOUGH: |
| 06:00:36 | 18 | The clock is stopped for |
| 06:00:38 | 19 | one minute if you want to find the |
| 06:00:38 | 20 | article. |
| 06:00:38 | 21 | ATTORNEY TUCKER: |
| 06:00:39 | 22 | That's okay, Your Honor. |
| 06:00:40 | 23 | I'll move on. |
| 06:00:41 | 24 | JUDGE McCULLOUGH: |
| 06:00:42 | 25 | All right. Thank you. |

989

| | | |
|---|---|---|
| 06:00:42 | 1 | THE WITNESS: |
| 06:00:45 | 2 | It won't take me very |
| 06:00:47 | 3 | long to find it if that's important. |
| 06:00:51 | 4 | JUDGE McCULLOUGH: |
| 06:00:51 | 5 | Mr. Tucker, the witness |
| 06:00:52 | 6 | --- can you stop the clock for a |
| 06:00:54 | 7 | second?  The witness offered to find |
| 06:00:56 | 8 | the article if you want. |
| 06:00:57 | 9 | ATTORNEY TUCKER: |
| 06:00:57 | 10 | If I'm not going to use |
| 06:01:00 | 11 | up my time while he finds the article, |
| 06:01:01 | 12 | then that would be fine.  I just don't |
| 06:01:02 | 13 | want to waste my time looking for the |
| 06:01:02 | 14 | article. |
| 06:01:02 | 15 | JUDGE McCULLOUGH: |
| 06:01:02 | 16 | If you want to ask the |
| 06:01:06 | 17 | question ---. |
| 06:01:06 | 18 | THE WITNESS: |
| 06:01:06 | 19 | Would you like to tell |
| 06:01:08 | 20 | me the quotation you are referring to? |
| 06:01:10 | 21 | JUDGE McCULLOUGH: |
| 06:01:10 | 22 | You can start the clock |
| 06:01:11 | 23 | again.  Excuse me. |
| 06:01:11 | 24 | BY ATTORNEY TUCKER: |
| 06:01:12 | 25 | Q.    And I believe it's on the |

990

| 06:01:12 | 1 | opening --- the paragraph of the |
| 06:01:15 | 2 | article that --- the mere fact that an |
| 06:01:16 | 3 | apportionment makes it more difficult |
| 06:01:19 | 4 | for a particular group in a particular |
| 06:01:19 | 5 | district to elect Representatives of |
| 06:01:21 | 6 | its choice does not render that scheme |
| 06:01:23 | 7 | unconstitutional. |
| 06:01:27 | 8 | A.      So yeah, that's an epigraph |
| 06:01:32 | 9 | quoting Davis v. Bandemer.  So that's |
| 06:01:33 | 10 | not me saying that.  That's me quoting |
| 06:01:38 | 11 | relevant Supreme Court cases.  I would |
| 06:01:38 | 12 | say that's 1986 also.  I don't know if |
| 06:01:42 | 13 | that's ---. |
| 06:01:42 | 14 | Q.      Thank you, Doctor. |
| 06:01:43 | 15 | I think we got the answer.  I |
| 06:01:44 | 16 | appreciate that. |
| 06:01:47 | 17 | How do you define a fair map? |
| 06:01:49 | 18 | A.      Yeah, that's a good question. |
| 06:01:51 | 19 | I would say that, you know, in my |
| 06:01:53 | 20 | analysis I focus specifically on what |
| 06:01:56 | 21 | I consider --- what I call partisan |
| 06:01:58 | 22 | fairness.  And I think that partisan |
| 06:01:59 | 23 | fairness is only one aspect perhaps of |
| 06:02:04 | 24 | a broader set of fairness |
| 06:02:05 | 25 | considerations.  But I take the |

991

| | | |
|---|---|---|
| 06:02:06 | 1 | fundamental idea of partisan fairness |
| 06:02:09 | 2 | is that the representation a party |
| 06:02:12 | 3 | receives in the legislature does not |
| 06:02:21 | 4 | --- given the amount --- number of |
| 06:02:29 | 5 | votes they get shouldn't depend on |
| 06:02:30 | 6 | the identity of the party in question. |
| 06:02:30 | 7 | Q.    Thank you. |
| 06:02:30 | 8 | And various ways to measure |
| 06:02:33 | 9 | that are the metrics you used in your |
| 06:02:34 | 10 | report? |
| 06:02:34 | 11 | Correct? |
| 06:02:35 | 12 | A.    Correct. |
| 06:02:35 | 13 | Q.    Okay. |
| 06:02:35 | 14 | I want to quickly look at |
| 06:02:47 | 15 | page 15 in your report. |
| 06:02:48 | 16 | A.    Yeah. |
| 06:02:49 | 17 | Q.    And specifically looking at the |
| 06:02:51 | 18 | metrics that you calculated for |
| 06:02:54 | 19 | HB-2146.  And that's what's reflected |
| 06:03:02 | 20 | here in Table 3. |
| 06:03:05 | 21 | Correct? |
| 06:03:05 | 22 | A.    Let me just make sure.  Yes, |
| 06:03:05 | 23 | that's right, the proposed Republican |
| 06:03:05 | 24 | House Map.  That's what I call it, |
| 06:03:08 | 25 | yes. |

