IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM C. TOTH JR., ET. AL. | : | No. 1:22-cv-00208-JPW |
| Plaintiffs | : | |
| v. | : | |
| LEHIGH M. CHAPMAN, ET. AL. | : | |
| Defendant | : | |

NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), please mark the above-referenced matter dismissed without prejudice.

Dated: March 28, 2022

Jonathan F. Mitchell
Pennsylvania Bar No. 91505
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
jonathan@mitchell.law

Respectfully submitted.

*Walter S. Zimolong, Esq.*
Walter S. Zimolong III
Pennsylvania Bar No. 89151
Zimolong LLC
Post Office Box 552
Villanova, Pennsylvania 19085
(215) 665-0842
wally@zimolonglaw.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify the foregoing has been filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for the Eastern District of Pennsylvania.  I further hereby certify that, in accordance with Fed. R. Civ. P. 5, service has been made upon counsel of record via ECF.

Date:  March 28, 2022                                         */s/ Walter S. Zimolong, Esquire*