992

06:03:08   1   Q.       And based upon these metrics,
06:03:10   2   do you consider HB-2146 to be a fair
06:03:13   3   plan based upon these partisan
06:03:15   4   fairness metrics?
06:03:19   5   A.       So it's certainly not --- I
06:03:21   6   mean fairness is a matter of degree.
06:03:24   7   Any deviation from zero is somewhat
06:03:27   8   unfair.  I would say that --- I think
06:03:33   9   I'm more comfortable making a relative
06:03:39   10  claim which is that among the plans
06:03:41   11  that I evaluated in this report is one
06:03:46   12  of --- I think one of the two least
06:03:50   13  fair.
06:03:50   14  Q.       But you can't say it's unfair.
06:03:52   15           Correct?
06:03:53   16  A.       Well, I would say that it's one
06:03:54   17  of those situations, again, where
06:03:57   18  there are degrees of, you know, how
06:03:59   19  close you get to ---.
06:03:59   20  Q.       Doctor, I'm not asking you
06:04:02   21  about degrees.  I'm asking are you
06:04:04   22  testifying that this plan is unfair?
06:04:06   23  A.       You know, I don't want to take
06:04:08   24  a position on one way or the other on
06:04:11   25  that.  So I'm going to say no.  I woul

993

06:04:20    1   say that these are indicators of
06:04:20    2   unfairness.  That's how I would put
06:04:21    3   it.
06:04:21    4   Q.     Thank you.
06:04:21    5          You testified earlier that you
06:04:23    6   were --- you served as an expert in a
06:04:26    7   redistricting case in Oregon.
06:04:27    8          Correct?
06:04:28    9   A.     That's correct.
06:04:29   10   Q.     And did you calculate similar
06:04:31   11   metrics the regarding the Oregon
06:04:34   12   Congressional Plan as you've
06:04:37   13   calculated here?
06:04:37   14   A.     I did.
06:04:37   15   Q.     And including the efficiency
06:04:39   16   gap?
06:04:40   17   A.     That's right.
06:04:40   18   Q.     And were your opinions in
06:04:42   19   Oregon that the Congressional map in
06:04:47   20   Oregon was a fair map under partisan
06:04:54   21   metrics.
06:04:54   22   A.     I can bring up exactly what I
06:04:56   23   wrote but my general --- my
06:04:57   24   recollection is that my assessment was
06:04:59   25   that the estimates of the partisan

994

06:05:06    1    bias of map were mixed and uncertain
06:05:12    2    and there was a discrepancy between
06:05:12    3    different measures and also a great
06:05:14    4    deal of uncertainty depending on
06:05:16    5    future --- what exactly future
06:05:17    6    elections would look like.  So that
06:05:19    7    was the rough gist of my ---.
06:05:22    8    Q.      But did you --- did you testify
06:05:24    9    ultimately in support of that map
06:05:26   10    being upheld?
06:05:27   11    A.      I did.
06:05:28   12    Q.      And do you recall what the
06:05:33   13    efficiency gap score gap for the
06:05:35   14    Oregon Congressional Map?
06:05:40   15    A.      Well, I want to distinguish
06:05:40   16    between the actual efficiency gap the
06:05:41   17    and predictions, right, and so the
06:05:43   18    predicted value --- I don't remember
06:05:47   19    what it was exactly, but I think it
06:05:49   20    was probably on the same order of
06:05:51   21    magnitude as --- the point estimate
06:05:53   22    was something like this, but there was
06:05:54   23    a huge amount of uncertainty
06:05:57   24    surrounding it, if I recall correctly.
06:05:59   25    Q.      I'll represent to you that we

995

| 06:05:59 | 1 | ran the Oregon shape files through |
| 06:06:03 | 2 | Plan Score, the system you used and |
| 06:06:04 | 3 | the efficiency gap was 8.5 percent. |
| 06:06:07 | 4 | Does that sound right? |
| 06:06:12 | 5 | A.    I don't disbelieve you. |
| 06:06:15 | 6 | Q.    And that would be over two |
| 06:06:16 | 7 | percent points higher than what you |
| 06:06:18 | 8 | calculated as the efficiency gap for |
| 06:06:19 | 9 | HB-2146. |
| 06:06:21 | 10 | Is that right? |
| 06:06:21 | 11 | A.    I believe that predicted value |
| 06:06:25 | 12 | was higher, but the uncertainty was |
| 06:06:27 | 13 | much greater.  It's also an election |
| 06:06:30 | 14 | with a state with only five or six |
| 06:06:40 | 15 | Congressional districts, and the |
| 06:06:40 | 16 | efficiency gap is not thought to be |
| 06:06:40 | 17 | particularly reliable in districts --- |
| 06:06:44 | 18 | in states with fewer than seven. |
| 06:06:44 | 19 | Q.    Have you heard of the Princeton |
| 06:06:46 | 20 | Gerrymandering Project? |
| 06:06:50 | 21 | A.    I have. |
| 06:06:51 | 22 | Q.    And do you believe it to be an |
| 06:06:55 | 23 | on authoritative source of information |
| 06:06:57 | 24 | on partisan fairness? |
| 06:06:57 | 25 | A.    No, actually I wouldn't say |